**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BDC Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2908533** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1525 Ketelsen Road** **Hiawatha, IA 52233** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Linn** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **BDC Group, Inc.**
_____    Case number (*if known*) _____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

2389

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **BDC Group, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

6/13/23 3:36PM

Debtor    **BDC Group, Inc.**
Name                                                              Case number (*if known*)

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **BDC Group, Inc.** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2023**
MM / DD / YYYY

X **/s/ Dennis Bruce**                          **Dennis Bruce**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Austin J. Peiffer**              Date   **June 13, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Austin J. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name

**PO Box 11425**
**Cedar Rapids, IA 52410**
Number, Street, City, State & ZIP Code

Contact phone   **319-363-1641**        Email address   **austin@ablsonline.com**

**AT0014402 IA**
Bar number and State

## CORPORATE RESOLUTION

The Board of Directors of BDC Group, Inc. ("the Company"), an Iowa corporation, by the authority of Dennis Bruce, the Company's sole director and the Board's sole member, after considering the Company's current financial and operational conditions and having determined it is in the Company's best interests to file a voluntary Chapter 11 bankruptcy, resolves as follows:

RESOLVED that the Company is authorized to commence a voluntary Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Northern District of Iowa; and

RESOLVED that Dennis Bruce, as the Company's President, is authorized and directed, on the Company's behalf, to execute all documents reasonably necessary, appropriate, or beneficial to the Company to commence and proceed with a voluntary Chapter 11 case in the United States Bankruptcy Court for the Northern District of Iowa, including but not limited to the petition for relief under Chapter 11; and

RESOLVED that Dennis Bruce, the Company's President, and Todd Shores, the Company's Chief Financial Officer, are authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

RESOLVED that the Company is authorized and directed to retain the attorneys of Ag & Business Legal Strategies of Hiawatha, Iowa, including attorneys Joseph A. Peiffer and Austin J. Peiffer, to represent the Company in the Chapter 11 case; and

RESOLVED that the Company is authorized and directed to retain the accounting services of BerganKDV in the Chapter 11 case; and

RESOLVED that the Board hereby ratifies, approves, and confirms in all respects all actions taken on the Company's behalf by Dennis Bruce or the Company's agents or attorneys heretofore and in connection with the foregoing resolutions.

So resolves the Board of BDC Group, Inc., an Iowa corporation.


