UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: <br> BDC Group, Inc., <br>     Debtor | Case No. 23-00484 <br><br> Appearance <br> and Request for Notice |

COMES NOW the undersigned counsel for DVA, Inc. d/b/a Ditch Witch of Virginia ("*Ditch Witch*"), who files this Appearance and Request for Notice and in support thereof states as follows:

1. On June 13, 2023, BDC Group, Inc. (the "*Debtor*") filed their voluntary petition.

2. Ditch Witch is a creditor of the Debtor.

WHEREFORE Ditch Witch requests that the Clerk of the Court note the appearance of the undersigned counsel and provide the undersigned with a copy of the notices sent to Ditch Witch or creditors of the Debtor.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing: 601 S. Lindbergh Blvd.
         Frontenac, MO 63131
Physical: 222 Third Ave. SE
         Suite 501, Office 6
         Cedar Rapids, IA 52401
Email: elangston@aegislaw.com
(319) 435-9793, Fax: (314) 454-9110
    *Attorney for Creditor DVA Inc.*
        *(Ditch Witch of Virginia)*

**Certificate of Service**
I certify that I caused the foregoing to be filed with CM/ECF on Wednesday, August 23, 2023, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

*Eric J Langston*