United States Bankruptcy Court
Northern District of Iowa

In re:                                                                              Case No. 23-00484-TJC

BDC Group, Inc.                                                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

**Recip ID**            **Recipient Name and Address**
db                      +  BDC Group, Inc., 1525 Ketelsen Road, Hiawatha, IA 52233-2219

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram V. Carls | |
| | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  hcable-larson@spmblaw.com |
| Austin Peiffer | |
| | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |
| | on behalf of Debtor BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |

District/off: 0862-1          User: admin          Page 2 of 2

Date Rcvd: Aug 21, 2023          Form ID: pdf902          Total Noticed: 1

Claire Davison
on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

Elizabeth L. Janczak
on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@freeborn.com

Eric W. Lam
on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey P. Taylor
on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Joseph A. Peiffer
on behalf of Debtor BDC Group  Inc. joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Ronald C. Martin
on behalf of Creditor Dennis Bruce ronm@drpjlaw.com
rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Roy Ryan Leaf
on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;mcopple@nyemaster.com

Rush M. Shortley
on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink
on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse
on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@freeborn.com

Terry Gibson
on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@2501grand.com

Terry Gibson
on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@2501grand.com

Tonita M Helton
on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga
on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com


TOTAL: 28

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>**BDC GROUP, INC.,**<br><br>Debtor-In-Possession. | Case No. 23-00484<br><br>Chapter 11<br><br>**CONSENT ORDER GRANTING ISOTROPIC MOTION FOR RULE 2004 EXAM OF DEBTOR AND DIRECTING DEBTOR TO APPEAR** |

THE COURT, having been presented with the Consent Motion filed by Creditor Isotropic Networks, Inc. to conduct an examination of the Debtor pursuant to FRBP 2004, and noting that counsel to the Debtor and Isotropic Networks, Inc. have conferred as required by Local Rule 2004-1 and that the Debtor has consented to the relief and examination sought by Isotropic Networks, Inc., IT IS THEREFORE ORDERED THAT:

The Debtor, acting through its principal Dennis Bruce, shall appear for a Rule 2004 examination by Isotropic Networks, Inc., on **Wednesday, August 23, 2023, commencing at 10:00 a.m. and continuing thereafter until completed, at the Donald D. Swanson Executive Conference Room located at the Eastern Iowa/Cedar Rapids Airport located at 2121 Arthur Collins Parkway, SW, Cedar Rapids, IA 52402.**

IT IS FURTHER ORDERED that the Debtor shall provide to Isotropic Networks, Inc., the following documents prior to the Rule 2004 examination:

a.  Copies of all invoices received by BDC from subcontractors that performed work or provided materials to BDC with respect to the two Isotropics' projects;

b.  Copies of BDC's bank statements for October 2022–June 2023.;

SO ORDERED ON THIS <u>21</u> DAY OF AUGUST, 2023.

_____

The Honorable Thad J. Collins
Chief Bankruptcy Judge

**Order prepared and submitted by:**

/s/Terry L. Gibson
Terry L. Gibson
Counsel to Isotropics Networks, Inc.

**Consented to for entry:**

_/s/ Austin J. Peiffer per email authorization_
Austin J. Peiffer,
Counsel to Debtor, BDC Group, Inc.

**Certificate of Service**

      The document was served electronically on parties who receive electronic notice through the CM/ECF as listed on CM/ECF's notice of electronic filing.

Dated this 10th  day of August, 2023.

                                */s/ Terry L. Gibson*
                               Terry L. Gibson