UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC Group, Inc.,

Debtor

Chapter 11

Bankruptcy No. 23-00484

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: August 25, 2023
Preliminary Hearing on: Motion for Relief from Stay (Doc. 149) and Motion for Adequate Protection (Doc. 150) filed by Manchester Leasing Services, Inc.

APPEARANCES:

Attorney Austin Peiffer for Debtor
Attorney Terry L. Gibson for Movant
Attorney Elizabeth L. Janczak for the Official Committee of Unsecured Creditors Attorney Abram V. Carls for Keystone Savings Bank
Attorney Claire Davison for the United States Trustee
Attorney Janet Reasoner for the United States Trustee

**IT IS ORDERED THAT**:

The matter is set for a final hearing on:

**September 8, 2023 at 11:30 AM**
At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

Ordered:

August 25, 2023

Thad J. Collins
Chief Bankruptcy Judge