UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK23-00484 |
| | ) | |
| BDC GROUP, INC., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Brian S. Koerwitz and hereby enters his appearance as attorney of record for Watts Electric Company, a creditor and party in interest in the above-referenced bankruptcy case.

On behalf of Watts Electric Company, the undersigned requests all notices provided under Rule 2002, be served upon its attorneys of record at the address set forth below:

Brian S. Koerwitz
Peetz Koerwitz & Lafleur, PC LLO
5825 South 14th Street, Ste. 200
Lincoln, NE 68512
bkoerwitz@eptlawfirm.com
(402) 904-8176

DATED: August 31, 2023.

WATTS ELECTRIC COMPANY, Creditor

By:   /s/ Brian S. Koerwitz
Brian S. Koerwitz, #23655
Peetz Koerwitz & LaFleur, PC, LLO
5825 S. 14th Street, Ste. 200
Lincoln, NE 68512
(402) 904-8176 – phone
(402) 904-7097 – fax
bkoerwitz@eptlawfirm.com

### CERTIFICATE OF SERVICE

I certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all parties and counsel participating in the CM/ECF system.

/s/ Brian S. Koerwitz
Brian S. Koerwitz, #23655