**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.,<br>    Debtor-in-Possession. | Chapter 11<br>Bankruptcy No. 23-00484<br><br>ORDER SETTING DEADLINE FOR DEBTOR TO ASSUME OR REJECT LEASES PURSUANT TO 11 U.S.C. §365(D)(2) |

The Court, having been presented with the Motion For Order Directing Debtor to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. §365 as filed herein by Manchester Leasing Services, Inc. (Docket #146), and noting that the Notice (Docket #147) concerning such Motion required any and all Objections to be filed on or before 4:30 p.m. on August 31, 2023, and the Court, noting that no timely Objections have been filed to said Motion, and after reviewing the same, finding good and sufficient cause to grant the relief requested by Manchester Leasing Services, Inc., in the Motion,

IT IS HEREBY ORDERED that the Motion for Order Directing Debtor to Assume or Reject Executory Contracts filed by Manchester Leasing Services, Inc. is GRANTED.

IT IS FURTHER ORDERED that the Debtor shall either assume or reject the lease agreements with Manchester Leasing Services, Inc., as identified in the Motion, on or before September 15, 2023, and shall file with the Court a pleading identifying which lease agreements are being accepted and which lease agreements are being rejected by the Debtor.

In the event that the Debtor assumes any of the lease agreements with Manchester Leasing Services, Inc., the Debtor shall cure any and all defaults under such lease agreement at the time of assumption as required by 11 U.S.C. §365(b)(1).

In the event that the Debtor rejects any of the lease agreements, the Debtor will immediately surrender the equipment or vehicles subject to the rejected lease agreement to Manchester Leasing Services, Inc., and the automatic stay shall be deemed to have been lifted as to any such rejected lease accounts and related equipment or vehicles as of the date of such rejection.

Dated and Entered: September 5, 2023

Thad J. Collins
Chief Bankruptcy Judge