**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| IN RE: | Chapter 11 |
|---|---|
| BDC Group Inc. | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | NOTICE OF CHANGE OF ADDRESS |

COMES NOW the Debtor-in-Possession, BDC Group Inc., and hereby submits a change of address for the following entity:

| Old Address | New Address |
|---|---|
| BDC Group Inc.<br>1525 Ketelsen Road<br>Hiawatha, IA 52233 | BDC Group Inc.<br>925 Boyson Court<br>Hiawatha, IA 52233 |

Dated this 7th day of September, 2023.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/ Austin Peiffer
Austin J. Peiffer AT0014402
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone: (319) 363-1641
Fax: (319) 200-2059
Email: austin@ablsonline.com
ATTORNEY FOR DEBTOR-IN-POSSESSION

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of September, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

Signed: /s/ Leah M. Watson