UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. |
| BDC GROUP, INC. | ) | |
| | ) | 23-00484 |
| | ) | |
| | ) | U.S. TRUSTEE'S RESERVATION OF |
| Debtor. | ) | RIGHTS TO DEBTOR'S FIRST INTERIM |
| | ) | FEE APPLICATION |

The Acting United States Trustee (UST), through the undersigned, hereby files this reservation of rights in response to Debtor's *First Interim Fee Application for Debtor's Counsel*. *See* Doc. 162. In support the UST respectfully states:

1. Debtor filed its *First Interim Fee Application for Debtor's Counsel* ("Application") on August 17, 2023. Objections are due September 7, 2023 and a hearing is set for September 8, 2023.

2. The Application seeks payment of fees incurred between June 13, 2023 and August 10, 2023. The Application seeks fees totaling $65,588 and expenses of $2,476.89, for a total application amount of $68,064.89.

3. The UST does not take a position at this time regarding the Application.

4. However, the UST expressly reserves all rights, argument, and objections with respect to the First Interim Fee Application of Debtor's Counsel, and to raise additional arguments or objections in connection therewith.

Dated:  September 7, 2023

                          Respectfully Submitted,

                          **Mary R. Jensen**
                          Acting United States Trustee

                         By: /s/  Janet G. Reasoner
                          Assistant U.S. Trustee
                          111 7th Ave SE, Box 17
                          Cedar Rapids IA  52401
                          (319) 364-2211 ext 230
                          Janet.G.Reasoner@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on September 7, 2023:

All parties receiving ecf notifications.

                          */s/ Claire R. Davison*
                          Claire R. Davison
                          Trial Attorney
                          Office of U.S. Trustee