# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> BDC Group, Inc., <br><br> Debtor-in-Possession. | Chapter 11 <br><br> Bankruptcy No. 23-00484 |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION FOR DEBTOR'S ATTORNEY (DOC. 162)**

The matter before the Court is Ag & Business Legal Strategies' ("Applicant") First Interim Application for Compensation for Debtor's Attorney (Doc. 162). Keystone Savings Bank objected to that application (Doc. 187). No other objections have been lodged. The Debtor and Keystone Savings Bank have resolved that objection and that resolution is documented here.

Applicant has agreed to withdraw its contingent request to use prepetition retainer funds to pay this fee application, without prejudice to future fee applications and requests for compensation. This withdrawal moots Keystone Savings Bank's objection. Nothing in this order is a withdrawal or waiver of the parties' positions on other pending matters.

IT IS ORDERED that the Application is approved. The Court authorizes payment to Applicant in the total amount of $68,064.89 for professional services rendered and expenses incurred.

IT IS FURTHER ORDERED that payment of the approved compensation will be paid to Applicant from the Debtor's postpetition funds held in Applicant's trust account.

IT IS FURTHER ORDERED that the hearing scheduled for 11:30 A.M. on September 8, 2023 is canceled.

Dated and Entered:

September 8, 2023

Thad J. Collins
Chief Bankruptcy Judge

Agreed as to Form and Content:

/s/ Abram V. Carls
Abram Carls, Counsel for Keystone Savings Bank


Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession