# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| IN RE: | Chapter 11 |
|---|---|
| BDC Group, Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | |

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR APPRAISER (DOC. 158)

The matter before the Court is Equipment Marketers & Appraiser's ("Applicant") First and Final Application for Compensation for Appraiser (Doc. 158).

IT IS ORDERED that the Application is approved. The Court authorizes payment to Applicant in the total amount of $4,098.32 for professional services rendered and expenses incurred.

IT IS FURTHER ORDERED that payment of the approved compensation will be paid to Applicant directly by the Debtor-in-Possession.

Dated and Entered:

September 11, 2023

Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession