# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> BDC Group Inc., <br><br>     Debtor-in-Possession. | Chapter 11 <br><br> Bankruptcy No. 23-00484 <br><br> ORDER GRANTING MOTION TO PAY PREPETITION WAGES <br> (DOC. 12) |

The matter before the Court is the Debtor's Motion to Pay Prepetition Wages (Doc. 12) ("Motion"). On June 21, 2023 the Court issued an Opinion and Order where it found that the Motion, along with others, should be granted. However, the other motions granted then were documented with separate orders granting them while this one was not. Therefore,

IT IS ORDERED:

1. The Motion is GRANTED effective June 21, 2023, as modified on the record by excluding the wages of Dennis & Candace Bruce.

Dated and Entered:

September 12, 2023

Thad J. Collins <br>
Chief Bankruptcy Judge

Order Prepared by: <br>
Austin J. Peiffer AT0014402 <br>
Ag & Business Legal Strategies <br>
Attorney for Debtor-in-Possession