# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **NOTICE OF FIRST INTERIM FEE APPLICATION OF SMITH GAMBRELL & RUSSELL AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the *First Interim Fee Application of Smith Gambrell & Russell LLP as Counsel to the Official Committee of Unsecured Creditors* (Doc. 192) was filed with the Court in the above-captioned case on September 14, 2023. The application requests approval of compensation for fees in the amount of $77,945.00 and expenses in the amount of $616.85. A copy of this application may be obtained by e-mailing ejanczak@sgrlaw.com and requesting a copy, or by writing to Elizabeth L. Janczak, Smith Gambrell & Russell LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606.

NOTICE IS FURTHER GIVEN that the bar date for objection to the *First Interim Fee Application of Smith Gambrell & Russell LLP as Counsel to the Official Committee of Unsecured Creditors* is **October 5, 2023**. Objections, if any, must be filed with the Court on or before that date with a copy served on counsel for the Official Committee of Unsecured Creditors, counsel for the Debtor, and the United States Trustee ("*Notice Parties*") at the addresses below.

Clerk of the Bankruptcy Court
111 7th Ave SE
Box 15
Cedar Rapids, IA 52401-2101

Office of the United States Trustee
111 7th Ave SE
Box 15
Cedar Rapids, IA 52401-2101

| | |
|---|---|
| Elizabeth L. Janczak | Austin J. Peiffer |
| Shelly A. DeRousse | Ag & Business Legal Strategies |
| Smith Gambrell & Russell LLP | PO Box 11425 |
| 311 South Wacker Drive, Suite 3000 | Cedar Rapids, IA 52410-1425 |
| Chicago, IL 60606 | |

NOTICE IS FURTHER GIVEN that if any objections are filed, a hearing on said objections will be scheduled by separate notice.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

Dated: September 14, 2023

**SMITH GAMBRELL & RUSSELL LLP**

By: /s/ Elizabeth L. Janczak
    One of Its Attorneys

Shelly A. DeRousse, Esq.
Elizabeth L. Janczak, Esq.
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
sderousse@sgrlaw.com
ejanczak@sgrlaw.com

*Counsel for the Official Committee of Unsecured Creditors of Home Products International, Inc. et al.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 14th day of September, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

            /s/ Elizabeth L. Janczak