B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>BDC Group Inc. | **DEFENDANTS**<br>Breakout Capital, LLC; Green Note Capital Partners SPV LLC; KYF Global Partners; Marlin Capital Solutions (nka PEAC Solutions); Kyle Enterprises, LLC; and Sheets Sterling, Inc. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Ag and Business Legal Strategies<br>PO Box 11425, Cedar Rapids, IA 52410<br>(319) 363-1641 | **ATTORNEYS** (If Known)<br>Jason A. Gang (Green Note Capital Partners SPV LLC), Matthew Devendorf (Breakout Capital LLC), and Kevin Abbott (Sheets Sterling, Inc.) |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Injunction extending the automatic stay under 11 U.S.C. §§ 105 & 362(a).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>**BDC Group Inc.** | BANKRUPTCY CASE NO.<br>**23-00484** |||
| DISTRICT IN WHICH CASE IS PENDING<br>**Northern District of Iowa** | DIVISION OFFICE<br>**Cedar Rapids** || NAME OF JUDGE<br>**Thad J. Collins** |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Austin Peiffer* ||||
| DATE<br>**September 14, 2023** || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>**Austin J. Peiffer** ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bankruptcy No. 23-00484 |
| BDC Group Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Breakout Capital, LLC; Green Note Capital Partners SPV LLC; KYF Global Partners; Marlin Capital Solutions (nka PEAC Solutions); Kyle Enterprises, LLC; and Sheets Sterling, Inc.<br><br>    Defendants. | Adversary No. _____<br><br>COMPLAINT FOR INJUNCTIVE RELIEF |

The Plaintiff is the Debtor in the above captioned bankruptcy. The Plaintiff's President and Founder is Mr. Dennis Bruce of Marion, IA. The President of the Debtor guaranteed numerous loans to the Debtor and the Defendants, and presumably other creditors of the Debtor and Plaintiff in this adversary proceeding allege for its Complaint, upon knowledge of its own acts and upon information and belief as to other matters, as follows:

## INTRODUCTION

1. This is an adversary proceeding brought under Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and § 105 of title 11 of the United States Code (the "Bankruptcy Code") seeking an injunction extend the automatic stay to protect Debtor's President, Dennis Bruce, from Defendants' continuation of their active judicial actions or proceedings[1]

---

1. *Green Note Capital Partners SPV, LLC, vs. BDC Group, Inc. dba BDC Group, and Dennis C. Bruce,* filed as index No. 515219/2023 on May, 23, 2023 in the Supreme Court of the State of New York,

(the "Pending Actions"), or any other judicial actions or proceedings that could have been commenced before the commencement of this case against Dennis Bruce ("Related Party," and the claims against him described in this paragraph the "Related Party Claims") for his guaranties of the Debtor's debts. *See* In re R & G Fin. Corp., 441 B.R. 401, 407–08 (Bankr. D.P.R. 2010) (holding a request to extend the automatic stay is a request for injunctive relief that must be brought as an adversary proceeding).

2. Unless stayed, the Related Party Claims, and particularly the Pending Actions, will eviscerate the fundamental goals of this bankruptcy case and of the Bankruptcy Code itself.

3. The Bankruptcy Code provides for stays of litigation to avoid precisely this inequitable and value-destroying dynamic. In the wide range of situations to which it applies, the automatic stay provided by § 362(a) of the Bankruptcy Code allows "the bankruptcy court to centralize all disputes concerning property of the debtor's estate in bankruptcy court so that reorganization can proceed efficiently, unimpeded by uncoordinated proceedings in other arenas." Shugrue v. Air Line Pilots Ass'n, Int'l (In re Ionosphere Clubs, Inc.), 922 F.2d 984, 989 (2d Cir. 1990); see also 11 U.S.C. § 362(a). And § 105(a) of the Code empowers this Court to stay actions that will frustrate a successful reorganization even if those actions are not automatically stayed by § 362 or if the application of § 362 is unclear or disputed.

4. The Debtor therefore respectfully requests that the Court enter an injunction extending the automatic stay in its bankruptcy to protect its President. The Debtor asks that this Court stay the Related Party Claims, as not doing so will drown the Debtor and most certainly frustrate its successful reorganization. This is a paradigmatic case for a § 105(a) injunction extending the automatic stay.

---

County of Kings seeking a judgment against Dennis C. Bruce in the sum of $954,257.50 with interest from May 19, 2023 plus costs, disbursements, and attorney's fees.

*Breakout Capital, LLC vs. Bruce, Dennis,* Case no. CL-2023-0010391, Judgment No. 654472, filed on July 18, 2023 by Matthew Devendorf, Attorney in Fact for Dennis Bruce, in the Circuit Court of Fairfax County, Virginia, confessing judgment in favor of Breakout Capital, LLC for $667300.00 with interest at 6% from May 18, 2023 and attorney fees of $1,000.00. Judgment was entered on July 24, 2023.

