# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | UNOPPOSED MOTION TO REJECT UNEXPIRED LEASE |

COMES NOW the Debtor-in-Possession, BDC Group Inc., through its undersigned counsel, and hereby respectfully requests this Court authorize it to reject any lease it might have with Hiawatha Properties LLC, stating the following in support:

1. From before the petition date until August 31, 2023 Debtor's headquarters were at 1525 Ketelsen Road, Hiawatha, IA, in a building owned by Hiawatha Properties LLC ("Landlord").
2. On May 14, 2021 BDC Group Properties, LLC signed a lease for the property with Landlord with a term of June 1, 2021–May 31, 2026. However, Debtor occupied the space and paid the rent.
3. Landlord has filed a proof of claim in Debtor's bankruptcy.
4. Debtor has found more affordable headquarters and has moved out.
5. Since Debtor no longer needs the space Debtor wishes to reject the lease, to any extent the lease is binding on Debtor.
6. Debtor's counsel has contacted Landlord's counsel and Landlord does not object to this motion.

WHEREFORE the Debtor-in-Possession respectfully requests this Court authorize it to reject any lease it might have with Hiawatha Properties LLC, and grant such other relief as is just and equitable given the circumstances.

Dated this 15th day of September, 2023.

                                        Respectfully submitted,

                                        AG & BUSINESS LEGAL STRATEGIES

                                        /s/ Austin Peiffer
                                        Austin J. Peiffer AT0014402
                                        P.O. Box 11425
                                        Cedar Rapids, Iowa 52410-1425
                                        Telephone:   (319) 363-1641
                                        Fax:           (319) 200-2059
                                        Email:        austin@ablsonline.com
                                        ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of September, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

                                        Signed: /s/ Leah M. Watson