## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | ORDER GRANTING APPLICATION TO EMPLOY ACCOUNTANT (DOC. 23) AS AMENDED BY (DOC. 176) |

Upon consideration of the application ("Application") of the Debtor-in-Possession, BDC Group Inc., to employ BerganKDV that was acquired by Creative Planning Tax, LLC as of July 1, 2023, as its accountant in the above-captioned bankruptcy case (Doc. 23) the affidavit submitted in support of the Application, and the Amendment to Application to Employ Accountant clarifying that the pre-petition account has been satisfied by ABLS (Doc. 176), the Court finds that Creative Planning Tax, LLC does not represent an adverse interest to the Debtors or the bankruptcy estate at this time. The Court finds that at the time of the filing of the Application to Employ Accountant (Doc. 23) was filed, BerganKDV was not a "disinterested person[s]" as defined by 11 U.S.C. § 101(14), this lack of disinterestedness can be cured by payment of the prepetition amount due by a third party and not from funds from the Debtor-in-Possession.

IT IS ORDERED:

1. The Application to employ accountant as amended is approved.
2. The Debtor-in-Possession is authorized to employ Bergan KDV, now known as Creative Planning, Tax, LLC as its accountant.
3. Neither Creative Planning Tax, LLC, the successor in interest to BerganKDV nor Ag & Business Legal Strategies may seek any compensation for the outstanding invoice or current work-in-progress outlined in paragraph 6 of the Application (Doc. 23) from BDC Group Inc.'s assets or bankruptcy estate as an administrative expense or in any other fashion.

Dated and Entered:

September 15, 2023

Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession