# United States Bankruptcy Court
## Northern District of Iowa

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| BDC Group, Inc., | **Bankruptcy No.** 23-00484 |
| **Debtor.** | **ORDER re: Granting of Motion for Limited Relief from Automatic Stay by Agreement** |

The Motion for Relief from the Automatic Stay by Agreement filed jointly by East Central Iowa Council of Governments by its attorney, Rush M. Shortley, and BDC Group, Inc., by its attorney, Austin J. Peiffer, is before the court; the necessary parties have approved this order under Local Rule 4001-1(a); the court finds good cause for granting the relief requested in the motion; THEREFORE,

IT IS ORDERED that the relief requested in said motion is granted and the automatic stay is dissolved regarding the three (3) motor vehicles described in the motion for disposition as agreed;

IT IS FURTHER ORDERED that the conditions imposed on the sale of the subject vehicles, application of proceeds and the filing of an amended claim in Paragraph 4 of the motion shall be carried out as stated therein;

IT IS FURTHER ORDERED that this order is immediately effective upon entry.

Dated and Entered: September __15__, 2023

_____
Thad J. Collins, Chief U.S. Bankruptcy Judge

Approved as to Form and Content:

_____
Rush M. Shortley, Attorney for ECICOG

/s/ Austin J. Peiffer
_____
Austin J. Peiffer, Attorney for Debtor in Possession

/s/ Abram Carls
_____
Abram Carls, Attorney for Keystone Savings Bank

/s/ Elizabeth Janczak
_____
Elizabeth Janczak, Attorney for Unsecured Creditors Committee

Order Prepared by Rush M. Shortley, Attorney for ECICOG