## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**STATUS REPORT** |

Keystone Savings Bank ("Bank") provides this status report following the Court's September 1, 2023 instructions and partial ruling on outstanding matters. Productive conversations have occurred between counsel for the Bank, Debtor, and Unsecured Creditor's Committee, and an additional week is needed for those conversations to continue. The undersigned will provide the Court with a further status report on September 22, 2023.

WHEREFORE, the Bank requests that Court accept this status report and allow the opportunity for the parties to continue to discuss their positions, with a further status report filed September 22, 2023.

Dated: September 15, 2023

Respectfully Submitted,

SIMMONS PERRINE MOYER BERGMAN PLC

/s/ Abram V. Carls
Abram V. Carls, AT0011818
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Facsimile: 319-366-1917
acarls@spmblaw.com
ATTORNEYS FOR KEYSTONE SAVINGS BANK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

/s/ Abram V. Carls