# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>    Debtor-in-Possession.<br><br>SSN/EIN Ending in: 8533 | Chapter 11<br><br>Bankruptcy No. 23-00484<br><br>NOTICE OF MOTION TO TERMINATE OR WAIVE EXCLUSIVITY |

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that a Motion to Terminate or Waive Exclusivity (Doc. 201) was filed with the Court in the above-captioned case on September 15, 2023. The address of the Debtor-in-Possession is: 925 Boyson Court, Hiawatha, IA 52233. A copy of this Motion may be obtained by emailing [legalassistant@ablsonline.com](mailto:legalassistant@ablsonline.com) and requesting a copy, or by writing to Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410-1425.

NOTICE IS FURTHER GIVEN that the bar date for objection to the Motion to Terminate or Waive Exclusivity is **September 26, 2023**. Objections must be filed with the Court by that date with a copy served on counsel for the BDC Group Inc. and the United States Trustee ("Notice Parties"). Service may be by filing with the Court's CM/ECF system, which will notify the Notice Parties, or by mail to the Court and the Notice Parties at the addresses below. If an objection is served by mail the Notice Parties and the Court must receive it by the bar date set forth above.

Clerk of the Bankruptcy Court
111 7th Ave SE
Box 15
Cedar Rapids, IA 52401-2101

Austin J. Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

Office of the United States Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401-2101

NOTICE IS FURTHER GIVEN that if any objections are filed, a hearing on said objections will be scheduled by separate notice.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

Dated this 19th day of September, 2023.

        Respectfully submitted,

        AG & BUSINESS LEGAL STRATEGIES

        /s/ Austin Peiffer
        Austin J. Peiffer AT0014402
        P.O. Box 11425
        Cedar Rapids, Iowa 52410-1425
        Telephone:  (319) 363-1641
        Fax:  (319) 200-2059
        Email:  austin@ablsonline.com
        ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of September, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system. The undersigned hereby also certifies that on the 19th day of September, 2023, a copy of the foregoing document as served on the addresses below by first class mail, postage fully prepaid.

| | |
|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Attorney (SBA & IRS)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 |
| U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 | Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut St<br>Des Moines, IA 50319 |
| South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110 | Treasurer of VA<br>PO Box 570<br>Richmond, VA 23218-0570 |

        Signed: /s/ Leah M. Watson