United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 20, 2023 | Form ID: prestay | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Complete Design Solutions, LLC, 3620 Developers Rd., Indianapolis, IN 46227-3520 |
| cr | + | DVA, Inc. d/b/a Ditch Witch of Virginia, DVA, Inc. d/b/a Ditch Witch of Virginia, 11053 Washington Hwy, Glen Allen, VA 23059, UNITED STATES 23059-1905 |
| cr | | East Central Iowa Council of Governments, 700 16th ST NE STE 301, Cedar Rapids, IA 52402-4665 |
| cr | + | HM Cragg Co, 7490 Bush Lake Road, Edina, MN 55439-2801 |
| cr | + | Keystone Savings Bank, 81 Main Street, PO Box 367, Keystone, IA 52249-0367 |
| cr | + | RP Construction, LLC, 24008 Bishop Meade Place, Ashburn, VA 20148-1712 |
| cr | | United States of America (SBA), United States Attorney's Office, 111 7th Avenue SE, Box 1, Cedar Rapids, IA 52401-2101 |
| cr | + | Watts Electric Company, c/o Brian S. Koerwitz, 5825 South 14th Street, Ste. 200, Lincoln, NE 68512-1233 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2023 20:34:04 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Sep 20 2023 20:21:00 | Caterpillar Financial Services Corporation, Attn: Erin O'Quinn, 2120 West End Avenue, Nashville, TN 37203, US |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Sep 20 2023 20:21:00 | John Deere Financial f.s.b., PO Box 6600, Johnston, IA 50131 |
| cr | | Email/Text: bkdesk@greenstate.org | Sep 20 2023 20:21:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 20, 2023 | Form ID: prestay | Total Noticed: 12 |
| Date: Sep 22, 2023 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

**Name**           **Email Address**

Abram V. Carls
on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  hcable-larson@spmblaw.com

Austin Peiffer
on behalf of Debtor BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson
on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com

Benjamin Gregory Nielson
on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com

Benjamin Gregory Nielson
on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com

Brian S. Koerwitz
on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Claire Davison
on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

Elizabeth L. Janczak
on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@freeborn.com

Elizabeth L. Janczak
on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@freeborn.com

Eric J. Langston
on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey D. Goetz
on behalf of Creditor RP Construction LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Jeffrey P. Taylor
on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Joseph A. Peiffer
on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
on behalf of Debtor BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

| | |
|---|---|
| Ronald C. Martin | on behalf of Creditor Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Roy Ryan Leaf | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;mcopple@nyemaster.com |
| Rush M. Shortley | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@freeborn.com |
| Terry Gibson | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@2501grand.com |
| Terry Gibson | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@2501grand.com |
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@2501grand.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wesley B. Huisinga | on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |

TOTAL: 35

prestay 1/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Chapter 11

Bankruptcy No. 23−00484

Debtor

## NOTICE SETTING TELEPHONIC PRELIMINARY HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. 209)

To:
Austin Peiffer, Attorney for Debtor                                   319−363−1641

United States Trustee

Abram V. Carls, Attorney for Keystone Savings Bank (hereafter,        319−366−7641
"KSB")/Movant

**NOTICE IS HEREBY GIVEN** that a **telephonic** preliminary hearing will be held on:

**October 6, 2023 at 10:30 AM**

Parties are expected to comply with the Local Rules regarding Motions for Relief from Automatic Stay. In particular, Debtor (and trustee if one is appointed) is reminded that an **answer must be filed at least 7 days prior** to the preliminary hearing. If an answer is not filed and served upon the moving party and United States Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to Debtor or trustee.

ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL. Only those parties who have filed and served answers are to be called for the telephonic hearing. The United States Trustee's office shall not be called, unless that office files and serves a written request to participate in the hearing. The telephone number for Chambers is 319−286−2230.

Date: September 20, 2023

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Theresa G. Stoelman*

Deputy Clerk