# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | FOURTH ORDER EXTENDING INTERIM ORDER RE MOTION TO AUTHORIZE POSTPETITION FINANCING AND RELATED RELIEF (DOC. 47) |

The matter before the Court is the Debtor's Motion to Authorize Postpetition Financing and Related Relief (Doc. 11).

IT IS ORDERED:

1. The Interim Order Re Motion to Authorize Postpetition Financing and Related Relief (Doc. 11), found at Doc. 47, is EXTENDED to September 22, 2023.
2. The attached DIP budget for the weeks ending September 8, September 15, and September 22 is APPROVED.

Dated and Entered:

September 25, 2023

Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession

Approved as to Form and Content by:

Abram Carls AT0011818
Simmons Perrine Moyer Bergman PLC
Attorney for Keystone Savings Bank

Elizabeth L. Janczak (admitted *pro hac vice*)
Smith Gambrell & Russell LLP
Counsel for Official Committee of Unsecured Creditors of BDC Group, Inc.

| Description | New Forecast 9/8/2023 | New Forecast 9/15/2023 | New Forecast 9/22/2023 |
|---|---|---|---|
| **Postpetition** DIP $700,000 | ($671,090) | ($658,012) | ($597,140) |
| Outstanding Checks X2452 | $0 | $0 | $0 |
| Outstanding Deposit X2452 | $0 | $0 | $0 |
| **Prepetition Debt & Wages** | | | |
| Prepetition Gross Payroll Wages | $0 | $0 | $0 |
| Prepetition Payroll FIT | $0 | $0 | $0 |
| Prepetition Payroll FICA (EE) | $0 | $0 | $0 |
| Prepetition Payroll FICA (ER) | $0 | $0 | $0 |
| Prepetition Payroll State Withholdings | $0 | $0 | $0 |
| Prepetition Unemployment Tax | $0 | $0 | $0 |
| Prepetition 401K (EE pretax WH, EE Roth, and BDC safe harbor match) | $0 | $0 | $0 |
| Prepetition Employee Garnishments | $0 | $0 | $0 |
| Keystone Debit Card *(Fuel & Incidentals)* | $0 | $0 | $0 |
| Insurance—Medical/Life | $0 | $0 | $0 |
| General Prepetition Vendors/Subcontractors | $0 | $0 | $0 |
| TSD & ODS Prepetition Vendors/Subcontractors | $0 | $0 | ($26,135) |
| **Postpetition Receivables** | | | |
| Cash Receipts—Forecast OSP IA (net 60) | $0 | $0 | $36,652 |
| Cash Receipts—Forecast TSD (net 30–45) | $19,965 | $24,313 | $54,987 |
| Cash Receipts—Forecast ODS (net 30–45) | $147,334 | $143,482 | $185,000 |
| **Postpetition Expenses** | | | |
| Court Trustee Fees | $0 | $0 | $0 |
| Gross Payroll Wages, FICA (EE&ER) 401K (EE WH's and BDC Match) | $0 | ($91,422) | $0 |
| Payroll Taxes and Unemployement Taxes not yet paid | $0 | $0 | ($33,117) |
| Auto ACH | $0 | $0 | ($1,000) |
| Keystone Debit Card *(Fuel & Incidentals)* | ($21,111) | ($5,500) | ($5,500) |
| Leases—Equipment | $0 | $0 | ($3,400) |
| Insurance—Business | ($26,352) | $0 | $0 |
| Insurance—Medical/Life | ($11,097) | $0 | $0 |
| Rent | ($759) | $0 | $0 |
| Moving Expenses | ($5,164) | $0 | $0 |
| ABLS Professional Fee Escrow | ($10,000) | ($10,000) | ($10,000) |
| Unsecured Creditors Committee Fees | ($12,500) | $0 | $0 |
| Accounting Professional Escrow | $0 | $0 | $0 |
| Appraiser Professional Escrow | $0 | $0 | ($4,098) |
| SG&A Postpetition Software's, Utilities, Cell Phones | $0 | $0 | ($1,500) |
| OSP Postpetition Vendors/Subcontractors | $0 | $0 | ($24,557) |
| TSD Postpetition Vendors/Subcontractors | $0 | $0 | ($38,491) |
| ODS Postpetition Vendors/Subcontractors | ($67,238) | $0 | ($58,275) |
| KSB DIP Interest | $0 | $0 | ($4,702) |
| **Postpetition** DIP | ($658,012) | ($597,140) | ($531,276) |
| Weekly Total Revenues | $167,299 | $167,795 | $276,639 |
| Weekly Total Expenses | ($154,221) | ($106,922) | ($210,776) |
| Weekly Profit/Loss | $13,078 | $60,873 | $65,864 |