UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00484 |

## PROCEEDING MEMO

Date of Telephonic Hearing: September 1, 2023
Hearing on: Motion for Authority to Obtain Credit (Doc. 11)

APPEARANCES:

Attorneys Joseph A. Peiffer and Austin Peiffer for Debtor
Attorney Janet Reasoner for the United States Trustee
Attorney Claire Davison for the United States Trustee
Attorney Abram V. Carls for Keystone Savings Bank
Attorney Elizabeth L. Janczak for the Official Unsecured Creditors Committee
Attorney Terry Gibson for Manchester Leasing Services, Inc.
Attorney Jeffrey D. Goetz for R.P. Construction, LLC

**OUTCOME OF THE PROCEEDING:**

The Court gave a ruling from the bench.

Ordered:

September 25, 2023

Thad J. Collins
Chief Bankruptcy Judge