**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: <br><br> BDC Group Inc., <br><br>     Debtor-in-Possession. | Chapter 11 <br><br> Bankruptcy No. 23-00484 <br><br> ORDER TERMINATING EXCLUSIVITY |

The matter before the Court is the Debtor's Motion to Terminate or Waive Exclusivity (Doc. 201).

IT IS ORDERED:

1. The Motion is GRANTED.
2. Debtor's 11 U.S.C. § 1121(b) exclusive period to file a plan is terminated effective immediately.

Dated and Entered:

September 27, 2023

                                          Thad J. Collins
                                          Chief Bankruptcy Judge

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession