**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: <br><br> BDC Group Inc., <br><br>    Debtor-in-Possession. | Chapter 11 <br><br> Bankruptcy No. 23-00484 <br><br> ORDER GRANTING UNOPPOSED MOTION TO REJECT UNEXPIRED LEASE |

The matter before the Court is the Debtor's Unopposed Motion to Reject Unexpired Lease (Doc. 197).

IT IS ORDERED:

1. The Motion is GRANTED.
2. Debtor is authorized to reject any lease it might have with Hiawatha Properties, LLC.

Dated and Entered:

September 27, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession