## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | ORDER GRANTING MOTION TO REJECT UNEXPIRED LEASES |

The matter before the Court is the Debtor's Motion to Assume and Reject Unexpired Leases (Doc. 204) ("Motion").

IT IS ORDERED:

1. The Motion is GRANTED IN PART.
2. Debtor is authorized to reject the following three leases with Manchester Leasing Services, Inc.:

| Contract # | POC# | Leased Vehicle/Equipment |
|---|---|---|
| 1459 | 38 | 2018 Ditch Witch JT25 (Serial #DWPJT25XLJ0000707) and attachments |
| 1462 | 41 | 2018 Ditch Witch RT125Q (Serial #DWPRT125QCJ0000190) and attachments |
| 1463 | 42 | 2018 Ditch Witch RT125Q (Serial #DWPRT125QPJ0000189) and attachments |

3. The stay is lifted in regard to the equipment listed above, and Manchester Leasing Services, Inc. is authorized to proceed with recovery.
4. The Court reserves ruling on the leases Debtor wishes to assume, pending resolution of Manchester Leasing, Inc.'s Limited Objection (Doc. 211).

Dated and Entered:

September 28, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession