# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **CONSENT MOTION FOR RULE 2004 EXAM OF FARMERS & MERCHANTS SAVINGS BANK** |

The Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor") hereby moves for entry of an order authorizing the Committee to take the examination of Farmers & Merchants Savings Bank ("F&M") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support hereof, the Committee states as follows:

1. The Committee brings this Motion under Bankruptcy Rule 2004 to pursue discovery F&M Bank, one the Debtor's pre-petition banking institutions, for the purpose of investigating the Debtor's pre-petition operations and conduct and identifying potential estate causes of action which could be pursued for the benefit of creditors and used as a funding source for this chapter 11 case.

2. On September 29, 2023, the Committee contacted F&M Bank, provided it with a copy of the document rider attached hereto as Exhibit 1, and requested that F&M Bank work with the Committee as to an agreeable date, time, and place of production for the bank records.

3. F&M Bank agreed to produce documents responsive to the document rider to the Committee by November 13, 2023.

4.  Pursuant to Local Rule 2004-1 counsel to the Committee has conferred with F&M Bank and the parties have reached an agreement for F&M Bank to produce documents responsive to the requests identified on Exhibit 1 on or before November 13, 2023.

WHEREFORE, the Committee requests that the Court enter an Order authorizing and directing F&M Bank to: (i) produce documents responsive to Exhibit 1 to this Motion on or before November 13, 2023, and (ii) granting such other and further relief as is just and equitable.

Dated: October 2, 2023

**SMITH GAMBRELL & RUSSELL LLP**

By: /s/ Elizabeth L. Janczak
       One of Its Attorneys

Shelly A. DeRousse*
Elizabeth L. Janczak*
Tonita M. Helton (Iowa Bar No. AT0009125)
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:    312.360.6000
Fax:   312.360.6520
Email:  sderousse@sgrlaw.com
          ejanczak@sgrlaw.com
          thelton@sgrlaw.com
*Admitted pro hac vice*

*Counsel for Official Committee of Unsecured Creditors of BDC Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2023, the *Consent Motion for Rule 2004 Exam of Farmers & Merchants Savings Bank* was served electronically upon those parties receiving electronic notification through the Court's CM/ECF system.

                                                 /s/ Elizabeth L. Janczak