# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-00484<br><br>Hon. Thad J. Collins<br><br>**CONSENT ORDER AUTHORIZING RULE 2004 EXAM OF FARMERS & MERCHANTS SAVINGS BANK** |

This matter coming before the Court on the Consent Motion for Rule 2004 Exam of Farmers and Merchants Savings Bank (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor"), the Committee and Farmers & Merchants Savings Bank ("F&M Bank") having conferred as required by Local Rule 2004-1 and F&M Bank having consented to the relief requested; IT IS THEREFORE ORDERED THAT:

1. The Debtor is directed to produce documents responsive to Exhibit 1 to the Motion to the Committee on or before November 13, 2023.

Dated and Entered:
October 2, 2023

Thad J. Collins
Chief Bankruptcy Judge

Agreed to Form and Content:

Karen Verhagen, Customer Service Representative

Order Prepared by:
Elizabeth L. Janczak
Smith Gambrell & Russell LLP
Attorney for Committee