UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. |
| BDC GROUP, INC. | ) | |
| | ) | 23-00484 |
| | ) | |
| | ) | U.S. TRUSTEE'S NOTICE OF REQUEST |
| Debtor. | ) | TO PARTICIPATE IN TELEPHONIC |
| | ) | HEARING |

The Acting United States Trustee (UST), through the undersigned, hereby files Request to Participate in the Telephonic Hearing scheduled for Friday, October 6, 2023 at 10:30 AM. *See* Doc. 210. In support the UST respectfully states:

1. A Joint Motion for relief from Stay was filed by Creditor Keystone Savings Bank on September 19, 2023. *See* Doc. 209.

2. A telephonic hearing was set on the matter on September 20, 2023. *See* Doc. 210.

3. The Notice of Hearing indicates the attorney for the movant shall initiate the phone call. The Notice also directs the UST to file and serve a written request to participate in the hearing.

4. By this filing pursuant to Local Rule 4001-1(f)(1), the UST requests to participate in the hearing. The following phone numbers shall be used to contact the UST's office:

Janet Reasoner: 202-567-1476

Claire Davison: 202-320-3943

Dated: October 4, 2023

Respectfully Submitted,

**Mary R. Jensen**
Acting United States Trustee

<u>Claire R. Davison</u>
By:/s/ Claire R. Davison
Claire R. Davison
AT #0014945
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (202) 320-3943
Claire.r.davison@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on October 4, 2023:
All parties receiving ecf notifications.

*/s/ Jennifer L. Cline*
Jennifer L. Cline
Paralegal Specialist
Office of U.S. Trustee