**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>NOTICE REGARDING DIALING INSTRUCTIONS FOR SEPTEMBER 6, 2023 HEARING |

On September 20, 2023 the Court entered an order scheduling a hearing for Friday, October 6, 2023 at 10:30 a.m. and directed attorneys for the movants to initiate the telephone call. Participants and interested parties may use the below dialing instructions. Due to previously scheduled hearings that are using the same bridge, please use these instructions at the time of the hearing (10:30 a.m.).

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1-888-684-8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 0623
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

Dated: October 4, 2023

                                          Respectfully Submitted,

                                          SIMMONS PERRINE MOYER BERGMAN PLC

                                          /s/ Abram V. Carls
                                          Abram V. Carls, AT0011818
                                          115 Third Street SE, Suite 1200
                                          Cedar Rapids, IA 52401
                                          Phone: 319-366-7641
                                          Facsimile: 319-366-1917
                                          acarls@spmblaw.com
                                          ATTORNEYS FOR KEYSTONE SAVINGS BANK

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 4, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

                        /s/ Abram V. Carls