United States Bankruptcy Court
Northern District of Iowa

In re:                                                                    Case No. 23-00484-TJC

BDC Group, Inc.                                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1                 User: admin                          Page 1 of 3
Date Rcvd: Oct 02, 2023              Form ID: pdf902                       Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| crcm | + | Brandon Kuenzi, Secretary, West Pacific Drilling, Inc., PO Box 882, Silverton, OR 97381-0882 |
| crcm | | Reyna Paz, President & CEO of RP Construction,, LLC.24008, Bishop Meade Place, Ashburn, VA 20148 |
| crcmch | | Tammy Kemp, Chief Credit Officer, Liquid Capital Exchange, 5075 Yonge Street Ste 700, Toronto, Ontario, M2N 6C6 CANADA |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  hcable-larson@spmblaw.com |
| Austin Peiffer | on behalf of Debtor BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |

District/off: 0862-1      User: admin      Page 2 of 3

Date Rcvd: Oct 02, 2023      Form ID: pdf902      Total Noticed: 3

Benjamin Gregory Nielson
     on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com

Benjamin Gregory Nielson
     on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com patti@shuttleworthlaw.com

Brian S. Koerwitz
     on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Claire Davison
     on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
     on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com

Elizabeth L. Janczak
     on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com

Elizabeth L. Janczak
     on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Emily X. Douglas Moore
     on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com

Eric J. Langston
     on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
     on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com
     tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Janet G. Reasoner
     on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey D. Goetz
     on behalf of Creditor RP Construction LLC goetz.jeffrey@bradshawlaw.com,
     Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Jeffrey P. Taylor
     on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Joseph A. Peiffer
     on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com,
     joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
     on behalf of Debtor BDC Group Inc. joe@ablsonline.com,
     joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
     on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
     on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
     on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
     usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Ronald C. Martin
     on behalf of Creditor Dennis Bruce ronm@drpjlaw.com
     rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Ronald C. Martin
     on behalf of Interested Party Dennis Bruce ronm@drpjlaw.com
     rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Roy Ryan Leaf
     on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com,
     sgreenman@nyemaster.com;scarney@nyemaster.com;mcopple@nyemaster.com

Rush M. Shortley
     on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com

Scott D. Fink
     on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com

Shelly A. DeRousse
     on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com

Stephanie L. Hinz
     on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com,
     dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
                    on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@2501grand.com

Terry Gibson
                    on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@2501grand.com

Terry Gibson
                    on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@2501grand.com

Tonita M Helton
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee
                    USTPRegion12.CR.ECF@usdoj.gov

Wesley B. Huisinga
                    on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
                    on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
                    on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com


TOTAL: 38

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| In re: | Chapter 11 |
|---|---|
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **CONSENT ORDER AUTHORIZING RULE 2004 EXAM OF FARMERS & MERCHANTS SAVINGS BANK** |

This matter coming before the Court on the Consent Motion for Rule 2004 Exam of Farmers and Merchants Savings Bank (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor"), the Committee and Farmers & Merchants Savings Bank ("F&M Bank") having conferred as required by Local Rule 2004-1 and F&M Bank having consented to the relief requested; IT IS THEREFORE ORDERED THAT:

1.      The Debtor is directed to produce documents responsive to Exhibit 1 to the Motion to the Committee on or before November 13, 2023.

Dated and Entered:
October 2, 2023

Thad J. Collins
Chief Bankruptcy Judge

Agreed to Form and Content:

Karen Verhagen, Customer Service Representative

Order Prepared by:
Elizabeth L. Janczak
Smith Gambrell & Russell LLP
Attorney for Committee