| | |
|---|---|
| **From:** | Reasoner, Janet  (USTP) <Janet.G.Reasoner@usdoj.gov> |
| **Sent:** | Thursday, July 27, 2023 7:40 PM |
| **To:** | Abram Carls |
| **Subject:** | RE: BDC |

No.  My focus has been on getting the Debtor to comply with the UST reporting requirements. Specifically proof of insurance, copies of policies and including the attachments to insurance the policies that reflect vehicle, equipment and other property, and the list of loss payees on the policies.  I am one of many seeking that information.

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Thursday, July 27, 2023 7:30 PM
**To:** Reasoner, Janet (USTP) <Janet.G.Reasoner@usdoj.gov>
**Cc:** 'Austin Peiffer (ABLS)' <austin@ablsonline.com>
**Subject:** [EXTERNAL] BDC

Janet,

Are you the source of insurance concerns for the bank's pre-petition collateral account? I am at a loss to understand why an interest is being taken in the insurance level on the account holding the bank's collateral at the bank. Please explain. If I need to move for an exception of some code provision, etc., please alert me to it. Thank you.

**Abram Carls**
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034
Fax: (319) 366-1917
Email | Bio

www.spmblaw.com

Please notify me if you receive this confidential email in error.