UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

Debtors

Chapter 11

Bankruptcy No. 23-00484

# PROCEEDING MEMO, SCHEDULING ORDER, AND ORDER GRANTING IN PART AND CONTINUING IN PART THE MOTION FOR RELIEF FROM STAY

Date of Telephonic Hearing: October 6, 2023
Hearing on: Joint Motion for Relief from Stay (Doc. 209)

APPEARANCES:

Attorneys Austin Peiffer and Joseph A. Peiffer for Debtor
Attorneys Claire Davison and Janet Reasoner for the United States Trustee
Attorney Abram V. Carls for Keystone Savings Bank ("KSB")
Attorney Elizabeth L. Janczak for the Official Committee of Unsecured Creditors
Terry Gibson for Manchester Leasing Services, Inc.
Wes Husinga for Deere Credit Inc., John Deere Construction & Forestry Company,
    John Deere Financial f.s.b.

**IT IS ORDERED THAT**:

The Motion for Relief from Stay is GRANTED only as to KSB's equipment collateral currently located in Virginia as outlined below:

| Description | S/N or VIN | Notes |
|---|---|---|
| AT40 Drill | DWPAT40AVN0000014 | |
| MR90 Mud Recycler | CMWMR90XLF0000049 | |
| MR90 Mud Recycler Trailer | 1DSB122X1F1701849 | Only collateral for DIP |
| T14MV Mud Recycler Trailer | 1DSB222Y1M1700669 | Only collateral for DIP |
| Falcon Receiver Locator | 30190868 | |
| MV800 Vacuum | DWPMV800TM0000835 | |
| B-6D BigTow Trailer | 4KNBF2321NL160465 | Only collateral for DIP |

KSB will recover the Equipment and liquidate it based on its normal practices and apply the proceeds to the costs of recovery and sale, then to the remaining indebtedness on the Equipment, and any residual for application to its outstanding prepetition debt for the prepetition collateral and the DIP loan for the DIP collateral.

Within thirty (30) days after the completion of all sales, KSB shall file with the Court a report of sale which sets forth the gross proceeds received, any expenses or costs paid from the sale, the application of net proceeds to KSB's claim.

The funds recovered from the MR90 Mud Recycler Trailer, T14MV Mud Recycler Trailer, and B-6D BigTow Trailer shall be held in escrow pending the outcome of the hearing scheduled below.

**IT IS FURTHER ORDERED:**

The Motion for Relief from Stay is otherwise CONTINUED and set for Final Hearing as to the $500,000 of collections on KSB's prepetition receivables:

> **October 26, 2023 at 10:30 AM**
> At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

This hearing will be digitally recorded.

**IT IS FURTHER ORDERED:**

The Court will also hold a hearing on the Official Committee of Unsecured Creditors' First Application for Compensation for Smith, Gambrell & Russell, LLP (Doc. 192) on this same date of October 26, 2023.

Ordered:

October 6, 2023

Thad J. Collins
Chief Bankruptcy Judge