**Fill in this information to identify the case:**

Debtor name  **BDC Group Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known)  **23-00484**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*    **A/B, D, E/F, G, H**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10 / 12 / 2023        x  *Dennis Bruce*
                                        Signature of individual signing on behalf of debtor

                                        **Dennis Bruce**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>BDC Group Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF IOWA</td></tr>
<tr><td>Case number (if known)</td><td><strong>23-00484</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      4,038,738.28

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      4,038,738.28

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      5,498,598.05

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $      523,097.70

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$      8,036,877.23

4.   Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b          $      14,058,572.98

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BDC Group Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number (if known) | **23-00484** |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Keystone Savings Bank** | **Checking Account** | **2452** | **$100.00** |
| 3.2. | **Keystone Savings Bank** | **Debit card Account** | **2663** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$100.00** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit paid to Loudon Water**<br>**March 2021** | **$1,720.00** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor **BDC Group Inc.**                                    Case number *(If known)* **23-00484**
      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      Name

| | | |
|---|---|---|
| 7.2. | **Deposit paid to PWCSA**<br>**March 2021** | **$1,740.00** |
| 7.3. | **Deposit paid to Hiawatha Water Dept**<br>**May 2021** | **$100.00** |
| 7.4. | **Deposit paid to Linn County REC**<br>**June 2021** | **$200.00** |
| 7.5. | **Deposit paid to Crown Jewel Prop Yard Rent VA**<br>**March 2022** | **$2,500.00** |
| 7.6. | **Deposit paid to Galinsky Family Real Estate - deposit**<br>**April 2022** | **$5,000.00** |
| 7.7. | **Deposit paid to Galinsky Family Real Estate - Last month rent**<br>**April 2022** | **$5,000.00** |
| 7.8. | **Deposit paid to Veerabhdra Malikeireddy - Last month rent**<br>**August 2022** | **$3,500.00** |
| 7.9. | **Funds in Debtor's Attorney's Trust Account** | **$70,636.50** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                        **$90,396.50**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:   **1,885,334.79**   -   **1,034,566.50**   = ....   **$850,768.29**
                            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                            face amount            doubtful or uncollectble accounts

12.    **Total of Part 3.**                                                       **$850,768.29**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number *(If known)*  **23-00484** |
|---|---|---|
| | Name | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table><tr><td>Part 5:</td><td>Inventory, excluding agriculture assets</td></tr></table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<table><tr><td>Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr></table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table><tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr></table>

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Office furniture** | **$0.00** | | **$145.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office equipment** <br> **(Amended 10/3/23)** | **$0.00** | | **$700.00** |
| | **DELL Laptop** <br> **(Amended 10/3/23)** | **$0.00** | | **$300.00** |
| | **Ricoh MP C2004 EX copier** | **$0.00** | | **$500.00** |
| | **Flat screen TV - Conference room** <br> **(Amended 10/3/23)** | **$0.00** | | **$400.00** |
| | **Flat screen TV - Lobby** <br> **(Amended 10/3/23)** | **$0.00** | | **$100.00** |
| | **Security system** <br> **(Amended 10/3/23)** | **$0.00** | | **$500.00** |
| | **Bid to Win software** | **$0.00** | | **$0.00** |
| | **Foundations Software** | **$0.00** | | **Unknown** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**                                    Case number *(If known)*  **23-00484**
          Name

| | | | |
|---|---|---|---|
| **(Amended 10/3/23)** | | | |
| **Capital One computers**<br>**(Amended 10/3/23)** | $0.00 | | **Unknown** |
| **DELL Custom T440 Server; Datto S3-X4 Mini desktop backup appliance; Meraki MS120-48LP Ethernet Switch - 48 ports; Meraki Enterprise License & support - MS120-48LP Cloud managed switch; Meraki MX64 Cloud Managed Security Appliance - 5 Port; Meraki MX64 Advanced Security License; Meraki MR33 IEEE 802.11ac 1.30 Gbit/s Wireless Access Point; Meraki MR Enterprise Cloud controller license & all Products & attachments.** | $0.00 | | **$6,550.29** |
| **Business Cell Phones & Tablets** | $0.00 | | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collect bles

43.    **Total of Part 7.**                                                                 | **$9,195.29** |
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

        ☐ No.  Go to Part 9.
        ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2022 GMC Canyon [1041]**<br>**VIN 1GTG6CEN7N1281475** | $0.00 | kbb.com | $29,818.00 |
| 47.2.   **2022 GMC Canyon [1040]**<br>**VIN# 1GTG6FEN1N1330347** | $0.00 | kbb.com | $29,818.00 |
| 47.3.   **2018 ProMaster Van [1009]**<br>**VIN # 3C6TRVDG8JE124363** | $0.00 | kbb.com | $22,687.00 |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**
     Name                                    Case number *(If known)* **23-00484**

| | | | | |
|---|---|---|---|---|
| 47.4. | **2018 Dodge RAM 3500 [1013]**<br>**VIN # 3C7WRTCL6JG362728** | $0.00 | **kbb.com** | $39,620.00 |
| 47.5. | **2018 Dodge RAM 3500 [1014]**<br>**VIN # 3C7WRTCL0JG294961** | $0.00 | **kbb.com** | $39,620.00 |
| 47.6. | **2018 Dodge RAM 5500 [1015]**<br>**VIN # 3C7WRNFL3JG317639**<br>**(Amended on 8/30/23)** | $0.00 | **Book Value** | $42,500.00 |
| 47.7. | **2018 Dodge RAM 2500 [1017]**<br>**VIN # 3C6UR5CL6JG332586**<br>**(Amended on 8/29/23)** | $0.00 | **kbb.com** | $28,000.00 |
| 47.8. | **2018 Dodge RAM 2500 [1016]**<br>**VIN # 3C6UR5CL8JG332587** | $0.00 | **kbb.com** | $34,044.00 |
| 47.9. | **2018 Dodge RAM 3500 [1018]**<br>**VIN # 3C7WRTCL9JG414384**<br>**(Amended on 8/29/23)** | $0.00 | **kbb.com** | $44,000.00 |
| 47.10. | **2018 Dodge RAM 5500 [1019]**<br>**VIN # 3C7WRNFL9JG361905**<br>**(Amended on 8/29/23)** | $0.00 | | $42,500.00 |
| 47.11. | **2018 Dodge RAM 5500 [1021]**<br>**VIN # 3C7WRNFL1JG321382**<br>**(Amended on 8/30/23)** | $0.00 | | $42,500.00 |
| 47.12. | **2018 Dodge RAM 5500 [1022]**<br>**VIN # 3C7WRNFL6JG320437**<br>**(Amended on 8/30/23)** | $0.00 | | $42,500.00 |
| 47.13. | **2016 Fabrique Enclosed Trailer [3005]**<br>**VIN #5JXCE1022GE202427**<br>**(Amended 9/20/23)** | $0.00 | | $500.00 |
| 47.14. | **2019 Stealth STT8524TA3 Trailer [3023]**<br>**VIN #52LBE2422KE075588**<br>**(Amended 9/1/23)** | $0.00 | | $3,342.00 |
| 47.15. | **2019 Doolittle Dump 14' (2) [3016] VIN**<br>**#1DGDP1225LM041079 & [3025]**<br>**VIN#1DGDP1425LM041080.**<br>**Each vehicle worth $3,846.**<br>**(Amended 9/12/23)** | $0.00 | | $7,692.00 |
| 47.16. | **2013 Wright Way Enclosed Trailer [3012]**<br>**VIN 542BC1628DB003872**<br>**(Amended 9/1/23)** | $0.00 | | $837.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property             page  5

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | | Case number *(If known)* **23-00484** |
|--------|----|--|--------------------------------------|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.17· | **2013 Bravo White Enclosed Tailer [3013]**<br>**VIN 542BC1628DB003113**<br>**(Amended 9/1/23)** | **$0.00** | **$928.00** |
| 47.18· | **2020 Bravo SC712TA2 Trailer [3017]**<br>**VIN #542BC1223LB029235** | **$0.00** | **$750.00** |
| 47.19· | **Lease #1475**<br>**2019 Felling FT-40 Trailer [3026]**<br>**VIN # 5FTCF3727J1002169**<br>**(Amended 8/29/23)** | **$0.00** | **$16,500.00** |
| 47.20· | **Lease #1469**<br>**2018 Lane LRG 1008 Trailer [3019]**<br>**VIN # 1L9LR1318JG321784** | **$0.00** | **$2,750.00** |
| 47.21· | **Lease #1470**<br>**2020 Lane LRG 1008 Trailer [3020]**<br>**VIN # 1L9LR1313LG321100** | **$0.00** | **$2,750.00** |
| 47.22· | **Lease #1471**<br>**2020 Lane LRG 1008 Reel trailer [3008]**<br>**VIN # 1L9LR1319LG321120** | **$0.00** | **$2,410.00** |
| 47.23· | **Lease #1472**<br>**2020 Lane LRG 1008 Trailer [3010]**<br>**VIN # 1L9LR1314LG321154** | **$0.00** | **$2,750.00** |
| 47.24· | **Lease #1473**<br>**2020 Lane LRG 1008 Trailer [3009]**<br>**VIN # 1L9LR1316LG321155** | **$0.00** | **$2,750.00** |
| 47.25· | **Lease #1474**<br>**2020 Lane LRG 1008 Reel trailer [3021]**<br>**VIN # 1L9LR1318LG321156** | **$0.00** | **$2,875.00** |
| 47.26· | **2020 PJ Trailers T6202 [3029] VIN**<br>**#4P5T62029L1326893**<br>**(Amended 9/12/23)** | **$0.00** | **$3,981.00** |
| 47.27· | **2020 RAM 2500 [1028]**<br>**VIN # 3C6UR5CL4LG104301** | **$0.00**   kbb.com | **$37,178.00** |
| 47.28· | **2019 RAM 1500 [1029]**<br>**VIN # 1C6RR7FT5KS599953** | **$0.00**   kbb.com | **$21,343.00** |
| 47.29· | **2019 RAM 1500 [1030]**<br>**VIN # 1C6RR7FT7KS619362** | **$0.00**   kbb.com | **$21,343.00** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**    Case number *(If known)* **23-00484**
Name

| | | | | |
|---|---|---|---|---|
| 47.30 · | **2020 RAM 3500 [1032]**<br>**VIN # 3C63R3CL0LG129079** | $0.00 | kbb.com | $42,729.00 |
| 47.31 · | **2020 RAM 3500 [1031]**<br>**VIN # 3C63R3GLXLG184522** | $0.00 | kbb.com | $42,729.00 |
| 47.32 · | **2020 RAM 3500 [1033]**<br>**VIN # 3C63R3GL0LG154879** | $0.00 | kbb.com | $42,729.00 |
| 47.33 · | **2019 RAM 2500 [1035]**<br>**VIN # 3C6UR5HL3KG707747**<br>**(Amended 8/29/23)** | $0.00 | kbb.com | $44,000.00 |
| 47.34 · | **2019 RAM 2500 [1036]**<br>**VIN # 3C6UR5HL0KG640976** | $0.00 | kbb.com | $36,537.00 |
| 47.35 · | **2019 RAM 1500 [1038]**<br>**VIN # 3C6RR7KT9KG725292** | $0.00 | kbb.com | $21,343.00 |
| 47.36 · | **2021 GMC Sierra 2500 [1010]**<br>**VIN # 1GT49REY54F123533** | $0.00 | kbb.com | $48,563.00 |
| 47.37 · | **2020 Towmaster Flat bed trailer [3031]**<br>**VIN # 4KNBF2323LL161369** | $0.00 | | $4,213.00 |
| 47.38 · | **2016 Fabrique Aluminum Trailer**<br>**VIN #5JXCE1024GE202428**<br>**(Added 9/1/23)** | $0.00 | | $500.00 |
| 47.39 · | **2017 Hyundai Elantra**<br>**VIN #KMHD84LF9HU289798**<br>**(Added 9/1/23)** | $0.00 | | $20,250.00 |
| 47.40 · | **2012 Diamond C Roadclipper Flatbed**<br>**Trailer [3001]**<br>**VIN 46UFU1829C1139365**<br>**(Added 9/1/23)** | $0.00 | | $750.00 |
| 47.41 · | **2021 Ditch Witch Trailer T14MV**<br>**VIN 1DSB222Y1M1700669**<br>**(Added 9/1/23)** | $0.00 | | $10,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor   **BDC Group Inc.**
          Name

Case number *(If known)*  **23-00484**

| | | |
|---|---|---|
| **2014 Caterpillar Cushion Tire Forklift**<br>**Serial #2C5000-LE CN1748** | $0.00 | $10,000.00 |
| **2020 John Deere 17G Compact Excavator**<br>**[4052] Serial # 1FF017GXCLK230189;**<br>**2020 John Deere 17G Compact Excavator**<br>**Serial # 1FF017GXLKK229815**<br>**Including all attachments, accessories,**<br>**components, all accounts relating thereto & all**<br>**proceeds of sale, insurance, etc - UCC#**<br>**X20086282-2** | $0.00 | $28,980.00 |
| **2020 Turbo Technologies Hydro Seeder**<br>**Serial #200351084**<br>**(Amended 9/12/23)** | $0.00 | $3,241.00 |
| **Ditch Witch JT20 Drill Serial #**<br>**DWPJT20BPM0000746;**<br>**Felling FT-24 Trailer VIN#**<br>**5FTCE2923J2000763;**<br>**FM13X Serial # DWPFM13XCM0001565;**<br>**Tracker #8482804;**<br>**Display #8483458 & Beacon # 8483158** | $0.00 | $30,750.00 |
| **Fiber Optic Cable Puller**<br>**S/N CDX08690002** | $0.00 | $10,785.00 |
| **Pulmettaz Vac Purchase**<br>**Serial # GCBPT-2229854 and 134028** | $0.00 | $29,736.00 |
| **DW MV 800 Purchase**<br>**VIN # DWPMV800TM0000835** | $0.00 | $39,312.00 |
| **Analyze technologies Services J2 Lasher**<br>**(Amended 10/3/23)** | $0.00 | Unknown |
| **Fusion splicer, View 7 Splice Machine**<br>**(Amended 10/3/23)** | $0.00 | $2,775.00 |
| **Tester divot**<br>**(Amended 10/3/23)** | $0.00 | $79.81 |
| **Live fiber identifier**<br>**(Amended 10/3/23)** | $0.00 | $503.56 |
| **OTDR** | $0.00 | $1,155.00 |
| **Used INNO View 5**<br>**(Amended 10/3/23)** | $0.00 | $1,295.00 |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**
_____
Name

