| Serial or VIN | Description | Value | | Liquidation Cost | |
|---|---|---|---|---|---|
| GCBHT-2037775 | EG 4000CL Honda Generator | $ | 500 00 | $ | 375 00 |
| B-192787 | Ariel J Lasher | $ | 2,000 00 | $ | 1,150 00 |
| N10AL224202876 | Milwaukee Cordlesss Hatchet 8" Pruning Chainsaw | $ | 175 00 | $ | 131 25 |
| 6605041 and 6605062 | FallTech Tripod and personnel winch | $ | 1,200 00 | $ | 830 00 |
| | Tool Box Kit | $ | 150 00 | $ | 112 50 |
| TMAC04TA015345 and TMAC04T | KIT, MTTPLUS smart productivity test platform Z07-00-042P X2 | $ | 1,500 00 | $ | 950 00 |
| ZQAA00TO910443 and ZQAA00TO | KIT, FX15 live fiber identifier with traffic direction and tone detection 270/1000/2000 | $ | 275 00 | $ | 206 25 |
| | Fischer Stand Grip 3/4 ton lever chain hoist | $ | 50 00 | $ | 37 50 |
| RO300-10 | Ruegg Manufacturing 3in cable roller- 10 pack X2 | $ | 400 00 | $ | 300 00 |
| GRE-52075509 | Sherman and Reilly XS-100-B Universal stringing block X2 | $ | 200 00 | $ | 150 00 |
| SR-700104 | Sherman and Reilly #8 clevis X3 | $ | 45 00 | $ | 33 75 |
| LEM-M-200 | Lemco mullen bender- dual | $ | 75 00 | $ | 56 25 |
| G900333158 | Cummins AC Generator set | $ | 5,000 00 | $ | 2,350 00 |
| | MBW Rammer with GCR120 honda engine, 15'x1' tie-down, Milwaukee Hand Truck D-handle | $ | 1,500 00 | $ | 950 00 |
| | 200' of 3/4" air hose 4 50' sections | $ | 300 00 | $ | 225 00 |
| | 4 suction hoses for hydro vacs | $ | 1,000 00 | $ | 750 00 |
| | Bizhub C300i Pc-216 Cabinet | $ | 3,500 00 | $ | 1,750 00 |
| 11090330-171416 | Hotsy Powerwasher | $ | 2,000 00 | $ | 1,150 00 |
| 8483481 | Sonde piece for the JT10 drill | $ | 1,200 00 | $ | 830 00 |
| EU3000is1 AN | Honda Inverter EU3000is generator | $ | 1,200 00 | $ | 830 00 |
| K28AD211500350 | MX Fuel Handheld Core Drill kit with stand | $ | 2,700 00 | $ | 1,430 00 |
| | Mandrel Flex Steel 2 inches | $ | 50 00 | $ | 37 50 |
| | Mandrel Flex Steel 2 inches | $ | 50 00 | $ | 37 50 |
| 826237 | Ultimate Nova 395 PC Paint Sprayer | $ | 400 00 | $ | 300 00 |
| | DJI Mini 2 Drone Plus MicroSD Card | $ | 200 00 | $ | 150 00 |
| | Cannon EOS 80D | $ | 400 00 | $ | 300 00 |
| | Snap On Vehicle Service Scanner | $ | 700 00 | $ | 525 00 |
| | Pittsburgh Hydraulic Punch Driver Kit | $ | 50 00 | $ | 37 50 |
| | Sumitomo Q102-CA | $ | 5,500 00 | $ | 2,500 00 |
| | Sumitomo TYPEQ101M12KIT6RM1 | $ | 5,500 00 | $ | 2,500 00 |
| | Sumitomo TYPEQ101M12KIT6RM1 | $ | 5,500 00 | $ | 2,500 00 |
| | Inno View 7 Splice Machine | $ | 4,000 00 | $ | 1,950 00 |
| 18490930 | 3ZT-RFV2000/CAM Vision Antenna Alignment tool/CAM-Camera enable license | Unknown | | $ | - |
| | OTDR, MAX-730C-SM-EA-IOLM, MAX-730C, FTTx/PON SM OTDR | $ | 2,394 94 | $ | 1,307 97 |
| | OTDR - EXFO, Splice Machine | $ | 2,394 94 | $ | 1,307 97 |
| HB-ESSENTIALKIT | Capstan Hoist Essentials Kit | $ | 1,147 00 | $ | 808 80 |
| HB-ESSENTIALKIT | Capstan Hoist Essentials Kit | $ | 1,147 00 | $ | 808 80 |
| DWTM107501 | Dillion Quick Check Wire Tension | $ | 851 00 | $ | 638 25 |
| 581242 | EXFO Multifunction Loss Tester | $ | 740 00 | $ | 555 00 |
| | Honda Generator | $ | 554 63 | $ | 415 97 |
| | Sumitomo Universal Central Tube Slitter | $ | 665 00 | $ | 498 75 |
| | Fitel Fiber Identifier | $ | 650 00 | $ | 487 50 |
