| Creditor (Payment Dates) | Total (By Date) | Reason for Payment or Transfer |
|---|---:|---|
| **Allianz** | **$ 12,000.00** | Supplier/Vendor |
| 4/12/23 | $ 4,000.00 | |
| 5/10/23 | $ 4,000.00 | |
| 6/13/23 | $ 4,000.00 | |
| **American Boring Inc** | **$ 45,250.91** | Supplier/Vendor |
| 4/3/23 | $ 22,167.00 | |
| 4/13/23 | $ 23,083.91 | |
| **Barnhart Crane** | **$ 14,000.00** | Supplier/Vendor |
| 5/12/23 | $ 14,000.00 | |
| **BMO Harris Bank** | **$ 14,697.96** | Lessor/Secured Creditor |
| 3/21/23 | $ 4,899.32 | |
| 4/20/23 | $ 4,899.32 | |
| 5/22/23 | $ 4,899.32 | |
| **Breakout Capital** | **$ 164,918.00** | Unsecured Loan Repayment |
| 3/16/23 | $ 45,000.00 | |
| 3/30/23 | $ 10,000.00 | |
| 4/6/23 | $ 10,000.00 | |
| 4/13/23 | $ 22,500.00 | |
| 4/20/23 | $ 25,806.00 | |
| 4/27/23 | $ 25,806.00 | |
| 5/4/23 | $ 25,806.00 | |
| **Bulldog Pipe** | **$ 48,352.96** | Supplier/Vendor |
| 3/28/23 | $ 30,723.04 | |
| 5/2/23 | $ 17,629.92 | |
| **Capital One** | **$ 459,505.14** | Unsecured Loan Repayment |
| 3/16/23 | $ 10,000.00 | |
| 3/22/23 | $ 10,000.00 | |
| 3/24/23 | $ 15,000.00 | |
| 3/28/23 | $ 85,000.00 | |
| 3/29/23 | $ 85,000.00 | |
| 4/5/23 | $ 10,623.35 | |
| 4/10/23 | $ 17,544.00 | |
| 4/17/23 | $ 20,000.00 | |
| 4/27/23 | $ 5,000.00 | |
| 4/28/23 | $ 5,500.00 | |
| 5/1/23 | $ 169,500.00 | |
| 5/5/23 | $ 4,837.79 | |
| 5/12/23 | $ 5,000.00 | |
| 5/15/23 | $ 3,000.00 | |
| 5/18/23 | $ 10,000.00 | |
| 5/23/23 | $ 2,500.00 | |
| 5/30/23 | $ 1,000.00 | |
| **CAT Financial** | **$ 21,382.63** | Lessor/Secured Creditor |
| 3/22/23 | $ 980.44 | |
| 3/24/23 | $ 1,254.66 | |

| Creditor (Payment Dates) | Total (By Date) | Reason for Payment or Transfer |
|---|---:|---|
| 3/28/23 | $ 1,113.59 | |
| 3/29/23 | $ 951.55 | |
| 3/31/23 | $ 2,843.97 | |
| 4/24/23 | $ 980.44 | |
| 4/25/23 | $ 2,181.21 | |
| 4/28/23 | $ 1,113.59 | |
| 5/1/23 | $ 2,843.97 | |
| 5/23/23 | $ 1,906.99 | |
| 5/24/23 | $ 1,254.66 | |
| 5/31/23 | $ 3,957.56 | |
| **Complete Design Solutions LLC** | **$ 46,023.00** | Supplier/Vendor |
| 5/24/23 | $ 46,023.00 | |
| **Comstar Supply** | **$ 116,967.29** | Supplier/Vendor |
| 3/29/23 | $ 116,967.29 | |
| **Corridor Property** | **$ 53,379.36** | Lessor/Secured Creditor |
| 4/4/23 | $ 30,299.56 | |
| 5/8/23 | $ 23,079.80 | |
| **D & S Construction** | **$ 16,145.60** | Supplier/Vendor |
| 6/8/23 | $ 16,145.60 | |
| **Davis Tower Foundations LLC** | **$ 95,586.50** | Supplier/Vendor |
| 5/12/23 | $ 67,655.25 | |
| 6/8/23 | $ 27,931.25 | |
| **Ditch Witch of Virginia** | **$ 58,823.76** | Lessor/Secured Creditor |
| 3/30/23 | $ 18,543.76 | |
