## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>      Debtor. | Chapter 11<br><br>Bankruptcy No. 23-00484 |
| BDC Group Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>Breakout Capital, LLC; Green Note Capital Partners SPV LLC, KYF Global Partners, Marlin Capital Solutions (n/k/a PEAC Solutions); Kyle Enterprises, LLC; and Sheets Sterling, Inc.<br><br>      Defendants. | Adversary No. 23-09042<br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

The undersigned hereby enters his appearance on behalf of Creditor, Green Note Capital Partners SPV LLC.

Pursuant to Federal Rule of Bankruptcy Procedure 2002 the undersigned hereby requests that copies of all papers and notices served in this case be sent to the undersigned:

Evan Lincoln Moscov
P.O. Box 8305
Waukegan, IL 60079
evan.moscov@moscovlaw.com

/s/Evan Lincoln Moscov
Evan Lincoln Moscov
AT0011167
P.O. Box 8305
Waukegan, IL 60079
Telephone: 312.969.1977
Email: evan.moscov@moscovlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2023 the Notice of Appearance and Request for Notice was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to all parties and counsel participating in the CM/ECF System.

/s/Evan Lincoln Moscov
Evan Lincoln Moscov