### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Chapter 11 Bankruptcy<br>Case No. 23-00484<br><br>**EXHIBIT AND WITNESS LIST**<br><br>Hearing Date: October 26, 2023 |

Creditor Keystone Savings Bank provides the following amended list and identifications. By filing and serving this document, Keystone Savings Bank does not waive and instead reserves any and all arguments, rights, and theories to which it is entitled.

### WITNESSES

Keystone Savings Bank designates the following witnesses to testify at trial:

- Designated Representative of the Unsecured Creditor's Committee.

- Todd Shores.

- Dennis Bruce (reserves the right to call if Mr. Bruce appears at the hearing).

- Any witness necessary to lay foundation or authenticate an exhibit, listed or called by another party, to refute or respond to unanticipated evidence offered by another party, or for impeachment or rebuttal purposes.

### EXHIBITS

Keystone Savings Bank designates the following exhibits for offering or use at trial:

| | **Keystone Savings Bank's Exhibits** | Objections [Cite Fed. R. Evid.] | Offered | Admit/ Not Admitted (A)-(NA) |
|---|---|---|---|---|
| 101 | Proof of Claim 77 | | | |
| 102 | Loan Payoffs | | | |
| 103 | Promissory Notes | | | |
| 104 | Select Security Agreements | | | |

| | | | | |
|---|---|---|---|---|
| 105 | Select UCC Filings | | | |
| 106 | Loan Assignment Agreement | | | |
| 107 | Manchester Leasing Correspondence re Confirmation of Cure Payment | | | |
| 108 | [Placeholder] DIP Budget Through 2023 Year End | | | |
| 109 | [Placeholder] Records Declaration if Needed | | | |
| | | | | |
| | | | | |

Keystone Savings Bank reserves the right to introduce any and all exhibits designated by the Debtor or any party in interest and any and all documents disclosed by the Debtor or any party in interest and deemed to be necessary in rebuttal or sur-rebuttal or for impeachment of any testimony or documents offered at trial. Keystone Savings Bank may use a declaration under Federal Rules of Evidence 5.803(6), 5.902(11), or 5.902(12) to establish foundation for records of regularly-conducted activities.

Dated: October 12, 2023

Respectfully Submitted,

SIMMONS PERRINE MOYER BERGMAN PLC

/s/ Abram V. Carls
Abram V. Carls, AT0011818
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Facsimile: 319-366-1917
acarls@spmblaw.com
ATTORNEYS FOR KEYSTONE SAVINGS BANK

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 12, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

/s/ Abram V. Carls