# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| In re: | Chapter 11 |
|---|---|
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **COMMITTEE'S EXHIBIT AND WITNESS LIST** |
| | **Hearing Date: October 26, 2023** |

The Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor") submits the following Exhibit and Witness List in advance of the October 26, 2023 hearing on: (1) the Joint Motion for Relief from Automatic Stay (ECF No. 209); (2) First Interim Fee Application of Smith Gambrell & Russell (ECF No. 192); and (3) Motion to Revise, or to Amend (ECF No. 207).

## EXHIBITS

| Exh. | Brief Description | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 201 | Revised DIP Budget (ECF 126) | | | | | | |
| 202 | [Placeholder] Final DIP budget | | | | | | |
| 203 | [Placeholder] Accounts payable aging report | | | | | | |
| 204 | [Placeholder] Accounts receivable aging report | | | | | | |
| 205 | [Placeholder] Debtor's liquidation analysis | | | | | | |
| 206 | [Placeholder] Current DIP loan variance report | | | | | | |
| 207 | [Placeholder] Debtor's September 2023 monthly operating report | | | | | | |

*The Committee is seeking documents from the Debtor and Keystone Savings Bank relevant to the issues raised in the lift stay motion and will supplement this list if and when relevant documents are produced to the Committee.

## WITNESSES

1. Dennis Bruce

2. Todd Shores

3. Designated representative of Keystone Savings Bank

4. Any witness necessary to lay foundation or authenticate evidence.

5. Any witness necessary for rebuttal or impeachment purposes.

Dated: October 12, 2023  **SMITH GAMBRELL & RUSSELL LLP**

By: /s/ Elizabeth L. Janczak
    One of Its Attorneys

Shelly A. DeRousse*
Elizabeth L. Janczak*
Tonita M. Helton (Iowa Bar No. AT0009125)
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312.360.6520
Email: sderousse@sgrlaw.com
      ejanczak@sgrlaw.com
      thelton@sgrlaw.com
*Admitted pro hac vice

*Counsel for Official Committee of Unsecured Creditors of BDC Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2023, the *Committee's Exhibit and Witness List* was served electronically upon those parties receiving electronic notification through the Court's CM/ECF system.

                                                      /s/ Elizabeth L. Janczak