**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| IN RE: | Chapter 11 |
| --- | --- |
| BDC Group, Inc., <br>     Debtor-in-Possession. | Bankruptcy No. 23-00484 <br><br> CONSENT ORDER GRANTING DEBTOR'S MOTION TO ASSUME CERTAIN LEASES WITH MANCHESTER LEASING SERVICES, INC. |

The matters before the Court are the Debtor's Motion to Assume and Reject Unexpired Leases (Docket #204) and the Limited Objection thereto filed by Manchester Leasing Services, Inc. ("MLS") (Docket #211). Previously the Court entered an Order on September 28, 2023, granting the Debtor's Motion in part as to the rejection of certain unexpired leases with MLS., and granting Manchester Leasing Services, Inc., relief from the automatic stay to recover the property subject to such rejected leases (Docket #220).

The Court, being advised that the Debtor has made certain payments to Manchester Leasing, Inc., to partially cure the amounts in default with respect to the leases that the Debtor desires to assume, those payments consisting of $6667.35 received by MLS on October 2, 2023, and another payment of $18,409.75 on October 12, 2023. Accordingly, the amount remaining owing to MLS on the leases to be assumed consists of two (2) months' lease payments on the leases, which total $6667.35 per month, or $13,334.70 in total, which MLS has agreed to defer by extending the term of each of the leases to be assumed for two (2) additional months so as to recover the

delinquent monthly payments outstanding. The Debtor has agreed to execute modifications or other amendments to the lease agreements concerning the leases to be assumed to reflect the additional two month term extension, as required by MLS as part of the agreed upon resolution.

Based on the foregoing resolution, and MLS consent to the same as indicated by its approval of this Consent Order,

IT IS ORDERED that the Debtor's Motion to Assume Unexpired Leases with MLS is GRANTED.

The following lease accounts between the Debtor and MLS shall be deemed to be ASSUMED by the Debtor:

| Lease/Contract # | POC # | Leased Equipment |
|---|---|---|
| 1354 | 35 | 2019 Dodge Ram 3500 Tradesman (VIN3C63R3GL6KG553021 |
| 1377 | 36 | 2019 Dodge Ram 3500 Tradesman (VIN3C63R3GL6KG51578) |
| 1414 | 37 | 2019 Dodge Ram 3500 Tradesman (VIN3C63R3CL1KG658913) |
| 1461 | 40 | 2018 DitchWitch JT10 (Serial #DWPJT10XKJ0000507) and attachments |
| 1464 | 43 | 2019 Ditch Witch HX30 (Serial #DWPHX30XCK0000302) |
| 1465 | 44 | 2019 Ditch Witch HX30 (Serial# DWPHX30XAK0000402) |

The Debtor is further directed to execute any lease modification or amendment required by MLS to reflect the extension of the lease terms of the foregoing assumed leases for two (2) additional months per the agreement of the parties.

The hearing on October 13, 2023 set for this matter is hereby canceled.

Dated and Entered:

October 13, 2023

Thad J. Collins
Chief Bankruptcy Judge

Agreed to Form and Content:

____/s/Terry L. Gibson_____
Terry L. Gibson, Counsel to Manchester Leasing Services, Inc.

_____/s/ Austin J. Peiffer____
Austin J. Peiffer, Ag & Business Legal Strategies,
Counsel to the Debtor-in-Possession.