# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| IN RE: | Chapter 11 |
|---|---|
| BDC Group, Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | AMENDMENT TO MAILING MATRIX |

COMES NOW the Debtor-in-Possession, BDC Group, Inc., through its undersigned counsel, and hereby respectfully requests this Court add the following addresses to this case's mailing matrix pursuant to L.R. 1007-2(b) and the matrix requirements set forth on the Court's website:

| | |
|---|---|
| ABB (Fastwyre)<br>1605 Washington St<br>Blair, NE 68008 | Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402 |
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM 87106 | Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA 52406-3060 |
| Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Arizona Department of Revenue<br>Attn. Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 |
| AT&T Services, Inc.<br>Attn: Contract Admin<br>14575 Presidio Square Blvd.<br>Houston, TX 77083 | Bid2win Software, Inc.<br>a/k/a B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801 |
| Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003 | Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613 |
| Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404 | Chantilly Crushed Stone Inc.<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| City of Cedar Rapids<br>Attn. Rebecca Johnson, Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402 |

| | |
|---|---|
| Coastal Communications<br>5841 Edison Place<br>Suite 200<br>Carlsbad, CA 92008 | Commercial Group Realty<br>Attn: Shahram Ghaffarkhan<br>11990 Market Street, Unit 501<br>Reston, VA 20190 |
| Comptroller of Maryland<br>Revenue of Admin Div.<br>110 Carroll St.<br>Annapolis, MD 21411-0001<br>Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19801-8300 | Department of Workforce Development<br>Unemployment Insurance Division<br>Collections – Tax<br>PO Box 8914<br>Madison, WI 53708 |
| DTCenter 1, Bldg C UOA<br>c/o CGR Comm. Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166 | Fin & Fern LLC<br>126 19th St. SW<br>Cedar Rapids, IA 52405 |
| Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082 |
| GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401 | Imon Communications, LLC<br>101 3rd Ave. SW, Suite 400<br>Cedar Rapids, IA 52404 |
| ImOn Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | Imperial Crane Services, Inc.<br>7500 W. Imperial Drive<br>Bridgeview, IL 60455 |
| Kramer Well Drilling, LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895 | Konica Minolta Business Solutions USA<br>c/o U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 |
| KYF Global Partners, LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724<br>Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0005 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202 |
| Mediacom Communications Corporation<br>Attn. Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL 32563 | Mediacom Legal Department<br>1 Mediacom Way<br>Mediacom Park, NY 10918 |

| | |
|---|---|
| Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA 52402 | NinjaOne<br>3687 Tampa Road<br>Suite 200<br>Oldsmar, FL 34677 |
| Pennsylvania Department of Revenue<br>PO Box 280904<br>Harrisburg, PA 17128-0904 | Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302 |
| Summit IG<br>Attn: Lee Grant, VP & General Counsel<br>22365 Broderick Drive, Suite 250<br>Sterling, VA 20166 | SummitIG, LLC<br>22375 Broderick Drive<br>Suite 165<br>Sterling, VA 20166 |
| Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor, Ste 500<br>500 Deaderick St.<br>Nashville, TN 37242-1099 | Tier 1 Tower Services LLC<br>955 16th Ave.<br>Marion, IA 52302 |
| United Healthcare<br>Atlanta, GA 30374-0376 | Unite Private Networks<br>120 W 12th Street<br>Floor 11<br>Kansas City, MO 64105 |
| USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332 | Veerabhadra R. Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantially, VA 20151 |
| Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147 | Watts Electric Company<br>13351 Dover St.<br>Waverly, NE 68462 |
| Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Zayo Group LLC<br>1805 29th Street<br>Suite 2050<br>Boulder, CO 80301 |

*(Signature block on next page.)*

Dated this 17th day of October, 2023.

                                              Respectfully submitted,

                                              AG & BUSINESS LEGAL STRATEGIES

                                              /s/ Austin Peiffer
                                              Austin J. Peiffer AT0014402
                                              P.O. Box 11425
                                              Cedar Rapids, Iowa 52410-1425
                                              Telephone:  (319) 363-1641
                                              Fax:           (319) 200-2059
                                              Email:       austin@ablsonline.com
                                              ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of October, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

                                                            Signed: /s/ Leah M. Watson