**BDC Group Inc**
**Post-Petition AR**
**As of 10/13/23**
**Sorted by the expected week ending date BDC anticpates payment**
**The total of Chart A and B is $1,011,991 which I would say is our De Facto AR**

### Chart A

| Class | Post-Petition | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sum of Total AR | Column Labels | | | | | | | | | |
| Division/Customer | 10/13/2023 | 10/20/2023 | 10/27/2023 | 11/3/2023 | 11/10/2023 | 11/17/2023 | 11/24/2023 | 12/1/2023 | 12/8/2023 | Grand Total |
| **ODS** | $52,570 | $24,070 | $69,796 | $20,264 | $2,195 | | $9,841 | | | $178,736 |
| City of Cedar Rapids. | | $5,345 | $5,253 | $3,872 | $2,195 | | $9,841 | | | $26,506 |
| ImOn Communications | | | $4,248 | $3,788 | | | | | | $8,036 |
| Mediacom Communications Corp | $52,570 | $18,725 | $57,765 | $12,604 | | | | | | $141,665 |
| Shive-Hattery | | | $2,530 | | | | | | | $2,530 |
| **OSP-IA** | | | $239,474 | | | $111,073 | | | $139,338 | $489,884 |
| Zayo Group, LLC | | | $239,474 | | | $111,073 | | | $139,338 | $489,884 |
| **TSD** | | $33,037 | $26,758 | | | $24,646 | | $19,371 | | $103,812 |
| City of Bainbridge | | $33,037 | | | | | | | | $33,037 |
| Clear Lake Indep Telephone Co | | | $26,758 | | | | | | | $26,758 |
| United Services, Inc. | | | | | | $24,646 | | | | $24,646 |
| Verizon Business | | | | | | | | $19,371 | | $19,371 |
| **Grand Total** | $52,570 | $57,108 | $336,027 | $20,264 | $2,195 | $135,719 | $9,841 | $19,371 | $139,338 | $772,432 |

**BDC Group Inc**
**Future AR Dollars that BDC is awaiting approval to invoice, jobs are complete**
**As of 10/13/23**
**Sorted by the expected week ending date BDC anticpates payment once we can invoice**

### Chart B

| Customer | 10/13/2023 | 10/20/2023 | 10/27/2023 | 11/3/2023 | 11/10/2023 | 11/17/2023 | 11/24/2023 | 12/1/2023 | 12/8/2023 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Mediacom Communications Corp | | | $42,229 | $63,174 | $50,771 | $83,385 | | | | $239,559 |
| **Grand Total** | $0 | $0 | $42,229 | $63,174 | $50,771 | $83,385 | $0 | $0 | $0 | $239,559 |

**BDC Group Inc**
**Post-Petition AR**
**As of 10/13/23**
**Aging Buckets of days past due**

### Chart C

| Class | Post-Petition | | | |
|---|---|---|---|---|
| Sum of Total AR | Column Labels | | | |
| Row Labels | Current | 1 to 30 days | 31 to 60 days | Grand Total |
| **ODS** | $133,311 | $31,358 | $14,067 | $178,736 |
| City of Cedar Rapids. | $26,506 | | | $26,506 |
| ImOn Communications | $8,036 | | | $8,036 |
| Mediacom Communications Corp | $96,240 | $31,358 | $14,067 | $141,665 |
| Shive-Hattery | $2,530 | | | $2,530 |
| **OSP-IA** | $373,763 | $116,121 | | $489,884 |
| Zayo Group, LLC | $373,763 | $116,121 | | $489,884 |
| **TSD** | $70,774 | | $33,037 | $103,812 |
| City of Bainbridge | | | $33,037 | $33,037 |
| Clear Lake Indep Telephone Co | $26,758 | | | $26,758 |
| United Services, Inc. | $24,646 | | | $24,646 |
| Verizon Business | $19,371 | | | $19,371 |
| **Grand Total** | $577,849 | $147,479 | $47,104 | $772,432 |