**BDC Group Inc**
**AP- Post-Petition**
**As of 10/13/23**

| class | (All) |
|---|---|

| Row Labels | Sum of Billings | Sum of Total AP | % of Total AP | Excess Cash Billings less AP |
|---|---|---|---|---|
| Billed & Paid | | $93,808 | 15.4% | ($93,808) |
| Billed Not Paid | $596,583 | $335,462 | 54.9% | $261,121 |
| Production Packet Sent | $89,777 | $57,140 | 9.4% | $32,637 |
| Not Billed | $187,876 | $99,247 | 16.2% | $88,629 |
| Pre-Petition Billed | | $2,000 | 0.3% | ($2,000) |
| Non Billable | | $23,192 | 3.8% | ($23,192) |
| **Grand Total** | **$874,236** | **$610,849** | 100.0% | $263,388 |

Not billed is not in AR or Production Packet Status