| Description | New Forecast 10/20/2023 | New Forecast 10/27/2023 | New Forecast 11/3/2023 | New Forecast 11/10/2023 | New Forecast 11/17/2023 | New Forecast 11/24/2023 | New Forecast 12/1/2023 | New Forecast 12/8/2023 | New Forecast 12/15/2023 | New Forecast 12/22/2023 | New Forecast 12/29/2023 | New Forecast Jan-24 | New Forecast Feb-24 | New Forecast Mar-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Postpetition** DIP $700,000 | ($431,943) | ($488,643) | ($550,172) | ($528,324) | ($566,624) | ($490,195) | ($538,300) | ($466,957) | ($497,757) | ($451,590) | ($510,715) | ($476,542) | ($703,146) | ($901,676) |
| Outstanding Checks X2452 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Outstanding Deposit X2452 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Prepetition Debt & Wages** | | | | | | | | | | | | | | |
| Prepetition Gross Payroll Wages | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll FIT | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll FICA (EE) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll FICA (ER) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll State Withholdings | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Unemployment Tax | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Employee Garnishments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Keystone Debit Card *(Fuel & Incidentals)* | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Insurance—Medical/Life | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| General Prepetition Vendors/Subcontractors | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Postpetition Receivables** | | | | | | | | | | | | | | |
| Cash Receipts—Forecast OSP IA (net 60) | $0 | $0 | $116,470 | $0 | $0 | $0 | $228,579 | $0 | $0 | $0 | $0 | $0 | $52,000 | $78,000 |
| Cash Receipts—Forecast TSD (net 30–45) | $1,400 | $26,758 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $75,000 | $95,000 | $120,000 |
| Cash Receipts—Forecast ODS (net 30–45) | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 | $75,000 | $75,000 | $75,000 | $75,000 | $75,000 | $125,000 |
| **Postpetition Expenses Operations** | | | | | | | | | | | | | | |
| Court Trustee Fees | $0 | $0 | ($2,500) | $0 | $0 | $0 | $0 | ($2,500) | $0 | $0 | $0 | | | |
| Gross Payroll Wages, FICA (EE&ER) 401K (EE WH's and BDC Match) | $0 | ($110,000) | $0 | ($110,000) | $0 | ($110,000) | $0 | ($110,000) | $0 | ($110,000) | $0 | ($176,802) | ($172,298) | ($238,178) |
| Payroll Taxes and Unemployement Taxes not yet paid | ($105,533) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | |
| Auto ACH | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | | | |
| Keystone Debit Card *(Fuel & Incidentals)* | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($5,500) | ($6,100) | ($6,100) | ($6,100) |
| Insurance—Business | $0 | $0 | ($20,239) | $0 | $0 | $0 | ($20,239) | $0 | $0 | $0 | $0 | ($20,239) | ($20,239) | ($20,239) |
| Insurance—Medical/Dental/Vision | $0 | $0 | ($7,150) | $0 | $0 | $0 | ($7,150) | $0 | $0 | $0 | $0 | ($7,150) | ($7,150) | ($7,150) |
| Rent | $0 | $0 | ($14,250) | $0 | $0 | $0 | ($14,250) | $0 | $0 | $0 | $0 | ($14,250) | ($14,250) | ($14,250) |
| Moving Expenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| ABLS Professional Fee Escrow/Attorney Fees | ($10,000) | ($10,000) | ($10,000) | ($10,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($767) | ($767) | ($767) |
