| 10/05/2023 07:24:30 AM | BDC Group | Page 1 of 2 |

**Balance Sheet**
**As of 06/13/23**

## Assets
**Current Assets**

| | | |
|---|---|---:|
| | 10004 - KSB Checking x2452 | (8,075.43) |
| | 10006 - Keystone Debit Cards X2633 | 18,312.77 |
| | 11000 - Accounts Receivable | 1,885,334.79 |
| | 12100 - Inventory - (Consumables) | 247,527.21 |
| | 12150 - Revenue Receivable (% Complete | 1,084,746.40 |
| | 12400 - Retainage Receivable | 1,453,397.24 |
| | 12500 - Deposits | 19,760.00 |
| | 12550 - Prepaid Insurance | 144,937.16 |
| | 14500 - Prepaid Expenses | 385,143.40 |
| **Total Current Assets** | | 5,231,083.54 |

**Fixed Assets**

| | | |
|---|---|---:|
| | 15000 - Furniture and Fixtures | 27,134.91 |
| | 15100 - Equipment | 2,618,040.42 |
| | 15200 - Vehicles | 1,442,160.43 |
| | 15500 - Trailers | 209,823.37 |
| | 15999 - Less Accumulated Depreciation | (2,144,566.79) |
| **Total Fixed Assets** | | 2,152,592.34 |

| | **Total Assets** | 7,383,675.88 |
|---|---:|---:|

## Liabilities
**Current Liabilities**

| | | |
|---|---|---:|
| | 20000 - Accounts Payable | 3,388,761.54 |
| | 20500 - Accrual Liquid Capital | 1,145,000.00 |
| | 21000 - Capital One Credit Card | 259,155.46 |
| | 21005 - Cost in excess of billings | 409,712.00 |
| | 21100 - Divvy Credit Card | 153,814.23 |
| | 22000 - Federal & FICA Withholding | 207,800.55 |
| | 22100 - State Withholding | 97,991.19 |
| | 22200 - Unemployment Tax Payable | 33,488.09 |
| | 22210 - Retainage Payable | 1,348,536.04 |
| | 22250 - Garnishment Payable | 236.50 |
| | 22259 - Accrued Payroll | 63,419.74 |
| | 22260 - Accured PTO | 42,172.92 |
| | 22353 - Breakout Capital Funding Note | 653,554.12 |
| | 22354 - KYF Capital Funding Note | 428,369.69 |
| | 22358 - Green Note Capital | 888,126.50 |
| | 22399 - Current Portion of L-T Debt | 980,548.88 |
| **Total Current Liabilities** | | 10,100,687.45 |

**Long-Term Liabilities**

| | | |
|---|---|---:|
| | 22350 - KSB XXXX Term Note 10/2022 | 1,067,142.40 |
| | 22351 - KSB XXXX LOC $1,500K 10/22 | 1,385,044.02 |
| | 25307 - DW-379-2679979-001- JT 20 Dril | 126,183.63 |
| | 25310 - ECICOG Vehicle Loan | 146,912.58 |
| | 25311 - CAT Tele Handler 3102-000 | 6,806.98 |
| | 25312 - CAT 4 - 16' Trailers 1948-000 | 16,887.38 |
| | 25313 - GS L0003 2019 Ram 2500 | 18,509.15 |

| | | |
|---|---|---:|
| 10/05/2023 07:24:30 AM | BDC Group | Page 2 of 2 |

**BDC Group**
**Balance Sheet**
**As of 06/13/23**

| | |
|---|---:|
| 25314 - GS 91000 Equip Loan | 31,796.45 |
| 25315 - GS 91001 3 Trucks | 53,795.08 |
| 25316 - GS 91002 4 Trucks | 62,978.69 |
| 25317 - SBA- EIDL LOAN 2020 $150K | 500,000.00 |
| 25318 - JDF 1 35G Ex 8830 | 22,434.32 |
| 25319 - GS 91003 3 Trucks | 65,894.51 |
| 25320 - JDF VA EX & Trail 0125 | 15,294.20 |
| 25321 - JDF 2 17G Ex 0306 | 16,358.25 |
| 25322 - JDF 2 Trail 6594 | 5,947.34 |
| 25323 - ECICOG -77-02-01 | 57,792.94 |
| 25324 - 2021 GMC Sierra | 36,302.97 |
| 25399 - Less: Current Portion L-T Debt | (980,548.88) |
| 25400 - AT 40 Drill Keystone Bank | 618,741.20 |
| 25401 - Manchester Leasing | 189,170.08 |
| 25402 - Ally Financing- Asset 1040 | 46,024.61 |
| 25403 - Ally Financing- Asset 1041 | 43,711.01 |
| 25405 - JDF Account ending in 8448 | 38,289.20 |
| 25406 - JDF Account ending in 9177 | 28,029.20 |
| 25407 - JDF Account ending in 9176 | 26,692.07 |
| 25408 - Plumettaz -SuperJet | 32,667.80 |
| **Total Long-Term Liabilities** | **3,678,857.18** |
| | |
| **Total Liabilities** | **13,779,544.63** |

