# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC Group Inc.,<br><br>        Debtor-in-Possession. | Chapter 11<br><br>Bankruptcy No. 23-00484<br><br>ORDER GRANTING MOTION TO SET BAR DATE FOR NON-GOVERNMENTAL UNITS TO FILE A PROOF OF CLAIM |
|---|---|

The matter before the Court is the Debtor's Motion to Set Bar Date for Non-Governmental Units to File a Proof of Claim (Doc. 245).

IT IS ORDERED:

1. The Motion is GRANTED.
2. The bar date for non-governmental units to file a Proof of Claim is **October 31, 2023.**
3. Debtor will promptly serve a copy of the Amended Schedules (Doc. 235) and a Notice of Schedule Amendments advising creditors of the new deadline to file a Proof of Claim on the entire mailing matrix.

Dated and Entered:

October 18, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession