## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **ORDER GRANTING CONTESTED MOTION FOR RULE 2004 EXAM OF KEYSTONE SAVINGS BANK** |

This matter coming before the Court on the Contested Motion for Rule 2004 Exam of Keystone Savings Bank (the "Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor"), no objection having been filed within the time prescribed by Local Rule 2004-1(c)(2); IT IS THEREFORE ORDERED THAT:

1.      The Committee is authorized to issue the Rule 2004 subpoena attached to the Motion as Exhibit 3 upon Keystone Savings Bank by and through its counsel.

2.      Keystone Savings Bank is required to serve responsive documents to the Rule 2004 subpoena within 7 days of service of the Rule 2004 subpoena.

Dated and Entered:

October 18, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Elizabeth L. Janczak
Smith Gambrell & Russell LLP
Attorney for Committee