**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: <br><br> BDC Group Inc., <br><br>     Debtor-in-Possession. <br><br> EIN Ending in: 8533 | Chapter 11 <br><br> Bankruptcy No. 23-00484 <br><br> NOTICE OF SCHEDULE AMENDMENTS |

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the Debtor-in-Possession has filed amendments to its Summary of Assets and Liabilities, Statement of Financial Affairs, and Schedules A/B, D, E/F, G, and. H. **The treatment of your claim may be affected.** You should read these papers carefully and discuss them with your attorney if you have one.

On June 27, 2023, Debtor filed its original Summary of Assets and Liabilities, Statement of Financial Affairs, and Schedules A/B, D, E/F, G, and H (Doc. 76).

On July 7, 2023, Debtor filed amendments to its Summary of Assets and Liabilities, Statement of Financial Affairs, and Schedules A/B, D, E/F, G, and H (Doc. 118).

On October 12, 2023, Debtor filed additional amendments to its Summary of Assets and Liabilities, Statement of Financial Affairs, and Schedules A/B, D, E/F, G, and H (Doc. 235).

NOTICE IS FURTHER GIVEN that the deadline for non-governmental units affected by the amendments to file a Proof of Claim, or to amend your Proof of Claim, is **October 31, 2023**. Proofs of Claim must be filed with the Court by that date with a copy served on counsel for the BDC Group Inc. and the United States Trustee ("Notice Parties"). Service may be by filing with the Court's CM/ECF system, which will notify the Notice Parties, or by mail to the Court and the Notice Parties at the addresses below. If an objection is served by mail the Notice Parties and the Court must receive it by the bar date set forth above.

Clerk of the Bankruptcy Court
111 7th Ave SE
Box 15
Cedar Rapids, IA 52401-2101

Joseph A. Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

Office of the United States Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401-2101

Dated this 18th day of October, 2023.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/ Austin Peiffer
Austin J. Peiffer AT0014402
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone:   (319) 363-1641
Fax:         (319) 200-2059
Email:       austin@ablsonline.com
ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of October, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

Signed: /s/ Michael J. Peiffer