# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | |

**ORDER GRANTING DEBTOR'S MOTION FOR CONDITIONAL APPROVAL OF THE DISCLOSURE STATEMENT AND TO COMBINE HEARINGS ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PROPOSED CHAPTER 11 REORGANIZATION PLAN**
**(Doc. 248)**

The matter before the Court is the Debtor's Motion for Conditional Approval of the Disclosure Statement and to Combine Hearings on Chapter 11 Reorganization Plan (Doc. 248). Upon review of the Motion and the contents of the file, the Court finds it appropriate.

THEREFORE, IT IS ORDERED that:

A) The Debtor's Motion is GRANTED;

B) The Disclosure Statement is conditionally approved;

C) The hearings on final approval of the Disclosure Statement and confirmation of the Plan shall be combined and set for hearing by the Court in a separate Order.

Dated and entered:

October 18, 2023

_____
United States Bankruptcy Judge
For the Northern District of Iowa

Order prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
ATTORNEY FOR DEBTOR-IN-POSSESSION