# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP INC | CASE NO: 23-00484<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 235 |
|---|---|

On 10/18/2023, I did cause a copy of the following documents, described below,

Amended Sch. A/B, D, E/F, G, H, Sum of Assets and Liab. SOFA, Dec. Under Penalty of Perjury. ECF Docket Reference No. 235

Notice of Schedule Amendments 252

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/18/2023

/s/ Austin Peiffer
Austin Peiffer  AT0014402

Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA  52410-1425
319 363 1641
mike@ablsonline.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP INC | CASE NO: 23-00484<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 235 |

On 10/18/2023, a copy of the following documents, described below,

Amended Sch. A/B, D, E/F, G, H, Sum of Assets and Liab. SOFA, Dec. Under Penalty of Perjury. ECF Docket Reference No. 235

Notice of Schedule Amendments 252

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/18/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Austin Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA  52410-1425

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled DO/NOT/SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00484<br>NORTHERN DISTRICT OF IOWA<br>WED OCT 18 11-2-4 PST 2023 | ALLY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | BDC GROUP INC<br>925 BOYSON COURT<br>HIAWATHA IA 52233 |
| BERGANKDV<br>CREATIVE PLANNING TAX LLC<br>417 1ST AVE SE SUITE 300<br>CEDAR RAPIDS IA 52401-1309 | EXCLUDE<br>~~(U)BREAKOUT CAPITAL FINANCE LLC~~ | (P)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| COMPLETE DESIGN SOLUTIONS LLC<br>3620 DEVELOPERS RD<br>INDIANAPOLIS IN 46227-3520 | DVA INC DBA DITCH WITCH OF VIRGINIA<br>DVA INC DBA DITCH WITCH OF VIRGINIA<br>11053 WASHINGTON HWY<br>GLEN ALLEN VA 23059-1905 | EXCLUDE<br>~~(U)DEERE CREDIT INC~~ |
| EAST CENTRAL IOWA COUNCIL OF GOVERNMENTS<br>700 16TH ST NE STE 301<br>CEDAR RAPIDS IA 52402-4665 | GREEN NOTE CAPITAL PARTNERS SPV LLC<br>1019 AVENUE P<br>SUITE 401<br>BROOKLYN NY 11223-2366 | (P)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 |
| HM CRAGG CO<br>7490 BUSH LAKE ROAD<br>EDINA MN 55439-2801 | EXCLUDE<br>~~(U)HIAWATHA PROPERTIES LLC~~ | EXCLUDE<br>~~(U)ISOTROPIC NETWORK INC~~ |
| EXCLUDE<br>~~(U)JOHN DEERE CONSTRUCTION FORESTRY COMPANY~~ | (P)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | KEYSTONE SAVINGS BANK<br>81 MAIN STREET<br>PO BOX 367<br>KEYSTONE IA 52249-0367 |
| EXCLUDE<br>~~(U)LIQUID CAPITAL EXCHANGE INC~~ | EXCLUDE<br>~~(U)MANCHESTER LEASING SERVICES INC~~ | EXCLUDE<br>~~(U)OFFICIAL COMMITTEE OF UNSECURED CREDITORS~~ |
| RP CONSTRUCTION LLC<br>24008 BISHOP MEADE PLACE<br>ASHBURN VA 20148-1712 | EXCLUDE<br>~~(U)SMITH GAMBRELL RUSSELL LLP~~ | UNITED STATES OF AMERICA (SBA)<br>UNITED STATES ATTORNEYS OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2101 |
| WATTS ELECTRIC COMPANY<br>CO BRIAN S KOERWITZ<br>5825 SOUTH 14TH STREET STE 200<br>LINCOLN NE 68512-1233 | 111 SEVENTH AVENUE SE 15<br>CEDAR RAPIDS IA 52401-2103 | 1 STOP TRAFFIC SERVICES LLC<br>5636 KENDALL CT UNIT A<br>ARVADA CO 80002-2747 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D)(U) CERTIFICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| 1 STOP UTILITY CONSTRUCTION<br>5636 KENDALL CT UNIT A<br>ARVADA CO 80002-2747 | ABB (FASTWYRE)<br>1605 WASHINGTON ST<br>BLAIR NE 68008-1655 | AG EG LLC<br>CO ANDREW GALINSKY<br>3900 VANDALIA ROAD<br>DES MOINES IA 50317-1550 |
| ATT SERVICES INC<br>ATTN CONTRACT ADMIN<br>14575 PRESIDIO SQUARE BLVD<br>HOUSTON TX 77083-1586 | AUS INC<br>137 NE 48TH PL<br>DES MOINES IA 50313-2343 | ABRAM V CARLS<br>SIMMONS PERRINE MOYER BERGMAN<br>115 THIRD STREET SE SUITE 1200<br>CEDAR RAPIDS IA 52401-1266 |
| ACME TOOLS<br>1943 BLAIRS FERRY RD NE<br>CEDAR RAPIDS IA 52402-5811 | ADAM MARTIN<br>1285 HICKORY RIDGE DR<br>MARION IA 52302-0059 | ADAM VERASTEGUI<br>3023 SW BUTTERNUT DR<br>ANKENY IA 50023-7201 |
| ADVANCED TOWER SERVICES LLC<br>2417 BAYLOR DRIVE SE<br>ALBUQUERQUE NM 87106-3205 | ADVANCED TRAFFIC CONTROL INC<br>PO BOX 8958<br>CEDAR RAPIDS IA 52408-8958 | AFFORDABLE PRESSURE WASHING<br>7303 MOUNT VERNON RD SE<br>CEDAR RAPIDS IA 52403-7130 |
| AGUSTIN SANCHEZ<br>224 N AUBURN DR<br>STERLING VA 20164-5410 | ALBERTO GARCIA JR<br>202442 FAIRFAX PIKE<br>WHITE POST VA 22663 | ALEX MARTIN<br>4395 MCGOWAN BLVD<br>MARION IA 52302-6266 |
| ALFREDO TRNIDAD MUNIZ QUIJAS<br>11052 VISTA DEL SOL DR<br>EL PASO TX 79935 | (P)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | ALLIED GLASS<br>1575 KETELSEN DR<br>STE 500<br>HIAWATHA IA 52233-2220 |
| ALLY BANK<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | EXCLUDE<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | ALLY FINANCIAL<br>PO BOX 380902<br>BLOOMINGTON MN 55438-0902 |
| ALLY FINANICAL<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | (P)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | AMERICAN BORING INC<br>6895 PICKERING RD<br>CARROLL OH 43112-9614 |
| AMERICAN TRUCK TRAILER SUPPLY<br>11949 LIVINGSTON ROAD<br>MANASSAS VA 20109-2780 | ANTONIO REYES<br>201 HAYS AVE<br>TRENTON TN 38382-2130 | AREA WIDE PROTECTIVE<br>PO BOX 636219<br>CINCINNATI OH 45263-6219 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO/NOT SERVICE were not served via First Class USPS Mail Service.

