## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **ORDER GRANTING COMMITTEE'S MOTION FOR EXPEDITED TELEPHONIC HEARING ON MOTION TO CONTINUE EVIDENTIARY HEARING (ECF NO. 259)** |
| | **(EXPEDITED RELIEF REQUESTED)** |

On October 19, 2023, the Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor") filed a Motion for Expedited Telephonic Hearing on Motion to Continue Evidentiary Hearing (the "Motion") (ECF 259). Having reviewed the Motion, the Court finds it appropriate.

IT IS THEREFORE ORDERED THAT:

1.      The Committee's Motion is granted.

2.      The Motion to Continue Evidentiary Hearing (ECF 258) is set for hearing on **October 20, 2023 at 2:00 p.m.**  All parties wishing to participate may use these dial in instructions:

1.      Call the toll-free number:  1-888-684-8852.
2.      Enter Participant Access Code:  7148063
3.      Enter the Participant Security Code:  0484
4.      After the security code is entered, you will be connected to the conference.
5.      Please identify yourself after you join the conference.

Dated and Entered:

October 19, 2023

Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Elizabeth L. Janczak
Smith Gambrell & Russell LLP
Attorney for Committee