| | |
|---|---|
| **From:** | Janczak, Elizabeth <ejanczak@sgrlaw.com> |
| **Sent:** | Wednesday, October 18, 2023 9:35 AM |
| **To:** | Abram Carls |
| **Subject:** | Re: Proposed Final DIP Budget |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Copy that. I'm out of pocket tomorrow afternoon and all day Friday with depositions. Given where things stand with the plan, withdrawal of the 9023 etc, I don't think it makes sense to spend time and money on an evidentiary hearing on the lift stay next week and ask whether KSB is willing to withdraw the motion, or alternatively continue it as it may be mooted by the plan.

**Elizabeth L. Janczak**
*Partner*

p  |  312-360-6722
m | 815-509-6136
f  |  312-360-6520
e  |  ejanczak@sgrlaw.com
311 South Wacker Drive | Suite 3000 | Chicago, IL 60606
www.sgrlaw.com  |  My Bio



**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Wednesday, October 18, 2023 9:30:25 AM
**To:** Janczak, Elizabeth <ejanczak@sgrlaw.com>
**Subject:** Re: Proposed Final DIP Budget

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm out Liz. Can't do it today but can do it tomorrow.

Get Outlook for iOS

Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034

Email: acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

---

**From:** Janczak, Elizabeth <ejanczak@sgrlaw.com>
**Sent:** Wednesday, October 18, 2023 9:26:11 AM
**To:** Abram Carls <acarls@spmblaw.com>
**Cc:** Austin Peiffer (ABLS) (austin@ablsonline.com) <austin@ablsonline.com>; Joe Peiffer (ABLS) (joe@ablsonline.com) <joe@ablsonline.com>; DeRousse, Shelly <sderousse@sgrlaw.com>
**Subject:** Re: Proposed Final DIP Budget

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Okay - can the final order and DIP financing agreement with that change be shared?

**Elizabeth L. Janczak**
*Partner*

---

p | 312-360-6722
m | 815-509-6136
f | 312-360-6520
e | ejanczak@sgrlaw.com
311 South Wacker Drive | Suite 3000 | Chicago, IL 60606
www.sgrlaw.com  |  My Bio



---

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Wednesday, October 18, 2023 9:09:58 AM
**To:** Janczak, Elizabeth <ejanczak@sgrlaw.com>
**Subject:** Re: Proposed Final DIP Budget

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

10-4. Yes, that's the order.

Get Outlook for iOS

Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034

Email: acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

---

**From:** Janczak, Elizabeth <ejanczak@sgrlaw.com>
**Sent:** Wednesday, October 18, 2023 6:07:05 AM
**To:** Abram Carls <acarls@spmblaw.com>; Austin Peiffer (ABLS) <austin@ablsonline.com>
**Cc:** Joe Peiffer (ABLS) <joe@ablsonline.com>; DeRousse, Shelly <sderousse@sgrlaw.com>
**Subject:** Re: Proposed Final DIP Budget

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Per your 9/20 email, we need to incorporate the terms of our agreement on the prepetition legal fee retainer.

**Elizabeth L. Janczak**
*Partner*

---

**p** | 312-360-6722
**m** | 815-509-6136
**f** | 312-360-6520
**e** | ejanczak@sgrlaw.com
311 South Wacker Drive | Suite 3000 | Chicago, IL 60606
www.sgrlaw.com | My Bio



---

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Tuesday, October 17, 2023 10:00:03 PM
**To:** Janczak, Elizabeth <ejanczak@sgrlaw.com>; Austin Peiffer (ABLS) <austin@ablsonline.com>
**Cc:** Joe Peiffer (ABLS) <joe@ablsonline.com>
**Subject:** RE: Proposed Final DIP Budget

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Don't think so. Why would changes be necessary?


Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4034

Email: acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Janczak, Elizabeth <ejanczak@sgrlaw.com>
**Sent:** Tuesday, October 17, 2023 6:29 PM
**To:** Austin Peiffer (ABLS) <austin@ablsonline.com>
**Cc:** Joe Peiffer (ABLS) <joe@ablsonline.com>; Abram Carls <acarls@spmblaw.com>
**Subject:** RE: Proposed Final DIP Budget

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please also send the proposed final DIP order and financing agreement and let me know if they've changed at all from the versions submitted as proposed back in July.

**Elizabeth L. Janczak**
*Partner*

p | 312-360-6722
m | 815-509-6136
f | 312-360-6520
e | ejanczak@sgrlaw.com
311 South Wacker Drive | Suite 3000 | Chicago, IL 60606
www.sgrlaw.com | My Bio



**From:** Austin Peiffer (ABLS) <austin@ablsonline.com>
**Sent:** Tuesday, October 17, 2023 5:14 PM
**To:** Janczak, Elizabeth <ejanczak@sgrlaw.com>
**Cc:** Joe Peiffer (ABLS) <joe@ablsonline.com>; Abram Carls (Other) <acarls@spmblaw.com>
**Subject:** Proposed Final DIP Budget

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Liz,

The Debtor wishes to use the attached budget as its final DIP budget. I do not believe it is materially changed from previous versions you have received. In particular, it does not include any funds escrowed for committee professional fees. In the past you told me this was unacceptable to the committee. If that position has changed and the committee is interested in endorsing a final DIP motion based on this budget please let me know by 4:00 P.M. Central tomorrow. Otherwise I plan to file a motion requesting final DIP approval based on this budget.

Best regards,



Austin J. Peiffer
Associate Attorney
P.O. Box 11425, Cedar Rapids, IA 52410-1425
1350 Boyson Road, Building B, Hiawatha, IA 52233
Phone: (319) 363-1641
Toll Free: (844) 363-1641
austin@ablsonline.com
To securely upload files to me, click here.
**Fraud Warning:** call to confirm any wire transfer instructions sent via email.