UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                    Case No.: 23-00484 C

BDC GROUP, INC.                           Chapter: 11

Debtor.

### ALLY BANK'S CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1

I, Stephanie Hinz, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because I am the attorney for Ally Bank.

2. The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests: Ally Bank (100%).: NONE.

3. I declare under penalty of perjury that the foregoing is true and correct.


PICKENS, BARNES & ABERNATHY


By __/s/ Stephanie L. Hinz_____
     Stephanie L. Hinz AT0003506
     1800 First Avenue NE, Suite 200
     P.O. Box 74170
     Cedar Rapids, IA 52407-4170
     PH: (319) 366-7621
     FAX: (877) 592-1367
     EMAIL: shinz@pbalawfirm.com


ATTORNEYS FOR ALLY BANK

<u>CERTIFICATE OF SERVICE</u>

I certify that on October 20, 2023, I caused to be served a true and correct copy of the foregoing document by electronic mail or by ECF on the following:

Austin Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425
austin@ablsonline.com

SMITH GAMBRELL & RUSSELL LLP
Shelly A. DeRousse
Elizabeth L. Janczak
Tonita M. Helton
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101
USTPRegion12.CR.ECF@usdoj.gov

/s/ <u>Lynette Stickney</u>