# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **DECLARATION OF ELIZABETH L. JANCZAK IN SUPPORT OF REPLY IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF SMITH GAMBRELL & RUSSELL AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

I, Elizabeth L. Janczak, hereby declare under penalty of perjury:

1. I am a partner in the Bankruptcy, Reorganization, and Financial Restructuring Practice Group of the law firm of Smith Gambrell & Russell LLP, located at 311 South Wacker Drive in Chicago, Illinois. In that capacity, I am authorized to submit this Declaration in support of the *Reply in Support of First Interim Fee Application of Smith Gambrell & Russell as counsel to the Official Committee of Unsecured Creditors* in the chapter 11 case of BDC Group, Inc. (the "Debtor").

2. I am duly admitted to practice law in the State of Illinois and the U.S. District for the Northern District of Illinois, and have been admitted *pro hac vice* before this Court.

3. I make this Declaration from information derived from the business records of SGR.

4. SGR reduced its standard hourly rates in this case as an accommodation to the Official Committee of Unsecured Creditors and the estate given the limited available resources.

5. SGR's standard hourly rates versus the rates charged in this case in SGR's first interim fee application are as follows:

| Biller | Title | Standard Rate | Rate Charged in This Case |
|---|---|---|---|
| Shelly A. DeRousse | Partner | $680.00 | $595.00 |
| Tonita Helton | Of Counsel | $590.00 | $500.00 |
| Shira R. Isenberg | Partner | $650.00 | $500.00 |
| Elizabeth L. Janczak | Partner | $535.00 | $500.00 |
| Morgan V. Manley | Associate | $460.00 | $425.00 |
| Jacqueline E. Webster | Paralegal | $365.00 | $315.00 |
| Kirstin N. Rower | Paralegal | $366.00 | $300.00 |

I state hereby under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  October 23, 2023              /s/ Elizabeth L. Janczak
                                      Elizabeth L. Janczak

2