# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>    Debtor. | Chapter 11<br><br>Bankruptcy No. 23-00484 |
| BDC Group Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Breakout Capital, LLC; Green Note Capital Partners SPV LLC, KYF Global Partners, Marlin Capital Solutions (n/k/a PEAC Solutions); Kyle Enterprises, LLC; and Sheets Sterling, Inc.<br><br>    Defendants. | Adversary No. 23-09042<br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

    The undersigned hereby enters her appearance on behalf of Creditor Sheets Sterling, Inc.

    Pursuant to Rule 2002, U.S. Bankruptcy Rules, the undersigned hereby requests that copies of all papers files or served in this case be sent to:

        Emily Douglas Moore
        Abbott Osborn Jacobs PLC
        974 73rd Street, Suite 16
        West Des Moines, Iowa 50265


        By:  */s/ Emily Douglas Moore*
        Emily Douglas Moore, AT0013753
        Abbott Osborn Jacobs PLC
        974 - 73rd Street, Suite 20
        West Des Moines, IA 50265
        Telephone: 515/223-6000 ext 119
        Email: edouglas@midwestlawgroup.com
        ATTORNEY FOR SHEETS STERLING INC.

CERTIFICATE OF SERVICES

The undersigned hereby certifies that on October 23, 2023, a true and accurate version of the above document was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF System which sent a notification of such filing to all parties and counsel participating in the CM/ECF System.

*/s/ Emily Douglas Moore*