UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

    Debtor

Chapter 11

Bankruptcy No. 23-00484

**PROCEEDING MEMO AND ORDER**

Date of Telephonic Hearing: October 20, 2023
Hearing on: Expedited Motion to Continue Hearing on Motion for Relief From Stay (Doc. 258) filed by the Official Committee of Unsecured Creditors

APPEARANCES:

Attorneys Joseph A. Peiffer and Austin Peiffer for Debtor
Attorney Claire Davison for the United States Trustee
Attorney Shelly A. DeRousse for the Official Committee of Unsecured Creditors
Attorney Abram V. Carls for Keystone Savings Bank
Attorney Emily X. Douglas Moore for Sheets Sterling, Inc.
Attorney Evan Lincoln Moscov for Green Note Capital Partners SPV LLC

**IT IS ORDERED THAT**:

The Expedited Motion to Continue Hearing on Motion for Relief From Stay (Doc. 258) is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, the hearings set for October 26, 2023 on the Joint Motion for Relief From Stay (Doc. 209), the First Application for Compensation for Smith, Gambrell & Russell, LLP (Doc. 192), and the Motion to Amend *Motion to Revise, or To Amend* (Doc. 207) are hereby reset for a status hearing on:

**October 27, 2023 at 2:00 PM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 0484
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

This hearing will be digitally recorded.

Ordered:

October 23, 2023

Thad J. Collins
Chief Bankruptcy Judge