# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | |
| BDC Group, Inc., *Debtor* ) | Case No. 23-00484-tjc |
| ) | |
| ) | Chapter: 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of Bank of America, N.A., a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon said creditor should be served on the undersigned attorney, SouthLaw, P.C., 13160 Foster, Suite 100, Overland Park, KS 66213-2660.

SOUTHLAW, P.C.

*/s/ Wendee Elliott-Clement*
_____

Wendee Elliott-Clement, AT0011311
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabkndecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 242510
Case No: 23-00484-tjc

# CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this October 24, 2023 with the United States Bankruptcy Court for the Northern District of Iowa, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

| | | |
|---|---|---|
| BDC Group, Inc.<br>925 Boyson Court<br>Hiawatha, IA 52233<br>**DEBTOR** | Austin Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425<br>**ATTORNEY FOR DEBTOR** | Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>1350 Boyson Rd<br>Ste Building B<br>Hiawatha, IA 52233<br>**ATTORNEY FOR DEBTOR** |

Office of the United States Trustee
111 7th Ave SE STE 17
United States Federal Courthouse
Cedar Rapids, IA 52401-2103
**U.S. TRUSTEE**

Claire Davison
DOJ-Ust
210 Walnut Street
Room 793
Des Moines, IA 50309
**COUNSEL FOR U.S. TRUSTEE**

Janet G. Reasoner
U.S. Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401
**COUNSEL FOR U.S. TRUSTEE**

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, Ontario M2N 6C6
Canada
**CRED. COMM. CHAIR**

Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381
**CREDITOR COMMITTEE**

File No. 242510
Case No: 23-00484-tjc

Reyna Paz
President & CEO of RP Construction, LLC
24008 Bishop Meade Place
Ashburn, VA 20148
**CREDITOR COMMITTEE**

Shelly A. DeRousse
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
**COUNSEL FOR CREDITOR COMMITTEE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Tonita M Helton
Helton Law Office
501 N. Church Street
Leon, IA 50144
**COUNSEL FOR CREDITOR COMMITTEE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Elizabeth L. Janczak
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
**COUNSEL FOR CREDITOR COMMITTEE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**


SOUTHLAW, P.C.

*/s/ Wendee Elliott-Clement*

Wendee Elliott-Clement, AT0011311
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabkndecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 242510
Case No: 23-00484-tjc