UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

      Debtor

Chapter  11

Bankruptcy No.  23-00484

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: October 27, 2023
Hearing on: Motion to Shorten Time to Object to Chapter 11 Plan and Disclosure
Statement (Doc. 249) Filed by BDC Group, Inc.

Joint Motion for Relief from Stay (Doc. 209) filed by Keystone Savings Bank

First Application for Compensation for Smith, Gambrell & Russell, LLP (Doc. 192)
filed by the Unsecured Creditors Committee

Motion to Amend Motion to Revise, or To Amend (Doc. 207) filed by Keystone
Savings Bank

APPEARANCES:

Attorney Austin Peiffer for Debtor
Attorneys Claire Davison and Janet G. Reasoner for the United States Trustee
Attorney Abram V. Carls for Keystone Savings Bank
Attorney Evan Lincoln Moscov for Green Note Capital Partners SPV LLC
Attorney Elizabeth L. Janczak for the Official Committee of Unsecured Creditors
Attorney Emily X. Douglas Moore for Sheets Sterling, Inc.
Attorney Terry L. Gibson for Manchester Leasing Services, Inc. and Green State
      Credit Union
Attorney Rush M. Shortley for the East Central Iowa Council of Governments
Attorney Martin McLaughlin for the United States of America Small Business
      Association

**IT IS ORDERED THAT**:

The Motion to Shorten Time to Object to Chapter 11 Plan and Disclosure Statement (Doc. 249) is hereby WITHDRAWN.

First Application for Compensation for Smith, Gambrell & Russell, LLP (Doc. 192) has been GRANTED by this Court's Order at Docket 276.

The Joint Motion for Relief from Stay (Doc. 209) and the Motion to Amend Motion to Revise, or To Amend (Doc. 207) will be set for an in-court evidentiary hearing by a separate court order.  The parties are hereby ORDERED to coordinate with each other and this Court's Deputy and Scheduling Clerk to find an appropriate date.

Ordered:

October 31, 2023

Thad J. Collins
Chief Bankruptcy Judge