# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br>BDC Group Inc. | CASE NO: 23-00484<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 280 |

On 11/1/2023, I did cause a copy of the following documents, described below,

Notice of ABLS's 2nd Fee Application ECF Docket Reference No. 280

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/1/2023

/s/ Austin Peiffer
Austin Peiffer  AT0014402

Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA  52410-1425
319 363 1641
mike@ablsonline.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc. | CASE NO: 23-00484<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 280 |

On 11/1/2023, a copy of the following documents, described below,

Notice of ABLS's 2nd Fee Application ECF Docket Reference No. 280

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Austin Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA  52410-1425

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| U.S. ATTORNEY (SBA & IRS)<br>111 7TH AVENUE SE, BOX 1<br>CEDAR RAPIDS, IA 52401 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | U.S. SMALL BUSINESS ADMINISTRATION<br>ATTN: MICHELLE CHESEBRO, ATTORNEY<br>332 S. MICHIGAN, SUITE 600<br>CHICAGO, IL 60604 |
| --- | --- | --- |
| IOWA DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN: BANKRUPTCY UNIT<br>1305 E. WALNUT ST<br>DES MOINES, IA 50319 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>300 S. SYCAMORE AVENUE, STE 102<br>SIOUX FALLS, SD 57110 | TREASURER OF VA<br>PO BOX 570<br>RICHMOND, VA 23218-0570 |