# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | FIRST INTERIM APPLICATION FOR COMPENSATION FOR DEBTOR'S ACCOUNTANT |

COMES NOW Debtor's Accountant, BerganKDV ("Applicant"), through Debtor's undersigned counsel, and under 11 U.S.C. §§ 330 & 331 and Fed. R. Bankr. P. 2016 hereby submits this First Interim Application for Compensation, stating the following in support:

1. The Debtor-in-Possession filed its Chapter 11 bankruptcy on June 13, 2023.
2. Debtor-in-Possession applied to have Applicant employed on June 15, 2023 and this Court granted that application on September 15, 2023 (*see* Doc. 23, Application to Employ BerganKDV and Doc. 199, Order Granting Application to Employ BerganKDV (nka Creative Planning Tax, LLC)).
3. Applicant makes this First Interim Application for Compensation for professional services Applicant rendered, as described below, from July 5, 2023 through October 5, 2023, and for reimbursement of actual and necessary expenses incurred while rendering such services. All services for which compensation is requested were performed for and on behalf of the Debtor-in-Possession and not for any creditor or any other person.
4. Exhibit A comes from Applicant's time records and sets forth in detail the exact nature and scope of the services performed for benefit of the Debtor-in-Possession. It also includes actual out-of-pocket expenses.
5. Applicant now makes application for approval of fees and expenses (including advances) in the amounts of $12,849.57 and $0.00 respectively, for a total of $12,849.57. Applicant requests approval of these fees and expenses, and requests the Court authorize these fees to be paid to Applicant directly by the Debtor.
6. See below for a biography of the lead professional for whom compensation is sought:

*Joe Benter, CPA* has 15 years of experience in tax planning, preparation, review, and leadership. He works with corporate taxes and specializes in the manufacturing, distribution, construction, and dealership industries. He is currently involved with tax research, compliance, and IRS correspondence for the Waterloo office.

Ensuring regular and timely communication between clients and firm staff has been a key to success throughout Joe's career. To facilitate this communication, Joe spends a great part of his time staying educated with current tax trends and regulations and helps implement tax strategies and ideas for his clients developed through weekly tax update conference calls.

Joe received his bachelor's degree in accounting from the University of Northern Iowa. He is a member of the American Institute of Certified Public Accountants and the Iowa Society of CPAs.

7. No agreement or understanding exists between Applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case.
8. The hourly rates charged by the personnel for whom compensation is sought are:

| NAME | POSITION | RATE |
|---|---|---|
| Joe Benter | Tax Director | $475.00 |
| Nema Falahpour | Audit Director | $375.00 |
| Davis Darby | Senior Accountant | $185.00 |
| Michael Zittergruen | Supervisor | $225.00 |
| Dylan Baker | Staff Accountant | $160.00 |
| Steven Keppler | Manager | $290.00 |
| Allsion McClain | Staff Accountant | $170.00 |
| Grace Culley | Staff Accountant | $135.00 |
| Joshua Melde | Staff Accountant | $135.00 |

WHEREFORE Applicant respectfully requests this Court allow Applicant $12,849.57 for professional services necessarily, to be paid to Applicant directly by the Debtor, and grant such other relief as is just and equitable given the circumstances.

Dated this 7th day of November, 2023.

>Respectfully submitted,
>
>AG & BUSINESS LEGAL STRATEGIES
>
>/s/ Austin Peiffer
>Austin J. Peiffer AT0014402
>P.O. Box 11425
>Cedar Rapids, Iowa 52410-1425
>Telephone: (319) 363-1641
>Fax: (319) 200-2059
>Email: austin@ablsonline.com
>ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of November, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

>Signed: /s/ Michael J. Peiffer