

BDC Group, Inc.
1525 Ketelsen Drive
Hiawatha, IA 52233

| | |
|---|---|
| Date: | 7/5/2023 |
| Invoice Number: | 1200582 |
| Client: | 1004860.000 |

*Please include invoice number on payment.*

---

Communication with attorney and bankruptcy filings                                        $1,050.00

Assistance with various 2023 depreciation schedule updates                            $500.00

Income tax planning and discussions regarding 2022 taxes and amended returns    $575.00

| | |
|---|---|
| Invoice Total: | $2,125.00 |
| Less Prepetition: | $1,617.43 |
| Amount Due: | $ 507.57 |

| Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Total |
|---|---|---|---|---|---|
| $2,166.00 | $41.00 | $0.00 | $4,100.00 | $0.00 | $6,307.00 |

Please remit payment to our lock box below:
P.O. Box 735484
Dallas, TX  75373-5484
(833) 431-2021

The payment in full is due 30 days after services are provided.
A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed if the outstanding invoice is sent to collections.

**Exhibit A**

| Posted | 1004860 | 000 | | BDC Group Inc | | 1200582 | 07/05/2023 | $2,125.00 | $807.00 | $1,318.00 | | $0.00 | | $0.00 | $2,580.20 | Cons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WIP Date | Service Code ID | Hours | Staff | | Surcharge | | Invoice Description | | | | | | Billed WIP | | Billed Amount | |
| 10/27/2022 | 1165 | 1.20 | Falahpour, Nema S | | $0.00 | | Meeting with client, including travel, to discuss various accounting matters. | | | | | | $450.00 | | $370.60 | |
| 11/22/2022 | 5002 | 1.50 | Falahpour, Nema S | | $0.00 | | Discuss restatement. | | | | | | $1.50 | | $1.24 | |
| 01/12/2023 | 5003 | 0.30 | Keppler, Steven E | | $0.00 | | Other Client Development | | | | | | $0.30 | | $0.25 | |
| 01/26/2023 | 2087 | 0.60 | Benter, Joseph D | | $0.00 | | Discuss amended return issues. | | | | | | $240.00 | | $197.66 | |
| 03/11/2023 | 2087 | 0.60 | Benter, Joseph D | | $0.00 | | Review prior year notes and amended return notes. | | | | | | $240.00 | | $197.66 | |
| 03/13/2023 | 2080 | 0.20 | Benter, Joseph D | | $0.00 | | Efile extensions | | | | | | $80.00 | | $65.89 | |
| 03/17/2023 | 3350 | 0.30 | Falahpour, Nema S | | $0.00 | | Send Alli depreciation information and review. | | | | | | $135.00 | | $111.18 | |
| 03/21/2023 | 3350 | 0.50 | Falahpour, Nema S | | $0.00 | | Review and adjust fixed asset reports. | | | | | | $225.00 | | $185.31 | |
| 04/25/2023 | 4301 | 0.20 | McClain, Allison P | | $0.00 | | Running Jan-April depreciation reports and sending to Todd | | | | | | $29.60 | | $24.38 | |
| 05/25/2023 | 2087 | 1.00 | Falahpour, Nema S | | $0.00 | | Reply to attorney email with answers to various questions | | | | | | $375.00 | | $308.84 | |
| 05/31/2023 | 2087 | 0.50 | Falahpour, Nema S | | $0.00 | | Reply to attorney regarding hourly rate fees and invoiced amount outstanding. | | | | | | $187.50 | | $154.42 | |
| 06/09/2023 | 1315 | 1.00 | Falahpour, Nema S | | $0.00 | | Various emails with attorney and internal regarding CP and conflict of interest. | | | | | | $375.00 | | $308.84 | |
| 06/14/2023 | 1360 | 0.30 | Darby, Davis R | | $0.00 | | Review bankruptcy filing items. | | | | | | $112.50 | | $92.65 | |
| 06/15/2023 | 2080 | 0.10 | Darby, Davis R | | $0.00 | | Printing and sending 2022 extension form to Todd | | | | | | $16.50 | | $13.59 | |
| 06/21/2023 | 4301 | 0.10 | McClain, Allison P | | $0.00 | | Running May and June depreciation reports for Todd | | | | | | $14.80 | | $12.19 | |
| 06/21/2023 | 4301 | 0.60 | Melde, Joshua M | | $0.00 | | updated fixed asset file | | | | | | $81.00 | | $66.71 | |
| 06/26/2023 | 4301 | 0.10 | Darby, Davis R | | $0.00 | | Making sure Suralink is ready to go for tax returns | | | | | | $16.50 | | $13.59 | |

**Exhibit A**

# bergan**KDV**

BDC Group, Inc.
1525 Ketelsen Drive
Hiawatha, IA  52233

Date:  10/20/23
Invoice Number: 1210494
Client:  1004860 000

*Please include invoice number on payment.*

Preparation of amended 2020 and 2021 federal and state S corporation income tax returns.

