**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>    Debtor-in-Possession.<br><br>SSN/EIN Ending in: 8533 | Chapter 11<br><br>Bankruptcy No. 23-00484<br><br>NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION FOR DEBTOR'S ACCOUNTANT |

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that a First Interim Application for Compensation for Debtor's Accountant (Doc. 284) was filed with the Court in the above-captioned case on November 7, 2023. The address of the Debtor-in-Possession is: 925 Boyson Court, Hiawatha, IA 52233 The Application requests approval of compensation for fees in the amount of $12,849.57 and expenses in the amount of $0.00. A copy of this Application may be obtained by emailing legalassistant@ablsonline.com and requesting a copy, or by writing to Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410-1425.

NOTICE IS FURTHER GIVEN that the bar date for objection to the First Interim Application for Compensation for Debtor's Accountant is **November 28, 2023**. Objections must be filed with the Court by that date with a copy served on counsel for the BDC Group Inc. and the United States Trustee ("Notice Parties"). Service may be by filing with the Court's CM/ECF system, which will notify the Notice Parties, or by mail to the Court and the Notice Parties at the addresses below. If an objection is served by mail the Notice Parties and the Court must receive it by the bar date set forth above.

| | |
|---|---|
| Clerk of the Bankruptcy Court<br>111 7th Ave SE<br>Box 15<br>Cedar Rapids, IA 52401-2101 | Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |

Office of the United States Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401-2101

NOTICE IS FURTHER GIVEN that if any objections are filed, a hearing on said objections will be scheduled by separate notice.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

Dated this 7th day of November, 2023.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/ Austin Peiffer
Austin J. Peiffer AT0014402
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone:   (319) 363-1641
Fax:             (319) 200-2059
Email:         austin@ablsonline.com
ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of November, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

Signed: /s/ Michael J. Peiffer