IN THE UNITED STATED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BDC Group Inc., | ) | Bankruptcy No. 23-00484 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| EIN Ending in: 8533 | ) | |

**NOTICE OF APPEARANCE**

COMES NOW David J. Skalka of the firm of Croker, Huck, Kasher, DeWitt, Anderson & Gonderinger, L.L.C., and hereby enters his appearance on behalf of Five Star Communications, LLC, Creditor, and further requests copies of all notices filed in the above-captioned matter be sent to the undersigned, including notices pursuant to Rule 2002(i), and that the following be added to the Court's master mailing list:

> David J. Skalka, Esq.
> Croker Huck Law Firm
> 2120 South 72nd Street, Suite 1200
> Omaha, Nebraska  68124
> (402) 391-6777
> dskalka@crokerlaw.com

DATED this 8th day of November, 2023.

FIVE STAR COMMUNICATIONS, LLC, Creditor

By: /s/ David J. Skalka
David J. Skalka, AT0009914 (IA)
Croker Huck Law Firm
2120 South 72nd Street, Suite 1200
Omaha, Nebraska  68124
(402) 391-6777
(402) 390-9221 (Fax)
dskalka@crokerlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 8th day of November, 2023, I caused the above document to be filed in the Bankruptcy Court's CM/ECF system which gave notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following non-CM/ECF participants:

     None.

                                              /s/ David J. Skalka
                                             David J. Skalka, AT0009914 (IA)

01120548.DOCX