# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | |

### Order Granting Motion to Establish Two Additional Debtor-In-Possession Accounts (Doc. 287)

The matter before the Court is the Motion of the Debtor to Establish Two Additional Debtor-In-Possession Accounts at FDIC insured banks and to deposit less than $250,000.00 in each of them filed on the 7th day of November 2023 as (Doc. 287).

The Court has reviewed the Motion and finds that it is in the best interests of the Debtor and the bankruptcy estate that the Debtor be authorized to establish two (2) additional Debtor-In-Possession accounts at FDIC insured banks as is set forth in the Motion as it will allow the Debtor to comply with 11 U.S.C. § 345.

WHEREFORE, it is ordered that the Motion to Establish Two Additional Debtor-In-Possession Accounts (Doc. 287) is granted.

IT IS FURTHER ORDERED that the funds deposited in the additional accounts from the Debtor's pre-petition accounts receivable shall remain cash collateral of Keystone Savings Bank and the Debtor shall not utilize those funds without the express written consent of Keystone Savings Bank or Order of this Court.

Dated and entered:

November 8, 2023

_____
United States Bankruptcy Judge
For the Northern District of Iowa

Order prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
ATTORNEY FOR DEBTOR-IN-POSSESSION