**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**APPENDIX TABLE OF CONTENTS** |

Keystone Savings Bank ("Bank") provides this table of contents of the Appendix filed in conjunction with its Motion for Summary Judgment.

### TABLE OF CONTENTS

Armstrong Declaration ............................................................................................... 1
Promissory Note 300020246 ..................................................................................... 3
Promissory Note 300020255 ....................................................................................12
Security Agreement dated April 5, 2019 ..................................................................19
Security Agreement dated May 5, 2020 ...................................................................22
Security Agreement dated June 12, 2020 .................................................................26
Promissory Note 301683...........................................................................................30
Security Agreement dated April 25, 2022 ................................................................32
Loan Assignment Agreement....................................................................................36
UCC Lien Search Result Report ...............................................................................50
Select Filed UCC Financing Statements ..................................................................63

Dated: November 8, 2023

Respectfully Submitted,

SIMMONS PERRINE MOYER BERGMAN PLC

/s/ Abram V. Carls
Abram V. Carls, AT0011818
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Facsimile: 319-366-1917
acarls@spmblaw.com
ATTORNEYS FOR KEYSTONE SAVINGS BANK

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 8, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

                                        /s/ Abram V. Carls