United States Bankruptcy Court

Northern District of Iowa

In re:  
BDC Group, Inc.  
    Debtor

Case No. 23-00484-TJC  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 3  
Date Rcvd: Nov 08, 2023     Form ID: pdf902     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Nov 08 2023 21:06:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2023      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com hcable-larson@spmblaw.com |
| Austin Peiffer | on behalf of Debtor BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |

Case 23-00484   Doc 294   Filed 11/10/23   Entered 11/10/23 23:37:03   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| Brian S. Koerwitz | |
| | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Claire Davison | |
| | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | |
| | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  patti@shuttleworthlaw.com |
| David Skalka | |
| | on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Attorney Smith  Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | |
| | on behalf of Creditor Sheets Sterling  Inc. edouglas@midwestlawgroup.com |
| Emily X. Douglas Moore | |
| | on behalf of Defendant Sheets Sterling  Inc. edouglas@midwestlawgroup.com |
| Eric J. Langston | |
| | on behalf of Creditor DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
| | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | |
| | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | |
| | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jeffrey D. Goetz | |
| | on behalf of Creditor RP Construction  LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jeffrey P. Taylor | |
| | on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| Joseph A. Peiffer | |
| | on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | |
| | on behalf of Debtor BDC Group  Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kristina M. Stanger | |
| | on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Mark A Ludolph | |
| | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Mark S Swan | |
| | on behalf of Defendant Marlin Capital Solutions nka PEAC Solutions mark@swanlaw.net |
| Martin McLaughlin | |
| | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Ronald C. Martin | |
| | on behalf of Creditor Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Ronald C. Martin | |
| | on behalf of Interested Party Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Roy Ryan Leaf | |
| | on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com, |

Case 23-00484   Doc 294   Filed 11/10/23   Entered 11/10/23 23:37:03   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0862-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: pdf902 | Total Noticed: 1 |

sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Rush M. Shortley
on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink
on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse
on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com

Stephanie L. Hinz
on behalf of Defendant Breakout Capital Finance  LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@2501grand.com

Terry Gibson
on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@2501grand.com

Terry Gibson
on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@2501grand.com

Tonita M Helton
on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
on behalf of Creditor BANK OF AMERICA  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 46

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| IN RE: <br><br> BDC Group Inc., <br><br>     Debtor-in-Possession. | Chapter 11 <br><br> Bankruptcy No. 23-00484 |
|---|---|

## Order Granting Motion to Establish Two Additional Debtor-In-Possession Accounts (Doc. 287)

The matter before the Court is the Motion of the Debtor to Establish Two Additional Debtor-In-Possession Accounts at FDIC insured banks and to deposit less than $250,000.00 in each of them filed on the 7th day of November 2023 as (Doc. 287).

The Court has reviewed the Motion and finds that it is in the best interests of the Debtor and the bankruptcy estate that the Debtor be authorized to establish two (2) additional Debtor-In-Possession accounts at FDIC insured banks as is set forth in the Motion as it will allow the Debtor to comply with 11 U.S.C. § 345.

WHEREFORE, it is ordered that the Motion to Establish Two Additional Debtor-In-Possession Accounts (Doc. 287) is granted.

IT IS FURTHER ORDERED that the funds deposited in the additional accounts from the Debtor's pre-petition accounts receivable shall remain cash collateral of Keystone Savings Bank and the Debtor shall not utilize those funds without the express written consent of Keystone Savings Bank or Order of this Court.

Dated and entered:

November 8, 2023

                                               United States Bankruptcy Judge
                                               For the Northern District of Iowa

Order prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
ATTORNEY FOR DEBTOR-IN-POSSESSION