# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | NOTICE OF CONFERENCE CALL INSTRUCTIONS FOR NOVEMBER 17, 2023 HEARING |

COMES NOW the Debtor-in-Possession, BDC Group Inc., through its undersigned counsel, and hereby notifies all parties-in-interest that anyone who wishes to participate in the telephonic hearing scheduled on November 17, 2023 at 3:30 PM, regarding Ally Bank's Motion for Relief from the Automatic Stay or in the Alternative Motion for Adequate Protection (Docs. 266 & 267), should use the following conference call instructions:

1. Call (712) 770-4340
2. Enter the participant access code: 392174
3. Please identify yourself after you have joined the conference call

Dated this 16th day of November, 2023.

        Respectfully submitted,

        AG & BUSINESS LEGAL STRATEGIES

        /s/ Austin Peiffer
        Austin J. Peiffer AT0014402
        P.O. Box 11425
        Cedar Rapids, Iowa 52410-1425
        Telephone:  (319) 363-1641
        Fax:  (319) 200-2059
        Email:  austin@ablsonline.com
        ATTORNEY FOR DEBTOR-IN-POSSESSION

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of November, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

Signed: /s/ Leah M. Watson