# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | ORDER GRANTING ALLY BANK'S MOTION FOR RELIEF FROM STAY |

The matter before the Court are Ally Bank's Motion for Relief from Stay and Motion for Adequate Protection (Docs. 266, 267) ("Motion"). In the time since Debtor filed its Response to the Motion (Doc. 293) the Debtor has changed its position. The Debtor now acknowledges that it no longer needs Ally's collateral and consents to the requested stay relief.

IT IS ORDERED:
1. The Motion is GRANTED.
2. The stay of proceedings now in effect against creditor Ally Bank is lifted as to the vehicles described below:
    a. 2022 GMC Canyon Crew Cab Elevation 4WD 3.6L V6 (VIN 1GTG6CEN7N1281475);
    b. 2022 GMC Canyon Crew Cab AT4 4WD 3.6L V6 (VIN 1GTG6FEN1N1330347).
3. Fed. R. Bankr. P. 4001(a)(3)'s 14-day stay of this order is waived.
4. The telephonic hearing scheduled for 3:30 P.M. on November 17, 2023 is canceled (see Docs. 271, 296, and 297).

Dated and Entered: November 17, 2023

Thad J. Collins
Chief Bankruptcy Judge

/s/ Stephanie Hinz  
Stephanie Hinz  
Attorney for Ally Bank

/s/ Austin J. Peiffer  
Austin J. Peiffer  
Attorney for Debtor

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession