UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtors. | ENTRY OF APPEARANCE AND REQUEST FOR NOTICE |

 COMES NOW Benjamin G. Nielson and hereby enters his appearance in this case on behalf of Herc Rentals, Inc., and pursuant to Bankruptcy Rule 2002(g) requests that all notices under Section 342 of the Bankruptcy Code, Bankruptcy Rule 2002, or otherwise, be mailed and e-mailed to him at the following address:

> Benjamin G. Nielson
> P.O. Box 2107
> Cedar Rapids, IA 52406-2107
> bgn@shuttleworthlaw.com

and further requests his name and the above address be entered upon the mailing matrix in this proceeding and that his name and e-mail be placed on the list to receive all notices pursuant to the Court's CM/ECF noticing system.

> /s/ Benjamin G. Nielson
> Benjamin G. Nielson AT0014460
> SHUTTLEWORTH & INGERSOLL, PLC
> 115 Third Street SE, Suite 500
> PO Box 2107
> Cedar Rapids, IA 52406-2107
> Phone (319) 365-9461
> Fax (319) 365-8443
> bgn@shuttleworthlaw.com
> ATTORNEY FOR HERC RENTALS, INC.

CERTIFICATION OF SERVICE

 The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing or mailed USPS on November 28, 2023.

> /s/ Patti K. O'Keefe