# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **OBJECTION TO MOTION TO RECOGNIZE LIEN** |

The Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor"), submits this objection to the *Motion to Recognize Lien* (the "Motion") (ECF No. 290) filed by Keystone Savings Bank ("KSB"), and in support states as follows:

## Argument

The Committee requests that the Court deny KSB's request that the Court recognize its pre-petition liens' applicability to chapter 5 avoidance actions because KSB misinterprets relevant law and mischaracterizes the nature of its pre-petition liens. As set forth more fully in the Committee's response to KSB's motion for summary judgment on this Motion, filed contemporaneously herewith and incorporated herein by reference, KSB misapplies the holding in *In re Simply Essentials, LLC*, 78 F.4th 1006 (8th Cir. 2023). Chapter 5 avoidance actions are not pre-petition general intangibles in which the Debtor could grant security interests pre-petition and chapter 5 avoidance actions are certainly not "proceeds" of any inchoate interest. As the overwhelming majority of courts have held, chapter 5 causes of action are after-acquired property to which pre-petition liens do not apply under 11 U.S.C. § 552(b).

Accordingly, the Committee requests that the Court deny this Motion and, instead, grant summary judgment in favor of the Committee holding that the estate's chapter 5 causes of action are not encumbered by KSB's pre-petition liens.

Dated: December 1, 2023　　　　　　　　**SMITH GAMBRELL & RUSSELL LLP**

　　　　　　　　　　　　　　　　　　By: /s/ Elizabeth L. Janczak
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　Shelly A. DeRousse*
　　　　　　　　　　　　　　　　　　Elizabeth L. Janczak*
　　　　　　　　　　　　　　　　　　Tonita M. Helton (Iowa Bar No. AT0009125)
　　　　　　　　　　　　　　　　　　311 South Wacker Drive, Suite 3000
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Tel:　　312.360.6000
　　　　　　　　　　　　　　　　　　Fax:　　312.360.6520
　　　　　　　　　　　　　　　　　　Email:　sderousse@sgrlaw.com
　　　　　　　　　　　　　　　　　　　　　　ejanczak@sgrlaw.com
　　　　　　　　　　　　　　　　　　　　　　thelton@sgrlaw.com
　　　　　　　　　　　　　　　　　　*Admitted pro hac vice*

　　　　　　　　　　　　　　　　　　*Counsel for Official Committee of Unsecured Creditors of BDC Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 1, 2023, the *Objection to Motion to Recognize Lien* was served electronically upon those parties receiving electronic notification through the Court's CM/ECF system.

                 /s/ Elizabeth L. Janczak