# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | MOTION TO REJECT UNEXPIRED LEASE |

COMES NOW the Debtor-in-Possession, BDC Group Inc., through its undersigned counsel, and hereby respectfully requests this Court authorize it to reject the lease it has with Soft Dig Properties, LLC, stating the following in support:

1. Debtor and Soft Dig Properties, LLC are parties to a lease agreement for Storage Unit S-15 at Independence Business Center, LLC, 11900 Livingston Road, Manassas, Virginia 20109.
2. Debtor believes that all the collateral and valuable property previously stored at the Manassas lot has been removed.
3. Since Debtor no longer has any valuable property being stored at Unit S-15 11900 Livingston Road, Debtor wishes to reject the lease under 11 U.S.C. § 365(a).
4. Under 11 U.S.C. § 554(a) Debtor wishes to abandon any property left at the lot as of no or little value to the estate. Debtor believes there is little or nothing left at that site.

WHEREFORE the Debtor-in-Possession respectfully requests this Court authorize it to reject the lease it has with Soft Dig Properties, LLC, as described above, and grant such other relief as is just and equitable given the circumstances.

Dated this 7th day of December, 2023.

                               Respectfully submitted,

                               AG & BUSINESS LEGAL STRATEGIES

                               /s/Austin Peiffer
                               Austin J. Peiffer AT0014402
                               P.O. Box 11425
                               Cedar Rapids, Iowa 52410-1425
                               Telephone:  (319) 363-1641
                               Fax:          (319) 200-2059
                               Email:      austin@ablsonline.com
                               ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of December, 2023, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

| | |
|---|---|
| Soft Dig Properties, LLC<br>525 Milltown Rd<br>Ste 304<br>New Brunswick, NJ 08901 | Soft Dig Properties, LLC<br>525 Milltown Road<br>Ste 304<br>North Brunswick, NJ 08901 |

                               Signed: /s/ Alex C. Tvedte