# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re<br><br>BDC Group Inc.,<br><br>Debtor. | Chapter 11<br><br>Bankr. No. 23-00484<br><br>**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)** |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Creditor and Contract-Counterparty Zayo Group, LLC, in the above-captioned bankruptcy case, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns ten percent (10%) or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☒  Zayo Group Holdings, Inc., owns 100% of the membership interests in Zayo Group, LLC.

DATED: December 8, 2023         */s/   Jeffrey D. Goetz*
                                Jeffrey D. Goetz, Esq., AT0002832
                                Bradshaw, Fowler, Proctor & Fairgrave, P.C.
                                801 Grand Avenue, Suite 3700
                                Des Moines, IA 50309-8004
                                515/246-5817
                                515/246-5808 FAX
                                goetz.jeffrey@bradshawlaw.com

                                Counsel for Zayo Group, LLC

CERTIFICATE OF SERVICE: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/      Brenda Mozena*