# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**BDC GROUP INC.,**<br><br>Debtor and Debtor in Possession | Case No.: 23-00484-tjc11<br><br>Chapter 11<br><br>**ORDER GRANTING CREDITOR ZAYO GROUP'S MOTION FOR EXPEDITED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO TERMINATE EXECUTORY CONTRACT**<br><br>Hearing Date: January 5, 2024<br>Time: 10:00 a.m.<br>Courtroom: Telephonic |

**BE IT REMEMBERED** on the date stated, the above-captioned matter comes before the Court upon Creditor's Motion for Expedited Hearing on Motion for Relief from Automatic Stay, it should be and is hereby **GRANTED**.

**IT IS ORDERED** that an expedited hearing on the Motion for Relief from Automatic Stay shall be and is hereby set for the _____ day of _____ at _____ o'clock _____.m.

**IT IS SO ORDERED.**