# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>**BDC GROUP INC.,**<br><br>Debtor and Debtor in Possession | Case No.: 23-00484-tjc11<br><br>Chapter 11<br><br>**ORDER GRANTING CREDITOR ZAYO GROUP'S MOTION FOR EXPEDITED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO TERMINATE EXECUTORY CONTRACT** |

**BE IT REMEMBERED** on the date stated, the above-captioned matter comes before the Court upon Creditor's Motion for Expedited Hearing on Motion for Relief from Automatic Stay, it should be and is hereby **GRANTED**.

**IT IS ORDERED** that an expedited hearing on the Motion for Relief from Automatic Stay shall be and is hereby set for: **December 15, 2023 at 11:30 AM via Telephonic Hearing**.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number:  1-888-684-8852.
2. Enter Participant Access Code:  7148063
3. Enter the Participant Security Code:  1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

**IT IS SO ORDERED.**

Ordered: December 11, 2023

Thad J. Collins
Chief Bankruptcy Judge

1