# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.,<br><br>Debtor-in-Possession. | Chapter 11<br><br>Bankruptcy No. 23-00484 |

**CONSENT ORDER PARTIALLY GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION FOR DEBTOR'S ATTORNEY (DOC. 279)**

The matter before the Court is Ag & Business Legal Strategies' ("Applicant") Second Interim Application for Compensation for Debtor's Attorney (Doc. 279).

United States Trustee objected to $24,729.50 of fees and $6,036.16 of expenses requested in the application. Counsel for the UST and the Applicant agree that the undisputed fees and expenses can be granted, with the objected-to amount to be held in abeyance for final determination later.

IT IS THEREFORE ORDERED that the Application is partially approved. The Court authorizes payment to Applicant in the total amount of $73,017.51 ($72,764.25 in fees and $253.26 in expenses) for professional services rendered and expenses incurred.

IT IS FURTHER ORDERED that payment of the approved compensation may be made to Applicant from postpetition funds held in Applicant's trust account.

IT IS FURTHER ORDERED that the hearing set on December 15, 2023 at 11:30 A.M. is hereby canceled only to the extend that it pertained to this Second Interim Application for Compensation.

Dated and Entered:

December 12, 2023

_____
Thad J. Collins
Chief Bankruptcy Judge

Approved as to form and content:

/s/ Claire R. Davison
Claire R. Davison
Attorney for the United States Trustee

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession