United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| crcm | + | Brandon Kuenzi, Secretary, West Pacific Drilling, Inc., PO Box 882, Silverton, OR 97381-0882 |
| crcmch | | Tammy Kemp, Chief Credit Officer, Liquid Capital Exchange, 5075 Yonge Street Ste 700, Toronto, Ontario, M2N 6C6 CANADA |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Dec 11 2023 20:50:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Debtor BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |

Case 23-00484    Doc 321    Filed 12/13/23    Entered 12/13/23 23:36:40    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: pdf902 | Total Noticed: 3 |

| | |
|---|---|
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Herc Rentals Inc. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Brian S. Koerwitz | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com |
| David Skalka | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth L. Janczak | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com |
| Emily X. Douglas Moore | on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com |
| Eric J. Langston | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jeffrey D. Goetz | on behalf of Creditor RP Construction LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jeffrey D. Goetz | on behalf of Creditor Zayo Group LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jeffrey P. Taylor | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| Joseph A. Peiffer | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | on behalf of Debtor BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kristina M. Stanger | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Mark A Ludolph | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |

Case 23-00484   Doc 321   Filed 12/13/23   Entered 12/13/23 23:36:40   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0862-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: pdf902 | Total Noticed: 3 |

| | | |
|---|---|---|
| Martin McLaughlin | | |
| | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov | |
| Ronald C. Martin | | |
| | on behalf of Creditor Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com | |
| Ronald C. Martin | | |
| | on behalf of Interested Party Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com | |
| Roy Ryan Leaf | | |
| | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com | |
| Rush M. Shortley | | |
| | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com | |
| Scott D. Fink | | |
| | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com | |
| Shelly A. DeRousse | | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com | |
| Stephanie L. Hinz | | |
| | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com | |
| Stephanie L. Hinz | | |
| | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com | |
| Terry Gibson | | |
| | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@2501grand.com | |
| Terry Gibson | | |
| | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@2501grand.com | |
| Terry Gibson | | |
| | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@2501grand.com | |
| Tonita M Helton | | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com | |
| United States Trustee | | |
| | USTPRegion12.CR.ECF@usdoj.gov | |
| Wendee Noel Elliott-Clement | | |
| | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com | |
| Wesley B. Huisinga | | |
| | on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com | |
| Wesley B. Huisinga | | |
| | on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com | |
| Wesley B. Huisinga | | |
| | on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com | |

TOTAL: 47

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

| In re: | Case No.: 23-00484-tjc11 |
|---|---|
| **BDC GROUP INC.,** | Chapter 11 |
| Debtor and Debtor in Possession | **ORDER GRANTING CREDITOR ZAYO GROUP'S MOTION FOR EXPEDITED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO TERMINATE EXECUTORY CONTRACT** |

**BE IT REMEMBERED** on the date stated, the above-captioned matter comes before the Court upon Creditor's Motion for Expedited Hearing on Motion for Relief from Automatic Stay, it should be and is hereby **GRANTED**.

**IT IS ORDERED** that an expedited hearing on the Motion for Relief from Automatic Stay shall be and is hereby set for: **December 15, 2023 at 11:30 AM via Telephonic Hearing**.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number:  1-888-684-8852.
2. Enter Participant Access Code:  7148063
3. Enter the Participant Security Code:  1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

**IT IS SO ORDERED.**

Ordered:  December 11, 2023

Thad J. Collins
Chief Bankruptcy Judge

1