UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00484 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: December 15, 2023
Hearing on:
1. Motion to Recognize Lien (Doc. 290)
2. Motion for Summary Judgment (Doc. 291)
3. First Application for Compensation for BerganKDV, Accountant (Doc. 284)
4. Motion for Relief from Stay (Doc. 307)

APPEARANCES:

Attorney Austin Peiffer for Debtor
Attorney Claire Davison for the United States Trustee
Attorney Abram V. Carls for Keystone Savings Bank
Attorney Elizabeth L. Janczak for the Unsecured Creditors' Committee
Attorney Jeffrey D. Goetz for Zayo Group, LLC
Attorney Terry Gibs for Manchester Leasing Services, Inc. and GreenState Credit
  Union

**IT IS ORDERED THAT**:

The Motion to Recognize Lien (Doc. 290) and the associated Motion for Summary Judgment (Doc. 291) are taken under advisement without further briefs due.

**IT IS FURTHER ORDERED THAT:**

The First Application for Compensation for BerganKDV, Accountant (Doc. 284) is

continued and reset for

> **December 22, 2023 at 11:00 AM**
> via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

This hearing will be digitally recorded.

**IT IS FURTHER ORDERED THAT:**

The Motion for Relief from Stay (Doc. 307) is continued and set for an evidentiary hearing on

> **January 4, 2024 at 10:00 AM**
> At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

This hearing will be digitally recorded.

Ordered:

December 15, 2023

Thad J. Collins
Chief Bankruptcy Judge