UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00484 |
|---|---|

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: December 22, 2023
Hearing on: First Application for Compensation for BerganKDV (Doc. 284)

APPEARANCES:

Attorney Austin Peiffer for Debtor
Attorney Claire Davison for the United States Trustee

OUTCOME OF PROCEEDING:

The parties informed the Court that the matter is settled.

**IT IS ORDERED THAT:**

The parties are to submit a proposed order for the Court's consideration.

Ordered: December 22, 2023

Thad J. Collins
Chief Bankruptcy Judge