# GROUP EXHIBIT A

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



BDC Group Creditors' Committee
c/o Tammy Kemp, Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street
Suite 700
Canada

| | |
|---|---|
| Date: | December 21, 2023 |
| Matter: | 912600.001 |
| Invoice No. | 1144801 |

Elizabeth L. Janczak

Matter:   Representation of BDC Creditors' Committee

For Professional Services................................................................$10,691.00

**Current Invoice Amount** ..............................................................**$10,691.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ▮▮▮▮▮▮▮
ACH routing number: ▮▮▮▮▮▮▮
Account number: ▮▮▮▮▮▮▮▮▮▮
For international wires: ▮▮▮▮▮▮▮ (for USD)
▮▮▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | December 21, 2023 |
| Liquid Capital Exchange | Matter: | 912600.001 |
| 5075 Yonge Street | Invoice No. | 1144801 |
| Suite 700 | | |
| Canada | | |
| | | Elizabeth L. Janczak |

Matter:  Representation of BDC Creditors' Committee

## For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|------|--------|-----------|------|------|-----|
| 09/11/23 | ELJ | Conference with Shelly DeRousse regarding case open items including DIP budget, committee call, and plan issues (0.1). | 500.00 | .10 | 50.00 |
| 09/11/23 | SAD | Conference with Elizabeth Janczak regarding case status (0.1). | 595.00 | .10 | 59.50 |
| 09/12/23 | ELJ | Telephone conference with Austin Peiffer regarding revised DIP budget and projections and Rule 2004 discovery request status (0.6). | 500.00 | .60 | 300.00 |
| 09/14/23 | ELJ | Telephone conference with Austin Peiffer regarding Rule 2004 discovery and DIP budget issues (0.5). | 500.00 | .50 | 250.00 |
| 09/15/23 | ELJ | Telephone conference with Shelly DeRousse regarding automatic stay complaint and DIP budget issues (0.1); telephone conference with Abe Carls regarding potential resolution of KSB lien/retainer issue, DIP budget, chapter 11 plan, and Rule 2004 discovery (1.0); telephone conference with Austin Peiffer regarding same (0.2). | 500.00 | 1.30 | 650.00 |
| 09/15/23 | SAD | Telephone conference with Elizabeth Janczak regarding motion to extend stay to Dennis Bruce (0.1); review pleadings and open issues relating to same (0.1). | 595.00 | .20 | 119.00 |
| 09/18/23 | ELJ | Telephone conference with Shelly DeRousse regarding proposed resolution with KSB, plan status, emergency TRO hearing, and related case issues (0.3). | 500.00 | .30 | 150.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.001 | Page 2 |
| Invoice No. | 1144801 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|------|--------|-----------|------|------|-----|
| 09/20/23 | ELJ | Telephone conference with Abe Carls regarding ABLS retainer/lien issue resolution, final DIP budget and order, plan issues, and Rule 2004 rider (0.4); e-mail correspondence to Austin Peiffer regarding plan discussion and information for Keystone lift stay motion (0.2). | 500.00 | .60 | 300.00 |
| 09/21/23 | ELJ | Telephone conference with Shelly DeRousse regarding open case items, including plan and pending motions, and strategy for same (0.4). | 500.00 | .40 | 200.00 |
| 09/21/23 | SAD | Telephone conference with Elizabeth Janczak regarding budget, discovery, plan and open case issues (0.4). | 595.00 | .40 | 238.00 |
| 10/02/23 | ELJ | E-mail correspondence to Joe and Austin Peiffer regarding creditor trust agreement, Rule 2004 motion, and DIP budget (0.2). | 500.00 | .20 | 100.00 |
| 10/04/23 | ELJ | Telephone conference with Abe Carls regarding open case issues including final DIP, lift stay motion, and Rule 2004 motion (0.4); telephone conference with Joe and Austin Peiffer regarding same and plan issues (0.5). | 500.00 | .90 | 450.00 |
| 10/06/23 | JW | File objection to motion to revise court ruling (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1); e-mail correspondence to courtroom deputy regarding procedure for setting hearing on fee application and objection thereto (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | .40 | 126.00 |
| 10/09/23 | SAD | Telephone conference with Elizabeth Janczak regarding various open issues, budget and hearing (0.2). | 595.00 | .20 | 119.00 |
| 10/18/23 | ELJ | Conference with Shira Isenberg and Shelly DeRousse regarding strategy for plan and lift stay issues and potential motions and objections in connection with same (0.3). | 500.00 | .30 | 150.00 |
| 10/18/23 | SAD | Conference with Elizabeth Janczak regarding lift stay and DIP loan issues (0.3); conference with Elizabeth Janczak and Shira Isenberg regarding response to lift stay and plan treatment of lender (0.3). | 595.00 | .60 | 357.00 |
| 10/18/23 | SRI | Strategy conference with Shelly DeRousse and Elizabeth Janczak regarding filing motions responding to recent filings including lift stay motion and plan (0.3). | 500.00 | .30 | 150.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| Matter: | 912600.001 | Page 3 |
|---|---|---|
| Invoice No. | 1144801 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 10/20/23 | ELJ | Telephone conferences with Shelly DeRousse regarding strategy for 10/20 hearing on motion to continue KSB lift stay motion, 10/26 hearing on SGR fee application and KSB motion to reconsider, and plan confirmation schedule and issues (0.6); review KSB objection to motion to continue (0.1). | 500.00 | .70 | 350.00 |
| 10/20/23 | SAD | Telephone conferences with Elizabeth Janczak regarding strategy relating to lift stay motion, fee application, and motion to reconsider ruling (0.6); prepare for hearing on same (1.0); review lender's response to motion to reschedule lift stay hearing (0.4); research regarding same (0.7); attend hearing on motion to reschedule lift stay hearing (0.9). | 595.00 | 3.60 | 2142.00 |
| 10/24/23 | ELJ | E-mail correspondence with Joe Peiffer regarding conference call to discuss open case issues (0.1); conference call with Joe Peiffer, Shelly DeRousse, and Abe Carls regarding strategy for 10/27 hearing and potential resolutions and agreements on issues in advance of same (0.7); review and prepare for same (0.2); telephone conference with Shelly DeRousse regarding same (0.2). | 500.00 | 1.20 | 600.00 |
| 10/24/23 | SAD | Conference call with Abe Carls, Joe Peiffer and Elizabeth Janczak regarding all open matters, scheduling and hearing (0.7); review and prepare for same (0.1); telephone conference with Elizabeth Janczak regarding various open issues (0.2). | 595.00 | 1.00 | 595.00 |
| 10/25/23 | ELJ | Telephone conference with Abe Carls regarding SGR fee application, DIP order, and plan issues (0.2). | 500.00 | .20 | 100.00 |
| 10/27/23 | ELJ | Telephone conference with Joe Peiffer regarding DIP carve-out, plan concerns, and 10/27 hearing issues (0.7); review and prepare for 10/25 hearing on stay relief, motion to reconsider, and plan deadlines (0.3); attend same (0.8). | 500.00 | 1.80 | 900.00 |
| 10/30/23 | ELJ | Conference with Shelly DeRousse regarding strategy for open case issues including KSB liens, plan, carve-out, and potential sale (0.3); e-mail correspondence to Joe Peiffer regarding same (0.1). | 500.00 | .40 | 200.00 |
| 10/30/23 | SAD | Conferences with Elizabeth Janczak regarding strategy for DIP, plan and sale issues (0.3); review background pleadings and information relating to same (0.2). | 595.00 | .50 | 297.50 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.001 | Page 4 |
| Invoice No. | 1144801 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|------|--------|-----------|------|------|-----|
| 10/31/23 | ELJ | Telephone conference with Shelly DeRousse regarding general case strategy including plan, DIP, lift stay, and sale issues (0.2). | 500.00 | .20 | 100.00 |
| 10/31/23 | SAD | Telephone conference with Elizabeth Janczak regarding case strategy relating to plan, DIP, and sale issues (0.2); review pleadings and background information relating to same (0.2). | 595.00 | .40 | 238.00 |
| 11/02/23 | ELJ | Telephone conference with Joe Peiffer regarding case status and open case issues including Plan, DIP, and lift stay issues (0.4). | 500.00 | .40 | 200.00 |
| 11/03/23 | ELJ | Telephone conference with Joe Peiffer regarding follow-up on open case issues including DIP and potential sale (0.2). | 500.00 | .20 | 100.00 |
| 11/08/23 | ELJ | Telephone conference with Janet Reasoner regarding open case issues including Committee matters, KSB issues, and plan/sale issues (0.4); telephone conference with Joe Peiffer and Austin Peiffer regarding case open items and strategy for same (0.7). | 500.00 | 1.10 | 550.00 |
| 11/10/23 | ELJ | Lengthy e-mail correspondence to Joe Peiffer, Austin Peiffer, and Abe Carls regarding potential global settlement of case issues (0.3). | 500.00 | .30 | 150.00 |
| 11/15/23 | ELJ | Telephone conference with Abe Carls regarding open case issues including lift stay motion, plan, DIP financing, and discovery (0.8). | 500.00 | .80 | 400.00 |
| | | TOTAL FEES FOR SERVICES | | | $10,691.00 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|------|-------|--------|
| Jacqueline Webster | 315.00 | 0.40 | 126.00 |
| Shira R. Isenberg | 500.00 | 0.30 | 150.00 |
| Elizabeth L. Janczak | 500.00 | 12.50 | 6,250.00 |
| Shelly A. DeRousse | 595.00 | 7.00 | 4,165.00 |
| TOTAL | | 20.20 | $10,691.00 |

