# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>    Debtor-in-Possession. | Chapter 11<br><br>Bankruptcy No. 23-00484<br><br>CONSENT ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION FOR DEBTOR'S ACCOUNTANT (DOC. 284) |

The matter before the Court is the First Interim Application for Compensation for Debtor's Accountant (Doc. 284). The United States Trustee filed an objection to this application (Doc. 303) and the Court held telephonic hearings on the Application and the Objection on December 15 and 22, 2023. At both hearings Austin Peiffer appeared for the Debtor and Claire Davison appeared for the United States Trustee. The parties have now settled their disputes and asked the Court to enter this consent order.

IT IS ORDERED:

1. The Application is GRANTED with a $587.97 reduction for fees for work performed outside the stated application period.
2. The Debtor will directly pay Applicant $12,261.60.

DATED AND ENTERED: December 27, 2023

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession

Approved as to Form and Content:
Claire Davison AT #0014945
Trial Attorney for the United States Trustee