# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-00484 |
| | ) | |
| **BDC GROUP, INC.,** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hon. Thad J. Collins |
| | ) | |
| | ) | **WITNESS AND EXHIBIT LIST** |
| | ) | |
| | ) | [Bankruptcy Code Section 363, Bankruptcy |
| | ) | Rule 4001] |
| | ) | |
| | ) | Date:  January 4, 2024 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Courtroom: 6th Floor |

COMES NOW Zayo Group, Inc., Movant and Contract Counter-Party, submits the

following witness and exhibit list:

### WITNESSES

1.  Mr. Erick Mast, Zayo Group OSP Project Manager, Long Haul

### EXHIBITS

1.  Master Construction Services Agreement, dated 10/20/2020
2.  First Amendment to Master Construction Services Agreement, dated 4/3/2023
3.  Project Services Agreement, dated 6/7/2022
4.  First Amendment to Project Services Agreement, dated 2/4/2023
5.  Subcontractor's Claim for Mechanic's Lien, #20-2305373, dated 11/28/2023
6.  Mechanic's Notice and Lien Registry, MNLR #044007-0, dated 12/20/2023
7.  Mechanic's Notice and Lien Registry, MNLR #044011-0, dated 12/20/2023
8.  Mechanic's Notice and Lien Registry, MNLR #044013-0, dated 12/20/2023
9.  CHI-OMA LH Project – BDC Contract Schedule
10. CHI-OMA LH Project – BDC Contract Schedule Breakdown – Amendment #1
11. CHI-OMA LH Project – NTP Backup Data
12. CHI-OMA LH Project – BDC Production Trend Since Project Start (July 2022)
13. Twenty (20) Invoice Lien Waivers, executed by BDC Group
14. 9/27/2022 Email Thread between Zayo Group's Connor Parson, Sr. Manager, Long Haul
    OSP and BDC Group's Dennis Bruce

15. 10/13/2022 Email Thread between BDC Group's Dennis Bruce and Zayo Group's Connor Parson, Sr. Manager, Long Haul OSP
16. 3/14/2023 Email Thread between Zayo Group's Connor Parson, Sr. Manager, Long Haul OSP and BDC Group's Todd Shores, CFO
17. 12/12/2023 Email Thread between Zayo Group's Dwight Davis, Director LH Implementation and CRANDIC Rail
18. 12/18/2023 Correspondence from CRANDIC Rail to Zayo Group
19. Schedule of Processed, Approved, and Pending Invoices due to BDC Group
20. Schedule of Disputed Change Orders
21. Pre-Bid Questionnaire disclosed to BDC Group
22. 12/22/2023 Invoices from BDC Group to Zayo Group

Dated:  12/28/2023

Respectfully submitted,

/s/ Jeffrey D. Goetz
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw Fowler Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

Counsel for Zayo Group, Inc.

CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/      Brenda Mozena