**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 23-00484 |
| | ) | |
| **BDC GROUP, INC.,** | ) | Chapter 11 |
| | ) | |
| Debtor & Debtor in Possession | ) | Hon. Thad J. Collins |
| | ) | |
| | ) | **MOTION FOR AUTHORITY FOR CO-** |
| 925 Boyson Court | ) | **COUNSEL TO MONITOR HEARING** |
| Hiawatha, IA 52233 | ) | **TELEPHONICALLY RE: MOTION FOR** |
| | ) | **RELIEF FROM STAY** |
| | ) | |
| | ) | Date: January 4, 2024 |
| | ) | Time: 10:00 a.m. |
| | ) | Courtroom: 6th Floor |

Jeffrey D. Goetz, Esq., counsel of record for Zayo Group, Inc. ("Zayo"), Movant and Contract Counter-Party in this pending Chapter 11 case, respectfully files this Motion seeking this Court's Authority for Movant's out-of-town co-counsel to telephonically monitor the upcoming evidentiary hearing on Zayo's Motion for Relief from Stay to Terminate an Executory Contract (Docket Item 307), currently scheduled for January 4, 2024, in the 6th Floor Courtroom in Cedar Rapids, IA.

Zayo would assert that Brittany McNamara, Esq., Associate General Counsel at Zayo who is based in Boulder, CO, and Jordan A. Kroop, Esq. of the law firm of Pachulski, Stang, Ziehl & Jones, as Outside Counsel for Zayo, and based in Phoenix, AZ, both overseeing this matter, wish to telephonically monitor the hearing. Ms. McNamara and Mr. Kroop are not designated as witnesses nor will they be presenting or arguing the matter on behalf of Zayo. Zayo would argue that there will be no prejudice to any parties and is judicially economical for them to monitor the hearing telephonically, under the circumstances, and thus cause exists to grant this motion.

-2-

WHEREFORE, Zayo respectfully prays this Honorable Court grant the instant Motion and authorize Brittany McNamara and Jordan Kroop to monitor the upcoming hearing telephonically and for such other and further relief as is just and equitable under the circumstances.

Dated: <u>December 29, 2023</u>  /s/     *Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., IS #9999366
Bradshaw Fowler Proctor & Fairgrave P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
goetz.jeffrey@bradshawlaw.com

Counsel for Zayo Group, Inc.

**CERTIFICATE OF SERVICE**

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/     *Nicholas Valley*