# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| IN RE: | Chapter 11 |
|---|---|
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | JOINDER IN KEYSTONE SAVINGS BANK'S MOTION TO CONTINUE EVIDENTIARY HEARING |

COMES NOW the Debtor-in-Possession, BDC Group Inc., through its undersigned counsel, and hereby respectfully submits its Joinder in Keystone Savings Bank's ("KSB") Motion to Continue Evidentiary Hearing (Doc. 339) ("Motion"), stating the following in support:

1. Debtor agrees with the reasons stated in KSB's Motion.
2. Debtor and Debtor's counsel are available for the hearing on the following dates: 01/08/2024, 01/12/2024, and 01/22/2024 – 01/24/2024.
3. Debtor's counsel has conferred with Unsecured Creditors Committee's counsel and the Unsecured Creditors Committee's counsel is available for all of the dates above but would prefer to avoid January 12, 2024 if possible.

WHEREFORE the Debtor-in-Possession respectfully requests this Court continue the hearing on Zayo Group, LLC's Motion for Relief from Stay to one of the dates listed above, and grant such other relief as is just and equitable given the circumstances.

Dated this 2nd day of January, 2024.

        Respectfully submitted,

        AG & BUSINESS LEGAL STRATEGIES

        /s/ Austin Peiffer
        Austin J. Peiffer AT0014402
        P.O. Box 11425
        Cedar Rapids, Iowa 52410-1425
        Telephone:   (319) 363-1641
        Fax:          (319) 200-2059
        Email:        austin@ablsonline.com
        ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

        Signed: /s/ Alex C. Tvedte