UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

    Debtor

Chapter 11

Bankruptcy No. 23-00484

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: January 2, 2024
Hearing on: Expedited Motion to Continue Hearing On Motion for Relief From Stay (Doc. 339) filed by Keystone Savings Bank

APPEARANCES:

Attorneys Joseph A. Peiffer and Austin Peiffer for Debtor
Attorney Jeffrey D. Goetz for Zayo Group, LLC
Attorney Abram V. Carls for Keystone Savings Bank
Attorney Elizabeth L. Janczak for the Official Committee of Unsecured Creditors
Attorney Claire Davison for the United States Trustee

**IT IS ORDERED THAT**:

The hearing on Zayo Group's Motion for Relief from Stay (Doc. 307) reset for:

**January 18, 2024 at 1:00 PM**
At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

Ordered:

January 3, 2024

Thad J. Collins
Chief Bankruptcy Judge