# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-00484 |
| | ) | |
| **BDC GROUP, INC.,** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hon. Thad J. Collins |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | |
| | ) | No Hearing Set |

**PLEASE TAKE NOTICE** that the undersigned appears as attorney for Zayo Group, Inc., a creditor, in the underlying bankruptcy case entitled above, and pursuant to Bankruptcy Rules 2002 and 9010, demand that all notices given or required to be given in this bankruptcy proceeding and all papers served or required to be served in this bankruptcy proceeding be given to and served upon the following at the addresses and telephone numbers set forth below.

>  Timothy N. Lillwitz, Esq., AT0008904
>  Dickinson, Bradshaw, Fowler, & Hagen, P.C.
>  801 Grand Avenue, Suite 3700
>  Des Moines, IA 50309-8007
>  Telephone:   (515) 246-5898
>  Fax:              (515) 246-5808
>  E-Mail:         lillwitz.timothy@bradshawlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced bankruptcy proceeding.

DATED: January 3, 2024

/s/ *Timothy N. Lillwitz*
Timothy N. Lillwitz, Esq., AT0008904
Dickinson, Bradshaw, Fowler, & Hagen, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8007
Telephone:    (515) 246-5898
Fax:          (515) 246-5808
E-Mail:       lillwitz.timothy@bradshawlaw.com

## CERTIFICATE OF SERVICE

This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/ Theresa L. Birch*

2