# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Case No.: 23-00484 |
| ) | |
| **BDC GROUP, INC.,** ) | Chapter 11 |
| ) | |
| Debtor & Debtor in Possession ) | Hon. Thad J. Collins |
| ) | |
| ) | **ORDER GRANTING MOTION FOR** |
| 925 Boyson Court ) | **AUTHORITY FOR CO-COUNSEL TO** |
| Hiawatha, IA 52233 ) | **MONITOR HEARING TELEPHONICALLY** |
| ) | **RE: MOTION FOR RELIEF FROM STAY** |
| ) | |
| ) | Date: January 18, 2024 |
| ) | Time: 1:00 p.m. |
| ) | Courtroom: 6th Floor |

Before the Court is Zayo Group, Inc's. Motion For Authority for Co-Counsel to Monitor Hearing Telephonically. Upon review of the Motion and the court file, the Court finds that the Motion is supported by good cause and should be granted for the reasons stated in the Motion.

**IT IS ORDERED** that the parties may appear by telephone at the hearing that has since been rescheduled for January 18, 2024 at 1:00 p.m.

All parties wishing to listen-in only may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

Dated:

January 4, 2024

Thad J. Collins
Chief Bankruptcy Judge