**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| IN RE:<br><br>BDC Group Inc.,<br><br>    Debtor-in-Possession. | Chapter 11<br><br>Bankruptcy No. 23-00484<br><br>OBJECTIONS TO ZAYO'S PROPOSED EXHIBITS FOR JANUARY 18, 2024 HEARING |
|---|---|

COMES NOW the Debtor-in-Possession, BDC Group Inc., through its undersigned counsel, and hereby respectfully submits its objections to Zayo's proposed exhibits for the January 18, 2024 hearing, stating the following in support:

| EXH | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Master Construction Services Agreement, dated 10/20/2020 | X | | No Objection | | | |
| 2 | First Amendment to Master Construction Services Agreement, dated 4/3/2023 | X | | No Objection | | | |
| 3 | Project Services Agreement, dated 6/7/2022 | X | | No Objection | | | |
| 4 | First Amendment to Project Services Agreement, dated 2/4/2023 | X | | No Objection | | | |
| 5 | Subcontractor's Claim for Mechanic's Lien, #20-2305373, dated 11/28/2023 | X | | No Objection | | | |

| EXH | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 6 | Mechanic's Notice and Lien Registry, MNLR #044007-0, dated 12/20/2023 | X | | Object because it is an incomplete, inaccurate copy. It is illegible and contains only 2 of the 7 pages on file with the Secretary of State. | | | |
| 7 | Mechanic's Notice and Lien Registry, MNLR #044011-0, dated 12/20/2023 | X | | No objection to pages 1, 4 and 5. Objection to pages 2 & 3 because they are an incomplete, inaccurate copy. They are illegible and contain only 2 of the 7 pages on file with the Secretary of State. Additionally, this mechanic's lien was withdrawn two days after it was filed. | | | |
| 8 | Mechanic's Notice and Lien Registry, MNLR #044013-0, dated 12/20/2023 | X | | No Objection | | | |
| 9 | CHI-OMA LH Project – BDC Contract Schedule | X | | Objection for Lack of Foundation and Hearsay | | | |
| 10 | CHI-OMA LH Project – BDC Contract Schedule Breakdown – Amendment #1 | X | | Objection for Lack of Foundation and Hearsay | | | |

| EXH | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 11 | CHI-OMA LH Project – NTP Backup Data | X | | Objection for Lack of Foundation and Hearsay | | | |
| 12 | CHI-OMA LH Project – BDC Trend Since Project Start (July 2022) | X | | Objection for Lack of Foundation and Hearsay | | | |
| 13 | Twenty (20) Invoice Lien Waivers, executed by BDC Group | X | | No Objection | | | |
| 14 | 9/27/2022 Email Thread between Zayo Group's Connor Parson, Sr. Manager, Long Haul OSP and BDC Group's Dennis Bruce | X | | Objection for Lack of Foundation and Hearsay | | | |
| 15 | 10/13/2022 Email Thread between BDC Group's Dennis Bruce and Zayo Group's Connor Parson, Sr. Manager, Long Haul OSP | X | | Objection for Lack of Foundation and Hearsay | | | |
| 16 | 3/14/2023 Email Thread between Zayo Group's Connor Parson, Sr. Manager, Long Haul OSP and BDC Group's Todd Shores, CFO | X | | Objection for Lack of Foundation and Hearsay | | | |
| 17 | 12/12/2023 Email Thread between Zayo Group's Dwight Davis, Director LH Implementation and CRANDIC Rail | X | | Objection for Lack of Foundation and Hearsay | | | |
| 18 | 12/18/2023 Correspondence from CRANDIC Rail to Zayo Group | X | | No Objection | | | |

| EXH | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPO-SITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 19 | Schedule of Processed, Approved, and Pending Invoices due to BDC Group | X | | Objection for Lack of Foundation and Hearsay | | | |
| 20 | Schedule of Disputed Change Orders | X | | Objection for Lack of Foundation and Hearsay | | | |
| 21 | Pre-Bid Questionnaire Disclosed to BDC Group | X | | Objection for Lack of Foundation | | | |
| 22 | 12/22/2023 Invoices from BDC Group to Zayo Group | X | | No Objection | | | |

Dated this 4th day of January, 2024.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/ Joseph Peiffer
Joseph A. Peiffer AT0006160
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone: (319) 363-1641
Fax: (319) 200-2059
Email: joe@ablsonline.com
ATTORNEY FOR DEBTOR-IN-POSSESSION

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of January, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

Signed: /s/ Austin J. Peiffer