United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf902 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Jan 03 2024 20:56:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Debtor BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |

Case 23-00484    Doc 347    Filed 01/05/24    Entered 01/05/24 23:37:32    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: pdf902 | Total Noticed: 1 |

|   |   |
|---|---|
|   | on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |
|   | on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |
|   | on behalf of Creditor Herc Rentals Inc. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Brian S. Koerwitz | |
|   | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Claire Davison | |
|   | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | |
|   | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com |
| David Skalka | |
|   | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth L. Janczak | |
|   | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | |
|   | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | |
|   | on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com |
| Emily X. Douglas Moore | |
|   | on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com |
| Eric J. Langston | |
|   | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
|   | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | |
|   | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | |
|   | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | |
|   | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jeffrey D. Goetz | |
|   | on behalf of Creditor Zayo Group LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jeffrey D. Goetz | |
|   | on behalf of Creditor RP Construction LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jeffrey P. Taylor | |
|   | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| Joseph A. Peiffer | |
|   | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | |
|   | on behalf of Debtor BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kristina M. Stanger | |
|   | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Mark A Ludolph | |
|   | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Martin McLaughlin | |
|   | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Ronald C. Martin | |
|   | on behalf of Creditor Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Ronald C. Martin | |
|   | on behalf of Interested Party Dennis Bruce ronm@drpjlaw.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf902 | Total Noticed: 1 |

rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Roy Ryan Leaf
on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Rush M. Shortley
on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com

Scott D. Fink
on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com

Shelly A. DeRousse
on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com

Stephanie L. Hinz
on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@2501grand.com

Terry Gibson
on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@2501grand.com

Terry Gibson
on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@2501grand.com

Tonita M Helton
on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 47

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 11<br><br>Bankruptcy No. 23-00484 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: January 2, 2024
Hearing on: Expedited Motion to Continue Hearing On Motion for Relief From Stay (Doc. 339) filed by Keystone Savings Bank

APPEARANCES:

Attorneys Joseph A. Peiffer and Austin Peiffer for Debtor
Attorney Jeffrey D. Goetz for Zayo Group, LLC
Attorney Abram V. Carls for Keystone Savings Bank
Attorney Elizabeth L. Janczak for the Official Committee of Unsecured Creditors
Attorney Claire Davison for the United States Trustee

**IT IS ORDERED THAT**:

The hearing on Zayo Group's Motion for Relief from Stay (Doc. 307) reset for:

**January 18, 2024 at 1:00 PM**
At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

Ordered:

January 3, 2024

Thad J. Collins
Chief Bankruptcy Judge