# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | CERTIFICATE OF SERVICE |

I, Alex Tvedte, certify that service of Motion to Reject Unexpired Lease (Doc. 308), was made on January 11, 2024 by regular, first-class United States mail, postage fully pre-paid, addressed to:

Soft Dig Properties, LLC
525 Milltown Rd
Ste 304
New Brunswick, NJ 08901

Soft Dig Properties, LLC
525 Milltown Road
Ste 304
North Brunswick, NJ 08901

I, Alex Tvedte, certify that service of Motion to Reject Unexpired Lease (Doc. 309), was made on January 11, 2024 by regular, first-class United States mail, postage fully pre-paid, addressed to:

Youngwood Lane LLC
44112 Mercure Circle
Sterling, VA 20166

I, Alex Tvedte, certify that service of Order Granting Combined Motions to Reject Unexpired Leases (Doc. 337), was made on January 11, 2024 by regular, first-class United States mail, postage fully pre-paid, addressed to:

Soft Dig Properties, LLC
525 Milltown Rd
Ste 304
New Brunswick, NJ 08901

Soft Dig Properties, LLC
525 Milltown Road
Ste 304
North Brunswick, NJ 08901

Youngwood Lane LLC
44112 Mercure Circle
Sterling, VA 20166

I declare under penalty of perjury that the foregoing is true and correct.

Signed: /s/ Alex Tvedte                        Dated: January 11, 2024
Alex Tvedte
Ag & Business Legal Strategies
P.O. Box 11425
Cedar Rapids, IA 52410-1425