| | |
|---|---|
| **From:** | Abram Carls |
| **Sent:** | Tuesday, January 2, 2024 7:01 PM |
| **To:** | Jeffrey D. Goetz; joe@ablsonline.com; Austin Peiffer (ABLS); Janczak, Elizabeth; janet.g.reasoner@usdoj.gov; Quinn-Hanse, Allie (USTP); claire.r.davison@usdoj.gov |
| **Cc:** | Brenda F. Mozena; Nicholas J. Valley; Jordan A. Kroop; Jason Rosell; Timothy N. Lillwitz; Theresa L. Birch |
| **Subject:** | Re: Zayo |

Jeff,

When should I anticipate a response to my below message, what will the supplemental productions look like, and when should I receive them? Thank you.

Get Outlook for iOS

---

**From:** Abram Carls
**Sent:** Friday, December 29, 2023 2:39:37 PM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>; joe@ablsonline.com <joe@ablsonline.com>; Austin Peiffer (ABLS) <austin@ablsonline.com>; Janczak, Elizabeth <ejanczak@sgrlaw.com>; janet.g.reasoner@usdoj.gov <Janet.G.Reasoner@usdoj.gov>; Quinn-Hanse, Allie (USTP) <Allie.Quinn-Hanse@usdoj.gov>; claire.r.davison@usdoj.gov <Claire.R.Davison@usdoj.gov>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>
**Subject:** RE: Zayo

Jeff,

Let's try this one last time. I'm not finding all information requested and your responses are making it difficult to confirm whether anything was withheld, ignored, missing, inadvertently omitted, etc. Here is a list of documents that I asked for. Please insert what exhibits are responsive in the blank that follows each entry and whether any other documents exist that were not produced.

1. Copies of the invoices that BDC submitted to Zayo for payment.
    a. Responsive information provided as Exhibit(s) [_____].
    b. Was any information withheld? [Y/N]
2. Documents identifying the payments that Zayo made in response to BDC's invoices (amount, date of payment, etc.).
    a. Responsive information provided as Exhibit(s) [_____].
    b. Was any information withheld? [Y/N]
3. Paragraph 9 of Zayo's motion alleges that Zayo has "incur[ed] significant economic damages" including "increased costs for flaggers and other support crew" and "field inspections" and payments of "an average of $2,540 per day." I requested copies of all documents supporting these allegations.
    a. Responsive information provided as Exhibit(s) [_____].
    b. Was any information withheld? [Y/N]
4. Paragraph 10 of Zayo's motion alleges contract liquidated damages. I requested copies of all documents supporting these allegations.
    a. Responsive information provided as Exhibit(s) [_____].

Exhibit 1 - Page 1 of 8

   b. Was any information withheld? [Y/N]
5. All correspondence with Guidance Well Services, LLC
   a. Responsive information provided as Exhibit(s) [_____].
   b. Was any information withheld? [Y/N]
6. All documents related to the lien alleged/identified in paragraph 11 of Zayo's motion.
   a. Responsive information provided as Exhibit(s) [_____].
   b. Was any information withheld? [Y/N]

If a response is not provided by 3:00, I will be moving to continue the hearing. Finally, why did you change the subject of this thread from Zayo to settlement communication?

---

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Friday, December 29, 2023 2:05 PM
**To:** Abram Carls <acarls@spmblaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>
**Subject:** Settlement Communication

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe:  Per your requests below, please reference the following documents provided to you yesterday evening:

1. Documents responsive to your request below re: allegations of economic damage:
   a. Exhibits 1-4  - Master Construction Agreement, Amendment, Project Services Agreement, Amendment
   b. Exhibits 5-8 - Mechanics Lien Notices re: GuideWell
   c. Exhibits 9-12 – Graphics of construction schedules, including defaults/breaches
   d. Exhibits 14-17 – Email correspondence between Zayo and BDC re: defaults/breaches

Please confirm acknowledgment of this email and your receipt yesterday of the documents responsive to your request below, and that you will not be filing any motion for a continuance.  Jeffrey Goetz



JEFFREY D. GOETZ
ATTORNEY AT LAW
801 Grand Avenue, Suite 3700 • Des Moines, IA  50309-8004
Phone: (515) 246-5817 • Mobile: (515) 710-1988 • Fax: (515) 246-5808
Email: goetz.jeffrey@bradshawlaw.com • www.bradshawlaw.com
BOARD CERTIFIED - BUSINESS & CONSUMER BANKRUPTCY LAW
AMERICAN BOARD OF CERTIFICATION





Notice:  This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received this communication in error, then delete it from your computer system.

**WIRE FRAUD ALERT:** E-mail accounts of attorneys, other professionals and businesses are being targeted by hackers in an attempt to initiate fraudulent wire requests. If you receive an e-mail message purporting to come from this office requesting that you wire or otherwise transfer funds, DO NOT RESPOND TO THE EMAIL. Instead, you must confirm the request and any corresponding instructions by telephone with this office, using previously known contact information and NOT information provided in the email, before you initiate any transfer.

