| | |
|---|---|
| **From:** | Abram Carls |
| **Sent:** | Friday, January 12, 2024 8:25 PM |
| **To:** | Jeffrey D. Goetz; Janczak, Elizabeth |
| **Cc:** | Joe Peiffer (ABLS); Austin Peiffer (ABLS) (austin@ablsonline.com); Timothy N. Lillwitz; Jordan A. Kroop; Jason Rosell; Brenda F. Mozena; Nicholas J. Valley; Theresa L. Birch |
| **Subject:** | RE: Responses to Discovery |

Jeff, what is this? I'm finding 24 emails that look like an irrelevant dump and not the information I requested. Please say what emails go with what request (see FRCP 34(2)(E)(i) (requiring Zayo to "organize and label" "to correspond to the categories in the request")), and identify whether any information is being withheld. It is frustrating to ask for this information re-re-repeatedly to no avail, particularly when Zayo is required by rule to provide it.

Jury work took me beyond budgeted time today. Look for the continuance motion over the weekend. Please provide your availability in February for a hearing.

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Friday, January 12, 2024 3:42 PM
**To:** Abram Carls <acarls@spmblaw.com>; Janczak, Elizabeth <ejanczak@sgrlaw.com>
**Cc:** Joe Peiffer (ABLS) <joe@ablsonline.com>; Austin Peiffer (ABLS) (austin@ablsonline.com) <austin@ablsonline.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>
**Subject:** Responses to Discovery

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

**ShareFile Attachments Sent By Bradshaw, Fowler, Proctor & Fairgrave, P.C.**

Expires July 10, 2024

Zayo Discovery.zip                                    11.4 MB

**Download Attachments**

Jeffrey Goetz uses ShareFile to share documents securely.

---

**Jeffrey D. Goetz**
**Attorney At Law**

Exhibit 4 - Page 1 of 2



801 Grand Ave., Suite 3700
Des Moines, Iowa 50309-8004
(515)246-5817 (p)  |  (515) 710-1988 (m)
goetz.jeffrey@bradshawlaw.com | www.dickinsonbradshaw.com
**VISIT OUR BLOG**

**BOARD CERTIFIED - BUSINESS & CONSUMER BANKRUPTCY LAW**
**AMERICAN BOARD OF CERTIFICATION**



This email has been scanned for email related threats and delivered safely by Mimecast.

Exhibit 4 - Page 2 of 2