| | |
|---|---|
| **From:** | Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com> |
| **Sent:** | Monday, January 8, 2024 12:16 PM |
| **To:** | Abram Carls; claire.r.davison@usdoj.gov; janet.g.reasoner@usdoj.gov; sderousse@sgrlaw.com; thelton@sgrlaw.com; ejanczak@sgrlaw.com |
| **Cc:** | Jeffrey D. Goetz; Timothy N. Lillwitz; Nicholas J. Valley; Theresa L. Birch |
| **Subject:** | BDC, Group, Inc. Debtor - Case No. 23-00484 re: Zayo |
| **Attachments:** | Rogs.pdf; Rogs.docx; RFA.pdf; RFA.docx |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Counsel:

Here are the Zayo's Interrogatories and Request for Admissions Propounded to Debtor in both Word and PDF.  Please let me know if you cannot open the attachments.

If you have any questions, please contact Mr. Goetz or Mr. Lillwitz at 515.246.4191.  Thank you.

**Brenda Mozena**
**Legal Assistant**



801 Grand Avenue, Suite 3700
Des Moines, Iowa  50309-8004
(515) 246-5838 (p)  |  (515) 246-5808 (f)
mozena.brenda@bradshawlaw.com  |  www.dickinsonbradshaw.com
**VISIT OUR BLOG**



This email has been scanned for email related threats and delivered safely by Mimecast.

Exhibit 5 - Page 1 of 1