hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Debtor

Chapter 11

Bankruptcy No. 23−00484

## NOTICE SETTING HEARING
## ON KEYSTONE SAVINGS BANK'S SECOND MOTION TO CONTINUE EVIDENTIARY HEARING (DOC. 351)

To:

Austin Peiffer and Joseph Peiffer, Attorneys for Debtor
Abram V. Carls and Eric Lam, Attorneys for Keystone Savings Bank
United States Trustee
Jeffrey D. Goetz, Attorney for Zayo Group, LLC
Elizabeth L. Janczak, Shelly A. DeRouse, Tonita M. Helton, Attorneys for Official Committee of Unsecured Creditors
Terry Gibson, Attorney for Manchester Leasing Services, Inc.

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**January 16, 2024 at 03:15 PM via Telephonic Hearing**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1−888−684−8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

Date: January 16, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk