# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **ORDER GRANTING SECOND INTERIM FEE APPLICATION OF SMITH GAMBRELL & RUSSELL AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

This matter coming before the Court upon the second interim fee application (the "Application") (ECF No. 331) of Smith Gambrell & Russell LLP ("SGR") as counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of BDC Group, Inc. ("BDC"); Keystone Savings Bank ("KSB") having filed an objection (the "Objection") (ECF No. 350) to the Application; the Court having reviewed the Application; due and adequate notice having been given under the circumstances;

SGR AND KSB HEREBY STIPULATE THAT:

A. KSB defers resolution of its Objection until a hearing on final allowance and compensation to SGR.

B. KSB and SGR acknowledge that the fees and expenses allowed in this Order are on an interim basis subject to final approval by this Court.

IT IS HEREBY ORDERED THAT:

1. The Court hereby allows SGR, on an interim basis, compensation in the amount of $54,651.50, as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 330(a), 503(b), and 507(a)(1) of the Bankruptcy Code.

2. The Court hereby allows SGR, on an interim basis, reimbursement of expenses in the amount of $367.50 as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 330(a), 503(b), and 507(a)(1) of the Bankruptcy Code.

3. The Court hereby authorizes payment to SGR of $8,938.15 from the current balance of SGR's professional fee carve-out, and the balance of $46,080.85 from the Debtor's estate or any professional fee-carve otherwise ordered by the Court or agreed to between the Debtor, KSB, and the Committee.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The hearing set on this matter for January 18, 2024 at 10:30 AM is hereby canceled.

DATED AND ENTERED:

January 16, 2024

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Agreed to by:

/s Abram Carls
Abram Carls, Counsel for Keystone Savings Bank

Prepared by:
Elizabeth L. Janczak*
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois  60606-6677
*Admitted pro hac vice

*Counsel for the Official
Committee of Unsecured Creditors*