UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>    Debtor | Chapter 11<br><br>Bankruptcy No. 23-00484 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: January 16, 2024
Hearing on: Second Motion to Continue Hearing On January 18, 2024 (Doc. 351) filed by Keystone Savings Bank

APPEARANCES:

Attorney Austin Peiffer for Debtor
Attorneys Claire Davison and Janet Reasoner for the United States Trustee
Attorney Eric Lam for Keystone Savings Bank
Attorney Jeffrey Goetz for Zayo Group, LLC
Attorney Elizabeth Janczak for the Official Committee of Unsecured Creditors

**IT IS ORDERED THAT**:

The hearing set on the Motion for Relief from Stay (Doc. 307) is hereby reset to a telephonic conference on:

**January 18, 2024 at 1:00 PM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234

4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

This hearing will be digitally recorded.

Ordered:

January 18, 2024

*/s/ Thad J. Collins*
Thad J. Collins
Chief Bankruptcy Judge

2