UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

　　　　Debtor

Chapter 11

Bankruptcy No. 23-00484

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: January 18, 2024
Hearing on: Motion for Relief from Stay (Doc. 307) filed by Zayo Group, LLC

APPEARANCES:

Attorney Austin Peiffer for Debtor
Attorneys Claire Davison and Janet Reasoner for the United States Trustee
Attorney Abram Carls for Keystone Savings Bank
Attorney Jeffrey D. Goetz for Zayo Group, LLC
Attorney Elizabeth L. Janczak for the Official Committee of Unsecured Creditors

**IT IS ORDERED THAT**:

The matter is continued and reset for a status conference on:

> **January 24, 2024 at 10:30 AM**
> via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.

5. Please identify yourself after you join the conference.

    This hearing will be digitally recorded.

Ordered:

January 18, 2024

Thad J. Collins
Chief Bankruptcy Judge