United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 23-00484-TJC
BDC Group, Inc. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 3
Date Rcvd: Jan 18, 2024      Form ID: pdf902      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Jan 18 2024 20:48:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Debtor BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |

| | |
|---|---|
| | on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor Herc Rentals Inc. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com |
| Brian S. Koerwitz | |
| | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Claire Davison | |
| | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | |
| | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com |
| David Skalka | |
| | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | |
| | on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com |
| Emily X. Douglas Moore | |
| | on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com |
| Eric J. Langston | |
| | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
| | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | |
| | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | |
| | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jeffrey D. Goetz | |
| | on behalf of Creditor Zayo Group LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jeffrey D. Goetz | |
| | on behalf of Creditor RP Construction LLC goetz.jeffrey@bradshawlaw.com, Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com |
| Jeffrey P. Taylor | |
| | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| Joseph A. Peiffer | |
| | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | |
| | on behalf of Debtor BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kristina M. Stanger | |
| | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Mark A Ludolph | |
| | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Martin McLaughlin | |
| | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Ronald C. Martin | |
| | on behalf of Creditor Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Ronald C. Martin | |
| | on behalf of Interested Party Dennis Bruce ronm@drpjlaw.com |

| | |
|---|---|
| | rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Roy Ryan Leaf | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com |
| Rush M. Shortley | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com |
| Stephanie L. Hinz | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Stephanie L. Hinz | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Terry Gibson | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Timothy N. Lillwitz | on behalf of Creditor Zayo Group LLC lillwitz.timothy@bradshawlaw.com, birch.theresa@bradshawlaw.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |

TOTAL: 48

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

  Debtor

Chapter 11

Bankruptcy No. 23-00484

**PROCEEDING MEMO AND ORDER**

Date of Telephonic Hearing: January 16, 2024
Hearing on: Second Motion to Continue Hearing On January 18, 2024 (Doc. 351) filed by Keystone Savings Bank

APPEARANCES:

Attorney Austin Peiffer for Debtor
Attorneys Claire Davison and Janet Reasoner for the United States Trustee
Attorney Eric Lam for Keystone Savings Bank
Attorney Jeffrey Goetz for Zayo Group, LLC
Attorney Elizabeth Janczak for the Official Committee of Unsecured Creditors

**IT IS ORDERED THAT**:

The hearing set on the Motion for Relief from Stay (Doc. 307) is hereby reset to a telephonic conference on:

**January 18, 2024 at 1:00 PM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234

4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

    This hearing will be digitally recorded.

Ordered:

January 18, 2024

Thad J. Collins
Chief Bankruptcy Judge