# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | STIPULATED ORDER FOR STAY RELIEF AND OTHER MATTERS |

The matter before the Court is the Zayo Group, LLC's Motion for Relief from Automatic Stay to Terminate Executory Contract (Doc. 307). The parties in interest have engaged in negotiations and have reached a resolution they wish to memorialize and implement through an order of this Court. By stipulation of the undersigned parties in interest,

IT IS ORDERED:

1. Zayo is granted relief from the automatic stay. This relief is without prejudice to any party's rights and remedies.
2. Any pending hearings on this matter are canceled.
3. Zayo owes BDC $237,824.14 in non-retainage payments on eight undisputed invoices. Upon entry of this order Zayo will pay this amount.
4. Zayo owes BDC $293,317.51 in retainage on undisputed invoices. Upon entry of this order Zayo will pay $243,317.51 of that retainage and retain $50,000.00 pending testing of four fiber spans BDC worked on.
5. Zayo disputes payment of two outstanding BDC invoices totaling $241,642.90. Zayo agrees to provide a credit of $68,000.00 towards those invoices but will not pay that credit until the disputes on those invoices are resolved.
6. Any and all moneys and payments from Zayo to the Debtor constitute the Bank's cash collateral and thusly will be held by the Debtor in the appropriate DIP account and shall not be used or disbursed until further order from this Court or consent/stipulation from all requisite parties in interest.
7. The hearing set in the matter for January 24, 2024 at 10:30 AM is hereby canceled.

DATED AND ENTERED: January 24, 2024

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Approved as to Form and Content by:

Jeffrey D. Goetz, Esq., AT0002832
Dickinson, Bradshaw, Fowler & Hagen, P.C.
Attorney for Zayo Group, LLC

Eric W. Lam, AT0004416
Simmons Perrine Moyer Bergman PLC
Attorney for Keystone Savings Bank

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession