# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION TO CONVERT AND SHORTENING NOTICE OF HEARING |

The matter before the Court is the Debtor's Motion to Expedite Hearing on Motion to Convert and Shorten Notice of Hearing (Doc. 370). The Court FINDS that cause exists to grant Debtor's Motion.

**IT IS ORDERED THAT:**

Debtor's Motion to Convert to Chapter 7 (Doc. 369) is set for hearing on:

**February 5, 2024 at 10:00 AM**
via Telephonic Hearing

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

This hearing will be digitally recorded.

**IT IS FURTHER ORDERED THAT:**

If no objections to Debtor's Motion to Convert are filed before **5:00 PM February 2, 2024** the Court will grant the Motion to Convert to Chapter 7 and the above hearing will not be held.

**IT IS FURTHER ORDERED THAT:**

By Tuesday, January 30, 2024 the Debtor will serve this Order on parties on the Master Service List that do not receive CM/ECF notifications.

DATED AND ENTERED: _____

                                                THAD J. COLLINS
                                                CHIEF BANKRUPTCY JUDGE

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession