## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 11 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | ORDER STAYING CASE DEADLINES PENDING CHAPTER 7 TRUSTEE APPOINTMENT |

The matter before the Court is the Debtor's Motion to Stay Case Deadlines Pending Chapter 7 Trustee Appointment (Doc. 372). The Court FINDS that it is appropriate and necessary to enter an order under 11 U.S.C. § 105(a).

**IT IS ORDERED THAT:**

All deadlines and time limits in this case are stayed effective upon this Order's entry and until 14 days after a Chapter 7 trustee is appointed or until further order. When this stay ends all deadlines and time limits will resume running with as much time remaining as there was when this Order was entered unless this Court orders otherwise. These time limits and deadlines include but are not limited to:

A. John Deere's 10-day cure notice for adequate protection payment default.
B. Keystone Savings Bank's 5-business-day cure notice for postpetition secured financing default.
C. The deadlines to answer Keystone Savings Bank's January 25 and 26, 2024 stay relief motions.
D. 11 U.S.C. § 362(e)(1)'s automatic lifting of the automatic stay for Keystone Savings Bank's stay relief motions.
E. Any deadlines and time limits that would otherwise apply for filings or events that occur before 14 days after the Chapter 7 trustee's appointment. These deadlines or time limits will begin running 14 days after the Chapter 7 trustee's appointment or as this Court may otherwise order.

DATED AND ENTERED: _____

                                                                          THAD J. COLLINS
                                                                          CHIEF BANKRUPTCY JUDGE

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor-in-Possession

BDC Group Inc.　　　　　　　　　Page 2 of 2　　　　　　　　Case No. 23-00484