IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
(CEDAR RAPIDS)

| | |
|---|---|
| In re:<br><br>BDC GROUP, INC.,<br><br>    Debtor. | Case No. 23-00484<br><br>Chapter 11<br><br>Hon. Thad J. Collins |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that I hereby enter my appearance for BMO Bank N.A., f/k/a Bank of the West, d/b/a Ditch Witch Financial Services, (**"Ditch Witch"**), a creditor in this bankruptcy proceeding, pursuant to 11 U.S.C. § 342 and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules")  I also request, pursuant to Bankruptcy Rules 2002 and 9007, that copies of all notices and pleadings given or filed in this case be given and served, on behalf of Ditch Witch, at the address, facsimile number, or electronic mail address set forth below:

> Peter J. Chalik
> WHITFIELD & EDDY, P.L.C.
> 699 Walnut Street, Suite 2000
> Des Moines, IA  50309
> 515-246-5526
> 515-246-1474 facsimile
> chalik@whitfieldlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, request, disclosure statement, plan, complaint or demand, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, hand delivery, electronically, telephone, facsimile or otherwise, which affect the Debtor, property of the Debtor, or any rights or interest of creditors or parties in interest in this bankruptcy case.

Dated: January 29, 2024

                              **/s/ Peter J. Chalik**
                              Iowa State Bar No. AT0013036

WHITFIELD & EDDY, PLC
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
(515) 246-5526
(515) 246-1474 facsimile
chalik@whitfieldlaw.com

ATTORNEYS FOR BMO BANK N.A., F/K/A BANK OF THE WEST, D/B/A DITCH WITCH FINANCIAL SERVICES

**Notice via ECF**:

Abram V. Carls on behalf of Creditor Keystone Savings Bank
acarls@spmblaw.com, smiller-miller@spmblaw.com

Dan Childers on behalf of Creditor Hiawatha Properties LLC
drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Claire Davison on behalf of U.S. Trustee United States Trustee
claire.r.davison@usdoj.gov

Shelly A. DeRousse on behalf of Creditor Committee Official Committee of Unsecured Creditors
sderousse@sgrlaw.com, bkdocketing@sgrlaw.com

Emily X. Douglas Moore on behalf of Creditor Sheets Sterling, Inc.
edouglas@midwestlawgroup.com

Emily X. Douglas Moore on behalf of Defendant Sheets Sterling, Inc.
edouglas@midwestlawgroup.com

Wendee Noel Elliott-Clement on behalf of Creditor BANK OF AMERICA, N.A.
iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Scott D. Fink on behalf of Creditor Breakout Capital Finance, LLC
bronationalecf@weltman.com

Terry Gibson on behalf of Creditor GreenState Credit Union
tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson on behalf of Creditor Isotropic Network, Inc.
tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson on behalf of Creditor Manchester Leasing Services, Inc.
tgibson@wandrolaw.com, filings@wandrolaw.com

Jeffrey D. Goetz on behalf of Creditor RP Construction, LLC
goetz.jeffrey@bradshawlaw.com,
Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Jeffrey D. Goetz on behalf of Creditor Zayo Group, LLC
goetz.jeffrey@bradshawlaw.com,
Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Tonita M Helton on behalf of Creditor Committee Official Committee of Unsecured Creditors
thelton@freeborn.com, lfrausto@freeborn.com

Stephanie L. Hinz on behalf of Creditor Ally Bank, c/o AIS Portfolio Services, LLC
shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz on behalf of Defendant Breakout Capital Finance, LLC
shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Wesley B. Huisinga on behalf of Creditor Deere Credit Inc.
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Wesley B. Huisinga on behalf of Creditor John Deere Construction & Forestry Company
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Wesley B. Huisinga on behalf of Creditor John Deere Financial f.s.b.
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Elizabeth L. Janczak on behalf of Attorney Smith, Gambrell & Russell, LLP
ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee of Unsecured Creditors
ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Brian S. Koerwitz on behalf of Creditor Watts Electric Company
bkoerwitz@eptlawfirm.com

Eric W. Lam on behalf of Creditor Keystone Savings Bank
ELam@simmonsperrine.com, tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric J. Langston on behalf of Creditor DVA, Inc. d/b/a Ditch Witch of Virginia
elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Roy Ryan Leaf on behalf of Creditor Liquid Capital Exchange, Inc.
rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Timothy N. Lillwitz on behalf of Creditor Zayo Group, LLC
lillwitz.timothy@bradshawlaw.com, birch.theresa@bradshawlaw.com

Mark A Ludolph on behalf of Creditor Caterpillar Financial Services Corporation
mludolph@heylroyster.com

Ronald C. Martin on behalf of Creditor Dennis Bruce
ronm@drpjlaw.com, rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Ronald C. Martin on behalf of Interested Party Dennis Bruce
ronm@drpjlaw.com, rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Martin McLaughlin on behalf of Creditor United States of America (SBA)
marty.mclaughlin@usdoj.gov, usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Evan Lincoln Moscov on behalf of Creditor Green Note Capital Partners SPV LLC
evan.moscov@moscovlaw.com

Evan Lincoln Moscov on behalf of Defendant Green Note Capital Partners SPV LLC
evan.moscov@moscovlaw.com

Benjamin Gregory Nielson on behalf of Creditor Deere Credit Inc.
bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com

Benjamin Gregory Nielson on behalf of Creditor Herc Rentals, Inc.
bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com

Benjamin Gregory Nielson on behalf of Creditor John Deere Construction & Forestry Company
bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com

Benjamin Gregory Nielson on behalf of Creditor John Deere Financial f.s.b.
bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com

Austin Peiffer on behalf of Appraiser Craig Hilpipre
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer on behalf of Attorney Ag & Business Legal Strategies
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer on behalf of Debtor BDC Group, Inc.
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer on behalf of Plaintiff BDC Group, Inc.
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Joseph A. Peiffer on behalf of Debtor BDC Group, Inc.
joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer on behalf of Plaintiff BDC Group, Inc.
joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Janet G. Reasoner on behalf of U.S. Trustee United States Trustee
janet.g.reasoner@usdoj.gov

Rush M. Shortley on behalf of Creditor East Central Iowa Council of Governments
rush@shortleylaw.com, r51060@notify.bestcase.com

David Skalka on behalf of Creditor Five Star Communications, LLC
dskalka@crokerlaw.com, dcellar@crokerlaw.com

Kristina M. Stanger on behalf of Creditor Liquid Capital Exchange, Inc.
kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Jeffrey P. Taylor on behalf of Creditor Complete Design Solutions, LLC
jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

**23-00484 Notice will not be electronically mailed to:**

BerganKDV
Creative Planning Tax, LLC
417 1st Ave. SE, Suite 300
Cedar Rapids, IA 52401

HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, Ontario, M2N 6C6

Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381

Reyna Paz
President & CEO of RP Construction,
LLC.24008
Bishop Meade Place
Ashburn, VA 20148

## CERTIFICATE OF SERVICE

The foregoing instrument was served upon all parties listed herein either by electronic mail and U.S. mail as shown by the Notice of Electronic Filing through the CM/ECF system or by depositing a copy thereof to each of the parties not served via electronic mail (as indicated, if any) in the U.S. Mail, postage prepaid, in envelopes addressed to each of the parties at their respective addresses on January 29, 2024.  The undersigned declares under penalty of perjury that the foregoing is true and correct.

/s/ **Peter J. Chalik**