UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

    Debtors.

Chapter 11
Case No. 23-00484

**JOINDER IN KEYSTONE SAVINGS BANK'S RESISTANCE AND OBJECTION TO DEBTOR'S MOTION TO STAY CASE DEADLINES**

COMES NOW, John Deere Construction & Forestry Company and Deere Credit, Inc., d/b/a John Deere Financial (collectively "Deere"), by and through undersigned counsel and hereby joins in the objection and resistance of Keystone Savings Bank (docket #374) to Debtor's Motion to Stay Case Deadlines (docket #372) for the same reasons as set forth in Keystone Savings Bank's Motion, and, as it relates to Deere's collateral. Deere hereby incorporates the objection of Keystone Savings Bank as if fully set forth herein.

WHEREFORE, Deere respectfully prays that the Debtor's Motion To Stay Case Deadlines be denied, and for such other relief as may be just and proper under the premises.

/s/ Wesley B. Huisinga
Wesley B. Huisinga    AT0003670
Benjamin G. Nielson    AT0014460
SHUTTLEWORTH & INGERSOLL, PLC
115 Third Street SE
P O Box 2107
Cedar Rapids, IA 52406-2107
Phone: (319) 365-9461
Fax: (319) 365-8443
wbh@shuttleworthlaw.com
bgn@shuttleworthlaw.com

ATTORNEYS FOR JOHN DEERE FINANCIAL,
JOHN DEERE CONSTRUCTION &

          FORESTRY COMPANY and DEERE CREDIT, INC

### CERTIFICATION OF SERVICE

 The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing or mailed USPS on January 29, 2024.

          /s/ Patti K. O'Keefe