UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>**BDC GROUP, INC.,**<br><br>Debtor-In-Possession. | Case No. 23-00484<br><br>Chapter 11<br><br>**JOINDER TO KEYSTONE SAVINGS BANK'S RESISTANCE AND OBJECTION TO DEBTOR'S MOTION TO STAY CASE DEADLINES** |

COMES NOW GreenState Credit Union ("GSCU"), through its attorney, and pursuant to this Joinder does hereby join and adopt the objection and resistance filed by Keystone Savings Bank (Docket #374) to the Motion to Stay Case Deadlines as filed by the Debtor (Docket #372) for the reasons as set forth by Keystone Savings Bank in its Resistance and Objection. GSCU has the same concerns voiced by Keystone Savings Bank as to GSCU's collateral, and is in the process of preparing a Motion for Relief from Automatic Stay that it will file in the near term requesting that it be granted relief to secure its remaining collateral.

WHEREFORE, GreenState Credit Union. prays that the Debtor's Motion to Stay Case Deadlines be denied, and for any and all other relief deemed just and equitable in the premises.

Dated this 29th day of January, 2024.

Respectfully submitted,

    */s/ Terry L. Gibson*
Terry L. Gibson    AT0002903
WANDRO & ASSOCIATES, P.C.
2015 Grand Avenue, Suite 102
Des Moines, Iowa 50312
Telephone:    515/717-7455
Facsimile:    515/608-4645
tgibson@wandrolaw.com

**COUNSEL TO GREENSTATE CREDIT UNION**

## Certificate of Service

    The document was served electronically on parties who receive electronic notice through the CM/ECF as listed on CM/ECF's notice of electronic filing.

Dated this 29thh day of January, 2024.

    */s/ Terry L. Gibson*
Terry L. Gibson