**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **JOINDER TO MOTION TO STAY CASE DEADLINES PENDING CHAPTER 7 TRUSTEE APPOINTMENT** |

The Official Committee of Unsecured Creditors (the "Committee") of BDC Group, Inc. (the "Debtor"), submits this joinder to the Motion to Stay Case Deadlines Pending Chapter 7 Trustee Appointment (the "Motion to Stay") (ECF No. 372) filed by the Debtor. In support hereof, Committee states as follows:

**JOINDER**

The Committee supports the Debtor's request for a limited stay of case deadlines pending the appointment of a chapter 7 trustee to afford the trustee an opportunity to evaluate the estate, its assets and liabilities, and make a decision as to the best course of action which protects and preserves estate assets and maximizes value for the benefit of all creditors. Granting relief which may prejudice the estate without a chapter 7 trustee's input could impair the trustee's exercise of statutory duties. Accordingly, the Committee supports the Motion to Stay for a limited period of time so long as no parties in interest will be materially prejudiced by the delay.

Dated: January 30, 2024                    **SMITH GAMBRELL & RUSSELL LLP**

                                                                      By: /s/ Elizabeth L. Janczak
                                                                           One of Its Attorneys

Shelly A. DeRousse*
Elizabeth L. Janczak*
Tonita M. Helton (Iowa Bar No. AT0009125)
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:     312.360.6000
Fax:    312.360.6520
Email:  sderousse@sgrlaw.com
            ejanczak@sgrlaw.com
            thelton@sgrlaw.com

*Admitted pro hac vice*

*Counsel for Official Committee of Unsecured Creditors of BDC Group, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 30, 2024, the *Joinder to Motion to Stay Case Deadlines Pending Chapter 7 Trustee Appointment* was served electronically upon those parties receiving electronic notification through the Court's CM/ECF system.

                                                                    /s/ Elizabeth L. Janczak