UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.,<br><br>　　　　Debtor | Chapter 11<br><br>Bankruptcy No. 23-00484 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: January 30, 2024
Hearing on:

1. Motion to Convert Case to Chapter 7 (Doc. 369) and Motion to Expedite Hearing re: Motion to Convert Case to Chapter 7 (Doc. 370) filed by Debtor
2. Motion for Relief from Stay (Doc. 265) and Motion to Expedite Hearing re: Motion for Relief from Stay (Doc. 368) filed by Keystone Savings Bank
3. Motion to Stay Case Deadlines Pending Chapter 7 Trustee Appointment (Doc. 372) filed by Debtor
4. Motion for Emergency Relief Pursuant to Court Order for Adequate Protection Entered 8/23/23 (Doc. 375) filed by Deere Credit Inc., John Deere Construction & Forestry Company, John Deere Financial f.s.b.

<u>APPEARANCES</u>:

Attorney Joseph A. Peiffer for Debtor
Attorneys Janet G. Reasoner and Claire Davison for the United States Trustee
Attorneys Abram V. Carls and Eric W. Lam for Keystone Savings Bank
Attorney Wesley B. Huisinga for Deere Credit Inc., John Deere Construction & Forestry Company, John Deere Financial f.s.b.
Attorney Elizabeth L. Janczak for the Official Committee of Unsecured Creditors
Attorney Jeffrey D. Goetz for Zayo Group, LLC
Attorney Terry Gibson for Manchester Leasing Services, Inc. and GreenState Credit Union
Attorney Evan Lincoln Moscov for Green Note Capital Partners SPV LLC
Attorney Benjamin Gregory Nielson for Herc Rentals, Inc.

**IT IS ORDERED THAT**:

1. The Motion to Convert Case to Chapter 7 (Doc. 370) is hereby GRANTED.
2. The parties are ordered to submit a proposed order on the Motion for Relief from Stay (Doc. 265).
3. The Motion to Stay Case Deadlines Pending Chapter 7 Trustee Appointment (Doc. 372) is moot.
4. The parties are ordered to submit a proposed order on the Motion for Emergency Relief Pursuant to Court Order for Adequate Protection Entered 8/23/23 (Doc. 375).

Ordered:

January 30, 2024

Thad J. Collins
Chief Bankruptcy Judge