**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER re MOTION TO LIFT STAY** |

The matter before the Court is a Motion to Lift Stay (Dkt #365) filed by Keystone Savings Bank ("Bank"). A preliminary hearing on the Motion was held on January 30, 2024. Pursuant to record made, the Court hereby FINDS and ORDERS the Motion is partially granted, and the automatic stay imposed by 11 U.S.C. §362 is terminated and lifted, so as to enable the Bank to pursue *in rem* remedies against equipment and vehicles and similar various items of machinery collateral pledged by the Debtor to the Bank. The entry of this Order is, however, WITHOUT prejudice to the eventual Chapter 7 Trustee's right to object to or contest the validity of the Bank's liens and claims, and is WITHOUT prejudice to any claim or lien that may be asserted by Zayo Group LLC, Greenstate Credit Union, or Manchester Leasing with respect to their ownership/lien claims and rights (if any). To the extent the Bank succeeds in locating various items of equipment etc. collateral, the Bank will provide a list of such items to Zayo Group LLC, Greenstate Credit Union, and Manchester Leasing. With respect to the Debtor's financial records, computers, etc. (such as WIPs and A/R records), the Court anticipates the Bank will work with the eventual Chapter 7 Trustee to marshal the records. Nothing in this order shall be deemed to grant relief from the automatic stay with respect to cash, deposit accounts, or accounts receivable, which stay shall remain in effect until further order of the Court. The Court further retains jurisdiction over the Motion, and any party in interest may request further hearing on the Motion.

Entered this __30th__ day of __January__, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Bank