# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.,<br><br>      Debtor. | Chapter 11<br>Bankruptcy No. 23-00484<br><br>ORDER GRANTING DEERE'S EMERGENCY MOTION FOR RELIEF FROM STAY |

The matter before the Court is the Motion for Emergency Relief from Stay filed by John Deere Construction & Forestry Company and Deere Credit, Inc., d/b/a John Deere Financial (collectively "Deere") (docket #375).

A hearing on the Motion was held on January 30, 2024. Pursuant to record made, the Court hereby FINDS and ORDERS that Deere's Motion is granted, and the automatic stay imposed by 11 U.S.C. §362 is terminated and lifted, so as to enable Deere to pursue its *in rem* remedies, including repossession and liquidation of its collateral identified as follows:

    Claim No. 27 - Account No. 510001920306:

        2020 John Deere 17G Compact Excavator, Serial No. 1FF017GXCLK230189
        2020 John Deere 17G Compact Excavator, Serial No. 1FF017GXLKK229815

    Claim No. 28 – Account No. 510001926594:

        2020 BIG-TEX 14LX Trailer, VIN 16V1D1625M5009202
        2020 BIG-TEX 14LX Trailer, VIN 16V1D2120M5017723

    Claim No. 30 - Account No. 510002369176:

        2021 John Deere 35G Compact Excavator, Serial 1FF035GXTLK290411
        BIGTOW Trailers, Model B6DT, VIN 4KNBF2325ML160614
        John Deere Hyd Thumb, Serial No. 1000522,
        TAG 18 inch Bucket, Serial No. 327635-2

Claim No. 31 - Account No. 510002369177:

2021 John Deere 35G Compact Excavator, Serial No. 1FF035GXJLK290512
John Deere Hyd Thumb, Serial No. 1000429
TAG 18 inch Bucket, Serial No. 324223-4

The entry of this Order is, however, WITHOUT prejudice to the Chapter 7 Trustee's right to object to, or contest the validity of, Deere's liens and claims.

Entered this  31 st day of January, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Wesley B. Huisinga AT0003670
Attorney for Deere

Agreed to Form and Content:

 /s/ Eric Lam
Eric Lam, Counsel for Keystone Savings Bank

 /s/ Elizabeth Janczak
Elizabeth Janczak, Counsel for the Unsecured Creditors Committee

 /s/ Joseph A. Peiffer
Attorney for Debtor

 /s/ Jeffrey D. Goetz
Attorney for Zayo Group LLC

 /s/ Terry L. Gibson
Attorney for GreenState Credit Union and Manchester Leasing

 /s/ Janet G. Reasoner
Assistant US Trustee