IA-13
(Revised 06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|    BDC Group, Inc. | ) | CASE NO: 23-00484 |
| | ) | |
| | ) | REPORT OF ABANDONMENT OF |
| | ) | PROPERTY |
|    Debtor(s). | ) | |

The undersigned Trustee of the estate of the debtor named above hereby reports that, without general notice as authorized by Local Bankruptcy Rule 6004-1(b), the following property will be abandoned. (if real property, give legal description)

**Office furniture;**
**Office equipment;**
**Ricoh MP C204 EX copier;**
**Flat screen TV – Conference room;**
**Flat screen TV – Lobby;**
**Security System;**
**Business Cell Phones & Tablets;**
**2014 Caterpillar Cushion Tire Forklift Serial #2C5000-LE CN1748;**
**2020 Turbo Technologies Hydro Seeder Serial #200351084;**
**Fiber Optic Cable Puller S/N CDX08690002;**
**Pulmettaz Vac Purchase Serial # GCBPT-2229854 and 134028;**
**Analyze technologies Services J2 Lasher;**
**Fusion splicer, View 7 Splice Machine;**
**Tester divot;**
**Live fiber identifier;**
**OTDR;**
**Used INNO View 5;**
**Used INNO View 7;**
**Used Pair - FOT 932 Power Meters;**
**Used Sumitomo Ribbon splicer;**
**Used Maxtester 730 OTDR;**
**Used 4' x 9' Splicer enclosed TRA;**
**Honda Generator;**
**Equipment - Telecom Division;**
**2019 Cat BR172 Brush Cutter Serial #TAB05099;**
**Duct Rodder 3/8" X 1000' Toneable 45" cage;**
**Subsite Electronics Utility Locator x7 Serial #8433297, #8433310, #8446770, #8446562, #8446932, #8446994, & #8401111;**
**Eagle claw, Housing box, etc;**

**DW MV 800 Purchase VIN # DWPMV800TM0000835;**
**2015 Ditch Witch MR90 Mud Reclaimer Serial #CMWMR90XLF0000049;**
**2022 Ditch Witch AT40 with Drill-lok F5 Falcon Receiver;**
**10.9" Aurora Serial # DWPAT40AVN0000014 - $345,000**
**2017 Chevy Silverado K2500 VIN #1GC1KUEG7HF114968 - $40,200**
**2010 Toyota Tundra Double Cab VIN# 5TFUW5F1XAX112293 - $11,487.00**
**2017 Toyota Tundra Double Cab VIN# 5TFUW5F19HX676236 - $36,446**
**2018 RAM ProMaster 2500 VIN# 3C6TRVDG6JE124720 - $22,687.00**
**2018 RAM ProMaster 2500 VIN#3C6TRVDG2JE116212 - $22,687.00**
**2015 Ditch Witch T14R VIN# 1DSB122X1F1701849 - $30,000;**
**2019 Cat BR172 Brush Cutter Serial #DWPJT25XLJ0000728;**
**Various tools listed on Exhibit B-50 of Doc. XXX**

The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate because:

**Secured debt exceeds value of property and/or property is of no value to the bankruptcy estate.**

Pursuant to Local Bankruptcy Rule 6004-1(b), parties upon whom a copy of this report is served have twenty-one (21) days after the filing of this report by the Trustee with the Clerk to object to the Trustee's proposed action. If no timely objections are filed, the proposed action will be deemed approved without further Court Order.

I hereby certify that on this date a copy of this report was served on the U.S. Trustee, debtor(s), debtor(s)' counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b) as required by Local Bankruptcy Rule 6004-1(f) per the attached list.

DATED:___01.31.24_____            */s/ Renee K. Hanrahan*
                                                     Trustee

Note: Service List Must Be Attached

All Creditors and Interested Parties on the Court's CM-ECF Notifications

Office of the United States Trustee
111 7th Avenue SE  Box 17
Cedar Rapids IA  52401

Keystone Savings Bank
Abram Carls
115 3rd Street SE, Suite 1200
Cedar Rapids IA  52401