IA-13
(Revised 06/98)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| BDC Group, Inc. | ) | CASE NO: 23-00484 |
| | ) | |
| | ) | REPORT OF ABANDONMENT OF |
| | ) | PROPERTY |
| Debtor(s). | ) | |

The undersigned Trustee of the estate of the debtor named above hereby reports that, without general notice as authorized by Local Bankruptcy Rule 6004-1(b), the following property will be abandoned.  (if real property, give legal description)

**2020 John Deere 17G Compact Excavator [4052] Serial # 1FF017GXCLK230189;**
**2020 John Deere 17G Compact Excavator Serial # 1FF017GXLKK229815**
**Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC# X20086282-2;**

**John Deere 35G Compact Excavator Serial # 1FF035GXCLK289466**
**Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc -UCC# X20057582-3;**

**2019 John Deere 35G Compact Excavator Serial # 1FF035GXHKK287568;**
**Hydraulic Thumb P/N 000011;**
**Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC# X20077963-4;**

**Big-Tex 14LX Trailer Serial # 16V1D1625M5009202;**
**Big-Tex 14LX Trailer Serial # 16V1D2120M5017723**
**Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC# X20088939-7;**

**John Deere 35G Compact Excavator Serial # 1FF035GXCMK293453;**
**BigTow B-6DT Drop-deck Trailer VIN #4KNBF2322ML161316**
**Including all attachments, accessories, components, all accounts relating thereto & all proceeds of sale, insurance, etc - UCC# X21094059-6;**

**2021 John Deere 35G Compact Excavator Serial # 1FF035GXTLK290411**
**B-6DT Drop-deck trailer VIN# 4KNBF2325ML160614**
**Hydraulic thumb # 1000522**
**Bucket # 327635-2**
**UCC# X23005342-6;**

**John Deere 35G Compact Excavator Serial #1FF035GXJLK290512**
**18" bucket #4223-4,**
**B-6DT Drop-deck trailer # 4KNBF2328ML160560**
**Hydraulic thumb # 1000429**
**UCC# X23005343-3**

The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate because:

**Secured debt exceeds value of property and/or property is of no value to the bankruptcy estate.**

Pursuant to Local Bankruptcy Rule 6004-1(b), parties upon whom a copy of this report is served have twenty-one (21) days after the filing of this report by the Trustee with the Clerk to object to the Trustee's proposed action. If no timely objections are filed, the proposed action will be deemed approved without further Court Order.

I hereby certify that on this date a copy of this report was served on the U.S. Trustee, debtor(s), debtor(s)' counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b) as required by Local Bankruptcy Rule 6004-1(f) per the attached list.

DATED:____01.31.24_____          */s/ Renee K. Hanrahan*
                                                                          Trustee

Note: Service List Must Be Attached

All Creditors and Interested Parties on the Court's CM-ECF Notifications

Office of the United States Trustee
111 7th Avenue SE  Box 17
Cedar Rapids IA  52401

John Deere Construction & Forestry Co
6400 NW 86th Street
PO Box 6600
Johnston IA  50131-6630