IA-13
(Revised 06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|     BDC Group, Inc. | ) | CASE NO: 23-00484 |
| | ) | |
| | ) | REPORT OF ABANDONMENT OF |
| | ) | PROPERTY |
|     Debtor(s). | ) | |

The undersigned Trustee of the estate of the debtor named above hereby reports that, without general notice as authorized by Local Bankruptcy Rule 6004-1(b), the following property will be abandoned. (if real property, give legal description)

**2018 Dodge RAM 3500 [1013]  VIN # 3C7WRTCL6JG362728;**
**2018 Dodge RAM 3500 [1014] VIN # 3C7WRTCL0JG294961;**
**2018 Dodge RAM 5500 [1015] VIN # 3C7WRNFL3JG317639;**
**2018 Dodge RAM 2500 [1017] VIN # 3C6UR5CL6JG332586;**
**2018 Dodge RAM 2500 [1016] VIN # 3C6UR5CL8JG332587;**
**2018 Dodge RAM 3500 [1018] VIN # 3C7WRTCL9JG414384;**
**2018 Dodge RAM 5500 [1019] VIN # 3C7WRNFL9JG361905;**
**2018 Dodge RAM 5500 [1021]VIN # 3C7WRNFL1JG321382;**
**2018 Dodge RAM 5500 [1022] VIN # 3C7WRNFL6JG320437**

The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate because:

**Secured debt exceeds value of property and/or property is of no value to the bankruptcy estate.**

Pursuant to Local Bankruptcy Rule 6004-1(b), parties upon whom a copy of this report is served have twenty-one (21) days after the filing of this report by the Trustee with the Clerk to object to the Trustee's proposed action. If no timely objections are filed, the proposed action will be deemed approved without further Court Order.

I hereby certify that on this date a copy of this report was served on the U.S. Trustee, debtor(s), debtor(s)' counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b) as required by Local Bankruptcy Rule 6004-1(f) per the attached list.

DATED:_____01.31.24 _____        */s/ Renee K. Hanrahan*

Trustee

Note: Service List Must Be Attached

All Creditors and Interested Parties on the Court's CM-ECF Notifications

Office of the United States Trustee
111 7th Avenue SE  Box 17
Cedar Rapids IA  52401

East Central Iowa Council of Governments
700 16th Street NE
Suite 301
Cedar Rapids IA  52402