IA-13
(Revised 06/98)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| BDC Group, Inc. | ) | CASE NO: 23-00484 |
| | ) | |
| | ) | REPORT OF ABANDONMENT OF |
| | ) | PROPERTY |
| Debtor(s). | ) | |

The undersigned Trustee of the estate of the debtor named above hereby reports that, without general notice as authorized by Local Bankruptcy Rule 6004-1(b), the following property will be abandoned.  (if real property, give legal description)

**2018 ProMaster Van [1009]  VIN # 3C6TRVDG8JE124363;**
**2016 Fabrique Enclosed Trailer [3005]  VIN #5JXCE1022GE202427;**
**2019 Stealth STT8524TA3 Trailer [3023]   VIN #52LBE2422KE075588;**
**2019 Doolittle Dump 14' (2) [3016] VIN #1DGDP1225LM041079 &**
**  [3025] VIN#1DGDP1425LM041080;**
**2013 Wright Way Enclosed Trailer [3012] VIN 542BC1628DB003872;**
**2013 Bravo White Enclosed Tailer [3013] VIN 542BC1628DB003113;**
**2020 Bravo SC712TA2 Trailer [3017] VIN #542BC1223LB029235;**
**2020 PJ Trailers T6202 [3029] VIN #4P5T62029L1326893;**
**2020 Towmaster Flatbed trailer [3031] VIN # 4KNB2323LL161369;**
**2016 Fabrique Aluminum Trailer  VIN #5HXCE1024GE202428;**
**2017 Hyundai Elantra VIN #KMHD84LF9HU289798;**
**2012 Diamond C Roadclipper Flatbed Trailer [3001] VIN 46UFU1829C1139365;**
**2021 Ditch Witch Trailer T14MV  VIN 1DSB222Y1M1700669;**
**2022 Towmaster Model B-6D Trailer VIN 4KNBF2321NL160465**

The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate because:

**Secured debt exceeds value of property and/or property is of no value to the bankruptcy estate.**

Pursuant to Local Bankruptcy Rule 6004-1(b), parties upon whom a copy of this report is served have twenty-one (21) days after the filing of this report by the Trustee with the Clerk to object to the Trustee's proposed action.  If no timely objections are filed, the proposed action will be deemed approved without further Court Order.

I hereby certify that on this date a copy of this report was served on the U.S. Trustee, debtor(s), debtor(s)' counsel, and all creditors or other parties-in-interest who have filed a request

for notice pursuant to Local Bankruptcy Rule 2002-1(b) as required by Local Bankruptcy Rule 6004-1(f) per the attached list.

DATED:__02.01.24 _____          */s/ Renee K. Hanrahan*
                                          Trustee

Note: Service List Must Be Attached

All Creditors and Interested Parties on the Court's CM-ECF Notifications

Office of the United States Trustee
111 7th Avenue SE  Box 17
Cedar Rapids IA  52401


Keystone Savings Bank
Abram Carls
115 3rd Street SE, Suite 1200
Cedar Rapids IA  52401