**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 7 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor-in-Possession. | APPEARANCE AND REQUEST FOR SERVICE OF PAPERS |

Under Fed. R. Bankr. P. 9010(b), please take notice that the undersigned attorney, Joseph A. Peiffer of Ag & Business Legal Strategies, is appearing for the following party in the above-captioned bankruptcy case: Ag & Business Legal Strategies

Ag & Business Legal Strategies is a creditor in this case. Under Fed. Rs. Bankr. P. 2002 & 9007, the undersigned, on behalf of Ag & Business Legal Strategies, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated this 1st day of February, 2024.

Respectfully submitted,

AG & BUSINESS LEGAL STRATEGIES

/s/ Joseph Peiffer
Joseph A. Peiffer AT0006160
P.O. Box 11425
Cedar Rapids, Iowa 52410-1425
Telephone:   (319) 363-1641
Fax:         (319) 200-2059
Email:       joe@ablsonline.com
ATTORNEY FOR CREDITOR AG & BUSINESS LEGAL STRATEGIES

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of February, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/E-CF system.

Signed: /s/ Alex C. Tvedte