United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2024 | Form ID: trappt | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Jan 30 2024 20:49:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Debtor BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bgn@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Benjamin Gregory Nielson | |

Case 23-00484    Doc 404    Filed 02/01/24    Entered 02/01/24 23:37:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: trappt | Total Noticed: 1 |

on behalf of Creditor John Deere Financial f.s.b. bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com

Benjamin Gregory Nielson

on behalf of Creditor John Deere Construction & Forestry Company bgn@shuttleworthlaw.com  patti@shuttleworthlaw.com

Benjamin Gregory Nielson

on behalf of Creditor Herc Rentals  Inc. bgn@shuttleworthlaw.com, patti@shuttleworthlaw.com

Brian S. Koerwitz

on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Claire Davison

on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers

on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

David Skalka

on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth L. Janczak

on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@sgrlaw.com

Elizabeth L. Janczak

on behalf of Attorney Smith  Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Emily X. Douglas Moore

on behalf of Creditor Sheets Sterling  Inc. edouglas@midwestlawgroup.com

Emily X. Douglas Moore

on behalf of Defendant Sheets Sterling  Inc. edouglas@midwestlawgroup.com

Eric J. Langston

on behalf of Creditor DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam

on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Evan Lincoln Moscov

on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov

on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner

on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jeffrey D. Goetz

on behalf of Creditor Zayo Group  LLC goetz.jeffrey@bradshawlaw.com,
Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Jeffrey D. Goetz

on behalf of Creditor RP Construction  LLC goetz.jeffrey@bradshawlaw.com,
Mozena.Brenda@bradshawlaw.com,bankruptcyefile@bradshawlaw.com,valley.nicholas@bradshawlaw.com

Jeffrey P. Taylor

on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Joseph A. Peiffer

on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer

on behalf of Debtor BDC Group  Inc. joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger

on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph

on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin

on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Peter Chalik

on behalf of Creditor BMO Bank N.A.  f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com,
mills-moon@whitfieldlaw.com

Renee K. Hanrahan

rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 30, 2024 | Form ID: trappt | Total Noticed: 1 |

Ronald C. Martin
    on behalf of Creditor Dennis Bruce ronm@drpjlaw.com
    rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Ronald C. Martin
    on behalf of Interested Party Dennis Bruce ronm@drpjlaw.com
    rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Roy Ryan Leaf
    on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com,
    sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com

Rush M. Shortley
    on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink
    on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com

Shelly A. DeRousse
    on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com

Stephanie L. Hinz
    on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com,
    dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com,
    dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
    on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
    on behalf of Creditor Zayo Group LLC lillwitz.timothy@bradshawlaw.com, birch.theresa@bradshawlaw.com

Tonita M Helton
    on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
    on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 50

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Chapter 7

Bankruptcy No. 23−00484

Debtor

## APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF STANDING BOND

**NOTICE IS HEREBY GIVEN**:

1. Debtor (or party in interest) filed this case under chapter 7 of Title 11, United States Bankruptcy Code on June 13, 2023.

2. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

   Renee K. Hanrahan

   Renee K. Hanrahan, Trustee
   PO Box 1088
   Cedar Rapids, IA 52406−1088

3. If the trustee rejects this appointment, the Court and United States Trustee's office must be notified within 7 days of receipt of this appointment. Otherwise, the trustee will be deemed to have accepted the appointment.

4. The Clerk's Office certifies that on this date a copy of this notice was served on the above−named trustee, Debtor, attorney for Debtor, and United States Trustee.

Date: January 30, 2024

MARY R. JENSEN
Acting U.S. Trustee Region 12

tsta

---

REJECTION

I, Renee K. Hanrahan, hereby reject appointment as Trustee.

Dated: This _____ day of _____, 20 ____.

_____
Renee K. Hanrahan