# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>　　Debtor. | Chapter 7<br><br>Bankruptcy No. 23-00484<br><br>MOTION TO WITHDRAW AS COUNSEL |

COMES NOW the undersigned attorney and hereby respectfully requests this Court grant him permission to withdraw as counsel for the Debtor, stating the following in support:

1. The undersigned attorney represented BDC Group Inc. in the above-captioned case while it was a Chapter 11.
2. On January 29, 2024 the Debtor filed a Motion to Convert Case to Chapter 7 (Doc. 369), and on January 30, 2024 the Court granted that motion (Doc. 384).
3. The undersigned's representation of Debtor ceased when the case converted to a Chapter 7, *see, e.g. In re Iwasa,* 361 B.R. 162 (Bankr. D. Idaho 2007); *In re CK Liquidation Corp.*, 343 B.R. 376 (Bankr. D. Mass. 2006); *In re Brierwood Manor, Inc.*, 239 B.R. 709 (Bankr. D.N.J. 1999), and the Chapter 7 Trustee has not hired Ag & Business Legal Strategies for post-conversion work.
4. Ag & Business Legal Strategies' employment is already terminated by the conversion; Ag & Business Legal Strategies' attorneys merely seek to be removed from their now-inaccurate listing as Debtor's counsel.

WHEREFORE the undersigned counsel respectfully requests this Court grant him permission to withdraw as counsel for the Debtor, and grant such other relief as is just and equitable given the circumstances.

Dated this 2nd day of February, 2024.

        Respectfully submitted,

        AG & BUSINESS LEGAL STRATEGIES

        /s/ Joseph Peiffer
        Joseph A. Peiffer AT0006160
        P.O. Box 11425
        Cedar Rapids, Iowa 52410-1425
        Telephone: (319) 363-1641
        Fax: (319) 200-2059
        Email: joe@ablsonline.com
        FORMER ATTORNEY FOR DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of February, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

        Signed: /s/ Alex C. Tvedte