# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 7 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

The matter before the Court is the Motion to Withdraw as Counsel (Doc. 407) filed by Joseph A. Peiffer of Ag & Business Legal Strategies.

IT IS ORDERED:

1. The Motion is GRANTED.
2. Joseph A. Peiffer is hereby relieved of further duties, obligations, and responsibilities as counsel for Debtor BDC Group Inc. in the above-captioned matter.

DATED AND ENTERED: February 2, 2024

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order Prepared by:
Joseph A. Peiffer AT0006160
Ag & Business Legal Strategies
Attorney for Debtor