UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BDC Group, Inc. | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | APPLICATION FOR APPROVAL |
| Debtor(s). | ) | OF EMPLOYMENT OF |
| | ) | ATTORNEY OR ACCOUNTANT: |
| | ) | RECOMMENDATION AND |
| | ) | ORDER |

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows:

The services of an attorney will be necessary to represent the Trustee and the Bankruptcy Estate's interest in legal matters and to carry out such other legal services as the Trustee deems necessary and in the best interests of the bankruptcy estate.

3. Elizabeth M. Lally, and Spencer Fane LLP, 13815 FNB Parkway, Suite 200, Omaha, NE 68154, is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows:

Hourly rates between $320.00 to $500.00 for legal services, hourly rates between $150.00 to $195.00 for services provided by legal assistants and paralegals, plus reimbursement of all reasonable out-of-pocket expenses and costs. See attached Engagement Letter.

5. Applicant has disclosed to the undersigned that she has the following connections with the debtor(s), creditors, or any other parties-in-interest:

None, except Applicant's firm has represented GreenState Credit Union, who is a creditor represented by counsel in this case, and is not a primary target of the Trustee's pursuit.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated:___02.02.24_____          ___/s/ Renee K. Hanrahan_____
                                              Trustee

## RULE 2014(a) VERIFICATION

I, Elizabeth M. Lally, of Spencer Fane LLP, 13815 FNB Parkway, Suite 200, Omaha, NE 68154, named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated:____02.02.24_____          SIGNED: __/s/ Elizabeth M. Lally_____

## RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated and Entered:_____2/5/24_____

United States Trustee, Region 12

By:___/s/ Janet G. Reasoner_____

United States Trustee's Office
111 7th Avenue SE, Box 17
Cedar Rapids IA  52401-2101
319.364.2211

ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered: _____

_____
UNITED STATES BANKRUPTCY JUDGE