UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: February 9, 2024
Hearing on: Motion for Relief from Stay (Doc. 363), Motion for Relief from Stay (Doc. 365), & Motion to Lift Stay (Doc. 409)

<u>APPEARANCES</u>:

Chapter 7 Trustee Renee Hanrahan
Attorney Elizabeth Lally for the Chapter 7 Trustee
Attorney Abram V. Carls for Keystone Savings Bank

**IT IS ORDERED THAT**:

The Motions are granted in part by separate order.

Ordered:

February 9, 2024

Thad J. Collins
Chief Bankruptcy Judge