**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER GRANTING, IN PART, MOTIONS TO LIFT STAY** |

The matters before the Court are Motions to Lift Stay (Dkt 363, 365, 409) filed by Keystone Savings Bank ("Bank"). A preliminary hearing on the Motions (Dkt. 363, 365) was held on January 30, 2024, after which the Court granted partial stay relief for equipment and vehicle collateral (Dkt. 387). The Motions came before the Court for a further preliminary hearing on February 9, 2024.

Pursuant to record made, the Court hereby finds and orders that the Motion at Dkt. 363 is GRANTED. The automatic stay imposed by 11 U.S.C. §362 is terminated and lifted effective immediately and without stay, to enable the Bank to setoff the existing balance in account no. ***2660 of $135,311.12 in partial repayment of the DIP loan.

The Court further finds and orders that the Motions at Dkt. 365 and 409 are GRANTED IN PART. The automatic stay imposed by 11 U.S.C. §362 is terminated and lifted, effective immediately and without stay, to enable the Bank to pursue *in rem* remedies against all items of collateral pledged by the Debtor to the Bank except: (i) cash and deposit account balances not specifically identified in this order; and (ii) accounts' receivable, whether pre- or post-petition.

A final hearing on remaining matters for the Motions at Dkt. 365 and 409 will be set by separate order.

Entered this __9__ day of February, 2024.

_____
Honorable Thad J. Collins, Chief Judge