| | |
|---|---|
| **From:** | Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com> |
| **Sent:** | Thursday, January 25, 2024 3:45 PM |
| **To:** | Austin Peiffer (ABLS); Joe Peiffer (ABLS) |
| **Cc:** | Eric Lam; Abram Carls; Jordan A. Kroop; Jason Rosell; Timothy N. Lillwitz; Brenda F. Mozena; Nicholas J. Valley; Theresa L. Birch; Connor Parson; Dwight Davis; Brittany McNamara |
| **Subject:** | RE: Administrative Matter {Matter No.[21840.1]}{Zayo Group, LLC/Bankruptcy Creditor - BDC Group, Inc.} |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Austin/Eric: I have been informed that the requisite paperwork has now been submitted and is being processed by Zayo's Accounts Payable department, and is scheduled for ACH payment to BDC's DIP Account next Thursday February 1st.  Jeffrey Goetz

**From:** Austin Peiffer (ABLS) <austin@ablsonline.com>
**Sent:** Thursday, January 25, 2024 1:37 PM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>; Joe Peiffer (ABLS) <joe@ablsonline.com>
**Cc:** Eric Lam <elam@simmonsperrine.com>; Abram Carls (acarls@SPMBLAW.com) <acarls@SPMBLAW.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>; Connor Parson <connor.parson@zayo.com>; Dwight Davis <dwight.davis@zayo.com>; Brittany McNamara <brittany.mcnamara@zayo.com>
**Subject:** RE: Administrative Matter {Matter No.[21840.1]}{Zayo Group, LLC/Bankruptcy Creditor - BDC Group, Inc.}

I've attached the invoice BDC submitted this morning.

Best regards,



Austin J. Peiffer
Associate Attorney
P.O. Box 11425, Cedar Rapids, IA 52410-1425
1350 Boyson Road, Building B, Hiawatha, IA 52233
Phone: (319) 363-1641
Toll Free: (844) 363-1641
austin@ablsonline.com
To securely upload files to me, click here.
**Fraud Warning:** call to confirm any wire transfer instructions sent via email.

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Thursday, January 25, 2024 11:30 AM

**To:** Austin Peiffer (ABLS) <austin@ablsonline.com>; Joe Peiffer (ABLS) <joe@ablsonline.com>
**Cc:** Eric Lam <elam@simmonsperrine.com>; Abram Carls (acarls@SPMBLAW.com) <acarls@SPMBLAW.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Brenda F. Mozena <Mozena.Brenda@bradshawlaw.com>; Nicholas J. Valley <Valley.Nicholas@bradshawlaw.com>; Theresa L. Birch <Birch.Theresa@bradshawlaw.com>; Connor Parson <connor.parson@zayo.com>; Dwight Davis <dwight.davis@zayo.com>; Brittany McNamara <brittany.mcnamara@zayo.com>
**Subject:** Administrative Matter {Matter No.[21840.1]}{Zayo Group, LLC/Bankruptcy Creditor - BDC Group, Inc.}

Austin:  I have just received a request from my client to have you ask your client BDC to submit an invoice to Zayo for the retainage portion of the payment to be made by Zayo.  Apparently this is an administrative issue on my client's end to keep their books and records in compliance.  Please have BDC submit said invoice to Connor Parson, Dwight Davis or Brittany McNamara, copied on this email, and copy me.  Thank you.  Jeff

**Jeffrey D. Goetz**
**Attorney At Law**



801 Grand Ave., Suite 3700
Des Moines, Iowa 50309-8004
(515)246-5817 (p)  |  (515) 710-1988 (m)
goetz.jeffrey@bradshawlaw.com  |  www.dickinsonbradshaw.com
**VISIT OUR BLOG**

**BOARD CERTIFIED - BUSINESS & CONSUMER BANKRUPTCY LAW**
**AMERICAN BOARD OF CERTIFICATION**



This email has been scanned for email related threats and delivered safely by Mimecast.

This email has been scanned for email related threats and delivered safely by Mimecast.