| | |
|---|---|
| **From:** | Lally, Elizabeth |
| **To:** | Abram Carls |
| **Cc:** | Renee K. Hanrahan (rhanrahan@sharontc.net) |
| **Subject:** | Re: Zayo Payment Status |
| **Date:** | Friday, February 23, 2024 8:50:57 AM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Abe, no funds have been received from Zayo as far as I know.

Elizabeth Lally, Partner
Spencer Fane LLP

13815 FNB Parkway, Suite 200 | Omaha, NE 68154
O 402.965.8600
D 402.800.2299
C 712.899.6768
elally@spencerfane.com | spencerfane.com

CONFIDENTIALITY: This electronic mail transmission constitutes an attorney-client communication which is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by Reply e-mail or by calling (402) 965-8600, so that our address record can be corrected.

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Thursday, February 22, 2024 5:21:41 PM
**To:** Lally, Elizabeth <elally@spencerfane.com>
**Cc:** Renee K. Hanrahan (rhanrahan@sharontc.net) <rhanrahan@sharontc.net>
**Subject:** [EXTERNAL] Zayo Payment Status

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Elizabeth, could you please confirm whether Zayo has made payments as ordered by the Court on January 24, attached. Thank you.

**Abram Carls**
Member

Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4034
Email: acarls@spmblaw.com

Exhibit 3 - Page 1 of 2

Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

Exhibit 3 - Page 2 of 2