# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**NOTICE OF MOTION FOR ORDER TO SHOW CAUSE AND NOTICE SETTING BAR DATE FOR OBJECTIONS** |

TO ZAYO GROUP, LLC, THE DEBTOR, CHAPTER 7 TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that creditor Keystone Savings Bank filed a Motion for Order to Show Cause why Zayo Group, LLC should not be held in contempt ("Motion") in the above-captioned case on February 23, 2024.

NOTICE IS FURTHER GIVEN that objections to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, with a copy to the undersigned attorney, Chapter 7 Trustee, the United States Trustee, and the Debtor, addresses below, on or before March 15, 2024.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

NOTICE IS FURTHER GIVEN that if any objections are timely filed, a hearing on the Motion and objections will be scheduled by separate notice.

Dated: February 23, 2024

                                            Respectfully Submitted,

                                            SIMMONS PERRINE MOYER BERGMAN PLC

                                            /s/ Abram V. Carls
                                            Eric W. Lam, AT0004416
                                            Abram V. Carls, AT0011818
                                            115 Third Street SE, Suite 1200
                                            Cedar Rapids, IA 52401
                                            Phone: 319-366-7641
                                            Facsimile: 319-366-1917
                                            elam@simmonsperrine.com
                                            acarls@spmblaw.com
                                            ATTORNEYS FOR KEYSTONE SAVINGS BANK

Addresses:

| Chapter 7 Trustee: | Trustee's Counsel: | United States Trustee |
|---|---|---|
| Renee K. Hanrahan | Elizabeth Lally | 111 7th Ave. SE, Box 17 |
| PO Box 1088 | Spencer Fane LLP | Cedar Rapids, IA 52401 |
| Cedar Rapids, IA 52406-1088 | 13815 FNB Parkway | |
| | Suite 200 | |
| | Omaha, NE 68154 | |

BDC Group, Inc.
c/o Dennis Bruce RA
1936 51st St. NW
Cedar Rapids, IA 52402

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

The undersigned further certifies that on February 23, 2024, a copy of the foregoing document was served by United States first class mail postage prepaid on the following:

| | |
|---|---|
| Zayo Group, LLC<br>1805 29th Street, Suite 2025<br>Boulder, Co 80301 | Zayo Group, LLC<br>c/o Corporation Service Company, RA<br>505 5th Avenue<br>Des Moines, IA 50309 |
| Zayo Group, LLC<br>1401 Wynkoop St., Suite 500<br>Denver, CO 80202 | Zayo Group, LLC<br>c/o Corporation Service Company, RA<br>1401 Wynkoop St., Suite 500<br>Denver, CO 80202 |

/s/ Abram V. Carls