**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 23-00484 |
| | ) | |
| **BDC GROUP, INC.,** | ) | Chapter 7 |
| | ) | |
| Debtor & Debtor in Possession | ) | Hon. Thad J. Collins |
| | ) | |
| | ) | **MOTION FOR ADMISSION PRO HAC VICE** |

Jason H. Rosell, Esq., a lawyer who is not a member of the bar of this District, moves to appear in this case *pro hac vice* on behalf of Zayo Group, LLC. Mr. Rosell states that his firm has been retained as co-counsel for Zayo Group, LLC. Mr. Rosell further states he is a member in good standing of the Bar of the States of California and New York and is admitted to practice before the United States District Courts for California, the Eastern and Southern Districts of New York. Mr. Rosell is aware of the requirement that a letter or certification from his bar association confirming his present good standing status is required and he will be submitting such letter or certificate within 21 days of the filing of this Motion.

Mr. Rosell further states that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the State and Federal Courts of Iowa in connection with his *pro hac vice* representation in this case.

Mr. Rosell further states he will comply with the associate counsel requirements by associating with Mr. Jeffrey D. Goetz, Esq., of the law firm of Dickinson, Bradshaw, Fowler & Hagen, P.C. Mr. Goetz is currently in good standing as a lawyer admitted to practice in the State of Iowa (and the State of California) and is admitted to the Bar of this District. In addition, Mr. Goetz is admitted to practice before the United States District Courts for the Northern and Southern

Districts of Iowa and the United States Court of Appeals for the Eighth Circuit.  Mr. Goetz has entered his appearance on behalf of Zayo Group, LLC, in this case.

Mr. Rosell states he can be contacted at the following address: Pachulski Stang Ziehl & Jones, LLP, One Sansome Street, Suite 3430, San Francisco, CA, 94104.

Dated: February 27, 2023

Respectfully submitted,

*/s/ Jeffrey D. Goetz, Esq.*
Jeffrey D. Goetz, Esq.  AT0002832
Dickinson Bradshaw Fowler and Hagen, P.C.
801 Grand Ave., Suite 3700
Des Moines, IA 50309
Telephone: 515-246-5817
Email: jgoetz@dickinsonbradshaw.com

*/s/ Jason H. Rosell*
Jason H. Rosell, Esq. (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones, LLP
Sansome Street, Suite 3430,
San Francisco, CA 94104
Telephone: 415-263-7000
Email:  jrosell@pszjlaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing dated February 27, 2024.

/s/ *Nicholas Valley*