**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 23-00484 |
| | ) | |
| **BDC GROUP, INC.,** | ) | Chapter 7 |
| | ) | |
| Debtor & Debtor in Possession | ) | Hon. Thad J. Collins |
| | ) | |
| | ) | **ORDER RE: PRO HAC VICE ADMISSION** |

The matter before the Court is the motion for Admission *Pro Hac Vice* (Doc. 434) of Jason Rosell as attorney for Zayo Group, LLC. Having reviewed the motion, the Court finds that the application substantially conforms to the requirements of L.R. 2090-l(b)(3).

**IT IS ORDERED** that the application to admit Jason Rosell to practice before this court for the purpose of this case is GRANTED pending submission of his letter or certificate of good standing within 21 days of the filing of his motion.

**IT IS FURTHER ORDERED** that the attorney is subject to the jurisdiction of this court and is bound by the Iowa Rules of Professional Conduct and the court's Local Rules of Practice and Procedure. This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Northern District of Iowa.

**IT IS FURTHER ORDERED** that Jason Rosell shall file his Notice of Appearance and Request for Notice in this case.

Ordered:
Dated: February 28, 2023

Thad J. Collins
Chief Bankruptcy Judge