# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>BDC GROUP, INC.<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-00484<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE UNDER RULE 2002 |

**COMES NOW** Jason H. Rosell of Pachulski Stang Ziehl & Jones LLP, pursuant to Federal Rule of Bankruptcy Procedure 2002, and hereby enters his appearance on behalf of Zayo Group, LLC ("Zayo Group"), in its capacity as creditor of BDC Group, Inc., ("BDC Group") and requests that all notices given or required to be served in the above-referenced case be mailed to him and sent via e-mail to him at the following address:

> PACHULSKI STANG ZIEHL & JONES LLP
> Jason H. Rosell
> One Sansome Street, 34th Floor, Suite 3430
> San Francisco, California 94104-4436
> jrosell@pszjlaw.com

Counsel further requests that he be placed on the list to receive all notices pursuant to the Court's electronic noticing system.

Dated: February 29, 2024

>  */s/ Jason H. Rosell*
> Jason H. Rosell, State Bar No. 269126
> PACHULSKI STANG ZIEHL & JONES LLP
> One Sansome Street, 34th Floor, Suite 3430
> San Francisco, California 94104-4436
> Telephone: (415) 263-7000
> Fax(415) 263-7010
> Email:jrosell@pszjlaw.com
>
> *Attorneys for Zayo Group, LLC*

4862-0680-9770.1 98251.00009

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 29th day of February 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

Dated:  February 29, 2024

                                                  Signed   /s/ *Matthew J. Renck*