FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

MAR 0 1 2024

By:_____ Clerk of Court
Deputy

Case 23-0484 Chapter 7 Bankruptcy Claim

Dennis Bruce / BDC Group, Inc.

Updated Debtor Contact Information:

Dennis C. Bruce

Address: 565 Eastview Ave, Marion, IA 52302

Email: dennis@ipsolutions-us.com

Cell: 319-775-7618