| Lot Number | Quantity | Title |
|---|---|---|
| 1 | 2 | Times 2 - Rubbermaid 32 gallon Brute barrels - no lids |
| 2 | 1 | Pair to go - Black trash cans |
| 3 | 2 | Times 2 - Rubbermaid 32 gallon Brute barrels with lids |
| 4 | 1 | Rubbermaid 44 gallon Brute barrel - no lid |
| 5 | 3 | Times 3 - Rubbermaid 32 gallon Brute barrels - no lids |
| 6 | 1 | Pair to go - Mop buckets |
| 7 | 1 | 10' x 10' tan pop up canopy |
| 8 | 3 | Times 3 - 20" black plastic tubs |
| 9 | 1 | Ozark Trail 4' x 6' personal canopy |
| 10 | 1 | Ozark Trail 4' x 6' personal canopy |
| 11 | 1 | 30" x 38" adjustable height powered grey laminate desk |
| 12 | 1 | Black leather office chair with foot stool |
| 13 | 2 | Times 2 - Black leather armed office chairs |
| 14 | 1 | Box to go - New Hon office chair backs |
| 15 | 7 | Times 7 - Hon Black mesh back portable armed office chairs |
| 16 | 12 | Times 12 - Hon Black mesh back portable armed office chairs |
| 17 | 12 | Times 12 - 24" x 60" grey laminate top fold up tables with 24" x 66" black metal table cart |
| 18 | 1 | New 10' x 10' orange ABC canopy |
| 19 | 1 | Blue Rhino Razor 38" portable LP gas flat grill with cover - no tank |
| 20 | 1 | Cosco 30" x 96'' white fold up banquet table |
| 21 | 3 | Times 3 - 30" x 72" white fold up banquet tables |
| 22 | 3 | Times 3 - 30" x 72" black fold up banquet tables |
| 23 | 1 | All to go - 3 assorted banquet tables |
| 24 | 1 | Stihl FS 56Rc gas weed wacker |
| 25 | 1 | Echo GT-2400 gas weed wacker |
| 26 | 1 | 36" x 48" dry erase board |
| 27 | 1 | 4' x 6' dry erase board |
| 28 | 1 | 24" x 36" cork board |
| 29 | 1 | All to go - Binders, trash cans, & more under table |
| 30 | 1 | All to go - Bags, trash cans, clip boards, & more under table |
| 31 | 1 | Sterlite 22" plastic 3 drawer organizer |
| 32 | 1 | GE white portable dehumidifier |
| 33 | 4 | Times 4 - ASUS 27" computer moniters |

| 34 | 4 | Times 4 - ASUS 27" computer moniters |
| 35 | 4 | Times 4 - ASUS 27" computer moniters - no power cords |
| 36 | 4 | Times 4 - ASUS 27" computer moniters - no power cords - 1 monitor has a good scratch in middle of screen |
| 37 | 4 | Times 4 - ASUS 27" computer moniters - no power cords |
| 38 | 4 | Times 4 - ASUS 27" computer moniters |
| 39 | 4 | Times 4 - ASUS 27" computer moniters - no power cords |
| 40 | 4 | Times 4 - ASUS 27" computer moniters - no power cords |
| 41 | 1 | Set of 2 ASUS 27" computer monitors with bracket |
| 42 | 1 | Set of 2 ASUS 27" computer monitors with bracket |
| 43 | 1 | Dell 24" computer monitor - no power cord |
| 44 | 4 | Times 4 - Dell 23" & 27" computer monitors - only 2 power cords |
| 45 | 4 | Times 4 - Dell 27" computer monitors - only one power cord |
| 46 | 1 | Set of 2 Samsung 32" curved computer monitors with bracket |
| 47 | 4 | Times 4 - Dell D11S computers - harddrives wiped |
| 48 | 1 | All to go - Keyboards & computer mice |
| 49 | 1 | 2 box flats to go - Strip plugs, speakers, & other computer related cords |
| 50 | 1 | Box flat to go - Desk calculator, toner cartridge, & more |
| 51 | 3 | Times 3 - Amazon Basics surge protectors |
| 52 | 3 | Times 3 - Amazon Basics surge protectors |
| 53 | 4 | Times 4 - Amazon Basics surge protectors |
| 54 | 1 | Pair to go - Brother labelers |
| 55 | 1 | Ram Grip table/wall mount tablet holder |
| 56 | 1 | Box to go - Ipad covers |
| 57 | 1 | Samsung 85" TV with wall mount bracket & remote |
| 58 | 1 | All to go - Box fans, organizers, & more under table |
| 59 | 1 | All to go - Totes, CAT5e cable, & more under table |
| 60 | 2 | Times 2 - Desk fans |
| 61 | 1 | 38" x 68" retractable portable BDC banner |
| 62 | 1 | Pair to go - Desk heaters |
| 63 | 4 | Times 4 - Reems of Hammermill 8.5" x 11" premium color copy paper |
| 64 | 7 | Times 7 - Reems of Hammermill 11" x 17" ledger size copy paper |
| 65 | 1 | Pair to go - First aid kit & tote of disposable masks |
| 66 | 2 | Times 2 - Boxes of Office Depot medium binder clips |
| 67 | 1 | New Cisco MR36-HW indoor access point |

| 68  | 1 | Box flat to go - Plastic dividers |
| 69  | 1 | All to go - File cabinet organizers |
| 70  | 1 | New Swingline heavy duty stapler |
| 71  | 1 | Box flat to go - Staplers & tape guns |
| 72  | 1 | All to go - Ear plus & new safety glasses |
| 73  | 3 | Times 3 - New boxes of 1" binders - one box is opened - 12 per case |
| 74  | 1 | All to go - 4 first aid kits |
| 75  | 1 | All to go - 4 first aid kits |
| 76  | 1 | Wasp WPL308M desktop barcode printer with hand scanner |
| 77  | 1 | 24" counter top spinner wheel |
| 78  | 1 | Seville Classics Air Lift 36" adjustable height desk |
| 79  | 1 | Ricoh MP C2004ex portable all in one printer with some toner |
| 80  | 1 | Emerson Libert APS AS4 Series portable power distrubution unit with extra power modules - very high dollar |
| 81  | 1 | 15" x 21" portable chrome coated wire rack woth wood top |
| 82  | 1 | Metal portable paper organizer cart with 10 plastic drawers |
| 83  | 1 | 16" x 18" metal framed wood laminate computer cart |
| 84  | 1 | All to go - Assorted choker lifting slings |
| 85  | 2 | Times 2 - 5 gallon diesel cans |
| 86  | 1 | Red metal 5 gallon gas can |
| 87  | 1 | Approx. 5 gallon blue fuel can - about 1/2 full - unknown product |
| 88  | 1 | Bag to go - Tire chains |
| 89  | 1 | Pair to go - 25' extension cords |
| 90  | 2 | Times 2 - 100' extension cord & 25' heavy duty extension cord |
| 91  | 2 | Times 2 - 100' yellow extension cords |
| 92  | 3 | Times 3 - 50' extension cords |
| 93  | 2 | Times 2 - Approx. 3/8" x 50' air hose |
| 94  | 2 | Times 2 - Comfort Zone & Masterforce 20" floor fans |
| 95  | 1 | Box to go - New Greenlee leather pouch & tool belt |
| 96  | 1 | Liftall 8' green lifting sling |
| 97  | 4 | Times 4 - 2" ratchet straps |
| 98  | 4 | Times 4 - 2" ratchet straps |
| 99  | 1 | Box flat to go - Assorted ratchet straps |
| 100 | 1 | Box flat to go - Assorted hose clamps |
| 101 | 2 | Times 2 - 25' foot controlled extension cords |

