hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Debtor

Chapter 7

Bankruptcy No. 23–00484

### NOTICE SETTING HEARING
### ON MOTION FOR ORDER TO SHOW CAUSE (DOC. 431) AND MOTION FOR CLARIFICATION OF STIPULATED ORDER FOR STAY RELIEF AND OTHER MATTERS, OR ALTERNATIVELY FOR RELIEF FROM ORDER (DOC. 450)

To:

Elizabeth Lally, Attorney for Trustee
Renee K. Hanrahan, Trustee
United States Trustee
Abram V. Carls, and Eric Lam, Attorneys for Keystone Savings Bank
Jeffrey Douglas Goetz, Jordan A. Kroop, Timothy N. Lillwitz, and Jason Rosell, Attorneys for Zayo Group, LLC

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**March 20, 2024 at 10:30 via telephonic hearing.**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1–888–684–8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

Date: March 18, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk