**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re:<br><br>BDC GROUP, INC.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Bankr. Case No. 23-00484<br><br>Hon. Thad J. Collins<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Camber M. Jones, a lawyer who is not a member of the bar of this District, moves to appear in this case *pro hac vice* on behalf of Renee K. Hanrahan, Trustee. Ms. Jones states that her firm has been retained as counsel for Renee K. Hanrahan. Ms. Jones further states she is a member in good standing of the Bar of the States of Missouri and California and is admitted to practice before the United States District Courts for the Eastern and Western Districts of Missouri, the Central, Southern, and Eastern Districts of California, the District of Kansas, and the Eastern and Western Districts of Arkansas. Ms. Jones is aware of the requirement that a letter or certification from her bar associations confirming her present good standing status is required and she will be submitting such letter or certificate within 21 days of the filing of this Motion.

Camber M. Jones further states that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the State and Federal Courts of Iowa in connection with her *pro hac vice* representation in this case.

Camber M. Jones further states she will comply with the associate counsel requirements by association with Elizabeth M. Lally of the law firm Spencer Fane LLP. Ms. Lally is currently

in good standing as a lawyer admitted to practice in the State of Iowa (and the States of Nebraska, Illinois, and Indiana) and is admitted to the Bar of this District. In addition, Ms. Lally is admitted to practice before the United States Court of Appeals for the Eighth Circuit, and the United States District Courts for the Northern and Southern Districts of Illinois, the Northern and Southern Districts of Indiana, the Northern and Southern Districts of Iowa, the District of Nebraska, and the District of North Dakota. In the *Application for Approval of Employment of Attorney or Accountant: Recommendation and Order* [ECF 419] it was granted and so ordered that Elizabeth M. Lally and Spencer Fane LLP represent the Trustee and the Bankruptcy Estate's interest in legal matters and to carry out such other legal services as the Trustee deems necessary.

Ms. Jones states that she can be contacted at the following address: Spencer Fane LLP, 2144 E. Republic Road, Suite B300, Springfield, MO 65804; telephone (417) 888-1068 email: cjones@spencerfane.com.

Dated: March 21, 2024.

/s/ *Elizabeth M. Lally*
Elizabeth M. Lally, #AT0013010
**SPENCER FANE LLP**
13815 FNB Pkwy., Suite 300
Omaha, NE 68154
Telephone: 402.800.2299
Fax: 402-965-8601
elally@spencerfane.com

/s/ *Camber M. Jones*
Camber M. Jones, MO Bar No. 71026
**SPENCER FANE LLP**
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Telephone: 417.888.1068
Fax: 417.881.8035
cjones@spencerfane.com

**Attorneys for Trustee, Renee K. Hanraham**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties involved in the case.

                                        */s/ Elizabeth M. Lally*
                               *Attorney for the Trustee, Renee K. Hanraham*

OM 1152098.1