| | |
|---|---|
| **From:** | Eric Lam |
| **Sent:** | Monday, January 29, 2024 8:50 AM |
| **To:** | Brian Koenig; Abram Carls; Timothy N. Lillwitz; Jeffrey D. Goetz |
| **Cc:** | Austin Peiffer (ABLS); Joe Peiffer (ABLS); Janczak, Elizabeth; Jordan A. Kroop; Jason Rosell |
| **Subject:** | RE: Contact Info - Mediation |

Whatever and whenever and whomever will work for Lambo and crew  plz

tks

**From:** Brian Koenig <Brian.Koenig@koleyjessen.com>
**Sent:** Monday, January 29, 2024 8:46 AM
**To:** Eric Lam <elam@simmonsperrine.com>; Abram Carls <acarls@spmblaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Cc:** Austin Peiffer (ABLS) <austin@ablsonline.com>; Joe Peiffer (ABLS) <joe@ablsonline.com>; Janczak, Elizabeth <ejanczak@sgrlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** RE: Contact Info - Mediation

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I cannot make February 26 work either because I have a previously scheduled deposition.

**Brian Koenig | Attorney**
Koley Jessen P.C., L.L.O.  |  1125 S. 103rd St., Suite 800  |  Omaha, NE  68124
402.343.3883 Direct  | 402.650.0518 Mobile  │ 402.390.9005 Fax
Brian.Koenig@koleyjessen.com  |  www.koleyjessen.com

**KOLEY JESSEN**
ATTORNEYS

CONFIDENTIALITY:  This message (including any attachment) is confidential.  It may also be privileged or otherwise protected by work-product immunity or other legal rules.  If you have received it by mistake, please delete it from your system; you may not copy or disclose its contents to anyone.

**From:** Eric Lam <elam@simmonsperrine.com>
**Sent:** Saturday, January 27, 2024 10:40 AM
**To:** Abram Carls <acarls@spmblaw.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>; Brian Koenig <Brian.Koenig@koleyjessen.com>
**Cc:** Austin Peiffer (ABLS) <austin@ablsonline.com>; Joe Peiffer (ABLS) <joe@ablsonline.com>; Janczak, Elizabeth <ejanczak@sgrlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** Re: Contact Info - Mediation

**Warning: This email originated outside of Koley Jessen. Use caution opening attachments, clicking on links, and replying.**

Exhibit 6 - Page 1 of 4

Lambo can do it feb 26

**Eric Lam**
Member

Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa  52401
Telephone: (319) 896-4018
Email: elam@simmonsperrine.com
Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

---

**From:** Abram Carls <acarls@spmblaw.com>
**Sent:** Saturday, January 27, 2024 10:29:33 AM
**To:** Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>; brian.koenig@koleyjessen.com <brian.koenig@koleyjessen.com>
**Cc:** Austin Peiffer (ABLS) <austin@ablsonline.com>; Joe Peiffer (ABLS) <joe@ablsonline.com>; Eric Lam <elam@simmonsperrine.com>; Janczak, Elizabeth <ejanczak@sgrlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** Re: Contact Info - Mediation

I am not available on the 26th due to a previously scheduled mediation conflict for a federal jury trial in April.

Get Outlook for iOS

---

**From:** Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>
**Sent:** Saturday, January 27, 2024 8:59:52 AM
**To:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>; brian.koenig@koleyjessen.com <brian.koenig@koleyjessen.com>
**Cc:** Austin Peiffer (ABLS) <austin@ablsonline.com>; Joe Peiffer (ABLS) <joe@ablsonline.com>; Eric Lam <elam@simmonsperrine.com>; Abram Carls <acarls@spmblaw.com>; Janczak, Elizabeth <ejanczak@sgrlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** RE: Contact Info - Mediation

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brian -  Nice to be working with you.  At present, we are considering Monday February 26, 2024 as a possible mediation date with mediator Jeff Boehlert.   https://www.nadn.org/jeffrey-boehlert

That is Jeff's only available date in February and the parties would like to mediate this dispute as soon as practicable.  Keystone Bank has agreed to that date and I am still waiting on a response from Debtor's counsel.  If 2/26 does not work out, the other mediators being considered are retired federal judge John Jarvey and retired state court judge Mike Moon.   I have not yet reached out to those individuals as Jeff Boehlert was the group's first choice.

Exhibit 6 - Page 2 of 4

Let me know your thoughts, and once the mediation date is agreed upon, counsel can discuss exchange of any relevant documents, etc.

Thanks

Tim


Timothy N. Lillwitz
SHAREHOLDER



801 Grand Ave., Suite 3700
Des Moines, Iowa 50309-8004
Direct Dial: (515)246-5898
lillwitz.timothy@bradshawlaw.com   www.dickinsonbradshaw.com

---

**From:** Jeffrey D. Goetz <Goetz.Jeffrey@bradshawlaw.com>
**Sent:** Friday, January 26, 2024 2:38 PM
**To:** brian.koenig@koleyjessen.com
**Cc:** Austin Peiffer (ABLS) <austin@ablsonline.com>; Joe Peiffer (ABLS) <joe@ablsonline.com>; Timothy N. Lillwitz <Lillwitz.Timothy@bradshawlaw.com>; Eric Lam <elam@simmonsperrine.com>; Abram Carls (acarls@SPMBLAW.com) <acarls@SPMBLAW.com>; Janczak, Elizabeth <ejanczak@sgrlaw.com>; Jordan A. Kroop <Jkroop@pszjlaw.com>; Jason Rosell <jrosell@pszjlaw.com>
**Subject:** Contact Info - Mediation

Brian:  Thank you for reaching out to me this afternoon regarding your mechanics lien client GuideWell.  Below is my full contact info.  Also copied on this email is counsel for the Debtor, Keystone Bank, the Committee, and my co-counsel for Zayo.  I will defer to my litigation partner Tim Lillwitz to bring you into the loop on selection of the mediator and timing for the mediation of both BDC and GuideWell's disputed invoices.  Let me know if you have any questions or concerns, and we look forward to working with you through resolution of these matters.  Jeffrey Goetz

**Jeffrey D. Goetz**
**Attorney At Law**



801 Grand Ave., Suite 3700
Des Moines, Iowa 50309-8004
(515)246-5817 (p)   |   (515) 710-1988 (m)
goetz.jeffrey@bradshawlaw.com   |   www.dickinsonbradshaw.com
VISIT OUR BLOG

> **BOARD CERTIFIED - BUSINESS & CONSUMER BANKRUPTCY LAW**
> **AMERICAN BOARD OF CERTIFICATION**

Exhibit 6 - Page 3 of 4



---

This email has been scanned for email related threats and delivered safely by Mimecast.

---

Exhibit 6 - Page 4 of 4