## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: <br><br> BDC GROUP, INC., <br><br> Debtor. | Case No.: 23-00484 <br><br> Chapter 7 <br><br> Hon. Thad J. Collins <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE UNDER RULE 2002** |

**COMES NOW** Camber M. Jones of Spencer Fane LLP, pursuant to Federal Rule of Bankruptcy Procedure 2002, and having been admitted *pro hac vice* to practice before this Court in the above-captioned matter [Doc. 458], hereby enters her appearance on behalf of Renee K. Hanrahan, Trustee, and requests that all notices given or required to be severed in the above-referenced case be mailed to her and sent via e-mail to her at the following address:

Camber M. Jones
Spencer Fane LLP
2144 E. Republic Rd., Ste. B300
Springfield, MO 65804
cjones@spencerfane.com

Counsel further requests that she be placed on the list to receive all notices pursuant to the Court's electronic noticing system.

Dated: March 22, 2024

By: /s/ Camber M. Jones
Camber M. Jones    CA Bar No. 300027
**SPENCER FANE LLP**
2144 E. Republic Road, Suite B300
Springfield, MO 65804
T: 417.888.1000
F: 417.881.8135
cjones@spencerfane.com

*Attorney for Trustee, Renee K. Hanrahan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of March 2024, I electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system which will send notification of such filing to the parties of record.

                          /s/ *Camber M. Jones*
                          Attorney

OM 1152347.1