UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>    Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: March 26, 2024
Hearing on:
1. Motion for Contempt (Doc. 431) filed by Keystone Savings Bank
2. Motion for Clarification of Stipulated Order for Stay Relief, Or Alternatively for Relief from the Order (Doc. 450) filed by Zayo Group
3. Motion to Recognize Lien (Doc. 290) and Motion for Summary Judgment (Doc. 291) filed by Keystone Savings Bank

APPEARANCES:

Attorney Renee K. Hanrahan for herself as Chapter 7 trustee
Attorney Camber Jones for the Chapter 7 trustee
Attorney Janet Reasoner for the United States Trustee
Attorneys Abram V. Carls and Eric W. Lam for Keystone Savings Bank
Attorneys Jeffrey Douglas Goetz, Jordan A. Kroop, and Jason Rosell for the Zayo Group, LLC
Attorney Mark A. Ludolph for Caterpillar Financial Services Corporation

**IT IS ORDERED THAT**:

The matters are continued and reset for

**March 28, 2024 at 10:00 AM**
via Telephonic Hearing.

All parties wishing to participate may use the following dial in instructions:

1. Call the toll-free number: 1-888-684-8852.
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 1234
4. After the security code is entered, you will be connected to the conference.
5. Please identify yourself after you join the conference.

Ordered:

Thad J. Collins
Chief Bankruptcy Judge

March 26, 2024