UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |
|---|---|

## P**ROCEEDING** M**EMO AND** O**RDER**

Date of Telephonic Hearing: March 28, 2024
Hearing on:
    1. Motion for Contempt (Doc. 431) filed by Keystone Savings Bank
    2. Motion to Recognize Lien (Doc. 290) and Motion for Summary Judgment (Doc. 291) filed by Keystone Savings Bank

APPEARANCES:

Attorney Renee K. Hanrahan for herself as Chapter 7 trustee
Attorney Camber Jones for the Chapter 7 trustee
Attorney Janet Reasoner for the United States Trustee
Attorneys Abram V. Carls and Eric W. Lam for Keystone Savings Bank
Attorneys Jeffrey Douglas Goetz and Jordan A. Kroop for the Zayo Group, LLC
Attorney Mark A. Ludolph for Caterpillar Financial Services Corporation

OUTCOME OF PROCEEDING:

An evidentiary hearing will be set by separate order on the Motion for Contempt (Doc. 431).

The Motion to Recognize Lien (Doc. 290) and Motion for Summary Judgment (Doc. 291) are taken under advisement.

Ordered:

                                                                   Thad J. Collins

March 28, 2024                                       Chief Bankruptcy Judge