# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>BDC GROUP, INC. | CASE NO. 23-00484<br>Chapter 7 (Converted from Chapter 11)<br>Hon. Thad J. Collins<br><br>**ZAYO GROUP'S WITHDRAWAL OF MOTION FOR CLARIFICATION OF STIPULATED ORDER**<br><br>No Hearing Set |

**COMES NOW**, Zayo Group, LLC ("Zayo"), by and through its counsel of record in this case, Jeffrey D. Goetz, Esq., of the law firm of Dickinson, Bradshaw, Fowler & Hagen, P.C., Jordan A. Kroop, Esq. and Jason Rosell, Esq. of the law firm of Pachulski, Stang, Ziehl & Jones, LLP, respectfully withdraws, without prejudice, its Motion for Clarification of Stipulated Order for Stay Relief [Dkt Item 450].

Dated:    3/28/2024

/s/    *Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., AT0002832
Dickinson, Bradshaw Fowler & Hagen P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
jgoetz@dickinsonbradshaw.com

*/s/ Jordan Kroop*
Jordan A. Kroop, Esq., *Pro Hac Vice*
Jason Rosell, Esq., *Pro Hac Vice*
Pachulski Stang Ziehl & Jones, LLP
780 Third Ave., 34th Floor
New York, NY 10017
212/561-7734
jkroop@pszjlaw.com
jrosell@pszjlaw.com

CERTIFICATE OF SERVICE: This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/      Nicholas Valley*