# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>　　　Debtor.<br><br>EIN Ending in: 8533 | Chapter 7<br><br>Bankruptcy No. 23-00484<br><br>NOTICE OF THIRD AND FINAL APPLICATION FOR COMPENSATION |

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that a Third and Final Application for Compensation (Doc. 468) was filed with the Court in the above-captioned case on April 2, 2024. The address of the Debtor is: 565 Eastview Ave, Marion, IA 52302. The Application requests approval of compensation for fees in the amount of $62,042 and expenses in the amount of $321.92 in new compensation, and $24,729.50 in fees and $6,036.16 in expenses held in abeyance from Applicant's Second Interim Application for Compensation, for a total of $93,129.58. A copy of this Application may be obtained by emailing legalassistant@ablsonline.com and requesting a copy, or by writing to Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410-1425.

NOTICE IS FURTHER GIVEN that the bar date for objection to the Third and Final Application for Compensation is **April 23, 2024**. Objections must be filed with the Court by that date with a copy served on Applicant, BDC Group Inc., the Chapter 7 Trustee, and the United States Trustee ("Notice Parties"). Service may be by filing with the Court's CM/ECF system, which will notify the Notice Parties, or by mail to the Court and the Notice Parties at the addresses below. If an objection is served by mail the Notice Parties and the Court must receive it by the bar date set forth above.

Clerk of the Bankruptcy Court
111 7th Ave SE
Box 15
Cedar Rapids, IA 52401-2101

BDC Group Inc.
c/o Dennis Bruce
565 Eastview Ave
Marion, IA 52302

Renee K. Hanrahan
PO Box 1088
Cedar Rapids, IA 52406-1088

Office of the United States Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401-2101

Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

NOTICE IS FURTHER GIVEN that if any objections are filed, a hearing on said objections will be scheduled by separate notice.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

Dated this 2nd day of April, 2024.

>Respectfully submitted,
>
>AG & BUSINESS LEGAL STRATEGIES
>
>/s/ Austin Peiffer
>Austin J. Peiffer AT0014402
>P.O. Box 11425
>Cedar Rapids, Iowa 52410-1425
>Telephone:   (319) 363-1641
>Fax:         (319) 200-2059
>Email:       austin@ablsonline.com
>FORMER ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of April, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

>Signed: /s/ Leah M. Johnson