# *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2018,

## *Camber Marie Jones*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 21st day of March, 2024.

*[signature: Betsy AuBuchon]*

Clerk of the Supreme Court of Missouri

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

March 25, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CAMBER MARIE STODDARD, #300027 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2014; that at their request, on June 20, 2017, their name was changed to CAMBER MARIE JONES on the records of the State Bar of California; that they have been since the date of admission, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Iliana Cervantes
Custodian of Records