## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: BDC GROUP, INC., | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy No. 23-00484 |
| Debtor. | ) | |

### COUNSEL'S MOTION TO WITHDRAW

Undersigned counsel, as attorney for John Deere Construction & Forestry ("Deere Construction"), hereby moves the court for entry of an order permitting his withdrawal as Wesley B. Huisinga from Shuttleworth & Ingersoll, P.L.C. is counsel of record for Deere Construction and this motion to withdraw will not adversely affect the Deere Construction.

WHEREFORE, Benjamin G. Nielson requests this Court enter an Order in this matter allowing him to withdraw as counsel of record for Deere Construction and removing him from the Court's service list.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished via electronic transmission to: Renee K. Hanrahan, Chapter 7 Trustee; Office of the U.S. Trustee; John Deere Construction & Forestry. and all other parties having requested notice via CM/ECF on April 9, 2024.

PUGH HAGAN PRAHM PLC
425 E. Oakdale Blvd. Suite 201
Coralville, IA 52241
Phone: (319) 351-2028
Fax: (319) 351-1102

By:     */s/ Benjamin G. Nielson*
BENJAMIN G. NIELSON