retndoc 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

Sharon K. Mullin                                         Phone (319) 286–2200
Clerk of Court                                           *www.ianb.uscourts.gov*

To:

Northern Wisconsin Fence
W7620 Cork Rd.
Phillips, WI 54555

RE: BDC Group, Inc.

Case No. 23–00484

# INSUFFICIENT DOCUMENT INFORMATION

You are notified that documents received from you are being returned UNFILED for the following reason:

☑ NO CLAIM FORM RECEIVED.
Please complete Proof of Claim Form 410, available at
www.ianb.uscourts.gov under Forms or use E–Filing Proof of Claim
(ePOC).

☐ WE DO NOT HAVE A CASE UNDER THIS NAME OR CASE
NUMBER.
Please check the notice you received to determine the district where the case
is filed.

☐ NAME OF DEBTOR AND CASE NUMBER NOT SHOWN ON THE
DOCUMENT.

☐ CASE IS CLOSED.
No action will be taken on the documents received. Please submit
appropriate documentation if you wish to reopen this case.

☐ OTHER:

Date: April 11, 2024                           Sharon K. Mullin
                                               Clerk, Bankruptcy Court
                                               by:

                                               *Theresa G. Stapelman*

                                               Deputy Clerk