# INVOICE

## NORTHERN WISCONSIN FENCE

W7620 Cork Rd. • Phillips, WI 54555

Jeff Spacek 715-339-4466 Email nwfence@pctcnet.net
715-499-3250

ATT: JIM L

23-0484

DATE: 7/4/23

CUSTOMER: BDC GROUP INC.  PHONE:

ORDER #:   CUSTOMER #:

| JOB LOCATION | JOB DETAILS |
|---|---|
| MASON WI. SHELDON WI. | TAKE DOWN REINSTALL |

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
APR 11 2024
Clerk of Court
By: _____ NB
Deputy

MASON WI — $2800.00
SHELDON WI — $2400.00
$5200.00

XTRA TRIP TO TEARDOWN
AT SHELDON SITE SOUTH LINE — $800.00

XTRA TIME REINSTALL SOUTH LINE,
ALL WESTSIDE LINE STRETCH/TIE — $800.00

THANK YOU
N.W.F.

PAY THIS AMOUNT: $6800.00

**Thank You!**
Please Return Yellow Copy With Payment
1.5% Interest Monthly (18% Annually) will be applied to ALL accounts due past 30 days.

# BDC GROUP INC.
**BUILDING DIVERSE COMMUNICATIONS**

**BDC Group**
1525 Ketelsen Drive
Hiawatha, IA 52233
Phone: (319) 389-3282
Fax: (319) 826-2080

| SUBCONTRACT | |
|---|---|
| Date: | 5/17/2023 |
| PO #: | 22291-005 |
| Job #: | 22291 |
| Ship Via: | |
| Deliver on: | |

**Vendor**
Northern Wis. Fence
W7620 Cork Rd

Phillips, WI 54555
Phone: (715) 339-4466
Fax:

**Ship to**
BDC Group
1525 Ketelsen Drive

Hiawatha, IA 52233

**Job Name:** Arkansas-Harrison Site

| Description | Amount |
|---|---|
| Sheldon partial fence removal/reinstall | 2,400.00 |
| Madson partial fence removal/reinstall | 2,800.00 |

| | |
|---|---|
| Subtotal: | 5,200.00 |
| Tax: | 0.00 |
| Total: | 5,200.00 |

**The PO Number must be listed on your invoice to facilitate payment.**

Subcontractor: _____   Date: _____
    Northern Wis. Fence

Representative: _____   Date: _____
    BDC Group

**Terms_Conditions**
https://bdcgroupinc.com/terms-and-conditions/