| | |
|---|---|
| **From:** | Renee Hanrahan <rhanrahan@sharontc.net> |
| **Sent:** | Thursday, April 4, 2024 1:34 PM |
| **To:** | Jordan A. Kroop; 'Rob Sanchez'; 'Jeffrey D. Goetz' |
| **Cc:** | 'Lally, Elizabeth'; 'Jones, Camber' |
| **Subject:** | FW: wire in to BDC Group, Inc. bankrutpcy account? |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Rob was correct --- the incoming wire is pending being posted to the bankruptcy estate's account.

Thank you for helping trouble-shoot and get this transaction completed.


R

Renee K. Hanrahan
Bankruptcy Trustee
PO Box 1088
Cedar Rapids IA  52406-1088
319.533.7358


**From:** Randy Hudson <rhudson@Axosfs.com>
**Sent:** Thursday, April 4, 2024 1:12 PM
**To:** rhanrahan@sharontc.net
**Cc:** AxosFSBankOps <AxosFSBankOps@Axosfs.com>
**Subject:** RE: wire in to BDC Group, Inc. bankrutpcy account?

Hello Renee,

It looks like the wire is pending on the account.

Here is a screenshot from the ledger on the bank side.



Thank you.

**Randy Hudson**
Banking Specialist
Office: 913.428.7526
rhudson@axosfs.com
www.axosbank.com

1

Exhibit 9 - Page 1 of 2



**From:** Renee Hanrahan <rhanrahan@sharontc.net>
**Sent:** Thursday, April 4, 2024 1:09 PM
**To:** AxosFSBankOps <Axosfsbankops@axosfs.com>
**Cc:** Randy Hudson <rhudson@Axosfs.com>
**Subject:** wire in to BDC Group, Inc. bankrutpcy account?


I am expecting an incoming wire from Zayo through Wells Fargo Bank – they were given the wire information for the funds to come into the BDC Group, Inc account # 0528.

They sent the "Remittance Advice" late yesterday.

Can you verify this incoming wire is received, or at least pending?


r

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.