# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | ) Case No.: 23-00484 |
| | ) |
| **BDC GROUP, INC.,** | ) Chapter 7 (Converted from Chapter 11) |
| | ) |
| Debtor | ) Hon. Thad J. Collins |
| | ) |
| | ) **ORDER GRANTING MOTION TO APPROVE** |
| | ) **SETTLEMENT** |
| | ) |

Before the Court is Karmen Randall's. Motion to Approve Settlement (Docket Item 484). Upon review of the Motion and the court file, the Court finds that the Motion is supported by good cause and should be granted for the reasons stated in the Motion.

**IT IS ORDERED** that the Motion is approved.

Dated: <u>May 2, 2024</u>

                                                         Thad J. Collins
                                                        Chief Bankruptcy Judge