UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: May 2, 2024
Hearing on: Motion For Contempt (Doc. 431) Filed by Keystone Savings Bank

APPEARANCES:

Chapter 7 Trustee Renee K. Hanrahan
Attorneys Camber Jones and Elizabeth Lally for the Chapter 7 Trustee
Attorneys Jordan A. Kroop, Timothy N. Lillwitz, and Jeffrey D. Goetz for Zayo Group, LLC
Attorney Mark A. Ludolph for Caterpillar Financial Services Corporation

OUTCOME OF PROCEEDING:

This matter is taken under advisement without further briefs due.

Ordered:

_____
Thad J. Collins
Chief Bankruptcy Judge

May 2, 2024