# GROUP EXHIBIT A

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com

**Smith Gambrell Russell**

---

BDC Group Creditors' Committee

c/o Tammy Kemp, Chief Credit Officer

Liquid Capital Exchange

5075 Yonge Street

Suite 700

Canada

| | |
|---|---|
| Date: | April 23, 2024 |
| Matter: | 912600.001 |
| Invoice No. | 1160245 |

Elizabeth L. Janczak

Matter:   Representation of BDC Creditors' Committee

For Professional Services.................................................................$3,224.00

**Current Invoice Amount** ...............................................................**$3,224.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   121000248
ACH routing number:   061000227
Account number: ■■■■■■
For international wires:
■■■■■■■■   (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Payment Is Due on Presentation,
and Past Due After 30 Days

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page                          1 |
| c/o Tammy Kemp, Chief Credit Officer | Date:              April 23, 2024 |
| Liquid Capital Exchange | Matter:                912600.001 |
| 5075 Yonge Street | Invoice No.               1160245 |
| Suite 700 | |
| Canada | |
| | Elizabeth L. Janczak |

Matter:    Representation of BDC Creditors' Committee

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 12/04/23 | ELJ | Telephone conference with Austin Peiffer regarding case status including DIP, plan, and Kirkwood claim issues (0.5). | 500.00 | .50 | 250.00 |
| 12/15/23 | ELJ | E-mail correspondence to Joe and Austin Peiffer regarding case status issues including budget, variance report, and Zayo issues (0.1); telephone conference with Shelly DeRousse regarding open case issues including KSB lien motion, potential investor NDA, and Zayo relief from stay motion (0.2); attending 12/15 hearing on KSB lien motion and Zayo relief from stay (0.5); review and prepare for same (0.2). | 500.00 | 1.00 | 500.00 |
| 12/15/23 | SAD | Telephone conference with Elizabeth Janczak regarding NDA, fee application and case strategy (0.2). | 595.00 | .20 | 119.00 |
| 12/19/23 | ELJ | E-mail correspondence to Joe and Austin Peiffer regarding status update as to DIP budget and order, and investor NDA (0.1). | 500.00 | .10 | 50.00 |
| 12/21/23 | ELJ | Telephone conference with Austin Peiffer regarding Zayo motion, budget and variance reports, accountant fee application, and general case status (0.3). | 500.00 | .30 | 150.00 |
| 01/04/24 | ELJ | Telephone conference with Abe Carls regarding potential Zayo resolution and possible sale process (0.5). | 500.00 | .50 | 250.00 |
| 01/05/24 | ELJ | Telephone conference with Shelly DeRousse regarding Zayo motion for relief status and potential asset sale (0.1). | 500.00 | .10 | 50.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.001 | Page 2 |
| Invoice No. | 1160245 | April 23, 2024 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 01/05/24 | SAD | Telephone conference with Elizabeth Janczak regarding open case issues including motion for relief from stay and asset sales (0.1); review open items relating to same (0.2). | 595.00 | .30 | 178.50 |
| 01/08/24 | ELJ | Telephone conference with Joe and Austin Peiffer regarding Zayo hearing prep and potential asset sale (0.7). | 500.00 | .70 | 350.00 |
| 01/09/24 | ELJ | Revise, finalize, and execute NDA for potential investor/buyer (0.1). | 500.00 | .10 | 50.00 |
| 01/15/24 | ELJ | E-mail correspondence to Abe Carls regarding KSB objection to SGR fee application and 1/18 hearing on Zayo motion (0.1). | 500.00 | .10 | 50.00 |
| 01/18/24 | ELJ | Telephone conference with Abe Carls regarding Zayo settlement discussions and potential asset sale (0.6). | 500.00 | .60 | 300.00 |
| 01/29/24 | ELJ | Review motion to convert, motion to stay case deadlines, and motions to expedite hearings (0.3). | 500.00 | .30 | 150.00 |
| 01/30/24 | ELJ | Draft joinder to motion to stay case deadlines (0.2); attend hearing on motion to convert and motion to lift stay (0.8). | 500.00 | 1.00 | 500.00 |
| 01/30/24 | JW | File objection to lift stay motions (0.2); file joinder to motion to stay case (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | .50 | 157.50 |
| 01/30/24 | SAD | Review bankruptcy court order on lift stay motion (0.2). | 595.00 | .20 | 119.00 |
| | | TOTAL FEES FOR SERVICES | | | $3,224.00 |

