# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 11 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **NOTICE OF THIRD AND FINAL FEE APPLICATION OF SMITH GAMBRELL & RUSSELL AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the *Third and Final Fee Application of Smith Gambrell & Russell LLP as Counsel to the Official Committee of Unsecured Creditors* (Doc. 487) was filed with the Court in the above-captioned case on May 3, 2024. The application requests approval of compensation for fees in the amount of $150,495.50 and expenses in the amount of $984.35. A copy of this application may be obtained by e-mailing ejanczak@sgrlaw.com and requesting a copy, or by writing to Elizabeth L. Janczak, Smith Gambrell & Russell LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606.

NOTICE IS FURTHER GIVEN that the bar date for objection to the *Third and Final Fee Application of Smith Gambrell & Russell LLP as Counsel to the Official Committee of Unsecured Creditors* is **May 24, 2024**. Objections, if any, must be filed with the Court on or before that date with a copy served on Smith Gambrell & Russell LLP, the Debtor, the chapter 7 trustee, and the United States Trustee ("*Notice Parties*") at the addresses below.

Clerk of the Bankruptcy Court  
111 7th Ave SE  
Box 15  
Cedar Rapids, IA 52401-2101

Office of the United States Trustee  
111 7th Ave SE  
Box 15  
Cedar Rapids, IA 52401-2101

| | |
|---|---|
| Elizabeth L. Janczak<br>Shelly A. DeRousse<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 | BDC Group Inc.<br>c/o Dennis Bruce<br>565 Eastview Ave<br>Marion, IA 52302 |

Renee K. Hanrahan
PO Box 1088
Cedar Rapids, IA 52406-1088

NOTICE IS FURTHER GIVEN that if any objections are filed, a hearing on said objections will be scheduled by separate notice.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

Dated: May 3, 2024

**SMITH GAMBRELL & RUSSELL LLP**

By:  /s/ Elizabeth L. Janczak
         One of Its Attorneys

Shelly A. DeRousse*
Elizabeth L. Janczak*
Tonita M. Helton (Iowa Bar No. AT0009125)
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
sderousse@sgrlaw.com
ejanczak@sgrlaw.com
thelton@sgrlaw.com
*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 3rd day of May 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF system.

                                            /s/ Elizabeth L. Janczak