UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: May 10, 2024
Hearing on: Final Application for Compensation for Ag & Business Legal Strategies (Doc. 468) filed by Ag & Business Legal Strategies

APPEARANCES:

Attorney Austin Peiffer for Ag & Business Legal Strategies
Chapter 7 Trustee Renee K. Hanrahan
Attorney Claire Davison for the United States Trustee

**IT IS ORDERED THAT**:

The United States Trustee is to provide the requested information to Ag & Business Legal Strategies on or before May 17, 2024 as discussed at hearing.

**IT IS FURTHER ORDERED THAT** an evidentiary hearing on the matter is hereby set for

**June 3, 2024 at 1:30 PM**
At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

Ordered:

May 10, 2024

Thad J. Collins
Chief Bankruptcy Judge