United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: May 10, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +++ BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | May 10 2024 20:30:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |

Austin Peiffer
  on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

  on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson
  on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com

Benjamin Gregory Nielson
  on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com

Benjamin Gregory Nielson
  on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com

Benjamin Gregory Nielson
  on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com

Brian S. Koerwitz
  on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones
  on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison
  on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
  on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com

David Skalka
  on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally
  on behalf of Trustee Renee K. Hanrahan elally@spencerfane.com bakerm@goosmannlaw.com

Elizabeth L. Janczak
  on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com

Elizabeth L. Janczak
  on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Emily X. Douglas Moore
  on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore
  on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Eric J. Langston
  on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
  on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com
  tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Evan Lincoln Moscov
  on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov
  on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner
  on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jason Rosell
  on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz
  on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
  bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
  on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com,
  bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
  on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com,
  bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
  on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Jordan A Kroop
  on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com

Case 23-00484    Doc 494    Filed 05/12/24    Entered 05/12/24 23:31:38    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2024 | Form ID: pdf902 | Total Noticed: 2 |

| | |
|---|---|
| Joseph A. Peiffer | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kristina M. Stanger | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Mark A Ludolph | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Martin McLaughlin | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Peter Chalik | on behalf of Creditor BMO Bank N.A. f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Renee K. Hanrahan | rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com |
| Ronald C. Martin | on behalf of Creditor Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Ronald C. Martin | on behalf of Interested Party Dennis Bruce ronm@drpjlaw.com rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com |
| Roy Ryan Leaf | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Rush M. Shortley | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com |
| Stephanie L. Hinz | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Stephanie L. Hinz | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Terry Gibson | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Timothy N. Lillwitz | on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | |

District/off: 0862-1 | User: admin | Page 4 of 4
Date Rcvd: May 10, 2024 | Form ID: pdf902 | Total Noticed: 2

on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 55

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>　　　Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

**PROCEEDING MEMO AND ORDER**

Date of Telephonic Hearing: May 10, 2024
Hearing on: Final Application for Compensation for Ag & Business Legal Strategies (Doc. 468) filed by Ag & Business Legal Strategies

APPEARANCES:

Attorney Austin Peiffer for Ag & Business Legal Strategies
Chapter 7 Trustee Renee K. Hanrahan
Attorney Claire Davison for the United States Trustee

**IT IS ORDERED THAT**:

The United States Trustee is to provide the requested information to Ag & Business Legal Strategies on or before May 17, 2024 as discussed at hearing.

**IT IS FURTHER ORDERED THAT** an evidentiary hearing on the matter is hereby set for

> **June 3, 2024 at 1:30 PM**
> At: U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

Ordered:

May 10, 2024

Thad J. Collins
Chief Bankruptcy Judge