# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> BDC Group Inc, <br><br> Debtor. | Chapter 7 <br><br> Bankruptcy No. 23-00484 <br><br> CONSENSUAL MOTION TO CONTINUE JUNE 3, 2024 HEARING |

COMES NOW the Debtor's former counsel, Ag & Business Legal Strategies, and respectfully asks this Court to continue the hearing scheduled for June 3, 2024 at 1:30 PM to a later date, stating the following in support:

1. The United States Trustee has provided information to Ag & Business Legal Strategies and Ag & Business Legal Strategies is reviewing that information.
2. Ag & Business Legal Strategies and the United States Trustee hope to begin negotiations to see if a compromise can be reached soon.
3. A continuance would allow more time for negotiations to reach a compromise.
4. Ag & Business Legal Strategies also has a conflict that has arisen with the current hearing date.
5. Ag & Business Legal Strategies has conferred with the United States Trustee and she does not object to continuing the hearing.
6. Ag & Business Legal Strategies ask the Court to order it to schedule a new hearing date and time in conjunction with the United States Trustee and the Clerk of Court.

WHEREFORE Ag & Business Legal Strategies respectfully asks this Court to continue the hearing to a date determined in conjunction with the United States Trustee and the Clerk of Court, and grant any other relief that is just and equitable given the circumstances.

Dated this 28th day of May, 2024.

                                                          Respectfully submitted,

                                                          AG & BUSINESS LEGAL STRATEGIES

                                                          /s/ Austin Peiffer
                                                          Austin J. Peiffer AT0014402
                                                          P.O. Box 11425
                                                          Cedar Rapids, Iowa 52410-1425
                                                          Telephone: (319) 363-1641
                                                          Fax: (319) 200-2059
                                                          Email: austin@ablsonline.com
                                                          FORMER ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of May, 2024, a copy of this document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on participants that receive service through the CM/ECF system.

                                                                                  Signed: /s/ Alex C. Tvedte