## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 7 |
| BDC GROUP, INC., | Case No. 23-00484 |
| Debtor. | Hon. Thad J. Collins |
| | **ORDER GRANTING THIRD AND FINAL FEE APPLICATION OF SMITH GAMBRELL & RUSSELL AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

This matter coming before the Court upon the third and final fee application (the "Application") (ECF No. 487) of Smith Gambrell & Russell LLP ("SGR") as counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of BDC Group, Inc. ("BDC") for the period of June 26, 2023 through January 30, 2024 (the "Fee Application Period"); the Court having reviewed the Application; due and adequate notice having been given under the circumstances;

IT IS HEREBY ORDERED THAT:

1.   The Court hereby allows SGR, on a final basis, compensation in the amount of $150,495.50 for the Fee Application Period, as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 330(a), 503(b), and 507(a)(1) of the Bankruptcy Code.

2.   The Court hereby allows SGR, on a final basis, reimbursement of expenses in the amount of $984.35 for the Fee Application Period, as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 330(a), 503(b), and 507(a)(1) of the Bankruptcy Code.

3.   The Court hereby authorizes payment to SGR of $63,979.85 from the Debtor's estate, representing all unpaid amounts owing to SGR on account of the Application.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

DATED AND ENTERED:

May 28, 2024

                                               THAD J. COLLINS
                                               CHIEF BANKRUPTCY JUDGE

Prepared by:
Elizabeth L. Janczak*
SMITH GAMBRELL & RUSSELL LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois  60606-6677
*Admitted pro hac vice

*Former Counsel for the Official Committee of Unsecured Creditors*