**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| IN RE:<br><br>BDC Group Inc,<br><br>    Debtor. | Chapter 7<br><br>Bankruptcy No. 23-00484<br><br>ORDER GRANTING CONSENSUAL MOTION TO CONTINUE JUNE 3, 2024 HEARING |
|---|---|

The matter before the Court is the Debtor's former counsel's Consensual Motion to Continue June 3, 2024 Hearing (Doc. 495).

IT IS ORDERED:

1. The Motion is GRANTED.
2. Ag & Business Legal Strategies is to work in conjunction with the United States Trustee and the Clerk of Court to reschedule the hearing.

DATED AND ENTERED: _May 29, 2024_

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies
Attorney for Debtor