**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER re MOTION TO LIFT STAY** |

The matters before the Court are Motions to Lift Stay (Dkt 363, 365, 409) filed by Keystone Savings Bank ("Bank"). A preliminary hearing on the Motions (Dkt. 363, 365) was held on January 30, 2024, after which the Court granted partial stay relief for equipment and vehicle collateral (Dkt. 387). The Motions came before the Court for a further preliminary hearing on February 9, 2024. The Court granted further partial relief on March 7, 2024 (Dkt. 447). Upon agreement of the Bank and Chapter 7 Trustee, the Court finds that cause exists to further GRANT IN PART the Motions at Dkt. 365 and 409.

The automatic stay imposed by 11 U.S.C. §362 is terminated and lifted, effective immediately and without stay, so as to enable the Bank to pursue *in rem* remedies against: $506,477.54 transferred by Zayo, the City of Cedar Rapids, and MP Nexlevel LLC, to the Chapter 7 Trustee. The Trustee will promptly transfer these funds to the Bank.

A final hearing on remaining matters for the Motions at Dkt. 365 and 409 will be set by separate order.

Entered this __20__ day of June, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by: Abram V. Carls

Approved as to form and content:

**Counsel for Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally, #AT0013010
SPENCER FANE LLP
13815 FNB Parkway
Suite 200
Omaha, NE 68154
Telephone: 402-800-2299
Email: elally@spencerfane.com