United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: legalassistant@ablsonline.com | Jun 20 2024 23:14:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2024 23:17:22 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com |

Case 23-00484    Doc 503    Filed 06/22/24    Entered 06/22/24 23:45:21    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0862-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf902 | Total Noticed: 3 |

Austin Peiffer
austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson
on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com

Benjamin Gregory Nielson
on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com

Benjamin Gregory Nielson
on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com

Benjamin Gregory Nielson
on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com

Brian S. Koerwitz
on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones
on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison
on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com

David Skalka
on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally
on behalf of Trustee Renee K. Hanrahan elally@spencerfane.com bakerm@goosmannlaw.com

Elizabeth L. Janczak
on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak
on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com

Emily X. Douglas Moore
on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore
on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Eric J. Langston
on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Evan Lincoln Moscov
on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov
on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jason Rosell
on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz
on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com,

Case 23-00484  Doc 503  Filed 06/22/24  Entered 06/22/24 23:45:21  Desc Imaged
                    Certificate of Notice     Page 3 of 6

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf902 | Total Noticed: 3 |

|  |  |
|---|---|
|  | bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey P. Taylor | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| Jordan A Kroop | on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com |
| Joseph A. Peiffer | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kristina M. Stanger | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Mark A Ludolph | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Martin McLaughlin | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Peter Chalik | on behalf of Creditor BMO Bank N.A. f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Renee K. Hanrahan | rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com |
| Ronald C. Martin | on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com |
| Ronald C. Martin | on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com |
| Roy Ryan Leaf | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Rush M. Shortley | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com |
| Stephanie L. Hinz | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Stephanie L. Hinz | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Terry Gibson | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Timothy N. Lillwitz | on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |

District/off: 0862-1 | User: admin | Page 4 of 4
Date Rcvd: Jun 20, 2024 | Form ID: pdf902 | Total Noticed: 3

Wesley B. Huisinga
    on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 55

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER re MOTION TO LIFT STAY** |
|---|---|

The matters before the Court are Motions to Lift Stay (Dkt 363, 365, 409) filed by Keystone Savings Bank ("Bank"). A preliminary hearing on the Motions (Dkt. 363, 365) was held on January 30, 2024, after which the Court granted partial stay relief for equipment and vehicle collateral (Dkt. 387). The Motions came before the Court for a further preliminary hearing on February 9, 2024. The Court granted further partial relief on March 7, 2024 (Dkt. 447). Upon agreement of the Bank and Chapter 7 Trustee, the Court finds that cause exists to further GRANT IN PART the Motions at Dkt. 365 and 409.

The automatic stay imposed by 11 U.S.C. §362 is terminated and lifted, effective immediately and without stay, so as to enable the Bank to pursue *in rem* remedies against: $506,477.54 transferred by Zayo, the City of Cedar Rapids, and MP Nexlevel LLC, to the Chapter 7 Trustee. The Trustee will promptly transfer these funds to the Bank.

A final hearing on remaining matters for the Motions at Dkt. 365 and 409 will be set by separate order.

Entered this __20__ day of June, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by: Abram V. Carls

Approved as to form and content:

**Counsel for Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally, #AT0013010
SPENCER FANE LLP
13815 FNB Parkway
Suite 200
Omaha, NE 68154
Telephone: 402-800-2299
Email: elally@spencerfane.com