# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 7 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor. | STIPULATION |

COME NOW Ag & Business Legal Strategies ("ABLS") and Claire Davison on behalf of the United States Trustee ("UST"), and hereby notify the Court that they have settled the UST's objection to ABLS' Third and Final Application for Compensation, stating the following in support:

1. ABLS filed its Third and Final Application for Compensation on April 2, 2024 (Doc. 468) ("Final Fee App").
2. The UST filed its Objection to ABLS' Final Fee App on April 23, 2024 (Doc. 480).
3. ABLS has agreed to reduce the total fees and expenses it requests by $35,273.85, from $234,211.98 to $198,938.13as resolution of the UST's objection. With the filing of this Stipulation, no issues remain outstanding related to ABLS' fee applications.

Dated this 2nd day of July, 2024.

Respectfully submitted,

| AG & BUSINESS LEGAL STRATEGIES | **Mary R. Jensen** |
| --- | --- |
| | Acting United States Trustee |
| /s/ Austin Peiffer | |
| Austin J. Peiffer AT0014402 | By: /s/ Claire R. Davison |
| P.O. Box 11425 | Claire R. Davison |
| Cedar Rapids, Iowa 52410-1425 | AT #0014945 |
| Telephone:    (319) 363-1641 | Federal Building, Room 793 |
| Fax:    (319) 200-2059 | 210 Walnut Street |
| Email:    austin@ablsonline.com | Des Moines, Iowa 50309-2108 |
| FORMER ATTORNEY FOR DEBTOR | Ph: (202) 320-3943 |
| | Claire.r.davison@usdoj.gov |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of July, 2024, a copy of this document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on participants that receive service through the CM/ECF system.

Signed: /s/ Leah M. Johnson