**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC Group Inc.,<br><br>    Debtor. | Chapter 7<br><br>Bankruptcy No. 23-00484<br><br>ORDER GRANTING THIRD AND FINAL APPLICATION FOR COMPENSATION |

The matter before the Court is Ag & Business Legal Strategies' ("Applicant") Third and Final Application for Compensation (Doc. 468), as modified by the Stipulation between Ag & Business Legal Strategies and the United States Trustee (Doc. 507).

IT IS ORDERED that the Application is approved. The Court authorizes payment to Applicant in the total amount of $198,938.13 for professional services rendered and expenses incurred throughout the case, including $138,352.25 in fees and $2,730.15 in expenses of which this Court has previously approved on an interim basis, for a total of $57,855.73 in new compensation.

IT IS FURTHER ORDERED that these fees are approved as administrative ex-penses under 11 U.S.C. §§ 503(b)(2) & 507(a)(2). The hearing set in this matter for July 12, 2024 is hereby CANCELED.

Dated and Entered:

    July 8, 2024

Thad J. Collins
Chief Bankruptcy Judge

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies