United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 08, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+++        Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +++ BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Jul 08 2024 20:51:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |

District/off: 0862-1     User: admin     Page 2 of 4

Date Rcvd: Jul 08, 2024     Form ID: pdf902     Total Noticed: 2

on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson

on behalf of Creditor Herc Rentals  Inc. bnielson@pughhagan.com

Benjamin Gregory Nielson

on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com

Benjamin Gregory Nielson

on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com

Benjamin Gregory Nielson

on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com

Brian S. Koerwitz

on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones

on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison

on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers

on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

David Skalka

on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally

on behalf of Trustee Renee K. Hanrahan elally@spencerfane.com  bakerm@goosmannlaw.com

Elizabeth L. Janczak

on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@sgrlaw.com

Elizabeth L. Janczak

on behalf of Attorney Smith  Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Emily X. Douglas Moore

on behalf of Creditor Sheets Sterling  Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore

on behalf of Defendant Sheets Sterling  Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Eric J. Langston

on behalf of Creditor DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam

on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Evan Lincoln Moscov

on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov

on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner

on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jason Rosell

on behalf of Creditor Zayo Group  LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz

on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz

on behalf of Creditor RP Construction  LLC jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz

on behalf of Creditor Zayo Group  LLC jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor

on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Jordan A Kroop

on behalf of Creditor Zayo Group  LLC jkroop@pszjlaw.com

District/off: 0862-1                          User: admin                                    Page 3 of 4
Date Rcvd: Jul 08, 2024                       Form ID: pdf902                                 Total Noticed: 2

Joseph A. Peiffer
           on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com,
           joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
           on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
           joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
           on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
           on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
           on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
           usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Peter Chalik
           on behalf of Creditor BMO Bank N.A.  f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com,
           hodzic@whitfieldlaw.com

Renee K. Hanrahan
           rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com

Ronald C. Martin
           on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com
           rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
           on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
           rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

Roy Ryan Leaf
           on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com,
           sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.c
           om

Rush M. Shortley
           on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink
           on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse
           on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com

Stephanie L. Hinz
           on behalf of Defendant Breakout Capital Finance  LLC shinz@pbalawfirm.com,
           dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
           on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com,
           dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
           on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
           on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
           on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
           on behalf of Creditor Zayo Group  LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tonita M Helton
           on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee
           USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
           on behalf of Creditor BANK OF AMERICA  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
           on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga
           on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga

District/off: 0862-1                               User: admin                                                Page 4 of 4
Date Rcvd: Jul 08, 2024                            Form ID: pdf902                                            Total Noticed: 2

on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

TOTAL: 55

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 7 |
| BDC Group Inc., | Bankruptcy No. 23-00484 |
| Debtor. | ORDER GRANTING THIRD AND FINAL APPLICATION FOR COMPENSATION |

The matter before the Court is Ag & Business Legal Strategies' ("Applicant") Third and Final Application for Compensation (Doc. 468), as modified by the Stipulation between Ag & Business Legal Strategies and the United States Trustee (Doc. 507).

IT IS ORDERED that the Application is approved. The Court authorizes payment to Applicant in the total amount of $198,938.13 for professional services rendered and expenses incurred throughout the case, including $138,352.25 in fees and $2,730.15 in expenses of which this Court has previously approved on an interim basis, for a total of $57,855.73 in new compensation.

IT IS FURTHER ORDERED that these fees are approved as administrative ex-penses under 11 U.S.C. §§ 503(b)(2) & 507(a)(2). The hearing set in this matter for July 12, 2024 is hereby CANCELED.

Dated and Entered:

Thad J. Collins
Chief Bankruptcy Judge

July 8, 2024

Order Prepared by:
Austin J. Peiffer AT0014402
Ag & Business Legal Strategies