UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>      Debtors. | Chapter 11<br>Case No. 23-00484<br><br>NOTICE OF CHANGE OF ADDRESS |

    COMES NOW the undersigned attorney of record in this case for John Deere Construction & Forestry Company and Deere Credit, Inc., d/b/a John Deere Financial ("Deere"), and notifies the court and parties to this case that he has an updated physical address. All other contact information remains the same.

    Wesley B. Huisinga
    Shuttleworth and Ingersoll, PLC
    235 6th St. SE
    Cedar Rapids, IA 52401

    /s/ Wesley B. Huisinga
    Wesley B. Huisinga    AT0003670
    SHUTTLEWORTH & INGERSOLL, PLC
    235 6th Street SE
    PO Box 2107
    Cedar Rapids, IA 52406-2107
    Phone: (319) 365-9461
    Fax: (319) 365-8443
    Cell: (319) 551-2499
    wbh@shuttleworthlaw.com

    ATTORNEY FOR JOHN DEERE FINANCIAL, JOHN DEERE CONSTRUCTION & FORESTRY COMPANY and DEERE CREDIT, INC

CERTIFICATION OF SERVICE

    The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on July 16, 2024.

    /s/ Patti K. O'Keefe