UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> BDC GROUP, INC., <br><br> Debtors. | Chapter 11 <br> Case No. 23-00484 <br><br> NOTICE OF CHANGE OF ADDRESS |

COMES NOW the undersigned attorney of record in this case for John Deere Construction & Forestry Company and Deere Credit, Inc., d/b/a John Deere Financial ("Deere"), and notifies the court and parties to this case that he has an updated physical address. All other contact information remains the same.

> Wesley B. Huisinga
> Shuttleworth and Ingersoll, PLC
> 235 6th St. SE
> Cedar Rapids, IA 52401

/s/ Wesley B. Huisinga
Wesley B. Huisinga          AT0003670
SHUTTLEWORTH & INGERSOLL, PLC
235 6th Street SE
PO Box 2107
Cedar Rapids, IA  52406-2107
Phone: (319) 365-9461
Fax:  (319) 365-8443
Cell:  (319) 551-2499
wbh@shuttleworthlaw.com

ATTORNEY FOR JOHN DEERE FINANCIAL, JOHN DEERE CONSTRUCTION & FORESTRY COMPANY and DEERE CREDIT, INC

CERTIFICATION OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on July 16, 2024.

/s/ Patti K. O'Keefe