**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER** |

The matter before the Court is the Joint Motion for Order Approving Compromise and Derivative Standing (Dkt. 501) ("Motion") filed by Chapter 7 Trustee Renee Hanrahan and Creditor Keystone Savings Bank ("Bank"). The notice of filing and docketing of the Motion provided that objections were due by July 9, 2024, and no objections have been filed. The Court finds that cause exists to grant the Motion for the reasons and pursuant to the authorities cited therein.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Settlement Agreement and Release attached to the Motion is approved. The Chapter 7 Trustee and the Bank are hereby authorized to and shall consummate that Agreement.

IT IS FURTHER ORDERED that Keystone Saving Bank is hereby granted derivative standing to administer, collect, prosecute, and pursue the Debtor's Receivables (as defined in the Agreement), and exercise all powers of the Trustee in connection therewith, as authorized by this order and the terms of the Agreement.

Entered this __2nd__ day of August, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by: Abram V. Carls

Approved as to form and content:

**Counsel for Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally, #AT0013010
SPENCER FANE LLP
13815 FNB Parkway
Suite 200
Omaha, NE 68154
Telephone: 402-800-2299
Email: elally@spencerfane.com

and

Camber M. Jones, admitted *pro hac vice*
SPENCER FANE LLP
2144 E. Republic Rd.
Suite B300
Springfield, MO 65804
Telephone: 417-888-1000
Email: cjones@spencerfane.com