# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER** |
|---|---|

The matter before the Court is Keystone Savings Bank's Motion to Vacate. The Motion asks the Court to vacate the Order at docket entry 513 so that the motion to which the order relates can be circulated through the bankruptcy noticing center. An issue with notice was identified soon after the Order entered.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Order at docket entry 513 is vacated and the Bank will re-notice a bar date for the joint motion to approve settlement and for derivative standing, Dkt. 501.

Entered this __5th__ day of August, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by: Abram V. Carls