UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

  BDC GROUP, INC

CASE NO: 23-00484

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 517

On 8/5/2024, I did cause a copy of the following documents, described below,

Notice of Joint Motion for Order Approving Compromise and Derivative Standing ECF Docket Reference No. 517

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/5/2024

/s/ Abram V. Carls
Abram V. Carls  AT0011818

Simmons Perrine Moyer Bergman, PLC
115 3rd St. SE, Suite 1200
Cedar Rapids, IA  52401
319 366 7641
acarls@spmblaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC

CASE NO: 23-00484

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 517

On 8/5/2024, a copy of the following documents, described below,

Notice of Joint Motion for Order Approving Compromise and Derivative Standing ECF Docket Reference No. 517

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/5/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Abram V. Carls
Simmons Perrine Moyer Bergman, PLC
115 3rd St. SE, Suite 1200
Cedar Rapids, IA  52401

USPS FIRST CLASS MAIL — RECIPIENTS
Parties with names struck through or labeled with EXCLUDE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-00484
NORTHERN DISTRICT OF IOWA
MON AUG 5 14-27-25 PST 2024

(P)AG  BUSINESS LEGAL STRATEGIES
PO BOX 11425
CEDAR RAPIDS IA 52410-1425

EXCLUDE

(D)(P)AG  BUSINESS LEGAL STRATEGIES
PO BOX 11425
CEDAR RAPIDS IA 52410-1425

ALLY BANK  CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U)BANK OF AMERICA  NA

DEBTOR

BDC GROUP  INC
CO DENNIS C BRUCE
565 EASTVIEW AVE
MARION  IA 52302

EXCLUDE

(U)BMO BANK NA  FKA BANK OF THE WEST
DBA

BERGANKDV
CREATIVE PLANNING TAX  LLC
417 1ST AVE SE  SUITE 300
CEDAR RAPIDS  IA 52401-1309

EXCLUDE

(U)BREAKOUT CAPITAL FINANCE  LLC

(P)CATERPILLAR FINANCIAL SERVICES
CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

COMPLETE DESIGN SOLUTIONS  LLC
3620 DEVELOPERS RD
INDIANAPOLIS  IN 46227-3520

DVA  INC DBA DITCH WITCH OF VIRGINIA
DVA  INC DBA DITCH WITCH OF VIRGINIA
11053 WASHINGTON HWY
GLEN ALLEN  VA 23059-1905

EXCLUDE

(U)DEERE CREDIT INC

EAST CENTRAL IOWA COUNCIL OF
GOVERNMENTS
700 16TH ST NE STE 301
CEDAR RAPIDS  IA 52402-4665

EXCLUDE

(U)FIVE STAR COMMUNICATIONS  LLC

GREEN NOTE CAPITAL PARTNERS SPV LLC
1019 AVENUE P
SUITE 401
BROOKLYN  NY 11223-2366

(P)GREENSTATE CREDIT UNION
ATTN LEGAL
PO BOX 800
NORTH LIBERTY IA 52317-0800

HM CRAGG CO
7490 BUSH LAKE ROAD
EDINA  MN 55439-2801

EXCLUDE

(U)HERC RENTALS  INC

EXCLUDE

(U)HIAWATHA PROPERTIES LLC

EXCLUDE

(U)ISOTROPIC NETWORK  INC

EXCLUDE

(U)JOHN DEERE CONSTRUCTION  FORESTRY
COMPANY

(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

KEYSTONE SAVINGS BANK
81 MAIN STREET
PO BOX 367
KEYSTONE  IA 52249-0367

EXCLUDE

(U)LIQUID CAPITAL EXCHANGE  INC

EXCLUDE

(U)MANCHESTER LEASING SERVICES  INC

EXCLUDE

(U)OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

USPS FIRST CLASS MAIL - ATTACHED TO PIECE ___
Parties with names struck through or labeled as 'Undeliverable or Served via First Class USPS Mail Service.

RP CONSTRUCTION  LLC
24008 BISHOP MEADE PLACE
ASHBURN  VA 20148-1712

(P)SHEETS STERLING  INC
ATTN KIMBERLY BOWSER
P O BOX 615
STERLING VA 20167-0615

~~EXCLUDE~~
~~(U)SMITH  GAMBRELL  RUSSELL  LLP~~

UNITED STATES OF AMERICA (SBA)
UNITED STATES ATTORNEYS OFFICE
111 7TH AVENUE SE
BOX 1
CEDAR RAPIDS  IA 52401-2101

WATTS ELECTRIC COMPANY
CO BRIAN S KOERWITZ
5825 SOUTH 14TH STREET  STE 200
LINCOLN  NE 68512-1233

ZAYO GROUP  LLC
1805 29TH STREET
BOULDER  CO 80301-1067

111 SEVENTH AVENUE SE 15
CEDAR RAPIDS  IA 52401-2103

1 STOP TRAFFIC SERVICES  LLC
5636 KENDALL CT UNIT A
ARVADA  CO 80002-2747

1 STOP UTILITY  CONSTRUCTION
5636 KENDALL CT UNIT A
ARVADA  CO 80002-2747

ABB (FASTWYRE)
1605 WASHINGTON ST
BLAIR  NE 68008-1655

AG  EG LLC
CO ANDREW GALINSKY
3900 VANDALIA ROAD
DES MOINES  IA 50317-1550

ARIZONA DEPARTMENT OF REVENUE
OFFICE OF THE ARIZONA ATTORNEY GENERAL
CO TAX  BANKRUPTCY AND COLLECTION SCT
2005 N CENTRAL AVE  SUITE 100
PHOENIX  AZ 85004-1546

ATT SERVICES  INC
ATTN  CONTRACT ADMIN
14575 PRESIDIO SQUARE BLVD
HOUSTON  TX 77083-1586

AUS INC
137 NE 48TH PL
DES MOINES  IA 50313-2343

ABRAM V CARLS
SIMMONS PERRINE MOYER BERGMAN
115 THIRD STREET SE  SUITE 1200
CEDAR RAPIDS  IA 52401-1266

ACME TOOLS
1943 BLAIRS FERRY RD NE
CEDAR RAPIDS  IA 52402-5811

ADAM MARTIN
1285 HICKORY RIDGE DR
MARION  IA 52302-0059

ADAM VERASTEGUI
3023 SW BUTTERNUT DR
ANKENY  IA 50023-7201

(P)ADVANCED TOWER SERVICES  LLC
ATTN AMANDA PEREA
2417 BAYLOR DR SE
ALBUQUERQUE NM 87106-3205

ADVANCED TRAFFIC CONTROL  INC
PO BOX 8958
CEDAR RAPIDS  IA 52408-8958

AFFORDABLE PRESSURE WASHING
7303 MOUNT VERNON RD SE
CEDAR RAPIDS  IA 52403-7130

AG  BUSINESS LEGAL STRATEGIES
CO JOSEPH PEIFFER
PO BOX 11425
CEDAR RAPIDS  IA  52410-1425

AGUSTIN SANCHEZ
224 N AUBURN DR
STERLING  VA 20164-5410

ALBERTO GARCIA JR
202442 FAIRFAX PIKE
WHITE POST  VA 22663

ALEX MARTIN
4395 MCGOWAN BLVD
MARION  IA 52302-6266

ALFREDO TRNIDAD MUNIZ QUIJAS
11052 VISTA DEL SOL DR
EL PASO  TX 79935

(P)ALLIANT ENERGY
300 E SHERIDAN AVE
CENTERVILLE IA 52544-2625

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled as EXCLUDE were not served via First Class USPS Mail Service.