By: _____
Dennis Bruce, Director
Dated: June 1, 2023

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


1 Stop Traffic Services, LLC
5636 Kendall Ct Unit A
Arvada, CO 80002


1 Stop Utility & Construction
5636 Kendall Ct Unit A
Arvada, CO 80002


Adam Martin
1285 Hickory Ridge Dr
Marion, IA 52302


Adam Verastegui
3023 SW Butternut Dr
Ankeny, IA 50023


Advanced Traffic Control, Inc.
PO Box 8958
Cedar Rapids, IA 52408


Affordable Pressure Washing
7303 Mount Vernon Rd SE
Cedar Rapids, IA 52403


Agustin Sanchez
224 N Auburn Dr
Sterling, VA 20164


Alberto Garcia Jr
2024-42 Fairfax Pike
White Post, VA 22660

Alex Martin
4395 McGowan Blvd
Marion, IA 52302


Alfredo Trnidad Muniz Quijas
11052 Vista Del Sol Dr
El Paso, TX 79935


Allied Glass
1575 Ketelsen Dr
Ste 500
Hiawatha, IA 52233


Ally Finanical
PO Box 380901
Bloomington, MN 55438


Altorfer Inc
P.O. Box 1347
Cedar Rapids, IA 52405


American Boring Inc
6895 Pickering Rd
Carroll, OH 43112


American Truck & Trailer Supply
11949 Livingston Road
Manassas, VA 20109


Antonio Reyes
201 Hays Ave
Trenton, TN 38382


Area Wide Protective
P.O. Box 636219
Cincinnati, OH 45263

Arnold Motor Supply
1000 44th St
Marion, IA 52302


Asphalt Restorations, Inc.
PO Box 278
Crownsville, MD 21032


AUS Inc
137 NE 48th Pl
Des Moines, IA 50313


B2W Software
99 Bow Street Suite 500
Portsmouth, NH 03801


Baltimore County Maryland
400 Washington Avenue
Towson, MD 21204


Bank of America
100 North Tryon Street
Charloette, NC 28255


Barbour Building Systems, LLC
21421 E Truman Road
Independence, MO 64056


Barnhart Crane
PO Box 2153 Dept 1906
Birmingham, AL 35287


BerganKDV
417 First Avenue SE
Suite 300
Cedar Rapids, IA 52401

BL Tower Construction
11111 E Pine St
Tulsa, OK 74116


BMO Harris Bank NA
PO Box 71810
Chicago, IL 60694-1810


Bollmeier Crane & Lift
508 Hickory Lane
Marissa, IL 62257


Bradley & Riley PC
2007 1st Ave SE
Cedar Rapids, IA 52406-2804


Breakout Capital, LLC
1451 Dolley Madison Blvd
Suite 200
Mclean, VA 22101


BTM Engineering, Inc
3001 Taylor Springs Drive
Louisville, KY 40220


Bulldog Pipe
8991 West Business 60
Mountain Grove, MO 65711


CAJ Services, LLC
2400 Tawakoni Dr
Wylie, TX 75098


Campbell Supply Co
2127 N Towne Lane NE
Cedar Rapids, IA 52402

Candace Bruce
565 Eastview Avenue
Marion, IA 52302


Capital One Credit Card
PO Box 4069
Carol Stream, IL 60197-4069


Car Communications, LLC
8300 Sunset Dr
Manassas, VA 20110


Carrier Access IT, LC
1275 NW 128th St
Clive, IA 50325


Castle Concrete LLC
1325 Meade St
Flatwoods, KY 41139


CAT Financials
Lockbox 730681
14800 Frye Road 2nd Floor
Fort Worth, TX 76155


CB Companies LLC
1525 Ketelsen Dr
Hiawatha, IA 52233


Chad Harris
261 Sunset Lane
Hiawatha, IA 52233


Ciro Escalante
116 N Alder Ave
Sterling, VA 20164

Clear Canopy, LLC
1705 W. University Dr #108-106
McKinney, TX 75069


Clog Busters
3950 Vandalia Rd
Des Moines, IA 50317


Collection Services Center
PO Box 9125
Des Moines, IA 50306-9125


Colliflower, Inc.
9320 Pulaski Highway
Middle River, MD 21220


Colton Paris
1267 Lawrence Ave
Hazleton, IA 50641


Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219


Complete Design Solutions LLC
511B Davidson Drive
Minooka, IL 60447


Comstar Supply
105 Kestrel Drive
Collegeville, PA 19426


Coopwood's Air Conditioning
414 W. Tidwell Rd
Houston, TX 77091

Courtney Senters
1780 Valentine Drive
Marion, IA 52302


Crowbar's Ltd
4151 3rd Ave Ste 101
Marion, IA 52302


Cynthia Chelf
4609 Condor St
Muscatine, IA 52761


D & S Construction
1270 Country Club Dr
Marion, IA 52302


D.R.S. Enterprises, Inc
5339 Canal Road
Garfield, OH 44125


Davis Tower Foundation LLC
7001 W Memory Lane
Hulbert, OK 74441


Dawson Olson
1285 Lincoln Drive
Marion, IA 52302


DDL Business Systems, LLC
PO Box 940