*Kyle Enterprises, LLC, d/b/a Millennium vs. Dennis Bruce,* filed as case no 2023CV000557 in the Circuit Court of Wisconsin, Walworth County seeking recovery of $11,697.39 based on a guaranty of BDC obligations signed by Dennis Bruce.

5. The standard for such an injunction is amply met here. First, the Debtor has a reasonable likelihood of a successful reorganization, if (and likely only if) granted the requested pause of the Pending Actions and any other Related Party Claims. The Debtor has already made great strides towards a successful reorganization through the agreement in principle between the Debtor and its operating lender to structure the Chapter 11 Plan payments necessary to service the debts that will be owed by the Debtor under its confirmed Chapter 11 Plan. If the Debtor can consummate the agreement in principle on that basis, substantial assets can be saved that will be available to service the debt owed to the Defendants and unsecured creditors.
6. Second, absent a stay of the Pending Actions and any other Related Party Claims, the Debtor—and its prospects of successful reorganization—will suffer crushing and irreparable injury. Legal fees will continue to consume the Debtor's assets and dwindling line of credit. The Debtor's President and Founder, Dennis Bruce will be forced to dedicate ever-increasing time and effort to defending the Pending Actions and any other Related Party Claims rather than operating the Debtor's core business to maximize the value of the Debtor's estate.
7. Third, there is little harm caused by granting the requested relief. While there may be a temporary delay, the Defendants' ability to enforce any money judgment against the Debtor is unquestionably stayed by § 362 of the Bankruptcy Code.
8. Because the equities weigh in favor of staying the actions, a stay is warranted in the interest of justice, and this Court should grant the requested relief.

## JURISDICTION AND VENUE

9. This adversary proceeding arises in and relates to the Debtor's case pending before this Court under chapter 11 of the Bankruptcy Code.
10. By Public Administrative Order No. 07-AO-16-P, dated December 5th, 2007, the United States District Court for the Northern District of Iowa referred all bankruptcy cases to this Court, under 28 U.S.C. § 157(a).
11. This is a core proceeding under 28 U.S.C. § 157(b) and, under Rule 7008 of the Bankruptcy Rules, the Debtor consents to the entry of a final order by the Court in connection with this adversary proceeding to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.
12. Venue is proper before the Court under 28 U.S.C. §§ 1408 and 1409.

## THE PARTIES

13. The Plaintiff, BDC Group, Inc. ("Debtor"), is a business that performs telecommunications work including laying of fiber cable using underground boring, and is headquartered in Hiawatha, Iowa.
14. Defendant Breakout Capital, LLC is a limited liability company organized under the laws of the state of Delaware that loaned the Debtor $1,000,000.00 in January of 2023 with the loan having been guaranteed by Dennis Bruce.
15. The Defendant Green Note Capital Partners SPV, LLC is a limited liability company organized under the laws of the state of New York that loaned the Debtor $500,000.00 in February of 2023 and loaned an additional $250,000.00 in April of 2023 with each loan having been guaranteed by Dennis Bruce.
16. Defendant KYF Global Partners, LLC is a limited liability company organized under the laws of the state of New Jersey that loaned the Debtor $750,000.00 in January of 2023 with the loan having been guaranteed by Dennis Bruce.
17. Defendant Marlin Capital Solutions, nka PEAC Solutions, is a corporation organized under the laws of the State of Delaware that extended credit to the Plaintiff Debtor in the amount of $250,000.00 in December of 2022 with the loan having been guaranteed by Dennis Bruce.
18. Defendant Kyle Enterprises, LLC, d/b/a Millennium is a limited liability company organized under the laws of the state of Wisconsin. It is a vendor for Plaintiff and Dennis Bruce guarantied Debtor's debt.
19. Defendant Sheets Sterling, Inc. is a corporation organized under the laws of the State of Virginia. It is a vendor of the Plaintiff and Dennis Bruce guarantied Plaintiff's debts to Sheets Sterling.
20. Although not named as parties in this adversary proceeding, the Related Party is the Plaintiff Debtor's President and Founder. He individual guarantied many loans made to or extensions of credit for Plaintiff.

## FACTUAL BACKGROUND

21. In the Pending Action by Breakout Capital, LLC an in personam judgment has been entered against Dennis Bruce that Breakout Capital, LLC is seeking to enforce.
22. The Pending Action by Green Note Capital Partners SPV, LLC is seeking an in personam Judgment against Dennis Bruce, a guarantor of the Debtor's debt to Green Note Capital Partners.
23. The notes owed by Plaintiff to Defendants are guaranteed by Dennis C. Bruce, President and 100% owner of the Plaintiff.

## IMPACT OF PENDING ACTIONS ON DEBTOR'S RESOURCES

24. The Pending Actions have been disruptive to the Debtor's day-to-day conduct of business. The time and energy required to monitor, manage, and direct the Debtor's President's individual responses to the Pending Actions should instead be focused on the Debtor's business operations and formulation of a Chapter 11 Plan of Reorganization.