Case number *(If known)*  **23-00484**

| | | |
|---|---|---|
| **Used INNO View 7**<br>(Amended 10/3/23) | $0.00 | $1,665.00 |
| **Used Pair - FOT 932 Power Meters**<br>(Amended 10/3/23) | $0.00 | $2,500.00 |
| **Used Sumitomo Ribbon splicer**<br>(Amended 10/3/23) | $0.00 | $2,405.00 |
| **Used Maxtester 730 OTDR**<br>(Amended 10/3/23) | $0.00 | $2,500.00 |
| **Used 4' x 9' Splicer enclosed TRA** | $0.00 | $1,698.00 |
| **Honda Generator**<br>(Amended 10/3/23) | $0.00 | $554.63 |
| **Equipment - Telecom Division**<br>(Amended 10/3/23) | $0.00 | $100.00 |
| **2019 Cat BR172 Brush Cutter**<br>**Serial #TAB05099**<br>(Amended 9/12/23) | $0.00 | $2,490.00 |
| **Duct Rodder 3/8" X 1000' Toneable 45" cage**<br>(Amended 10/3/23) | $0.00 | $1,000.00 |
| **Subsite Electronics Utility Locators x7**<br>**Serial #8433297, #8433310, #8446770,**<br>**#8446562, #8446932, #8446994, & #8401111**<br>(Amended 9/12/23) | $0.00 | $7,716.00 |
| **Lease #1466**<br>**2018 Lane LMH 1920 Trailer**<br>**VIN # 1L9LF2720JG321747** | $0.00 | $4,330.00 |
| **Lease #1467**<br>**2019 Ditch Witch VT20 Trailer**<br>**VIN # 1DST722L8K1701535**<br>(Amended 9/12/23) | $0.00 | $7,500.00 |
| **Lease #1468**<br>**Ditch Witch VT20 Trailer**<br>**VIN # 1DST722L8K1701552**<br>(Amended 9/12/23) | $0.00 | $7,500.00 |
| **Eagle claw, Housing box, etc**<br>(Amended 10/3/23) | $0.00 | $700.00 |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor **BDC Group Inc.** Case number *(If known)* **23-00484**
Name

| | | |
|---|---|---|
| **Trail King TKT16U Trailer VIN # 1TKU02827LR072082 - $10,000; Trail King TKT16U Trailer VIN # 1TKU02829LR072083 - $7,000; Trail King TKT16U Trailer VIN # 1TKU02822LR072085 - $10,000 (Amended on 10/3/23)** | $0.00 | $27,000.00 |
| **Caterpillar TH255C Telehandler S/N JK201224 (Amended on 9/22/23)** | $0.00 | $47,831.70 |
| **XAVS400 Serial # XAVS400 Compressor System ID # K3254 - $20,000 CAT TH255C SN JK200447 - $39,500 Smart Productivity Test Platform (x2) SN TMAC04TA015345 & TMAC04TA015350; TX300 Fiber Scope Expert; DI-1000 Fiber Scope Auto Focus Detect & Pass/Fail analysis; Various MTT plus module units & related hardware; Toyota Model 8FGU25 Forklift Serial # 52481 - $8,500.00 Roose Reel cable trailer 160 VIN 595YC1113KM000325 - $4,533 (Amended 10/3/23)** | $0.00 | $72,533.00 |
| **John Deere 35G Compact Excavator Serial # 1FF035GXCLK289466 Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc -UCC# X20057582-3** | $0.00 | $28,000.00 |
| **2019 John Deere 35G Compact Excavator Serial # 1FF035GXHKK287568; Hydraulic Thumb P/N 000011; Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC# X20077963-4** | $0.00 | $29,000.00 |
| **Big-Tex 14LX Trailer Serial # 16V1D1625M5009202; Big-Tex 14LX Trailer Serial # 16V1D2120M5017723 Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC# X20088939-7** | $0.00 | $6,826.00 |

| Debtor | **BDC Group Inc.** | Case number *(If known)*  **23-00484** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **John Deere 35G Compact Excavator Serial #1FF035GXCMK293453;**<br>**BigTow B-6DT  Drop-deck Trailer VIN #4KNBF2322ML161316**<br>**Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC# X21094059-6** | $0.00 | $42,574.00 |
| **2022 Towmaster Model B-6D Trailer [3038]**<br>**VIN 4KNBF2321NL160465**<br>**(Amended on 8/29/23)** | $0.00 | $5,500.00 |
| **2015 Ditch Witch MR90 Mud Reclaimer Serial # CMWMR90XLF0000049;**<br>**2022 Ditch Witch AT40 with Drill-lok F5 Falcon Receiver Serial #30190868;**<br>**10.9" Aurora Serial # DWPAT40AVN0000014 - $345,000**<br>**2017 Chevy Silverado K2500 VIN #1GC1KUEG7HF114968 - $40,200**<br>**2010 Toyota Tundra Double Cab VIN# 5TFUW5F1XAX112293 - $11,487.00**<br>**2017 Toyota Tundra Double Cab VIN# 5TFUW5F19HX676236 - $36,446**<br>**2018 RAM ProMaster 2500 VIN# 3C6TRVDG6JE124720 - $22,687.00**<br>**2018 RAM ProMaster 2500 VIN#3C6TRVDG2JE116212 - $22,687.00**<br>**2015 Ditch Witch T14R VIN# 1DSB122X1F1701849 - $30,000**<br>**(Amended on 8/22/23)** | $0.00 | $508,507.00 |
| **2021 John Deere 35G Compact Excavator Serial # 1FF035GXTLK290411**<br>**B-6DT Drop-deck trailer VIN# 4KNBF2325ML160614**<br>**Hydraulic thumb # 1000522**<br>**Bucket # 327635-2**<br>**UCC# X23005342-6** | $0.00 | $24,225.00 |
| **John Deere 35G Compact Excavator Serial #1FF035GXJLK290512**<br>**18" bucket #4223-4, B-6DT Drop-deck trailer # 4KNBF2328ML160560**<br>**Hydraulic thumb # 1000429**<br>**UCC# X23005343-3** | $0.00 | $27,100.00 |
| **Unit #3092**<br>**2013 Toyota Forklift VIN# 7FGAU50-71140**<br>**(Amended 9/12/23)** | $0.00 | $18,000.00 |
| **2019 Cat BR172 Brush Cutter**<br>**Serial #DWPJT25XLJ0000728** | $0.00 | $2,490.00 |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor   **BDC Group Inc.**                                    Case number *(If known)*  **23-00484**
_____
Name

| **Various Tools - See attached Exhibit B-50 (Added 10/6/23)** | $0.00 | $81,651.85 |

---

51. **Total of Part 8.**                                                         | $2,005,138.55 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Rented yards in Virginia;<br>Rented buidlings & yards in Hiawatha & Des Moines.<br>See Schedule G for additional details.** | **Leasehold Interest** | $0.00 | | $0.00 |

56. **Total of Part 9.**                                                         | $0.00 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number *(If known)* **23-00484** |
|---|---|---|
| | Name | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**BDC Group Inc. vs. MidAmerican Energy Company, Case No. LACV101650 currently pending in the Iowa District Court in and for Linn County.** | **$800,000.00** |
|     Nature of claim    **Breach of Contract** | |
|     Amount requested    **$0.00** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Retainage as of June 13, 2023**<br>**Retainage is an amount held-back until completion of project to cover any additional costs. It may or may not ultimately be returned to Debtor.**<br>**Total face value: $1,453,397.24**<br>**Doubtful or uncollectible amount: $1,172,247.44** | **$281,149.80** |
|     Nature of claim | |
|     Amount requested    **$0.00** | |
|     **Credit balance with Altorfer Inc.** | **$1,989.85** |
|     Nature of claim | |
|     Amount requested    **$0.00** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$1,083,139.65** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor   **BDC Group Inc.**
_____
Name

Case number *(If known)* **23-00484**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$100.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$90,396.50** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$850,768.29** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$9,195.29** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,005,138.55** | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,083,139.65** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$4,038,738.28** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,038,738.28** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Fill in this information to identify the case: |
|---|

| Debtor name | **BDC Group Inc.** |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number *(if known)* | **23-00484** |

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1** | **Ally Financial**
Creditor's Name

**PO Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5732**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | Amount | Value |
|---|---|---|
| **2022 GMC Canyon [1041]**
**VIN 1GTG6CEN7N1281475** | **$43,685.22** | **$29,818.00** |

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **Ally Financial**
Creditor's Name

**PO Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5723**

**Do multiple creditors have an interest in the same property?**

| Describe debtor's property that is subject to a lien | Amount | Value |
|---|---|---|
| **2022 GMC Canyon [1040]**
**VIN# 1GTG6FEN1N1330347** | **$45,997.45** | **$29,818.00** |

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Bank of America** | **Describe debtor's property that is subject to a lien** | $36,302.97 | $48,563.00 |
|---|---|---|---|---|

Creditor's Name

**100 North Tryon Street
Charlotte, NC 28255**

Creditor's mailing address

**2021 GMC Sierra 2500 [1010]
VIN # 1GT49REY54F123533**

**Describe the lien**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Breakout Capital, LLC** | **Describe debtor's property that is subject to a lien** | $338,650.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1451 Dolley Madison Blvd
Suite 200
Mclean, VA 22101**

Creditor's mailing address

**Blanket security interest in all assets UCC# X23001746-0**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1/12/2023**

**Last 4 digits of account number**

**8719**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Breakout Capital, LLC** | **Describe debtor's property that is subject to a lien** | $338,650.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1451 Dolley Madison Blvd
Suite 200
McLean, VA 22101**

Creditor's mailing address

**Blanket security interest in all assets UCC# X23001746-0**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

- ■ No

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

Is anyone else liable on this claim?
☐ Yes

**Date debt was incurred**
☐ No

**Last 4 digits of account number**
**8720**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Caterpillar Financial Services Corp** | Describe debtor's property that is subject to a lien | $15,878.12 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

**Trail King TKT16U Trailer VIN # 1TKU02827LR072082 - $10,000; Trail King TKT16U Trailer VIN # 1TKU02829LR072083 - $7,000; Trail King TKT16U Trailer VIN # 1TKU02822LR072085 - $10,000 (Amended on 10/3/23)**

**2120 West End Avenue Nashville, TN 37203-0001**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**07/25/2019**
■ No

**Last 4 digits of account number**
**4676**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Unliquidated
☐ Disputed

---

| 2.7 | **Caterpillar Financial Services Corp** | Describe debtor's property that is subject to a lien | $6,596.15 | $47,831.70 |
|---|---|---|---|---|

Creditor's Name

**Caterpillar TH255C Telehandler S/N JK201224 (Amended on 9/22/23)**

**2120 West End Avenue Nashville, TN 37203-0001**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/29/2019**
■ No

**Last 4 digits of account number**
**8944**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Deere Credit, Inc** | | | $21,591.58 | $24,225.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**2021 John Deere 35G Compact Excavator Serial # 1FF035GXTLK290411
B-6DT Drop-deck trailer VIN# 4KNBF2325ML160614
Hydraulic thumb # 1000522
Bucket # 327635-2
UCC# X23005342-6**

**6400 NW 86th Street
PO Box 6600
Johnston, IA 50131**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

☐ Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**02/15/2023**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9176**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Deere Credit, Inc** | | | $27,256.06 | $27,100.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**John Deere 35G Compact Excavator Serial #1FF035GXJLK290512
18" bucket #4223-4, B-6DT Drop-deck trailer # 4KNBF2328ML160560
Hydraulic thumb # 1000429
UCC# X23005343-3**

**6400 NW 86th Street
Johnston, IA 50131**

Creditor's mailing address

**Describe the lien**

**Security Interest**

Is the creditor an insider or related party?

☐ Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**02/15/2023**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9177**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Ditch Witch Financial Services** | | | $126,183.63 | $30,750.00 |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**
_____
Name                                                    Case number (if known)    **23-00484**

| | |
|---|---|
| Creditor's Name | Ditch Witch JT20 Drill Serial # DWPJT20BPM0000746; Felling FT-24 Trailer VIN# 5FTCE2923J2000763; FM13X Serial # DWPFM13XCM0001565; Tracker #8482804; Display #8483458 & Beacon # 8483158 |
| **a program of Bank of the West** **1625 W Fountainhead Pkwy** **AZ-FTN-10C-A** **Tempe, AZ 85282** | |
| Creditor's mailing address | **Describe the lien** **Security Interest** |
| | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred** **12/14/2021** | |
| **Last 4 digits of account number** **1473** | **As of the petition filing date, the claim is:** Check all that apply |
| Do multiple creditors have an interest in the same property? | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.1 1 | **East Central Iowa Council of Governments** | Describe debtor's property that is subject to a lien | $151,797.96 | $355,284.00 |

| | |
|---|---|
| Creditor's Name | RAM 3500 [1013] VIN #362728; RAM 3500 [1014] VIN #294961;RAM 5500 [1015]VIN #317639; RAM 2500 [1016] VIN # 332587; RAM 2500 [1017] VIN # 332586; RAM 3500 [1018] VIN # 414384; RAM 5500 [1019] VIN # 361905; RAM 5500 (x2) [1021] & [1022] |
| **700 16th Street NE** **Suite 301** **Cedar Rapids, IA 52402** | |
| Creditor's mailing address | **Describe the lien** **Purchase Money Security** |
| | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred** **05/28/2019** | |
| **Last 4 digits of account number** **1883** | **As of the petition filing date, the claim is:** Check all that apply |
| Do multiple creditors have an interest in the same property? | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.1 2 | **East Central Iowa Council of Governments** | Describe debtor's property that is subject to a lien | $57,977.26 | Unknown |

| | |
|---|---|
| Creditor's Name | **Blanket security interest** |
| **700 16th Street NE** **Suite 301** **Cedar Rapids, IA 52402** | |
| Creditor's mailing address | **Describe the lien** |

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
| --- | --- | --- | --- |
| | Name | | |

**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

**01/25/2021**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**4939**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.1 3** | **GreatAmerica Financial Services Corp**

Creditor's Name

**Describe debtor's property that is subject to a lien**

**DELL Custom T440 Server; Datto S3-X4 Mini desktop backup appliance; Meraki MS120-48LP Ethernet Switch - 48 ports; Meraki Enterprise License & support - MS120-48LP Cloud managed switch; Meraki MX64 Cloud Managed Security Appliance - 5 Port;**

**Unknown** | **$6,550.29**

**625 First Street SE
Cedar Rapids, IA 52401**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**04/02/2020**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**4779**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.1 4** | **Green Note Capital Partners Inc.**

Creditor's Name

**Describe debtor's property that is subject to a lien**

**All personal property of every kind and nature - Lawsuit pending in Supreme Court of State of New York, County of Kings, Index #515219/2023**

**$1,192,148.13** | **Unknown**

**1019 Avenue P, Suite 401
Brooklyn, NY 11223**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**2/22/2023 & 4/19/2023**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|

Name

**8103**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 5**

**GreenState Credit Union**

Creditor's Name

**2355 Landon Rd**
**North Liberty, IA 52317**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Last 4 digits of account number**
**1002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 RAM 3500 [1031] VIN # 3C63R3GLXLG184522 (FMV $42,729); 2020 RAM 3500 [1032] VIN # 3C63R3CL0LG129079 (FMV $42,729); 2020 RAM 3500 [1033] VIN # 3C63R3GL0LG154879 (FMV $42,729)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,978.69 — $128,187.00

---

**2.1 6**

**GreenState Credit Union**

Creditor's Name

**2355 Landon Rd**
**North Liberty, IA 52317**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 RAM 2500 [1028] (FMV $37,178) VIN # 3C6UR5CL4LG104301 & 2019 RAM 1500 [1029] (FMV $21,343) VIN # 1C6RR7FT5KS599953 2019 RAM 1500 [1030] (FMV $21,343) VIN # 1C6RR7FT7KS619362**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$53,795.08 — $79,864.00

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

| 2.1 7 | GreenState Credit Union | Describe debtor's property that is subject to a lien | $65,894.51 | $101,880.00 |
|---|---|---|---|---|