| 19068057 | JET 6 ton Lever Hoist | $ | 628 00 | $ | 471 00 |
| 19068059 | JET 6 ton Lever Hoist | $ | 628 00 | $ | 471 00 |
| 19068062 | JET 6 ton Lever Hoist | $ | 628 00 | $ | 471 00 |
| WF-PSK125BL366 | WF Psk 1/2"X 1200'Blue | $ | 500 00 | $ | 375 00 |
| WF-PSK125RD366 | WF PSK 1/2"X1200'Red | $ | 500 00 | $ | 375 00 |
| WF-PSK125RD366 | WF PSK 1/2"X1200'Red | $ | 500 00 | $ | 375 00 |
| WF-PSK12OR366 | WF Psk 1/2"X 1200' Orange | $ | 500 00 | $ | 375 00 |
| 193368 | CST/Berger Digital transit/Theodolite | $ | 493 50 | $ | 370 12 |
| 193429 | CST/Berger Digital transit/Theodolite | $ | 493 50 | $ | 370 12 |
| | STIHL TS 410, 420 Concrete Cutter | $ | 270 20 | $ | 202 65 |
| WF-LL201200 | Westfall Pro 5/8" Load Line, 1200' | $ | 259 00 | $ | 194 25 |
| WF-LL201200 | Westfall Pro 5/8" Load Line, 1200' | $ | 259 00 | $ | 194 25 |
| | Corning Mid-Access Tool For 5 0mm - 24 0mm Tubes UAT3000 | $ | 246 40 | $ | 184 80 |
| 1416438 | Extech Earth Ground Resistance Tester | $ | 229 32 | $ | 171 99 |
| DS-1112587 | Lg, DBI Sala Exofit Strata Tower,TB | $ | 208 60 | $ | 156 45 |
| DS-1112587 | Lg, DBI Sala Exofit Strata Tower,TB | $ | 208 60 | $ | 156 45 |
| 18358074 | Spectra Precesion Laser Level | $ | 193 12 | $ | 144 84 |
| | 1050E Core Tube Entry Kit | $ | 178 39 | $ | 133 79 |
| No S/N | Klien Tool Porkchop 5- 75 Inch | $ | 170 27 | $ | 127 70 |
| No S/N | Klien Tool Porkchop 5- 75 Inch | $ | 170 27 | $ | 127 70 |
| No S/N | Klien Tool Porkchop 5- 75 Inch | $ | 170 27 | $ | 127 70 |
| No S/N | Klien Tool Porkchop 75-1 Inch | $ | 170 27 | $ | 127 70 |
| No S/N | Klien Tool Porkchop 75-1 Inch | $ | 170 27 | $ | 127 70 |
| No S/N | Klien Tool Porkchop 75-1 Inch | $ | 170 27 | $ | 127 70 |
| No S/N | Klien Tool Porkchop 75-1 Inch | $ | 170 27 | $ | 127 70 |
| F83BD190900531 | Milwaukee Deep cut Band Saw | $ | 167 72 | $ | 125 79 |
| F83BD191502077 | Milwaukee Deep cut Band Saw | $ | 167 72 | $ | 125 79 |
| F83BD190900531 | Milwaukee Deep cut Band Saw | $ | 167 72 | $ | 125 79 |
| KP-ATC200-LITE-USB | USB Controller Assembly Kit | $ | 154 00 | $ | 115 50 |
| KP-ATC200-LITE-USB | USB Controller Assembly Kit | $ | 154 00 | $ | 115 50 |
| LT14190146 | Ret Controller | $ | 130 49 | $ | 97 87 |
| 332683 | Reel Stand 22"-54" ADJ HT 2500LB | $ | 126 00 | $ | 94 50 |
| 332684 | Spindle for Reel Stand | $ | 126 00 | $ | 94 50 |
| No S/N | Job Box | $ | 126 00 | $ | 94 50 |
| FP67661 | Raven Tower Harness Small | $ | 124 60 | $ | 93 45 |
| DS6160054 | Wire Rope Grab W/Carabiner | $ | 120 00 | $ | 90 00 |
| DS6160054 | Wire Rope Grab W/Carabiner | $ | 120 00 | $ | 90 00 |
| DS6160054 | Wire Rope Grab W/Carabiner | $ | 120 00 | $ | 90 00 |
| DS6160054 | Wire Rope Grab W/Carabiner | $ | 120 00 | $ | 90 00 |

**Exhibit B-50**                                                                                     **Page 1 of 5**

| Serial or VIN | Description | Value | | Liquidation Cost | |
|---|---|---|---|---|---|
| DS6160054 | Wire Rope Grab W/Carabiner | $ | 120 00 | $ | 90 00 |
| DS6160054 | Wire Rope Grab W/Carabiner | $ | 120 00 | $ | 90 00 |
| DS6160054 | Wire Rope Grab W/Carabiner | $ | 120 00 | $ | 90 00 |
| FP67664 | Raven Tower Harness XL | $ | 119 00 | $ | 89 25 |
| | 1050D Core Tube Entry Kit | $ | 113 51 | $ | 85 13 |