| 5/18/23 | $ 40,280.00 | |
| **Ditch Witch of West Texas Inc** | **$ 13,025.55** | Lessor/Secured Creditor |
| 3/15/23 | $ 4,341.85 | |
| 4/17/23 | $ 4,341.85 | |
| 5/15/23 | $ 4,341.85 | |
| **Divvy Credit Card** | **$ 44,926.52** | Unsecured Loan Repayment |
| 5/5/23 | $ 44,926.52 | |
| **E.R. Utilities Construction** | **$ 28,020.50** | Supplier/Vendor |
| 4/17/23 | $ 28,020.50 | |
| **ECICOG** | **$ 33,548.82** | Lessor/Secured Creditor |
| 3/15/23 | $ 11,182.94 | |
| 4/14/23 | $ 11,182.94 | |
| 5/15/23 | $ 11,182.94 | |
| **Edge Consulting Engineers, Inc** | **$ 13,000.00** | Supplier/Vendor |
| 5/12/23 | $ 13,000.00 | |
| **Express Crane & Rigging, Inc** | **$ 9,112.80** | Supplier/Vendor |
| 5/12/23 | $ 9,112.80 | |
| **First Insurance Funding** | **$ 16,673.70** | Supplier/Vendor |
| 4/4/23 | $ 5,557.90 | |
| 5/2/23 | $ 5,557.90 | |
| 6/5/23 | $ 5,557.90 | |

| Creditor (Payment Dates) | Total (By Date) | Reason for Payment or Transfer |
|---|---|---|
| **Galinsky Family Real Estate** | $ 10,598.00 | Lessor/Secured Creditor |
| 4/4/23 | $ 5,299.00 | |
| 5/5/23 | $ 5,299.00 | |
| **Galloway Group** | $ 75,007.30 | Lessor/Secured Creditor |
| 5/2/23 | $ 75,007.30 | |
| **Green Note Capital** | $ 239,562.50 | Unsecured Loan Repayment |
| 3/16/23 | $ 35,225.00 | |
| 3/23/23 | $ 35,225.00 | |
| 3/30/23 | $ 35,225.00 | |
| 4/6/23 | $ 35,225.00 | |
| 4/20/23 | $ 35,225.00 | |
| 4/27/23 | $ 31,718.75 | |
| 5/4/23 | $ 31,718.75 | |
| **GreenState Credit Union** | $ 35,361.04 | Lessor/Secured Creditor |
| 3/15/23 | $ 11,151.00 | |
| 4/10/23 | $ 954.02 | |
| 4/17/23 | $ 11,151.00 | |
| 5/10/23 | $ 954.02 | |
| 5/15/23 | $ 11,151.00 | |
| **H.M. Cragg Co** | $ 10,200.00 | Supplier/Vendor |
| 5/12/23 | $ 10,200.00 | |
| **Internal Revenue Service** | $ 331,993.86 | Taxes |
| 4/7/23 | $ 226,608.38 | |
| 4/18/23 | $ 105,385.48 | |
| **John Deere Financial** | $ 17,064.27 | Lessor/Secured Creditor |
| 3/24/23 | $ 1,108.94 | |
| 3/27/23 | $ 1,105.01 | |
| 3/29/23 | $ 1,418.74 | |
| 4/3/23 | $ 1,268.35 | |
| 4/13/23 | $ 1,814.75 | |
| 4/24/23 | $ 1,108.94 | |
| 4/27/23 | $ 1,105.01 | |
| 5/1/23 | $ 1,418.74 | |
| 5/2/23 | $ 1,268.35 | |
| 5/15/23 | $ 1,814.75 | |
| 5/24/23 | $ 1,108.94 | |
| 5/30/23 | $ 2,523.75 | |
| **Keystone Savings Bank  AT 40** | $ 30,743.85 | Lessor/Secured Creditor |
| 3/27/23 | $ 10,247.95 | |
| 4/25/23 | $ 10,247.95 | |
| 5/25/23 | $ 10,247.95 | |
| **Keystone Savings Bank  OLD LOC** | $ 71,488.17 | Lessor/Secured Creditor |
| 3/31/23 | $ 23,829.39 | |
| 5/1/23 | $ 23,829.39 | |
| 5/31/23 | $ 23,829.39 | |