| Unsecured Creditors Committee Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounting Professional Escrow/Accounting Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($750) | ($750) | ($750) |
| Appraiser Professional Escrow | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | |
| SG&A Postpetition Software's, Utilities, Cell Phones | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($1,500) | ($8,900) | ($8,900) | ($8,900) |
| OSP Postpetition Vendors/Subcontractors | $0 | $0 | ($78,035) | $0 | $0 | $0 | ($153,148) | $0 | $0 | $0 | $0 | $0 | ($34,840) | ($52,260) |
| TSD Postpetition Vendors/Subcontractors | ($16,766) | ($18,730) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($52,500) | ($66,500) | ($84,000) |
| ODS Postpetition Vendors/Subcontractors | ($37,800) | ($37,800) | ($37,800) | ($37,800) | ($37,800) | ($37,800) | ($37,800) | ($37,800) | ($23,625) | ($23,625) | ($23,625) | ($23,625) | ($23,625) | ($39,375) |
| Fixed Asset Additions | | | | | | | | | | | | $0 | $0 | $0 |
| Receipts not paid on DIP | | | | | | | | | | | | | | |
| KSB DIP Interest | $0 | $0 | $0 | $0 | ($5,271) | $0 | $0 | $0 | ($4,708) | $0 | $0 | ($6,374) | ($5,962) | ($6,374) |
| **Postpetition Expenses Non-Operations** | | | | | | | | | | | | | | |
| Keystone Loans | $0 | $0 | ($19,929) | $0 | $0 | $0 | ($19,929) | $0 | $0 | $0 | $0 | ($19,929) | ($19,929) | ($19,929) |
| Keystone Pmi's | $0 | $0 | ($3,932) | $0 | $0 | $0 | ($3,932) | $0 | $0 | $0 | $0 | ($3,932) | ($3,932) | ($3,932) |
| Leases—Equipment-Court Definition | $0 | $0 | ($11,094) | $0 | $0 | $0 | ($11,094) | $0 | $0 | $0 | $0 | ($11,094) | ($11,094) | ($11,094) |
| Loan- Payments - Court Definition | $0 | $0 | ($9,193) | $0 | $0 | $0 | ($9,193) | $0 | $0 | $0 | $0 | ($9,193) | ($9,193) | ($5,048) |
| TSD & ODS Prepetition Vendors/Subcontractors | $0 | ($23,756) | $0 | $0 | $0 | ($19,805) | $0 | $0 | $0 | $0 | ($16,702) | ($15,000) | ($15,000) | ($15,000) |
| **Postpetition** DIP | ($488,643) | ($550,172) | ($528,324) | ($566,624) | ($490,195) | ($538,300) | ($466,957) | ($497,757) | ($451,590) | ($510,715) | ($476,542) | ($703,146) | ($901,676) | ($1,112,022) |
| | | | | | | | | | | | | | | |
| Weekly Total Revenues | $121,400 | $146,758 | $261,470 | $145,000 | $145,000 | $145,000 | $373,579 | $145,000 | $100,000 | $100,000 | $100,000 | $150,000 | $222,000 | $323,000 |
| Weekly Total Expenses- From Operations | ($178,100) | ($208,287) | ($239,622) | ($183,300) | ($68,571) | ($193,105) | ($302,235) | ($175,800) | ($53,833) | ($159,125) | ($65,827) | ($376,605) | ($420,529) | ($533,347) |
| Weekly Profit/Loss- From Operations | ($56,700) | ($61,529) | $21,848 | ($38,300) | $76,429 | ($48,105) | $71,344 | ($30,800) | $46,167 | ($59,125) | $34,173 | ($226,605) | ($198,529) | ($210,347) |
| | | | | | | | | | | | | | | |
| Cumulative Total Revenues | $2,484,660 | $2,631,418 | $2,892,888 | $3,037,888 | $3,182,888 | $3,327,888 | $3,701,467 | $3,846,467 | $3,946,467 | $4,046,467 | $4,146,467 | $150,000 | $372,000 | $695,000 |
| Cumulative Total Expenses | ($2,514,248) | ($2,722,535) | ($2,962,157) | ($3,145,457) | ($3,214,028) | ($3,407,133) | ($3,709,368) | ($3,885,168) | ($3,939,001) | ($4,098,126) | ($4,163,954) | ($376,605) | ($797,134) | ($1,330,480) |