**Capital**

| | |
|---|---:|
| 30100 - Capital Stock | 1,000.00 |
| 30200 - Paid in Capital | 324,416.58 |
| 30500 - Opening Equity | 145,805.31 |
| 32000 - Retained Earnings | (2,658,546.77) |
| Net Profit (Loss) | (4,208,543.87) |
| **Total Capital** | **(6,395,868.75)** |
| | |
| **Total Liabilities & Capital** | **7,383,675.88** |

| 10/04/2023 09:46:53 AM | BDC Group | Page 1 of 2 |

**Balance Sheet**
**As of 09/30/23**

### Assets
**Current Assets**

| | |
|---|---:|
| 1007 - KSB Chkg X2661 Pre-Petition | 721,230.85 |
| 1009 - KSB Chkg X2660 Post Petition | 58,548.42 |
| 10004 - KSB Checking x2452 | (3,167.47) |
| 11000 - Accounts Receivable | 1,903,770.41 |
| 12100 - Inventory - (Consumables) | 8,160.00 |
| 12150 - Revenue Receivable (% Complete | 763,310.02 |
| 12400 - Retainage Receivable | 1,512,076.60 |
| 12500 - Deposits | 25,860.00 |
| 12550 - Prepaid Insurance | 87,534.97 |
| 14500 - Prepaid Expenses | 70,636.50 |
| **Total Current Assets** | **5,147,960.30** |

**Fixed Assets**

| | |
|---|---:|
| 15000 - Furniture and Fixtures | 27,134.91 |
| 15100 - Equipment | 2,618,040.42 |
| 15200 - Vehicles | 1,442,160.43 |
| 15500 - Trailers | 209,823.37 |
| 15999 - Less Accumulated Depreciation | (2,368,624.79) |
| **Total Fixed Assets** | **1,928,534.34** |

| **Total Assets** | **7,076,494.64** |
|---|---:|

### Liabilities
**Current Liabilities**

| | |
|---|---:|
| 20000 - Accounts Payable | 3,872,269.68 |
| 20500 - Accrual Liquid Capital | 1,145,000.00 |
| 21000 - Capital One Credit Card | 259,155.46 |
| 21005 - Cost in excess of billings | 37,152.00 |
| 21100 - Divvy Credit Card | 153,814.23 |
| 22000 - Federal & FICA Withholding | 288,279.66 |
| 22100 - State Withholding | 112,333.31 |
| 22200 - Unemployment Tax Payable | 44,200.13 |
| 22210 - Retainage Payable | 1,413,853.91 |
| 22250 - Garnishment Payable | 236.50 |
| 22259 - Accrued Payroll | 36,275.81 |
| 22260 - Accured PTO | 24,029.78 |
| 22353 - Breakout Capital Funding Note | 653,554.12 |
| 22354 - KYF Capital Funding Note | 428,369.69 |
| 22358 - Green Note Capital | 888,126.50 |
| 22399 - Current Portion of L-T Debt | 980,548.88 |
| **Total Current Liabilities** | **10,337,199.66** |

**Long-Term Liabilities**

| | |
|---|---:|
| 22350 - KSB XXXX Term Note  10/2022 | 1,067,142.40 |
| 22351 - KSB XXXX LOC $1,500K 10/22 | 1,384,662.51 |
| 25307 - DW-379-2679979-001- JT 20 Dril | 126,183.63 |
| 25310 - ECICOG Vehicle Loan | 146,912.58 |
| 25311 - CAT Tele Handler 3102-000 | 6,806.98 |
| 25312 - CAT 4 - 16' Trailers 1948-000 | 16,887.38 |