ARIZONA DEPARTMENT OF REVENUE          ARNOLD MOTOR SUPPLY                    ARNOLD MOTOR SUPPLY   LLP
ATTN  CUSTOMER CARE                    1000 44TH ST                           PO BOX 320
PO BOX 29086                           MARION  IA 52302-1542                  SPENCER  IA 51301-0320
PHOENIX  AZ  85038-9086



ASPHALT RESTORATIONS  INC              B2W SOFTWARE                           BL TOWER CONSTRUCTION
PO BOX 278                             99 BOW STREET SUITE 500                11111 E PINE ST
CROWNSVILLE  MD 21032-0278             PORTSMOUTH  NH 03801-3846              TULSA  OK 74116-1600



BMO HARRIS BANK NA                     BMO HARRIS BANK NA                     BMO HARRIS BANK NA
PO BOX 3040                            300 E JOHN CARPENTER FREEWAY           3925 FOUNTAINS BLVD NE
CEDAR RAPIDS  IA 52406-3040            IRVING  TX 75062-2727                  CEDAR RAPIDS  IA 52411-6619



BMO HARRIS BANK NA                     BTM ENGINEERING  INC                   (P)BALTIMORE COUNTY MARYLAND
PO BOX 71810                           3001 TAYLOR SPRINGS DRIVE              ATTN OFFICE OF BUDGET  FINANCE
CHICAGO  IL 60694-1810                 LOUISVILLE  KY 40220-1586              400 WASHINGTON AVENUE
                                                                              RM 150
                                                                              TOWSON MD 21204-4605


BANK OF AMERICA                        BANK OF AMERICA  NA                    BANK OF THE WEST DBA DITCH WITCH
100 NORTH TRYON STREET                 PO BOX 31785                           FINANCIAL S
CHARLOETTE  NC 28255-0001              TAMPA  FL 33631-3785                   CO THOMAS H BURKE
                                                                              699 WALNUT ST  SUITE 2000
                                                                              DES MOINES  IA 50309-3948


BARBOUR BUILDING SYSTEMS  LLC          BARNHART CRANE                         BERGANKDV
21421 E TRUMAN ROAD                    PO BOX 2153 DEPT 1906                  417 FIRST AVENUE SE
INDEPENDENCE  MO 64056-2673            BIRMINGHAM  AL 35287-0002              SUITE 300
                                                                              CEDAR RAPIDS  IA 52401-1309



BID2WIN SOFTWARE  INC                  (P)BILL                                BLUE STAR POWER SYSTEMS  INC
AKA B2W SOFTWARE                       6220 AMERICA CENTER DR                 2250 CARLSON DRIVE
99 BOW STREET  SUITE 500               SUITE 100                              MANKATO  MN 56003-2213
PORTSMOUTH  NH 03801-3846              SAN JOSE  CA 95002



BOLLMEIER CRANE  LIFT                  BRADLEY  RILEY PC                      BRANDON KUENZI
508 HICKORY LANE                       PO BOX 2804                            SECRETARY
MARISSA  IL 62257-1706                 CEDAR RAPIDS  IA 52406-2804            WEST PACIFIC DRILLING  INC
                                                                              PO BOX 882
                                                                              SILVERTON  OR 97381-0882