Invoice Total  $          2,869.00

| WIP Date | Hours | Staff | Invoice Descrip ion |
|---|---|---|---|
| 8/8/2023 | 1.70 | Baker, Dylan M | Preparation of amended 2020 Form 1120S. |
| 8/10/2023 | 1.00 | Baker, Dylan M | Clear review comments of 2020 amendment of Form 1120S. |
| 10/5/2023 | 2.00 | Baker, Dylan M | Preparation of amended 2021 form 1120S. |
| 8/9/2023 | 0.70 | Keppler, Steven E | 1120S Return Review | 2020 Amendment |
| 8/10/2023 | 0.60 | Keppler, Steven E | 1120S Return Review | 2020 Amendment |
| 9/5/2023 | 6.00 | Keppler, Steven E | 1120S Return Review | BDC Group Inc |

Please remit payment to our lock box below:
P.O. Box 735484
Dallas, TX 75373-5484
(833) 431-2021

The payment in full is due 30 days after services are provided.

A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed if the outstanding invoice is sent to collections.

**Exhibit A**

# berganKDV

BDC Group, Inc.
1525 Ketelsen Drive
Hiawatha, IA  52233

Date:  10/20/23
Invoice Number: 1210496
Client:  1004860.000

*Please include invoice number on payment.*

Preparation of federal and state S corporation income tax returns
for the year ended 12/31/22

Invoice Total  $          8,848.00

| WIP Date | Hours | Staff | Invoice Description |
|---|---|---|---|
| 10/10/2023 | 0.30 | Zittergruen, Michael G | Tax return prep - Building  lease liability |
| 7/5/2023 | 0.20 | Darby, Davis R | Coordinate for tax preparation |
| 7/5/2023 | 4.10 | Zittergruen, Michael G | Tax return preparation |
| 7/6/2023 | 2.30 | Zittergruen, Michael G | Tax return preparation |
| 7/31/2023 | 8.40 | Zittergruen, Michael G | Tax return preparation |
| 8/1/2023 | 8.50 | Zittergruen, Michael G | Tax return preparation |
| 8/3/2023 | 0.40 | Benter, Joseph D | Assist Mike on tax preparation |
| 8/13/2023 | 1.40 | Zittergruen, Michael G | Tax return preparation |
| 8/16/2023 | 0.30 | Zittergruen, Michael G | Tax return preparation |
| 9/6/2023 | 4.30 | Keppler, Steven E | BDC Group Inc | 1120S Return Review |
| 9/14/2023 | 3.60 | Benter, Joseph D | Review return |
| 7/5/2023 | 0.30 | Benter, Joseph D | Phone call with Todd regarding capital leases. |

Please remit payment to our lock box below:
P.O. Box 735484
Dallas, TX 75373-5484
(833) 431-2021

The payment in full is due 30 days after services are provided.

A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed if the outstanding invoice is sent to collec ions.

**Exhibit A**

# bergan KDV

BDC Group, Inc.
1525 Ketelsen Drive
Hiawatha, IA 52233

Date: 10/20/23
Invoice Number: 1210497
Client: 1004860.000

*Please include invoice number on payment.*

Preparation of federal and state partnership income tax returns
for the year ended 12/31/22

Invoice Total $ 625.00

| WIP Date | Hours | Staff | Invoice Description |
|---|---|---|---|
| 6/15/2023 | 0.10 | Darby, Davis R | Printing and sending 2022 extension form to Todd |
| 8/2/2023 | 0 20 | Darby, Davis R | Getting tax return ready for prep |
| 8/7/2023 | 2 50 | Culley, Grace | Preparing 2022 tax return |
| 8/7/2023 | 0.40 | Darby, Davis R | Helping Grace with tax return questions |
| 8/9/2023 | 0 50 | Culley, Grace | Preparing 2022 tax return |
| 8/8/2023 | 0.70 | Darby, Davis R | 1st Review of 2022 tax prep |
| 8/10/2023 | 0 20 | Darby, Davis R | signature |
| 9/2/2023 | 0.40 | Benter, Joseph D | Review return |

Please remit payment to our lock box below:
P.O. Box 735484
Dallas, TX 75373-5484
(833) 431-2021

The payment in full is due 30 days after services are provided.

A 1% monthly finance charge will be added to balances over 30 days.
A 25% collection fee will be imposed if the outstanding invoice is sent to collections.

**Exhibit A**