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | |
|---|---|---|
| Matter: | 912600.001 | Page 5 |
| Invoice No. | 1144801 | December 21, 2023 |

**A C C O U N T   S U M M A R Y**

**CURRENT INVOICE AMOUNT**                                           **$10,691.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.002 |
| Liquid Capital Exchange | Invoice No. | 1144802 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Litigation


For Professional Services...................................................................$3,048.00

**Current Invoice Amount** ...............................................................**$3,048.00**


Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ▮▮▮▮▮
ACH routing number: ▮▮▮▮▮
Account number: ▮▮▮▮▮
For international wires: ▮▮▮▮▮ (for USD)
▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page                    1 |
| c/o Tammy Kemp, Chief Credit Officer | Date:        December 21, 2023 |
| Liquid Capital Exchange | Matter:              912600.002 |
| 5075 Yonge Street | Invoice No.            1144802 |
| Suite 700 | |
| Canada | |

Elizabeth L. Janczak

Matter:   Litigation

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/06/23 | MVM | Telephone call with representative of Capital One concerning their agreement to provide requested documents without the need for a formal subpoena (0.1); email correspondence with Elizabeth Janczak conveying Capital's One's agreement concerning same (0.1). | 425.00 | .20 | 85.00 |
| 09/12/23 | ELJ | Review report of avoidance actions (0.3). | 500.00 | .30 | 150.00 |
| 09/13/23 | MVM | Review statements provided by Capital One in response to request (0.1); email correspondence with Elizabeth Janczak concerning redactions in statements provided by Capital One (0.1). | 425.00 | .20 | 85.00 |
| 09/15/23 | ELJ | Review complaint to extend automatic stay to Dennis Bruce (0.3). | 500.00 | .30 | 150.00 |
| 09/18/23 | ELJ | Review emergency motion for TRO to extend automatic stay to Dennis Bruce (0.2); attend hearing on same (0.4). | 500.00 | .60 | 300.00 |
| 09/25/23 | ELJ | E-mail correspondence to Abe Carls regarding Rule 2004 discovery to KSB and F&M bank (0.2). | 500.00 | .20 | 100.00 |
| 09/28/23 | ELJ | Draft motion and order regarding BDC Rule 2004 exam (0.5); e-mail correspondence to Austin Peiffer regarding same (0.1); begin drafting Rule 2004 motion directed to Keystone (0.4). | 500.00 | 1.00 | 500.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.002 | Page 2 |
| Invoice No. | 1144802 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/29/23 | ELJ | Continue drafting motion for Rule 2004 exam directed to KSB (1.2); telephone call and e-mail correspondence to F&M Bank regarding potential Rule 2004 discovery (0.1); draft consent motion and order regarding F&M Rule 2004 documents (0.2). | 500.00 | 1.50 | 750.00 |
| 10/02/23 | ELJ | E-mail correspondence with Karen Verhagen (F&M Bank) regarding Rule 2004 subpoena (0.1); revise and finalize consent Rule 2004 motion and order for F&M (0.2). | 500.00 | .30 | 150.00 |
| 10/02/23 | JW | File rule 2004 motion (0.2); submit proposed order regarding same (0.2); revise and re-submit proposed order regarding same (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1); file contested rule 2004 motion (0.3); telephone conference with clerk of the court regarding listen only dial in for telephonic hearings (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | 1.20 | 378.00 |
| 10/17/23 | ELJ | Draft proposed order on KSB Rule 2004 subpoena (0.1). | 500.00 | .10 | 50.00 |
| 10/23/23 | ELJ | Finalize and issue Rule 2004 subpoena to KSB (0.1); e-mail correspondence with Abe Carls regarding same (0.1). | 500.00 | .20 | 100.00 |
| 10/31/23 | ELJ | E-mail correspondence with Abe Carls regarding Rule 2004 subpoena to KSB (0.1). | 500.00 | .10 | 50.00 |
| 11/08/23 | ELJ | Initial review of Rule 2004 documents produced by F&M Bank (0.4). | 500.00 | .40 | 200.00 |
| | | TOTAL FEES FOR SERVICES | | | $3,048.00 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Morgan V. Manley | 425.00 | 0.40 | 170.00 |
| Jacqueline Webster | 315.00 | 1.20 | 378.00 |
| Elizabeth L. Janczak | 500.00 | 5.00 | 2,500.00 |
| TOTAL | | 6.60 | $3,048.00 |