Exhibit 1 - Page 2 of 8



**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Thursday, December 28, 2023 5:09 PM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>
**Subject:** RE: Zayo

Sorry. I don't care whether we call it exhibits or productions. This is what I requested:

Please have your client provide copies of the invoices that BDC submitted to Zayo for payment and documents identifying the payments that Zayo made in response (amount, date of payment, etc.). I also want to see copies of all documents supporting the allegations made in paragraphs 9 and 10 of your motion to lift stay, Dkt. 307, as well as all correspondence with Guidance Well Services, LLC or lien documents related to paragraph 11. If formality is needed you may consider this a Rule 34 production request.


Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034

Email:  acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

Exhibit 1 - Page 3 of 8

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Thursday, December 28, 2023 5:04 PM
**To:** Abram Carls <acarls@spmblaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>
**Subject:** RE: Zayo

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You will receive all exhibits shortly. Jeff

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Thursday, December 28, 2023 5:03 PM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>
**Subject:** RE: Zayo

Jeff,

When will I receive the documents that I requested on December 11 and referenced during the scheduling hearing? We should discuss continuing the hearing if materials are not going to be shared by tomorrow afternoon.


Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034

Email:  acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Thursday, December 28, 2023 4:58 PM
**To:** Abram Carls <acarls@spmblaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>
**Subject:** RE: Zayo

Exhibit 1 - Page 4 of 8

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe: Apologies for the delayed response. Finalizing our witness/exhibit list now, and will be circulating exhibits shortly. I will try following up with you late morning tomorrow. Jeff

---

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Thursday, December 28, 2023 4:56 PM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** RE: Zayo

Sorry if I missed you today Jeff. I've been in a mediation and am just now going through my emails. An email update is fine given our tight schedules—we'll catch up soon enough. Interested to hear more about the new marriage!


Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034

Email:  acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Thursday, December 28, 2023 9:43 AM
**To:** Abram Carls <acarls@spmblaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** RE: Zayo

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe: Happy Holidays and thank you for your email below. I am meeting with my co-counsel and client later this morning and will be prepared to visit with you afterwards to discuss further.   Jeff

Exhibit 1 - Page 5 of 8

 

**JEFFREY D. GOETZ**
ATTORNEY AT LAW
801 Grand Avenue, Suite 3700 • Des Moines, IA 50309-8004
Phone: (515) 246-5817 • Mobile: (515) 710-1988 • Fax: (515) 246-5808
Email: goetz.jeffrey@bradshawlaw.com • www.bradshawlaw.com
BOARD CERTIFIED - BUSINESS & CONSUMER BANKRUPTCY LAW
AMERICAN BOARD OF CERTIFICATION

Notice: This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received this communication in error, then delete it from your computer system.

WIRE FRAUD ALERT: E-mail accounts of attorneys, other professionals and businesses are being targeted by hackers in an attempt to initiate fraudulent wire requests. If you receive an e-mail message purporting to come from this office requesting that you wire or otherwise transfer funds, DO NOT RESPOND TO THE EMAIL. Instead, you must confirm the request and any corresponding instructions by telephone with this office, using previously known contact information and NOT information provided in the email, before you initiate any transfer.



---

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Wednesday, December 27, 2023 9:48 PM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** RE: Zayo

Jeff, what is your plan for the production of documents please and thank you. Understand you're busy with the merger, but I do need information prior to the hearing and sufficient to enable meaningful review. We can move the hearing from my perspective too if more time would be beneficial. I also may want a Zayo witness to appear so please check on representative availability if the current date stands.


Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200

Exhibit 1 - Page 6 of 8

Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034

Email:  acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

---

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Monday, December 11, 2023 3:35 PM
**To:** Abram Carls <acarls@spmblaw.com>
**Cc:** Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** RE: Zayo

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe:  Thank you for your email below.  Let me visit with my client and co-counsel first and I will revert re: availability for a call.   Jeff





**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Monday, December 11, 2023 3:05 PM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Subject:** [QUARANTINE] Zayo
**Importance:** Low

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or on clicking links from unknown senders.**
Jeff,

Welcome to BDC! I am representing Keystone Savings Bank on this one. Interested in a call if we're able to find time. This week is busy for me, however.

Please have your client provide copies of the invoices that BDC submitted to Zayo for payment and documents identifying the payments that Zayo made in response (amount, date of payment, etc.). I also want to see copies of all documents supporting the allegations made in paragraphs 9 and 10 of your motion to lift stay, Dkt. 307, as well as all

Exhibit 1 - Page 7 of 8

correspondence with Guidance Well Services, LLC or lien documents related to paragraph 11. If formality is needed you may consider this a Rule 34 production request.

Was Zayo aware of the automatic stay or bankruptcy prior to your involvement? Timeline is curious on first blush as is so often the case.

Abram Carls
Member



Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034

Email:  acarls@spmblaw.com
www.spmblaw.com

Please notify me if you receive this confidential email in error.

---

This email has been scanned for email related threats and delivered safely by Mimecast.

---

This email has been scanned for email related threats and delivered safely by Mimecast.

---

This email has been scanned for email related threats and delivered safely by Mimecast.

---

This email has been scanned for email related threats and delivered safely by Mimecast.

---

Exhibit 1 - Page 8 of 8