| 102 | 1 | Liftall 12' green lifting sling |
| 103 | 3 | Times 3 - Hand pump grease guns - 1 is new |
| 104 | 1 | 3/8" x 50' blue air hose |
| 105 | 1 | Box to go - 10 Mighty Max ML5-12 batteries |
| 106 | 1 | Liftall 12' green lifting sling |
| 107 | 1 | Box flat to go - Assorted electrical tape |
| 108 | 1 | Case + of Master Seal NP1 10.1 Fl. Oz. sealant |
| 109 | 1 | Like new Hilti HDM500 epoxy gun |
| 110 | 1 | Box flat to go - Caribeaners & clips |
| 111 | 1 | Box flat to go - Caulk guns & adheasive |
| 112 | 1 | Hanson meaauring wheel |
| 113 | 1 | Bosch RZ20 electric roto zip with carrying bag & some handles |
| 114 | 1 | Milwaukee 2646-20 battery operated grease gun with M18 volt battery & charger |
| 115 | 1 | Box flat to go - Milwaukee M18 battery operated screw gun, impact, & 6.5" circular saw with 2 batterys, charger, & carrying bag |
| 116 | 1 | Craftsman 6" bench grinder |
| 117 | 1 | Milwaukee 3004-20 battery operated chain saw - no battery |
| 118 | 1 | Box flat to go - Milwaukee M18 battery operated screw gun & impact with 1 battery, charger, & carrying bag |
| 119 | 1 | Box flat to go - Milwaukee M18 battery operated screw gun & reciprocating saw with 2 batteries & charger |
| 120 | 1 | Box flat to go - Milwaukee M18 battery operated reciprocating saw, screw gun, & grinder with 2 batteries & charger |
| 121 | 1 | Milwaukee 2630-20 battery operated 6.5" circular saw with battery & charger |
| 122 | 1 | Tool bag to go - Torches, Bosch kit, & other assorted hand tools |
| 123 | 1 | Box flat to go - Assorted batteries |
| 124 | 1 | Box flat to go - Assorted electrical tape |
| 125 | 1 | 24" fence post pounder |
| 126 | 1 | All to go - White, pink, & orange marker flags |
| 127 | 2 | Times 2 - Amerex & Buckeye ABC fire extingushers |
| 128 | 1 | 2 buckets to go - Ideal & Klein tools pull twine line - 1 is new |
| 129 | 4 | Times 4 - Model 1005 warning trinagle flare kits |
| 130 | 2 | Times 2 - 60' & 120' fish tapes |
| 131 | 2 | Times 2 - Approx. 60' fish tapes |
| 132 | 1 | Pittsburgh 3/4" drive standard socket set - missing some pieces - overall nice set |
| 133 | 1 | Keson measuring wheel |
| 134 | 1 | Box flat to go - 5 first aid kits |
| 135 | 1 | Box flat to go - Yellow, pink, & white spray marking paint |

| 136 | 1 | Box flat to go - 3 caulk guns |
| 137 | 1 | Box flat to go - 3 hand pump grease guns - 1 is new |
| 138 | 1 | 10' jumper cables |
| 139 | 1 | Box flat to go - Zip ties |
| 140 | 1 | Case of Zep high traffic floor cleaner |
| 141 | 2 | Times 2 - Liftall 3' green lifitng slings |
| 142 | 2 | Times 2 - Sets of 10' jumper cables |
| 143 | 1 | Alert electric heater |
| 144 | 1 | All to go - Polyester pull tape 1,250 lb. tensilbe rope |
| 145 | 2 | Times 2 - Alfagomma 1" x 60' heavy duty braided air hose with ends |
| 146 | 3 | Times 3 - 2 & 5 gallon gas cans |
| 147 | 1 | 100' garden hose |
| 148 | 2 | Times 2 - Justrite metal 2 & 5 gallon gas cans |
| 149 | 1 | All to go - Chocker cables/slings |
| 150 | 3 | Times 3 - Kidde & General Abc fire extingushers |
| 151 | 1 | Box flat to go - Ideal Clear glide & wire lubricant |
| 152 | 1 | Tool case to go - Boring bits & concrete bits |
| 153 | 3 | Times 3 - 2) 24" & 1) 36" man hole hooks |
| 154 | 1 | 23" red fence post pounder |
| 155 | 1 | Box flat to go - Hitch sleeves reducers & hook |
| 156 | 1 | Curt 2 5/16" ball pintle hitch insert |
| 157 | 1 | Curt pintle hitch insert |
| 158 | 1 | Curt 2 5/16"pintle hitch insert |
| 159 | 1 | Curt 2 5/16" pintle hitch insert |
| 160 | 1 | Curt pintle hitch insert |
| 161 | 1 | Bulletproof heavy duty adjustable 2" & 2 5/16" hitch insert |
| 162 | 1 | Bulletproof heavy duty adjustable 2" & 2 5/16" hitch insert |
| 163 | 1 | Curt 2 5/16" heavy duty hitch insert with sway bar kit |
| 164 | 1 | 3 way ball hitch insert |
| 165 | 2 | Times 2 - 2" ball hitch inserts |
| 166 | 1 | 3 way ball hitch insert |
| 167 | 1 | 2 5/16"  hitch insert with 4" drop |
| 168 | 1 | Curt 4" drop hitch insert - no ball |
| 169 | 1 | Reese 3" drop hitch insert - no ball - class 5 |

| 170 | 1 | 2" pintle hitch insert |
| 171 | 1 | 2" pintle hitch insert |
| 172 | 1 | Pintle hitch insert |
| 173 | 1 | Pintle hitch insert |
| 173a | 1 | 2" pintle hitch insert |
| 173b | 1 | Surebilt 22" four way 7/8"-1 1/16" lug wrench |
| 174 | 1 | Approx. 12' jumper cables |
| 175 | 1 | 200' measuring tape |
| 176 | 1 | Box flat to go - Ice scraper, caution tape, & first aid kits |
| 177 | 1 | Box flat to go - Tape, channel locks, & other hand tools |
| 178 | 2 | Times 2 - 24" & 36" man hole hooks |
| 179 | 1 | Box flat to go - drill bits, tape measure, & more |
| 180 | 1 | Box flat to go - Assorted shackles |
| 181 | 2 | Times 2 - 28" & 30" man hole hooks |
| 182 | 3 | Times 3 - Kidde & Amerex ABC fire extingushers |
| 183 | 1 | Bag of 9" round flexbile ducting |
| 184 | 2 | Times 2 - Amerex Abc fire extingushers |
| 185 | 1 | Box flat to go - Assorted radios & chargers |
| 186 | 1 | Box flat to go - Strip plugs, torch, & more |
| 187 | 1 | Pair to go - LED job lights |
| 188 | 1 | Bulldog 2,000 lb. trailer jack |
| 189 | 1 | Pair to go - 24" levels |
| 190 | 1 | Muck size 11 work boots |
| 191 | 1 | Box to go - Electrical testers, jump pack, & more |
| 192 | 1 | Box to flat to go - Torch, screw drivers, & more |
| 193 | 1 | Tool Shop 16 piece Forstner bit set - showing rust |
| 194 | 1 | Husky tool bag with assorted hand tools |
| 195 | 1 | Box to go - First aid kits & bodily fluid kit |
| 196 | 1 | All to go - Garden hand shovels & machete |
| 197 | 2 | Times 2 - 18" bolt cutters |
| 198 | 1 | Box flat to go - Hand saw, caution tape, & more |
| 199 | 1 | Box flat to go - Shears, pliers, channel locks, & more |
| 200 | 1 | Box flat to go - Assorted sockets & ratchets |
| 201 | 1 | Box flat to go - Drill bits, hammers, & more |