**T I M E   A N D   F E E   S U M M A R Y**

| | Rate | Hours | Amount |
|---|---|---|---|
| Jacqueline Webster | 315.00 | 0.50 | 157.50 |
| Elizabeth L. Janczak | 500.00 | 5.30 | 2,650.00 |
| Shelly A. DeRousse | 595.00 | 0.70 | 416.50 |
| TOTAL | | 6.50 | $3,224.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.001 | Page 3 |
| Invoice No. | 1160245 | April 23, 2024 |

**A C C O U N T   S U M M A R Y**

**CURRENT INVOICE AMOUNT**            **$3,224.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Date: April 23, 2024 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: 912600.004 |
| Liquid Capital Exchange | Invoice No. 1160246 |
| 5075 Yonge Street | |
| Suite 700 | |
| Canada | |

Elizabeth L. Janczak

Matter:   Secured Credit Issues

For Professional Services.................................................................$3,706.50

**Current Invoice Amount** ...............................................................**$3,706.50**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   121000248
ACH routing number:   061000227
Account number:   ▮▮▮▮▮▮
For international wires:
▮▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Page  1 |
| c/o Tammy Kemp, Chief Credit Officer | Date:  April 23, 2024 |
| Liquid Capital Exchange | Matter:  912600.004 |
| 5075 Yonge Street | Invoice No.  1160246 |
| Suite 700 | |
| Canada | |
| | Elizabeth L. Janczak |

Matter:   Secured Credit Issues

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 12/01/23 | ELJ | Review and finalize objections to KSB lien motions (0.3). | 500.00 | .30 | 150.00 |
| 12/01/23 | JW | File objection to Keystone Savings Bank's motion to recognize lien (0.1); file response to Keystone Savings Bank's motion for summary judgment (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1). | 315.00 | .40 | 126.00 |
| 12/01/23 | SAD | Research sections 363 and 541 of the bankruptcy code in connection with KSB lien motion  (0.7); draft and revise response to Keystone's motion for summary judgment (1.2). | 595.00 | 1.90 | 1130.50 |
| 12/14/23 | ELJ | Review KSB's reply in support of summary judgment on liens (0.6); draft summary in preparation for 12/15 hearing based on same (0.4). | 500.00 | 1.00 | 500.00 |
| 12/15/23 | ELJ | Review and prepare for hearing on KSB's motion to recognize liens and summary judgment on same, including argument outline (0.7). | 500.00 | .70 | 350.00 |
| 01/24/24 | SRI | Multiple e-mail correspondence with Elizabeth Janczak and review documents regarding same for payment of pre- and postpetition receivables and whether proceeds are the bank's cash collateral (0.3). | 500.00 | .30 | 150.00 |
| 01/25/24 | ELJ | Review KSB's notice of default (0.1); review interim DIP order and agreement in connection with same (0.2); e-mail correspondence to Eric Lam regarding same (0.1). | 500.00 | .40 | 200.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| Matter: | 912600.004 | Page 2 |
|---|---|---|
| Invoice No. | 1160246 | April 23, 2024 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 01/26/24 | ELJ | Review KSB's motion for relief from stay (0.2); multiple e-mail correspondence with Eric Lam regarding same and alleged defaults under DIP loan (0.2); telephone conference with Joe Peiffer and Austin Peiffer regarding same and next steps in case (0.8). | 500.00 | 1.20 | 600.00 |
| 01/29/24 | ELJ | Review secured creditors' motions for relief from stay and motions to expedite same (0.2). | 500.00 | .20 | 100.00 |
| 01/30/24 | ELJ | Draft objection to KSB lift stay motion (0.2); multiple e-mail correspondence with Eric Lam and Joe Peiffer regarding same, insurance issues, and proposed order (0.5); review and comment upon draft order on same (0.1). | 500.00 | .80 | 400.00 |
| | | TOTAL FEES FOR SERVICES | | | $3,706.50 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Jacqueline Webster | 315.00 | 0.40 | 126.00 |
| Shira R. Isenberg | 500.00 | 0.30 | 150.00 |
| Elizabeth L. Janczak | 500.00 | 4.60 | 2,300.00 |
| Shelly A. DeRousse | 595.00 | 1.90 | 1,130.50 |
| TOTAL | | 7.20 | $3,706.50 |