ALLIED GLASS
1575 KETELSEN DR
STE 500
HIAWATHA  IA 52233-2220

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE
(D)ALLY BANK CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

ALLY FINANCIAL
PO BOX 380902
BLOOMINGTON  MN  55438-0902

ALLY FINANICAL
PO BOX 380901
BLOOMINGTON  MN  55438-0901

(P)ALTORFER INC
PO BOX 1347
CEDAR RAPIDS IA 52406-1347

AMERICAN BORING INC
6895 PICKERING RD
CARROLL  OH 43112-9614

AMERICAN TRUCK  TRAILER SUPPLY
11949 LIVINGSTON ROAD
MANASSAS VA 20109-2780

ANTONIO REYES
201 HAYS AVE
TRENTON  TN 38382-2130

AREA WIDE PROTECTIVE
PO BOX 636219
CINCINNATI  OH 45263-6219

ARIZONA DEPARTMENT OF REVENUE
ATTN  CUSTOMER CARE
PO BOX 29086
PHOENIX  AZ  85038-9086

ARNOLD MOTOR SUPPLY
1000 44TH ST
MARION  IA 52302-1542

ARNOLD MOTOR SUPPLY  LLP
PO BOX 320
SPENCER  IA 51301-0320

ASPHALT RESTORATIONS  INC
PO BOX 278
CROWNSVILLE  MD 21032-0278

B2W SOFTWARE
99 BOW STREET SUITE 500
PORTSMOUTH  NH 03801-3846

BL TOWER CONSTRUCTION
11111 E PINE ST
TULSA  OK 74116-1600

BMO BANK NA FKA BANK OF THE WEST
DBA DITCH WITCH FINANCIAL SERVICES
CO PETER CHALIK
699 WALNUT STREET  SUITE 2000
DES MOINES  IA  50309

BMO BANK  NA FKA BANK OF THE WEST DBA
1625 W FOUNTAINHEAD PKWY FL 10
PHOENIX  AZ 85282-2371

BMO BANK  NA FKA BANK OF THE WEST DBA
THOMAS H BURKE
699 WALNUT ST  SUITE 2000
DES MOINES  IA 50309-3948

BMO HARRIS BANK NA
PO BOX 3040
CEDAR RAPIDS  IA 52406-3040

BMO HARRIS BANK NA
300 E JOHN CARPENTER FREEWAY
IRVING  TX 75062-2727

BMO HARRIS BANK NA
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS  IA 52411-6619

BMO HARRIS BANK NA
PO BOX 71810
CHICAGO  IL 60694-1810

BTM ENGINEERING  INC
3001 TAYLOR SPRINGS DRIVE
LOUISVILLE  KY 40220-1586

(P)BALTIMORE COUNTY MARYLAND
ATTN OFFICE OF BUDGET  FINANCE
400 WASHINGTON AVENUE
RM 150
TOWSON MD 21204-4605

BANK OF AMERICA
100 NORTH TRYON STREET
CHARLOETTE  NC 28255-0001

BANK OF AMERICA  NA
PO BOX 31785
TAMPA  FL 33631-3785

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

BANK OF AMERICA  NA
CO SOUTHLAW  PC
13160 FOSTER  SUITE 100
OVERLAND PARK KS  66213-2660

BANK OF THE WEST DBA DITCH WITCH
FINANCIAL S
CO THOMAS H BURKE
699 WALNUT ST  SUITE 2000
DES MOINES  IA 50309-3948

BARBOUR BUILDING SYSTEMS  LLC
21421 E TRUMAN ROAD
INDEPENDENCE  MO 64056-2673

BARNHART CRANE
PO BOX 2153 DEPT 1906
BIRMINGHAM  AL 35287-0002

BERGANKDV
417 FIRST AVENUE SE
SUITE 300
CEDAR RAPIDS  IA 52401-1309

BID2WIN SOFTWARE  INC
AKA B2W SOFTWARE
99 BOW STREET  SUITE 500
PORTSMOUTH  NH 03801-3846

(P)BILL
6220 AMERICA CENTER DR
SUITE 100
SAN JOSE  CA 95002

BLUE STAR POWER SYSTEMS  INC
2250 CARLSON DRIVE
MANKATO  MN 56003-2213

BOLLMEIER CRANE  LIFT
508 HICKORY LANE
MARISSA  IL 62257-1706

BRADLEY  RILEY PC
PO BOX 2804
CEDAR RAPIDS  IA 52406-2804

BRANDON KUENZI
SECRETARY
WEST PACIFIC DRILLING  INC
PO BOX 882
SILVERTON  OR 97381-0882

BREAKOUT CAPITAL FINANCE  LLC
CO WELTMAN  WEINBERG  REIS CO  LPA
965 KEYNOTE CIRCLE
CLEVELAND  OH 44131-1829

(P)BREAKOUT CAPITAL  LLC
1451 DOLLEY MADISON BLVD
SUITE 200
MCLEAN VA 22101-3847

BREAKOUT CAPITAL  LLC
CO WELTMAN  WEINBERG  REIS CO  LPA
965 KEYNOTE CIRCLE
CLEVELAND  OH 44131-1829

BRIGHT LIGHTING  INC
11111 E PINE ST
TULSA  OK 74116-1600

BRUCE DESIGN  CONSTRUCTION GROUP  INC
3416 W 27TH ST
CEDAR FALLS  IA 50613-4862

BULLDOG PIPE
8991 WEST BUSINESS 60
MOUNTAIN GROVE  MO 65711

CAJ SERVICES  LLC
2400 TAWAKONI DR
WYLIE  TX 75098-0797

CAT FINANCIALS
LOCKBOX 730681
14800 FRYE ROAD 2ND FLOOR
FORT WORTH  TX 76155-2732

CB COMPANIES LLC
1525 KETELSEN DR
HIAWATHA  IA 52233-2219

CIT SEWER SOLUTIONS
530 DUBOIS AVE
MCCALLSBURG  IA  50154

CAMPBELL SUPPLY CO
2127 N TOWNE LANE NE
CEDAR RAPIDS  IA 52402-1913

CANDACE BRUCE
565 EASTVIEW AVENUE
MARION  IA 52302-5974

CAPITAL INSTALLATIONS  SERVICES LLC
CO ALEJANDRO AVALOS
1202 EVERGREEN LN
PINGREE GROVE  IL 60140-9100

CAPITAL ONE CREDIT CARD
PO BOX 4069
CAROL STREAM  IL 60197-4069

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

USPS FIRST CLASS MAIL / PARTIES SERVED
Parties with names struck through or labeled EXCLUDE were not served via First Class USPS Mail Service.

CAR COMMUNICATIONS  LLC
8300 SUNSET DR
MANASSAS  VA 20110-3800

CARRIER ACCESS IT  LC
1275 NW 128TH ST
CLIVE  IA 50325-7403

CARRIER ACCESS IT  LC
9440 ATLANTIC DIVE SW  SUITE 2
CEDAR RAPIDS  IA 52404-8916

CASTLE CONCRETE LLC
1325 MEADE ST
FLATWOODS  KY 41139-1027

EXCLUDE

(D) (P) CATERPILLAR FINANCIAL SERVICES
CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

EXCLUDE

(D) (P) CATERPILLAR FINANCIAL SERVICES
CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

CATERPILLAR FINANCIAL SERVICES
CORPORATION
CO MARK A LUDOLPH
300 HAMILTON BOULEVARD - PO BOX 6199
PEORIA IL  61601-6199

CEDAR RAPIDS LINN COUNTY SOLID WASTE
AGENCY
1954 COUNTY HOME ROAD
MARION  IA 52302-9758

CELLCO PARTNERSHIP DBA VERIZON WIRELES
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN  VA 20147-6122

CENTURYLINK
CENTURYLINK COMMUNICATIONS  LLC
1025 EL DORADO BLVD ATTNLEGAL-BKY
BROOMFIELD  CO 80021-8249

CHAD HARRIS
261 SUNSET LANE
HIAWATHA  IA 52233

CHANTILLY CRUSHED STONE  INC
PO BOX 220112
CHANTILLY  VA  20153-0112

CHRISTOPHER L PERKINS
ECKERT SEAMANS CHERIN  MELLOTT  LLC
919 E MAIN STREET  SUITE 1300
RICHMOND  VA 23219-4624

CIRO ESCALANTE
116 N ALDER AVE
STERLING  VA 20164-4008

CITY OF CEDAR RAPIDS
ATTN  REBECCA JOHNSON PURCHASING AGENT
101 FIRST STREET SE
CEDAR RAPIDS  IA 52401-1205

CITY OF CEDAR RAPIDS
CITY ATTORNEY
3851 RIVER RIDGE ROAD NE
CEDAR RAPIDS  IA 52402-7531

CLEAR CANOPY  LLC
1705 W UNIVERSITY DR 108106
MCKINNEY  TX 75069-3392

CLOG BUSTERS
3950 VANDALIA RD
DES MOINES  IA 50317-1550

COASTAL COMMUNICATIONS
5841 EDISON PLACE SUITE 200
CARLSBAD  CA 92008-6500

COLLECTION SERVICES CENTER
PO BOX 9125
DES MOINES  IA 50306-9125

COLLIFLOWER  INC
9320 PULASKI HIGHWAY
MIDDLE RIVER  MD 21220-2418

COLTON PARIS
1267 LAWRENCE AVE
HAZLETON  IA 50641-9627

COMCAST
PO BOX 70219
PHILADELPHIA  PA 19176-0219

COMMERCIAL GROUP REALTY
ATTN  SHAHRAM GHAFFARKHAN
11990 MARKET STREET  UNITE 501
RESTON  VA 20190-6000

COMPLETE DESIGN SOLUTIONS LLC
511B DAVIDSON DRIVE
MINOOKA  IL 60447-8423

EXCLUDE

(D) COMPLETE DESIGN SOLUTIONS  LLC
3620 DEVELOPERS RD
INDIANAPOLIS  IN 46227-3520

COMPLETE DESIGN SOLUTIONS  LLC
JEFFREY P TAYLOR
401 OLD MARION RD NE
CEDAR RAPIDS  IA 52402-2110

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled as CM/ECF SERVICE were not served via First Class USPS Mail Service.