Stephens City, VA 22655


De Lage Landen Financial Serv
1111 Old Eagle School Rd
Wayne, PA 19087

Dell Financial Services
PO Box 5275
Carol Stream, IL 60197-5275


Dennis Bruce
565 Eastview Ave.
Marion, IA 52302


Derek Neunaber
9710 York St
Anamosa, IA 52205


Derik Thomas
207 South Jones Street
Anamosa, IA 52205


Des Moines Water Works
2201 George Flagg Parkway
Des Moines, IA 50321-1190


Ditch Witch - Iowa
21124 Holden Dr
Davenport, IA 52806


Ditch Witch Financial Services
8418 Canyon Drive
Armarillo, TX 79119


Ditch Witch of Virginia
11053 Washington Hwy
Glen Allen, VA 23059


Diversified Underground Inc
PO Box 460909
Aurora, CO 80046

Divvy Credit Card
13707 S 200 W
Ste 100
Draper, UT 84020


DM Concrete, LLC
2462 10th Ave
Marion, IA 52302


Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290-0001


Douglas Chelf
4609 Condor Street
Muscatine, IA 52761


Drake Shores
813 Saint Annes Drive
Iowa City, IA 52245


Drilltech, LLC
7080 York Street
Denver, CO 80229


Dulles Electric Supply Corp
22570 Shaw Rd
Suite 150
Sterling, VA 20166


Dylan Bowser
19125 Dales Ford Rd
Scotch Grove, IA 52310


Dylan Davis
2050 Edgewood Rd NW
Cedar Rapids, IA 52405

E.R. Utilities Construction
14520 Golden Oak Rd
Centreville, VA 20121


Echo Group Inc.
PO Box 336
Council Bluffs, IA 51502


ECICOG
700 16th St NE
#301
Cedar Rapids, IA 52402


Edge Consulting Engineers, Inc
624 Water Street
Prairie du Sac, WI 53578


Efrain Jovel
1265 Elden St
Herndon, VA 20170


Electrical Engineering & Equip
953 73rd Street
Windsor Heights, IA 50324


Elmer Majano Hernandez
15095 Arum Pl
Woodbridge, VA 22191


Elmer Pereira
15095 Arum Pl
Woodbridge, VA 22191


ET Communications
40 E Station Ave
Coopersburg, PA 18036

Farmers & Merchants Savings Bank
200 First St SW
Cedar Rapids, IA 52404


Farmers & Merchants Savings Bank
200 First Street SW
Cedar Rapids, IA 52404


Fence Pros Inc
3887 Trigg Turner Rd
Corydon, KY 42406


Ferguson dba ACF
PO Box 100286
Atlanta, GA 30384


Fiber Network Resources
2486 State Route 588
Gallipolis, OH 45631


Five Star Communications, LLC
P.O. Box 7555
Omaha, NE 68107


Foundation Software
17800 Royalton Rd
Strongsville, OH 44136


Francisco Argueta Pereira
8981 Bonham Cir
Manassas, VA 20110


Freddie Aviles
6807 Kingswood Lane Northeast
Cedar Rapids, IA 52402

Fusion Telecom Services, LLC
4020 Oakmeadow Dr
Plano, TX 75093


Galinsky Family Real Estate
3900 Vandalia Road
Des Moines, IA 50317


Galloway Group
5840 Youngquist Rd
Ft. Meyers, FL 33912


Garcia Cable Inc
8318 Morningside Dr
Manassas, VA 20112-3511


Garrett Cowan
52 Cowan Rd.
Covington, PA 16917


Gary Bass Construction, Inc
PO Box 601
Edgewood, TX 75117


GD Construction Inc
2514 Cove Hollow Ct
Rowlett, TX 75088


Genesis Utility Inc
1740 Fox Downs Lane
Oilville, VA 23129


Genuine Cable Group
P.O. Box 734769
Chicago, IL 60673-4769

Global Rental Co. Inc.
33 Inverness Center Pkwy Ste 250
Birmingham, AL 35242


GLT Transportation Group
6955 NW 52nd St
Unit 6
Miami, FL 33166


Graybar Electric Co
12437 Collections Center Drive
Chicago, IL 60693


Great America Financial Servic
PO Box 660831
Dallas, TX 75266-0831


Green Note Capital Partners Inc.
1019 Avenue P, Suite 401
Brooklyn, NY 11223


Green State Credit Union
2355 Landon Rd
North Liberty, IA 52317


Guy M. Turner, Inc.
PO Box 7776
Greensboro, NC 27417-0776


H.M. Cragg Co
7490 Bush Lake Road
Edina, MN 55439


Harris & Heavener Excavating
1612 Lancaster Ave
Reynoldsburg, OH 43068

Hawkeye Fire & Safety
716 Oakland Rd NE
Cedar Rapids, IA 52402


HDZ Enterprises, Inc.
7964 Connell Ct
Suite D
Lorton, VA 22079


Hector Davila
6015 Lucente Ave
Suitland, MD 20746


Herc Rentals
23745 Pebble Run Place
Sterling, VA 20166


Hiawatha Properties LLC
Attn: Timothy J. Wilson
1710 Hawkeye Drive
Hiawatha, IA 52233