## THE BANKRUPTCY PROCEEDING

25. The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court on June 13, 2023.
26. The Debtor continues to operate its business as debtor-in-possession under §§ 1107(a) and 1108 of the Bankruptcy Code.
27. The Debtor seeks to construct a confirmable plan of reorganization that conserves assets of the Debtor's estate so that the debts owed to its major secured creditor, Keystone Savings Bank, can be repaid.

## COUNT ONE—PRELIMINARY INJUNCTION STAYING ACTIONS AGAINST GUARANTORS

28. The Debtor repeats and re-alleges the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.
29. The Debtor seeks a preliminary injunction under § 105(a) of the Bankruptcy Code to extend the automatic stay to protect Debtor's president from the Related Party Claims.
30. This Court has the jurisdiction and authority to enjoin the Related Party Claims under § 105(a) because the actions will have a direct and substantial impact on the Debtor's estate. The Related Party Claims are, or would be, based on the non-payment of obligations Plaintiff owes to Defendants. The threat (or realization) of judgments against Dennis Bruce may lead to him filing individual bankruptcy to protect himself from garnishment activities. Defending lawsuits against him will distract Dennis Bruce, from operating the business and formulating the Chapter 11 Plan of Reorganization.
31. As explained above, it is likely that there will be a successful reorganization. A stay of the Related Party Claims is essential to this process. There will be no confirmable plan of reorganization without the Dennis Bruce's willingness to agree in principle, and as part of a global resolution, to continue managing the Debtor and to designing a plan of reorganization.

32. Absent a stay of the Related Party Claims, there would be irreparable harm to the Debtor's prospects for reorganization and the bankruptcy estate.
33. The balance of the hardships favors a stay, given that the irreparable harm to the Debtor outweighs any potential harm to Defendants. That the Defendants may have to wait to prosecute the Related Party Claims does not outweigh the potential harm to the Debtor. Indeed, staying the Related Party Claims would preserve the estate's assets and facilitate an equitable resolution of claims in the bankruptcy, which is to the benefit of all stakeholders, including Defendants.
34. An injunction extending the automatic stay to Dennis Bruce is therefore appropriate.
35. No prior application for the relief requested herein has been made to this Court or any other court.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment in its favor and request relief as follows:

(a) enjoin the Defendants in this adversary proceeding from commencement or continuation of any Related Party Claims while Debtor's bankruptcy is pending;

(b) extend the automatic stay provided by 11 U.S.C. § 362(a) to protect the Related Party until the final payment is made in the Chapter 11 case;

(c) enter a temporary restraining order requested in the motion filed in this adversary proceeding contemporaneously with this complaint; and

(d) grant all such other relief as the Court finds just and equitable.

Dated this 14th day of September, 2023.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/Joseph Peiffer
Joseph A. Peiffer AT0006160
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone:   (319) 363-1641
Fax:              (319) 200-2059
Email:          joe@ablsonline.com
ATTORNEY FOR DEBTOR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of September, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bank-ruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system. The undersigned hereby also certifies that on the 15th day of September, 2023 a copy of the foregoing document was as noted below to the addresses below by first class mail, postage pre-paid and by e-mail as indicated.

Jason Gang
collect@advancedrecoverygroup.com

Jason A. Gang, Esq,
*Attorney for Green Note Capital*
1245 Hewlett Plaza, #478
Hewlett, NY 11557

Green Note Capital Partners SPV LLC
1019 Avenue P Ste 401
Brooklyn, NY 11223

Green Note Capital Partners SPV LLC
Gabriel Mann, Managing Member
1019 Avenue P Ste 401
Brooklyn, NY 11223

Matthew Devendorf
*Attorney for Breakout Capital*
Miles & Stockbridge, P.C.
1751 Pinnacle Dr., Suite 1500
Tysons Corner, VA 22102

Breakout Capital, LLC
1451 Dolley Madison Boulevard
Suite 200
McLean, VA 22101

Weltman, Weinberg & Reis Co., LPA
*Attorney for Kyle Enterprises, LLC*
965 Keynote Circle
Brooklyn Heights, OH 44131

Kyle Enterprises, LLC
d/b/a Millennium
2121 Hobbs Drive
Delevan, WI 53115

Kevin Abbott
*Attorney for Sheets Sterling*
Abbott Osborn Jacobs PLC
974 – 73rd Street, Suite 200
West Des Moines, IA 50265

Sheets Sterling, Inc.
PO Box 615
Sterling, VA 20167

Kevin Abbott
kabbott@midwestlawgroup.com

Matthew Devendorf
mdevendorf@milesstockbridge.com

KYF Global Partners
1019 Avenue P, #402
Brooklyn, NY 11223

Marlin Capital Solutions
nka PEAC Solutions
300 Fellowship Rd
Mt. Laurel Township, NJ 08054

Signed: /s/ Alex C. Tvedte