Creditor's Name

**2019 RAM 2500 [1035] VIN #
3C6UR5HL3KG707747 ($44,000); 2019 RAM
2500 [1036] VIN # 3C6UR5HL0KG640976 (FMV
$36,537); 2019 RAM 1500 [1038] VIN #
3C6RR7KT9KG725292 (FMV $21,343)
(Amended 8/30/23)**

**2355 Landon Rd
North Liberty, IA 52317**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
1003**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | GreenState Credit Union | Describe debtor's property that is subject to a lien | $0.00 | $72,533.00 |
|---|---|---|---|---|

Creditor's Name

**XAVS400 Serial # XAVS400 Compressor
System ID # K3254 - $20,000
CAT TH255C SN JK200447 - $39,500
Smart Productivity Test Platform (x2) SN
TMAC04TA015345 & TMAC04TA015350;
TX300 Fiber Scope Expert;
DI-1000 Fiber Scope Auto Focus Detect &**

**2355 Landon Road
North Liberty, IA 52317**

Creditor's mailing address

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
04/28/2020**

**Last 4 digits of account number
2211**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | John Deere Construction &
Forestry Co | Describe debtor's property that is subject to a lien | $16,334.96 | $28,980.00 |
|---|---|---|---|---|

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6630

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/10/2020**
**Last 4 digits of account number**
**0306**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 JD 17G Excavator [4052]**
**#1FF017GXCLK230189; 2020 JD 17G**
**Excavator #1FF017GXLKK229815**
**Including all attachments, accessories,**
**components, all accounts relating thereto &**
**all proceeds of sale, insurance, etc -UCC#**
**X20086282-2**

**Describe the lien**
**Security Interest**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 0 | **John Deere Construction & Forestry Co** | Describe debtor's property that is subject to a lien | $21,659.08 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6630

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/19/2020**
**Last 4 digits of account number**
**8830**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**John Deere 35G Compact Excavator Serial #**
**1FF035GXCLK289466**
**Including all attachments, accessories,**
**components, all accounts relating thereto &**
**all proceeds of sale, insurance, etc -UCC#**
**X20057582-3**

**Describe the lien**
**Security Interest**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 1 | **John Deere Construction & Forestry Co** | Describe debtor's property that is subject to a lien | $15,268.52 | $29,000.00 |
|---|---|---|---|---|

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

Creditor's Name

2019 John Deere 35G Compact Excavator
Serial # 1FF035GXHKK287568;
Hydraulic Thumb P/N 000011;
Including all attachments, accessories,
components, all accounts relating thereto &
all proceeds of sale, insurance, etc - UCC#
X20077963-4

6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6630

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
08/13/2020
**Last 4 digits of account number**
0125

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | John Deere Construction & Forestry Co | Describe debtor's property that is subject to a lien | $5,982.91 | $6,826.00 |
|---|---|---|---|---|

Creditor's Name

Big-Tex 14LX Trailer Serial #
16V1D1625M5009202;
Big-Tex 14LX Trailer Serial #
16V1D2120M5017723
Including all attachments, accessories,
components, all accounts relating thereto &
all proceeds of sale, insurance, etc - UCC#
X20088939-7

6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6630

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
09/17/2020
**Last 4 digits of account number**
6594

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | John Deere Construction & Forestry Co | Describe debtor's property that is subject to a lien | $38,328.55 | $42,574.00 |
|---|---|---|---|---|

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| Creditor's Name | JD 35G Compact Excavator #1FF035GXCMK293453; BigTow B-6DT Drop-deck Trailer #4KNBF2322ML161316 Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC X21094059-6 |
|---|---|

6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6630

Creditor's mailing address

**Describe the lien**

**Security Interest**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**10/06/2021**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8448**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.24 | Keystone Savings Bank | Describe debtor's property that is subject to a lien | $1,067,142.40 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Accounts, inventory, equipment, chattels, general intangibles, documents, government payments and program, investment property, deposit accounts, and Debtor's Funds on Retainer in Attorney's Trust Account**

807 Rosedale Drive
Center Point, IA 52213

Creditor's mailing address

**Describe the lien**

**Security Interest**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**04/19/2019**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7559**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.25 | Keystone Savings Bank | Describe debtor's property that is subject to a lien | $618,741.20 | $508,507.00 |
|---|---|---|---|---|

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**
_____
Name                                                      Case number (if known)    **23-00484**

Creditor's Name

2015 DW#CMWMR90XLF0000049; 2022 DW
AT40;Aurora#DWPAT40AVN0000014; 2017
Chevy#1GC1KUEG7HF114968; 2010
Toyota#5TFUW5F1XAX112293; 2017
Toyota#5TFUW5F19HX676236; 2018
RAM#3C6TRVDG6JE124720; 2018 RAM
#3C6TRVDG2JE116212; 2015
DW#1DSB122X1F1701849

**81 Main Street**
**P.O. Box 367**
**Keystone, IA 52249**

Creditor's mailing address

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**04/25/2022**

Last 4 digits of account number
**2208**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Kirkwood Community College** | Describe debtor's property that is subject to a lien | $54,757.62 | Unknown |

Creditor's Name

**Blanket security interest in all accounts,
equipment, chattel paper, inventory, as
identified in UCC Financing Statement -
Project N19BDC $16,522.13; Project N20BDC
$34,044.98; Project N22BDC $4,190.51**

**PO Box 2068**
**Cedar Rapids, IA 52406**

Creditor's mailing address

Describe the lien

**Security Interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05/18/2020**

Last 4 digits of account number
**4457**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **KYF Global Partners, LLC** | Describe debtor's property that is subject to a lien | $600,000.00 | Unknown |

Creditor's Name

**Blanket Security Interest in all property.**

**1 Industrial Way W
Building C
Eatontown, NJ 07724**

Creditor's mailing address

Describe the lien

**Security Interest**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | | Case number (if known) | **23-00484** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**05/25/2023**

**Last 4 digits of account number**
**3648**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.28 | **Manchester Leasing Service Inc** | | | |
|---|---|---|---|---|

Creditor's Name

**18173 Edison Ave**
**Unit G**
**Chesterfield, MO 63005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/22/2023**

**Last 4 digits of account number**
**2202**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Unit #3092**
**2013 Toyota Forklift VIN# 7FGAU50-71140**
**(Amended 9/12/23)**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $18,000.00

---

| 2.29 | **Manchester Leasing Services Inc** | | | |
|---|---|---|---|---|

Creditor's Name

**2771 104th Street, Suite 1**
**Urbandale, IA 50322**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/07/2020**

**Last 4 digits of account number**
**0579**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Lease #1475**
**2019 Felling FT-40 Trailer [3026]**
**VIN # 5FTCF3727J1002169**
**(Amended 8/29/23)**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$0.00          $16,500.00

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **Manchester Leasing Services Inc** | | $0.00 | $8,857.00 |
|---|---|---|---|---|

Creditor's Name

**2771 104th Street, Suite 1
Urbandale, IA 50322**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
01/07/2020
Last 4 digits of account number
0579**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease #1476
2019 Felling FT-40 Trailer [3014]
VIN # 5FTCF352XK1002784**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.31 | **Manchester Leasing Services Inc** | | $0.00 | $2,750.00 |
|---|---|---|---|---|

Creditor's Name

**2771 104th Street, Suite 1
Urbandale, IA 50322**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
01/07/2020
Last 4 digits of account number
0579**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease #1469
2018 Lane LRG 1008 Trailer [3019]
VIN # 1L9LR1318JG321784**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.32 | **Manchester Leasing Services Inc** | | $0.00 | $2,750.00 |
|---|---|---|---|---|

Creditor's Name

**2771 104th Street, Suite 1
Urbandale, IA 50322**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease #1470
2020 Lane LRG 1008 Trailer [3020]
VIN # 1L9LR1313LG321100**

**Describe the lien**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

**Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

�
 No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**1/7/2020**

**Last 4 digits of account number**

**0579**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | Manchester Leasing Services Inc | Describe debtor's property that is subject to a lien | $0.00 | $2,410.00 |
|---|---|---|---|---|

Creditor's Name

**2771 104th Street, Suite 1**
**Urbandale, IA 50322**

Creditor's mailing address

**Lease #1471**
**2020 Lane LRG 1008 Reel trailer [3008]**
**VIN # 1L9LR1319LG321120**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**1/7/2020**

**Last 4 digits of account number**

**0579**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | Manchester Leasing Services Inc | Describe debtor's property that is subject to a lien | $0.00 | $2,750.00 |
|---|---|---|---|---|

Creditor's Name

**2771 104th Street, Suite 1**
**Urbandale, IA 50322**

Creditor's mailing address

**Lease #1472**
**2020 Lane LRG 1008 Trailer [3010]**
**VIN # 1L9LR1314LG321154**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**1/7/2020**

**Last 4 digits of account number**

**0579**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 5 | **Manchester Leasing Services Inc** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **Describe debtor's property that is subject to a lien** | $0.00 | $2,750.00 |
|---|---|---|

**2771 104th Street, Suite 1
Urbandale, IA 50322**

**Lease #1473
2020 Lane LRG 1008 Trailer [3009]
VIN # 1L9LR1316LG321155**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/07/2020**
**Last 4 digits of account number**
**0579**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 6 | **Manchester Leasing Services Inc** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **Describe debtor's property that is subject to a lien** | $0.00 | $2,875.00 |
|---|---|---|

**2771 104th Street, Suite 1
Urbandale, IA 50322**

**Lease #1474
2020 Lane LRG 1008 Reel trailer [3021]
VIN # 1L9LR1318LG321156**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/07/2020**
**Last 4 digits of account number**
**0579**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 7 | **Manchester Leasing Services Inc** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **Describe debtor's property that is subject to a lien** | $0.00 | $4,330.00 |
|---|---|---|

**2771 104th Street, Suite 1
Urbandale, IA 50322**

**Lease #1466
2018 Lane LMH 1920 Trailer
VIN # 1L9LF2720JG321747**

Creditor's mailing address

**Describe the lien**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

**01/07/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0579**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.3 8 | Manchester Leasing Services Inc | Describe debtor's property that is subject to a lien | $0.00 | $7,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Lease #1467** | | |

**Lease #1467**
**2019 Ditch Witch VT20 Trailer**
**VIN # 1DST722L8K1701535**
**(Amended 9/12/23)**

**2771 104th Street, Suite 1**
**Urbandale, IA 50322**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

**01/07/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0579**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.3 9 | Manchester Leasing Services Inc | Describe debtor's property that is subject to a lien | $0.00 | $7,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Lease #1468** | | |

**Lease #1468**
**Ditch Witch VT20 Trailer**
**VIN # 1DST722L8K1701552**
**(Amended 9/12/23)**

**2771 104th Street, Suite 1**
**Urbandale, IA 50322**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

**01/07/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0579**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.40**

**Marlin Business Bank**
Creditor's Name

**2795 E Cottonwood Pkwy
Salt Lake City, UT 84121**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**04/20/021**
Last 4 digits of account number
**2385**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Office furniture per quote dated 04/05/2021**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$0.00**

---

**2.41**

**U.S. Small Business Administration**
Creditor's Name

**Attn: Michelle Chesebro, Attorney
332 S. Michigan, Suite 600
Chicago, IL 60604**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**May 4, 2020**
Last 4 digits of account number
**7402**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

---

**2.42**

**U.S. Small Business Administration**
Creditor's Name

**Fresno District Office
801 R Street, Suite 201
Fresno, CA 93721**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**EIDL Loan - 2020?**

Describe the lien

**$125,000.00**     **$0.00**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 18 of 23

| Debtor | **BDC Group Inc.** | Case number *(if known)* | **23-00484** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $350,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Fresno District Office**
**801 R Street, Suite 201**
**Fresno, CA 93721**

Creditor's mailing address

**EIDL Loan - 2021?**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 4 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10737 Gateway West, #300**
**El Paso, TX 79935**

Creditor's mailing address

**Blanket security interest in all property.**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/08/2020**

**Last 4 digits of account number**
**6386**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
| --- | --- | --- | --- |
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,498,598.05

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Abram V. Carls**<br>**Simmons Perrine Moyer Bergman**<br>**115 Third Street SE, Suite 1200**<br>**Cedar Rapids, IA 52401** | Line  2.24 | |
| **Ally**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** | Line  2.1 | |
| **Ally Financial**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** | Line  2.2 | |
| **Corporation Service Company**<br>**as Representative**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line  2.4 | |
| **Corporation Service Company**<br>**as Representative**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line  2.5 | |
| **Dean A. Spina**<br>**2007 First Avenue SE**<br>**Cedar Rapids, IA 52402** | Line  2.26 | |
| **Ditch Witch Financial Services**<br>**8418 Canyon Drive**<br>**Armarillo, TX 79119** | Line  2.10 | |
| **Farmers & Merchants Savings Bank**<br>**200 First St SW**<br>**Cedar Rapids, IA 52404** | Line  2.41 | |
| **Farmers & Merchants Savings Bank**<br>**200 First Street SW**<br>**Cedar Rapids, IA 52404** | Line  2.24 | |
| **Jason A. Gang, Attorney**<br>**1245 Hewlett Plaza, #478**<br>**Hewlett, NY 11557** | Line  2.14 | |

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Keystone Savings Bank**<br>PO Box 367<br>**81 Main Street**<br>**Keystone, IA 52249** | Line _**2.24**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.29**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.30**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.31**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.32**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.33**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.34**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.35**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.36**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.37**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.38**_ |
| **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | Line _**2.39**_ |
| **Marlin Capital Solutions**<br>**300 Fellowship Rd**<br>**Mt. Laurel, NJ 08054** | Line _**2.40**_ |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 21 of 23

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Shuttleworth & Ingersoll, PC**<br>**Attention: Wesley Huisinga**<br>**115 3rd Street SE, Suite 500**<br>**Cedar Rapids, IA 52406** | Line __2.19__ |
| **Shuttleworth & Ingersoll, PC**<br>**Attention: Wesley Huisinga**<br>**115 3rd Street SE, Suite 500**<br>**Cedar Rapids, IA 52406** | Line __2.20__ |
| **Shuttleworth & Ingersoll, PC**<br>**Attention: Wesley Huisinga**<br>**115 3rd Street SE, Suite 500**<br>**Cedar Rapids, IA 52406** | Line __2.21__ |
| **Shuttleworth & Ingersoll, PC**<br>**Attention: Wesley Huisinga**<br>**115 3rd Street SE, Suite 500**<br>**Cedar Rapids, IA 52406** | Line __2.22__ |
| **Shuttleworth & Ingersoll, PC**<br>**Attention: Wesley Huisinga**<br>**115 3rd Street SE, Suite 500**<br>**Cedar Rapids, IA 52406** | Line __2.23__ |
| **Shuttleworth & Ingersoll, PC**<br>**Attention: Wesley Huisinga**<br>**115 3rd Street SE, Suite 500**<br>**Cedar Rapids, IA 52406** | Line __2.8__ |
| **Shuttleworth & Ingersoll, PC**<br>**Attention: Wesley Huisinga**<br>**115 3rd Street SE, Suite 500**<br>**Cedar Rapids, IA 52406** | Line __2.9__ |
| **Small Business Administration**<br>**10737 Gateway West**<br>**Suite 300**<br>**El Paso, TX 79935** | Line __2.41__ |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line __2.29__ |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line __2.30__ |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line __2.31__ |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line __2.32__ |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**
_____
<sub>Name</sub>