| ML-VGS-SC | Vi-Go Cable Grab, Swivel Carabiner | $ | 107 80 | $ | 80 85 |
| OL4737 | Generac Pressure Washer | $ | 106 12 | $ | 79 59 |
| FP67634 | Elk River Peregrine RAS, XL TB Legs | $ | 86 25 | $ | 64 69 |
| FP67662 | Raven Tower Harness Medium | $ | 86 25 | $ | 64 69 |
| FP67662 | Raven Tower Harness Medium | $ | 86 25 | $ | 64 69 |
| SK-CL-001 | Skyloctec Claw Wire Fall Arrester | $ | 86 25 | $ | 64 69 |
| ENCDB120900 | 3/8" Composite Double Braid, 900' | $ | 83 95 | $ | 62 96 |
| 19092M0075 | Rock Exoctia Material Handeling Block | $ | 80 50 | $ | 60 38 |
| 19092M0079 | Rock Exoctia Material Handeling Block | $ | 80 50 | $ | 60 38 |
| 19010 | DeWalt Miter Saw Corded | $ | 80 27 | $ | 60 20 |
| DS1112587 | Large Excofit Nex 6D Tower Harness | $ | 69 00 | $ | 51 75 |
| | Plastic Compaxial Blower, AC with 25' Ducting and Canister Assembly, 8" | $ | 69 00 | $ | 51 75 |
| D15AD1836 00114 | Milwaukee Caulk gun | $ | 68 77 | $ | 51 58 |
| G17Bd1903 33824 | Milwaukee 1 1/8 sds mini hammer drill | $ | 68 77 | $ | 51 58 |
| DS-1246032 | Shockwave Force2 Shock Absorbing 6' Twin | $ | 67 85 | $ | 50 89 |
| | Sumitomo RS24 | $ | 65 75 | $ | 49 31 |
| PZ-P044AA00 | Petzl Jag Hauling System, 1M | $ | 64 40 | $ | 48 30 |
| 4723634 | Fisk Descender | $ | 64 07 | $ | 48 06 |
| E98AD185103905 | Milwaukee Grease Gun | $ | 61 87 | $ | 46 40 |
| E98AD190200428 | Milwaukee Grease Gun | $ | 61 87 | $ | 46 40 |
| E98AD190200429 | Milwaukee Grease Gun | $ | 61 87 | $ | 46 40 |
| PZ-L64YUM | Petzl Lanyard 150 | $ | 60 95 | $ | 45 71 |
| | Milwaukee M18™ 4 Pc  Tool Combo Kit (2695-24CX) | $ | 59 57 | $ | 44 68 |
| | Milwaukee M18™ 4 Pc  Tool Combo Kit (2695-24CX) | $ | 59 57 | $ | 44 68 |
| | Milwaukee M18™ 4 Pc  Tool Combo Kit (2695-24CX) | $ | 59 57 | $ | 44 68 |
| | Milwaukee M18™ 4 Pc  Tool Combo Kit (2695-24CX) | $ | 59 57 | $ | 44 68 |
| GM-ShacklePack | GME Supply Shackle Pack | $ | 57 50 | $ | 43 13 |
| GM-ShacklePack | GME Supply Shackle Pack | $ | 57 50 | $ | 43 13 |
| KD-TBM455 | Thomas And Betts Ratchet Crimper | $ | 57 50 | $ | 43 13 |
| KD-TBM455 | Thomas And Betts Ratchet Crimper | $ | 57 50 | $ | 43 13 |
| | | $ | | $ | |
| | Rigid Grinder Octane 18V and Blade | $ | 34 50 | $ | 25 88 |
| | Rigid Sawzall | $ | 46 00 | $ | 34 50 |
| | Rigid 18V Dual Port Charger | $ | 18 40 | $ | 13 80 |
| B80CD183601936 | Milwaukee 1/2" Impact Wrench | $ | 57 27 | $ | 42 95 |
| BG180026817 | Reddy Heater | $ | 57 27 | $ | 42 95 |
| H1504ST | Husky Air Compressor | $ | 57 27 | $ | 42 95 |
| PZ-B0712BA00 | ASAP Lock Fall Arrester | $ | 56 35 | $ | 42 26 |
| PZ-B0712BA00 | ASAP Lock Fall Arrester | $ | 56 35 | $ | 42 26 |
| PZ-B0712BA00 | ASAP Lock Fall Arrester | $ | 56 35 | $ | 42 26 |
| PZ-B0712BA00 | ASAP Lock Fall Arrester | $ | 56 35 | $ | 42 26 |
| | Allegro Industries 9401 Manhole Guard Rail | $ | 55 64 | $ | 41 73 |
| RX-MHP58 | 4 5" Material Handling Block | $ | 54 74 | $ | 41 06 |
| RX-MHP58 | 4 5" Material Handling Block | $ | 54 74 | $ | 41 06 |
| H96AD192206534 | Milwaukee 1/2" Impact Wrench | $ | 51 75 | $ | 38 81 |
| PZ-L052DA01 | Grillon Hook MGO U 3M | $ | 49 45 | $ | 37 09 |
| PZ-L052DA01 | Grillon Hook MGO U 3M | $ | 49 45 | $ | 37 09 |
| PZ-L052DA00 | Grillon Hook MGO U 2M | $ | 48 30 | $ | 36 23 |