| Creditor (Payment Dates) | Total (By Date) | Reason for Payment or Transfer |
|---|---:|---|
| **Keystone Savings Bank Interest** | **$ 12,757.55** | Lessor/Secured Creditor |
| 5/30/23 | $ 12,757.55 | |
| **Keystone Savings Bank LOC Sweeps** | **$ 2,486,155.50** | Lessor/Secured Creditor |
| 3/15/23 | $ 27,928.82 | (amended) |
| 3/16/23 | $ 165,304.60 | (amended) |
| 3/22/23 | $ 10,980.44 | (amended) |
| 3/27/23 | $ 36,377.96 | (amended) |
| 3/28/23 | $ 108,560.49 | (amended) |
| 3/29/23 | $ 108,057.75 | (amended) |
| 3/31/23 | $ 24,214.55 | (amended) |
| 4/1/23 | $ 12.04 | (amended) |
| 4/3/23 | $ 120,801.29 | (amended) |
| 4/5/23 | $ 17,913.99 | (amended) |
| 4/7/23 | $ 240,742.46 | (amended) |
| 4/12/23 | $ 4,029.10 | (amended) |
| 4/13/23 | $ 75,377.80 | (amended) |
| 4/14/23 | $ 75,335.74 | (amended) |
| 4/18/23 | $ 113,211.25 | (amended) |
| 4/19/23 | $ 5,956.19 | (amended) |
| 4/20/23 | $ 77,519.15 | (amended) |
| 4/24/23 | $ 2,823.88 | (amended) |
| 4/25/23 | $ 13,011.95 | (amended) |
| 4/27/23 | $ 185,238.46 | (amended) |
| 4/28/23 | $ 11,102.82 | (amended) |
| 5/2/23 | $ 152,626.26 | (amended) |
| 5/4/23 | $ 25,806.00 | (amended) |
| 5/5/23 | $ 129,765.76 | (amended) |
| 5/9/23 | $ 4,043.37 | (amended) |
| 5/10/23 | $ 144,095.16 | (amended) |
| 5/11/23 | $ 259.85 | (amended) |
| 5/12/23 | $ 64,470.32 | (amended) |
| 5/16/23 | $ 1,749.21 | (amended) |
| 5/17/23 | $ 33,579.28 | (amended) |
| 5/19/23 | $ 366.33 | (amended) |
| 5/23/23 | $ 107,983.14 | (amended) |
| 5/24/23 | $ 101,004.88 | (amended) |
| 5/25/23 | $ 25,508.76 | (amended) |
| 5/30/23 | $ 15,406.00 | (amended) |
| 5/31/23 | $ 39,875.88 | (amended) |
| 6/1/23 | $ 969.14 | (amended) |
| 6/2/23 | $ 1,041.38 | (amended) |
| 6/5/23 | $ 12,803.27 | (amended) |
| 6/6/23 | $ 32,284.03 | (amended) |
| 6/7/23 | $ 275.17 | (amended) |
| 6/8/23 | $ 99,009.31 | (amended) |

| Creditor (Payment Dates) | Total (By Date) | Reason for Payment or Transfer |
|---|---|---|
| 6/9/23 | $ 51,293.96 | (amended) |
| 6/12/23 | $ 12,223.83 | (amended) |
| 6/13/23 | $ 5,214.48 | (amended) |
| **KYF Global 2** | **$ 272,596.17** | Unsecured Loan Repayment |
| 3/17/23 | $ 38,942.31 | |
| 3/24/23 | $ 38,942.31 | |
| 3/31/23 | $ 38,942.31 | |
| 4/7/23 | $ 38,942.31 | |
| 4/21/23 | $ 38,942.31 | |
| 4/28/23 | $ 38,942.31 | |
| 5/5/23 | $ 38,942.31 | |
| **Liberty Mutual Insurance** | **$ 75,795.06** | Supplier/Vendor |
| 4/3/23 | $ 25,265.02 | |
| 5/1/23 | $ 25,265.02 | |
| 6/1/23 | $ 25,265.02 | |
| **Liomedes Fuentes** | **$ 21,680.00** | Independent Contractor |
| 3/17/23 | $ 3,320.00 | |
| 3/29/23 | $ 3,780.00 | |
| 4/13/23 | $ 3,700.00 | |