| Cumulative Profit/Loss | ($29,588) | ($91,117) | ($69,269) | ($107,569) | ($31,140) | ($79,246) | ($7,902) | ($38,702) | $7,465 | ($51,660) | ($17,487) | ($226,605) | ($425,134) | ($635,480) |

| Description | New Forecast Apr-24 | New Forecast May-24 | New Forecast Jun-24 | New Forecast Jul-24 | New Forecast Aug-24 | New Forecast Sep-24 | New Forecast Oct-24 | New Forecast Nov-24 | New Forecast Dec-24 | Totals FY 2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Postpetition** DIP $700,000 | ($1,112,022) | ($1,110,466) | ($954,520) | ($717,816) | ($480,549) | ($306,001) | ($132,101) | ($3,890) | $2,110 | |
| Outstanding Checks X2452 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Outstanding Deposit X2452 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Prepetition Debt & Wages** | | | | | | | | | | |
| Prepetition Gross Payroll Wages | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll FIT | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll FICA (EE) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll FICA (ER) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Payroll State Withholdings | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Unemployment Tax | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepetition Employee Garnishments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Keystone Debit Card *(Fuel & Incidentals)* | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Insurance—Medical/Life | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| General Prepetition Vendors/Subcontractors | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Postpetition Receivables** | | | | | | | | | | |
| Cash Receipts—Forecast OSP IA (net 60) | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $260,000 | $2,815,049 |
| Cash Receipts—Forecast TSD (net 30–45) | $130,000 | $130,000 | $150,000 | $150,000 | $150,000 | $130,000 | $130,000 | $120,000 | $120,000 | $1,753,158 |
| Cash Receipts—Forecast ODS (net 30–45) | $375,000 | $600,000 | $700,000 | $700,000 | $700,000 | $600,000 | $525,000 | $325,000 | $200,000 | $6,185,000 |
| **Postpetition Expenses Operations** | | | | | | | | | | |
| Court Trustee Fees | | | | | | | | | | ($5,000) |
| Gross Payroll Wages, FICA (EE&ER) 401K (EE WH's and BDC Match) | ($238,732) | ($238,732) | ($223,531) | ($238,732) | ($302,360) | ($228,598) | ($238,732) | ($223,531) | ($233,665) | ($3,303,887) |
| Payroll Taxes and Unemployement Taxes not yet paid | | | | | | | | | | ($105,533) |
| Auto ACH | | | | | | | | | | ($11,000) |
| Keystone Debit Card *(Fuel & Incidentals)* | ($13,600) | ($13,600) | ($13,600) | ($13,600) | ($13,600) | ($13,600) | ($13,600) | ($13,600) | ($13,600) | ($201,200) |
| Insurance—Business | ($20,239) | ($20,239) | ($20,239) | ($20,239) | ($20,239) | ($20,239) | ($20,239) | ($20,239) | ($20,239) | ($283,350) |
| Insurance—Medical/Dental/Vision | ($7,150) | ($7,150) | ($7,150) | ($7,150) | ($7,150) | ($7,150) | ($7,150) | ($7,150) | ($7,150) | ($100,100) |
| Rent | ($14,250) | ($14,250) | ($14,250) | ($14,250) | ($14,250) | ($14,250) | ($14,250) | ($14,250) | ($14,250) | ($199,500) |
| Moving Expenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| ABLS Professional Fee Escrow/Attorney Fees | ($767) | ($767) | ($767) | ($767) | ($767) | ($767) | ($767) | ($767) | ($767) | ($49,200) |