10/04/2023 09:46:53 AM  BDC Group  Page 2 of 2

**Balance Sheet**
**As of 09/30/23**

| | |
|---|---:|
| 25313 - GS L0003 2019 Ram 2500 | 18,509.15 |
| 25314 - GS 91000 Equip Loan | 31,796.45 |
| 25315 - GS 91001 3 Trucks | 53,795.08 |
| 25316 - GS 91002 4 Trucks | 62,978.69 |
| 25317 - SBA- EIDL LOAN 2020 $150K | 500,000.00 |
| 25318 - JDF 1 35G Ex 8830 | 22,434.32 |
| 25319 - GS 91003 3 Trucks | 65,894.51 |
| 25320 - JDF VA EX & Trail 0125 | 15,294.20 |
| 25321 - JDF 2 17G Ex 0306 | 16,358.25 |
| 25322 - JDF 2 Trail 6594 | 5,947.34 |
| 25323 - ECICOG -77-02-01 | 57,792.94 |
| 25324 - 2021 GMC Sierra | 36,302.97 |
| 25399 - Less: Current Portion L-T Debt | (980,548.88) |
| 25400 - AT 40 Drill Keystone Bank | 618,741.20 |
| 25401 - Manchester Leasing | 189,170.08 |
| 25402 - Ally Financing- Asset 1040 | 46,024.61 |
| 25403 - Ally Financing- Asset 1041 | 43,711.01 |
| 25405 - JDF Account ending in 8448 | 38,289.20 |
| 25406 - JDF Account ending in 9177 | 28,029.20 |
| 25407 - JDF Account ending in 9176 | 26,692.07 |
| 25408 - Plumettaz -SuperJet | 32,667.80 |
| 25409 - KSB DIP LOC X1727 06/23 | 691,380.03 |
| **Total Long-Term Liabilities** | **4,369,855.70** |
| | |
| **Total Liabilities** | **14,707,055.36** |

**Capital**

| | |
|---|---:|
| 30100 - Capital Stock | 1,000.00 |
| 30200 - Paid in Capital | 324,416.58 |
| 30500 - Opening Equity | 145,805.31 |
| 32000 - Retained Earnings | (2,658,546.77) |
| Net Profit (Loss) | (5,443,235.84) |
| **Total Capital** | **(7,630,560.72)** |
| | |
| **Total Liabilities & Capital** | **7,076,494.64** |

**BDC GROUP, INC**
**CONSOLIDATED BALANCE SHEET**
**Monthly 2024**
*PLEASE NOTE THAT BEGINNING EQUITY IS A PLUG NUMBER NOT SURE WHAT NEWCO BEGINNING BALANCE SHEET WILL BE AS IT RELATES TO EQUITY*