BREAKOUT CAPITAL FINANCE  LLC          (P)BREAKOUT CAPITAL  LLC               BREAKOUT CAPITAL  LLC
CO WELTMAN  WEINBERG REIS CO LPA       1451 DOLLEY MADISON BLVD               CO WELTMAN  WEINBERG REIS CO LPA
965 KEYNOTE CIRCLE                     SUITE 200                              965 KEYNOTE CIRCLE
CLEVELAND  OH 44131-1829               MCLEAN  VA 22101-3847                  CLEVELAND  OH 44131-1829
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled D/B/O/POE/SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BRIGHT LIGHTING INC<br>11111 E PINE ST<br>TULSA OK 74116-1600 | BRUCE DESIGN CONSTRUCTION GROUP INC<br>3416 W 27TH ST<br>CEDAR FALLS IA 50613-4862 | BULLDOG PIPE<br>8991 WEST BUSINESS 60<br>MOUNTAIN GROVE MO 65711 |
| CAJ SERVICES LLC<br>2400 TAWAKONI DR<br>WYLIE TX 75098-0797 | CAT FINANCIALS<br>LOCKBOX 730681<br>14800 FRYE ROAD 2ND FLOOR<br>FORT WORTH TX 76155-2732 | CB COMPANIES LLC<br>1525 KETELSEN DR<br>HIAWATHA IA 52233-2219 |
| CAMPBELL SUPPLY CO<br>2127 N TOWNE LANE NE<br>CEDAR RAPIDS IA 52402-1913 | CANDACE BRUCE<br>565 EASTVIEW AVENUE<br>MARION IA 52302-5974 | CAPITAL ONE CREDIT CARD<br>PO BOX 4069<br>CAROL STREAM IL 60197-4069 |
| CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAR COMMUNICATIONS LLC<br>8300 SUNSET DR<br>MANASSAS VA 20110-3800 |
| CARRIER ACCESS IT LC<br>1275 NW 128TH ST<br>CLIVE IA 50325-7403 | CARRIER ACCESS IT LC<br>9440 ATLANTIC DIVE SW SUITE 2<br>CEDAR RAPIDS IA 52404-8916 | CASTLE CONCRETE LLC<br>1325 MEADE ST<br>FLATWOODS KY 41139-1027 |
| EXCLUDE<br>(D)(P)CATERPILLAR FINANCIAL SERVICES<br>CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | EXCLUDE<br>(D)(P)CATERPILLAR FINANCIAL SERVICES<br>CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | CATERPILLAR FINANCIAL SERVICES<br>CORPORATION<br>CO MARK A LUDOLPH<br>300 HAMILTON BOULEVARD - PO BOX 6199<br>PEORIA IL 61601-6199 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | CENTURYLINK<br>CENTURYLINK COMMUNICATIONS LLC<br>1025 EL DORADO BLVD ATTNLEGAL-BKY<br>BROOMFIELD CO 80021-8249 | CHAD HARRIS<br>261 SUNSET LANE<br>HIAWATHA IA 52233 |
| CHANTILLY CRUSHED STONE INC<br>PO BOX 220112<br>CHANTILLY VA 20153-0112 | CIRO ESCALANTE<br>116 N ALDER AVE<br>STERLING VA 20164-4008 | CITY OF CEDAR RAPIDS<br>ATTN REBECCA JOHNSON PURCHASING AGENT<br>101 FIRST STREET SE<br>CEDAR RAPIDS IA 52401-1205 |
| CITY OF CEDAR RAPIDS<br>CITY ATTORNEY<br>3851 RIVER RIDGE ROAD NE<br>CEDAR RAPIDS IA 52402-7531 | CLEAR CANOPY LLC<br>1705 W UNIVERSITY DR 108106<br>MCKINNEY TX 75069-3392 | CLOG BUSTERS<br>3950 VANDALIA RD<br>DES MOINES IA 50317-1550 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DO NOT SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| COASTAL COMMUNICATIONS<br>5841 EDISON PLACE SUITE 200<br>CARLSBAD CA 92008-6500 | COLLECTION SERVICES CENTER<br>PO BOX 9125<br>DES MOINES IA 50306-9125 | COLLIFLOWER INC<br>9320 PULASKI HIGHWAY<br>MIDDLE RIVER MD 21220-2418 |
| COLTON PARIS<br>1267 LAWRENCE AVE<br>HAZLETON IA 50641-9627 | COMCAST<br>PO BOX 70219<br>PHILADELPHIA PA 19176-0219 | COMMERCIAL GROUP REALTY<br>ATTN SHAHRAM GHAFFARKHAN<br>11990 MARKET STREET UNITE 501<br>RESTON VA 20190-6000 |
| COMPLETE DESIGN SOLUTIONS LLC<br>511B DAVIDSON DRIVE<br>MINOOKA IL 60447-8423 | EXCLUDE<br>~~(D)COMPLETE DESIGN SOLUTIONS LLC~~<br>~~3620 DEVELOPERS RD~~<br>~~INDIANAPOLIS IN 46227-3520~~ | COMPLETE DESIGN SOLUTIONS LLC<br>JEFFREY P TAYLOR<br>401 OLD MARION RD NE<br>CEDAR RAPIDS IA 52402-2110 |
| COMPLETE DESIGN SOLUTIONS LLC<br>CO JEFFREY P TAYLOR<br>401 OLD MARION ROAD NE<br>PO BOX 10020<br>CEDAR RAPIDS IA 52410-0020 | (P)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | COMSTAR SUPPLY<br>105 KESTREL DRIVE<br>COLLEGEVILLE PA 19426-2061 |
| COOPWOODS AIR CONDITIONING<br>414 W TIDWELL RD<br>HOUSTON TX 77091-4337 | CORPORATION SERVICE COMPANY<br>AS REPRESENTATIVE<br>PO BOX 2576<br>SPRINGFIELD IL 62708-2576 | COURTNEY SENTERS<br>1780 VALENTINE DRIVE<br>MARION IA 52302-8905 |
| CROWBARS LTD<br>4151 3RD AVE STE 101<br>MARION IA 52302-3877 | CYNTHIA CHELF<br>4609 CONDOR ST<br>MUSCATINE IA 52761-8966 | D S CONSTRUCTION<br>1270 COUNTRY CLUB DR<br>MARION IA 52302-5504 |
| DRS ENTERPRISES INC<br>5339 CANAL ROAD<br>GARFIELD OH 44125-4808 | DDL BUSINESS SYSTEMS LLC<br>PO BOX 940<br>STEPHENS CITY VA 22655-0940 | DM CONCRETE LLC<br>2462 10TH AVE<br>MARION IA 52302-2123 |
| DTCENTER 1 BLDG C UOA<br>CO CGR COMM MGMT LLC<br>23465 ROCK HAVEN WAY STE 205<br>STERLING VA 20166-4429 | DVA INC DBA<br>DITCH WITCH OF VIRGINIA<br>AEGIS LAW - ERIC LANGSTON<br>601 S LINDBERGH BLVD<br>FRONTENAC MO 63131-2733 | DVA INC DBA<br>DITCH WITCH OF VIRGINIA<br>CO AEGIS LAW- ERIC LANGSTON<br>601 S LINDBERGH BLDV<br>FRONTENAC MO 63131-2733 |