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | |
|---|---|---|
| Matter: | 912600.002 | Page 3 |
| Invoice No. | 1144802 | December 21, 2023 |

**A C C O U N T   S U M M A R Y**

**CURRENT INVOICE AMOUNT**                                          **$3,048.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.003 |
| Liquid Capital Exchange | Invoice No. | 1144803 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Credit Inquiries and Negotiations

For Professional Services.....................................................................$750.00

**Current Invoice Amount**...................................................................**$750.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ████████
ACH routing number: ████████
Account number: ████████
For international wires: ████████ (for USD)
████████ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | December 21, 2023 |
| Liquid Capital Exchange | Matter: | 912600.003 |
| 5075 Yonge Street | Invoice No. | 1144803 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Credit Inquiries and Negotiations

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/12/23 | ELJ | Telephone conference with Patrick Sullivan (ET Communications, creditor) regarding case status and claims issues (0.5). | 500.00 | .50 | 250.00 |
| 10/06/23 | ELJ | E-mail correspondence to creditor regarding overall case status and next steps in case (0.1). | 500.00 | .10 | 50.00 |
| 10/23/23 | ELJ | Telephone conference with Emily Moore (counsel for Sheets Sterling) regarding various case issues including chapter 11 plan (0.2). | 500.00 | .20 | 100.00 |
| 10/26/23 | ELJ | Telephone conference with Evan Moscov (Green Note counsel) regarding case status and chapter 11 plan issues (0.4). | 500.00 | .40 | 200.00 |
| 11/09/23 | ELJ | Telephone conference with David Skalka (counsel for Five Star, creditor) regarding case status and open issues (0.3). | 500.00 | .30 | 150.00 |
| | | TOTAL FEES FOR SERVICES | | | $750.00 |

### TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Elizabeth L. Janczak | 500.00 | 1.50 | 750.00 |
| TOTAL | | 1.50 | $750.00 |

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | | |
|---|---|---|---|
| Matter: | 912600.003 | | Page 2 |
| Invoice No. | 1144803 | | December 21, 2023 |

**A C C O U N T   S U M M A R Y**

**CURRENT INVOICE AMOUNT** $750.00

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.004 |
| Liquid Capital Exchange | Invoice No. | 1144804 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Secured Credit Issues

For Professional Services....................................................................$23,977.00

**Current Invoice Amount**............................................................**$23,977.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ███████
ACH routing number: ███████
Account number: ███████
For international wires: ███████ (for USD)
███████ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page                1 |
| c/o Tammy Kemp, Chief Credit Officer | Date:        December 21, 2023 |
| Liquid Capital Exchange | Matter:              912600.004 |
| 5075 Yonge Street | Invoice No.            1144804 |
| Suite 700 | |
| Canada | |

Elizabeth L. Janczak

Matter:   Secured Credit Issues

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/01/23 | ELJ | Additional review and analysis of proposed DIP budget (0.4); review Manchester contracts and revised lift stay and adequate protection order based on same (0.3); initial review of ECICOG lift stay motion (0.1). | 500.00 | .80 | 400.00 |
| 09/05/23 | ELJ | E-mail correspondence to Abe Carls regarding hearing on KSB lien and DIP budget (0.1); e-mail correspondence to Rush Shortley regarding ECICOG motion for relief from stay (0.2). | 500.00 | .30 | 150.00 |
| 09/07/23 | ELJ | Telephone conference with Austin Peiffer and Abe Carls regarding DIP budget, order, and KSB lien issue (0.7); review revised MLS lift stay/AP order (0.1). | 500.00 | .80 | 400.00 |
| 09/08/23 | ELJ | Review revised interim DIP order, budget, and e-mail correspondence from Austin Peiffer regarding same (0.2). | 500.00 | .20 | 100.00 |
| 09/08/23 | SAD | Telephone conference with Elizabeth Janczak regarding DIP budget (0.1). | 595.00 | .10 | 59.50 |
| 09/11/23 | ELJ | Review current AP and AR numbers in connection with final DIP budget and projections (0.3). | 500.00 | .30 | 150.00 |
| 09/14/23 | ELJ | Review draft revised DIP budget (0.1). | 500.00 | .10 | 50.00 |
| 09/19/23 | ELJ | Review Keystone motion for relief from stay (0.2). | 500.00 | .20 | 100.00 |
| 09/20/23 | ELJ | Review Green State lift stay motion and claim (0.2). | 500.00 | .20 | 100.00 |
| 09/22/23 | ELJ | Review interim DIP order and budget (0.1). | 500.00 | .10 | 50.00 |