| 202 | 1 | Box flat to go - Assorted sockets & ratchets |
| 203 | 1 | Box flat to go - Nut drivers |
| 204 | 1 | Box flat to go - Assorted wrenches |
| 205 | 1 | All to go - Husky, Masterforce, & Cresent stanard open & box end wrenches - 1 1/8" - 1 7/8" |
| 206 | 2 | Times 2 - Like new pressure washer handles |
| 207 | 1 | New 12.25" x 5" 15K FSA RH electric brake assembly with 7 bolt cast backing plate |
| 208 | 1 | DeWalt organizer box with assorted hardware & tools |
| 209 | 2 | Times 2 - New PartsAM 17" red lights |
| 210 | 1 | Box flat to go - Trailer parts |
| 211 | 1 | Case + of Mystik No. 2 grease tubes |
| 212 | 1 | Box flat to go - Diesel treatment additives |
| 213 | 4 | Times 4 - Prime 1 gallon antifreeze/coolant |
| 214 | 2 | Times 2 - Shell 1 gallon 15W-40 oil |
| 215 | 1 | Box flat to go - New or mostly full motor oil & transmission fluid |
| 216 | 1 | All to go - Totes |
| 217 | 1 | Barndad 13 regular hip waiters |
| 218 | 1 | Shelf to go - Hard hats |
| 219 | 5 | Times 5 - 18" metal stop/slow hand signs |
| 220 | 4 | Times 4 - Plastic 10" x 13" sidewalk closed signs - no stands |
| 221 | 3 | Times 3 - 18" cardboard hand stop signs |
| 222 | 1 | Shelf to go - Hardware, bungie cords, & more |
| 223 | 1 | Shelf to go - Ice scrapers, light bulbs, & more |
| 224 | 1 | Shelf to go - Grease remover, linseed oil, & more |
| 225 | 1 | Shelf to go - Cat fuel filters & more |
| 226 | 1 | Shelf to go - Assorted filters & parts |
| 227 | 1 | Shelf to go - Assorted Wix filters |
| 228 | 1 | Shelf to go - Paint marker guns & measuring wheel |
| 229 | 1 | Shelf to go - Jumper cables, jack stand, & other automotive parts |
| 230 | 1 | Shelf to go - Caps, ballasts, & more |
| 231 | 1 | Shelf to go - Assorted paints & sprays |
| 232 | 1 | All to go - Cable pullers/slings |
| 233 | 1 | All to go - 4) 27" steel tube legs |
| 234 | 2 | Times 2 - 24" man hole hooks |
| 235 | 1 | Shelf to go - Hand sprayer, seeder, & more |

| 236 | 1 | Shelf to go - automotive parts, seat covers, & more |
| 237 | 1 | Shelf to go - Cable pullers |
| 238 | 4 | Times 4 - 10" wheel chalks |
| 239 | 2 | Times 2 - 9" wheel chalks |
| 240 | 2 | Times 2 - 8.5" wheel chaulks |
| 241 | 2 | Times 2 - 8.5" wheel chaulks |
| 242 | 2 | Times 2 - 5" wheel chaulks |
| 243 | 1 | 15# Lp tank with torch wand |
| 244 | 1 | All to go - Assorted cable pullers |
| 245 | 1 | Rust-Oleum walk behind stripping machine |
| 246 | 1 | Roof rail for Tundra truck |
| 247 | 1 | GT-Lite Led job light |
| 248 | 3 | Times 23 - 1) 24" & 2) 36" man hole hooks |
| 249 | 1 | 24" fence post pounder |
| 250 | 1 | Scotts Wizz lawn spreader |
| 251 | 3 | Times 3 - Havoline 1 gallon antifreeze/coolant |
| 252 | 1 | Lufkin measuring wheel |
| 253 | 2 | Times 2 - 30" man hole hooks |
| 254 | 2 | Times 2 - 24" man hole hook & 30" pry bar |
| 255 | 1 | Box flat to go - 2" ratchet straps |
| 256 | 1 | Box flat to go - Assorted ratchet straps |
| 257 | 2 | Times 2 - 30" pry bars |
| 258 | 1 | Pair to go - Lift All 3' & 12' green lifting slings |
| 259 | 1 | Box flat to go - 6 first aid kits |
| 260 | 1 | 23" fence post pounder |
| 261 | 1 | Box flat to go - 2" ratchet straps |
| 262 | 1 | All to go - 3) 1 gallon antifreeze/coolant containers - 1/2 full |
| 263 | 1 | 36" x 113" inflatable gymnastic tumbling mat |
| 264 | 1 | 2 boxes to go - 8 mil plastic sheeting |
| 265 | 1 | Pair to go - Shop vac & floor fan |
| 266 | 1 | Gladiator Cadet 36" metal 2 door cabinet with key |
| 267 | 1 | Hon 36" black metal 2 door cabinet - showing damage to bottom |
| 268 | 1 | 33" black metal 2 door cabinet |
| 269 | 1 | 36" grey metal 2 door cabinet |

| 270 | 1 | All to go BDC labeled shirts & vests |
| 271 | 1 | Hon 4 drawer letter file cabinet |
| 272 | 2 | Times 2 - 18" x 36" grey plastic racks |
| 273 | 1 | LG LMXS27626S top mount refigerator with double pull out drawer freezer |
| 274 | 1 | Set of 22" plastic saw horses - 1 is cracked on the top |
| 275 | 1 | 32" x 32" x 42" tall metal fold up safety cage |
| 276 | 1 | 32" x 32" x 42" tall metal fold up safety cage |
| 277 | 1 | ASCO 300L Series manual power transfer load center - 400 AMPS |
| 278 | 4 | Times 4 - Multilink 12" x 18" x 9" metal cabinets |
| 279 | 6 | Times 6 - Multilink 18" x 24" x 9" metal cabinets |
| 280 | 4 | Times 4 - Multilink 18" x 24" x 9" metal cabinets |
| 280a | 1 | All to go - Chatsworth server rack brackets |
| 281 | 1 | All to go - Orange new & used Dura-link couplers - several sizes |
| 281a | 1 | All to go - Grey new & used Condux couplers - several sizes |
| 282 | 4 | Times 4 - New 5,000' rolls of WP polyester pull tape 1,250 lb. tensilbe rope |
| 283 | 4 | Times 4 - New 5,000' rolls of WP polyester pull tape 1,250 lb. tensilbe rope |
| 284 | 4 | Times 4 - New 5,000' rolls of WP polyester pull tape 1,250 lb. tensilbe rope |
| 285 | 4 | Times 4 - New 5,000' rolls of WP polyester pull tape 1,250 lb. tensilbe rope |
| 286 | 4 | Times 4 - New 5,000' rolls of WP polyester pull tape 1,250 lb. tensilbe rope |
| 287 | 3 | Times 3 - New Myers CTB31RGEL batteries - 12V100Ah/20HR |
| 288 | 1 | Partial roll of 7 line 8 guage wire |
| 289 | 2 | Times 2 - New 2,500' rolls of USA 10 AWG wire - solid copper |
| 290 | 2 | Times 2 - New 2,500' rolls of USA 10 AWG wire - solid copper |
| 291 | 1 | Pair to go - Partial rolls of 10 AWG wire - solid copper |
| 292 | 2 | Times 2 - New 1,000' rolls of Kristech #6 SOL PE 30 black wire - solid copper |
| 293 | 2 | Times 2 - New 1,000' rolls of Kristech #6 SOL PE 30 black wire - solid copper |
| 294 | 2 | Times 2 - New 1,000' rolls of Kristech #6 SOL PE 30 black wire - solid copper |
| 295 | 2 | Times 2 - New 1,000' rolls of Kristech #6 SOL PE 30 black wire - solid copper |
| 296 | 2 | Times 2 - New 1,000' rolls of Kristech #6 SOL PE 30 black wire - solid copper |
| 297 | 1 | Pair to go - Partial rolls of 10 AWG wire - solid copper |
| 298 | 2 | Times 2 - New 2,500' rolls of Republic Wire 10 THHN wire - solid copper |
| 299 | 2 | Times 2 - New 2,500' rolls of Republic Wire 10 THHN wire - solid copper |
| 300 | 2 | Times 2 - Rolls of 10 AWG grounding wire - 1 appears new - solid copper |
| 301 | 2 | Times 2 - New 2,500' rolls of USA 10 AWG green wire - solid copper |