**ACCOUNT SUMMARY**

**CURRENT INVOICE AMOUNT** **$3,706.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | April 23, 2024 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.005 |
| Liquid Capital Exchange | Invoice No. | 1160247 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   SGR Retention and Fee Applications

For Professional Services...................................................................$1,809.50

**Current Invoice Amount**..............................................................**$1,809.50**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   121000248
ACH routing number:   061000227
Account number:   [redacted]
For international wires:
[redacted]   (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Payment Is Due on Presentation,
and Past Due After 30 Days

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | April 23, 2024 |
| Liquid Capital Exchange | Matter: | 912600.005 |
| 5075 Yonge Street | Invoice No. | 1160247 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   SGR Retention and Fee Applications

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 12/05/23 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.3). | 500.00 | .30 | 150.00 |
| 12/15/23 | ELJ | Begin drafting SGR's second interim fee application (0.4). | 500.00 | .40 | 200.00 |
| 12/21/23 | ELJ | Continue drafting SGR's second interim fee application (0.7). | 500.00 | .70 | 350.00 |
| 12/22/23 | ELJ | Continue drafting SGR's second interim fee application (0.9); e-mail correspondence with Jackie Webster regarding same (0.1); review notice of hearing and certificate of service for same (0.1). | 500.00 | 1.10 | 550.00 |
| 12/22/23 | JW | Review second interim fee application (0.1); e-mail correspondence with courtroom deputy regarding obtaining hearing date for same (0.1); draft notice of hearing regarding same (0.3); draft certificate of service regarding same (0.2); e-mail correspondence with Elizabeth Janczak regarding same (0.1); file same (0.2); coordinate service of same (0.3). | 315.00 | 1.30 | 409.50 |
| 01/11/24 | ELJ | Draft proposed order on SGR second interim fee application (0.2). | 500.00 | .20 | 100.00 |
| 01/16/24 | ELJ | Finalize proposed order on SGR fee application and e-mail correspondence to courtroom deputy regarding same (0.1). | 500.00 | .10 | 50.00 |

TOTAL FEES FOR SERVICES $1,809.50

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | | |
|---|---|---|---|
| Matter: | 912600.005 | | Page 2 |
| Invoice No. | 1160247 | | April 23, 2024 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Jacqueline Webster | 315.00 | 1.30 | 409.50 |
| Elizabeth L. Janczak | 500.00 | 2.80 | 1,400.00 |
| TOTAL | | 4.10 | $1,809.50 |

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT** **$1,809.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com

# Smith Gambrell Russell

| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | April 23, 2024 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.007 |
| Liquid Capital Exchange | Invoice No. | 1160248 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Plan and Disclosure Statement

For Professional Services....................................................................$388.00

**Current Invoice Amount**...................................................................**$388.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   121000248
ACH routing number:   061000227
Account number:
For international wires:
(for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

PLEASE ENCLOSE THIS PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | April 23, 2024 |
| Liquid Capital Exchange | Matter: | 912600.007 |
| 5075 Yonge Street | Invoice No. | 1160248 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Plan and Disclosure Statement

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 12/19/23 | ELJ | Review and revise draft NDA relating to potential investors in reorganized company (0.2). | 500.00 | .20 | 100.00 |
| 12/20/23 | SAD | Review NDA for potential investor identities (0.3); e-mail correspondence to Elizabeth Janczak regarding NDA (0.1). | 595.00 | .40 | 238.00 |
| 01/24/24 | ELJ | Review GreenState's motion to set plan deadlines (0.1). | 500.00 | .10 | 50.00 |
| | | TOTAL FEES FOR SERVICES | | | $388.00 |

### TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Elizabeth L. Janczak | 500.00 | 0.30 | 150.00 |
| Shelly A. DeRousse | 595.00 | 0.40 | 238.00 |
| TOTAL | | 0.70 | $388.00 |

**SMITH, GAMBRELL & RUSSELL, LLP.**

| | | |
|---|---|---|
| Matter: | 912600.007 | Page 2 |
| Invoice No. | 1160248 | April 23, 2024 |

## A C C O U N T   S U M M A R Y

**CURRENT INVOICE AMOUNT**                                    **$388.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | |
|---|---|
| BDC Group Creditors' Committee | Date:        April 23, 2024 |
| c/o Tammy Kemp, Chief Credit Officer | Matter:        912600.008 |
| Liquid Capital Exchange | Invoice No.        1160249 |
| 5075 Yonge Street | |
| Suite 700 | |
| Canada | |

Elizabeth L. Janczak

Matter:   Executory Contract and Unexpired Leases

For Professional Services.................................................................$7,083.00

**Current Invoice Amount**...............................................................**$7,083.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   121000248
ACH routing number:   061000227
Account number:   ▮▮▮▮▮▮
For international wires:   ▮▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | April 23, 2024 |
| Liquid Capital Exchange | Matter: | 912600.008 |
| 5075 Yonge Street | Invoice No. | 1160249 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Executory Contract and Unexpired Leases

**For Professional Services**

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 12/11/23 | ELJ | Review Zayo's motion to lift stay to reject contract and motion to expedite same (0.4); telephone conference with Jeff Goetz regarding same (0.5); telephone conference with Austin Peiffer regarding same (0.4); telephone conference with Abe Carls regarding same (0.5). | 500.00 | 1.80 | 900.00 |
| 12/14/23 | ELJ | Review BDC's response to Zayo Group motion to terminate stay as to services agreement (0.2). | 500.00 | .20 | 100.00 |
| 12/15/23 | ELJ | Review KSB objection to Zayo lift stay motion (0.1); e-mail correspondence to Jeff Goetz regarding information requested from Zayo relating to motion for relief from stay (0.2). | 500.00 | .30 | 150.00 |
| 12/27/23 | ELJ | Telephone conference with Jeff Goetz regarding status of Zayo relief from stay motion, evidentiary hearing, and Committee's request for documents (0.4). | 500.00 | .40 | 200.00 |
| 12/28/23 | ELJ | Telephone conference with Jeff Goetz regarding Zayo's motion to lift the stay and documents requested by Committee in connection with same (0.2); telephone conference with Austin Peiffer regarding preparation for 1/4 hearing and evidence to be presented at same (0.5); e-mail correspondence with Abe Carls regarding same (0.1). | 500.00 | .80 | 400.00 |