COMPLETE DESIGN SOLUTIONS  LLC
CO JEFFREY P TAYLOR
401 OLD MARION ROAD NE
PO BOX 10020
CEDAR RAPIDS  IA 52410-0020

(P)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

COMSTAR SUPPLY
105 KESTREL DRIVE
COLLEGEVILLE  PA 19426-2061

COOPWOODS AIR CONDITIONING
414 W TIDWELL RD
HOUSTON  TX 77091-4337

CORPORATION SERVICE COMPANY
AS REPRESENTATIVE
PO BOX 2576
SPRINGFIELD  IL 62708-2576

COURTNEY SENTERS
1780 VALENTINE DRIVE
MARION  IA 52302-8905

CROWBARS LTD
4151 3RD AVE STE 101
MARION  IA 52302-3957

CYNTHIA CHELF
4609 CONDOR ST
MUSCATINE  IA 52761-8966

D  S CONSTRUCTION
1270 COUNTRY CLUB DR
MARION  IA 52302-5504

DRS ENTERPRISES  INC
5339 CANAL ROAD
GARFIELD  OH 44125-4808

DAVIS TOWER FOUNDATIONS  LLC
7001 W MEMORY LANE
HULBERT  OK 74441-1904

DDL BUSINESS SYSTEMS  LLC
PO BOX 940
STEPHENS CITY  VA 22655-0940

DM CONCRETE  LLC
2462 10TH AVE
MARION  IA 52302-2123

DTCENTER 1  BLDG C UOA
CO CGR COMM MGMT  LLC
23465 ROCK HAVEN WAY  STE 205
STERLING  VA 20166-4429

DVA  INC DBA
DITCH WITCH OF VIRGINIA
AEGIS LAW - ERIC LANGSTON
601 S LINDBERGH BLVD
FRONTENAC  MO 63131-2733

DVA  INC DBA
DITCH WITCH OF VIRGINIA
CO AEGIS LAW- ERIC LANGSTON
601 S LINDBERGH BLDV
FRONTENAC  MO 63131-2733

DVA  INC DBA DITCH WITCH OF VIRGINIA
11053 WASHINGTON HIGHWAY
GLEN ALLEN  VA 23059-1905

DVA  INC DBA DITCH WITCH OF VIRGINIA
CO ERIC J LANGSTON
601 S LINDBERGH BLVD
FRONTENAC  MO 63131

~~EXCLUDE~~

~~(U)DANIEL R SCHMOLDT ENTERPRISES INC~~
~~4807 ROCKSIDE ROAD  SUITE 240~~

DAVID M LENEGHAN
4807 ROCKSIDE ROAD  SUITE 240
INDEPENDENCE  OH 44131-2159

DAVIS TOWER FOUNDATION LLC
7001 W MEMORY LANE
HULBERT  OK 74441-1904

DAWSON OLSON
1285 LINCOLN DRIVE
MARION  IA 52302-2348

(P)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION  RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

~~EXCLUDE~~

~~(D)(P)DE LAGE LANDEN FINANCIAL~~
~~ATTN LITIGATION  RECOVERY~~
~~1111 OLD EAGLE SCHOOL ROAD~~
~~WAYNE PA 19087-1453~~

DEAN A SPINA
2007 FIRST AVENUE SE
CEDAR RAPIDS  IA 52402-6344

DEERE CREDIT INC
CO BENJAMIN G NIELSON
PO BOX 2107
CEDAR RAPIDS  IA 52401-2107

~~EXCLUDE~~

~~(D)(P)DEERE CREDIT SERVICES  INC~~
~~ATTN LITIGATION  RECOVERY DEPARTMENT~~
~~PO BOX 6600~~
~~JOHNSTON IA 50131-6600~~

USPS FIRST CLASS MAIL NOTICE RECIPIENTS:
Parties with names struck through or labeled as "EXCLUDE" were not served via First Class USPS Mail Service.

DEERE CREDIT  INC
CO WESLEY B HUISINGA
235 6TH ST SE
CEDAR RAPIDS  IA  52401

DELAWARE WITHHOLDING
CORRESPONDENCEANNUAL FORMS
PO BOX 830
WILMINGTON  DE 19899-0830

(P)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

EXCLUDE

(D)(P)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708 1577

DENNIS BRUCE
565 EASTVIEW AVE
MARION  IA 52302-5974

DENNIS BRUCE
CO RONALD C MARTIN
PO BOX 2877
CEDAR RAPIDS  IA  52406-2877

DEPARTMET OF WORKFORCE DEVELOPMENT
UNEMPLOYMENT INSURANCE DIV
COLLECTIONS-TAX
PO BOX 8914
MADISON  WI 53708-8914

DEREK NEUNABER
9710 YORK ST
ANAMOSA  IA 52205-7869

DERIK THOMAS
207 SOUTH JONES STREET
ANAMOSA  IA 52205-1752

DES MOINES WATER WORKS
2201 GEORGE FLAGG PARKWAY
DES MOINES  IA 50321-1190

DITCH WITCH  IOWA
21124 HOLDEN DR
DAVENPORT  IA 52806-9314

DITCH WITCH FINANCIAL SERVICES
8418 CANYON DRIVE
ARMARILLO  TX 79119-7200

DITCH WITCH FINANCIAL SERVICES
A PROGRAM OF BANK OF THE WEST
1625 W FOUNTAINHEAD PKWY
AZ-FTN-10C-A
TEMPE  AZ 85282-2371

DITCH WITCH OF VIRGINIA
11053 WASHINGTON HWY
GLEN ALLEN  VA 23059-1905

DIVERSIFIED UNDERGROUND INC
PO BOX 460909
AURORA  CO 80046-0909

DIVISION OF CHILD SUPPORT ENFORCEMENT
BANKRUPTCY UNIT
PO BOX 71900
HENRICO  VA 23255-1900

DIVVY CREDIT CARD
13707 S 200 W
STE 100
DRAPER  UT 84020-2443

(P)DOMINION ENERGY VIRGINIA NORTH
CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

DONALD B RICE TIRE COMPANY  INC TA RICE
T
MARY BETH BEARD
909 N EAST STREET
FREDERICK  MD 21701-4621

DOUGLAS CHELF
4609 CONDOR STREET
MUSCATINE  IA 52761-8966

DRAKE SHORES
813 SAINT ANNES DRIVE
IOWA CITY  IA 52245-5635

DRILLTECH  LLC
7080 YORK STREET
DENVER  CO 80229-7301

DULLES ELECTRIC SUPPLY CORP
22570 SHAW RD
SUITE 150
STERLING  VA 20166-4393

DYLAN BOWSER
19125 DALES FORD RD
SCOTCH GROVE  IA 52310-7484

DYLAN DAVIS
2050 EDGEWOOD RD NW
CEDAR RAPIDS  IA 52405-1028

ER UTILITIES CONSTRUCTION
14520 GOLDEN OAK RD
CENTREVILLE  VA 20121-2262

ECICOG
700 16TH ST NE
301
CEDAR RAPIDS  IA 52402-4665

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled as "EXCLUDE" have been bypassed for service via First Class USPS Mail Service.