Hiawatha Water Department
101 Emmons St
Hiawatha, IA 52233


Hotel Engine, Inc.
DEPT CH 17483
Palatine, IL 60055-7483


Humberto Espinoza
7407 Lake Drive
Manassas, VA 20111


IMON Communications
PO Box 3446
Cedar Rapids, IA 52406-3446

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319


Iowa Department of Transportation
PO Box 10382
Des Moines, IA 50306-0382


Iowa Dept of Revenue
PO Box 10330
Des Moines, IA 50306-0330


Iowa Workforce Development-U/E
1000 E Grand Ave
Des Moines, IA 50319-1007


ISOLVED Benefit Services
PO Box 889
Coldwater, MI 49036-0889


JA Lee Electric Services, LLC
11 Melanie Lane, Suite 9
East Hanover, NJ 07936


Jacob Hensel
1130 32nd St. NE
Cedar Rapids, IA 52402


James River Equipment
9107 Owens Dr
Manassas Park, VA 20111


Jared Nelson
717 Wilson Ave. Drive SW
Cedar Rapids, IA 52404

Jarod Lee
207 North Marion St
Andrew, IA 52030


Jason A. Gang, Attorney
1245 Hewlett Plaza, #478
Hewlett, NY 11557


Jeramie Ellefson
10245 45Th Ave, Apt 4
Wyoming, IA 52362


Jesus Fuentes
2400 Vidalia Ct
Waldorf, MD 20601


Jim Lieurance
512 Tyler Street SE, #8
Cascade, IA 52033


JJJ Cable Communication, LLC
2025 Keller Springs Rd #1015
Carrollton, TX 75006


JK Communications LLC
304 Cottonwood St
Lexington, MO 64067


John Deere Financial
6400 NW 86t St
Johnston, IA 50131


Jon L. Swergold
Greenberg Traurug, LLP
401 East Las Olas Blvd
Ste 200
Fort Lauderdale, FL 33301

Jones Transport
6184 Hwy 98 West
Suite 210
Hattiesburg, MS 39402


Jose Gutierrez
2044 Fairfax Pike Lot 56
White Post, VA 22663


Jose Reyes
615 Southlia Dr. Apt H
Kokomo, IN 46902


Jose Rojas
2044 Fairfax Pike #42
White Post, VA 22663


Juan Lira
201 Hays Ave
Trenton, TN 38382


Justin Harris
5127 Sumerduck Rd
Warrenton, VA 20186


Kathleen Burgess
2510 Clark Ave
Marion, IA 52302


Kaylee Bruce
565 Eastview Ave
Marion, IA 52302


Keenan Flint
304 3rd Ave
Hiawatha, IA 52233

Kelly Kemmerling
654 28th St Court SE, Apt 303
Cedar Rapids, IA 52403


Kenway Trucking LLC
1655 Commercial Dr
PO Box 237
Walford, IA 52351


Kevin Haines
1984 Scales Bend Road NE
North Liberty, IA 52317


Keystone Bank
807 Rosedale Dr
Center Point, IA 52213


Konica Minolta Premier Finance
P.O. Box 790448
St Louis, MO 63179-0448


KYF Global Partners
1 Industrial Way W 07724 Eatontown
Monmouth, NJ 07758


L&M Underground Inc
7529 S. Storm Mtn
Littleton, CO 80127


Lamoni HCP
139 N. Linden St
Lamoni, IA 50140


Leonardo Meza Jr
11057 Vista Del sol Dr
El Paso, TX 79935

Liberty Doors
900 West Penn Street
North Liberty, IA 52317


Liberty Mutual Insurance
PO Box 91012
Chicago, IL 60680-1110


Linn County REC
5695 REC Drive
PO Box 69
Marion, IA 52302


Liomedes Fuentes
7783 Black Horse Ct
Manassas, VA 20110


Liquid Capital Exchange
5075 Yonge St. Ste 700
Toronto, Ontario CANADA
M2N 6C6


Lisa Watson
20388 Farmgate Terr
Ashburn, VA 20147


Listo Services, LLC
14773 Crimson Bluff
Winter Garden, FL 34787-0045


Loudoun Auto Parts Inc
45977 Old Ox Rd
Sterling, VA 20166


Loudoun Water
PO Box 4000
Ashburn, VA 20146-2591

Luck Stone Corp.
PO Box 22696
New York, NY 10087-2696


Luis Perdomo Moreno
12023 Grewing Sq. Apt C1
Reston, VA 20191


Lumen
1025 Eldorado Blvd
Broomfield, CO 80021-8254


Lyle Oesterborg
1520 Idledale Road NE
Cedar Rapids, IA 52402


Manchester Leasing Service Inc
18173 Edison Ave
Unit G
Chesterfield, MO 63005


Manchester Leasing Services, Inc.
18173 Edison Avenue, Unit G
Chesterfield, MO 63005