Case number (if known)    **23-00484**
_____

| | |
|---|---|
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line **2.33** |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line **2.34** |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line **2.35** |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line **2.36** |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line **2.37** |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line **2.38** |
| **Wells Fargo Bank NA as Agent**<br>**14241 Dallas Parkway, Suite 1300**<br>**Attn: Relationship Manager**<br>**Dallas, TX 75254** | Line **2.39** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

**Fill in this information to identify the case:**

Debtor name **BDC Group Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **23-00484**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Adam Martin**<br>**1285 Hickory Ridge Dr**<br>**Marion, IA 52302** | $2,461.54 | $2,461.54 |

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Adam Verastegui**<br>**3023 SW Butternut Dr**<br>**Ankeny, IA 50023** | $2,560.00 | $2,560.00 |

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Agustin Sanchez**
**224 N Auburn Dr**
**Sterling, VA 20164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,074.08 | $1,074.08 |
|---|---|---|---|---|

**Alberto Garcia Jr**
**2024-42 Fairfax Pike**
**White Post, VA 22660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $857.64 | $857.64 |
|---|---|---|---|---|

**Alex Martin**
**4395 McGowan Blvd**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,050.00 | $1,050.00 |
|---|---|---|---|---|

**Alfredo Trnidad Muniz Quijas**
**11052 Vista Del Sol Dr**
**El Paso, TX 79935**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Antonio Reyes**
**201 Hays Ave**
**Trenton, TN 38382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$1,042.02** | **$1,042.02** |
|---|---|---|---|---|

**Antonio Reyes**
**201 Hays Ave**
**Trenton, TN 38382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arizona Department of Revenue**
**Attn. Customer Care**
**PO Box 29086**
**Phoenix, AZ 85038-9086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Each state's claim is a portion of the total
amount listed for State Income Taxes (SIT) and
State Unemployment Taxes (SUTA)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$2,186.87** | **$2,186.87** |
|---|---|---|---|---|

**Candace Bruce**
**565 Eastview Avenue**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | **23-00484** |
|---|---|---|---|---|

Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$1,280.41** | **$1,280.41** |
|---|---|---|---|---|

**Chad Harris
261 Sunset Lane
Hiawatha, IA 52233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$262.50** | **$262.50** |
|---|---|---|---|---|

**Ciro Escalante
116 N Alder Ave
Sterling, VA 20164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **$1,650.00** | **$1,650.00** |
|---|---|---|---|---|

**Colton Paris
1267 Lawrence Ave
Hazleton, IA 50641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Comptroller of Maryland
Revenue of Admin Div.
110 Carroll St.
Annapolis, MD 21411-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Each state's claim is a portion of the total
amount listed for State Income Taxes (SIT) and
State Unemployment Taxes (SUTA)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number *(if known)* | **23-00484** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | **$2,276.92** | **$2,276.92** |
|---|---|---|---|---|

**Courtney Senters**
**1780 Valentine Drive**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | **$1,076.25** | **$1,076.25** |
|---|---|---|---|---|

**Cynthia Chelf**
**4609 Condor St**
**Muscatine, IA 52761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | **$1,394.01** | **$1,394.01** |
|---|---|---|---|---|

**Dawson Olson**
**1285 Lincoln Drive**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Delaware Withholding**
**Correspondence/Annual Forms**
**PO Box 830**
**Wilmington, DE 19801-8300**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Each state's claim is a portion of the total**
**amount listed for State Income Taxes (SIT) and**
**State Unemployment Taxes (SUTA)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $7,128.11 | $7,128.11 |
|---|---|---|---|---|

**Dennis Bruce**
**565 Eastview Ave.**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $760.00 | $760.00 |
|---|---|---|---|---|

**Derek Neunaber**
**9710 York St**
**Anamosa, IA 52205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,560.00 | $1,560.00 |
|---|---|---|---|---|

**Derik Thomas**
**207 South Jones Street**
**Anamosa, IA 52205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $3,742.75 | $3,742.75 |
|---|---|---|---|---|

**Douglas Chelf**
**4609 Condor Street**
**Muscatine, IA 52761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $2,461.54 | $2,461.54 |
|---|---|---|---|---|

**Drake Shores**
**813 Saint Annes Drive**
**Iowa City, IA 52245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $396.00 | $396.00 |
|---|---|---|---|---|

**Dylan Bowser**
**19125 Dales Ford Rd**
**Scotch Grove, IA 52310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $477.00 | $477.00 |
|---|---|---|---|---|

**Dylan Davis**
**2050 Edgewood Rd NW**
**Cedar Rapids, IA 52405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $144.00 | $144.00 |
|---|---|---|---|---|

**Efrain Jovel**
**1265 Elden St**
**Herndon, VA 20170**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $223.10 | $223.10 |
|---|---|---|---|---|

**Elmer Majano Hernandez**
**15095 Arum Pl**
**Woodbridge, VA 22191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $225.40 | $225.40 |
|---|---|---|---|---|

**Elmer Pereira**
**15095 Arum Pl**
**Woodbridge, VA 22191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $406.00 | $406.00 |
|---|---|---|---|---|

**Francisco Argueta Pereira**
**8981 Bonham Cir**
**Manassas, VA 20110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,813.44 | $1,813.44 |
|---|---|---|---|---|

**Freddie Aviles**
**6807 Kingswood Lane Northeast**
**Cedar Rapids, IA 52402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address

**Garrett Cowan**
**52 Cowan Rd.**
**Covington, PA 16917**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$552.50    $552.50

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address

**Hector Davila**
**6015 Lucente Ave**
**Suitland, MD 20746**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,677.42    $3,677.42

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address

**Humberto Espinoza**
**7407 Lake Drive**
**Manassas, VA 20111**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$470.00    $470.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$207,800.55    $207,800.55

Date or dates debt was incurred

**2022 & 2023**

Basis for the claim:
**FIT $76,038.81; FICA EE $65,880.87; FICA ER**
**$65,880.87**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

---

**2.35** | Priority creditor's name and mailing address
**Iowa Department of Revenue**
**P.O. Box 10330**
**Des Moines, IA 50306**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Each state's claim is a portion of the total amount listed for State Income Taxes (SIT) and State Unemployment Taxes (SUTA)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
**Jacob Hensel**
**1130 32nd St. NE**
**Cedar Rapids, IA 52402**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,018.38**     **$1,018.38**

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
**Jared Nelson**
**717 Wilson Ave. Drive SW**
**Cedar Rapids, IA 52404**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,922.80**     **$1,922.80**

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
**Jarod Lee**
**207 North Marion St**
**Andrew, IA 52030**

As of the petition filing date,  he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,575.00**     **$1,575.00**

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address

**Jeramie Ellefson**
**10245 45Th Ave, Apt 4**
**Wyoming, IA 52362**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,560.00  $2,560.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address

**Jesus Fuentes**
**2400 Vidalia Ct**
**Waldorf, MD 20601**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,229.25  $2,229.25

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address

**Jim Lieurance**
**512 Tyler Street SE, #8**
**Cascade, IA 52033**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,230.77  $3,230.77

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address

**Jose Gutierrez**
**2044 Fairfax Pike Lot 56**
**White Post, VA 22663**

As of the petition filing date, he claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,379.00  $1,379.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,545.50 | $1,545.50 |
|---|---|---|---|---|

**Jose Reyes**
**615 Southlia Dr. Apt H**
**Kokomo, IN 46902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,293.00 | $1,293.00 |
|---|---|---|---|---|

**Jose Rojas**
**2044 Fairfax Pike #42**
**White Post, VA 22663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $1,042.02 | $1,042.02 |
|---|---|---|---|---|

**Juan Lira**
**201 Hays Ave**
**Trenton, TN 38382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Justin Harris**
**5127 Sumerduck Rd**
**Warrenton, VA 20186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,856.00 | $1,856.00 |
|---|---|---|---|---|

**Kathleen Burgess**
**2510 Clark Ave**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,856.00 | $1,856.00 |
|---|---|---|---|---|

**Kaylee Bruce**
**565 Eastview Ave**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $2,247.63 | $2,247.63 |
|---|---|---|---|---|

**Keenan Flint**
**304 3rd Ave**
**Hiawatha, IA 52233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,538.46 | $1,538.46 |
|---|---|---|---|---|

**Kelly Kemmerling**
**654 28th St Court SE, Apt 303**
**Cedar Rapids, IA 52403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $2,215.38 | $2,215.38 |
|---|---|---|---|---|

**Kevin Haines**
**1984 Scales Bend Road NE**
**North Liberty, IA 52317**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $1,035.00 | $1,035.00 |
|---|---|---|---|---|

**Leonardo Meza Jr**
**11057 Vista Del sol Dr**
**El Paso, TX 79935**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $323.08 | $323.08 |
|---|---|---|---|---|

**Lisa Watson**
**20388 Farmgate Terr**
**Ashburn, VA 20147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $947.20 | $947.20 |
|---|---|---|---|---|

**Luis Perdomo Moreno**
**12023 Grewing Sq. Apt C1**
**Reston, VA 20191**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $2,157.67    $2,157.67 |
| | **Lyle Oesterborg** | Check all that apply. | |
| | **1520 Idledale Road NE** | ☐ Contingent | |
| | **Cedar Rapids, IA 52402** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Unpaid wages, PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $261.90    $261.90 |
| | **Mario Reyes Alfaro** | Check all that apply. | |
| | **9211 Timberwood Ct** | ☐ Contingent | |
| | **Manassas, VA 20110** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Unpaid wages, PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $5,836.88    $5,836.88 |
| | **Mark Sheller** | Check all that apply. | |
| | **600 East Poplar Road** | ☐ Contingent | |
| | **Sterling, VA 20164** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Unpaid wages, PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $2,769.23    $2,769.23 |
| | **Mike Miner** | Check all that apply. | |
| | **14407 Amber Road x44** | ☐ Contingent | |
| | **Monticello, IA 52310** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Unpaid wages, PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $1,181.25 | $1,181.25 |
|---|---|---|---|---|

**Moises Santos Yanes**
**8436 Graves Street Apt 103**
**Alexandria, VA 22309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $3,200.00 | $3,200.00 |
|---|---|---|---|---|

**Paul Garner**
**1475 Drummer Hill Rd**
**Front Royal, VA 22630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | Unknown | Unknown |
|---|---|---|---|---|

**Pennsylvania Department of**
**Revenue**
**PO Box 280904**
**Harrisburg, PA 17128-0904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Each state's claim is a portion of the total**
**amount listed for State Income Taxes (SIT) and**
**State Unemployment Taxes (SUTA)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $2,307.69 | $2,307.69 |
|---|---|---|---|---|

**Rebecca Strike**
**6906 Brookhaven Dr NW**
**Cedar Rapids, IA 52405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address
**Rob Brown**
**4907 Harvest Court SW**
**Cedar Rapids, IA 52404**

As of the petition filing date, he claim is: $4,769.23  $4,769.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address
**Ross Michaelis**
**121 S Garnavillo St**
**Anamosa, IA 52205**

As of the petition filing date, he claim is: $2,092.31  $2,092.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address
**Ryan Pedersen**
**1485 Meadowview Dr, 10**
**Marion, IA 52302**

As of the petition filing date, he claim is: $1,330.00  $1,330.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address
**Seth Stanton**
**409 6th Ave SW**
**Cedar Rapids, IA 52404**

As of the petition filing date, he claim is: $1,650.00  $1,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

**2.67**

| Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $140,164.11 | Unknown |
|---|---|---|---|
| **SIT & SUTA Taxes** | *Check all that apply.* | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **SIT owed is $97,991.19; SUTA owed is $42,172.92 - Each state's claim will be a portion of the total amount listed for state income taxes and state unemployment taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.68**

| Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $12,406.79 | $0.00 |
|---|---|---|---|
| **South Dakota Department of Revenue** | *Check all that apply.* | | |
| **300 S. Sycamore Avenue, Ste 102** | ☐ Contingent | | |
| **Sioux Falls, SD 57110** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2021** | **Contractor's Excise tax $9,692.77; Penalty $969.28; Interest $1,744.74 per Notice of Jeopardy Assessment #CL-06202023-0648-2** |

| Last 4 digits of account number **8131** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.69**

| Priority creditor's name and mailing address | As of the petition filing date, he claims is: | Unknown | Unknown |
|---|---|---|---|
| **Tennessee Department of Revenue** | *Check all that apply.* | | |
| **Andrew Jackson Bldg, 3rd Floor, 500** | ☐ Contingent | | |
| **500 Deaderick St.** | ☐ Unliquidated | | |
| **Nashville, TN 37242-1099** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Each state's claim is a portion of the total amount listed for State Income Taxes (SIT) and State Unemployment Taxes (SUTA)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.70**

| Priority creditor's name and mailing address | As of the petition filing date, he claims is: | $5,538.46 | $5,538.46 |
|---|---|---|---|
| **Todd Shores** | *Check all that apply.* | | |
| **1840 Silver Maple Trail** | ☐ Contingent | | |
| **North Liberty, IA 52317** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid wages, PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**2.71** | Priority creditor's name and mailing address
**Ty Mcfarland**
**1826 23rd St NW**
**Cedar Rapids, IA 52405**

As of the petition filing date,  he claim is:                                    $535.50    $535.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address
**Tyler Pelton**
**S3052 E Fox Hill Rd**
**Baraboo, WI 53913**

As of the petition filing date,  he claim is:                                  $1,692.31   $1,692.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address
**Victor Hernandez**
**45291 Gable Sq**
**Sterling, VA 20164**

As of the petition filing date,  he claim is:                                    $150.00    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address
**Virginia Department of Taxation**
**PO Box 1777**
**Richmond, VA 23218-1777**

As of the petition filing date, the claim is:                                  $1,008.83   $1,008.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $50,368.01 | $50,368.01 |
|---|---|---|---|---|

**Virginia Employment Commission**
**PO Box 26441**
**Richmond, VA 23261-6441**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2021 & 2022**

Basis for the claim:
**Each state's claim is a portion of the total amount listed for State Income Taxes (SIT) and State Unemployment Taxes (SUTA) (Amended 8/31/23)**

Last 4 digits of account number **6491**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WI Department of Workforce Development**
**Unemployment Insurance Division**
**PO Box 7945**
**Madison, WI 53707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Each state's claim is a portion of the total amount listed for State Income Taxes (SIT) and State Unemployment Taxes (SUTA)**

Last 4 digits of account number **0004**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $1,832.95 | $1,832.95 |
|---|---|---|---|---|

**Wisconsin Department of Revenue**
**PO Box 8901**
**Madison, WI 53708-8901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/31/2023**

Basis for the claim:
**Withholding taxes, penalties, and interest**

Last 4 digits of account number **2002**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date,  he claim is: | $660.06 | $660.06 |
|---|---|---|---|---|

**Zackary McElroy**
**416 G Ave NW**
**Cedar Rapids, IA 52405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill**

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **23-00484** |

out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
**1 Stop Traffic Services, LLC**
**5636 Kendall Ct Unit A**
**Arvada, CO 80002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,290.00**