| 4980 | Bosch Bulldog Hammer Drill | $ | 47 29 | $ | 35 47 |
| | FIS Pulse Box #1 SM OS2 100 meters SC UPC | $ | 42 55 | $ | 31 91 |
| 56DTEP | Berger 90 Degree Eye Piece | $ | 41 40 | $ | 31 05 |
| No S/N | Spool Roller Stand Greenlee | $ | 41 40 | $ | 31 05 |
| No S/N | Spool Roller Stand Greenlee | $ | 41 40 | $ | 31 05 |
| 688006180 | Rotozip by Bosch | $ | 41 17 | $ | 30 88 |
| 809193B4024 | Portercable Finish Nailer | $ | 41 17 | $ | 30 88 |
| G77AD190802014 | Milwaukee 3/8" Impact Wrench | $ | 41 17 | $ | 30 88 |
| G77AD190802018 | Milwaukee 3/8" Impact Wrench | $ | 41 17 | $ | 30 88 |
| PZ-L052AA03 | Grillon Lanyard 5m | $ | 41 17 | $ | 30 88 |
| HBC3080856 | AB Chance Ropelock | $ | 37 95 | $ | 28 46 |
| PM-HL33012 | PMI Advantage Helmet, Red | $ | 37 95 | $ | 28 46 |
| PZ-L052AA01 | Grillon Lanyard 3m | $ | 37 95 | $ | 28 46 |
| PZ-L052AA01 | Grillon Lanyard 3m | $ | 37 95 | $ | 28 46 |
| PZ-L052AA01 | Grillon Lanyard 3m | $ | 37 95 | $ | 28 46 |
| PZ-L052AA01 | Grillon Lanyard 3m | $ | 37 95 | $ | 28 46 |
| RX-MHP55 | 2 6" Material Handling Block | $ | 36 80 | $ | 27 60 |
| RX-MHP55 | 2 6" Material Handling Block | $ | 36 80 | $ | 27 60 |
| RX-MHP55 | 2 6" Material Handling Block | $ | 36 80 | $ | 27 60 |
| RX-MHP55 | 2 6" Material Handling Block | $ | 36 80 | $ | 27 60 |
| RX-MHP55 | 2 6" Material Handling Block | $ | 36 80 | $ | 27 60 |
| RX-MHP55 | 2 6" Material Handling Block | $ | 36 80 | $ | 27 60 |
| F74C91900536 | Milwaukee Leaf Blower | $ | 36 57 | $ | 27 43 |
| C250067 | Hitachi Circular Saw Corded | $ | 34 51 | $ | 25 88 |
| JO-5700-2400D | Johnson Waterproff Digital Level, 24" | $ | 34 50 | $ | 25 88 |
| JO-5700-2400D | Johnson Waterproff Digital Level, 24" | $ | 34 50 | $ | 25 88 |
| N88WWB | Bostitch Nail Gun | $ | 32 20 | $ | 24 15 |
| SB1664FN | Bostitch Nail Gun | $ | 32 20 | $ | 24 15 |
| | Carbon Monoxide Tester & Meter | $ | 31 97 | $ | 23 98 |
| FP35487 | 6' Flex-Nopac Lanyard, Alum | $ | 31 97 | $ | 23 98 |

| Serial or VIN | Description | Value | Liquidation Cost |
|---|---|---|---|
| FP35487 | 6' Flex-Nopac Lanyard, Alum | $ 31 97 | $ 23 98 |
| FP35487 | 6' Flex-Nopac Lanyard, Alum | $ 31 97 | $ 23 98 |
| No S/N | Klien Tool Jaw Grips | $ 31 21 | $ 23 41 |
| No S/N | Klien Tool Jaw Grips | $ 31 21 | $ 23 41 |
| No S/N | Klien Tool Jaw Grips | $ 31 21 | $ 23 41 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| KW-PKT23 | Kenwood PKT23 Protalk Pocket Sized Radio | $ 31 05 | $ 23 29 |
| 786010963 | Bosch I-Driver | $ 30 36 | $ 22 77 |
| 90102673 | Dual Saw by Star Twin | $ 29 67 | $ 22 25 |
| G29JDCBC1903186377756 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| J55AD185100273 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| J55AD185103088 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| C41DD185103084 | Milwaukee Sawzall | $ 29 67 | $ 22 25 |
| F26CD183635782 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| G29JDCCC1902160752968 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee Battery | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee Battery | $ 29 67 | $ 22 25 |