| 4/28/23 | $ 3,580.00 | |
| 5/11/23 | $ 3,880.00 | |
| 5/24/23 | $ 2,940.00 | |
| 5/26/23 | $ 480.00 | |
| **Liquid Capital Exchange** | **$ 30,000.00** | Unsecured Judgment Creditor |
| 3/31/23 | $ 2,500.00 | |
| 4/7/23 | $ 5,000.00 | |
| 4/13/23 | $ 7,500.00 | |
| 4/21/23 | $ 10,000.00 | |
| 4/28/23 | $ 5,000.00 | |
| **Listo Services, LLC** | **$ 31,300.00** | Supplier/Vendor |
| 4/3/23 | $ 31,300.00 | |
| **Manchester Leasing Service Inc** | **$ 63,597.56** | Lessor/Secured Creditor |
| 4/3/23 | $ 29,339.69 | |
| 5/1/23 | $ 29,339.69 | |
| 5/10/23 | $ 4,918.18 | |
| **Marlin Capital Solutions** | **$ 34,615.35** | Unsecured Loan Repayment |
| 3/15/23 | $ 3,846.15 | |
| 3/22/23 | $ 3,846.15 | |
| 3/29/23 | $ 3,846.15 | |
| 4/5/23 | $ 3,846.15 | |
| 4/12/23 | $ 3,846.15 | |
| 4/19/23 | $ 3,846.15 | |
| 4/26/23 | $ 3,846.15 | |
| 5/3/23 | $ 3,846.15 | |
| 5/10/23 | $ 3,846.15 | |

| Creditor (Payment Dates) | Total (By Date) | Reason for Payment or Transfer |
|---|---:|---|
| **Marvair** | **$ 40,763.13** | Supplier/Vendor |
| 6/1/23 | $ 25,858.97 | |
| 6/8/23 | $ 14,904.16 | |
| **Modular Connections, LLC** | **$ 119,345.93** | Supplier/Vendor |
| 4/3/23 | $ 116,558.93 | |
| 5/12/23 | $ 2,787.00 | |
| **New Age Drilling LLC** | **$ 37,902.86** | Supplier/Vendor |
| 5/17/23 | $ 32,910.89 | |
| 6/8/23 | $ 4,991.97 | |
| **Ostafi Communication Inc** | **$ 16,511.40** | Supplier/Vendor |
| 6/8/23 | $ 16,511.40 | |
| **Priceless Landscape** | **$ 67,737.60** | Supplier/Vendor |
| 3/16/23 | $ 50,000.00 | |
| 4/3/23 | $ 17,737.60 | |
| **S&S Fiberoptics Corp** | **$ 24,575.40** | Supplier/Vendor |
| 5/24/23 | $ 14,733.90 | |
| 6/8/23 | $ 9,841.50 | |
| **Shahram Ghaffarkhan** | **$ 14,854.66** | Lessor/Secured Creditor |
| 4/4/23 | $ 7,427.33 | |
| 5/5/23 | $ 7,427.33 | |
| **Sunbelt Rentals** | **$ 15,522.36** | Lessor/Secured Creditor |
| 5/24/23 | $ 15,522.36 | |
| **Swift Auto** | **$ 9,025.00** | Supplier/Vendor |
| 6/6/23 | $ 9,025.00 | |
| **USTDW** | **$ 43,805.70** | Supplier/Vendor |
| 5/12/23 | $ 14,355.00 | |
| 5/24/23 | $ 14,725.35 | |
| 6/8/23 | $ 14,725.35 | |
| **Wapsi Banks, LLC** | **$ 143,342.91** | Supplier/Vendor |
| 4/17/23 | $ 74,349.45 | |
| 5/19/23 | $ 68,993.46 | |
| **Wellmark** | **$ 31,611.41** | Employee Health Insurance |
| 4/4/23 | $ 13,270.09 | |
| 5/3/23 | $ 17,196.23 | |
| 6/6/23 | $ 1,145.09 | |
| **West Pacific Drilling, Inc** | **$ 490,255.20** | Supplier/Vendor |
| 3/16/23 | $ 58,833.60 | |
| 4/13/23 | $ 34,233.60 | |
| 5/2/23 | $ 113,709.60 | |
| 5/8/23 | $ 283,478.40 | |
| **Grand Total** | **$ 6,231,110.74** | |