| Unsecured Creditors Committee Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounting Professional Escrow/Accounting Fees | ($750) | ($750) | ($750) | ($750) | ($750) | ($750) | ($750) | ($750) | ($750) | ($9,000) |
| Appraiser Professional Escrow | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| SG&A Postpetition Software's, Utilities, Cell Phones | ($8,900) | ($8,900) | ($8,900) | ($8,900) | ($8,900) | ($8,900) | ($8,900) | ($8,900) | ($8,900) | ($123,304) |
| OSP Postpetition Vendors/Subcontractors | ($174,200) | ($174,200) | ($174,200) | ($174,200) | ($174,200) | ($174,200) | ($174,200) | ($174,200) | ($174,200) | ($1,886,083) |
| TSD Postpetition Vendors/Subcontractors | ($91,000) | ($91,000) | ($105,000) | ($105,000) | ($105,000) | ($91,000) | ($91,000) | ($84,000) | ($84,000) | ($1,242,997) |
| ODS Postpetition Vendors/Subcontractors | ($118,125) | ($189,000) | ($220,500) | ($220,500) | ($220,500) | ($189,000) | ($165,375) | ($102,375) | ($63,000) | ($1,948,275) |
| Fixed Asset Additions | ($15,000) | ($15,000) | ($25,000) | ($25,000) | ($25,000) | ($25,000) | ($10,000) | ($7,500) | ($5,000) | ($152,500) |
| Receipts not paid on DIP | | | | | | | | | | |
| KSB DIP Interest | ($5,727) | ($5,463) | ($4,406) | ($3,642) | ($2,732) | ($2,643) | ($2,732) | ($2,643) | ($2,732) | ($61,409) |
| **Postpetition Expenses Non-Operations** | | | | | | | | | | |
| Keystone Loans | ($19,929) | ($19,929) | ($19,929) | ($19,929) | ($19,929) | ($19,929) | ($19,929) | ($19,929) | ($178,535) | ($397,752) |
| Keystone Pmi's | ($3,932) | ($3,932) | ($3,932) | ($3,932) | ($3,932) | ($3,932) | ($3,932) | ($3,932) | ($3,932) | ($47,189) |
| Leases—Equipment-Court Definition | ($11,094) | ($11,094) | ($11,094) | ($11,094) | ($11,094) | ($11,094) | ($11,094) | ($11,094) | ($11,094) | ($133,127) |
| Loan- Payments - Court Definition | ($5,048) | ($5,048) | ($5,048) | ($5,048) | ($5,048) | ($5,048) | ($4,139) | ($4,139) | ($3,269) | ($65,271) |
| TSD & ODS Prepetition Vendors/Subcontractors | ($15,000) | ($15,000) | ($15,000) | $0 | $0 | $0 | $0 | $0 | $0 | ($90,000) |
| **Postpetition** DIP | ($1,110,466) | ($954,520) | ($717,816) | ($480,549) | ($306,001) | ($132,101) | ($3,890) | $2,110 | ($242,972) | |
| | | | | | | | | | | **New Fcst FY 2024** |
| Weekly Total Revenues | $765,000 | $990,000 | $1,110,000 | $1,110,000 | $1,110,000 | $990,000 | $915,000 | $705,000 | $580,000 | $10,753,207 |
| Weekly Total Expenses- From Operations | ($763,444) | ($834,054) | ($873,296) | ($872,733) | ($935,451) | ($816,101) | ($786,789) | ($699,000) | ($825,082) | ($10,415,676) |
| Weekly Profit/Loss- From Operations | $1,556 | $155,946 | $236,704 | $237,267 | $174,549 | $173,899 | $128,211 | $6,000 | ($245,082) | $337,531 |
| | | | | | | | | | | |
| Cumulative Total Revenues | $1,460,000 | $2,450,000 | $3,560,000 | $4,670,000 | $5,780,000 | $6,770,000 | $7,685,000 | $8,390,000 | $8,970,000 | |
| Cumulative Total Expenses | ($2,093,924) | ($2,927,978) | ($3,801,274) | ($4,674,007) | ($5,609,459) | ($6,425,559) | ($7,212,348) | ($7,911,348) | ($8,736,430) | |
| Cumulative Profit/Loss | ($633,924) | ($477,978) | ($241,274) | ($4,007) | $170,541 | $344,441 | $472,652 | $478,652 | $233,570 | |