| ASSETS | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current Assets | | | | | | | | | | | | | |
| Cash | | - | - | - | - | - | - | - | - | - | - | 2,110 | - |
| Trade receivables, net | | 531,452 | 582,586 | 446,129 | 1,090,000 | 1,272,581 | 1,445,000 | 1,398,387 | 1,398,387 | 1,315,000 | 1,200,000 | 1,025,000 | 870,968 |
| % Cost Complete | | 318,871 | 349,552 | 267,677 | 654,000 | 763,548 | 867,000 | 839,032 | 839,032 | 789,000 | 720,000 | 615,000 | 522,581 |
| Inventories | | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| **Total current assets** | | 870,323 | 952,138 | 733,806 | 1,764,000 | 2,056,129 | 2,332,000 | 2,257,419 | 2,257,419 | 2,124,000 | 1,940,000 | 1,662,110 | 1,413,548 |
| | | | | | | | | | | | | | |
| Property and equipment | | 2,083,790 | 2,083,790 | 2,083,790 | 2,098,790 | 2,113,790 | 2,138,790 | 2,163,790 | 2,188,790 | 2,213,790 | 2,223,790 | 2,231,290 | 2,236,290 |
| Less accumulated depreciation | | (1,609,224) | (1,643,319) | (1,677,414) | (1,711,509) | (1,745,603) | (1,779,371) | (1,813,134) | (1,841,097) | (1,869,060) | (1,897,022) | (1,924,555) | (1,952,088) |
| | | 474,566 | 440,471 | 406,376 | 387,281 | 368,187 | 359,419 | 350,656 | 347,693 | 344,730 | 326,768 | 306,735 | 284,202 |
| | | | | | | | | | | | | | |
| Cash value of life insurance | | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Assets | | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **TOTAL ASSETS** | | 1,344,889 | 1,392,609 | 1,140,183 | 2,151,281 | 2,424,316 | 2,691,419 | 2,608,075 | 2,605,112 | 2,468,730 | 2,266,768 | 1,968,845 | 1,697,750 |
| | | | | | | | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | | | |
| Line of credit - beginning | | 476,542 | 703,147 | 901,676 | 1,112,023 | 1,110,466 | 954,521 | 717,816 | 480,550 | 306,001 | 132,102 | 3,890 | 0 |
| Borrowings (Payments) | | 226,605 | 198,529 | 210,347 | (1,556) | (155,946) | (236,704) | (237,267) | (174,549) | (173,899) | (2,102) | (3,890) | 242,972 |
| Total LINE OF CREDIT | | 703,147 | 901,676 | 1,112,023 | 1,110,466 | 954,521 | 717,816 | 480,550 | 306,001 | 132,102 | 3,890 | 0 | 242,973 |
| Accounts payable | | 374,073 | 399,712 | 386,189 | 678,025 | 652,161 | 726,400 | 702,968 | 702,968 | 673,900 | 629,298 | 576,775 | 520,065 |
| Accrued expenses | | 44,200 | 43,074 | 59,545 | 59,683 | 59,683 | 55,883 | 59,683 | 75,590 | 57,149 | 59,683 | 55,883 | 58,416 |
| Deferred Revenue | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total current liabilities** | | 1,121,420 | 1,344,463 | 1,557,756 | 1,848,174 | 1,666,365 | 1,500,099 | 1,243,200 | 1,084,559 | 863,151 | 692,872 | 632,658 | 821,453 |
| | | | | | | | | | | | | | |
| Long-term debt - Shareholder(ST) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt - Shareholder(LT) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt - EIDL | | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt - Equip & Vehicle Loan(LT) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt - Bank | | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,809,634 |
| Deferred Income Taxes | | - | - | - | - | - | - | - | - | - | - | - | - |
| | | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,988,169 | 1,809,634 |
| Stockholders' Equity | | | | | | | | | | | | | |
| Beginning equity | | (1,611,845) | (1,807,024) | (2,261,440) | (1,701,006) | (1,355,184) | (986,306) | (802,627) | (608,546) | (523,070) | (511,258) | (661,358) | (875,038) |
| Current year retained earnings | | (152,855) | (132,999) | (144,303) | 15,945 | 124,967 | 189,457 | 179,334 | 140,931 | 140,480 | 96,986 | 9,377 | (58,299) |
| | | (1,764,700) | (1,940,023) | (2,405,742) | (1,685,061) | (1,230,217) | (796,849) | (623,293) | (467,615) | (382,589) | (414,272) | (651,981) | (933,337) |
| Shareholder Contributions | | | | | | | | | | | | | |
| Distributions | | - | - | - | - | - | - | - | - | - | - | - | - |
| | | (1,764,700) | (1,940,023) | (2,405,742) | (1,685,061) | (1,230,217) | (796,849) | (623,293) | (467,615) | (382,589) | (414,272) | (651,981) | (933,337) |
| | | | | | | | | | | | | | |
| **TOTAL LIABILITES & EQUITY** | | 1,344,889 | 1,392,609 | 1,140,183 | 2,151,282 | 2,424,316 | 2,691,419 | 2,608,076 | 2,605,113 | 2,468,730 | 2,266,768 | 1,968,845 | 1,697,750 |
| | | (0) | 0 | 0 | (1) | (0) | (0) | (1) | (0) | (0) | (0) | (0) | 0 |
| | | | | | | | | | | | | | |
| Purchase of equipment, net | | - | - | - | (15,000) | (15,000) | (25,000) | (25,000) | (25,000) | (25,000) | (10,000) | (7,500) | (5,000) |
| *Potential Borrowing Base 75 % of AR* | | 398,589 | 436,940 | 334,597 | 817,500 | 954,435 | 1,083,750 | 1,048,790 | 1,048,790 | 986,250 | 900,000 | 768,750 | 653,226 |
| *Potential Borrowing Base 50 of % cost complete* | | 159,435 | 174,776 | 133,839 | 327,000 | 381,774 | 433,500 | 419,516 | 419,516 | 394,500 | 360,000 | 307,500 | 261,290 |
| *Total Borrowing Base* | | 558,024 | 611,716 | 468,435 | 1,144,500 | 1,336,210 | 1,517,250 | 1,468,306 | 1,468,306 | 1,380,750 | 1,260,000 | 1,076,250 | 914,516 |
| *Excess/(Deficient) Borrowing Base* | | (145,123) | (289,961) | (643,587) | 34,034 | 381,689 | 799,434 | 987,757 | 1,162,305 | 1,248,648 | 1,256,110 | 1,076,250 | 671,543 |
| | | | | | | | | | | | | | |
| Current Ratio Assumes LOC is current debt | | 0.78 | 0.71 | 0.47 | 0.95 | 1 23 | 1.55 | 1.82 | 2 08 | 2.46 | 2.80 | 2.63 | 1.72 |