| DVA INC DBA DITCH WITCH OF VIRGINIA<br>11053 WASHINGTON HIGHWAY<br>GLEN ALLEN VA 23059-1905 | DVA INC DBA DITCH WITCH OF VIRGINIA<br>CO ERIC J LANGSTON<br>601 S LINDBERGH BLVD<br>FRONTENAC MO 63131 | DAVIS TOWER FOUNDATION LLC<br>7001 W MEMORY LANE<br>HULBERT OK 74441-1904 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DAWSON OLSON<br>1285 LINCOLN DRIVE<br>MARION  IA 52302-2348 | (P)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | DEAN A SPINA<br>2007 FIRST AVENUE SE<br>CEDAR RAPIDS  IA 52402-6344 |
| DEERE CREDIT INC<br>CO BENJAMIN G NIELSON<br>PO BOX 2107<br>CEDAR RAPIDS  IA 52401-2107 | EXCLUDE<br>~~(D)(P)DEERE CREDIT SERVICES  INC~~<br>~~ATTN LITIGATION  RECOVERY DEPARTMENT~~<br>~~PO BOX 6600~~<br>~~JOHNSTON IA 50131-6600~~ | DEERE CREDIT  INC<br>CO WESLEY B HUISINGA<br>PO BOX 2107<br>CEDAR RAPIDS  IA  52401-2107 |
| DELAWARE WITHHOLDING<br>CORRESPONDENCEANNUAL FORMS<br>PO BOX 830<br>WILMINGTON  DE 19899-0830 | (P)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | EXCLUDE<br>~~(D)(P)DELL FINANCIAL SERVICES~~<br>~~P O BOX 81577~~<br>~~AUSTIN TX 78708-1577~~ |
| DENNIS BRUCE<br>565 EASTVIEW AVE<br>MARION  IA 52302-5974 | DENNIS BRUCE<br>CO RONALD C MARTIN<br>PO BOX 2877<br>CEDAR RAPIDS  IA  52406-2877 | DEPARTMET OF WORKFORCE DEVELOPMENT<br>UNEMPLOYMENT INSURANCE DIV<br>COLLECTIONS-TAX<br>PO BOX 8914<br>MADISON  WI 53708-8914 |
| DEREK NEUNABER<br>9710 YORK ST<br>ANAMOSA  IA 52205-7869 | DERIK THOMAS<br>207 SOUTH JONES STREET<br>ANAMOSA  IA 52205-1752 | DES MOINES WATER WORKS<br>2201 GEORGE FLAGG PARKWAY<br>DES MOINES  IA 50321-1190 |
| DITCH WITCH  IOWA<br>21124 HOLDEN DR<br>DAVENPORT  IA 52806-9314 | DITCH WITCH FINANCIAL SERVICES<br>8418 CANYON DRIVE<br>ARMARILLO  TX 79119-7200 | DITCH WITCH FINANCIAL SERVICES<br>A PROGRAM OF BANK OF THE WEST<br>1625 W FOUNTAINHEAD PKWY<br>AZ-FTN-10C-A<br>TEMPE  AZ 85282-2371 |
| DITCH WITCH OF VIRGINIA<br>11053 WASHINGTON HWY<br>GLEN ALLEN  VA 23059-1905 | DIVERSIFIED UNDERGROUND INC<br>PO BOX 460909<br>AURORA  CO 80046-0909 | DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>PO BOX 71900<br>HENRICO  VA 23255-1900 |
| DIVVY CREDIT CARD<br>13707 S 200 W<br>STE 100<br>DRAPER  UT 84020-2443 | (P)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | DONALD B RICE TIRE COMPANY  INC TA RIC T<br>MARY BETH BEARD<br>909 N EAST STREET<br>FREDERICK  MD 21701-4621 |
| DOUGLAS CHELF<br>4609 CONDOR STREET<br>MUSCATINE  IA 52761-8966 | DRAKE SHORES<br>813 SAINT ANNES DRIVE<br>IOWA CITY  IA 52245-5635 | DRILLTECH  LLC<br>7080 YORK STREET<br>DENVER  CO 80229-7301 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DULLES ELECTRIC SUPPLY CORP<br>22570 SHAW RD<br>SUITE 150<br>STERLING VA 20166-4393 | DYLAN BOWSER<br>19125 DALES FORD RD<br>SCOTCH GROVE IA 52310-7484 | DYLAN DAVIS<br>2050 EDGEWOOD RD NW<br>CEDAR RAPIDS IA 52405-1028 |
| ER UTILITIES CONSTRUCTION<br>14520 GOLDEN OAK RD<br>CENTREVILLE VA 20121-2262 | ECICOG<br>700 16TH ST NE<br>301<br>CEDAR RAPIDS IA 52402-4665 | ET COMMUNICATIONS<br>40 E STATION AVE<br>COOPERSBURG PA 18036-2132 |
| EXCLUDE<br>(D)EAST CENTRAL IOWA COUNCIL OF GOVERNMENTS<br>700 16TH STREET NE<br>SUITE 301<br>CEDAR RAPIDS IA 52402-4665 | EAST CENTRAL IOWA COUNCIL OF GOVERNMENTS<br>CO RUSH M SHORTLEY<br>1921 51ST STREET NE<br>CEDAR RAPIDS IA 52402 | ECHO GROUP INC<br>PO BOX 336<br>COUNCIL BLUFFS IA 51502-0336 |
| EDGE CONSULTING ENGINEERS INC<br>624 WATER STREET<br>PRAIRIE DU SAC WI 53578-1027 | EXCLUDE<br>(D)EDGE CONSULTING ENGINEERS INC<br>624 WATER STREET<br>PRAIRIE DU SAC WI 53578-1027 | EFRAIN JOVEL<br>665 DULLES PARK CT 103<br>HERNDON VA 20170-3848 |
| ELECTRICAL ENGINEERING EQUIP<br>953 73RD STREET<br>WINDSOR HEIGHTS IA 50324-1031 | ELMER MAJANO HERNANDEZ<br>15095 ARUM PL<br>WOODBRIDGE VA 22191-3847 | ELMER PEREIRA<br>15095 ARUM PL<br>WOODBRIDGE VA 22191-3847 |
| EULER HERMES N A INSURANCE CO AS AGENT FO<br>800 RED BROOK BLVD 400C<br>OWINGS MILLS MD 21117 MD 21117-5173 | FARMERS MERCHANTS SAVINGS BANK<br>200 FIRST ST SW<br>CEDAR RAPIDS IA 52404-5735 | EXCLUDE<br>(D)FARMERS MERCHANTS SAVINGS BANK<br>200 FIRST STREET SW<br>CEDAR RAPIDS IA 52404-5735 |
| FENCE PROS INC<br>3887 TRIGG TURNER RD<br>CORYDON KY 42406-9581 | FERGUSON DBA ACF<br>PO BOX 100286<br>ATLANTA GA 30384-0286 | FIBER NETWORK RESOURCES<br>2486 STATE ROUTE 588<br>GALLIPOLIS OH 45631-9105 |
| FIN FERN LLC<br>126 19TH ST SW<br>CEDAR RAPIDS IA 52405 | FIVE STAR COMMUNICATIONS LLC<br>725 S 33RD ST<br>OMAHA NE 68105-1411 | FOLA TECHNOLOGIES<br>2121 SWAN DRIVE<br>CAMANCHE IA 52730-2009 |