SMITH, GAMBRELL & RUSSELL, LLP

| | | |
|---|---|---|
| Matter: | 912600.004 | Page 2 |
| Invoice No. | 1144804 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/25/23 | ELJ | Review documents provided by BDC in connection with motion to lift stay as to KSB collateral (1.4); multiple e-mail correspondence with Joe Peiffer regarding same (0.2). | 500.00 | 1.60 | 800.00 |
| 09/28/23 | ELJ | Draft objection to joint motion to lift stay as to KSB collateral (1.3). | 500.00 | 1.30 | 650.00 |
| 09/28/23 | SAD | Telephone conference with Elizabeth Janczak regarding DIP funding issues (0.2). | 595.00 | .20 | 119.00 |
| 09/29/23 | JW | File objection to Keystone Savings Bank's motion to lift stay (0.1); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | .20 | 63.00 |
| 10/06/23 | ELJ | Attend hearing on motion to lift stay as to KSB collateral (0.5); review and prepare for same, including review of UST objection and KSB reply (0.3); e-mail correspondence to Austin Peiffer regarding DIP variance report and budget status (0.1). | 500.00 | .90 | 450.00 |
| 10/09/23 | ELJ | Draft list of information necessary to prepare for 10/26 hearing on KSB lift stay (0.2); telephone conference with Shelly DeRousse regarding same (0.1). | 500.00 | .30 | 150.00 |
| 10/10/23 | ELJ | E-mail correspondence to Austin Peiffer regarding documents requested for 10/26 hearing on KSB lift stay motion (0.2). | 500.00 | .20 | 100.00 |
| 10/12/23 | ELJ | Telephone conference with Claire Davidson regarding upcoming hearing on KSB lift stay motion and plan for same (0.6); draft document requests and testimony subpoenas to KSB and BDC for same (1.2); draft exhibit list and witness list for same (0.3); e-mail correspondence with Abe Carls regarding document requests to KSB and KSB's testimony subpoena to Committee (0.2); e-mail correspondence to Joe and Austin Peiffer regarding document requests to BDC for same (0.1). | 500.00 | 2.40 | 1200.00 |
| 10/12/23 | KNR | File exhibit and witness list for lift stay hearing (0.2). | 300.00 | .20 | 60.00 |
| 10/13/23 | ELJ | Draft lengthy e-mail correspondence to Abe Carls regarding Committee document requests and KSB testimony subpoena to Committee for lift stay motion hearing (0.5); e-mail correspondence with Shelly DeRousse regarding same (0.2); telephone conference with Shelly DeRousse regarding same (0.1). | 500.00 | .80 | 400.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | | | | |
|---|---|---|---|---|---|
| Matter: | | 912600.004 | | | Page 3 |
| Invoice No. | | 1144804 | | | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 10/17/23 | ELJ | Conference with Shelly DeRousse regarding strategy for hearing on motion to lift stay by KSB and subpoena issued to Committee (0.2). | 500.00 | .20 | 100.00 |
| 10/17/23 | SAD | Conference with Elizabeth Janczak regarding strategy relating to lift stay motion (0.2). | 595.00 | .20 | 119.00 |
| 10/18/23 | ELJ | E-mail correspondence with Abe Carls regarding final DIP order and agreement (0.2); review and revise motion to continue hearing on KSB lift stay motion and motion to expedite same (0.4); multiple e-mail correspondence with Shira Isenberg regarding same (0.2). | 500.00 | .80 | 400.00 |
| 10/18/23 | JW | Send motion to expedite to Shira Isenberg for review (0.2); review motion to continue evidentiary hearing (0.1); review motion to expedite same (0.1); contact clerk to notify motions will be filed per the local rules (0.1); review local rules and procedures regarding filing same (0.4); draft proposed order for motion to continue evidentiary hearing (0.2); multiple e-mail correspondence with Elizabeth Janczak and Shira Isenberg regarding filing motions (0.2); e-mail correspondence with Kirstin Rower regarding filing same (0.1). | 315.00 | 1.40 | 441.00 |
| 10/18/23 | SRI | Draft motion to continue evidentiary hearing on motion for relief from stay, declaration in support and motion to expedite same (3.9). | 500.00 | 3.90 | 1950.00 |
| 10/19/23 | ELJ | Review and revise motion to continue 10/26 hearing on lift stay and motion to expedite same (0.3); e-mail correspondence with Shira Isenberg and Kirsten Rower regarding same (0.1). | 500.00 | .40 | 200.00 |
| 10/19/23 | KNR | Draft and revise filing materials for motion to continue lift stay hearing and motion to expedite same (1.2); file same (0.3); e-mail correspondence with S. Isenberg regarding same (0.3). | 300.00 | 1.80 | 540.00 |
| 10/19/23 | SRI | Finalize and coordinate filing of motion to continue evidentiary hearing on lift stay (1.3); e-mail correspondence with team regarding same (0.1). | 500.00 | 1.40 | 700.00 |
| 10/20/23 | SRI | E-mail correspondence with Elizabeth Janczak regarding today's hearing on motion to continue evidentiary hearing on lift stay (0.1). | 500.00 | .10 | 50.00 |