| | | |
|---|---|---|
| 302 | 2 | Times 2 - New 2,500' rolls of USA 10 AWG green wire - solid copper |
| 303 | 2 | Times 2 - Used rolls of 10 AWG solid copper wire |
| 304 | 2 | Times 2 - Used rolls of 10 AWG solid copper wire |
| 305 | 2 | Times 2 - Used rolls of 10 AWG solid copper wire |
| 306 | 2 | Times 2 - Used rolls of 10 AWG solid copper wire |
| 307 | 4 | Times 4 - Rolls of 10 AWG braided copper wire |
| 308 | 1 | Pallet to go - Assorted wire rolls |
| 309 | 1 | All to go - Assorted wire |
| 310 | 1 | Open roll of 3,000' orange 3/22 FBWSJ PE wire |
| 311 | 9 | Times 9 - New boxes of Condux COMFIT200 couplings |
| 312 | 8 | Times 8 - New boxes of Condux COMFIT200 couplings |
| 313 | 1 | Pallet to go - Tape, paint rollers, oils, & more |
| 313a | 1 | Pallet to go - Electrical related - elbows, boxes, extension cord covers, & more |
| 314 | 1 | 3' step ladder |
| 315 | 1 | Pair to go - Step stools |
| 316 | 1 | Werner 28' fiberglass extension ladder |
| 317 | 1 | Keller 6' fiberglass ladder |
| 318 | 1 | Keller 6' fiberglass ladder |
| 319 | 1 | Keller 6' fiberglass ladder |
| 320 | 1 | Werner 6' wood ladder |
| 321 | 9 | Times 9 - 15" x 17" x 10" Blue Lewis stacking storage bins |
| 322 | 6 | Times 6 - 15" x 17" x 10" Blue Lewis stacking storage bins |
| 323 | 10 | Times 10 - 7" x 13" x 6" Blue Global stacking storage bins |
| 324 | 10 | Times 10 - 7" x 13" x 6" Blue Global stacking storage bins |
| 324a | 2 | Times 2 - 5 gallon diesel cans |
| 324b | 2 | Times 2 - 5 gallon diesel cans |
| 324c | 1 | Full 5 gallon blue kerosene fuel can |
| 324d | 3 | Times 3 - 2) 2.5 & 1) 5 gallon gas cans |
| 325 | 5 | Times 5 - 3/4" x 4" D-ring shackles |
| 326 | 6 | Times 6 - 7/8" x 6" D-ring shackles |
| 327 | 4 | Times 4 - 7/8" x 6" D-ring shackles |
| 328 | 6 | Times 6 - 3/4" x 4" D-rinig shackles |
| 329 | 5 | Times 5 - 7/8" x 6" D-ring shackles |
| 330 | 5 | Times 5 - Rolls of orange "caution fiber optic line" tape |

| | | |
|---|---|---|
| 331 | 1 | 24" x 96" Husky metal framed wood top work bench with adjustable height frame |
| 332 | 1 | 24" x 96" Husky metal framed wood top work bench with adjustable height frame |
| 333 | 2 | Times 2 - 60" x 90" Gray laminate "L" shaped office desks with white tops - total of 3 file cabinets |
| 334 | 4 | Times 4 - Hon ergonomic swivel office chairs with blue padded seat - adjustable height arms - nice |
| 335 | 3 | Times 3 - Hon ergonomic swivel office chairs with blue padded seat - adjustable height arms - nice |
| 336 | 4 | Times 4 - Hon ergonomic swivel office chairs with blue padded seat - adjustable height arms - nice |
| 337 | 4 | Times 4 - Hon ergonomic swivel office chairs with blue padded seat - adjustable height arms - nice |
| 338 | 4 | Times 4 - Hon ergonomic swivel office chairs with blue padded seat - adjustable height arms - nice but some stains on seat cushi |
| 339 | 1 | Approximate 1200' x 5/8" nylon pull tape rope - comes on portable tote with lid |
| 340 | 1 | Approximate 1200' x 5/8" nylon pull tape rope - comes on portable tote with lid |
| 341 | 1 | 24" x 50" x 8' Tall heavy duty adjustable cantaliver rack - 5 tier |
| 342 | 1 | Delta 100 gallon steel fuel tank with GPI electric pump - cords are cut |
| 343 | 1 | 42" x 8' x 8' Tall tear drop pallet racking with 6 crossbars and wire decking |
| 344 | 5 | Times 5 - 42" x 8' x 10' Tall tear drop pallet racking with 28 crossbars and wire decking |
| 345 | 1 | 42" x 8' x 7.5' Tall tear drop pallet racking with 6 crossbars and wire decking |
| 346 | 4 | Times 4 - 44" x 8' x 12' Tall Mirak pallet racking with 20 crossbars and wire decking |
| 347 | 4 | Times 4 - 44" x 8' x 10' Tall Mirak pallet racking with (12) 8' & (4) 10' crossbars and wire decking |
| 348 | 2 | Times 2 - 24" x 8' x 72" Tall Xtreme Garage medium duty racks - no shelves - was used for tire rack |
| 349 | 22 | Times 22 - 5/8" x 8' Copper grounding rods |
| 350 | 26 | Times 26 - 5/8" x 8' Copper grounding rods |
| 351 | 1 | 2014 Cat model 2C5000 - 4750# fork truck, LP gas, cushion tire, 3 stage mast, 187" lift, side shift, 5700 hours, s/n AT9040139 |
| 352 | 1 | 6' Yellow fork extensions |
| 353 | 1 | 6' C-Channel fork extensions |
| 354 | 1 | Fork lift attachment w/ ball hitch |
| 355 | 1 | 32" x 32" x 36" LP gas tank storage cage |
| 356 | 3 | Times 3 - Empty 30# LP fork truck tanks |
| 357 | 1 | 36" x 36" Fork lift aerial basket |
| 358 | 1 | 2018 Ram 3500 Crew Cab Chassis 4x4 dually truck w/9' aluminum stake bed, 6.7 liter Cummins Turbo Diesel, Amber Warning lig |
| 359 | 1 | 2019 Doolittle 8214 Rugby Dump Master 14' dump trailer, 14,000# tandem axle trailer, 20" sides, double rear doors, roll tarp, pi |
| 360 | 1 | 2015 ATC Quest 10' enclosed fiber optics trailer, walk thru rear door, fiber optics window, side windows, Honda EG4000CL gener |
| 361 | 1 | 2018 Ram 5500 Crew Cab Chassis, 4x4 dually truck w/ 11' steel stake bed, 6.7 liter Cummins Turbo Diesel,Amber Warning lights, |
| 362 | 1 | 2019 Doolittle 8214 Rugby Dump Master 14' dump trailer, 14,000# tandem axle trailer, 20" sides, double rear doors, roll tarp, pi |
| 363 | 1 | 2015 ATC Quest 10' enclosed fiber optics trailer, walk thru rear door, fiber optics window, side windows, Honda EG4000CL gener |
| 364 | 1 | 2018 Ram 5500 Crew Cab Chassis 4x4 dually truck w/11' steel stake bed, 6.7 liter Cummins Turbo Diesel, Amber Warning lights, |