**SMITH, GAMBRELL & RUSSELL, LLP.**

| Matter: | 912600.008 | Page 2 |
|---|---|---|
| Invoice No. | 1160249 | April 23, 2024 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 12/29/23 | ELJ | In depth review of Zayo's hearing exhibits and prior motion pleadings in preparation for 1/4 hearing (1.5); draft summary of issues and outline for same (0.8); telephone conference with Shelly DeRousse regarding strategy for same (0.2); e-mail correspondence to Austin Peiffer regarding Zayo hearing issues (0.2); research case law regarding Zayo's motion to modify stay (0.6); e-mail correspondence from Abe Carls and Jeff Goetz regarding Zayo documents and 1/4 hearing (0.2). | 500.00 | 3.50 | 1750.00 |
| 12/29/23 | SAD | Telephone conference with Elizabeth Janczak regarding preparation for hearing on Zayo lift stay (0.3). | 595.00 | .30 | 178.50 |
| 01/02/24 | ELJ | Continue reviewing and preparing for hearing on Zayo motion to lift stay, including additional review of Zayo exhibits and preparation of outline (0.5); review Zayo objection to motion to continue (0.1); review BDC's joinder to motion to continue (0.1); draft objection to Zayo lift stay motion (0.5); telephone conference with Joe Peiffer regarding 1/4 hearing and Zayo motion (0.4); telephone conference and e-mail correspondence with Austin Peiffer regarding same (0.1); telephone conferences with Shelly DeRousse regarding same (0.2); attend hearing on KSB's motion to continue hearing (0.6); e-mail correspondence with Abe Carls regarding same and rescheduled hearing (0.1). | 500.00 | 2.60 | 1300.00 |
| 01/02/24 | SAD | Review Zayo respond to motion to continue hearing (0.2); review Keystone objection (0.4); multiple e-mail correspondence with Elizabeth Janczak regarding hearing (0.1); telephone conferences with Elizabeth Janczak regarding on lift stay motion (0.4). | 595.00 | 1.10 | 654.50 |
| 01/03/24 | ELJ | E-mail correspondence to Jeff Goetz regarding Committee's requests for documents in connection with Zayo motion (0.2); review Zayo exhibits in connection with same (0.2); e-mail correspondence to Austin Peiffer regarding information for Zayo hearing (0.1). | 500.00 | .50 | 250.00 |
| 01/05/24 | ELJ | Review correspondence from Jeff Goetz regarding potential Zayo resolution and reconciliation of payables and invoices (0.3). | 500.00 | .30 | 150.00 |
| 01/08/24 | ELJ | Telephone calls and e-mail correspondence to Joe and Austin Peiffer regarding 1/18 Zayo hearing and document requests (0.1). | 500.00 | .10 | 50.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.008 | Page 3 |
| Invoice No. | 1160249 | April 23, 2024 |

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 01/12/24 | ELJ | E-mail correspondence with Jeff Goetz, Abe Carls, and Joe Peiffer regarding status of Zayo settlement discussions, Zayo document production, and 1/18 hearing (0.2). | 500.00 | .20 | 100.00 |
| 01/16/24 | ELJ | Review Zayo objection to second motion to continue hearing on lift stay (0.1); attend court hearing on KSB's continuance motion (0.5). | 500.00 | .60 | 300.00 |
| 01/18/24 | ELJ | Attend status hearing on Zayo's motion for relief from the automatic stay (0.2); e-mail correspondence to case working group regarding same (0.1); telephone conference with Jeff Goetz regarding same (0.3). | 500.00 | .60 | 300.00 |
| 01/23/24 | ELJ | Review joint mediation motion and stipulated lift stay order regarding Zayo motion and redline to same (0.4); e-mail correspondence to Austin Peiffer regarding issues relating to same (0.1); e-mail correspondence with Jeff Goetz, Eric Lam, and Austin Peiffer regarding same (0.1). | 500.00 | .60 | 300.00 |
| | | TOTAL FEES FOR SERVICES | | | $7,083.00 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Elizabeth L. Janczak | 500.00 | 12.50 | 6,250.00 |
| Shelly A. DeRousse | 595.00 | 1.40 | 833.00 |
| TOTAL | | 13.90 | $7,083.00 |

**ACCOUNT SUMMARY**

**CURRENT INVOICE AMOUNT**                                      **$7,083.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Date: | April 23, 2024 |
| c/o Tammy Kemp, Chief Credit Officer | Matter: | 912600.009 |
| Liquid Capital Exchange | Invoice No. | 1160250 |
| 5075 Yonge Street | | |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:    Committee Meeting and Governance

For Professional Services.................................................................$1,438.00

**Current Invoice Amount** ...............................................................**$1,438.00**

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   121000248
ACH routing number:   061000227
Account number:   ▮▮▮▮▮▮
For international wires:
▮▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | April 23, 2024 |
| Liquid Capital Exchange | Matter: | 912600.009 |
| 5075 Yonge Street | Invoice No. | 1160250 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:   Committee Meeting and Governance