ET COMMUNICATIONS
40 E STATION AVE
COOPERSBURG  PA 18036-2132

~~EXCLUDE~~

~~(D)EAST CENTRAL IOWA COUNCIL OF~~
~~GOVERNMENTS~~
~~700 16TH STREET NE~~
~~SUITE 301~~
~~CEDAR RAPIDS  IA 52402-4665~~

EAST CENTRAL IOWA COUNCIL OF
GOVERNMENTS
CO RUSH M SHORTLEY
1921 51ST STREET NE
CEDAR RAPIDS  IA 52402

ECHO GROUP INC
PO BOX 336
COUNCIL BLUFFS  IA 51502-0336

EDGE CONSULTING ENGINEERS  INC
624 WATER STREET
PRAIRIE DU SAC  WI 53578-1027

~~EXCLUDE~~

~~(D)EDGE CONSULTING ENGINEERS  INC~~
~~624 WATER STREET~~
~~PRAIRIE DU SAC  WI 53578-1027~~

EFRAIN JOVEL
665 DULLES PARK CT 103
HERNDON  VA 20170-3848

ELECTRICAL ENGINEERING  EQUIP
953 73RD STREET
WINDSOR HEIGHTS  IA 50324-1031

ELMER MAJANO HERNANDEZ
15095 ARUM PL
WOODBRIDGE  VA 22191-3847

ELMER PEREIRA
15095 ARUM PL
WOODBRIDGE  VA 22191-3847

EULER HERMES N A INSURANCE CO AS AGENT
FO
800 RED BROOK BLVD  400C
OWINGS MILLS  MD 21117  MD 21117-5173

FARMERS  MERCHANTS SAVINGS BANK
200 FIRST ST SW
CEDAR RAPIDS  IA 52404-5735

~~EXCLUDE~~

~~(D)FARMERS  MERCHANTS SAVINGS BANK~~
~~200 FIRST STREET SW~~
~~CEDAR RAPIDS  IA 52404-5735~~

FENCE PROS INC
3887 TRIGG TURNER RD
CORYDON  KY 42406-9581

FERGUSON DBA ACF
PO BOX 100286
ATLANTA  GA 30384-0286

FIBER NETWORK RESOURCES
2486 STATE ROUTE 588
GALLIPOLIS  OH 45631-9105

FIN  FERN LLC
126 19TH ST SW
CEDAR RAPIDS  IA 52405

(P)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

FIVE STAR COMMUNICATIONS  LLC
725 S 33RD ST
OMAHA  NE 68105-1411

FIVE STAR COMMUNICATIONS  LLC
CO DAVID J SKALKA  ESQ
2120 SOUTH 72ND STREET  SUITE 1200
OMAHA  NE  68124

FOLA TECHNOLOGIES
2121 SWAN DRIVE
CAMANCHE  IA 52730-2009

FOUNDATION SOFTWARE
17800 ROYALTON RD
STRONGSVILLE  OH 44136-5149

FRANCISCO ARGUETA PEREIRA
8981 BONHAM CIR
MANASSAS  VA 20110-4294

FREDDIE AVILES
6807 KINGSWOOD LANE NORTHEAST
CEDAR RAPIDS  IA 52402-5937

FUJITSU NETWORK COMMUNICATIONS
2801 TELECOM PARKWAY
RICHARDSON  TX 75082-3599

FUSION TELECOM SERVICES  LLC
4020 OAKMEADOW DR
PLANO  TX 75093-8538

GD CONSTRUCTION INC
2514 COVE HOLLOW CT
ROWLETT  TX 75088-2436

USPS FIRST CLASS MAIL RECIPIENT - Parties receiving NOTICE OF ELECTRONIC FILING via First Class USPS Mail Service.
Parties with names struck through or labeled as "EXCLUDE" were not sent this notice via First Class USPS Mail Service.

GLT TRANSPORTATION GROUP
10 CANAL ST 318
MIAMI  FL 33166-4404

GADI DOTZ (GENE ROSENS LAW FIRM  A PR
GENE ROSENS LAW FIRM  A PROFESSIO
200 GARDEN CITY PLAZA  SUITE 405
GARDEN CITY  NY 11530-3338

GALINSKY FAMILY REAL ESTATE
3900 VANDALIA ROAD
DES MOINES  IA 50317-1550

GALINSKY FAMILY REAL ESTATE  LLC
CO ANDREW GALINSKY
3900 VANDALIA ROAD
DES MOINES  IOWA 50317-1550

GALLOWAY GROUP
5840 YOUNGQUIST RD
FT MEYERS  FL 33912-2271

GARCIA CABLE INC
8318 MORNINGSIDE DR
MANASSAS  VA 20112-3511

GARRETT COWAN
52 COWAN RD
COVINGTON  PA 16917-9537

GARY BASS CONSTRUCTION  INC
PO BOX 601
EDGEWOOD TX 75117-0601

GENESIS UTILITY INC
1740 FOX DOWNS LANE
OILVILLE  VA 23129

GENUINE CABLE GROUP
PO BOX 734769
CHICAGO  IL 60673-4769

GINA L KRAMER
210 JONES ST  SUITE 201
DUBUQUE  IA 52001-7615

GLOBAL RENTAL CO INC
33 INVERNESS CENTER PKWY STE 250
BIRMINGHAM  AL 35242-7648

GLOBAL RENTAL CO  INC
1901 SIXTH AVE N  SUITE 1700
BIRMINGHAM  AL 35203-2629

GRAYBAR ELECTRIC CO
12437 COLLECTIONS CENTER DRIVE
CHICAGO  IL 60693-0124

GRAYBAR ELECTRIC COMPANY  INC
7601 SETZLER PARKWAY NORTH
BROOKLYN PARK  MN 55445-1883

GREAT AMERICA FINANCIAL SERVIC
PO BOX 660831
DALLAS  TX 75266-0831

GREATAMERICA FINANCIAL SERVICES CORP
625 FIRST STREET SE
CEDAR RAPIDS  IA 52401-2030

GREATAMERICA FINANCIAL SERVICES
CORPORATION
ATTN PEGGY UPTON
PO BOX 609
CEDAR RAPIDS  IA 52406-0609

GREEN NOTE CAPITAL PARTNERS INC
1019 AVENUE P  SUITE 401
BROOKLYN  NY 11223-2366

EXCLUDE
(D)GREEN NOTE CAPITAL PARTNERS SPV LLC
1019 AVENUE P SUITE 401
BROOKLYN  NY 11223-2366

GREEN NOTE CAPITAL PARTNERS SPV LLC
EVAN LINCOLN MOSCOV
PO BOX 8305
WAUKEGAN  IL 60079-8305

GREEN NOTE CAPITAL PARTNERS SPV LLC
CO EVAN LINCOLN MOSCOV
PO BOX 8305
WAUKEGAN  IL  60079

EXCLUDE
(D) (D)GREENSTATE CREDIT UNION
ATTN LEGAL
PO BOX 800
NORTH LIBERTY IA 52317-0800

GREENSTATE CREDIT UNION
CO TERRY L GIBSON
2015 GRAND AVENUE  SUITE B
DES MOINES  IA 50312-4901

GREENSTATE CREDIT UNION
CO TERRY L GIBSON
2015 GRAND AVENUE  SUITE 102
DES MOINES  IA  50312

GUY M TURNER  INC
PO BOX 7776
GREENSBORO  NC 27417-0776

EXCLUDE
(D)GUY M TURNER  INC
PO BOX 7776
GREENSBORO  NC 27417-0776

HM CRAGG CO
7490 BUSH LAKE ROAD
EDINA MN 55439-2801

HDZ ENTERPRISES  INC
7964 CONNELL CT
SUITE D
LORTON  VA 22079-1036

~~EXCLUDE~~
~~(D)HM CRAGG CO~~
~~7490 BUSH LAKE ROAD~~
~~EDINA  MN 55439-2801~~

HARRIS  HEAVENER EXCAVATING
149 HUMPHRIES DR
REYNOLDSBURG  OH 43068-6801

HAWKEYE FIRE  SAFETY
716 OAKLAND RD NE
CEDAR RAPIDS IA 52402-4669

HECTOR DAVILA
6015 LUCENTE AVE
SUITLAND  MD 20746-3728

(P)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4325

~~EXCLUDE~~
~~(D)(P)HERC RENTALS INC~~
~~ATTN BANKRUPTCY~~
~~27500 RIVERVIEW CENTER BLVD 2ND FLOOR~~
~~BONITA SPRINGS FL 34134-4325~~