Maquoketa Valley REC
109 North Huber St
Anamosa, IA 52205


Mario Reyes Alfaro
9211 Timberwood Ct
Manassas, VA 20110


Mark Sheller
600 East Poplar Road
Sterling, VA 20164

Marlin Capital Solutions
300 Fellowship Rd
Mt. Laurel, NJ 08054


Marlin Capital Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054


Marvair
P.O. Box 400
Cordele, GA 31010


McCarthy Tire Service Co of VA
PO Box 1125
Wilkes Barre, PA 18703-1125


McCoart Electric
68 Horse Picture
Lowmansville, KY 41232


McGrath
4610 Center Point Rd NE
Cedar Rapids, IA 52402


MidAmerican Energy Company
PO Box 8020
Davenport, IA 52808-8020


Midwest Wheel Companies
200 50th Ave SW
Cedar Rapids, IA 52404


Mike Miner
14407 Amber Road x44
Monticello, IA 52310

Millbrook Quarries LLC & DBA
PO Box 163
Broad Run, VA 20137


Millennium
120 S. Wright St.
Delavan, WI 53115


MOB Communications, LLC
13709 80th Terrace
Live Oak, FL 32060


Mobile Mini Inc
4646 E Van Buren St Ste 400
Phoenix, AZ 85008


Modular Connections, LLC
1090 Industrial Blvd
Bessemer, AL 35022


Moises Santos Yanes
8436 Graves Street Apt 103
Alexandria, VA 22309


New Age Drilling LLC
3212 23rd St
Des Moines, IA 50320


NOVA RECON
7720 Bethlehem Road
Manassas, VA 20109


NOVEC
PO Box 34795
Alexandria, VA 22334

Ostafi Communications Inc
2121 Swan Drive
Camanche, IA 52730


Overhead Door
6515 4th Street SW
Cedar Rapids, IA 52404


Ozzy Fiber Construction, Inc
14378 Sandhill Road
Louisville, NE 68037


Paul Garner
1475 Drummer Hill Rd
Front Royal, VA 22630


PEAC Solutions
300 Fellowship Rd
Mt. Laurel Township, NJ 08054


Pinco Construction, Inc.
21010 Southbank st. #605
Sterling, VA 20165


PJI Law
3900 Jermantown Rd
Fairfax, VA 22030


Plumetazz America Corp
225 Thrasher Pike
Soddy Daisy, TN 37379


Poly Vinyl Roofing
785 Elbow Creek Rd
Mount Vernon, IA 52314

Port-A-Johns
19212 Military Rd
Bennington, NE 68007


Precision Sheet Metal
1518 13th St
Belle Plaine, IA 52208


Premier AV Solutions
609 W Jefferson St
Palmer, TX 75152


Price Builders LLC
12185 Fredrick
Pampa, TX 79065


Priceless Landscape
7015 Lancaster Thornville Rd NE
Pleasantville, OH 43148


Primus Electronics
8101 Solutions Center
Chicago, IL 60677-8001


Pro Tech Electric Services Inc
8615 Whitmore Cir
Ste 108
Omaha, NE 68122


PWCSA
PO Box 2266
Woodbridge, VA 22195


Quality Power Solutions, LLC
5718 Manufacturers Drive
Madison, WI 53704

RCR Telecom, LLC
2425 W. Parker Rd, Bldg 6C
Carrollton, TX 75010


Rebecca Strike
6906 Brookhaven Dr NW
Cedar Rapids, IA 52405


Resurface Inc.
7679 Limestone Dr
Gainesville, VA 20166


Reyes Underground Utilities
1899 County Road 1126
Cumby, TX 75433


Rice Tire
13032 Balls Ford Rd
Manassas, VA 20109


Rob Brown
4907 Harvest Court SW
Cedar Rapids, IA 52404


ROC Communications LLC
13908 Lake Drive NE
Columbus, MN 55025


Romero Construction, LLC
4212 Airline Pkwy
Chantilly, VA 20151


Ross Michaelis
121 S Garnavillo St
Anamosa, IA 52205

Roy R. Leaf
Nyemaster Goode, P.C.
625 1st St SE
Ste 400
Cedar Rapids, IA 52401


RP Construction
24008 Bishop Meade Place
Ashburn, VA 20148


Ryan Pedersen
1485 Meadowview Dr, 10
Marion, IA 52302


S&S Fiberoptics Corp
14135 Dan Park Loop
Fort Myers, FL 33912


Scherr Contracting LLC