---

**3.2**
Nonpriority creditor's name and mailing address
**1 Stop Utility & Construction**
**5636 Kendall Ct Unit A**
**Arvada, CO 80002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,590.65**

---

**3.3**
Nonpriority creditor's name and mailing address
**1 Stop Utility & Construction**
**5636 Kendall Ct Unit A**
**Arvada, CO 80002**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,719.08**

---

**3.4**
Nonpriority creditor's name and mailing address
**ABB (Fastwyre)**
**1605 Washington St**
**Blair, NE 68008**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.5**
Nonpriority creditor's name and mailing address
**Acme Tools**
**1943 Blairs Ferry Rd NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$129.97**

---

**3.6**
Nonpriority creditor's name and mailing address
**Advanced Tower Services, LLC**
**2417 Baylor Drive SE**
**Albuquerque, NM 87106**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$720.98**

---

**3.7**
Nonpriority creditor's name and mailing address
**Advanced Traffic Control, Inc.**
**PO Box 8958**
**Cedar Rapids, IA 52408**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,850.00**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Affordable Pressure Washing**
**7303 Mount Vernon Rd SE**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,554.39**

**Alliant Energy**
**PO Box 3060**
**Cedar Rapids, IA 52406-3060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **(Added 08/31/23)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$378.78**

**Allied Glass**
**1575 Ketelsen Dr**
**Ste 500**
**Hiawatha, IA 52233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,995.08**

**American Boring Inc**
**6895 Pickering Rd**
**Carroll, OH 43112**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$964.84**

**American Truck & Trailer Supply**
**11949 Livingston Road**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Area Wide Protective**
**P.O. Box 636219**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$532.04**

**Arnold Motor Supply**
**1000 44th St**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,535.00**

Asphalt Restorations, Inc.
PO Box 278
Crownsville, MD 21032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

AUS Inc
137 NE 48th Pl
Des Moines, IA 50313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

B2W Software
99 Bow Street Suite 500
Portsmouth, NH 03801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00**

Baltimore County Maryland
Office of Finance, Room 150
400 Washington Avenue
Towson, MD 21204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,031.20**

Barbour Building Systems, LLC
21421 E Truman Road
Independence, MO 64056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,335.00**

Barnhart Crane
PO Box 2153 Dept 1906
Birmingham, AL 35287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,500.00**

BerganKDV
P.O. Box 735484
Dallas, TX 75373-5484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Accounting fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|--------|----------------|------------------------|----------|
|        | Name           |                        |          |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00**

**BL Tower Construction**
**11111 E Pine St**
**Tulsa, OK 74116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,438.90**

**Blue Star Power Systems, Inc**
**2250 Carlson Drive**
**Mankato, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,899.32**

**BMO Harris Bank NA**
**PO Box 71810**
**Chicago, IL 60694-1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bollmeier Crane & Lift**
**508 Hickory Lane**
**Marissa, IL 62257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,238.97**

**Bradley & Riley PC**
**2007 1st Ave SE**
**Cedar Rapids, IA 52406-2804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BTM Engineering, Inc**
**3001 Taylor Springs Drive**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,707.84**

**Bulldog Pipe**
**8991 West Business 60**
**Mountain Grove, MO 65711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**CAJ Services, LLC**
**2400 Tawakoni Dr**
**Wylie, TX 75098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$16,456.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**CAJ Services, LLC**
**2400 Tawakoni Dr**
**Wylie, TX 75098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$28,183.50**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Campbell Supply Co**
**2127 N Towne Lane NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$219.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**Capital One Credit Card**
**PO Box 4069**
**Carol Stream, IL 60197-4069**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$28,382.37**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Business Expenses**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address
**Car Communications, LLC**
**8300 Sunset Dr**
**Manassas, VA 20110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$5,030.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address
**Carrier Access IT, LC**
**1275 NW 128th St**
**Clive, IA 50325**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,107.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address
**Castle Concrete LLC**
**1325 Meade St**
**Flatwoods, KY 41139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$3,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,567.68**

CB Companies LLC
1525 Ketelsen Dr
Hiawatha, IA 52233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

CenturyLink Communications, LLC
1025 El Dorado Blvd
Attn: Legal-BKY
Broomfield, CO 80021

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,096.41**

Chantilly Crushed Stone Inc.
PO Box 220112
Chantilly, VA 20153-0112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

City of Cedar Rapids
City Attorney
3851 River Ridge Road NE
Cedar Rapids, IA 52402

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00**

Clear Canopy, LLC
1705 W. University Dr #108-106
McKinney, TX 75069

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$781.10**

Clog Busters
3950 Vandalia Rd
Des Moines, IA 50317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Coastal Communications
5841 Edison Place
Suite 200
Carlsbad, CA 92008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collection Services Center**
PO Box 9125
Des Moines, IA 50306-9125

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.87 |
|---|---|---|---|

**Colliflower, Inc.**
9320 Pulaski Highway
Middle River, MD 21220

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.82 |
|---|---|---|---|

**Comcast**
P.O. Box 70219
Philadelphia, PA 19176-0219

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Commercial Group Realty**
**Attention: Shahram Ghaffarkhan**
11990 Market Street Unit 501
Reston, VA 20190

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Potential claim for past due rent as of date of filing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,593.00 |
|---|---|---|---|

**Complete Design Solutions LLC**
511B Davidson Drive
Minooka, IL 60447

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366,349.70 |
|---|---|---|---|

**Comstar Supply**
105 Kestrel Drive
Collegeville, PA 19426

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**
**(Amended 10/6/23)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.01 |
|---|---|---|---|

**Coopwood's Air Conditioning**
414 W. Tidwell Rd
Houston, TX 77091

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

---

**3.50** | Nonpriority creditor's name and mailing address
Crowbar's Ltd
4151 3rd Ave Ste 101
Marion, IA 52302

As of the petition filing date, the claim is: *Check all that apply.*                                 **$624.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
D & S Construction
1270 Country Club Dr
Marion, IA 52302

As of the petition filing date, the claim is: *Check all that apply.*                              **$16,145.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address
D.R.S. Enterprises, Inc
5339 Canal Road
Garfield, OH 44125

As of the petition filing date, the claim is: *Check all that apply.*                              **$96,652.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt ($29,160.00) and retainage owed pending
final approval of project(s) ($67,492.90, contingent, unliquidated.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address
Davis Tower Foundation LLC
7001 W Memory Lane
Hulbert, OK 74441

As of the petition filing date, the claim is: *Check all that apply.*                             **$124,647.55**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt ($65,532.32) and retainage owed pending
final approval of projects ($59,115.23, contingent, unliquidated).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address
DDL Business Systems, LLC
PO Box 940
Stephens City, VA 22655

As of the petition filing date, the claim is: *Check all that apply.*                                 **$205.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address
De Lage Landen Financial Serv
1111 Old Eagle School Rd
Wayne, PA 19087

As of the petition filing date, the claim is: *Check all that apply.*                                 **$395.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address
Dell Financial Services
PO Box 5275
Carol Stream, IL 60197-5275

As of the petition filing date, the claim is: *Check all that apply.*                               **$3,333.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Des Moines Water Works**
**2201 George Flagg Parkway**
**Des Moines, IA 50321-1190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$338.05

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Ditch Witch - Iowa**
**21124 Holden Dr**
**Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$10,460.02

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Ditch Witch of Virginia**
**11053 Washington Hwy**
**Glen Allen, VA 23059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$10,036.52

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Diversified Underground Inc**
**PO Box 460909**
**Aurora, CO 80046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

$377.65

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Divvy Credit Card**
**13707 S 200 W**
**Ste 100**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

$153,814.23

---

**3.62**

**Nonpriority creditor's name and mailing address**
**DM Concrete, LLC**
**2462 10th Ave**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,200.00

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Dominion Energy Virginia**
**PO Box 26543**
**Richmond, VA 23290-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$51.11

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**
**Drilltech, LLC**
**7080 York Street**
**Denver, CO 80229**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$83,572.42**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt - Unpaid balances on various Invoice #s ($58,331.55) and retainage owed pending final approval of project(s) ($25,240.87, contingent, unliquidated).**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**
**DTCenter I, Bldg C UOA**
**c/o CGR Comm. Mgmt, LLC**
**23465 Rock Haven Way, Ste 205**
**Sterling, VA 20166**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$35.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Dulles Electric Supply Corp**
**22570 Shaw Rd**
**Suite 150**
**Sterling, VA 20166**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$26,881.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**
**E.R. Utilities Construction**
**14520 Golden Oak Rd**
**Centreville, VA 20121**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$37,296.00**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Retainage owed pending final approval of project(s)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Echo Group Inc.**
**PO Box 336**
**Council Bluffs, IA 51502**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$10,540.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt - Virginia OSP**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Echo Group Inc.**
**PO Box 336**
**Council Bluffs, IA 51502**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$6,078.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt - Iowa ODS**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Edge Consulting Engineers, Inc**
**624 Water Street**
**Prairie du Sac, WI 53578**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$33,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,117.15 |
|---|---|---|---|

**Electrical Engineering & Equip**
953 73rd Street
Windsor Heights, IA 50324

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Virginia OSP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.97 |
|---|---|---|---|

**Electrical Engineering & Equip**
953 73rd Street
Windsor Heights, IA 50324

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa ODS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**ET Communications**
40 E Station Ave
Coopersburg, PA 18036

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,986.60 |
|---|---|---|---|

**Fence Pros Inc**
3887 Trigg Turner Rd
Corydon, KY 42406

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.13 |
|---|---|---|---|

**Ferguson dba ACF**
PO Box 100286
Atlanta, GA 30384

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,021.50 |
|---|---|---|---|

**Fiber Network Resources**
2486 State Route 588
Gallipolis, OH 45631

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt ($71,119.35) and retainage owed pending final approval of project(s) ($7,902.15, contingent, unliquidated).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,106.60 |
|---|---|---|---|

**Fin & Fern LLC**
126 19th St. SW
Cedar Rapids, IA 52405

Date(s) debt was incurred  06/09/2023
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sod Installation (Added 8/31/23)**

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

**3.78** | Nonpriority creditor's name and mailing address

**Five Star Communications, LLC**
P.O. Box 7555
Omaha, NE 68107

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$45,723.60**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

**Fola Technologies**
2121 Swan Drive
Camanche, IA 52730

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$60,409.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt ($54,368.10) and retainage owed pending final approval of project(s) ($6,040.90, contingent, unliquidated).**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address

**Foundation Software**
17800 Royalton Rd
Strongsville, OH 44136

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address

**Fujitsu Network Communications**
2801 Telecom Parkway
Richardson, TX 75082

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address

**Fusion Telecom Services, LLC**
4020 Oakmeadow Dr
Plano, TX 75093

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$713.54**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address

**Galinsky Family Real Estate**
3900 Vandalia Rd
Des Moines, IA 50317

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$5,299.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

**Galinsky Family Real Estate**
3900 Vandalia Road
Des Moines, IA 50317

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Potential claim for past due rent as of date of filing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number (if known) | **23-00484** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,007.29** |
|---|---|---|---|

**Galloway Group**
**5840 Youngquist Rd**
**Ft. Meyers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,022.03** |
|---|---|---|---|

**Garcia Cable Inc**
**8318 Morningside Dr**
**Manassas, VA 20112-3511**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Gary Bass Construction, Inc**
**PO Box 601**
**Edgewood, TX 75117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Has credit of $2,185 and retainage owed of $2,185**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,105.00** |
|---|---|---|---|

**GD Construction Inc**
**2514 Cove Hollow Ct**
**Rowlett, TX 75088**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt ($76,594.50) and retainage owed pending final approval of project(s) ($8,510.50, contingent, unliquidated).**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,294.07** |
|---|---|---|---|

**Genesis Utility Inc**
**1740 Fox Downs Lane**
**Oilville, VA 23129**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317.76** |
|---|---|---|---|

**Genuine Cable Group**
**P.O. Box 734769**
**Chicago, IL 60673-4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,515.00** |
|---|---|---|---|

**Global Rental Co. Inc.**
**33 Inverness Center Pkwy Ste 250**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.92**

**Nonpriority creditor's name and mailing address**
**GLT Transportation Group**
**6955 NW 52nd St**
**Unit 6**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$194.03**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Graybar Electric Co**
**12437 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$9,614.76**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Great America Financial Servic**
**PO Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$799.67**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Green Note Capital**
**1019 Ave P Suite 401**
**Brooklyn, NY 11223**

Date(s) debt was incurred  **2/23/2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Operating loan (Balance estimated).**

Is the claim subject to offset? ☐ No  ☐ Yes

**$950,000.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Guy M. Turner, Inc.**
**PO Box 7776**
**Greensboro, NC 27417-0776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$8,750.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**H.M. Cragg Co**
**7490 Bush Lake Road**
**Edina, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$44,455.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Harris & Heavener Excavating**
**1612 Lancaster Ave**
**Reynoldsburg, OH 43068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt ($13,014.00) and retainage owed pending final approval of project(s) ($74,553.83, contingent, unliquidated).**

Is the claim subject to offset? ■ No  ☐ Yes

**$87,567.83**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address

**Hawkeye Fire & Safety**
716 Oakland Rd NE
Cedar Rapids, IA 52402

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$79.39**

---

**3.100** | Nonpriority creditor's name and mailing address

**HDZ Enterprises, Inc.**
7964 Conell Ct
Suite D
Lorton, VA 22079

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.101** | Nonpriority creditor's name and mailing address

**Herc Rentals**
23745 Pebble Run Place
Sterling, VA 20166

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$148,018.24**

---

**3.102** | Nonpriority creditor's name and mailing address

**Hiawatha Properties LLC**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant CAM Reconciliation balance due**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,219.76**

---

**3.103** | Nonpriority creditor's name and mailing address

**Hiawatha Properties LLC**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential claim for past due rent as of date of filing**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.104** | Nonpriority creditor's name and mailing address

**Hiawatha Water Department**
101 Emmons St
Hiawatha, IA 52233

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$268.76**

---

**3.105** | Nonpriority creditor's name and mailing address

**Hotel Engine, Inc.**
DEPT CH 17483
Palatine, IL 60055-7483

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa ODS**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,474.40**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address
**Hotel Engine, Inc.**
DEPT CH 17483
Palatine, IL 60055-7483

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa OSP**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,371.50**

---

**3.107** | Nonpriority creditor's name and mailing address
**IMON Communications**
PO Box 3446
Cedar Rapids, IA 52406-3446

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$380.78**

---

**3.108** | Nonpriority creditor's name and mailing address
**ImOn Communications**
PO Box 3446
Cedar Rapids, IA 52406-3446

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.109** | Nonpriority creditor's name and mailing address
**Imperial Crane Services, Inc.**
7500 W. Imperial Drive
Bridgeview, IL 60455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,400.00**

---

**3.110** | Nonpriority creditor's name and mailing address
**Iowa Department of Transportation**
PO Box 10382
Des Moines, IA 50306-0382

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,658.80**

---

**3.111** | Nonpriority creditor's name and mailing address
**Iowa Dept of Revenue**
PO Box 10330
Des Moines, IA 50306-0330

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.112** | Nonpriority creditor's name and mailing address
**Iowa Workforce Development-U/E**
1000 E Grand Ave
Des Moines, IA 50319-1007

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

---

**3.113** | Nonpriority creditor's name and mailing address
**ISOLVED Benefit Services**
PO Box 889
Coldwater, MI 49036-0889