| U55AD1351030804 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| B55BD122807744 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| F26CD183635788 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| G29JDCBC1902276224806 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| G29JDCBC1902276225457 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| G29JDCBC1905266805518 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| G29JDCBC1905266805522 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| G29KDCDC1812251974076 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| G29KDCBC1904142565507 | Milwaukee 5 0AH Battery | $ 29 67 | $ 22 25 |
| J55AD185100272 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| J55AD185100273 | Milwaukee Impact | $ 29 67 | $ 22 25 |
| 24DD1733 04835 | Milwaukee Impact Drill | $ 29 67 | $ 22 25 |
| B57AD1845 06128 | Milwaukee Circular saw | $ 29 67 | $ 22 25 |
| G91A918305 | Milwaukee Radio | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee batterys | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee batterys | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee batterys | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee batterys | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee batterys | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee batterys | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee Impact Drill | $ 29 67 | $ 22 25 |
| No Legible S/N | Milwaukee SawZall | $ 29 67 | $ 22 25 |
| E54LDC88181207063425 | Milwaukee 4 0 AH Battery | $ 28 75 | $ 21 56 |
| E54LDCBB1812070634731 | Milwaukee 4 0 AH Battery | $ 28 75 | $ 21 56 |
| FP-35488 | 1-1/2"X 6' Flex-Nopac Lanyard | $ 28 75 | $ 21 56 |
| FP-35488 | 1-1/2"X 6' Flex-Nopac Lanyard | $ 28 75 | $ 21 56 |
| FP-35488 | 1-1/2"X 6' Flex-Nopac Lanyard | $ 28 75 | $ 21 56 |
| | Miller 80930-MSAT 5 Wire Stripper | $ 28 54 | $ 21 41 |
| No S/N | 100FT Extension Cord | $ 27 60 | $ 20 70 |
| No S/N | 100FT Extension Cord | $ 27 60 | $ 20 70 |
| No S/N | 100FT Extension Cord | $ 27 60 | $ 20 70 |
| No S/N | 100FT Extension Cord | $ 27 60 | $ 20 70 |
| No S/N | 100FT Extension Cord | $ 27 60 | $ 20 70 |
| No S/N | 100FT Extension Cord | $ 27 60 | $ 20 70 |
| No S/N | Milwaukee Corded Sawzall | $ 27 59 | $ 20 69 |
| B57AD183606116 | Milwaukee Circular Saw | $ 27 37 | $ 20 53 |
| F25CD183611881 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| J91AD185100273 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| J91AD185103083 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| B96DD181300418 | Milwaukee Grinder | $ 27 37 | $ 20 53 |
| B96ED183603644 | Milwaukee Grinder | $ 27 37 | $ 20 53 |
| D63C91847142416 | Milwaukee Battery Charger | $ 27 37 | $ 20 53 |
| D63C9185056001G | Milwaukee Battery Charger | $ 27 37 | $ 20 53 |
| F25CD183611887 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| No Legible S/N | Milwaukee 4 0 AH Battery | $ 27 37 | $ 20 53 |
| No Legible S/N | Milwaukee Drill | $ 27 37 | $ 20 53 |
| C15BD112506997 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| C15BD113002037 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| D63C9184714240G | Milwaukee M12-M18 Battery Charger | $ 27 37 | $ 20 53 |
| D63C9184714241G | Milwaukee M12-M18 Battery Charger | $ 27 37 | $ 20 53 |
| D63C9184731949G | Milwaukee M12-M18 Battery Charger | $ 27 37 | $ 20 53 |
| D63C9184796611G | Milwaukee M12-M18 Battery Charger | $ 27 37 | $ 20 53 |