| FOUNDATION SOFTWARE<br>17800 ROYALTON RD<br>STRONGSVILLE OH 44136-5149 | FRANCISCO ARGUETA PEREIRA<br>8981 BONHAM CIR<br>MANASSAS VA 20110-4294 | FREDDIE AVILES<br>6807 KINGSWOOD LANE NORTHEAST<br>CEDAR RAPIDS IA 52402-5937 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled TO/FOR SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FUJITSU NETWORK COMMUNICATIONS<br>2801 TELECOM PARKWAY<br>RICHARDSON   TX 75082-3599 | FUSION TELECOM SERVICES   LLC<br>4020 OAKMEADOW DR<br>PLANO   TX 75093-8538 | GD CONSTRUCTION INC<br>2514 COVE HOLLOW CT<br>ROWLETT   TX 75088-2436 |
| GLT TRANSPORTATION GROUP<br>10 CANAL ST 318<br>MIAMI   FL 33166-4404 | GADI DOTZ (GENE ROSENS LAW FIRM  A PR<br>GENE ROSENS LAW FIRM   A PROFESSIO<br>200 GARDEN CITY PLAZA   SUITE 405<br>GARDEN CITY   NY 11530-3338 | GALINSKY FAMILY REAL ESTATE<br>3900 VANDALIA ROAD<br>DES MOINES   IA 50317-1550 |
| GALLOWAY GROUP<br>5840 YOUNGQUIST RD<br>FT MEYERS   FL 33912-2271 | GARCIA CABLE INC<br>8318 MORNINGSIDE DR<br>MANASSAS   VA 20112-3511 | GARRETT COWAN<br>52 COWAN RD<br>COVINGTON   PA 16917-9537 |
| GARY BASS CONSTRUCTION   INC<br>PO BOX 601<br>EDGEWOOD   TX 75117-0601 | GENESIS UTILITY INC<br>1740 FOX DOWNS LANE<br>OILVILLE   VA 23129 | GENUINE CABLE GROUP<br>PO BOX 734769<br>CHICAGO   IL 60673-4769 |
| GINA L KRAMER<br>210 JONES ST   SUITE 201<br>DUBUQUE   IA 52001-7615 | GLOBAL RENTAL CO INC<br>33 INVERNESS CENTER PKWY STE 250<br>BIRMINGHAM   AL 35242-7648 | GRAYBAR ELECTRIC CO<br>12437 COLLECTIONS CENTER DRIVE<br>CHICAGO   IL 60693-0124 |
| GRAYBAR ELECTRIC COMPANY   INC<br>7601 SETZLER PARKWAY NORTH<br>BROOKLYN PARK   MN 55445-1883 | GREAT AMERICA FINANCIAL SERVIC<br>PO BOX 660831<br>DALLAS   TX 75266-0831 | GREATAMERICA FINANCIAL SERVICES CORP<br>625 FIRST STREET SE<br>CEDAR RAPIDS   IA 52401-2030 |
| GREATAMERICA FINANCIAL SERVICES CORPORATION<br>ATTN PEGGY UPTON<br>PO BOX 609<br>CEDAR RAPIDS   IA 52406-0609 | GREEN NOTE CAPITAL PARTNERS INC<br>1019 AVENUE P   SUITE 401<br>BROOKLYN   NY 11223-2366 | GREEN NOTE CAPITAL PARTNERS SPV LLC<br>CO EVAN LINCOLN MOSCOV<br>PO BOX 8305<br>WAUKEGAN   IL  60079 |
| EXCLUDE<br>(D)(P)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | GREENSTATE CREDIT UNION<br>CO TERRY L GIBSON<br>2015 GRAND AVENUE   SUITE B<br>DES MOINES   IA 50312-4901 | GREENSTATE CREDIT UNION<br>CO TERRY L GIBSON<br>2015 GRAND AVENUE   SUITE 102<br>DES MOINES   IA  50312 |
| GUY M TURNER   INC<br>PO BOX 7776<br>GREENSBORO   NC 27417-0776 | HM CRAGG CO<br>7490 BUSH LAKE ROAD<br>EDINA   MN 55439-2801 | HDZ ENTERPRISES   INC<br>7964 CONNELL CT<br>SUITE D<br>LORTON   VA 22079-1036 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled DO NOT SERVE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EXCLUDE<br>(D)HM CRAGG CO<br>7490 BUSH LAKE ROAD<br>EDINA MN 55439-2801 | HARRIS HEAVENER EXCAVATING<br>149 HUMPHRIES DR<br>REYNOLDSBURG OH 43068-6801 | HAWKEYE FIRE SAFETY<br>716 OAKLAND RD NE<br>CEDAR RAPIDS IA 52402-4669 |
| HECTOR DAVILA<br>6015 LUCENTE AVE<br>SUITLAND MD 20746-3728 | HERC RENTALS<br>23745 PEBBLE RUN PLACE<br>STERLING VA 20166-2127 | HERC RENTALS<br>27500 RIVERVIEW CENTER BLVD<br>SUITE 100<br>BONITA SPRINGS FL 34134-4328 |
| HIAWATHA PROPERTIES LLC<br>ATTN TIMOTHY J WILSON<br>1710 HAWKEYE DRIVE<br>HIAWATHA IA 52233-4716 | HIAWATHA PROPERTIES LLC<br>CO DAN CHILDERS<br>PO BOX 2107<br>CEDAR RAPIDS IA 52401-2107 | HIAWATHA WATER DEPARTMENT<br>101 EMMONS ST<br>HIAWATHA IA 52233-1610 |
| HOTEL ENGINE INC<br>DEPT CH 17483<br>PALATINE IL 60055-7483 | HUMBERTO ESPINOZA<br>7407 LAKE DRIVE<br>MANASSAS VA 20111-1950 | IMON COMMUNICATIONS<br>PO BOX 3446<br>CEDAR RAPIDS IA 52406-3446 |
| ISOLVED BENEFIT SERVICES<br>PO BOX 889<br>COLDWATER MI 49036-0889 | EXCLUDE<br>(D)IMON COMMUNICATIONS<br>PO BOX 3446<br>CEDAR RAPIDS IA 52406-3446 | (P)IMON COMMUNICATIONS LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 |
| IMPERIAL CRANE SERVICES INC<br>7500 W IMPERIAL DRIVE<br>BRIDGEVIEW IL 60455-2395 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IOWA DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN BANKRUPTCY UNIT<br>1305 E WALNUT STREET<br>DES MOINES IA 50319-0109 |
| IOWA DEPARTMENT OF TRANSPORTATION<br>PO BOX 10382<br>DES MOINES IA 50306-0382 | (P)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 | IOWA WORKFORCE DEVELOPMENTUE<br>1000 E GRAND AVE<br>DES MOINES IA 50319-0220 |
| ISOTROPIC NETWORK INC<br>CO TERRY L GIBSON<br>2015 GRAND AVENUE SUITE 102<br>DES MOINES IA 50312 | ISOTROPIC NETWORKS INC<br>CO TERRY L GIBSON<br>2015 GRAND AVENUE SUITE B<br>DES MOINES IA 50312-4901 | JA LEE ELECTRIC SERVICES LLC<br>11 MELANIE LANE SUITE 9<br>EAST HANOVER NJ 07936-1100 |
| JJJ CABLE COMMUNICATION LLC<br>2025 KELLER SPRINGS RD 1015<br>CARROLLTON TX 75006 | JK COMMUNICATIONS LLC<br>304 COTTONWOOD ST<br>LEXINGTON MO 64067-1386 | JACOB HENSEL<br>1130 32ND ST NE<br>CEDAR RAPIDS IA 52402-3515 |