SMITH, GAMBRELL & RUSSELL, LLP

| Matter: | 912600.004 | Page 4 |
| Invoice No. | 1144804 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|------|--------|-----------|------|------|-----|
| 10/23/23 | ELJ | Review Ally Bank lift stay/adequate protection motion (0.2); review and revise proposed final DIP motion, order, and agreement (0.3); telephone conference with Shelly DeRousse regarding strategy for same and KSB lift stay issues (0.2); e-mail correspondence to Abe Carls, Joe Peiffer, and Austin Peiffer regarding final DIP issues (0.1). | 500.00 | .80 | 400.00 |
| 10/23/23 | SAD | Telephone conference with Elizabeth Janczak regarding DIP and lift stay issues (0.2); review pleadings in preparation for same (0.4). | 595.00 | .60 | 357.00 |
| 10/24/23 | ELJ | Review and revise final DIP order and agreement (0.4); review proposed final DIP budget and include Committee fees (0.1); e-mail correspondence to Shelly DeRousse regarding same (0.1). | 500.00 | .60 | 300.00 |
| 10/24/23 | SAD | Review draft final DIP order and budget (0.6). | 595.00 | .60 | 357.00 |
| 10/25/23 | ELJ | E-mail correspondence with Abe Carls regarding final DIP order and agreement (0.1). | 500.00 | .10 | 50.00 |
| 10/25/23 | SRI | Analysis regarding pre-petition lien over avoidance actions pursuant to e-mail correspondence from Elizabeth Janczak (0.3); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 500.00 | .40 | 200.00 |
| 10/26/23 | ELJ | Research case law regarding pre-petition liens on chapter 5 causes of action in connection with chapter 11 plan and lift stay issues (2.0). | 500.00 | 2.00 | 1000.00 |
| 10/27/23 | ELJ | Continue researching case law relating to liens on chapter 5s in connection with KSB lift stay and plan treatment (2.2). | 500.00 | 2.20 | 1100.00 |
| 11/01/23 | ELJ | E-mail correspondence with Austin Peiffer and Abe Carls regarding scheduling lift stay and 9023 hearing (0.2). | 500.00 | .20 | 100.00 |
| 11/01/23 | SAD | Telephone conference with Elizabeth Janczak regarding stay issues (0.2). | 595.00 | .20 | 119.00 |
| 11/03/23 | ELJ | E-mail correspondence with Joe Peiffer regarding proposed resolution on DIP budget (0.1). | 500.00 | .10 | 50.00 |
| 11/08/23 | ELJ | Review updated variance report comparing actual-to-budget DIP performance (0.3); e-mail correspondence to Abe Carls and Austin Peiffer regarding scheduling lift stay hearing (0.2). | 500.00 | .50 | 250.00 |
| 11/09/23 | ELJ | Initial review of KSB motion to recognize liens and summary judgment on same (0.2). | 500.00 | .20 | 100.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.004 | Page 5 |
| Invoice No. | 1144804 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 11/21/23 | ELJ | Review KSB's motion to recognize lien and motion for summary judgment on same (0.5); research and review case law and relevant statutes relating to same (2.4); e-mail correspondence to Shira Isenberg regarding same (0.2). | 500.00 | 3.10 | 1550.00 |
| 11/22/23 | ELJ | Draft objection to KSB motion to recognize liens (0.3); e-mail correspondence with Shira Isenberg regarding KSB's motion for summary judgment on liens (0.2); begin drafting response to KSB motion for summary judgment on liens (1.4); continue researching case law in connection with same (0.6). | 500.00 | 2.50 | 1250.00 |
| 11/22/23 | SRI | Review Simply Essentials decision and lender's summary judgment motion regarding prepetition lien over avoidance actions (0.3); multiple e-mail correspondence with Elizabeth Janczak regarding analysis of same (0.2). | 500.00 | .50 | 250.00 |
| 11/24/23 | ELJ | Continue drafting response to KSB motion for summary judgment on liens (1.1); continue researching case law relating to same (0.6). | 500.00 | 1.70 | 850.00 |
| 11/27/23 | ELJ | Continue drafting response brief to KSB motion for summary judgment (3.5); additional case law research for same (2.1). | 500.00 | 5.60 | 2800.00 |
| 11/29/23 | ELJ | Revise response to KSB motion for summary judgment on liens (0.2). | 500.00 | .20 | 100.00 |
| 11/30/23 | ELJ | E-mail correspondence with Shira Isenberg regarding response to KSB summary judgment on liens (0.1); review and revise response brief to KSB summary judgment (0.9); additional research for same (0.6); draft statement of uncontested facts in support of same (0.4). | 500.00 | 2.00 | 1000.00 |
| 11/30/23 | SAD | Review motion for summary judgment on KSB liens (0.5); review draft response to motion for summary judgment relating to same (1.0). | 595.00 | 1.50 | 892.50 |
| 11/30/23 | SRI | Review Elizabeth Janczak's draft response to motion for summary judgment regarding lien over avoidance actions and provide comments to same (1.7). | 500.00 | 1.70 | 850.00 |

|  | TOTAL FEES FOR SERVICES | | | | $23,977.00 |
|---|---|---|---|---|---|

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.004 | Page 6 |
| Invoice No. | 1144804 | December 21, 2023 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Jacqueline Webster | 315.00 | 1.60 | 504.00 |
| Shira R. Isenberg | 500.00 | 8.00 | 4,000.00 |
| Elizabeth L. Janczak | 500.00 | 33.70 | 16,850.00 |
| Shelly A. DeRousse | 595.00 | 3.40 | 2,023.00 |
| Kirstin N. Rower | 300.00 | 2.00 | 600.00 |
| TOTAL | | 48.70 | $23,977.00 |

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                   **$23,977.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| BDC Group Creditors' Committee | Date: | December 21, 2023 |
|---|---|---|
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.005 |
| Liquid Capital Exchange | Invoice No. | 1144805 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   SGR Retention and Fee Applications

For Professional Services.................................................................$2,618.00

**Current Invoice Amount** ...............................................................**$2,618.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   ███████
ACH routing number:   ███████
Account number:   ███████
For international wires:   ███████ (for USD)
███████ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: December 21, 2023 |
| Liquid Capital Exchange | Matter: 912600.005 |
| 5075 Yonge Street | Invoice No. 1144805 |
| Suite 700 | |
| Canada | |

Elizabeth L. Janczak

Matter:   SGR Retention and Fee Applications

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|------|--------|-----------|------|------|-----|
| 09/11/23 | ELJ | Review exhibits to interim fee application to ensure compliance with time detail requirements (0.4). | 500.00 | .40 | 200.00 |
| 09/12/23 | ELJ | Begin drafting first interim fee application (1.5). | 500.00 | 1.50 | 750.00 |
| 09/13/23 | ELJ | Continue drafting first interim fee application (1.2). | 500.00 | 1.20 | 600.00 |
| 09/13/23 | JW | Review first interim fee application (0.1); draft notice of same (0.4); draft certificate of service regarding same (0.3); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | .90 | 283.50 |
| 09/14/23 | ELJ | Review, revise, and finalize notice of bar date, application, and certificate of service for first interim fee application (0.6). | 500.00 | .60 | 300.00 |
| 09/14/23 | KNR | File Fee Application (0.2); file Bar Date Notice (0.1). | 300.00 | .30 | 90.00 |
| 10/06/23 | ELJ | Review KSB objection to SGR's first interim fee application (0.1). | 500.00 | .10 | 50.00 |
| 10/23/23 | JW | File reply to Smith Gambrell & Russell LLP fee application (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | .30 | 94.50 |
| 10/24/23 | ELJ | Draft proposed order on SGR interim fee application (0.2). | 500.00 | .20 | 100.00 |
| 11/08/23 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.3). | 500.00 | .30 | 150.00 |

TOTAL FEES FOR SERVICES                                     $2,618.00

**SMITH, GAMBRELL & RUSSELL, LLP**

| Matter: | 912600.005 | Page 2 |
|---|---|---|
| Invoice No. | 1144805 | December 21, 2023 |