| 365 | 1 | 2012 Road Clipper 16' flat bend trailer w/ 2' B-Tail, ramps, 10,000# tandem axle trailer, Vin# 46UFU1829C1139365. 2-5/16 ball h |
| 366 | 1 | 2019 Bravo 12' Enclosed trailer w/ side door & folding rear door, 7,000# tandem trailer, dent in front of trailer, Vin# 542BC1223l |
| 367 | 1 | 2018 Ram 3500Crew Cab Chassis 4x4 dually truck w/ 9' stake bed, 6.7 liter Cummins Turbo Diesel, Amber Warning lights, auto, : |
| 368 | 1 | 2020 P & J model T6202 tilt bed trailer, 14' tilt bed, 4' stationary, 7,000# tandem axle trailer, Pintle hitch, 1 board broken, Vin# 4 |
| 369 | 1 | 2013 Bravo 16' enclosed trailer, Side door, Double rear doors, 7,000# tandem axle trailer, wood interior shelf's, doors need some |
| 370 | 1 | Contents inside of trailer consisting of Comscope fiber guide & raceway, security fence & more |
| 371 | 1 | 2018 Ram 5500 Crew Cab Chassis 4x4 dually truck w/ 11' stake bed, 6.7 liter Cummins Turbo Diesel, Amber Warning lights, auto, |
| 372 | 1 | 2020 Tow Master model B-6D flat bed 18' trailer, 14,000# tandem axle trailer, fold down ramps, Pintle hitch, Vin# 4KNBF2323LL |
| 373 | 1 | 2019 Stealth Titan 24' enclosed trailer, side door, Fold down rear door, 4' interior B-Tail, 10,000# tandem axle trailer, Dent in fro |
| 374 | 1 | 2018 Ram 2500 ST Crew Cab 4x4 truck, 6.7 liter Cummins Turbo Diesel, auto, Amber Warning lights, 144,661 miles, dent in rear l |
| 374a | 1 | Wrightway Bravo 16 enclosed trailer w/ side door, double rear doors, 7,000# tndem axle trailer, Wood shelving in interior of trai |
| 375 | 1 | 2014 Atlas Copco model XAVS400-CD7 portable air compressor, 400 CFM, 250 PSI, Cat 4 cylinder diesel motor, 1,806 hours, Pint |
| 376 | 1 | 2017 Hyundai Elantra SE Limited 4 door sedan, auto, 98,352 miles, Vin# 1GCIKUEG7HF114968. Nice car |
| 377 | 1 | 2017 Chevy 2500 HD Crew Cab truck, 4x4, 6.0 liter gas motor, 170,625 miles, cracked windshield, show body dents, Vin# 1GC1KI |
| 378 | 1 | 2018 Cat BR172 Skid steer brush cutter, s/n TAB05099 |
| 379 | 1 | 2018 Ram 2500 Pro Master High Top Cargo van, 3.6 liter, V-6 motor, rear fiber optics service door, sliding side door, 36" service |
| 380 | 1 | 2017 Toyota Tundra Double Cab SR5 truck, 4x4, I-Force 5.7 liter V-8 motor, 168,421 miles, dent in bumper and back drivers door |
| 381 | 1 | Turbo Turf HS-300-E8 Hydro Seeder, 300 gallon capacity, 4000 sqft per load, Honda GX270 gas motor, auxiliary gas tank, mount |
| 382 | 1 | 2010 Toyota Tundra Double Cab SR5 truck, 4x4, I-Force 5.7 liter V-8 motor, 295,085 miles, bed cover, scratches and small dents |
| 383 | 1 | 2018 Ram 2500 Pro Master High Top Cargo van, 3.6 Liter, V-6 motor, rear fiber optics service door, sliding side door, 36" service |
| 384 | 1 | 2018 Ram 2500 Pro Master High Top cargo van, 3.6 Liter, V-6 Motor, rear fiber optics service door, sliding rear door, Milage unkı |
| 384a | 1 | 2009 Tournier 12,000 lb. dual axle 8' x 20' solid steel deck trailer - 34" tall - pintle hitch - showing rust on top deck - Vin: 1T9BF2( |
| 385 | 3 | Times 3 - Air compressor - air line hose - each hose missing 1 end |
| 386 | 2 | Times 2 - Air compressor- air line hose |
| 387 | 2 | Times 2 - Air compressor- air line hose - 1 hose missing end |
| 388 | 2 | Times 2 - Air compressor - air line hose |
| 389 | 2 | Times 2 - Air compressor - air line hose |
| 389a | 1 | Box to go - Air shut off / drop valve, misc. air line related parts |
| 390 | 1 | Hi-Run 175/80 R13 replacement trailer wheel and tire - 5 bolt - 4.25" bolt pattern |
| 391 | 2 | Times 2 - Ram 5500 dually spare tires 225/70 R19.5 - wheels are Ram 10 lug bolt pattern |
| 392 | 2 | Times 2 - Ram 5500 dually spare tires 225/70 R19.5 - wheels are Ram 10 lug bolt pattern |
| 393 | 1 | Like new Continental 275/70 R18 spare tire - 6 ply |
| 394 | 1 | Like new Road X 235/75 R17.5 spare tire - 4 ply steel |
| 395 | 1 | New Advanta 215/75 R17.5 spare tire - 4 ply steel |

| | | |
|---|---|---|
| 396 | 5 | Times 5 - BF Goodrich 285/70 R17 AT tires on factory Jeep aluminum wheels - 4 tires have about 1/3 tread - 1 tire new |
| 397 | 2 | Times 2 - Ram 3500 dually spare tires - 235/80 R17 - wheels are Ram 8 lug bolt pattern |
| 398 | 4 | Times 4 - New Tru Ryde BD-10K-865 trailer drums - 10,000 lb. rating |
| 399 | 1 | C-Aire A075V080-1230 two stage vertical 80 gallon air compressor - 7.5HP, 208-230 volt, 1 phase motor - motor # L1510T - very |
| 400 | 1 | Ranger R980XR swing arm tire changer with 30" capacity - 220 volt, 1 phase - date code: 0720 |
| 401 | 1 | Ranger DST30P wheel balancer with digital sensor technology - 120/230 volt, 1 phase - date code: 0920 |
| 402 | 1 | Box to go - Wheel Master wheel weights - various sizes |
| 403 | 1 | Box to go - Valve stems, tire patches, & Snap On tire fill |
| 404 | 1 | Plumett Superjet-H01 hydraulic jetting machine with gas powered power unit - pressure control - with 6 Cable Jets & hyrdaylic h |
| 405 | 1 | Plumett Superjet-H01US hydraulic jetting machine with gas powered power unit - with 5 Cable Jets & hyrdaylic hoses |
| 406 | 1 | Condux hydaulic fiber optic variable speed foot controlled hitch mount cable puller - 44" diameter spool wheel |
| 407 | 1 | Condux GS400LW Gulfstream 400 fiberoptic cable blower - hydraylic unit with 2 controllers in portable case - one caster needs a |
| 408 | 1 | Condux 13HP gas hydraulic portable power pack - Honda GX390 engine - 200 hours |
| 409 | 1 | Condux 13HP gas hydraulic portable power pack - Honda GX390 engine - 342 hours |
| 410 | 1 | Condux 13HP gas hydraulic portable power pack - Honda GX390 engine - 760 hours |
| 411 | 1 | 24" x 96" Husky metal framed wood top work bench with adjustable height frame |
| 412 | 1 | Plumett Type Y Connector |
| 413 | 1 | Plumett Type Y Connector |
| 414 | 1 | Condux replacement parts - seal kits & machine screws |
| 415 | 1 | Condux venturis for wench line in case - 10 piece kit in hard case |
| 416 | 1 | Nvent GYE182Q Calweld ceramic mold with (7) 150 Plus welding material |
| 416a | 1 | Nvent GTC182G Cadweld ceramic mold with (3) 115 Plus welding material |
| 416b | 3 | Times 3 - Cases of Cadweld 115 Plus F20 welding material - 30 total |
| 416c | 2 | Times 2 - Cases of Cadweld 90 Plus F20 welding material - 18 total |
| 416d | 1 | Case of Ultra Shot US 45 welding material - 19 total |
| 416e | 1 | Pair to go - Nvent GYE182Q & Thermo Weld CC-07 Cadweld ceramic molds - appears to be damaged |
| 417 | 1 | Condux 5/16" x 600' fiberglass duct rodder |
| 418 | 1 | GMP 3/8" x 1000' toneable fiberglass duct rodder |
| 419 | 1 | Bosch Brute 0611304139 electric jack hammer with 4 bits on custom cart |
| 420 | 1 | Honda EG4000CL gas generator with digital auto voltage regulator |
| 421 | 1 | Honda EG4000CL gas generator with digital auto voltage regulator |
| 422 | 1 | Honda EG4000CL gas generator with digital auto voltage regulator |
| 423 | 1 | Greenlee 683 screw type reel stand - with 2 stands and cross bar |
| 424 | 1 | Greenlee 683 screw type reel stand - with 2 stands and cross bar |