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|---|---|---|---|---|---|
| 12/12/23 | ELJ | Lengthy e-mail correspondence to Committee regarding Keystone and Zayo updates and open case issues (0.3). | 500.00 | .30 | 150.00 |
| 12/15/23 | ELJ | E-mail correspondence to Committee updating them regarding 12/15 hearing and next steps (0.2). | 500.00 | .20 | 100.00 |
| 12/22/23 | ELJ | E-mail correspondence to Committee regarding case update including fee application, Zayo hearing, and financial statements (0.2). | 500.00 | .20 | 100.00 |
| 01/02/24 | ELJ | E-mail correspondence to Committee regarding Zayo motion status, objection to same, and NDA-sale issues (0.4). | 500.00 | .40 | 200.00 |
| 01/08/24 | ELJ | E-mail correspondence with Committee regarding case update and 1/18 hearing (0.1). | 500.00 | .10 | 50.00 |
| 01/10/24 | ELJ | E-mail correspondence with Brandon Kuenzi regarding Zayo motion to lift stay and NDA for potential buyers (0.1). | 500.00 | .10 | 50.00 |
| 01/24/24 | ELJ | E-mail correspondence to Committee regarding Zayo motion and sale update (0.3). | 500.00 | .30 | 150.00 |
| 01/26/24 | ELJ | E-mail correspondence to Committee regarding KSB notice of default and relief from stay motion (0.3). | 500.00 | .30 | 150.00 |
| 01/29/24 | ELJ | Telephone conference with Brandon Kuenzi (West Pacific) and Shelly DeRousse regarding motion to convert, motions for relief from stay, and case issues and strategy (0.3); e-mail correspondence to Reyna Paz (RP Construction) regarding same (0.2). | 500.00 | .50 | 250.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 912600.009 | Page 2 |
| Invoice No. | 1160250 | April 23, 2024 |

| | | | | | |
|---|---|---|---|---|---|
| 01/29/24 | SAD | Attend committee call with Elizabeth Janczak regarding motion to convert (0.3); e-mail correspondence with Committee regarding same (0.1). | 595.00 | .40 | 238.00 |
| | | TOTAL FEES FOR SERVICES | | | $1,438.00 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Elizabeth L. Janczak | 500.00 | 2.40 | 1,200.00 |
| Shelly A. DeRousse | 595.00 | 0.40 | 238.00 |
| TOTAL | | 2.80 | $1,438.00 |

**ACCOUNT SUMMARY**

**CURRENT INVOICE AMOUNT**                              **$1,438.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com

**Smith Gambrell Russell**

---

BDC Group Creditors' Committee
c/o Tammy Kemp, Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street
Suite 700
Canada

| | |
|---|---|
| Date: | April 23, 2024 |
| Matter: | 912600.012 |
| Invoice No. | 1160251 |

Elizabeth L. Janczak

Matter:   Schedules and Reports

For Professional Services....................................................................$250.00

_____

**Current Invoice Amount** ..................................................................**$250.00**

_____

Wire/ACH payment to Wells Fargo Bank
Account name:   SMITH, GAMBRELL & RUSSELL, LLP
Wire routing number:   121000248
ACH routing number:   061000227
Account number:   ▮▮▮▮▮▮
For international wires:
▮▮▮▮▮▮ (for foreign currency)

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE OR ACH AT CONTROLLER@SGRLAW.COM

Please send remittance to:

SMITH, GAMBRELL & RUSSELL LLP

PO BOX 930930

ATLANTA, GA 31193-0930

Main: 404-815-3500

www.sgrlaw.com



| | | |
|---|---|---|
| BDC Group Creditors' Committee | Page | 1 |
| c/o Tammy Kemp, Chief Credit Officer | Date: | April 23, 2024 |
| Liquid Capital Exchange | Matter: | 912600.012 |
| 5075 Yonge Street | Invoice No. | 1160251 |
| Suite 700 | | |
| Canada | | |

Elizabeth L. Janczak

Matter:    Schedules and Reports

### For Professional Services

| Date | Biller | Narrative | Rate | Time | Fee |
|------|--------|-----------|------|------|-----|
| 12/21/23 | ELJ | Review November monthly operating report and compare to prior monthly operating reports (0.5). | 500.00 | .50 | 250.00 |
| | | TOTAL FEES FOR SERVICES | | | $250.00 |

### TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|------|-------|--------|
| Elizabeth L. Janczak | 500.00 | 0.50 | 250.00 |
| TOTAL | | 0.50 | $250.00 |

### ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                                            **$250.00**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.