HERC RENTALS  INC
CO BENJAMIN G NIELSON
PO BOX 2107
CEDAR RAPIDS  IA  52406-2107

HIAWATHA PROPERTIES LLC
1710 HAWKEYE DRIVE  SUITE 100
PO BOX 25
HIAWATHA IA 52233-0025

HIAWATHA PROPERTIES LLC
ATTN TIMOTHY J WILSON
1710 HAWKEYE DRIVE
HIAWATHA  IA 52233-4716

HIAWATHA PROPERTIES LLC
CO DAN CHILDERS
PO BOX 2107
CEDAR RAPIDS  IA 52401-2107

HIAWATHA WATER DEPARTMENT
101 EMMONS ST
HIAWATHA  IA 52233-1610

HOTEL ENGINE  INC
DEPT CH 17483
PALATINE  IL 60055-7483

HUMBERTO ESPINOZA
7407 LAKE DRIVE
MANASSAS  VA 20111-1950

IMON COMMUNICATIONS
PO BOX 3446
CEDAR RAPIDS  IA 52406-3446

ISOLVED BENEFIT SERVICES
PO BOX 889
COLDWATER  MI 49036-0889

~~EXCLUDE~~
~~(D)IMON COMMUNICATIONS~~
~~PO BOX 3446~~
~~CEDAR RAPIDS  IA  52406-3446~~

(P)IMON COMMUNICATIONS  LLC
101 THIRD AVE SW
STE 400
CEDAR RAPIDS IA 52404-5736

IMPERIAL CRANE SERVICES  INC
7500 W IMPERIAL DRIVE
BRIDGEVIEW IL 60455-2395

INTELIPORT INC
103 N CHURCH ST
HERTFORD  NC 27944-1103

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

IOWA DEPARTMENT OF REVENUE
OFFICE OF THE ATTORNEY GENERAL OF IOWA
ATTN BANKRUPTCY UNIT
1305 E WALNUT STREET
DES MOINES  IA 50319-0109

IOWA DEPARTMENT OF TRANSPORTATION
PO BOX 10382
DES MOINES  IA 50306-0382

(P)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

IOWA WORKFORCE DEVELOPMENTUE
1000 E GRAND AVE
DES MOINES IA 50319-0220

ISOTROPIC NETWORK  INC
CO TERRY L GIBSON
2015 GRAND AVENUE  SUITE 102
DES MOINES  IA  50312

USPS FIRST CLASS MAIL SERVICE RECIPIENTS
Parties with names struck through or labeled as "EXCLUDE" were NOT served via First Class USPS Mail Service.

ISOTROPIC NETWORKS  INC
CO TERRY L GIBSON
2015 GRAND AVENUE  SUITE B
DES MOINES  IA 50312-4901

JA LEE ELECTRIC SERVICES  LLC
11 MELANIE LANE  SUITE 9
EAST HANOVER  NJ 07936-1100

JJJ CABLE COMMUNICATION  LLC
2025 KELLER SPRINGS RD 1015
CARROLLTON  TX 75006

JK COMMUNICATIONS LLC
304 COTTONWOOD ST
LEXINGTON  MO 64067-1386

JACOB HENSEL
1130 32ND ST NE
CEDAR RAPIDS  IA 52402-3515

JAMES RIVER EQUIPMENT
9107 OWENS DR
MANASSAS PARK  VA 20111-4802

JARED NELSON
717 WILSON AVE DRIVE SW
CEDAR RAPIDS  IA 52404-3751

JAROD LEE
207 NORTH MARION ST
ANDREW  IA 52030

JASON A GANG  ATTORNEY
1245 HEWLETT PLAZA  478
HEWLETT  NY 11557-4021

JERAMIE ELLEFSON
10245 45TH AVE  APT 4
WYOMING  IA 52362-7650

JESUS FUENTES
2400 VIDALIA CT
WALDORF  MD 20601-3780

JIM LIEURANCE
512 TYLER STREET SE  8
CASCADE  IA 52033-9598

JODY RAE SARTIN
US SMALL BUSINESS ADMINISTRATION
210 WALNUT STREET  SUITE 749
DES MOINES  IA 50309-2186

JOHN DEERE CONSTRUCTION  FORESTRY CO
6400 NW 86TH STREET
PO BOX 6600
JOHNSTON  IA 50131-6600

JOHN DEERE CONSTRUCTION  FORESTRY
COMPANY
CO BENJAMIN G NIELSON
PO BOX 2107
CEDAR RAPIDS  IA  52401-2107

JOHN DEERE CONSTRUCTION  FORESTRY
COMPANY
CO WESLEY B HUISINGA
235 6TH ST SE
CEDAR RAPIDS  IA 52401

<del>EXCLUDE</del>

<del>(D)(P)DEERE CREDIT SERVICES  INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600</del>

JOHN DEERE FINANCIAL
CO WESLEY B HUISINGA
235 6TH ST SE
CEDAR RAPIDS  IA 52401

JOHN DEERE FINANCIAL  FSB
CO BENJAMIN G NIELSON
PO BOX 2107
CEDAR RAPIDS  IA  52401-2107

JON L SWERGOLD
GREENBERG TRAURUG  LLP
401 EAST LAS OLAS BLVD
STE 200
FORT LAUDERDALE  FL 33301-2211

JONES TRANSPORT  LLC
CO JENNIFER HOUSTON
6184 HWY 98 WEST
SUITE 210
HATTIESBURG  MS 39402

JOSE GUTIERREZ
2044 FAIRFAX PIKE LOT 56
WHITE POST  VA 22663-1868

JOSE REYES
615 SOUTHLIA DR APT H
KOKOMO  IN 46902-3490

JOSE ROJAS
2044 FAIRFAX PIKE 42
WHITE POST  VA 22663-1872

JUAN LIRA
201 HAYS AVE
TRENTON  TN 38382-2130

JULIE PULKRABEK
PULKRABEK LAW OFFICE  PLC
4698 FOX LANE NE
IOWA CITY  IA 52240-7733

JUSTIN HARRIS
5127 SUMERDUCK RD
WARRENTON  VA 20186

USPS FIRST CLASS MAIL - RECIPIENTS OF NOTICE OF SERVICE - Document served via First Class USPS Mail Service.
Parties with names struck through or labeled EXCLUDE were not served.

KYF GLOBAL PARTNERS
1019 AVENUE P  402
BROOKLYN  NY 11223-2366

KYF GLOBAL PARTNERS
GENE ROSENS LAW FIRM  A PROFESSIO
200 GARDEN CITY PLAZA  SUITE 405
GARDEN CITY  NY 11530-3338

KYF GLOBAL PARTNERS LLC
1 INDUSTRIAL WAY W  BLDG C
EATONTOWN  NJ 07724-4205

KATHLEEN BURGESS
106 CARDINAL AVE
ATKINS  IA 52206-9728

KATHLEEN BURGESS
2510 CLARK AVE
MARION  IA 52302-4135

KAYLEE BRUCE
1075 PARKVIEW DR
MARION  IA 52302-2757

KAYLEE BRUCE
565 EASTVIEW AVE
MARION  IA 52302-5974

KEENAN FLINT
304 3RD AVE
HIAWATHA  IA 52233-1634

KELLY KEMMERLING
654 28TH ST COURT SE  APT 303
CEDAR RAPIDS  IA 52403-3003

KENWAY TRUCKING LLC
1655 COMMERCIAL DR
PO BOX 237
WALFORD  IA 52351-0237

KEVIN HAINES
1984 SCALES BEND ROAD NE
NORTH LIBERTY  IA 52317-9332

KEYSTONE BANK
807 ROSEDALE DR
CENTER POINT  IA 52213-9381

EXCLUDE

(D)KEYSTONE SAVINGS BANK
81 MAIN STREET
PO BOX 367
KEYSTONE  IA 52249-0367

KEYSTONE SAVINGS BANK
ABRAM CARLS
115 3RD STREET SE  SUITE 1200
CEDAR RAPIDS  IA 52401-1222

KEYSTONE SAVINGS BANK
CO ABRAM V CARLS
115 THIRD STREET SE  SUITE 1200
CEDAR RAPIDS  IA  52401

KEYSTONE SAVINGS BANK
CO ERIC W LAM
115 THIRD STREET SE  SUITE 1200
CEDAR RAPIDS  IA  52401

KIRKWOOD COMMUNITY COLLEGE
7725 KIRKWOOD BLVD
CEDAR RAPIDS  IA 52404-5231

KONICA MINOLTA BUSINESS SOLUTIONS
CO LYNN FISHER  KONICA MINOLTA
101 WILLIAMS DRIVE
RAMSEY  NJ 07446-1217

KONICA MINOLTA BUSINESS SOLUTIONS USA
CO US BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL  MN 56258-4099

KONICA MINOLTA PREMIER FINANCE
PO BOX 790448
ST LOUIS  MO 63179-0448

KRAMER WELL DRILLING LLC
W14405 HWY 8
WEYERHAEUSER  WI 54895-9631

KYLE ENTERPRISES  LLC DBA MILLENNIUM
WAGNER FALCONER  JUDD  LTD
300 NORTH CORPORATE DRIVE
SUITE 200
BROOKFIELD  WI 53045-5833