5015 SW 8th St
Des Moines, IA 50315


Schimberg Company
1106 Shaver Rd NE
Cedar Rapids, IA 52402


Sega Ag Works Inc
PO Box 39
Cissna Park, IL 60924


Seth Stanton
409 6th Ave SW
Cedar Rapids, IA 52404


Sheets Sterling, inc
PO Box 615
Sterling, VA 20167

Sherwin Williams
3501 J St SW
Cedar Rapids, IA 52333


SIA Underground Inc
324 Preston Dr
Warrenton, VA 20186


Small Business Administration
10737 Gateway West
Suite 300
El Paso, TX 79935


Small Business Adminstration
2750 1st Ave NE
Suite 350
Cedar Rapids, IA 52402


Soft Dig Properties, LLC
525 Milltown Road
Suite 304
New Brunswick, NJ 08901


Solutions Fiber Optic Inc
8422 Freedom Ct
Columbia, MD 21045


Sourctel Supply, LLC
1635 Lakes Parkway
Suite O
Lawrenceville, GA 30043


South Dakota Department of Revenue
300 S. Sycamore Avenue, Ste 102
Sioux Falls, SD 57110


Star Equipment Ltd
1401 2nd Ave
Des Moines, IA 50314

SummitIG, LLC
22375 Broderick Drive, Suite 165
Dulles, VA 20166


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Tarheel Contractors Supply
162 Porter Rd
Rock Hill, SC 29730


Terry Durin Co.
407 7th Ave SE
Cedar Rapids, IA 52401


TMC Transportation
PO Box 1774
Des Moines, IA 50306


Todd Shores
1840 Silver Maple Trail
North Liberty, IA 52317


Traffic Safety Supplies Inc.
14490 Lee Hwy
Gainesville, VA 20155


Transportation Consultants Inc
2400 86th St Suite 28
Urbandale, IA 50322


Treasurer of VA
P.O. Box 570
Richmond, VA 23218-0570

Tripwireless, INC.
4941 Allison St Suite 7
Arvada, CO 80002


Ty Mcfarland
1826 23rd St NW
Cedar Rapids, IA 52405


Tyler Pelton
S3052 E Fox Hill Rd
Baraboo, WI 53913


U.S. Attorney (SBA)
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401


U.S. Small Business Administration
Attn: Michelle Chesebro, Attorney
332 S. Michigan, Suite 600
Chicago, IL 60604


U.S. Small Business Administration
Fresno District Office
801 R Street
Suite 201
Fresno, CA 93721


United Rental
5735 4th St Ct SW
Cedar Rapids, IA 52404


United States Trustee
Northern District of Iowa
111 Seventh Avenue SE, Suite 280
Cedar Rapids, IA 52401


US Attorney (IRS)
111 7th Avenue SE #1
Cedar Rapids, IA 52401

USTDW
PO Box 365
Walford, IA 52351


Utility Service Contractors Inc
1410 Industrial Dr, Suite 100
Hiawatha, IA 52233


Victor Hernandez
45291 Gable Sq
Sterling, VA 20164


Virginia Department of Taxation
PO Box 1777
Richmond, VA 23218-1777


Virginia Employment Commission
PO Box 26441
Richmond, VA 23261-6441


Virginia Ground Covers
21585 Cascades Parkway
Sterling, VA 20166


Wapsi Banks, LLC
761 Wapsi Banks Rd
Central City, IA 52214


Wascape Construction
403747 W. 3800 Rd
Talala, OK 74080


Wendling Quarries, Inc
2647 225th St
De Witt, IA 52742

West Pacific Drilling, Inc
PO Box 882
Silverton, OR 97381


West Union Trenching, LLC
800 Hwy 150 South
West Union, IA 52175


WI Department of Workforce Development
Unemployment Insurance Division
PO Box 7945
Madison, WI 53707


WM Corporate Services, INC.
PO Box 4648
Boston, MA 02205


WM Enterprise, LLC
7411 Riggs Rd, Ste 202
Hyattsville, MD 20783


Youngwood Lane LLC
44112 Mercure Circle
Sterling, VA 20166


Younts Contracting LLP
1436 F Ave
Red Oak, IA 51566


Zackary McElroy
416 G Ave NW
Cedar Rapids, IA 52405