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$645.00**

---

**3.114** | Nonpriority creditor's name and mailing address
**Isotropic Networks, Inc**
Terry L. Gibson
2015 Grand Avenue
Suite B
Des Moines, IA 50312

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.115** | Nonpriority creditor's name and mailing address
**JA Lee Electric Services, LLC**
11 Melanie Lane, Suite 9
East Hanover, NJ 07936

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,000.00**

---

**3.116** | Nonpriority creditor's name and mailing address
**James River Equipment**
9107 Owens Dr
Manassas Park, VA 20111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,588.52**

---

**3.117** | Nonpriority creditor's name and mailing address
**Jared Nelson**
717 Wilson Ave. Drive SW
Cedar Rapids, IA 52404

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$57.72**

---

**3.118** | Nonpriority creditor's name and mailing address
**JJJ Cable Communication, LLC**
2025 Keller Springs Rd #1015
Carrollton, TX 75006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt ($107,604.00) and retainage owed pending final approval of project(s) ($15,083.50, contingent, unliquidated).**

Is the claim subject to offset? ■ No  ☐ Yes

**$122,687.50**

---

**3.119** | Nonpriority creditor's name and mailing address
**JK Communications LLC**
304 Cottonwood St
Lexington, MO 64067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,739.41**

---

| Debtor | **BDC Group Inc.** | Case number (if known) | **23-00484** |
|---|---|---|---|
| | Name | | |

---

**3.120** | **Nonpriority creditor's name and mailing address**

**Jones Transport**
**6184 Hwy 98 West**
**Suite 210**
**Hattiesburg, MS 39402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$2,355.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

**Kenway Trucking LLC**
**1655 Commercial Dr**
**PO Box 237**
**Walford, IA 52351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$2,209.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**

**Keystone Savings Bank**
**81 Main Street**
**P.O. Box 367**
**Keystone, IA 52249**

Date(s) debt was incurred __

Last 4 digits of account number  **2633**

As of the petition filing date, the claim is: Check all that apply.          **$12,924.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debit Cards**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

**Konica Minolta Premier Finance**
**P.O. Box 790448**
**St Louis, MO 63179-0448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$281.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

**Kosmach Trucking LLC**
**2806 120th St.**
**Amana, IA 52203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$5,685.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**

**Kramer Well Drilling, LLC**
**W14405 Hwy 8**
**Weyerhaeuser, WI 54895**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

**L&M Underground Inc**
**7529 S. Storm Mtn**
**Littleton, CO 80127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$39,860.66**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address
Lamoni HCP
139 N. Linden St
Lamoni, IA 50140

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$6,948.63**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address
Liberty Doors
900 West Penn Street
North Liberty, IA 52317

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address
Liberty Mutual Insurance
PO Box 91012
Chicago, IL 60680-1110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$55,042.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address
Linn County REC
5695 REC Drive
PO Box 69
Marion, IA 52302

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$498.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address
Liomedes Fuentes
7783 Black Horse Ct
Manassas, VA 20110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address
Liquid Capital Exchange
5075 Yonge St. Ste 700
Toronto, Ontario CANADA
M2N 6C6

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,614,922.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment entered in case # 20-CV-89 CJW-MAR entered in US District Court for Northern District of Iowa: $468,141.59 compensatory damages; $760,000 punitive damages; $641,780.80 attorney fees; less $255,000 payments.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address
Listo Services, LLC
14773 Crimson Bluff
Winter Garden, FL 34787-0045

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$17,035.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,237.02**

Loudoun Auto Parts Inc
45977 Old Ox Rd
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

Loudoun Quarries
PO Box 220112
Chantilly, VA 20153-0005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.28**

Loudoun Water
PO Box 4000
Ashburn, VA 20146-2591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,792.38**

Luck Stone Corp.
PO Box 22696
New York, NY 10087-2696

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$385,046.01**

Lumen
1025 Eldorado Blvd
Broomfield, CO 80021-8254

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Damage claim due to alleged issues with BDC's work on Lumen's projects.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lumen Technologies Group, LLC
1025 Eldorado Blvd
Attn: Legal-BKY
Broomfield, CO 80021-8254

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,653.68**

Manchester Leasing Services Inc
18173 Edison Ave
Chesterfield, MO 63005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address
**Maquoketa Valley REC**
**109 North Huber St**
**Anamosa, IA 52205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,394.74**

---

**3.142** | Nonpriority creditor's name and mailing address
**Marlin Capital Solutions**
**300 Fellowship Rd**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred **12/15/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Operating loan.**

Is the claim subject to offset? ■ No ☐ Yes

**$164,230.85**

---

**3.143** | Nonpriority creditor's name and mailing address
**Marvair**
**P.O. Box 400**
**Cordele, GA 31010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,763.13**

---

**3.144** | Nonpriority creditor's name and mailing address
**McCarthy Tire Service Co of VA**
**PO Box 1125**
**Wilkes Barre, PA 18703-1125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$120.51**

---

**3.145** | Nonpriority creditor's name and mailing address
**McCoart Electric**
**68 Horse Picture**
**Lowmansville, KY 41232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$545.99**

---

**3.146** | Nonpriority creditor's name and mailing address
**McCoart Electric**
**68 Horse Picture**
**Lowmansville, KY 41232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No ☐ Yes

**$250.42**

---

**3.147** | Nonpriority creditor's name and mailing address
**McGrath**
**4610 Center Point Rd NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,041.82**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Mediacom Communications Corp**
**6300 Council Street NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Counterclaims against Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.149**

**Nonpriority creditor's name and mailing address**

**MidAmerican Energy Company**
**PO Box 8020**
**Davenport, IA 52808-8020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - SG&A**

Is the claim subject to offset? ☐ No  ☐ Yes

**$738.20**

---

**3.150**

**Nonpriority creditor's name and mailing address**

**MidAmerican Energy Company**
**PO Box 8020**
**Davenport, IA 52808-8020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Virginia OSP**

Is the claim subject to offset? ☐ No  ☐ Yes

**$418.35**

---

**3.151**

**Nonpriority creditor's name and mailing address**

**Midwest Wheel Companies**
**200 50th Ave SW**
**Cedar Rapids, IA 52404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,657.82**

---

**3.152**

**Nonpriority creditor's name and mailing address**

**Millbrook West LLC**
**PO Box 163**
**Broad Run, VA 20137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$26,901.57**

---

**3.153**

**Nonpriority creditor's name and mailing address**

**Millennium**
**120 S. Wright St.**
**Delavan, WI 53115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Virginia OSP**

Is the claim subject to offset? ☐ No  ☐ Yes

**$10,557.72**

---

**3.154**

**Nonpriority creditor's name and mailing address**

**Millennium**
**120 S. Wright St.**
**Delavan, WI 53115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa OSP**

Is the claim subject to offset? ■ No  ☐ Yes

**$743.34**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.155** | Nonpriority creditor's name and mailing address
**MOB Communications, LLC**
13709 80th Terrace
Live Oak, FL 32060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$24,782.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address
**MOB Communications, LLC**
13709 80th Terrace
Live Oak, FL 32060

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,753.58**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address
**Mobile Mini Inc**
4646 E Van Buren St Ste 400
Phoenix, AZ 85008

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$73.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address
**Modular Connections, LLC**
1090 Industrial Blvd
Bessemer, AL 35022

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$15,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (May be zero, pending Todd's number crunching)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address
**New Age Drilling LLC**
3212 23rd St
Des Moines, IA 50320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$24,857.60**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt ($22,371.84) and retainage owed pending final approval of project(s) - Virginia OSP ($2,485.76 contingent, unliquidated).**
**(Amended 9/5/23)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address
**New Age Drilling LLC**
3212 23rd St
Des Moines, IA 50320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$34,789.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa ODS**

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
| --- | --- | --- | --- |

| | Name | | |

---

**3.161** | Nonpriority creditor's name and mailing address
New Age Drilling LLC
3212 23rd St
Des Moines, IA 50320

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$5,104.73**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s) - Iowa ODS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address
NOVA RECON
7720 Bethlehem Road
Manassas, VA 20109

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$970.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address
NOVEC
PO Box 34795
Alexandria, VA 22334

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$392.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address
Ostafi Communications Inc
2121 Swan Drive
Camanche, IA 52730

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$12,433.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address
Ostafi Communications Inc
2121 Swan Drive
Camanche, IA 52730

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,216.10**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address
Overhead Door
6515 4th Street SW
Cedar Rapids, IA 52404

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address
Ozzy Fiber Construction, Inc
14378 Sandhill Road
Louisville, NE 68037

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$4,917.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$546.35**

**Ozzy Fiber Construction, Inc**
14378 Sandhill Road
Louisville, NE 68037

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Retainage owed pending final approval of project(s)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PEAC Solutions**
300 Fellowship Rd
Mt. Laurel Township, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,734.50**

**Pinco Construction, Inc.**
21010 Southbank St. #605
Sterling, VA 20165

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Retainage owed pending final approval of project(s)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,687.44**

**Plumetazz America Corp**
225 Thrasher Pike
Soddy Daisy, TN 37379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,764.50**

**Plumetazz America Corp**
225 Thrasher Pike
Soddy Daisy, TN 37379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Pulmettaz Vac Purchase
Serial # GCBPT-2229854 and 134028

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**Poly Vinyl Roofing**
785 Elbow Creek Rd
Mount Vernon, IA 52314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118.69**

**Port-A-Johns**
19212 Military Rd
Bennington, NE 68007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number (if known) | **23-00484** |
|---|---|---|---|
| | Name | | |

---

**3.175** Nonpriority creditor's name and mailing address
**Power & Telephone Supply Co (Need Addr)**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,686.42**

---

**3.176** Nonpriority creditor's name and mailing address
**Precision Sheet Metal**
**1518 13th St**
**Belle Plaine, IA 52208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$537.28**

---

**3.177** Nonpriority creditor's name and mailing address
**Premier AV Solutions**
**609 W Jefferson St**
**Palmer, TX 75152**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,500.00**

---

**3.178** Nonpriority creditor's name and mailing address
**Price Builders LLC**
**12185 Fredrick**
**Pampa, TX 79065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,703.00**

---

**3.179** Nonpriority creditor's name and mailing address
**Priceless Landscape**
**7015 Lancaster Thornville Rd NE**
**Pleasantville, OH 43148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,629.60**

---

**3.180** Nonpriority creditor's name and mailing address
**Priceless Landscape**
**7015 Lancaster Thornville Rd NE**
**Pleasantville, OH 43148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:   **Retainage owed pending final approval of project(s)**
**(contingent, unliquidated).**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,032.80**

---

**3.181** Nonpriority creditor's name and mailing address
**Primus Electronics**
**8101 Solutions Center**
**Chicago, IL 60677-8001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$775.93**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,055.00**

**Pro Tech Electric Services Inc**
**8615 Whitmore Cir**
**Ste 108**
**Omaha, NE 68122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.40**

**PWCSA**
**PO Box 2266**
**Woodbridge, VA 22195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,625.63**

**Quality Power Solutions, LLC**
**5718 Manufacturers Drive**
**Madison, WI 53704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,520.00**

**RCR Telecom, LLC**
**2425 W. Parker Rd, Bldg 6C**
**Carrollton, TX 75010**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00**

**Ready Wireless**
**955 Kacena Rd, Suite A**
**Hiawatha, IA 52233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,100.23**

**Resurface Inc.**
**7679 Limestone Dr**
**Gainesville, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,575.60**

**Resurface Inc.**
**7679 Limestone Dr**
**Gainesville, VA 20166**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | | Case number (*if known*) | **23-00484** |
|---|---|---|---|---|

Name

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Reyes Underground Utilities**
**1899 County Road 1126**
**Cumby, TX 75433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Has credit of $35,231.50 & owes retainage of $35,231.50**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,799.62**

**Rice Tire**
**13032 Balls Ford Rd**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,601.70**

**ROC Communications LLC**
**13908 Lake Drive NE**
**Columbus, MN 55025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,776.00**

**Romero Construction, LLC**
**4212 Airline Pkwy**
**Chantilly, VA 20151**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648,817.61**

**RP Construction**
**24008 Bishop Meade Place**
**Ashburn, VA 20148**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt ($233,991.97). Retainage owed pending final approval of project(s) ($414,825.64, contingent, unliquidated).**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,730.60**

**S&S Fiberoptics Corp**
**14135 Dan Park Loop**
**Fort Myers, FL 33912**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,927.74**

**Scherr Contracting LLC**
**5015 SW 8th St**
**Des Moines, IA 50315**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|

---

**3.196** | **Nonpriority creditor's name and mailing address**
Schimberg Company
1106 Shaver Rd NE
Cedar Rapids, IA 52402

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$498.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address**
Sega Ag Works Inc
PO Box 39
Cissna Park, IL 60924

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$31,099.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Retainage owed pending final approval of project(s)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**
Sheets Sterling, inc
PO Box 615
Sterling, VA 20167

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$12,112.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**
Sherwin Williams
3501 J St SW
Cedar Rapids, IA 52333

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$3,679.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**
SIA Underground Inc
324 Preston Dr
Warrenton, VA 20186

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$12,595.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address**
SIA Underground Inc
324 Preston Dr
Warrenton, VA 20186

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$1,399.50**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Retainage owed pending final approval of project(s)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**
Soft Dig Properties, LLC
525 Milltown Road
Suite 304
New Brunswick, NJ 08901

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Potential claim for past due rent as of date of filing

Is the claim subject to offset? ■ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114.62**

Solid Waste Agency
1954 County Home Road
Marion, IA 52302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243,013.00**

Solutions Fiber Optic Inc
8422 Freedom Ct
Columbia, MD 21045

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt ($214,211.70) and retainage owed pending final approval of project(s) ($28,801.30, contingent, unliquidated).**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219.29**

Sourcetel Supply, LLC
1635 Lakes Parkway
Suite O
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.63**

Star Equipment Ltd
1401 2nd Ave
Des Moines, IA 50314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SummitIG, LLC
22375 Broderick Drive, Suite 165
Dulles, VA 20166

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Possible claim arising from alleged default under Master Construction Services Agreement & Project Service Agreements**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SummitIG, LLC
22375 Broderick Drive
Suite 165
Sterling, VA 20166

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Potential Counterclaims against Debtor**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,449.45**

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt - Virginia OSP**

Is the claim subject to offset? ■ No   ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.210** Nonpriority creditor's name and mailing address
**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa TSD**

Is the claim subject to offset? ■ No  ☐ Yes

**$809.24**

---

**3.211** Nonpriority creditor's name and mailing address
**Tarheel Contractors Supply**
**162 Porter Rd**
**Rock Hill, SC 29730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.212** Nonpriority creditor's name and mailing address
**Terry Durin Co.**
**407 7th Ave SE**
**Cedar Rapids, IA 52401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa ODS**

Is the claim subject to offset? ■ No  ☐ Yes

**$278.00**

---

**3.213** Nonpriority creditor's name and mailing address
**Terry Durin Co.**
**407 7th Ave SE**
**Cedar Rapids, IA 52401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt - Iowa OSP**

Is the claim subject to offset? ■ No  ☐ Yes

**$633.05**

---

**3.214** Nonpriority creditor's name and mailing address
**Tier 1 Tower Services LLC**
**955 16th Ave**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,345.00**

---

**3.215** Nonpriority creditor's name and mailing address
**TMC Transportation**
**PO Box 1774**
**Des Moines, IA 50306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,068.50**

---

**3.216** Nonpriority creditor's name and mailing address
**Traffic Safety Supplies Inc.**
**Attn: Accounts Receivable**
**14490 Lee Hwy**
**Gainesville, VA 20155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,128.35**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.217** | **Nonpriority creditor's name and mailing address**
Transportation Consultants Inc
2400 86th St Suite 28
Urbandale, IA 50322

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.218** | **Nonpriority creditor's name and mailing address**
Tripwireless, INC.
4941 Allison St Suite 7
Arvada, CO 80002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.219** | **Nonpriority creditor's name and mailing address**
Unite Private Networks
120 W 12th Street
Floor 11
Kansas City, MO 64105

Date(s) debt was incurred  04/10/2023

Last 4 digits of account number  0708

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$15,680.59**

---

**3.220** | **Nonpriority creditor's name and mailing address**
United Healthcare

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ?