| D63C9191130233G | Milwaukee M12-M18 Battery Charger | $ 27 37 | $ 20 53 |
| J91AD185100274 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| J91AD185100286 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| B96ED1836 03638 | Milwaukee Grinder | $ 27 37 | $ 20 53 |

| Serial or VIN | Description | Value | Liquidation Cost |
|---|---|---|---|
| C15CD122904870 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| F24DD1733 05456 | Milwaukee Drill | $ 27 37 | $ 20 53 |
| F40BD1916 05704 | Milwaukee Multi Tool | $ 27 37 | $ 20 53 |
| No Legible S/N | Milwaukee chargers | $ 27 37 | $ 20 53 |
| No Legible S/N | Milwaukee chargers | $ 27 37 | $ 20 53 |
| No Legible S/N | Milwaukee chargers | $ 27 37 | $ 20 53 |
| 0119AB | Ratcheting Winch | $ 26 17 | $ 19 63 |
| 0718AB | Ratcheting Winch | $ 26 17 | $ 19 63 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KT-61000 | Leather Bottom Bucket W/Connect Pts | $ 24 15 | $ 18 11 |
| KE-0820 | Kestrel 2000 Anamometer | $ 23 00 | $ 17 25 |
| KE-0820 | Kestrel 2000 Anamometer | $ 23 00 | $ 17 25 |
| PZ-A10VOA | Vertex 2 Vent, Orange | $ 23 00 | $ 17 25 |
| PZ-A10VOA | Vertex 2 Vent, Orange | $ 23 00 | $ 17 25 |
| PZ-A10VOA | Vertex 2 Vent, Orange | $ 23 00 | $ 17 25 |
| PZ-A10VOA | Vertex 2 Vent, Orange | $ 23 00 | $ 17 25 |
| PZ-A10VOA | Vertex 2 Vent, Orange | $ 23 00 | $ 17 25 |
| 124477 | Dewalt Corded Circular Saw | $ 23 00 | $ 17 25 |
| 101001386 | Bosch Jigsaw | $ 22 77 | $ 17 08 |
| C41DD183605370 | Milwaukee Hackzall | $ 22 77 | $ 17 08 |
| C41DD18503083 | Milwaukee Hackzall | $ 22 77 | $ 17 08 |
| C41DD185100286 | Milwaukee Hackzall | $ 22 77 | $ 17 08 |
| DC9310 | DeWalt Charger | $ 22 77 | $ 17 08 |
| DCD970 | DeWalt Drill | $ 22 77 | $ 17 08 |
|  | Bosch PS21-2A 12-Volt Max Lithium-Ion 2-Speed Pocket Driver Kit with 2 Batteries, C | $ 22 77 | $ 17 08 |
| No Legible S/N | Milwaukee 3 0AH Battery | $ 22 77 | $ 17 08 |
| C41DD185100272 | Milwaukee Hackzall | $ 22 77 | $ 17 08 |
| C41DD185100273 | Milwaukee Hackzall | $ 22 77 | $ 17 08 |
| H54AD1915 00191 | Milwaukee Roto Zip | $ 22 77 | $ 17 08 |
|  | Ripley Miller Round Cable Stripper - up to 1 14in | $ 22 48 | $ 16 86 |
| PZ-A010CA00 | Vertex Vent Helmet, White | $ 21 85 | $ 16 39 |
| PZ-A010EA01 | Vertex Vent Hi-Viz Helmet, Orange | $ 21 16 | $ 15 87 |
| 104003749 | Bosch Hackzall | $ 20 47 | $ 15 35 |
| LM100201EA2 | Craftsman 4 in 1 Level W/Lazer Level | $ 20 22 | $ 15 16 |
|  | Ripley Miller MSAT 5 | $ 19 24 | $ 14 43 |
| 14524261 | 12FT Lifting Strap | $ 18 40 | $ 13 80 |
| 14524271 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 14524275 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 14524277 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 14768801 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 14768802 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 14768803 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 15041826 | 12FT Lifting Strap | $ 18 40 | $ 13 80 |
| 145242611 | 12FT Lifting Strap | $ 18 40 | $ 13 80 |
| 145242614 | 12FT Lifting Strap | $ 18 40 | $ 13 80 |
| 145242615 | 12FT Lifting Strap | $ 18 40 | $ 13 80 |
| 145242716 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 145242718 | 6FT Lifting Strap | $ 18 40 | $ 13 80 |