Case 23-00484  Doc 256  Filed 10/18/23  Entered 10/18/23 17:37:46  Desc Main
Document      Page 12 of 19

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/NOT SERVED are not served via First Class USPS Mail Service.

JAMES RIVER EQUIPMENT
9107 OWENS DR
MANASSAS PARK   VA 20111-4802

JARED NELSON
717 WILSON AVE DRIVE SW
CEDAR RAPIDS   IA 52404-3751

JAROD LEE
207 NORTH MARION ST
ANDREW   IA 52030


JASON A GANG   ATTORNEY
1245 HEWLETT PLAZA   478
HEWLETT   NY 11557-4021

JERAMIE ELLEFSON
10245 45TH AVE   APT 4
WYOMING   IA 52362-7650

JESUS FUENTES
2400 VIDALIA CT
WALDORF   MD 20601-3780


JIM LIEURANCE
512 TYLER STREET SE  8
CASCADE   IA 52033-9598

JODY RAE SARTIN
US SMALL BUSINESS ADMINISTRATION
210 WALNUT STREET   SUITE 749
DES MOINES   IA 50309-2186

JOHN DEERE CONSTRUCTION   FORESTRY CO
6400 NW 86TH STREET
PO BOX 6600
JOHNSTON   IA 50131-6600


JOHN DEERE CONSTRUCTION   FORESTRY
COMPANY
CO BENJAMIN G NIELSON
PO BOX 2107
CEDAR RAPIDS   IA  52401-2107

JOHN DEERE CONSTRUCTION   FORESTRY
COMPANY
CO WESLEY B HUISINGA
PO BOX 2107
CEDAR RAPIDS   IA  52401-2107

EXCLUDE
(D)(P)DEERE CREDIT SERVICES   INC
ATTN LITIGATION   RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600


JOHN DEERE FINANCIAL
CO WESLEY B HUISINGA
PO BOX 2107
CEDAR RAPIDS   IA 52401-2107

JOHN DEERE FINANCIAL   FSB
CO BENJAMIN G NIELSON
PO BOX 2107
CEDAR RAPIDS   IA 52401-2107

JON L SWERGOLD
GREENBERG TRAURUG   LLP
401 EAST LAS OLAS BLVD
STE 200
FORT LAUDERDALE   FL 33301-2211


JONES TRANSPORT   LLC
CO JENNIFER HOUSTON
6184 HWY 98 WEST
SUITE 210
HATTIESBURG   MS 39402

JOSE GUTIERREZ
2044 FAIRFAX PIKE LOT 56
WHITE POST   VA 22663-1868

JOSE REYES
615 SOUTHLIA DR APT H
KOKOMO   IN 46902-3490


JOSE ROJAS
2044 FAIRFAX PIKE 42
WHITE POST   VA 22663-1872

JUAN LIRA
201 HAYS AVE
TRENTON   TN 38382-2130

JUSTIN HARRIS
5127 SUMERDUCK RD
WARRENTON   VA 20186


KYF GLOBAL PARTNERS
1019 AVENUE P   402
BROOKLYN   NY 11223-2366

KYF GLOBAL PARTNERS
GENE ROSENS LAW FIRM   A PROFESSIO
200 GARDEN CITY PLAZA   SUITE 405
GARDEN CITY   NY 11530-3338

KYF GLOBAL PARTNERS LLC
1 INDUSTRIAL WAY W   BLDG C
EATONTOWN   NJ 07724-4205


KATHLEEN BURGESS
2510 CLARK AVE
MARION   IA 52302-4135

KAYLEE BRUCE
565 EASTVIEW AVE
MARION   IA 52302-5974

KEENAN FLINT
304 3RD AVE
HIAWATHA   IA 52233-1634

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE have been served via First Class USPS Mail Service.

```
KELLY KEMMERLING                KENWAY TRUCKING LLC             KEVIN HAINES
654 28TH ST COURT SE   APT 303  1655 COMMERCIAL DR              1984 SCALES BEND ROAD NE
CEDAR RAPIDS   IA 52403-3003    PO BOX 237                      NORTH LIBERTY   IA 52317-9332
                                WALFORD   IA 52351-0237


                                EXCLUDE
KEYSTONE BANK                   (D)KEYSTONE SAVINGS BANK        KEYSTONE SAVINGS BANK
807 ROSEDALE DR                 81 MAIN STREET                  ABRAM CARLS
CENTER POINT   IA 52213-9381    PO BOX 367                      115 3RD STREET SE   SUITE 1200
                                KEYSTONE   IA 52249-0367        CEDAR RAPIDS   IA 52401-1222


KEYSTONE SAVINGS BANK           KEYSTONE SAVINGS BANK           KIRKWOOD COMMUNITY COLLEGE
CO ABRAM V CARLS                CO ERIC W LAM                   PO BOX 2068
115 THIRD STREET SE   SUITE 1200 115 THIRD STREET SE   SUITE 1200 CEDAR RAPIDS   IA 52406-2068
CEDAR RAPIDS   IA  52401        CEDAR RAPIDS   IA  52401


KONICA MINOLTA BUSINESS SOLUTIONS USA  KONICA MINOLTA PREMIER FINANCE  KRAMER WELL DRILLING LLC
CO US BANK EQUIPMENT FINANCE    PO BOX 790448                   W14405 HWY 8
1310 MADRID STREET              ST LOUIS   MO 63179-0448        WEYERHAEUSER   WI 54895-9631
MARSHALL   MN 56258-4099


                                                                EXCLUDE
KYLE ENTERPRISES  LLC DBA MILLENNIUM  L  M UNDERGROUND   INC    (D)LM UNDERGROUND INC
WAGNER FALCONER  JUDD  LTD      7529 S STORM MTN                7529 S STORM MTN
300 NORTH CORPORATE DRIVE       LITTLETON   CO 80127-3807       LITTLETON   CO 80127-3807
SUITE 200
BROOKFIELD  WI 53045-5833


LAMONI HCP                      LEONARDO MEZA JR                LIBERTY DOORS
139 N LINDEN ST                 11057 VISTA DEL SOL DR          900 WEST PENN STREET
LAMONI   IA 50140-1045          EL PASO   TX 79935-4311         NORTH LIBERTY   IA 52317-9524


LIBERTY MUTUAL INSURANCE        LINN COUNTY REC                 LIOMEDES FUENTES
PO BOX 91012                    5695 REC DRIVE                  7783 BLACK HORSE CT
CHICAGO   IL 60680-1110         PO BOX 69                       MANASSAS   VA 20109-8207
                                MARION   IA 52302-0069


CANADA                          CANADA
LIQUID CAPITAL EXCHANGE         LIQUID CAPITAL EXCHANGE   INC   LIQUID CAPITAL EXCHANGE   INC
5075 YONGE ST STE 700           5075 YONGE ST STE 700           CO KRISTINA M STANGER
TORONTO   ONTARIO CANADA        ATT VLAD ROJKO                  700 WALNUT STREET   SUITE 1600
M2N 6C6                         TORONTO   ONTARIO   CANADA   M2N 6C6  DES MOINES   IA   50309-3899


LIQUID CAPITAL EXCHANGE   INC   LISA WATSON                     LISTO SERVICES   LLC
CO ROY L LEAF                   20388 FARMGATE TERR             14773 CRIMSON BLUFF
625 FIRST STREET SE   SUITE 400 ASHBURN   VA 20147-3710         WINTER GARDEN   FL 34787-3259
CEDAR RAPIDS   IA   52401-2030
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled TO/HO/SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LOUDOUN AUTO PARTS INC<br>45977 OLD OX RD<br>STERLING   VA  20166-9472 | LOUDOUN QUARRIES<br>PO BOX 220112<br>CHANTILLY   VA  20153-0112 | LOUDOUN WATER<br>PO BOX 4000<br>ASHBURN   VA  20146-2591 |
| LUCK STONE CORP<br>PO BOX 22696<br>NEW YORK   NY  10087-2696 | LUIS PERDOMO MORENO<br>12023 GREWING SQ APT C1<br>RESTON   VA  20191-1889 | LUMEN<br>1025 ELDORADO BLVD<br>BROOMFIELD   CO  80021-8249 |
| LUMEN LAW DEPARTMENT<br>931 14TH ST   9TH FLOOR<br>DENVER   CO  80202-2994 | LUMEN TECHNOLOGIES GROUP   LLC<br>1025 ELDORADO BLVD<br>ATTN   LEGAL - BKY<br>BROOMFIELD   CO  80021-8249 | LYLE OESTERBORG<br>1520 IDLEDALE ROAD NE<br>CEDAR RAPIDS   IA  52402-1078 |
| MOB COMMUNICATIONS   LLC<br>13709 80TH TERRACE<br>LIVE OAK   FL  32060-8825 | MANCHESTER LEASING SERVICE INC<br>18173 EDISON AVE<br>UNIT G<br>CHESTERFIELD   MO  63005-3722 | MANCHESTER LEASING SERVICES   INC<br>2771 104TH STREET   SUITE 1<br>URBANDALE   IA  50322-3883 |