## TIME AND FEE SUMMARY

|  | Rate | Hours | Amount |
|---|---|---|---|
| Jacqueline Webster | 315.00 | 1.20 | 378.00 |
| Elizabeth L. Janczak | 500.00 | 4.30 | 2,150.00 |
| Kirstin N. Rower | 300.00 | 0.30 | 90.00 |
| TOTAL |  | 5.80 | $2,618.00 |

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                                     **$2,618.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



BDC Group Creditors' Committee
c/o Tammy Kemp, Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street
Suite 700
Canada

Matter:    Other Professional Retention

Date:            December 21, 2023
Matter:                    912600.006
Invoice No.                  1144806

Elizabeth L. Janczak

For Professional Services..................................................................$1,028.50

**Current Invoice Amount** ..............................................................**$1,028.50**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ▉▉▉▉▉▉
ACH routing number: ▉▉▉▉▉▉
Account number: ▉▉▉▉▉▉
For international wires: ▉▉▉▉▉ (for USD)
▉▉▉▉▉ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page                                 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date:            December 21, 2023 |
| Liquid Capital Exchange | Matter:              912600.006 |
| 5075 Yonge Street | Invoice No.            1144806 |
| Suite 700 | |
| Canada | |
| | Elizabeth L. Janczak |

Matter:   Other Professional Retention

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|------|--------|-----------|------|------|-----|
| 09/01/23 | ELJ | Attend hearing on Court's ruling on Keystone lien on attorney retainer in connection with ABLS employment and DIP (1.0). | 500.00 | 1.00 | 500.00 |
| 09/01/23 | SAD | Telephone conference with Elizabeth Janczak regarding Keystone ruling on ABLS attorney fee retainer (0.3). | 595.00 | .30 | 178.50 |
| 09/07/23 | ELJ | Telephone conference with Austin Peiffer regarding ABLS fee application and hearing (0.1). | 500.00 | .10 | 50.00 |
| 09/18/23 | ELJ | Review KSB's motion to amend 9/1 ruling relating to liens on attorney retainer in connection with ABLS employment (0.3). | 500.00 | .30 | 150.00 |
| 10/06/23 | ELJ | Draft objection to KSB motion to reconsider ruling as to KSB objection to ABLS employment and liens on legal fee retainer (0.3). | 500.00 | .30 | 150.00 |
| | | TOTAL FEES FOR SERVICES | | | $1,028.50 |

### TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|------|-------|--------|
| Elizabeth L. Janczak | 500.00 | 1.70 | 850.00 |
| Shelly A. DeRousse | 595.00 | 0.30 | 178.50 |
| TOTAL | | 2.00 | $1,028.50 |

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | |
|---|---|---|
| Matter: | 912600.006 | Page 2 |
| Invoice No. | 1144806 | December 21, 2023 |

**A C C O U N T   S U M M A R Y**

**CURRENT INVOICE AMOUNT**                          **$1,028.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.007 |
| Liquid Capital Exchange | Invoice No. | 1144807 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Plan and Disclosure Statement

For Professional Services..................................................................$5,635.50

**Current Invoice Amount**..............................................................**$5,635.50**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:  ███████
ACH routing number:  ███████
Account number:  ███████
For international wires:  ███████ (for USD)
███████ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | | |
|---|---|---|---|
| BDC Group Creditors' Committee | Page | | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | | December 21, 2023 |
| Liquid Capital Exchange | Matter: | | 912600.007 |
| 5075 Yonge Street | Invoice No. | | 1144807 |
| Suite 700 | | | |
| Canada | | | |

Elizabeth L. Janczak

Matter:   Plan and Disclosure Statement

## For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/15/23 | ELJ | Review motion to terminate exclusivity (0.1). | 500.00 | .10 | 50.00 |
| 09/26/23 | ELJ | Conference call with Joe Peiffer, Austin Peiffer, and Shelly DeRousse regarding plan structure and related issues (0.9); review AR and litigation claims in connection with plan issues (0.3). | 500.00 | 1.20 | 600.00 |
| 09/26/23 | SAD | Attend Zoom meeting with Austin Peiffer, Joe Peiffer and Elizabeth Janczak regarding plan status (0.9). | 595.00 | .90 | 535.50 |
| 09/27/23 | ELJ | Review and revise draft creditor trust agreement (2.2). | 500.00 | 2.20 | 1100.00 |
| 09/29/23 | ELJ | Continue reviewing and revising creditor trust agreement (1.4). | 500.00 | 1.40 | 700.00 |
| 10/05/23 | ELJ | Telephone conference with Shelly DeRousse regarding potential creditor trustees (0.1). | 500.00 | .10 | 50.00 |
| 10/17/23 | ELJ | Initial review of plan, disclosure statement, and motion to conditionally approve disclosure statement (0.6). | 500.00 | .60 | 300.00 |
| 10/18/23 | ELJ | Continue reviewing proposed chapter 11 plan and disclosure statement (0.9); telephone conference with Claire Davidson and Janet Reasoner regarding issues concerning same and solicitation and confirmation dates (0.6). | 500.00 | 1.50 | 750.00 |
| 10/18/23 | SRI | Draft objection to motion to expedite plan confirmation deadlines (0.5); review UST objection to motion (0.1). | 500.00 | .60 | 300.00 |
| 10/19/23 | ELJ | Telephone conference with Joe and Austin Peiffer regarding plan and disclosure statement issues and upcoming hearings (0.7). | 500.00 | .70 | 350.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| Matter: | 912600.007 | Page 2 |
|---|---|---|
| Invoice No. | 1144807 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 10/24/23 | ELJ | Draft lengthy e-mail correspondence to Abe Carls regarding preliminary Committee objections to chapter 11 plan (0.9); initial research of case law regarding liens on chapter 5s in connection with same (0.6). | 500.00 | 1.50 | 750.00 |
| 10/30/23 | ELJ | E-mail correspondence to Austin Peiffer regarding disclosure statement issues (0.2); review disclosure statement schedules relating to same (0.1). | 500.00 | .30 | 150.00 |
| | | TOTAL FEES FOR SERVICES | | | $5,635.50 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Shira R. Isenberg | 500.00 | 0.60 | 300.00 |
| Elizabeth L. Janczak | 500.00 | 9.60 | 4,800.00 |
| Shelly A. DeRousse | 595.00 | 0.90 | 535.50 |
| TOTAL | | 11.10 | $5,635.50 |