| | | |
|---|---|---|
| 425 | 1 | 26" Flow Pro high velocity air circulator - could use replacement cord |
| 426 | 1 | 15" Wide squirrel cage blower fan |
| 427 | 1 | Dyna Glo Pro 80,000 BTU kerosene bullet heater |
| 428 | 1 | Masterforce 240-0034 heavy duty 10" jobsite table saw with portable stand |
| 429 | 1 | Masterforce portable aluminum jobsite chop saw stand |
| 430 | 1 | Rockwell Jawhorse portable workstation |
| 431 | 1 | Rockwell Jawhorse portable workstation |
| 432 | 1 | Rockwell Jawhorse portable workstation |
| 433 | 1 | Craftsman 26" tool box - 2 drawer lower with 3 drawer mid section - showing rust - rougher condition |
| 434 | 1 | 24" x 60" Chrome coated wire rack |
| 435 | 1 | Pair to go - Altec wheel chocks |
| 436 | 1 | All to go - (6) Ram 8 bolt chrome center caps - 3 styles |
| 437 | 1 | 11" x 16" Magnetic rooftop mount safety stobe light - no power cord |
| 438 | 1 | 11" x 16" Magnetic rooftop mount safety stobe light - no power cord |
| 439 | 1 | 8" x 16" Magnetic rooftop mount safety strobe light - no power cord |
| 440 | 1 | 11" x 16" Magnetic rooftop mount safety stobe light - no power cord |
| 441 | 1 | 11" x 16" Magnetic rooftop mount safety stobe light - no power cord |
| 442 | 1 | 6" x 11" Magnietic rooftop mount safety strobe light - no power cord |
| 443 | 1 | 11" x 16" Magnetic rooftop mount safety stobe light - no power cord |
| 444 | 1 | 11" x 16" Magnetic rooftop mount safety stobe light with power cord - appears new |
| 445 | 3 | Times 3 - Triangle flair kit with case |
| 446 | 3 | Times 3 - Triangle flair kit with case |
| 447 | 3 | Times 3 - Triangle flair kit with case |
| 448 | 3 | Times 3 - Triangle flair kit with case |
| 449 | 4 | Times 4 - Triangle flair kit with case |
| 450 | 1 | All to go - (3) Safety triangles |
| 451 | 2 | Times 2 - Cases of Clay Bomb - 8 per case |
| 452 | 1 | Case of Bore Commander - 8 per case |
| 453 | 2 | Times 2 - Cases of Sand Grenade - 8 per case |
| 454 | 1 | Shelf to go - WP Polyester pull type - 1250 lb. rating |
| 455 | 1 | Case of Clay Bomb - 8 per case |
| 456 | 1 | Allied DEF with electric pump & nozzle in 330 gallon crate - approximatly 100 gallons left |
| 457 | 1 | Champion 66520 gas engine 2" trash/transfer pump with discharge hose |
| 458 | 1 | Preditor gas engine 2" trash/transfer pump with suction & discharge hoses |

| | | |
|---|---|---|
| 459 | 1 | Generac CW20 gas engine clean water 2" trash/transfer pump with suction & discharge hoses |
| 460 | 1 | Preditor gas engine 1" trash/transfer pump with suction hose & (3) discharge hoses |
| 461 | 1 | 1.5" x 50' suction hose with tri clamp ends - taped in one area |
| 462 | 1 | New - 3" x 25" suction hose with tri clamp ends |
| 463 | 1 | Allied windshield washer fluid with manual hand pump in 300 gallon crate - approximatly 175 leftr |
| 464 | 1 | Case of Snap Stack hangers for 7/8" cables - type SSH78 |
| 465 | 1 | Like new - JET JLP-600A lever hoist - 6 ton |
| 466 | 1 | New JET JLP-600A lever hoist - 6 ton |
| 467 | 1 | JET JLP-600A lever hoist - 6 ton |
| 468 | 1 | Fahrenheat electric 240 volt area heater |
| 469 | 2 | Times 2 - 32" x 72" Metal framed laminate top office desks |
| 470 | 1 | Lemco Tool Corp. Model M3195 M-series loop forming tool - large trunk bender 45.5" |
| 471 | 1 | JET JCP4 ratchet cable puller |
| 472 | 1 | Pair to go - Electric heat guns |
| 473 | 1 | Box to go - Split Lock & Tri Clamp fittings |
| 474 | 1 | Box to go - Hand pump grease guns |
| 475 | 2 | Times 2 - 120' & 240" Steel fish tapes |
| 476 | 1 | Klein 120' steel fish tape |
| 477 | 1 | Masterforce 55-5500-0 benchtop 12" drill press with 9.5" drilling table |
| 478 | 1 | Craftsman 9" electric buffer & polisher |
| 479 | 1 | Pittsburgh 8,000 lb. porta-power kit in case |
| 480 | 1 | Box to go - 2" Ratchet straps |
| 481 | 1 | All to go - Assorted rope |
| 482 | 2 | Times 2 - 2.5" Brass ball valve |
| 483 | 1 | 6" Brass lever valve |
| 484 | 2 | Times 2 - Bags of ice melt & floor dry |
| 485 | 3 | Times 3 - Bags of Ultrafill earth enhancement material |
| 486 | 1 | Box to go - Tri Clamp clamp adaptors & end caps |
| 487 | 1 | All to go - (3) Utility transfer pumps - untested |
| 488 | 1 | Pair of Larin 6 ton jack stands - missing one riser |
| 489 | 1 | Pair of Larin 6 ton jack stands |
| 490 | 1 | Pair of poly car ramps |
| 491 | 1 | Pair of rubber chocks |
| 492 | 1 | Rubbermaid 1655 insulated drink dispenser |