L  M UNDERGROUND  INC
7529 S STORM MTN
LITTLETON  CO 80127-3807

EXCLUDE

(D)LM UNDERGROUND INC
7529 S STORM MTN
LITTLETON  CO 80127-3807

LAMONI HCP
139 N LINDEN ST
LAMONI  IA 50140-1045

LAMONI HEATING  COOLING   PLUMBING LLC
139 N LINDEN ST
LAMONI  IA 50140-1045

LEONARDO MEZA JR
11057 VISTA DEL SOL DR
EL PASO  TX 79935-4311

USPS FIRST CLASS MAIL RECIPIENTS: SERVICE LIST
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

LIBERTY DOORS
900 WEST PENN STREET
NORTH LIBERTY  IA 52317-9524

LIBERTY MUTUAL INSURANCE
PO BOX 91012
CHICAGO  IL 60680-1110

LINN COUNTY REC
5695 REC DRIVE
PO BOX 69
MARION  IA 52302-0069

LINN COUNTY RURAL ELECTRIC COOPERATIVE
ASSOC
JULIE PULKRABEK
PULKRABEK LAW OFFICE  PLC
4698 FOX LANE NE
IOWA CITY  IA 52240-7733

LIOMEDES FUENTES
7783 BLACK HORSE CT
MANASSAS  VA 20109-8207

LIQUID CAPITAL EXCHANGE
5075 YONGE ST STE 700
TORONTO  ONTARIO CANADA
M2N 6C6

CANADA
LIQUID CAPITAL EXCHANGE  INC
5075 YONGE ST STE 700
TORONTO  ONTARIO  CANADA  M2N 6C6
ATT VLAD ROJKO

LIQUID CAPITAL EXCHANGE  INC
CO KRISTINA M STANGER
700 WALNUT STREET  SUITE 1600
DES MOINES  IA 50309-3899

LIQUID CAPITAL EXCHANGE  INC
CO ROY L LEAF
625 FIRST STREET SE  SUITE 400
CEDAR RAPIDS  IA 52401-2030

LISA WATSON
20388 FARMGATE TERR
ASHBURN  VA 20147-3710

LISTO SERVICES  LLC
14773 CRIMSON BLUFF
WINTER GARDEN  FL 34787-3259

LOUDOUN AUTO PARTS INC
45977 OLD OX RD
STERLING  VA 20166-9472

LOUDOUN QUARRIES
PO BOX 220112
CHANTILLY  VA 20153-0112

LOUDOUN WATER
PO BOX 4000
ASHBURN  VA 20146-2591

LUCK STONE CORP
PO BOX 22696
NEW YORK  NY 10087-2696

LUIS PERDOMO MORENO
12023 GREWING SQ APT C1
RESTON  VA 20191-1889

LUMEN
1025 ELDORADO BLVD
BROOMFIELD  CO 80021-8249

LUMEN LAW DEPARTMENT
931 14TH ST  9TH FLOOR
DENVER  CO 80202-2994

LUMEN TECHNOLOGIES GROUP  LLC
1025 ELDORADO BLVD
ATTN  LEGAL - BKY
BROOMFIELD  CO 80021-8249

LYLE OESTERBORG
1520 IDLEDALE ROAD NE
CEDAR RAPIDS  IA 52402-1078

MOB COMMUNICATIONS  LLC
13709 80TH TERRACE
LIVE OAK  FL 32060-8825

MANCHESTER LEASING SERVICE INC
18173 EDISON AVE
UNIT G
CHESTERFIELD  MO 63005-3722

MANCHESTER LEASING SERVICES  INC
2771 104TH STREET  SUITE 1
URBANDALE  IA 50322-3883

MANCHESTER LEASING SERVICES  INC
TERRY L GIBSON
WANDRO  ASSOCIATES
2015 GRAND AVENUE
DES MOINES  IA 50312-4902

MANCHESTER LEASING SERVICES  INC
18173 EDISON AVENUE  UNIT G
CHESTERFIELD  MO 63005-3722

MANCHESTER LEASING SERVICES  INC
CO TERRY L GIBSON
2015 GRAND AVENUE  SUITE 102
DES MOINES  IA 50312

MAQUOKETA VALLEY REC
109 NORTH HUBER ST
ANAMOSA  IA 52205-1453

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as "EXCLUDE" in a "SERVICE" line have been served via First Class USPS Mail Service.

MARCELINO AVALOS
760 E ETNA RD
OTTAWA IL 61350-1014

MARIO REYES ALFARO
9211 TIMBERWOOD CT
MANASSAS VA 20110-4837

MARK A LUDOLPH
CATERPILLAR FINANCIAL SERVICES
CORPORATI
ATTN ERIN OQUINN
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

MARK A LUDOLPH
CATERPILLAR FINANCIAL SERVICES
CORPORATI
ATTN JOAN MORRISON
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

MARK SHELLER
600 EAST POPLAR ROAD
STERLING VA 20164-3335

MARLIN BUSINESS BANK
2795 E COTTONWOOD PKWY
SALT LAKE CITY UT 84121-7092

MARLIN CAPITAL SOLUTIONS
300 FELLOWSHIP RD
MOUNT LAUREL NJ 08054-1201

MARLIN CAPITAL SOLUTIONS
300 FELLOWSHIP RD
MT LAUREL NJ 08054-1201

MARLIN LEASING CORPORATION DBA PEAC
SOLUTION
300 FELLOWSHIP ROAD
MT LAUREL NJ 08054-1201

MARVAIR
PO BOX 400
CORDELE GA 31010-0400

MCCARTHY TIRE SERVICE CO OF VA
PO BOX 1125
WILKES BARRE PA 18703-1125

MCCOART ELECTRIC
68 HORSE PICTURE
LOWMANSVILLE KY 41232-9089

MCGRATH
4610 CENTER POINT RD NE
CEDAR RAPIDS IA 52402-2412

(P)MEDIACOM COMMUNICATIONS CORPORATION
ONE MEDIACOM WAY
CHESTER NY 10918-4850

EXCLUDE
(D)(P)MEDIACOM COMMUNICATIONS
CORPORATION
ONE MEDIACOM WAY
CHESTER NY 10918-4850

MEDIACOM LEGAL DEPARTMENT
1 MEDIACOM WAY
MEDIACOM PARK NY 10918-4810

MIDAMERICA ENERGY COMPANY
PO BOX 8020
DAVENPORT IA 52808-8020

MIDAMERICAN ENERGY COMPANY
PO BOX 4350 CREDIT
DAVENPORT IA 52808-4350

MIDWEST WHEEL COMPANIES
200 50TH AVE SW
CEDAR RAPIDS IA 52404-4926

MIKE MINER
14407 AMBER ROAD X44
MONTICELLO IA 52310-8070

MILLBROOK QUARRIES LLC   DBA
PO BOX 163
BROAD RUN VA 20137-0163

(P)MILLBROOK WEST LLC
PO BOX 163
BROAD RUN VA 20137-0163

MILLENNIUM
120 S WRIGHT ST
DELAVAN WI 53115-2012

MOBILE MINI INC
4646 E VAN BUREN ST STE 400
PHOENIX AZ 85008-6927

MODULAR CONNECTIONS   LLC
1090 INDUSTRIAL BLVD
BESSEMER AL 35022-6009

MOISES SANTOS YANES
8436 GRAVES STREET APT 103
ALEXANDRIA VA 22309-8447

NOVA RECON
7720 BETHLEHEM ROAD
MANASSAS VA 20109-2716

USPS FIRST CLASS MAILZIP PREFERRED SERVICE - parties served via First Class USPS Mail Service.
Parties with names struck through or labeled EXCLUDE are not served.