Is the claim subject to offset? ■ No  ☐ Yes

**$16,730.10**

---

**3.221** | **Nonpriority creditor's name and mailing address**
United Rental
5735 4th St Ct SW
Cedar Rapids, IA 52404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$2,265.96**

---

**3.222** | **Nonpriority creditor's name and mailing address**
USA Communications
124 Main Street
P.O. Box 389
Shellsburg, IA 52332

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Potential Counterclaims against Debtor

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.223** | **Nonpriority creditor's name and mailing address**
USTDW
PO Box 365
Walford, IA 52351

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$14,725.35**

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,867.30**

USTDW
PO Box 365
Walford, IA 52351

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Retainage owed pending final approval of project(s)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

Utility Service Contractors Inc
1410 Industrial Dr, Suite 100
Hiawatha, IA 52233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Veerabhadra R. Malikireddy
c/o Samson Properties
14526 Lee Road
Chantilly, VA 20151

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Potential claim for past due rent as of date of filing

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Verizon Business
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Potential Counterclaims against Debtor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$978.39**

Virginia Ground Covers
21585 Cascades Parkway
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,243.46**

Wapsi Banks, LLC
761 Wapsi Banks Rd
Central City, IA 52214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,315.49**

Wapsi Banks, LLC
761 Wapsi Banks Rd
Central City, IA 52214

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Retainage owed pending final approval of project(s)

Is the claim subject to offset? ☑ No ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.231** | Nonpriority creditor's name and mailing address
**Wascape Construction**
403747 W. 3800 Rd
Talala, OK 74080

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$13,071.80**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt ($11,764.62). Retainage owed pending final approval of project(s) ($1,307.18, contingent, Unliquidated)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address
**Watts Electric Company**
13351 Dover St.
Waverly, NE 68462

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address
**Wendling Quarries, Inc**
2647 225th St
De Witt, IA 52742

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address
**West Pacific Drilling, Inc**
PO Box 882
Silverton, OR 97381

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$311,376.80**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt ($226,929.60). Retainage owed pending final approval of project(s) ($84,447.20, contingent, Unliquidated).**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address
**West Union Trenching, LLC**
800 Hwy 150 South
West Union, IA 52175

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$35,190.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address
**West Union Trenching, LLC**
800 Hwy 150 South
West Union, IA 52175

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$3,910.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Retainage owed pending final approval of project(s)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address
**WM Corporate Services, INC.**
PO Box 4648
Boston, MA 02205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$2,641.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | Case number (if known) | 23-00484 |
|---|---|---|---|
| | Name | | |

---

**3.238**

**Nonpriority creditor's name and mailing address**

**WM Enterprise, LLC**
**7411 Riggs Rd, Ste 202**
**Hyattsville, MD 20783**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$38,950.00**

---

**3.239**

**Nonpriority creditor's name and mailing address**

**Youngwood Lane LLC**
**ATTN Paul Szczenski**
**44112 Mercure Circle**
**Sterling, VA 20166**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$520.00**

---

**3.240**

**Nonpriority creditor's name and mailing address**

**Youngwood Lane LLC**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Potential claim for past due rent as of date of filing**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.241**

**Nonpriority creditor's name and mailing address**

**Younts Contracting LLP**
**1436 F Ave**
**Red Oak, IA 51566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Retainage owed pending final approval of project(s) - Virginia OSP**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,324.00**

---

**3.242**

**Nonpriority creditor's name and mailing address**

**Younts Contracting LLP**
**1436 F Ave**
**Red Oak, IA 51566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Retainage owed pending final approval of project(s) - Iowa TSD**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,416.60**

---

**3.243**

**Nonpriority creditor's name and mailing address**

**Zayo Group, LLC**
**1805 29th St**
**Ste 2050**
**Boulder, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Potential Counterclaims against Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian S. Koerwitz**<br>**Peetz, Koerwitz, LaFleur, PC LLO**<br>**5825 S. 14th St., Suite 200**<br>**Lincoln, NE 68512** | Line __3.232__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Department of Workforce Development**<br>**Unemployment Insurance Division**<br>**Collections - Tax**<br>**PO Box 8914**<br>**Madison, WI 53708** | Line __2.76__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Harris and Heavener Excavating Inc.**<br>**149 Humphries Drive**<br>**Reynoldsburg, OH 43068** | Line __3.98__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jon L. Swergold**<br>**Greenberg Traurug, LLP**<br>**401 East Las Olas Blvd**<br>**Ste 200**<br>**Fort Lauderdale, FL 33301** | Line __3.132__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Kristina M. Stanger**<br>**Nyemaster Goode, PC**<br>**700 Walnut Street**<br>**Suite 1600**<br>**Des Moines, IA 50309-3899** | Line __3.132__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **PJI Law**<br>**Attn: Brian Szmak**<br>**3900 Jermantown Road**<br>**Suite 220**<br>**Fairfax, VA 22030** | Line __3.193__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Roy R. Leaf**<br>**Nyemaster Goode, P.C.**<br>**625 1st St SE**<br>**Ste 400**<br>**Cedar Rapids, IA 52401** | Line __3.132__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **SummitIG**<br>**Attn: Lee Grant, VP & General Counsel**<br>**22365 Broderick Drive**<br>**Suite 250**<br>**Sterling, VA 20166** | Line __3.207__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **U.S. Attorney (IRS)**<br>**111 7th Avenue SE, Box 1**<br>**Cedar Rapids, IA 52401** | Line __2.34__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 523,097.70 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,036,877.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,559,974.93 |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **BDC Group Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number (if known) | **23-00484** |

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Construction & Maintenance Services Agreement No. CGA2022.6009 through 07/31/2025** |
| State the term remaining | **AT&T Services, Inc.** |
| List the contract number of any government contract | **Attn: ACE National Sourcing Staff Admin 7201 Far Hills Ave Centerville, OH 45459** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Contract for Tax Return Preparation for 2022** |
| State the term remaining | **BerganKDV** |
| List the contract number of any government contract | **417 First Avenue SE Suite 300 Cedar Rapids, IA 52401** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Cloud Hosting Agreement dated 01/10/2023** |
| State the term remaining | **Bid2win Software, Inc.** |
| List the contract number of any government contract | **a/k/a B2W Software 99 Bow Street, Suite 500 Portsmouth, NH 03801** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor 1   **BDC Group Inc.**
_____        Case number (*if known*)   **23-00484**
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Leases of two International HV Series Trucks #3HAEKTAR6LL818785 & 3HAEKTAR7LL148602 and two 20' Vans #163824 & #161588 (Added 8/31/23)** |
| State the term remaining | **various** |
| List the contract number of any government contract | **BMO Harris Bank NA**<br>**3925 Fountains Blvd NE**<br>**Cedar Rapids, IA 52411** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for replacement of domain controller at BDC Group Inc.s primary location in Hiawatha** |
| State the term remaining | **Carrier Access Information Technology**<br>**1275 NW 128th Street**<br>**Suite 210**<br>**Clive, IA 50325** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Caterpillar 303.5E2CR Hydraulic Excavator S/N JWY06125; Caterpillar 303.5E2CR Hydraulic Excavator S/N JWY06119** |
| State the term remaining | **Caterpillar Financial Services Corp**<br>**2120 West End Avenue**<br>**Nashville, TN 37203-0001** |
| List the contract number of any government contract | **UCC# X19078757-4** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor 1   **BDC Group Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **23-00484**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Caterpillar 259D Compact Track Loader S/N FTL22315; Caterpillar 305E2CR Hydraulic Excavator S/N H5M08899; Trail King TK24 Trailer VIN # 1TKC03123KR129419; Trail King TK24 Trailer VIN # 1TKC0312XKR129420** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp 2120 West End Avenue Nashville, TN 37203-0001** |
| | List the contract number of any government contract | **UCC# X19050583-6** | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Caterpillar 259D Compact Track Loader S/N FTL22432** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp 2120 West End Avenue Nashville, TN 37203-0001** |
| | List the contract number of any government contract | **UCC# X19046666-1** | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Caterpillar 305E2CR Hydraulic Excavator S/N H5M09236 (Added 9/20/23)** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services Corp 2120 West End Avenue Nashville, TN 37203-0001** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for installation of fiber optic cables** | |
|---|---|---|---|
| | State the term remaining | | **City of Cedar Rapids Attn Rebecca Johnson, Purchasing Agent 101 First Street SE Cedar Rapids, IA 52401** |
| | List the contract number of any government contract | **PUR1019-094** | |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor 1    **BDC Group Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **23-00484**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Lease signed by BDC Group Properties, LLC dated 02/10/2020 for commercial condo space used by BDC Group Inc located at 43671 Trade Center Place, Suite 152, Dulles, VA 20166** |
| State the term remaining | **Commercial Group Realty Attention: Shahram Ghaffarkhan 11990 Market Street Unit 501 Reston, VA 20190** |
| List the contract number of any government contract | |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Toshiba E-studio 4515 DSDF digital printer, pedestal & 2-550 additional trays** |
| State the term remaining | |
| List the contract number of any government contract | **De Lage Landen Financial Serv 1111 Old Eagle School Rd Wayne, PA 19087** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Master Subscription Agreement for Software & related Services dated 11/17/2022 and Project HQ Online Implementation Services Agreement dated 01/06/2023** |
| State the term remaining | |
| List the contract number of any government contract | **Foundation Software LLC Strongsville** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Lease for office space at 4000 Vandalia Road, Des Moines, Iowa 50317** |
| State the term remaining | **Through 4/30/2024** |
| List the contract number of any government contract | **Galinsky Family Real Estate 3900 Vandalia Road Des Moines, IA 50317** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor 1    **BDC Group Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **23-00484**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for SkyTrak Telehandler Model #10054 Serial #0160087457** | |
| State the term remaining | **Herc Rentals**<br>**27500 Riverview Center Blvd**<br>**Suit 100**<br>**Bonita Springs, FL 34134** |
| List the contract number of any government contract | |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Atlascopco Compressor Model XATS400PEJD8FT4 Serial # HOP077274** | |
| State the term remaining | **Herc Rentals**<br>**27500 Riverview Center Blvd**<br>**Suite 100**<br>**Bonita Springs, FL 34134** |
| List the contract number of any government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Lease signed by BDC Group Properties, LLC dated 05/14/2021 for office space used by BDC Group Inc located at 1525 Ketelsen Drive, Hiawatha, Iowa** | |
| State the term remaining | |
| List the contract number of any government contract | **Hiawatha Properties LLC** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Master Services Agreement dated 7/20/2017 for provision of services by BDC Group Inc.** | |
| State the term remaining | **Imon Communications, LLC**<br>**101 3rd Avenue SW, Suite 400**<br>**Cedar Rapids, IA 52404** |
| List the contract number of any government contract | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of Fk-514 Fax kit** | |
| State the term remaining — **Through June 2027** | **Konica Minolta Business Soutions USA**<br>**c/o U.S. Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** |
| List the contract number of any government contract | |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor 1   **BDC Group Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **23-00484**
_____

<table>
<tr><td style="background:#3b0a3b; width:60px; height:40px;"></td><td></td></tr>
</table>

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Bizhub C300i PC-216 cabinet Serial # AA2K011012762 Through March 2024** | |
|---|---|---|---|
| | State the term remaining | | **Konica Minolta Business Soutions USA c/o U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Master Services Agreement dated 03/10/2021** | |
|---|---|---|---|
| | State the term remaining | | **Lumen Technologies Service group, LLC Procurement Department 1025 Eldorado Blvd Broomfield, CO 80021** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2018 Ditch Witch JT10 VIN # DWPJT10XKJ000050 Including 2019 Ditch Witch FM5 Mud mixer, Subsite TK Recon 1, Subsite 17T1 beacon, Subsite TD Recon display, 2" carrott, 1.25" carrot, 5K dub swivel, Hammerlok, 2 5/8 Clevis Unit #1461 (Added 8/31/23)** | |
|---|---|---|---|
| | State the term remaining | | **Manchester Leasing Service Inc 18173 Edison Ave Unit G Chesterfield, MO 63005** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2019 RAM 3500 Tradesman VIN# 3C63R3GL6KG553021 Unit 1354** | |
|---|---|---|---|
| | State the term remaining | | **Manchester Leasing Services Inc 2771 104th Street, Suite 1 Urbandale, IA 50322** |
| | List the contract number of any government contract | | |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor 1 | **BDC Group Inc.** | | | Case number *(if known)* | **23-00484** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2019 RAM 3500 Tradesman VIN# 3C6R3GL6KG515787 Unit #1377** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manchester Leasing Services Inc 2771 104th Street, Suite 1 Urbandale, IA 50322** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2019 RAM 3500 Tradesman VIN# 3C63R3CL1KG658913 Unit # 1414** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manchester Leasing Services Inc 2771 104th Street, Suite 1 Urbandale, IA 50322** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2019 Ditch Witch HX30 Vac System (800 gal tank) VIN # DWPHX30XCK0000302 Unit #1464** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manchester Leasing Services Inc 2771 104th Street, Suite 1 Urbandale, IA 50322** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2019 Ditch Witch HX30 Vac System (800 gal tank) VIN # DWPHX30XAK0000402 Unit #1465** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manchester Leasing Services Inc 2771 104th Street, Suite 1 Urbandale, IA 50322** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor 1 | **BDC Group Inc.** | | | Case number (*if known*) | **23-00484** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Ditch Witch RT125Q and accessories VIN # DWPRT125QCJ0000189 Unit #1463 (Added 8/31/23)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manchester Leasing Services Inc 2771 104th Street, Suite 1 Urbandale, IA 50322** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2018 Ditch Witch RT125Q and accessories VIN # DWPRT125QCJ0000190 Unit #1462** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manchester Leasing Services Inc 2771 104th Street, Suite 1 Urbandale, IA 50322** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (includes personal guarantee) of 2018 Ditch Witch JT25 Drill Serial # DWPJT25XLJ000070 & Attached Equipment: 2019 Ditch Witch FM13V Mud Mixing Unit & 1,000 gal. tank (x2); TK Recon 2 w/EVA Case Commander 7 Controller 17T4 Beacon November 2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manchester Leasing Services, Inc. 18173 Edison Avenue, Unit G Chesterfield, MO 63005** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 9/1/2021 for BDC Group Inc to provide aerial & underground cable installation services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mediacom Communications Corporation Attention: Eddie Arnold 1613 Nantahala Beach Road Gulf Breeze, FL 32563** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor 1 | **BDC Group Inc.** | | Case number (*if known*) | **23-00484** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.32.** State what the contract or lease is for and the nature of the debtor's interest **Managed IT Services (Added 08/24/2023)**