| 150410210 | 12FT Lifting Strap | $ 18 40 | $ 13 80 |
| 150410213 | 12FT Lifting Strap | $ 18 40 | $ 13 80 |
| E53LDCCB1812180519240 | Milwaukee 2 0AH Battery | $ 18 17 | $ 13 63 |
| F012458001 | Skil Saw | $ 18 17 | $ 13 63 |
| E68DDCCB1812170515144 | Milwaukee 2 0AH Battery | $ 18 17 | $ 13 63 |
| E68LDCCB1812170515144 | Milwaukee 2 0AH Battery | $ 18 17 | $ 13 63 |
| E53LDCCB1812170515134 | Milwaukee 2 0AH Battery | $ 18 17 | $ 13 63 |
| E53LDCCB1872170515146 | Milwaukee 2 0AH Battery | $ 18 17 | $ 13 63 |
| B22VDCBA1901041236249 | Milwaukee 1 5AH Battery | $ 17 25 | $ 12 94 |
|  | Siber Optic Buffer 1 9mm - 3mm buffer | $ 17 25 | $ 12 94 |
| 14513813 | 8FT Lifting Strap | $ 17 25 | $ 12 94 |
| 14513815 | 8FT Lifting Strap | $ 17 25 | $ 12 94 |
| 14513818 | 8FT Lifting Strap | $ 17 25 | $ 12 94 |
| 14516841 | 8FT Lifting Strap | $ 17 25 | $ 12 94 |
| 14516842 | 8FT Lifting Strap | $ 17 25 | $ 12 94 |
| 150410310 | 8FT Lifting Strap | $ 17 25 | $ 12 94 |
| 150410322 | 8FT Lifting Strap | $ 17 25 | $ 12 94 |
| 14524275 | 12FT Lifting Strap | $ 17 00 | $ 12 75 |
| 1788 | Coleman Cable 10/3 50' SJEO with Polar/Solar Ext cord/light | $ 16 79 | $ 12 59 |
| 14023122 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 14513782 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 14513789 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 14513813 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 145137825 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 1402312124 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 1402312137 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 1402312138 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 1402312157 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |

| Serial or VIN | Description | Value | Liquidation Cost |
|---|---|---|---|
| 1402312223 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 1402312259 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| 14023112191 | 3FT Lifting Strap | $ 16 10 | $ 12 08 |
| H14002890 | Husky 3FT Digital Level | $ 13 80 | $ 10 35 |
| No S/N | Rockwell Multitool | $ 13 57 | $ 10 18 |
| B29BD1129198496 | Milwaukee M18 Battery Charger | $ 13 57 | $ 10 18 |
|  | Nut Drivers (1/4, 5/16, 3/8, 7/16, 1/2) | $ 13 20 | $ 9 90 |
| GM3010 | GME Supply Premium Gear Bag, Black | $ 12 65 | $ 9 49 |
| GM3010 | GME Supply Premium Gear Bag, Black | $ 12 65 | $ 9 49 |
| GM3010 | GME Supply Premium Gear Bag, Black | $ 12 65 | $ 9 49 |
| GM3010 | GME Supply Premium Gear Bag, Black | $ 12 65 | $ 9 49 |
| GM3010 | GME Supply Premium Gear Bag, Black | $ 12 65 | $ 9 49 |
| GM3010 | GME Supply Premium Gear Bag, Black | $ 12 65 | $ 9 49 |
| No S/N | Pedal Extension Cord | $ 11 50 | $ 8 63 |
| 48225230 | Milwaukee 300FT Open Reel Long Tape | $ 11 50 | $ 8 62 |
| 790015577 | Bosch Flashlight | $ 11 27 | $ 8 45 |
| C12B9173207454 | Milwaukee LED Worklight | $ 11 27 | $ 8 45 |
| C12BA183903066X | Milwaukee LED Worklight | $ 11 27 | $ 8 45 |
| C12BA1839081X | Milwaukee LED Worklight | $ 11 27 | $ 8 45 |
| C1299173207026 | Milwaukee LED Worklight | $ 11 27 | $ 8 45 |
| 1787 | Coleman Cable 10/3 25' SJEO with Polar/Solar Ext cord w/light | $ 11 27 | $ 8 45 |
| PA6GF30 | Bosch Battery Charger | $ 11 25 | $ 8 44 |