| MANCHESTER LEASING SERVICES   INC<br>TERRY L GIBSON<br>WANDRO   ASSOCIATES<br>2015 GRAND AVENUE<br>DES MOINES   IA  50312-4902 | MANCHESTER LEASING SERVICES   INC<br>18173 EDISON AVENUE   UNIT G<br>CHESTERFIELD   MO  63005-3722 | MANCHESTER LEASING SERVICES   INC<br>CO TERRY L GIBSON<br>2015 GRAND AVENUE   SUITE 102<br>DES MOINES   IA  50312 |
| MAQUOKETA VALLEY REC<br>109 NORTH HUBER ST<br>ANAMOSA   IA  52205-1453 | MARIO REYES ALFARO<br>9211 TIMBERWOOD CT<br>MANASSAS   VA  20110-4837 | MARK A LUDOLPH<br>CATERPILLAR FINANCIAL SERVICES<br>CORPORATI<br>ATTN ERIN OQUINN<br>2120 WEST END AVENUE<br>NASHVILLE   TN  37203-5341 |
| MARK SHELLER<br>600 EAST POPLAR ROAD<br>STERLING   VA  20164-3335 | MARLIN BUSINESS BANK<br>2795 E COTTONWOOD PKWY<br>SALT LAKE CITY   UT  84121-7092 | MARLIN CAPITAL SOLUTIONS<br>300 FELLOWSHIP RD<br>MOUNT LAUREL   NJ  08054-1201 |
| MARLIN CAPITAL SOLUTIONS<br>300 FELLOWSHIP RD<br>MT LAUREL   NJ  08054-1201 | MARLIN LEASING CORPORATION DBA PEAC<br>SOLUTION<br>300 FELLOWSHIP ROAD<br>MT LAUREL   NJ  08054-1201 | MARVAIR<br>PO BOX 400<br>CORDELE   GA  31010-0400 |
| MCCARTHY TIRE SERVICE CO OF VA<br>PO BOX 1125<br>WILKES BARRE   PA  18703-1125 | MCCOART ELECTRIC<br>68 HORSE PICTURE<br>LOWMANSVILLE   KY  41232-9089 | MCGRATH<br>4610 CENTER POINT RD NE<br>CEDAR RAPIDS   IA  52402-2412 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/COM ONLY will not be served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | EXCLUDE<br>~~(D)(P)MEDIACOM COMMUNICATIONS~~<br>~~CORPORATION~~<br>~~ONE MEDIACOM WAY~~<br>~~CHESTER NY 10918-4850~~ | MEDIACOM LEGAL DEPARTMENT<br>1 MEDIACOM WAY<br>MEDIACOM PARK  NY 10918-4810 |
| MIDAMERICA ENERGY COMPANY<br>PO BOX 8020<br>DAVENPORT   IA   52808-8020 | MIDAMERICAN ENERGY COMPANY<br>PO BOX 4350 CREDIT<br>DAVENPORT IA 52808-4350 | MIDWEST WHEEL COMPANIES<br>200 50TH AVE SW<br>CEDAR RAPIDS   IA 52404-4926 |
| MIKE MINER<br>14407 AMBER ROAD X44<br>MONTICELLO   IA 52310-8070 | MILLBROOK QUARRIES LLC   DBA<br>PO BOX 163<br>BROAD RUN   VA 20137-0163 | (P)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 |
| MILLENNIUM<br>120 S WRIGHT ST<br>DELAVAN   WI 53115-2012 | MOBILE MINI INC<br>4646 E VAN BUREN ST STE 400<br>PHOENIX   AZ 85008-6927 | MODULAR CONNECTIONS   LLC<br>1090 INDUSTRIAL BLVD<br>BESSEMER   AL 35022-6009 |
| MOISES SANTOS YANES<br>8436 GRAVES STREET APT 103<br>ALEXANDRIA   VA 22309-8447 | NOVA RECON<br>7720 BETHLEHEM ROAD<br>MANASSAS   VA 20109-2716 | NOVEC<br>PO BOX 34795<br>ALEXANDRIA   VA 22334-0795 |
| NEW AGE DRILLING LLC<br>3212 23RD ST<br>DES MOINES   IA 50320-2647 | NINJAONE<br>3687 TAMPA ROAD SUITE 200<br>OLDSMAR   FL 34677-6313 | OSTAFI COMMUNICATIONS INC<br>2121 SWAN DRIVE<br>CAMANCHE   IA 52730-2009 |
| OVERHEAD DOOR<br>6515 4TH STREET SW<br>CEDAR RAPIDS   IA 52404-4761 | OZZY FIBER CONSTRUCTION   INC<br>14378 SANDHILL ROAD<br>LOUISVILLE   NE 68037-2848 | PEAC SOLUTIONS<br>300 FELLOWSHIP RD<br>MT LAUREL TOWNSHIP   NJ 08054-1201 |
| PJI LAW<br>3900 JERMANTOWN RD<br>FAIRFAX   VA 22030-4900 | PWCSA<br>PO BOX 2266<br>WOODBRIDGE   VA 22195-2266 | PAUL GARNER<br>1475 DRUMMER HILL RD<br>FRONT ROYAL   VA 22630-4355 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280904<br>HARRISBURG   PA   17128-0904 | PINCO CONSTRUCTION   INC<br>21010 SOUTHBANK ST 605<br>STERLING   VA 20165-7227 | PLUMETAZZ AMERICA CORP<br>225 THRASHER PIKE<br>SODDY DAISY   TN 37379-4267 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled NO/HON-SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| POLY VINYL ROOFING<br>785 ELBOW CREEK RD<br>MOUNT VERNON   IA 52314-9732 | PORTAJOHNS<br>19212 MILITARY RD<br>BENNINGTON   NE 68007-6212 | PRECISION SHEET METAL<br>1518 13TH ST<br>BELLE PLAINE   IA 52208-1327 |
| PREMIER AV SOLUTIONS<br>609 W JEFFERSON ST<br>PALMER   TX 75152-9638 | PRICE BUILDERS LLC<br>12185 FREDRICK<br>PAMPA   TX 79065-1513 | PRICELESS LANDSCAPE<br>7015 LANCASTER THORNVILLE RD NE<br>PLEASANTVILLE   OH 43148-9738 |
| PRIMUS ELECTRONICS<br>8101 SOLUTIONS CENTER<br>CHICAGO   IL 60677-8001 | PRO TECH ELECTRIC SERVICES INC<br>8615 WHITMORE CIR<br>STE 108<br>OMAHA   NE 68122-1844 | QUALITY POWER SOLUTIONS LLC<br>5718 MANUFACTURERS DR<br>MADISON   WI 53704-6276 |
| EXCLUDE<br>(D)QUALITY POWER SOLUTIONS   LLC<br>5718 MANUFACTURERS DRIVE<br>MADISON   WI 53704-6276 | RCR TELECOM   LLC<br>2425 W PARKER RD   BLDG 6C<br>CARROLLTON   TX 75010-4725 | ROC COMMUNICATIONS LLC<br>13908 LAKE DRIVE NE<br>COLUMBUS   MN 55025-8609 |
| EXCLUDE<br>(D)RP CONSTRUCTION<br>24008 BISHOP MEADE PLACE<br>ASHBURN   VA 20148-1712 | RP CONSTRUCTION   LLC<br>CO JEFFREY D GOETZ   ESQ<br>801 GRAND AVENUE   SUITE 3700<br>DES MOINES   IA   50309 | REBECCA STRIKE<br>6906 BROOKHAVEN DR NW<br>CEDAR RAPIDS   IA 52405-3178 |
| RESURFACE INC<br>7679 LIMESTONE DR<br>GAINESVILLE   VA 20155-4041 | REYES UNDERGROUND UTILITIES<br>1899 COUNTY ROAD 1126<br>CUMBY   TX 75433-5149 | REYNA PAZ<br>PRESIDENT   CEO OF RP CONSTRUCTION LLC24008<br>BISHOP MEADE PLACE<br>ASHBURN   VA 20148 |
| RICE TIRE<br>13032 BALLS FORD RD<br>MANASSAS   VA 20109-2410 | ROB BROWN<br>4907 HARVEST COURT SW<br>CEDAR RAPIDS   IA 52404-7411 | ROMERO CONSTRUCTION   LLC<br>4212 AIRLINE PKWY<br>CHANTILLY   VA 20151-3965 |
| ROSS MICHAELIS<br>121 S GARNAVILLO ST<br>ANAMOSA   IA 52205-1975 | ROY R LEAF<br>NYEMASTER GOODE   PC<br>625 1ST ST SE<br>STE 400<br>CEDAR RAPIDS   IA 52401-2032 | RUSH M SHORTLEY<br>1921 51ST ST NE<br>CEDAR RAPIDS   IA 52402-2400 |
| RYAN PEDERSEN<br>814 F AVE<br>CEDAR RAPIDS   IA 52405-2721 | SS FIBEROPTICS CORP<br>14135 DAN PARK LOOP<br>FORT MYERS   FL 33912-6853 | SIA UNDERGROUND INC<br>324 PRESTON DR<br>WARRENTON   VA 20186-2673 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/COM ADDRESS are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SCHERR CONTRACTING LLC<br>5015 SW 8TH ST<br>DES MOINES   IA 50315-4614 | SCHIMBERG COMPANY<br>1106 SHAVER RD NE<br>CEDAR RAPIDS   IA 52402-4500 | SEGA AG WORKS INC<br>PO BOX 39<br>CISSNA PARK   IL 60924-0039 |
| SETH STANTON<br>409 6TH AVE SW<br>CEDAR RAPIDS   IA 52404-5814 | SHEETS STERLING  INC<br>PO BOX 615<br>STERLING   VA 20167-0615 | SHERWIN WILLIAMS<br>3501 J ST SW<br>CEDAR RAPIDS   IA 52404-4608 |
| SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>SUITE 300<br>EL PASO   TX 79935-4910 | SMALL BUSINESS ADMINSTRATION<br>2750 1ST AVE NE<br>SUITE 350<br>CEDAR RAPIDS   IA 52402-4831 | SOFT DIG PROPERTIES   LLC<br>525 MILLTOWN ROAD<br>SUITE 304<br>NEW BRUNSWICK   NJ 08902-3317 |
| SOLID WASTE AGENCY<br>1954 COUNTY HOME ROAD<br>MARION   IA 52302-9758 | SOLUTIONS FIBER OPTIC INC<br>8422 FREEDOM CT<br>COLUMBIA   MD 21045-3100 | SOURCTEL SUPPLY   LLC<br>1635 LAKES PARKWAY<br>SUITE O<br>LAWRENCEVILLE   GA 30043-5897 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE<br>300 S SYCAMORE AVENUE   STE 102<br>SIOUX FALLS   SD 57110-1323 | (P)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 | STATE OF WISCONSIN DWD<br>STATE OF WISCONSIN DWD UI<br>PO BOX 8914<br>MADISON   WI 53708-8914 |
| SUMMIT IG<br>ATT LEE GRANT VP  GENERAL COUNSEL<br>22365 BRODERICK DRIVE SUITE 250<br>STERLING   VA 20166-9396 | SUMMITIG  LLC<br>22365 BRODERICK DR SUITE 250<br>STERLING   VA 20166-9396 | SUMMITIG  LLC<br>22375 BRODERICK DRIVE SUITE 165<br>STERLING   VA 20166-9346 |
| SUNBELT RENTALS<br>PO BOX 409211<br>ATLANTA   GA 30384-9211 | TMC TRANSPORTATION<br>PO BOX 1774<br>DES MOINES   IA 50306-1774 | CANADA<br>TAMMY KEMP<br>CHIEF CREDIT OFFICER<br>LIQUID CAPITAL EXCHANGE<br>5075 YONGE STREET STE 700<br>TORONTO  ONTARIO CANADA<br>M2N 6C6 |
| TARHEEL CONTRACTORS SUPPLY<br>162 PORTER RD<br>ROCK HILL   SC 29730-6339 | TENNESSEE DEPARTMENT OF REVENUE<br>ANDREW JACKSON BLDG   3RD FLOOR STE 500<br>500 DEADERICK ST<br>NASHVILLE   TN 37242-1099 | TERRY DURIN CO<br>407 7TH AVE SE<br>CEDAR RAPIDS   IA 52401 |
| TIER 1 TOWER SERVICES LLC<br>955 16TH AVE<br>MARION   IA 52302-2654 | TODD SHORES<br>1840 SILVER MAPLE TRAIL<br>NORTH LIBERTY   IA 52317-4761 | TRAFFIC SAFETY SUPPLIES INC<br>14490 LEE HWY<br>GAINESVILLE   VA 20155-1838 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled NM/NON SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TRANSPORTATION CONSULTANTS INC<br>2400 86TH ST SUITE 28<br>URBANDALE   IA 50322-4306 | (P)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 | TRIPWIRELESS  INC<br>4941 ALLISON ST SUITE 7<br>ARVADA  CO 80002-4421 |
| TY MCFARLAND<br>1826 23RD ST NW<br>CEDAR RAPIDS   IA 52405-5602 | TYLER PELTON<br>S3052 E FOX HILL RD<br>BARABOO  WI 53913-9176 | (P)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 |
| US SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST  300<br>EL PASO  TX 79935-4910 | US SMALL BUSINESS ADMINISTRATION<br>210 WALNUT STREET  SUITE 749<br>DES MOINES  IA 50309-2186 | (P)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| US SMALL BUSINESS ADMINISTRATION<br>FRESNO DISTRICT OFFICE<br>801 R STREET<br>SUITE 201<br>FRESNO  CA 93721-2365 | EXCLUDE<br>~~(D)(P)U S ATTORNEY S OFFICE~~<br>~~111 7TH AVENUE SE~~<br>~~BOX 1~~<br>~~CEDAR RAPIDS IA 52401-2103~~ | USA COMMUNICATIONS<br>124 MAIN STREET<br>PO BOX 389<br>SHELLSBURG  IA 52332-0389 |
| USTDW<br>PO BOX 365<br>WALFORD  IA 52351-0365 | UNITE PRIVATE NETWORKS<br>120 W 12TH STREET FLOOR 11<br>KANSAS CITY  MO 64105-1937 | UNITED HEALTHCARE<br>ATLANTA  GA  30374-0376 |
| UNITED RENTAL<br>5735 4TH ST CT SW<br>CEDAR RAPIDS   IA 52404-4840 | UNITED STATES ATTORNEY (SBA)<br>111 7TH AVENUE SE  BOX 1<br>CEDAR RAPIDS  IA 52401-2101 | UNITED STATES TRUSTEE<br>UNITED STATES FEDERAL COURTHOUSE<br>111 7TH AVENUE SE  BOX 17<br>CEDAR RAPIDS  IA 52401-2103 |
| UNITED STATES TRUSTEE<br>NORTHERN DISTRICT OF IOWA<br>111 SEVENTH AVENUE SE  SUITE 280<br>CEDAR RAPIDS  IA 52401-2103 | UTILITY SERVICE CONTRACTORS INC<br>1410 INDUSTRIAL DR  SUITE 100<br>HIAWATHA  IA 52233-1159 | VEERABHADRA R MALIKIREDDY<br>CO SAMSON PROPERTIES<br>14526 LEE ROAD<br>CHANTILLY  VA 20151-2112 |
| VERIZON BUSINESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN  VA 20147-6122 | VICTOR HERNANDEZ<br>45291 GABLE SQ<br>STERLING  VA 20164-5348 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 1777<br>RICHMOND  VA 23218-1777 |
| VIRGINIA EMPLOYMENT COMMISSION<br>PO BOX 26441<br>RICHMOND  VA 23261-6441 | VIRGINIA GROUND COVERS<br>21585 CASCADES PARKWAY<br>STERLING  VA 20166-9209 | WI DEPARTMENT OF WORKFORCE DEVELOPMENT<br>UNEMPLOYMENT INSURANCE DIVISION<br>PO BOX 7945<br>MADISON  WI 53707-7945 |

Case 23-00484    Doc 256    Filed 10/18/23    Entered 10/18/23 17:37:46    Desc Main
Document    Page 19 of 19

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled DM/EM/SERVICE are not served via First Class USPS Mail Service.

WM CORPORATE SERVICES  INC
PO BOX 4648
BOSTON  MA 02205

WM ENTERPRISE  LLC
7411 RIGGS RD  STE 202
HYATTSVILLE  MD 20783-4246

WAGNER FALCONER  JUDD  LTD
300 NORTH CORPORATE DRIVE
SUITE 200
BROOKFIELD  WI 53045-5833

WAPSI BANKS  LLC
761 WAPSI BANKS RD
CENTRAL CITY  IA 52214-9651

WASCAPE CONSTRUCTION
403747 W 3800 RD
TALALA  OK 74080-3416

WATTS ELECTRIC COMPANY
13351 DOVER ST
WAVERLY  NE 68462-2516

EXCLUDE
(D)WATTS ELECTRIC COMPANY
CO BRIAN S KOERWITZ
5825 SOUTH 14TH STREET  STE 200
LINCOLN  NE  68512

WATTS ELECTRIC COMPANY
CO BRIAN S KOERWITZ
PEETZ KOERWITZ  LAFLEUR  PC LLO
5825 SOUTH 14TH STREET  STE 200
LINCOLN  NE 68512-1233

WELLS FARGO BANK NA AS AGENT
14241 DALLAS PARKWAY  SUITE 1300
ATTN RELATIONSHIP MANAGER
DALLAS  TX 75254-2955

WENDLING QUARRIES  INC
2647 225TH ST
DE WITT  IA 52742-9123

WEST PACIFIC DRILLING  INC
PO BOX 882
SILVERTON  OR 97381-0882

EXCLUDE
(D)WEST PACIFIC DRILLING  INC
PO BOX 882
SILVERTON  OR 97381-0882

WEST UNION TRENCHING  LLC
800 HWY 150 SOUTH
WEST UNION  IA 52175-1600

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8901
MADISON  WI  53708-8901

YOUNGWOOD LANE LLC
44112 MERCURE CIRCLE
STERLING  VA 20166-2084

YOUNTS CONTRACTING LLP
2622 120TH ST
TABOR  IA 51653-5008

ZACKARY MCELROY
416 G AVE NW
CEDAR RAPIDS  IA 52405-2660

ZAYO GROUP LLC
1805 29TH STREET SUITE 2050
BOULDER  CO 80301-1067

AUSTIN PEIFFER
AG  BUSINESS LEGAL STRATEGIES
PO BOX 11425
CEDAR RAPIDS  IA 52410-1425

EXCLUDE
(D)BRANDON KUENZI
SECRETARY
WEST PACIFIC DRILLING  INC
PO BOX 882
SILVERTON  OR 97381-0882

CRAIG HILPIPRE
EQUIPMENT MARKETERS  APPRAISERS
3826 CEDAR HEIGHTS DRIVE
SUITE 7
CEDAR FALLS  IA 50613-6257

EXCLUDE
(U)DENNIS BRUCE

(P)AG  BUSINESS LEGAL STRATEGIES
PO BOX 11425
CEDAR RAPIDS IA 52410-1425

EXCLUDE
(D)REYNA PAZ
PRESIDENT  CEO OF RP CONSTRUCTION
LLC24008
BISHOP MEADE PLACE
ASHBURN  VA 20148

CANADA
TAMMY KEMP
CHIEF CREDIT OFFICER
LIQUID CAPITAL EXCHANGE
5075 YONGE STREET STE 700
TORONTO  ONTARIOM2N 6C6 CANADA