**ACCOUNT SUMMARY**

**CURRENT INVOICE AMOUNT** **$5,635.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.008 |
| Liquid Capital Exchange | Invoice No. | 1144808 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Executory Contract and Unexpired Leases

For Professional Services....................................................................$875.00

**Current Invoice Amount** ..................................................................**$875.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ▮▮▮▮▮
ACH routing number: ▮▮▮▮▮
Account number: ▮▮▮▮▮
For international wires: ▮▮▮▮▮ (for USD)
▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | December 21, 2023 |
| Liquid Capital Exchange | Matter: | 912600.008 |
| 5075 Yonge Street | Invoice No. | 1144808 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Executory Contract and Unexpired Leases

**For Professional Services**

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/01/23 | MVM | Complete analysis of BMO leases to determine whether or not they qualify as true leases (0.4); create an excel spreadsheet of analysis (0.2); email correspondence with Elizabeth Janczak transmitting analysis (0.1). | 425.00 | .70 | 297.50 |
| 09/05/23 | ELJ | Review analysis of BMO lease rejection motion (0.2). | 500.00 | .20 | 100.00 |
| 09/05/23 | MVM | Review and analyze provision in addendum of BMO's lease concerning debtor's potential residual interest in vehicle after termination (0.2); draft email to Elizabeth Janczak concerning same (0.1). | 425.00 | .30 | 127.50 |
| 09/15/23 | ELJ | Review motion to reject Hiawatha lease (0.1). | 500.00 | .10 | 50.00 |
| 09/18/23 | ELJ | Review motion to assume/reject Manchester leases and compare to schedules (0.3). | 500.00 | .30 | 150.00 |
| 09/22/23 | ELJ | Review MLS objection to motion to assume/reject lease. | 500.00 | .10 | 50.00 |
| 10/11/23 | ELJ | E-mail correspondence with Terry Gibson and Austin Peiffer regarding MLS cure payment and 10/13 hearing on assumption motion (0.2). | 500.00 | .20 | 100.00 |
| | | TOTAL FEES FOR SERVICES | | | $875.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | | |
|---|---|---|---|
| Matter: | 912600.008 | | Page 2 |
| Invoice No. | 1144808 | | December 21, 2023 |

## T I M E  A N D  F E E  S U M M A R Y

| | Rate | Hours | Amount |
|---|---|---|---|
| Morgan V. Manley | 425.00 | 1.00 | 425.00 |
| Elizabeth L. Janczak | 500.00 | 0.90 | 450.00 |
| TOTAL | | 1.90 | $875.00 |

## A C C O U N T  S U M M A R Y

**CURRENT INVOICE AMOUNT**                                         **$875.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.009 |
| Liquid Capital Exchange | Invoice No. | 1144809 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Committee Meeting and Governance

For Professional Services...................................................................$2,935.50

**Current Invoice Amount** ................................................................**$2,935.50**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:
ACH routing number:
Account number:
For international wires:                      (for USD)
                        (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: December 21, 2023 |
| Liquid Capital Exchange | Matter: 912600.009 |
| 5075 Yonge Street | Invoice No. 1144809 |
| Suite 700 | |
| Canada | |
| | Elizabeth L. Janczak |

Matter:   Committee Meeting and Governance

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/13/23 | ELJ | Review and prepare for Committee call (0.3); conference with Shelly DeRousse regarding review and preparation for same (0.4); attend Committee call regarding case status (0.5). | 500.00 | 1.20 | 600.00 |
| 09/13/23 | SAD | Conference with Elizabeth Janczak regarding case status, open issues and preparation for committee call (0.4). | 595.00 | .40 | 238.00 |
| 09/18/23 | ELJ | E-mail correspondence to Committee regarding proposed Keystone resolution (0.4). | 500.00 | .40 | 200.00 |
| 09/29/23 | ELJ | E-mail correspondence to Committee regarding case status update and next steps (0.3). | 500.00 | .30 | 150.00 |
| 10/06/23 | ELJ | E-mail correspondence to Committee regarding case status update including 10/6 hearing on KSB lift stay motion and plan and DIP status (0.2). | 500.00 | .20 | 100.00 |
| 10/13/23 | ELJ | E-mail correspondence to Committee regarding 10/26 hearing on KSB lift stay motion and KSB subpoena (0.1). | 500.00 | .10 | 50.00 |
| 10/17/23 | ELJ | Conference call with Tammy Kemp and Shelly DeRousse regarding case status, KSB lift stay motion, and plan issues (0.7). | 500.00 | .70 | 350.00 |
| 10/17/23 | SAD | Attend Zoom call with Elizabeth Janczak and Tammy Kemp regarding lift stay motion and discovery issues (0.5). | 595.00 | .50 | 297.50 |
| 10/18/23 | ELJ | E-mail correspondence to Committee regarding chapter 11 plan and case update (0.2). | 500.00 | .20 | 100.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | |
|---|---|
| Matter: 912600.009 | Page 2 |
| Invoice No. 1144809 | December 21, 2023 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 10/23/23 | ELJ | E-mail correspondence to Committee regarding case status update including results of 10/20 hearing, upcoming 10/27 hearing, and plan issues (0.2). | 500.00 | .20 | 100.00 |
| 11/01/23 | ELJ | E-mail correspondence to Committee regarding case status call (0.1). | 500.00 | .10 | 50.00 |
| 11/03/23 | ELJ | Review and prepare for committee call (0.2); attend committee call on open case issues including plan, DIP, chapter 5 liens, and potential sale (0.6); telephone conference with Shelly DeRousse regarding follow-ups from same (0.1). | 500.00 | .90 | 450.00 |
| 11/04/23 | ELJ | Follow-up e-mail correspondence to Committee summarizing 11/3 meeting and strategy going forward (0.3). | 500.00 | .30 | 150.00 |
| 11/29/23 | ELJ | E-mail correspondence to Committee regarding open case items including lift stay, plan, DIP, and KSB liens motion (0.2). | 500.00 | .20 | 100.00 |
| | | TOTAL FEES FOR SERVICES | | | $2,935.50 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Elizabeth L. Janczak | 500.00 | 4.80 | 2,400.00 |
| Shelly A. DeRousse | 595.00 | 0.90 | 535.50 |
| TOTAL | | 5.70 | $2,935.50 |