| 493 | 1 | All to go - (4) Safety jackets - 3XL, L, M, M |
| 494 | 7 | Times 7 - 1,600' rolls of lashing wire |
| 495 | 8 | Times 8 - 1,600' rolls of lashing wire |
| 496 | 1 | Box to go - Fiber cleaver, fiber identifiers, & cable sheath cutter |
| 497 | 1 | Set of Cablematic Ripley coring tools - 500, 625, & 750 |
| 498 | 1 | EXFO MAX-730B-M2-EA Max Tester - 1310/1550/1625 live OTDR test kit - date code: 01/15 |
| 499 | 1 | EXFO MAX-730C-SM1-EA Max Tester - 1310/155o live OTDR test kit - date code - 01/17 - missing power cord |
| 500 | 1 | Subsite Utiliguard Standard Receiver & T5 transmitter location kit - with connection leads & induction clamp |
| 501 | 1 | Subsite TK Recon 1 location reciever |
| 502 | 1 | Subsite Utiliguard Standard Receiver & T5 transmitter location kit - with connection leads - NO induction clamp |
| 503 | 2 | Times 2 - Ditch Witch 195-1200 vacuum filter |
| 504 | 1 | All to go - (6) Carry tool boxes - 2 are canvas |
| 505 | 1 | All to go - (4) Carry tool boxes - one is hardware organizer |
| 506 | 1 | 16" x 22" x 16" Heavy duty wood tool trunk with hinged lid |
| 507 | 1 | 14" x 22" x 14" Ridgid portable poly tool box |
| 508 | 1 | All to go - Poly tarps - various sizes |
| 509 | 1 | Times 2 - Altorfer CAT fluid sample kits |
| 510 | 1 | Curt RAM gooseneck ball & chain anchors in case |
| 511 | 1 | Stanley tool set - 3/8" drive - standard & metric |
| 512 | 1 | Crescent tool set - 1/4" & 3/8" drive - standard & metric |
| 513 | 1 | Pittsburgh 40 pc. Carbon steel tap & die set |
| 514 | 1 | Precision screwdriver set - some missing |
| 515 | 1 | Craftsman 9-52160 Bolt-Out stud remover set |
| 516 | 1 | Black & Decker 6" bench grinder |
| 517 | 1 | Slime electric 12 volt tire compressor |
| 518 | 1 | Tap & Die set - non branded |
| 519 | 10 | Times 10 - DC-20 HDPE duct couplings |
| 520 | 9 | Times 9 - (7) DC-10 & (2) DC-20 HDPE duct couplings |
| 521 | 6 | Times 6 - Condux insert couplings |
| 522 | 1 | Box to go - Cable ties, lace up holsting grips, & electrical breakers |
| 523 | 1 | Chance Capstan C308-1170 series 90 drum assembly with other spare parts |
| 524 | 1 | Like new - Chance Capstan C308-1170 series 90 electric hoist - 115 volt |
| 525 | 1 | A.B. Chance C308-0948 Capstan hoist mount with trailer hitch mounting plate |
| 526 | 1 | GMP 6.5" diameter cable roller |

| 527 | 1 | Sherman & Reilly XS-100-B universal stringing block |
| 528 | 1 | Sherman & Reilly 12x2 stringing block |
| 529 | 1 | Sherman & Reilly XS-100-B universal stringing block |
| 530 | 1 | DDIN 2500 lb. universal stringing  block |
| 531 | 1 | Greenlee sheave assembly - 12" diameter with 8,000 lb. capacity |
| 532 | 1 | French Creek MW50G raise/lower 50' cable material winch - 350 lb. capacity |
| 533 | 1 | French Creek MW50G raise/lower 50' cable material winch - 350 lb. capacity |
| 534 | 1 | 3/4" x approxmatly 75' pull cable - one end hook, one end loop |
| 535 | 1 | Vanmaster Professional 6 gallon, 3.5HP shop vac - no hose |
| 536 | 1 | Shop Vac 12 gallon, 6HP stainless shell vac - no hose |
| 537 | 1 | Approximatelly 3 ton floor jack |
| 538 | 1 | Pro Lift 3.5 ton floor jack |
| 539 | 1 | Pnuematic tire 2 wheel hand truck |
| 540 | 1 | Milwaukee pnuematic tire 2 wheel hand truck |
| 541 | 1 | EZV 5,500 lb. pallet jack |
| 542 | 1 | Handy Master 5,000 lb. pallet jack |
| 543 | 1 | Box to go - Misc. chains with hooks |
| 544 | 1 | 5/16" x 16' Chain - hooks on both ends |
| 545 | 2 | Times 2 - 3/8" x 14' & 3/8" x 20' chains - hook only on one end of both chains |
| 546 | 2 | Times 2 - 5/16" x 10' chains - hooks on both ends |
| 547 | 2 | Times 2 - 3/8" x 20' chains - hook only on one end of both chains |
| 548 | 4 | Times 4 - 3/8" x 10' chains - with hooks |
| 549 | 4 | Times 4 - 3/8" x 10' chains - with hooks |
| 550 | 2 | Times 2 - 3/8" x 20' chains - with hooks |
| 551 | 2 | Times 2 - 5/16" x 20' chains - with hooks |
| 552 | 2 | Times 2 - 5/16" x 20' chains - with hooks |
| 553 | 4 | Times 4 - 3/8" x 6' chains - hook only on one end of chains |
| 554 | 2 | Times 2 - 3/8" x 9' chains - hook only on one end of chains |
| 555 | 2 | Times 2 - 3/8" Lever action chain binders |
| 556 | 3 | Times 3 - 1/2" Ratchet chain binders - bent handles |
| 557 | 2 | Times 2 - 3/8" Ratchet chain binders |
| 558 | 2 | Times 2 - 1/2" Ratchet chain binders |
| 559 | 2 | Times 2 - 3/8" Ratchet chain binders |
| 560 | 2 | Times 2 - 3/8" Ratchet chain binders |

| 561 | 2 | Times 2 - 1/2" Ratchet chain binders |
| 562 | 2 | Times 2 - 3/8" Ratchet chain binders |
| 563 | 2 | Times 2 - 3/8" Ratchet chain binders - one hook is larger |
| 564 | 2 | Times 2 - 3/8" Ratchet chain binders |
| 565 | 3 | Times 3 - 1/2" Ratchet chain binders |
| 566 | 3 | Times 3 - 3/8" Ratchet chain binders |
| 567 | 2 | Times 2 - 3/8" Ratchet chain binders |
| 568 | 1 | Hole Hog - may be a parts unit |
| 569 | 1 | Boring head |
| 570 | 1 | Hole Hog with hose |
| 571 | 1 | John Deere 35 excavator bucket - 16.5" wide |
| 572 | 1 | All to go - Boring related parts |
| 573 | 1 | 5' Lifetime folding table |
| 574 | 1 | 6" Boring head |
| 575 | 1 | 5" Boring head |
| 576 | 1 | Hole hog replacement cylinders |
| 577 | 1 | Reel-O-Matic cable spool lift arm |
| 578 | 1 | Pallet to go - Top soil, electrical fittings, clay master, & all thread |
| 579 | 28 | Times 28 - Tru Bore bentonite drilling fluid - 50 lb. bags |
| 580 | 2 | Times 2 - Large insullated tarps - unknown exact size |
| 581 | 1 | Ridgid 48R-OS metal job site box with side handles and fork truck lifting pockets |
| 582 | 1 | Portable man hole cover cart |
| 583 | 1 | Goodyear brake stool - Rolls good, AS IS seat cushion |
| 584 | 1 | Pair to go - White poly barrels |
| 585 | 1 | French Creek fall safety tripod |
| 586 | 1 | Metal yield to on coming traffic sign with base |
| 587 | 7 | Times 7 - 28" safety cones |
| 588 | 12 | Times 12 - 28" safety cones |
| 589 | 4 | Times 4 - 18" safety cones |
| 590 | 6 | Times 6 - 28" safety cones |
| 591 | 5 | Times 5 - 28" safety cones |
| 592 | 1 | All to go - 8) 28" safety cones |
| 593 | 4 | Times 4 - 50" tall safety cones with weight bases |
| 594 | 10 | Times 10 - 40" tall barrel safety cones with rubber bases |