NOVEC
PO BOX 34795
ALEXANDRIA  VA 22334-0795

NEW AGE DRILLING LLC
3212 23RD ST
DES MOINES  IA 50320-2647

NINJAONE
3687 TAMPA ROAD SUITE 200
OLDSMAR  FL 34677-6313

NORTHERN WISCONSIN FENCE
W7620 CORK RD
PHILLIPS  WI 54555-6366

OFFICE OF THE US TRUSTEE
111 SEVENTH AVENUE SE  SUITE 2800
CEDAR RAPIDS  IA 52401-2103

OSTAFI COMMUNICATIONS INC
2121 SWAN DRIVE
CAMANCHE  IA 52730-2009

OVERHEAD DOOR
6515 4TH STREET SW
CEDAR RAPIDS  IA 52404-4761

OZZY FIBER CONSTRUCTION  INC
14378 SANDHILL ROAD
LOUISVILLE  NE 68037-2848

PEAC SOLUTIONS
300 FELLOWSHIP RD
MT LAUREL TOWNSHIP  NJ 08054-1201

PJI LAW
3900 JERMANTOWN RD
FAIRFAX  VA 22030-4900

PWCSA
PO BOX 2266
WOODBRIDGE  VA 22195-2266

PAUL GARNER
1475 DRUMMER HILL RD
FRONT ROYAL  VA 22630-4355

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280904
HARRISBURG  PA  17128-0904

PINCO CONSTRUCTION  INC
21010 SOUTHBANK ST 605
STERLING  VA 20165-7227

PLUMETAZZ AMERICA CORP
225 THRASHER PIKE
SODDY DAISY  TN 37379-4267

POLY VINYL ROOFING
785 ELBOW CREEK RD
MOUNT VERNON  IA 52314-9732

PORTAJOHNS
19212 MILITARY RD
BENNINGTON  NE 68007-6212

PRECISION SHEET METAL
1518 13TH ST
BELLE PLAINE  IA 52208-1327

PREMIER AV SOLUTIONS
609 W JEFFERSON ST
PALMER  TX 75152-9638

PRICE BUILDERS LLC
12185 FREDRICK
PAMPA  TX 79065-1513

PRICE BUILDERS LLC
PETER J CHALIK
699 WALNUT ST  SUITE 2000
DES MOINES  IA 50309-3948

PRICELESS LANDSCAPE
7015 LANCASTER THORNVILLE RD NE
PLEASANTVILLE  OH 43148-9738

PRIMUS ELECTRONICS
8101 SOLUTIONS CENTER
CHICAGO  IL 60677-8001

PRO TECH ELECTRIC SERVICES INC
8615 WHITMORE CIR
STE 108
OMAHA  NE 68122-1844

QUALITY POWER SOLUTIONS LLC
5718 MANUFACTURERS DR
MADISON  WI 53704-6276

EXCLUDE
(D)QUALITY POWER SOLUTIONS  LLC
5718 MANUFACTURERS DRIVE
MADISON  WI 53704-6276

RCR TELECOM  LLC
2425 W PARKER RD  BLDG 6C
CARROLLTON  TX 75010-4725

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled as EXCLUDE were not served via First Class USPS Mail Service.

ROC COMMUNICATIONS LLC
13908 LAKE DRIVE NE
COLUMBUS  MN 55025-8609

~~EXCLUDE~~
~~(D) RP CONSTRUCTION~~
~~24008 BISHOP MEADE PLACE~~
~~ASHBURN  VA 20148-1712~~

RP CONSTRUCTION  LLC
24008 BISHOP MEADE PL
ASHBURN  VA 20148-1712

RP CONSTRUCTION  LLC
CO JEFFREY D GOETZ  ESQ
801 GRAND AVENUE  SUITE 3700
DES MOINES  IA  50309

REBECCA STRIKE
6906 BROOKHAVEN DR NW
CEDAR RAPIDS  IA 52405-3178

RESURFACE INC
7679 LIMESTONE DR
GAINESVILLE  VA 20155-4041

REXCO EQUIPMENT INC
5900 SW 56TH ST
DES MOINES  IA 50321-9621

REYES UNDERGROUND UTILITIES
1899 COUNTY ROAD 1126
CUMBY  TX 75433-5149

REYNA PAZ
PRESIDENT  CEO OF RP CONSTRUCTION
LLC24008
BISHOP MEADE PLACE
ASHBURN  VA 20148

RICE TIRE
13032 BALLS FORD RD
MANASSAS  VA 20109-2410

ROB BROWN
4907 HARVEST COURT SW
CEDAR RAPIDS  IA 52404-7411

ROMERO CONSTRUCTION  LLC
4212 AIRLINE PKWY
CHANTILLY  VA 20151-3965

ROSS MICHAELIS
121 S GARNAVILLO ST
ANAMOSA  IA 52205-1975

ROY R LEAF
NYEMASTER GOODE  PC
625 1ST ST SE
STE 400
CEDAR RAPIDS  IA 52401-2032

RUSH M SHORTLEY
1921 51ST ST NE
CEDAR RAPIDS  IA 52402-2400

RYAN PEDERSEN
814 F AVE
CEDAR RAPIDS  IA 52405-2721

SS FIBEROPTICS CORP
14135 DAN PARK LOOP
FORT MYERS  FL 33912-6853

SIA UNDERGROUND INC
324 PRESTON DR
WARRENTON  VA 20186-2673

SCHERR CONTRACTING LLC
5015 SW 8TH ST
DES MOINES  IA 50315-4614

SCHIMBERG COMPANY
1106 SHAVER RD NE
CEDAR RAPIDS  IA 52402-4500

SEGA AG WORKS INC
PO BOX 39
CISSNA PARK  IL 60924-0039

SETH STANTON
409 6TH AVE SW
CEDAR RAPIDS  IA 52404-5814

SHEETS STERLING  INC
EMILY DOUGLAS MOORE
974 73RD STREET  SUITE 16
WEST DES MOINES  IA 50265-1026

SHEETS STERLING  INC
CO EMILY DOUGLAS MOORE
974 73RD STREET  SUITE 16
WEST DES MOINES  IA  50265

~~EXCLUDE~~
~~(D) (P) SHEETS STERLING  INC~~
~~ATTN KIMBERLY BOWSER~~
~~P O BOX 615~~
~~STERLING VA 20167-0615~~

SHERWIN WILLIAMS
3501 J ST SW
CEDAR RAPIDS  IA 52404-4608

SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST
SUITE 300
EL PASO  TX 79935-4910

USPS FIRST CLASS MAIL RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SMALL BUSINESS ADMINSTRATION
2750 1ST AVE NE
SUITE 350
CEDAR RAPIDS  IA 52402-4831

SOFT DIG PROPERTIES  LLC
525 MILLTOWN ROAD
SUITE 304
NEW BRUNSWICK  NJ 08902-3317

SOLID WASTE AGENCY
1954 COUNTY HOME ROAD
MARION  IA 52302-9758

SOLUTIONS FIBER OPTIC INC
8422 FREEDOM CT
COLUMBIA  MD 21045-3100

SOURCTEL SUPPLY  LLC
1635 LAKES PARKWAY
SUITE O
LAWRENCEVILLE  GA 30043-5897

SOUTH DAKOTA DEPARTMENT OF REVENUE
300 S SYCAMORE AVENUE  STE 102
SIOUX FALLS  SD 57110-1323

(P)STAR EQUIPMENT LTD
PO BOX 8438
DES MOIONES IA 50301-8438

STATE OF IOWA WORKFORCE DEVELOPMENT
1000 E GRAND AVENUE
DES MOINES  IA 50319-0220

STATE OF WISCONSIN DWD
STATE OF WISCONSIN DWD UI
PO BOX 8914
MADISON  WI 53708-8914

SUMMIT IG
ATT LEE GRANT VP  GENERAL COUNSEL
22365 BRODERICK DRIVE SUITE 250
STERLING  VA 20166-9396

SUMMIT INFRASTRUCTURE GROUP  LLC
CO CHRISTOPHER L PERKINS
ECKERT SEAMANS CHERIN  MELLOTT  LLC
919 E MAIN STREET  SUITE 1300
RICHMOND  VA 23219-4624

SUMMITIG  LLC
22365 BRODERICK DR SUITE 250
STERLING  VA 20166-9396

SUMMITIG  LLC
22375 BRODERICK DRIVE SUITE 165
STERLING  VA 20166-9346

SUNBELT RENTALS
PO BOX 409211
ATLANTA  GA 30384-9211

TMC TRANSPORTATION
PO BOX 1774
DES MOINES  IA 50306-1774

TNT UNDERGROUND UTILITIES  INC
303 E WHITWORTH STREET
HAZLEHURST  MS 39083-2607

TAMMY KEMP
CHIEF CREDIT OFFICER
LIQUID CAPITAL EXCHANGE
5075 YONGE STREET STE 700
TORONTO  ONTARIO CANADA
M2N 6C6

TARHEEL CONTRACTORS SUPPLY
162 PORTER RD
ROCK HILL  SC 29730-6339

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON BLDG  3RD FLOOR STE 500
500 DEADERICK ST
NASHVILLE  TN  37242-1099