State the term remaining

List the contract number of any government contract

**NinjaOne**
**3687 Tampa Rd**
**Suite 200**
**Oldsmar, FL 34677**

**2.33.** State what the contract or lease is for and the nature of the debtor's interest **Lease for Storage Unit S-15 at Independence Business Center, LLC, 11900 Livingston Road, Manassas, Prince William County, Virginia, including 2 sea containers**

State the term remaining **Through October 1, 2025**

List the contract number of any government contract

**Soft Dig Properties, LLC**
**525 Milltown Road**
**Suite 304**
**New Brunswick, NJ 08901**

**2.34.** State what the contract or lease is for and the nature of the debtor's interest **Master Construction Services Agreement dated 11/11/2019 for installation of fiber optic conduit system**

State the term remaining

List the contract number of any government contract

**SummitIG, LLC**
**22375 Broderick Drive, Suite 165**
**Dulles, VA 20166**

**2.35.** State what the contract or lease is for and the nature of the debtor's interest **Project Service Agreement #CVBDC2837-1 dated 03/03/2023**

State the term remaining

List the contract number of any government contract

**SummitIG, LLC**
**22375 Broderick Drive, Suite 165**
**Dulles, VA 20166**

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor 1    **BDC Group Inc.**
    First Name          Middle Name          Last Name

Case number (*if known*)    **23-00484**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.36. State what the contract or lease is for and the nature of the debtor's interest | **Lease signed by Dennis C. Bruce dated 07/28/2022 for dwelling used by BDC Group Inc located at 44878 Tiverton Square Ashburn, VA 20147** |
|     State the term remaining | |
|     List the contract number of any government contract | **Veerabhadra R. Malikireddy c/o Samson Properties 14526 Lee Road Chantilly, VA 20151** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest | **Cell phone contract for business devices.** |
|     State the term remaining | |
|     List the contract number of any government contract | **Verizon PO Box 489 Newark, NJ 07101-0489** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lot #40, 24050 Youngwood Lane, Aldie, Virginia 20105** |
|     State the term remaining | |
|     List the contract number of any government contract | **Youngwood Lane LLC** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest | **Master Construction Services Agreement for installation of fiber optic network systemdated 10/13/2020** |
|     State the term remaining | |
|     List the contract number of any government contract | **Zayo Group LLC 1805 29th Street Boulder, CO 80301** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Fill in this information to identify the case: |
|---|
| Debtor name **BDC Group Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA |
| Case number (if known) **23-00484** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **360 Momentum, LLC** | **1936 51st St. NE Cedar Rapids, IA 52402** | **Green Note Capital Partners Inc.** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **B & B Construction Co., Inc.** | **3416 W 27th St. Cedar Falls, IA 50613** | **Green Note Capital Partners Inc.** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **BDC Group Properties, LLC** | **1525 Ketelsen Dr. Hiawatha, IA 52233** | **Green Note Capital Partners Inc.** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Bruce Design & Construction Group, Inc.** | **3416 W 27th St. Cedar Falls, IA 50613** | **Green Note Capital Partners Inc.** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Dennis Bruce** | **565 Eastview Ave. Marion, IA 52302** | **Keystone Savings Bank** | ■ D __2.24__ ☐ E/F _____ ☐ G _____ |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number *(if known)* | **23-00484** |

---

| ■ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Dennis Bruce**<br>**565 Eastview Ave.**<br>**Marion, IA 52302** | **Keystone Savings Bank** | ■ D ___2.25___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Dennis C. Bruce**<br>**565 Eastview Avenue**<br>**Marion, IA 52302** | **John Deere Construction & Forestry Co** | ■ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Dennis C. Bruce**<br>**565 Eastview Avenue**<br>**Marion, IA 52302** | **Deere Credit, Inc** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Dennis C. Bruce**<br>**565 Eastview Avenue**<br>**Marion, IA 52302** | **Deere Credit, Inc** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Dennis C. Bruce**<br>**565 Eastview Avenue**<br>**Marion, IA 52302** | **Manchester Leasing Services Inc** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Dennis C. Bruce**<br>**565 Eastview Avenue**<br>**Marion, IA 52302** | **Manchester Leasing Services Inc** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Dennis C. Bruce**<br>**565 Eastview Avenue**<br>**Marion, IA 52302** | **Green Note Capital Partners Inc.** | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Dennis C. Bruce**<br>**565 Eastview Avenue**<br>**Marion, IA 52302** | **Breakout Capital, LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number *(if known)* | **23-00484** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Dennis C. Bruce** | 565 Eastview Avenue<br>Marion, IA 52302 | **Breakout Capital, LLC** | ☑ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 **M-REP Distribution, LLC** | 1936 51st St. NE<br>Cedar Rapids, IA 52402 | **Green Note Capital Partners Inc.** | ☑ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 **U.S. Small Business Administration** | Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721<br>Security Interest, 23171079-01, Incurred 6/11/2020. | **Keystone Savings Bank** | ☑ D __2.24__<br>☐ E/F ____<br>☐ G ____ |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Fill in this information to identify the case: |
|---|

Debtor name      **BDC Group Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    **23-00484**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,570,408.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$28,140,612.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$29,948,864.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor   **BDC Group Inc.**                                                     Case number *(if known)* **23-00484**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Various - See attached Exhibit SOFA-Q3** | **Dates of payments to be supplemented separately.** | **$6,231,110.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Green Note Capital Partners Inc.**<br>**1019 Avenue P, Suite 401**<br>**Brooklyn, NY 11223** | **5/21/2023 - Filing of UCC to perfect purported security interest** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Operating loan** |
| 3.3. | **KYF Global Partners, LLC**<br>**1 Industrial Way W**<br>**Building C**<br>**Eatontown, NJ 07724** | **Perfection of purported security interest on May 25, 2023** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Manchester Leasing Service Inc**<br>**18173 Edison Ave**<br>**Unit G**<br>**Chesterfield, MO 63005** | **03/22/2023 - Filing of UCC re purported security interest** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Keystone Savings Bank**<br>**81 Main Street**<br>**P.O. Box 367**<br>**Keystone, IA 52249** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Automatic payment of debit card charges - Acct #** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Candace N. Bruce** | **6/5/2022 - 6/3/2023** | **$71,073.34** | **Wages** |
| 4.2. | **Dennis C. Bruce** | **6/5/2022 - 6/3/2023** | **$225,723.52** | **Wages** |
| 4.3. | **Kaylee E. Bruce** | **6/5/2022 - 6/3/2023** | **$47,000.00** | **Wages** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number *(if known)* | 23-00484 |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **CB Companies, LLC** | **November 2022<br>$4,734.37<br>May 2023<br>$4,387.00** | **$9,121.37** | **Reimbursement for payments on credit card;<br>$3,567.68 outstanding** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Green Note Capital Partners SPV LLC vs. BDC Group, Inc dba BDC Group and Dennis C. Bruce**<br>**Index # 515219/2023** | **Collection** | **Supreme Court of the State of New York,<br>County of Kings<br>NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Iowa Plains Signing Inc. vs MidAmerican Energy et al,(including BDC Group)**<br>**LACE134778** | **Civil** | **Scott County District Court, Iowa** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **BDC Group, Inc vs. MidAmerican Energy Company**<br>**LACV101650** | **Civil** | **Linn County District Court, Iowa** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Liquid Capital Exchange, Inc. vs. BDC Group, Inc.**<br>**Civil Action 20-CV-89 CJW-MAR** | **Contract** | **U.S. District Court - Iowa Northern** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number *(if known)* **23-00484** |
|--------|-------------------|---------------------------------------|

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

□ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **2020 Dodge RAM 3500 VIN # 3C63R3CL9LG129078 Truck was totalled & insurance paid out** | **Insurance check for $44,076.25 delivered to GreenState Credit Union to pay loan balance of $25,138.  Net proceeds of $18,938.25 retained by Debtor.** | | **$44,076.25** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ag & Business Legal Strategies PO Box 11425 Cedar Rapids, IA 52410** | **Attorney Fees** | **Various dates** | **$39,863.00** |
| | **Email or website address austin@ablsonline.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor   **BDC Group Inc.**                                                    Case number *(if known)* **23-00484**

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Keystone Savings Bank 81 Main Street P.O. Box 367 Keystone, IA 52249** | **Ditch Witch TK Recon 2 Commander 7 Serial #8439456 Debtor received credit of $8,300 towards purchase of AT 40 with Keystone Savings Bank** | **2022** | **$8,300.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Keystone Savings Bank 81 Main Street P.O. Box 367 Keystone, IA 52249** | **2018 Ditch Witch JT25 VIN # DWPJT25XLJ0000727 & Accessories per UCC Manchester Leasing Services Inc Lease #1460 UCC# E20002057-9 Credit of $115,700 used to purchase AT40 with Keystone Savings Bank** | **2022** | **$115,700.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Ditch Witch of Virginia 11053 Washington Hwy Glen Allen, VA 23059** | **Unit #1463 - 2018 Ditch Witch RT125Q and accessories VIN # DWPRT125QCJ0000190 Unit #1476 - 2019 Felling FT-40 Trailer [3014] VIN # 5FTCF352XK1002784 Debtor received $188,000 for trade-in value** | | **$188,000.00** |
| | Relationship to debtor | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1936 51st Street NE Cedar Rapids, IA 52402** | **Through 6/1/2021** |
| 14.2. | **3336 6th Street SW Cedar Rapids, IA 52403** | **Though 6/1/2021** |
| 14.3. | **20855 Highway 93 Lot E14 Golden, CO 80403** | **2/15/2021 - present** |
| 14.4. | **24050 Youngwood Lane Lot 60/70 Aldie, VA 20105** | **Through 3/31/2021** |
| 14.5. | **2430 Maffitt Lake Road West Des Moines, IA 50265** | **Through 02/13/2022** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**                                         Case number *(if known)*  **23-00484**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.6. | **750 South Elm** <br> **Scottsburg, IN 47170** | **2/1/2021 - 1/31/2022** |
| 14.7. | **1525 Ketelsen Drive** <br> **Hiawatha, IA 52233** | **6/1/2021 - present** |
| 14.8. | **43671 Trade Center Place #152** <br> **Sterling, VA 20166** | **3/1/2023 - present** |
| 14.9. | **2405 Youngwood Lane, Lot 40** <br> **Aldie, VA 20105** | **3/1/2023 - present** |
| 14.10 · | **21421 E Truman Road** <br> **Independence, MO 64056** | **No formal lease - used for storage.** |
| 14.11 · | **11900 Livingston Road S-15** <br> **Manassas, VA 20109** | **10/1/2022 - present** |
| 14.12 · | **4000 Vandalia Drive** <br> **Des Moines, IA 50317** | **4/1/2022 - present** |
| 14.13 · | **44878 Tiverton Square** <br> **Ashburn, VA 20147** | **8/1/2022 - present** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**                                    Case number *(if known)*  **23-00484**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **F&M Bank**<br>**101 E Main Street**<br>**Manchester, IA 52057** | **XXXX-4531** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/23/2023 - Funds wired to keystone Savings Bank Acct #2452** | **$38,795.59** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Yard storage**<br>**24050 Youngwood Lane, Lot 40**<br>**Aldie, VA 20105** | **Dennis Bruce,**<br>**Padlock access given to 3 customers for material they purchased.**<br>**Fleet manager**<br>**Appraiser** | | ☐ No<br>■ Yes |
| **Yard storage**<br>**11900 Livingston Road S-15**<br>**Manassas, VA 20109** | **Dennis Bruce,**<br>**Padlock access given to 3 customers for material they purchased.**<br>**Fleet manager**<br>**Appraiser** | | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

---

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

Debtor    **BDC Group Inc.**                                          Case number *(if known)*  **23-00484**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various current customers** | | **Minimal amounts of inventory - already paid for by customers and currently located at Debtor's yard.** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Caterpillar Financial Services Corp 2120 West End Avenue Nashville, TN 37203-0001** | **Debtor's Business premises** | **2 Trail King TK24 trailers with VIN's  1TKC03123KR129419 and 1TKC0312XKR129420** | **$0.00** |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or descr bes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number *(if known)* | **23-00484** |
|---|---|---|---|

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Bergan/KDV** | **Reviewed 2021 financials & prepared 2021 taxes** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Bankers Trust**<br>**Cedar Rapids, IA** |
| 26d.2.  **Cedar Rapids Bank & Trust**<br>**500 First Avenue NE**<br>**Cedar Rapids, IA 52401** |
| 26d.3.  **Collins Community Credit Union**<br>**1005 Blairs Ferry Road NE**<br>**Cedar Rapids, IA 52402** |
| 26d.4.  **Great Western Bank**<br>**Cedar Rapids, IA** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Todd Shores** | | **CFO Part-time 2/1/2021 and full-time 3/1/2021 - No ownership stake** | **0%** |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | BDC Group Inc. | | Case number (if known) | 23-00484 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Rob Brown | | VP of Sales & Marketing, hired 7/13/2020 - no ownership interest | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Dennis C. Bruce | 565 Eastview Avenue Marion, IA 52302 | President, Director, Shareholder | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Terry Selby | | VP of OSP | Hired 1/6/2020 & 7/28/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Candace N. Bruce | $71,073.34 | 6/5/2022 - 6/3/2023 | Wages |
| | Relationship to debtor Wife of sole shareholder | | | |
| 30.2. | Dennis C. Bruce | $225,723.52 | 6/5/2022 - 6/3/2023 | Wages |
| | Relationship to debtor Sole shareholder | | | |
| 30.3. | Kaylee E. Bruce | $47,000.00 | 6/5/2023 - 6/3/2023 | Wages |
| | Relationship to debtor Daughter of sole shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| | |

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

| Debtor | **BDC Group Inc.** | Case number *(if known)* | **23-00484** |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Allianz?** | **EIN:** |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____

_____
Signature of individual signing on behalf of the debtor

**Dennis Bruce**
Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Doc ID: a4e1957bab851bb792e099e6725081ac54cf1e90

                                                    Audit trail

| | |
|---|---|
| **Title** | 2023-10-09 BDC Amended Schedules & E-Signature Cover... |
| **File name** | 2023-10-09%20BDC%...0Cover%20Page.pdf |
| **Document ID** | a4e1957bab851bb792e099e6725081ac54cf1e90 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ⟲ **SENT** | **10 / 12 / 2023** 14:27:32 UTC | Sent for signature to Dennis Bruce (dennis@bdcgroupinc.com) from leah@ablsonline.com IP: 162.253.44.159 |
| ⊙ **VIEWED** | **10 / 12 / 2023** 14:30:21 UTC | Viewed by Dennis Bruce (dennis@bdcgroupinc.com) IP: 74.84.74.250 |
| ⟋ **SIGNED** | **10 / 12 / 2023** 14:30:38 UTC | Signed by Dennis Bruce (dennis@bdcgroupinc.com) IP: 74.84.74.250 |
| ⊘ **COMPLETED** | **10 / 12 / 2023** 14:30:38 UTC | The document has been completed. |