| FS2400CS | Black and Decker Circular Saw | $ 10 37 | $ 7 77 |
| GM3005 | GME Deluxe Gear Bag, Black | $ 10 35 | $ 7 76 |
| 194010064 | Jet Cable Puller | $ 10 35 | $ 7 76 |
| 194010130 | Jet Cable Puller | $ 10 35 | $ 7 76 |
|  | Ripley Miller Round Cable Stripper | $ 10 12 | $ 7 59 |
| GM2050 | 4'x2' General Construction Safety Banner | $ 10 04 | $ 7 53 |
| GM2050 | 4'x2' General Construction Safety Banner | $ 10 04 | $ 7 53 |
| GM2050 | 4'x2' General Construction Safety Banner | $ 10 04 | $ 7 53 |
| No S/N | Dremel Moto-Tool | $ 10 03 | $ 7 53 |
| No S/N | Worx Worxsaw Corded | $ 9 84 | $ 7 38 |
|  | Fiber Optic Stipper, 1 Hole fiber optic striper | $ 9 66 | $ 7 25 |
| 300400086 | Coleman Cable 12/3 2 5' SJTW In-Line GFCI W/tri-source Heavy | $ 9 20 | $ 6 90 |
| FS240BX | Black and Decker Battery | $ 9 19 | $ 6 89 |
| FS240BX | Black and Decker Battery | $ 9 19 | $ 6 89 |
|  | Jonard Drop Slitter | $ 8 93 | $ 6 70 |
|  | Fiber snips, knife and pouch | $ 8 18 | $ 6 13 |
| FS2000RS | Black and Decker Sawzall | $ 8 16 | $ 6 12 |
| 360271908 | Ratcheting Cable Winch | $ 8 05 | $ 6 04 |
| S69004M2006 | Bosch Battery Charger | $ 7 82 | $ 5 87 |
| 2726830 | Empire Reel Tape Measure- 300FT Fiberglass | $ 7 59 | $ 5 69 |
| 8102044 | OEM 1/2" Air Impact Wrench | $ 7 59 | $ 5 69 |
|  | Lineman Pliers (9in) | $ 7 36 | $ 5 52 |
| DC9180 | DeWalt Battery | $ 7 12 | $ 5 34 |
| DC9181 | DeWalt Battery | $ 7 12 | $ 5 34 |
|  | Heavy Duty Heat Gun 1500w | $ 6 89 | $ 5 17 |
| 2607225519 | Bosch Battery Charger | $ 6 85 | $ 5 14 |
| No S/N | Bosch Battery Charger | $ 6 85 | $ 5 14 |
| No S/N | Bosch Battery Charger | $ 6 85 | $ 5 14 |
| No S/N | Bosch Battery Charger | $ 6 85 | $ 5 14 |
|  | Large flat screw driver (Prybar style) | $ 6 84 | $ 5 13 |
|  | Ripley Miller Buffer Tube Scorer | $ 6 72 | $ 5 04 |
| FS2402D | Black and Decker Drill | $ 6 67 | $ 5 00 |
| S1TK01457 | Toolshop Belt Sander | $ 6 59 | $ 4 94 |
|  | Needle Nose Pliers (Klein) | $ 6 47 | $ 4 85 |
|  | Fiber Optic Cable Tester | $ 6 21 | $ 4 66 |
|  | Visual Fault Locator Pen (30mW) | $ 6 21 | $ 4 66 |
|  | Milwaukee SHOCKWAVE™ 40-Piece Impact Duty Drill and Driver Bit Set | $ 5 75 | $ 4 31 |
|  | Side cutters (Klien) | $ 5 73 | $ 4 30 |
|  | Utility knives | $ 5 24 | $ 3 93 |
|  | Cable cutters | $ 5 06 | $ 3 79 |
| 67537 | Chicago Multitool | $ 4 60 | $ 3 45 |
|  | Bosch MS4041 41-Piece Drill and Drive Bit Set | $ 4 48 | $ 3 36 |
|  | Swan Isopropyl Alcohol 99 Percent | $ 4 47 | $ 3 36 |
|  | Screw driver set | $ 4 27 | $ 3 21 |
|  | Toolbag | $ 4 22 | $ 3 17 |
|  | Milwaukee 48-22-1952 50-Piece Hook Utility Knife Blades | $ 3 45 | $ 2 59 |
|  | Bully Tools 99200 24" Manhole Cover Hook  Steel Tstyle Handle | $ 3 22 | $ 2 41 |
|  | Straight blades | $ 2 53 | $ 1 90 |
|  | Plastic Mallet | $ 2 52 | $ 1 89 |
|  | Can Wrench | $ 2 30 | $ 1 72 |
|  | SC/APC to SC/APC Jumper | $ 0 69 | $ 0 52 |
|  | SC/UPC to FC/UPC Jumper | $ 0 69 | $ 0 52 |
|  | SC/UPC to SC/APC Jumper | $ 0 69 | $ 0 52 |
|  | SC/UPC to SC/UPC Jumper | $ 0 69 | $ 0 52 |
|  | SC/UPC to ST/UPC Jumper | $ 0 69 | $ 0 52 |
|  | Mower P&K Midwest | $ 250 00 | $ 187 50 |
|  | Ditch Witch Iowa Hammerhead | $ 4,000 00 | $ 1,950 00 |
|  | **Total:** | **$ 81,651.85** | **$ 47,104.53** |