**ACCOUNT SUMMARY**

**CURRENT INVOICE AMOUNT**          **$2,935.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | |
|---|---|---|
| Matter: | 912600.009 | Page 3 |
| Invoice No. | 1144809 | December 21, 2023 |

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com

 Smith Gambrell Russell

BDC Group Creditors' Committee
c/o Tammy Kemp, Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street
Suite 700
Canada

| | |
|---|---|
| Date: | December 21, 2023 |
| Matter: | 912600.010 |
| Invoice No. | 1144810 |

Elizabeth L. Janczak

Matter:   Investigation of Operations

For Professional Services..................................................................$1,850.00

**Current Invoice Amount**...............................................................**$1,850.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ███████
ACH routing number: ███████
Account number: ███████
For international wires: ███████ (for USD)
███████ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| BDC Group Creditors' Committee | Page | 1 |
|---|---|---|
| c/o Tammy Kemp, Chief Credit Officer | Date: | December 21, 2023 |
| Liquid Capital Exchange | Matter: | 912600.010 |
| 5075 Yonge Street | Invoice No. | 1144810 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Investigation of Operations

**For Professional Services**

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 09/14/23 | ELJ | Review Capital One credit card statements in connection with investigation of pre-petition transfers and claims (0.8). | 500.00 | .80 | 400.00 |
| 09/15/23 | ELJ | Continue reviewing Capital One statements in connection with investigation of prepetition transfers and operations (2.3). | 500.00 | 2.30 | 1150.00 |
| 09/18/23 | ELJ | Continue reviewing Capital One statements in connection with investigation into prepetition transfers and operations (0.6). | 500.00 | .60 | 300.00 |
| | | TOTAL FEES FOR SERVICES | | | $1,850.00 |

**T I M E   A N D   F E E   S U M M A R Y**

| | Rate | Hours | Amount |
|---|---|---|---|
| Elizabeth L. Janczak | 500.00 | 3.70 | 1,850.00 |
| TOTAL | | 3.70 | $1,850.00 |

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | |
|---|---|---|
| Matter: | 912600.010 | Page 2 |
| Invoice No. | 1144810 | December 21, 2023 |

**A C C O U N T   S U M M A R Y**

**CURRENT INVOICE AMOUNT**                                        **$1,850.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Date:    December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter:    912600.012 |
| Liquid Capital Exchange | Invoice No.    1144811 |
| 5075 Yonge Street | |
| Suite 700 | |
| Canada | |

Elizabeth L. Janczak

Matter:   Schedules and Reports

For Professional Services.................................................................$1,193.00

**Current Invoice Amount** ...............................................................**$1,193.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:
ACH routing number:
Account number:
For international wires:                    (for USD)
                    (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | December 21, 2023 |
| Liquid Capital Exchange | Matter: | 912600.012 |
| 5075 Yonge Street | Invoice No. | 1144811 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Schedules and Reports

**For Professional Services**

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 10/16/23 | ELJ | Review amended operating reports for July and August (0.2). | 500.00 | .20 | 100.00 |
| 10/17/23 | ELJ | Review September monthly operating report (0.1); e-mail correspondence to Jackie Webster regarding amended schedules and comparison of same (0.1); review proposed final DIP budget (0.2). | 500.00 | .40 | 200.00 |
| 10/17/23 | JW | Review debtor's amended schedules and summarize key differences (1.8); e-mail correspondence with Elizabeth Janczak regarding same (0.1); submit proposed order regarding contested rule 2004 motion (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | 2.20 | 693.00 |
| 10/18/23 | ELJ | Review list of changes in second amended schedules (0.2). | 500.00 | .20 | 100.00 |
| 11/27/23 | ELJ | Review October monthly operating report (0.2). | 500.00 | .20 | 100.00 |
| | | TOTAL FEES FOR SERVICES | | | $1,193.00 |

**T I M E   A N D   F E E   S U M M A R Y**

| | Rate | Hours | Amount |
|---|---|---|---|
| Jacqueline Webster | 315.00 | 2.20 | 693.00 |
| Elizabeth L. Janczak | 500.00 | 1.00 | 500.00 |

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | |
|---|---|---|
| Matter: | 912600.012 | Page 2 |
| Invoice No. | 1144811 | December 21, 2023 |

TOTAL 3.20 $1,193.00

**A C C O U N T   S U M M A R Y**

**CURRENT INVOICE AMOUNT** **$1,193.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| BDC Group Creditors' Committee | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.013 |
| Liquid Capital Exchange | Invoice No. | 1144812 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:    Claims Analysis

For Professional Services.......................................................................$50.00

**Current Invoice Amount** ..................................................................**$50.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number: ███████
ACH routing number: ███████
Account number: ███████
For international wires: ███████ (for USD)
███████ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page            1 |
| c/o Tammy Kemp, Chief Credit Officer | Date:            December 21, 2023 |
| Liquid Capital Exchange | Matter:            912600.013 |
| 5075 Yonge Street | Invoice No.            1144812 |
| Suite 700 | |
| Canada | |
| | Elizabeth L. Janczak |

Matter:   Claims Analysis

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 10/17/23 | ELJ | Review motion to set claims bar date (0.1). | 500.00 | .10 | 50.00 |
| | | TOTAL FEES FOR SERVICES | | | $50.00 |

### TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Elizabeth L. Janczak | 500.00 | 0.10 | 50.00 |
| TOTAL | | 0.10 | $50.00 |

### ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                              **$50.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | | |
|---|---|---|---|
| BDC Group Creditors' Committee | | Date: | December 21, 2023 |
| c/o Tammy Kemp, Chief Credit Officer | | Matter: | 912600.015 |
| Liquid Capital Exchange | | Invoice No. | 1144813 |
| 5075 Yonge Street | | | |
| Suite 700 | | | |
| Canada | | | |

Elizabeth L. Janczak

Matter:   Expenses

Disbursements..........................................................................................$367.50

**Current Invoice Amount**.................................................................**$367.50**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:
ACH routing number:
Account number:
For international wires:                        (for USD)
                      (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | December 21, 2023 |
| Liquid Capital Exchange | Matter: | 912600.015 |
| 5075 Yonge Street | Invoice No. | 1144813 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Expenses

## DISBURSEMENTS

| | | |
|---|---|---|
| 11/06/23    Service Fee - - VENDOR: F&M BANK SUBPOENA FEE | | 367.50 |
| TOTAL | | $367.50 |

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                             **$367.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.