| | | |
|---|---|---|
| 595 | 10 | Times 10 - 40" tall barrel safety cones with rubber bases |
| 596 | 10 | Times 10 - 40" tall barrel safety cones with 7 rubber bases |
| 597 | 4 | Times 4 - 64" x 66" road work ahead, flagger symbol, utility work ahead, & one lane road ahead safety signs with 1 stand - buyer |
| 598 | 3 | Times 3 - 64" x 66" shoulder closed ahead, utility work ahead, & right lane closed ahead safety signs with 1 stand - buyer to view |
| 599 | 4 | Times 4 - 64" x 66" - 2) utility work ahead, flagger symbol, & one lane road ahead safety signs with stands - buyer to view |
| 600 | 3 | Times 3 - 64" x 66" Road work ahead, one lane road ahead, & utility work ahead safety signs with 1 stand - buyer to view |
| 601 | 4 | Times 4 - 64" x 66" utility work ahead, shoulder work ahead, keep left, & right lane closed ahead safety signs with stands - buyer |
| 602 | 4 | Times 4 - 64" x 66" road work ahead, right lane closed ahead, utility work ahead, & lane ends merge right safety signs with 1 stan |
| 603 | 4 | Times 4 - 64" x 66" one lane road ahead, be prepared to stop, right turn lane closed ahead, & shoulder closed ahead safety signs |
| 604 | 4 | Times 4 - 64" x 66" be prepared to stop, road work ahead, utility work ahead, & right lane closed ahead safety signs with stands |
| 605 | 1 | Pair to go - 64" x 66" road work ahead & right lane closed ahead safety signs with stand - showing wear |
| 606 | 4 | Times 4 - 64" x 66" - 2) shoulder closed ahead, flagger symbol, & be prepared to stop safety signs with 1 stand - buyer to view |
| 607 | 4 | Times 4 - 64" x 66" - 2) road work ahead & 2) utility work ahead safety signs with 1 stand - buyer to view |
| 608 | 3 | Times 3 - 48" x 48" flagger symbol safety signs with stands - buyer to view |
| 609 | 2 | Times 2 - 48" x 48" utility work ahead safety signs with stands - buyer to view |
| 610 | 4 | Times 4 - 2) road work ahead & 2) utility work ahead mesh safety signs with stands - buyer to view |
| 611 | 4 | Times 4 - 2) road work ahead & 2) utility work ahead mesh safety signs with stands - buyer to view |
| 612 | 3 | Times 3 - road work ahead & utility work ahead mesh safety signs with stands - buyer to view |
| 613 | 1 | Pair to go - Utility work ahead mesh safety signs with stands |
| 614 | 1 | All to go - 3/4" blue 200 PSI plastic air line |
| 615 | 35 | Times 35 - Fence posts |
| 616 | 35 | Times 35 - Fence posts |
| 617 | 2 | Times 2 - 3' x 4' hawl frost removers |
| 618 | 1 | 4' x 8' wood work table |
| 619 | 1 | Pallet to go - ice melt, multi purpose repair, & more |
| 620 | 1 | 46" x 46" steel framed rack/pallet |
| 621 | 1 | Pallet to go - Orange safety fencing |
| 622 | 1 | 11" x 12' wood bench |
| 623 | 1 | Pallet to go - 8) 20 lb. sand bags |
| 624 | 1 | All to go - 9 bags of pea gravel |
| 625 | 1 | All to go - 4' x 4' & 4' x 8' pieces of Dura Decking |
| 626 | 1 | Pallet to go - Assorted wire & flex conduit |
| 627 | 1 | Truper wheel barrel - nice |
| 628 | 1 | All to go - Garden hoses, stakes, & more |

| | | |
|---|---|---|
| 629 | 1 | 25 gallon poly sprayer tank |
| 630 | 1 | Concrete blanket |
| 631 | 1 | All to go - 7) 70 lb. sand bags |
| 632 | 5 | Times 5 - Spade shovels |
| 633 | 2 | Times 2 - Post hole diggers |
| 634 | 6 | Times 6 - Spade shovels |
| 635 | 3 | Times 3 - Rakes |
| 636 | 3 | Times 3 - Flat head shovels |
| 637 | 3 | Times 3 - Grounding probes |
| 637a | 1 | 23" fence post pounder |
| 638 | 1 | Central Machinery 30" walk behind magnet |
| 639 | 4 | Times 4 - Spade shovels |
| 640 | 3 | Times 3 - Spade shovels |
| 641 | 3 | Times 3 - Flat head shovels |
| 642 | 2 | Times 2 - Sledge hammers |
| 643 | 4 | Times 4 - Spade shovels |
| 644 | 2 | Times 2 - Pick axes |
| 645 | 5 | Times 5 - Assorted shovels |
| 646 | 4 | Times 4 - Rakes |
| 647 | 1 | 23" fence post pounder |
| 648 | 3 | Times 3 - Spade shovels |
| 649 | 4 | Times 4 - Spade shovels |
| 650 | 3 | Times 3 - Rakes |
| 651 | 2 | Times 2 - Pick axes |
| 652 | 2 | Times 2 - 66" pry bars |
| 653 | 2 | Times 2 - 36" squeegees |
| 654 | 5 | Times 5 - Spade shovels & scraper |
| 655 | 1 | All to go - 4 brooms |
| 656 | 1 | 8 lb. sledge hammer |
| 657 | 1 | 23" fence post pounder |
| 658 | 2 | Times 2 - 36" rakes |
| 659 | 2 | Times 2 - Estwing & Truper 8lb. & 10 lb. sledge hammers |
| 660 | 2 | Times 2 - Concrete come along |
| 661 | 2 | Times 2 - Post hole diggers |

| 662 | 1 | All to go - Rakes, mops, & more |
| 663 | 2 | Times 2 - Grounding probes |
| 664 | 2 | Times 2 - 8" x 8" & 10" x 10" tampers - 1 handle is taped |

on

hts, auto, 147,636 miles, Rip in  drivers seat, 100 gallon dsl tank w/ 12 volt pump, needs new front wheels, Vin 3C7WRTCL0JG294961
ntle hitch, Vin# 1DGDP1225LM041079
rator, 7700# tandem axle trailer, Vin# 5JXCE1022GE202427 - 2-5/16 ball hitch
 auto, 108,985 miles, Rip in drivers seat, 100 gallon dsl tank w/ 12 volt pump, tool boxes, Vin # 3C7WRNFL3JG317639
ntle hitch, Vin# 1DGDP1425EM041080
rator, 7700# tandem axle trailer, Vin# 5JXCE1024GE202428 - 2-5/16" ball hitch
auto, 90,687 miles, showing wear in seat, 100 gallon dsl tank w/ 12 volt pump, Vin # 3C7WRNFL1JG321382

iitch

LB029235. 2-5/16 ball hitch

137,423 miles, Rip in drivers seat, 100 gallon dsl tank w/ 12 volt pump, Vin # 3C7WRTCL6JG362728

P5T62029L1326893

e work, Vin# 542BC1628DB003113


. 107,040 miles, Rip in drivers seat, Power steering unit is out,  needs passengers window motor, 100 gallon dsl tank w/ 12 volt pump, Vin # 3C7WRNF

161369

nt corner, Dent in side of trailer, 2-5/16" ball, Vin# 52LBE2422KE075588

bumper, missing top cover on tail gate, Vin # 3C6UR5CL8JG332587

iler, Aluminum roof rack, Vin# 542BC1628DBC03872

le hitch, S/N HOP075379, Vin on trailer 4500B131XER075379


JEG7HF114968


box, Auxiliary battery for outlet power, 78,407 miles, Vin# 3C6TRVDG8JE124363

, cracked windshield, rip in drivers seat, Vin# 5TFUW5F19HX676236

on fork lift frame, - nice unit! - $5,700 dollars new

in truck, Vin# 5TFUW5F1XAX112293

box, Auxiliary battery for outlet power, 117,662 miles, damage on drivers side - side panel, some damage to hood, Vin# 3C6TRVDG2JE116212

nown, Damaged front end, many new part for rebuild in back, This is a builders dream, Vin# 3C6TRVDG6JE124720

)239W466103

nice and clean like new compressor

oses

ttention

to view
'

to view
nd - buyer to view
with stands - buyer to view
- buyer to view

L6JG320437