TERRY DURIN CO
407 7TH AVE SE
CEDAR RAPIDS  IA 52401

THE SHERWINWILLIAMS COMPANY
CO MICHAEL B BACH  AUTHORIZED AGENT
25 WHITNEY DRIVE  SUITE 106
MILFORD  OH 45150-8400

TIER 1 TOWER SERVICES LLC
955 16TH AVE
MARION  IA 52302-2654

TODD SHORES
1840 SILVER MAPLE TRAIL
NORTH LIBERTY  IA 52317-4761

TRAFFIC SAFETY SUPPLIES INC
14490 LEE HWY
GAINESVILLE  VA 20155-1838

TRANSPORTATION CONSULTANTS INC
2400 86TH ST SUITE 28
URBANDALE  IA 50322-4306

(P)DIVISION OF CHILD SUPPORT
ENFORCEMENT
BANKRUPTCY UNIT
2001 MAYWILL STREET STE 200
RICHMOND VA 23230-3236

TRIPWIRELESS  INC
4941 ALLISON ST SUITE 7
ARVADA  CO 80002-4421

USPS FIRST CLASS MAIL – PIED – Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

TY MCFARLAND
1826 23RD ST NW
CEDAR RAPIDS  IA 52405-5602

TYLER PELTON
53052 E FOX HILL RD
BARABOO  WI 53913

(P)U S ATTORNEY S OFFICE
111 7TH AVENUE SE
BOX 1
CEDAR RAPIDS IA 52401-2103

US SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST  300
EL PASO  TX 79935-4910

US SMALL BUSINESS ADMINISTRATION
210 WALNUT STREET  SUITE 749
DES MOINES  IA 50309-2186

(P)U S  SMALL BUSINESS ADMINISTRATION
ATTN BK NOTICES
332 S MICHIGAN AVE SUITE 600
CHICAGO IL 60604-4318

US SMALL BUSINESS ADMINISTRATION
FRESNO DISTRICT OFFICE
801 R STREET
SUITE 201
FRESNO  CA 93721-2365

~~EXCLUDE~~
~~(D)(P)U S ATTORNEY S OFFICE~~
~~111 7TH AVENUE SE~~
~~BOX 1~~
~~CEDAR RAPIDS IA 52401 2103~~

USA COMMUNICATIONS
124 MAIN STREET
PO BOX 389
SHELLSBURG  IA 52332-0389

USTDW
PO BOX 365
WALFORD  IA 52351-0365

UNITE PRIVATE NETWORKS
120 W 12TH STREET FLOOR 11
KANSAS CITY  MO 64105-1937

UNITED HEALTHCARE
ATLANTA  GA  30374-0376

UNITED RENTAL
5735 4TH ST CT SW
CEDAR RAPIDS  IA 52404-4840

UNITED STATES ATTORNEY (SBA)
111 7TH AVENUE SE  BOX 1
CEDAR RAPIDS  IA 52401-2101

UNITED STATES TRUSTEE
UNITED STATES FEDERAL COURTHOUSE
111 7TH AVENUE SE  BOX 17
CEDAR RAPIDS  IA 52401-2103

UNITED STATES TRUSTEE
NORTHERN DISTRICT OF IOWA
111 SEVENTH AVENUE SE  SUITE 280
CEDAR RAPIDS  IA 52401-2103

UNITED OF LIFE INSURANCE COMPANY
MUTUAL OF OMAHA PLAZA
OMAHA  NE 68175-0001

UNITEDHEALTHCARE INSURANCE COMPANY
ATTN CDMBANKRUPTCY
185 ASYLUM STREET- 03B
HARTFORD  CT 06103-3408

UTILITY SERVICE CONTRACTORS INC
1410 INDUSTRIAL DR  SUITE 100
HIAWATHA  IA 52233-1149

VEERABHADRA R MALIKIREDDY
CO SAMSON PROPERTIES
14526 LEE ROAD
CHANTILLY  VA 20151-2112

VERIZON BUSINESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN  VA 20147-6122

VICTOR HERNANDEZ
45291 GABLE SQ
STERLING  VA 20164-5348

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1777
RICHMOND  VA 23218-1777

VIRGINIA EMPLOYMENT COMMISSION
PO BOX 26441
RICHMOND  VA 23261-6441

VIRGINIA GROUND COVERS
21585 CASCADES PARKWAY
STERLING  VA 20166-9209

WI DEPARTMENT OF WORKFORCE DEVELOPMENT
UNEMPLOYMENT INSURANCE DIVISION
PO BOX 7945
MADISON  WI 53707-7945

WM CORPORATE SERVICES  INC
PO BOX 4648
BOSTON  MA 02205

USPS FIRST CLASS MAIL RECIPIENTS
Parties with names struck through or labeled EXCLUDE WILL NOT receive service via First Class USPS Mail Service.

WM ENTERPRISE  LLC
7411 RIGGS RD  STE 202
HYATTSVILLE  MD 20783-4246

WAGNER FALCONER  JUDD  LTD
300 NORTH CORPORATE DRIVE
SUITE 200
BROOKFIELD  WI 53045-5833

WAPSI BANKS  LLC
761 WAPSI BANKS RD
CENTRAL CITY  IA 52214-9651

WASCAPE CONSTRUCTION
403747 W 3800 RD
TALALA  OK 74080-3416

WATTS ELECTRIC COMPANY
13351 DOVER ST
WAVERLY  NE 68462-2516

~~EXCLUDE~~
~~(D)WATTS ELECTRIC COMPANY~~
~~CO BRIAN S KOERWITZ~~
~~5825 SOUTH 14TH STREET  STE 200~~
~~LINCOLN  NE  68512~~

WATTS ELECTRIC COMPANY
CO BRIAN S KOERWITZ
PEETZ KOERWITZ  LAFLEUR  PC LLO
5825 SOUTH 14TH STREET  STE 200
LINCOLN  NE 68512-1233

WELLS FARGO BANK NA AS AGENT
14241 DALLAS PARKWAY  SUITE 1300
ATTN RELATIONSHIP MANAGER
DALLAS  TX 75254-2955

WENDLING QUARRIES  INC
2647 225TH ST
DE WITT  IA 52742-9123

WEST PACIFIC DRILLING  INC
PO BOX 882
SILVERTON  OR 97381-0882

~~EXCLUDE~~
~~(D)WEST PACIFIC DRILLING  INC~~
~~PO BOX 882~~
~~SILVERTON  OR 97381-0882~~

WEST UNION TRENCHING  LLC
800 HWY 150 SOUTH
WEST UNION  IA 52175-1600

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8901
MADISON WI  53708-8901

YOUNGWOOD LANE LLC
44112 MERCURE CIRCLE
STERLING  VA 20166-2084

YOUNTS CONTRACTING LLP
2622 120TH ST
TABOR  IA 51653-5008

ZACKARY MCELROY
416 G AVE NW
CEDAR RAPIDS  IA 52405-2660

ZAYO GROUP LLC
1805 29TH STREET SUITE 2050
BOULDER  CO 80301-1067

ZAYO GROUP  INC
CO TIMOTHY N LILLWITZ
801 GRAND AVENUE  SUITE 3700
DES MOINES  IA  50309-8007

ZAYO GROUP  LLC
CO JASON H ROSELL
ONE SANSOME STREET  34TH FLOOR
SUITE 3430
SAN FRANCISCO  CA  94104-4436

ZAYO GROUP  LLC
CO JORDAN A KROOP
780 THIRD AVE 34TH FLOOR
NEW YORK   NY  10017

~~EXCLUDE~~
~~(D)BRANDON KUENZI~~
~~SECRETARY~~
~~WEST PACIFIC DRILLING  INC~~
~~PO BOX 882~~
~~SILVERTON  OR 97381-0882~~

CRAIG HILPIPRE
EQUIPMENT MARKETERS  APPRAISERS
3826 CEDAR HEIGHTS DRIVE
SUITE 7
CEDAR FALLS  IA 50613-6257

~~EXCLUDE~~
~~(U)DENNIS BRUCE~~

KARMEN DENEA RANDALL
2066 RIVER RIDGE TERRACE
APT 202
ASBURN  VA 20147

RENEE K HANRAHAN
RENEE K HANRAHAN  TRUSTEE
PO BOX 1088
CEDAR RAPIDS  IA 52406-1088

~~EXCLUDE~~
~~(D)REYNA PAZ~~
~~PRESIDENT  CEO OF RP CONSTRUCTION~~
~~LLC24008~~
~~BISHOP MEADE PLACE~~
~~ASHBURN  VA 20148~~

TAMMY KEMP
CHIEF CREDIT OFFICER
LIQUID CAPITAL EXCHANGE
5075 YONGE STREET STE 700
TORONTO  ONTARIOM2N 6C6 CANADA