# United States Bankruptcy Court
# Northern District of Iowa

**IN RE:**

BDC Group, Inc. ,

**Debtor.**

**Chapter 11**

**Bankruptcy No.** 23-00484

**Motion for Relief from the Automatic Stay to Pursue Insurance Coverage**

---

Marcelino Avalos (Avalos), by his attorney, Rush M. Shortley, requests relief from the automatic stay pursuant to 11 U.S.C. §362(d) Federal Rules of Bankruptcy Procedure Rule 4001(a)(1) as follows:

1. This court has jurisdiction over this motion pursuant to 28 U.S.C. §157(a). This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

2. Marcelino Avalos is a creditor of this bankruptcy estate by virtue of a motor vehicle collision occurring in the State of Illinois on or about November 3, 2022 as set out in his First Amended Complaint at Law filed in the Circuit Court of the Thirteenth Judicial Circuit, LaSalle County, Ottawa, Illinois, which is attached as Exhibit A.

3. In his civil action, Avalos claims he was negligently injured in a collision between his vehicle and that driven by one Noe Castaneda Ortiz, which vehicle was owned by BDC Group, Inc., an Iowa Corporation (BDC Group) and is the debtor in this bankruptcy case.

4. At the time of the collision, BDC Group was insured for negligence in the operation of its motor vehicles by its employees by a policy of liability insurance issued by Liberty Mutual Insurance Corporation (Liberty Mutual) with basic liability limits of $1,000,000.00. A copy of that insurance policy is attached as Exhibit B.

5. Upon information and belief, Liberty Mutual has assumed full responsibility for conducting the defense of the tort action and has hired legal counsel for that purpose. There has been no denial of coverage by Liberty Mutual for the subject motor vehicle collision and subsequent injuries as claimed in Avalos's civil action.

6. Avalos wishes to proceed with his civil action solely for the purpose of recovery against the liability insurance policy coverage described in this motion so long as this bankruptcy proceeding is open and the automatic stay is in effect. He is willing to forego any claim against the property of this bankruptcy estate as they now are constituted in the event his civil action results in a verdict in his favor.

7. Any recovery under this insurance policy by Avalos in his Illinois civil action would not be property of this bankruptcy estate since the insurance contract provides for direct payment of any recovery under the liability policy directly to the injured party without BDC Group obtaining any interest in such a recovery.

8. Since Avalos does not seek recovery directly against the debtor or this bankruptcy estate, no cost or other monetary injury to the debtor or the bankruptcy estate would result from the relief requested by Avalos in this motion, and a grant of relief from the automatic stay as requested herein would clearly be within the proper discretion of this court.

WHEREFORE, Marcelino Avalos respectfully request this Honorable Court enter its order granting movant relief from the automatic stay for the purpose of pursuing his civil action filed in the State of Illinois to obtain recovery from the liability insurance coverage in place at the time of the motor vehicle collision in question and for such other and further relief this Honorable Court finds agreeable to equity and good conscience.

Dated: August 19, 2024

Respectfully Submitted,

Rush M. Shortley                          7353
1921 51st Street NE
Cedar Rapids, IA 52402
Phone: (319) 294-1907
E-mail: rush@shortleylaw.com
Attorney for Marcelino Avalos

**EXHIBIT A**

—

**First Amended Complaint at Law**
**Filed in the Circuit Court of the Thirteenth Judicial Circuit,**
**LaSalle County, Ottawa, Illinois**
**Case No. 2023 LA 125**

FILED
13TH JUDICIAL CIRCUIT
2/27/2024 11:04 AM
BW

Greg Vaccaro
CLERK OF THE CIRCUIT COURT
LASALLE COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
LASALLE COUNTY, OTTAWA, ILLINOIS

| | | |
|---|---|---|
| MARCELINO AVALOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2023 LA 125 |
| | ) | |
| NOE CASTANEDA ORTIZ, | ) | |
| BDC GROUP, INC. an Illinois | ) | |
| Corporation, and BDC GROUP, INC., | ) | |
| an Iowa Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST AMENDED COMPLAINT AT LAW**

**COUNT I**
**(Negligence – Noe Castaneda Ortiz)**

NOW COMES the Plaintiff, MARCELINO AVALOS, by and through his attorneys, THE
CANTLIN LAW FIRM, and for Count I of his Complaint against NOE CASTANEDA ORTIZ,
states as follows:

1. The occurrence hereinafter occurred on or about November 3, 2022 at the
intersection of State Route 251 and Interstate I-80 Off Ramp in the City of Peru, LaSalle County,
Illinois.

2. At all times complained of the Plaintiff, MARCELINO AVALOS, was a resident
of LaSalle County, Illinois.

3. At all times complained of the Defendant, NOE CASTANEDA ORTIZ, was a
resident of Wilmington, Delaware.

4. At the time and place aforesaid, Defendant, NOE CASTANEDA ORTIZ, was
operating a 2020 Dodge Ram, travelling south on Illinois Route 251 at its intersection with the
on ramp for westbound Interstate I-80 in the City of Peru, LaSalle County Illinois.

5. At the time and place aforesaid, Defendant, NOE CASTANEDA ORTIZ's vehicle
was owned and registered by BDC GROUP, INC., an Illinois Corporation.

6. At the time and place aforesaid, Defendant, NOE CASTANEDA ORTIZ's vehicle
was owned and registered by BDC GROUP, INC., an Iowa Corporation.

7.    At the time and place aforesaid Plaintiff, MARCELINO AVALOS, was travelling northbound on Illinois Route 251 in the City of Peru, LaSalle County Illinois, preparing to turn left onto the on ramp for westbound Interstate I-80.

8.    At the time and place aforesaid the Defendant's vehicle proceeded through the intersection and struck the Plaintiff's vehicle, while he was attempting to turn left onto the exit ramp.

9.    The Defendant, NOE CASTANEDA ORTIZ was then and there under a duty to obey the statutes of the State of Illinois pertaining to the operation of motor vehicles and to use care not injury other persons rightfully then upon the said roadway.

10.    That at the time and place aforesaid, Defendant, NOE CASTANEDA ORTIZ, committed one or more of the following acts, errors, omissions or violations of statute:

(a) Operated his motor vehicle without keeping a proper and sufficient lookout;

(b) Failed to decrease speed so as to avoid colliding with another vehicle (or person) in violation of 625 ILCS 5/11-601(a).

(c) Failed to keep his vehicle at a safe distance from the vehicles in front of him, in violation of 625 ILCS 5/11-710(a);

(d) Proceeded at a speed at which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property in violation of 625 ILCS 5/11-601;

(e) Failure to follow a traffic control device in violation of 625 ILCS 5/11-305.

(f) Operated his vehicle while under the influence of alcohol, other drug or drugs, intoxicating compound or compounds or any combination thereof in violation of 625 ILCS 5/11-501-A-2.

(g) Was otherwise negligent.

11.    As a direct and proximate result of Defendant, NOE CASTANEDA ORTIZ'S negligence as aforesaid the vehicle he was operating came into contact with the vehicle operated by Plaintiff, and as a direct and proximate result thereof, Plaintiff suffered injuries of a personal and pecuniary nature, including but not limited to prolonged pain and suffering, medical expenses, emotional distress and lost wages.

WHEREFORE Plaintiff, MARCELINO AVAOLOS, prays for judgment against Defendant, NOE CASTANEDA ORTIZ, in an amount in excess of $50,000.00 that will fairly and adequately compensate him for the injuries and damages suffered.

## <u>COUNT II</u>

**(Negligence-Respondeat Superior – BDC Group, Inc., an Illinois Corporation)**

NOW COMES the Plaintiff, MARCELINO AVALOS, by and through his attorneys, THE CANTLIN LAW FIRM, and or Count II of his Complaint at Law against Defendant, BDC GROUP, INC., states as follows:

1-7.    That Plaintiff, MARCELINO AVALOS, reaffirms and re-alleges Paragraphs 1 through 7 of Count II of Plaintiff's Complaint as paragraphs 1-7 of Count II of Plaintiff's Complaint.

8.    That at all times the Defendant, BDC GROUP, INC., was an Illinois Corporation licensed to do business in the state of Illinois.

9.    That at all times mentioned, NOE CASTANEDA ORTIZ, was an employee or agent of the Defendant, BDC GROUP, INC.,  and acting within the scope of his employment or agency.

10.    The Defendant,  BDC GROUP, INC. by and through its employee or agent, NOE CASTANEDA ORTIZ, was then and there under a duty to obey the statutes of the State of Illinois pertaining to the operation of motor vehicles and to use care not to injure other persons rightfully then upon the said roadway.

11.     That at the time and place aforesaid, Defendant, BDC GROUP, INC., by and through its employee or agent, NOE CASTANEDA ORTIZ, committed one or more of the following acts, errors, omissions or violations of statute:

    (a)  Operated his motor vehicle without keeping a proper and sufficient lookout;

    (b)  Failed to decrease speed so as to avoid colliding with another vehicle (or person) in violation of 625 ILCS 5/11-601(a).

    (c)  Failed to keep his vehicle at a safe distance from the vehicles in front of him, in violation of 625 ILCS 5/11-710(a);

    (d)  Proceeded at a speed at which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property in violation of 625 ILCS 5/11-601;

(e) Failure to follow a traffic control device in violation of 625 ILCS 5/11-305.

(f) Operated his vehicle while under the influence of alcohol, other drug or drugs, intoxicating compound or compounds or any combination thereof in violation of 625 ILCS 5/11-501-A-2.

(g) Was otherwise negligent.

12.     As a direct and proximate result of Defendant, BDC GROUP, INC.'S negligence, by and through its employee and or agent, NOE CASTANEDA ORTIZ, as aforesaid, the vehicle Defendant's employee and or agent was operating came into contact with the vehicle operated by Plaintiff and as a direct and proximate result thereof, Plaintiff suffered injuries of a personal and pecuniary nature, including but not limited to conscious and prolonged pain and suffering, medical expenses, emotional distress, and lost wages.

WHEREFORE, Plaintiff, MARCELINO AVALOS, prays for judgment against Defendant, BDC GROUP, INC., in an amount in excess of $50,000.00 that will fairly and adequately compensate him for the injuries and damages suffered.

## COUNT III

### (Negligent Entrustment – BDC Group, Inc., an Illinois Corporation)

NOW COMES the Plaintiff, MARCELINO AVALOS, by and through his attorneys, THE CANTLIN LAW FIRM, and or Count III of his Complaint at Law against Defendant, BDC GROUP, INC., states as follows:

1-7     That Plaintiff, MARCELINO AVALOS, reaffirms and re-alleges Paragraphs 1 through 7 of Count II of Plaintiff's Complaint as paragraphs 1-7 of Count III of Plaintiff's Complaint.

8.     That at all times the Defendant, BDC GROUP, INC., was an Illinois Corporation licensed to do business in the state of Illinois.

9.     On the date and time of the occurrence complained of, Defendant, NOE CASTANEDA ORTIZ was unfit to be used as driver of any vehicle under the authority of Defendant, BDC GROUP, INC.

10.     Defendant, BDC GROUP, INC., new or in the exercise of reasonable care should have known, that Defendant, NOE CASTANEDA ORTIZ, was unfit to be used as a driver of

any vehicle for BDC GROUP, INC., due to his inexperience, lack of training, alcohol use, or a combination of the three.

11.     At the time of the occurrence, NOE CASTANEDA ORTIZ, operated the 2020 Dodge Ram under the influence of alcohol in violation of 625 ILCS 5/11-501(a)(2).

12.     On and prior to the date of the occurrence, Defendant, BDC GROUP, INC., entrusted the 2020 Dodge Ram under its exclusive possession and control to Defendant, NOE CASTANEDA ORTIZ, and permitted him to operate it.

13.     At all times complained of, Defendant, BDC GROUP, INC., had a duty to act with reasonable care in its entrustment of vehicles in possession and control, and to promulgate and enforce rules and regulations to ensure its drivers were reasonably safe.

14.     Defendant, BDC GROUP, INC., failed to exercise reasonable care in its entrustment of a vehicle to NOE CASTANEDA ORTIZ, in one or more of the following ways.

(a)     Failed to have an appropriate system in place to detect drivers using illicit drugs, alcohol, or illegal substances while driving under Defendant's authority when Defendant knew or should have known that the use drugs, alcohol or illegal substances while driving creates an unreasonable danger of harm to third persons;

(b)     Failed to disqualify Noe Castaneda Ortiz from driving under its authority when Defendant knew or should have known that Ortiz was operating a vehicle in Defendant's possession and control while under the influence of drugs, alcohol or illegal substances;

(c)     Failed to provide adequate oversight over Noe Castaneda Ortiz to ensure he did not drive the vehicle entrusted to him while under the influence of drugs, alcohol or illegal substances;

(d)     Failed to provide training to Noe Castaneda Ortiz

(h)     Entrusted a vehicle to Noe Castaneda Ortiz when it knew or should have known that Ortiz was unfit to safely operate a commercial motor vehicle due to his inexperience and lack of training; and

(i)     Otherwise carelessly and/or negligently entrusted a vehicle to Noe Castaneda Ortiz when Defendant knew or should have known that Ortiz was unfit to operate the 2020 Dodge Ram involved in this occurrence;

5

15.     As a direct an proximate result of one or more of the foregoing careless and/or negligent acts and/or omissions of Defendant, BDC GROUP, INC., Defendant, Noe Castaneda Ortiz proceeded through the intersection and the vehicle he was operating came into contact with the vehicle operated by Plaintiff, and as a direct and proximate result thereof, Plaintiff suffered injuries of a personal and pecuniary nature, including but not limited to prolonged pain and suffering, medical expenses, emotional distress and lost wages.

WHEREFORE Plaintiff, MARCELINO AVAOLOS, prays for judgment against Defendant, BDC GROUP, INC., in an amount in excess of $50,000.00 that will fairly and adequately compensate him for the injuries and damages suffered.

**COUNT IV**

**(Negligence-Respondeat Superior – BDC Group, Inc., an Iowa Corporation)**

NOW COMES the Plaintiff, MARCELINO AVALOS, by and through his attorneys, THE CANTLIN LAW FIRM, and for Count IV of his Complaint at Law against Defendant, BDC GROUP, INC., an Iowa Corporation, states as follows:

1-6.     That Plaintiff, MARCELINO AVALOS, reaffirms and re-alleges Paragraphs 1 through 6 of Count I of Plaintiff's Complaint as paragraphs 1-6 of Count IV of Plaintiff's Complaint.

7.     That at all times the Defendant, BDC GROUP, INC., was an Iowa Corporation Corporation licensed to do business in the state of Illinois.

8.     That at all times mentioned, NOE CASTANEDA ORTIZ, was an employee or agent of the Defendant, BDC GROUP, INC.,  and acting within the scope of his employment or agency.

9.     The Defendant,  BDC GROUP, INC. by and through its employee or agent, NOE CASTANEDA ORTIZ, was then and there under a duty to obey the statutes of the State of Illinois pertaining to the operation of motor vehicles and to use care not to injure other persons rightfully upon then the said roadway.

13.     That at the time and place aforesaid, Defendant, BDC GROUP, INC., by and through its employee or agent, NOE CASTANEDA ORTIZ, committed one or more of the following acts, errors, omissions or violations of statute:

(h) Operated his motor vehicle without keeping a proper and sufficient lookout;

(i) Failed to decrease speed so as to avoid colliding with another vehicle (or person) in violation of 625 ILCS 5/11-601(a).

(j) Failed to keep his vehicle at a safe distance from the vehicles in front of him, in violation of 625 ILCS 5/11-710(a);

(k) Proceeded at a speed at which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property in violation of 625 ILCS 5/11-601;

(l) Failure to follow a traffic control device in violation of 625 ILCS 5/11-305.

(m) Operated his vehicle while under the influence of alcohol, other drug or drugs, intoxicating compound or compounds or any combination thereof in violation of 625 ILCS 5/11-501-A-2.

(n) Was otherwise negligent.

14.    As a direct and proximate result of Defendant, BDC GROUP, INC.'S negligence, by and through its employee and or agent, NOE CASTANEDA ORTIZ, as aforesaid, the vehicle Defendant's employee and or agent was operating came into contact with the vehicle operated by Plaintiff and as a direct and proximate result thereof, Plaintiff suffered injuries of a personal and pecuniary nature, including but not limited to conscious and prolonged pain and suffering, medical expenses, emotional distress, and lost wages.

WHEREFORE, Plaintiff, MARCELINO AVALOS, prays for judgment against Defendant, BDC GROUP, INC., in an amount in excess of $50,000.00 that will fairly and adequately compensate him for the injuries and damages suffered.

## COUNT V

### (Negligent Entrustment – BDC Group, Inc., an Iowa Corporation)

NOW COMES the Plaintiff, MARCELINO AVALOS, by and through his attorneys, THE CANTLIN LAW FIRM, and or Count V of his Complaint at Law against Defendant, BDC GROUP, INC., states as follows:

1-7    That Plaintiff, MARCELINO AVALOS, reaffirms and re-alleges Paragraphs 1 through 7 of Count IV of Plaintiff's Complaint as paragraphs 1-7 of Count V of Plaintiff's Complaint.

8.　　That at all times the Defendant, BDC GROUP, INC., was an Iowa Corporation licensed to do business in the state of Illinois.

9.　　On the date and time of the occurrence complained of, Defendant, NOE CASTANEDA ORTIZ was unfit to be used as driver of any vehicle under the authority of Defendant, BDC GROUP, INC.

10.　　Defendant, BDC GROUP, INC., new or in the exercise of reasonable care should have known, that Defendant, NOE CASTANEDA ORTIZ, was unfit to be used as a driver of any vehicle for BDC GROUP, INC., due to his inexperience, lack of training, alcohol use, or a combination of the three.

11.　　At the time of the occurrence, NOE CASTANEDA ORTIZ, operated the 2020 Dodge Ram under the influence of alcohol in violation of 625 ILCS 5/11-501(a)(2).

12.　　On and prior to the date of the occurrence, Defendant, BDC GROUP, INC., entrusted the 2020 Dodge Ram under its exclusive possession and control to Defendant, NOE CASTANEDA ORTIZ, and permitted him to operate it.

13.　　At all times complained of, Defendant, BDC GROUP, INC., had a duty to act with reasonable care in its entrustment of vehicles in possession and control, and to promulgate and enforce rules and regulations to ensure its drivers were reasonably safe.

14.　　Defendant, BDC GROUP, INC., failed to exercise reasonable care in its entrustment of a vehicle to NOE CASTANEDA ORTIZ, in one or more of the following ways.

(a)　　Failed to have an appropriate system in place to detect drivers using illicit drugs, alcohol, or illegal substances while driving under Defendant's authority when Defendant knew or should have known that the use drugs, alcohol or illegal substances while driving creates an unreasonable danger of harm to third persons;

(b)　　Failed to disqualify Noe Castaneda Ortiz from driving under its authority when Defendant knew or should have known that Ortiz was operating a vehicle in Defendant's possession and control while under the influence of drugs, alcohol or illegal substances;

(c)　　Failed to provide adequate oversight over Noe Castaneda Ortiz to ensure he did not drive the vehicle entrusted to him while under the influence of drugs, alcohol or illegal substances;

(d)     Failed to provide training to Noe Castaneda Ortiz

(h)     Entrusted a vehicle to Noe Castaneda Ortiz when it knew or should have known that Ortiz was unfit to safely operate a commercial motor vehicle due to his inexperience and lack of training; and

(i)     Otherwise carelessly and/or negligently entrusted a vehicle to Noe Castaneda Ortiz when Defendant knew or should have known that Ortiz was unfit to operate the 2020 Dodge Ram involved in this occurrence;

15.     As a direct an proximate result of one or more of the foregoing careless and/or negligent acts and/or omissions of Defendant, BDC GROUP, INC., Defendant, Noe Castaneda Ortiz proceeded through the intersection and the vehicle he was operating came into contact with the vehicle operated by Plaintiff, and as a direct and proximate result thereof, Plaintiff suffered injuries of a personal and pecuniary nature, including but not limited to prolonged pain and suffering, medical expenses, emotional distress and lost wages.

WHEREFORE Plaintiff, MARCELINO AVAOLOS, prays for judgment against Defendant, BDC GROUP, INC., in an amount in excess of $50,000.00 that will fairly and adequately compensate him for the injuries and damages suffered.

Respectfully Submitted,

MARCELINO AVALOS,  Plaintiff,

By: /s/Timothy B. Cantlin _____

Attorney for Plaintiff

Timothy B. Cantlin #6292507

The Cantlin Law Firm
760 E. Etna Road
Ottawa IL 61350
Phone: 815-433-4712
Fax: 815-433-1568
Email: tcantlin@cantlinlaw.com

## <u>CERTIFICATION UNDER SUPREME COURT RULE 137</u>

The undersign certifies that he has read the foregoing pleading and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well grounded in fact ad is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needlessly increase in the cost of litigation.


      /s/Timothy B. Cantlin
      **One of Plaintiff's Attorneys**

Timothy B. Cantlin #6292507
The Cantlin Law Firm
760 E. Etna Road
Ottawa IL 61350
Phone: 815-433-4712
Fax: 815-433-1568
Email: tcantlin@cantlinlaw.com

**EXHIBIT B**

—

**Certified Policy of Business Automobile Insurance
Issued to BDC Group, Inc., an Iowa Corporation
by Liberty Mutual Insurance Corporation**

# POLICY CERTIFICATION FORM

RE:

NAMED:    BDC Group Inc

POLICY NUMBER:    AS5-Z91-473579-032

EFFECTIVE DATES:   11/01/2022   TO   11/01/2023

[X] **I certify this is to be a true copy of the original policy issued.**

[ ] **I certify this is to be a true copy of the original Declarations page issued.**

[ ] **I certify this is to be a true copy of the original Uninsured/Underinsured**

**Motor Rejection and/or the Personal Injury Rejection form(s).**

[ ] **This policy was retrieved from Liberty Mutual's files and is Liberty Mutual's best Current evidence of the policy.  Liberty Mutual, however, reserves the right to Supplement or amend this policy should further or different terms, conditions, Endorsements, or exclusions become known. Liberty Mutual does not acknowledge that this is a certified copy of the policy, or that it is the exact copy of the policy that was delivered to the insured.**

**LIBERTY MUTUAL RESERVES THE RIGHT TO FURTHER AMEND OR SUPPLEMENT THIS POLICY SHOULD ANY ADDITIONAL TERMS, CONDITIONS OR EXCLUSIONS COME TO OUR ATTENTION.**

**Central Processing Operations
Commercial Insurance
Liberty Mutual Insurance
Lewiston, Maine**

**Date:**   2024/04/18

RWL

```
TRUENORTH COMPANIES LC
PO BOX 1863
CEDAR RAPIDS, IA  524061863
```

**CNI 90 05 01 12**
Producer

```
BDC Group Inc
1525 Ketelsen Drive
Hiwatha, IA  52233
```

**CNI 90 04 01 12**
Insured

## BUSINESS AUTO DECLARATIONS



Issued by  LM Insurance Corporation

Policy Number  AS5-Z91-473579-032          Issuing Office 046C
Renewal of  AS7-Z91-473579-031            Issue Date     11/07/2022
Account Number 9-473579

                                          Association    9004

ITEM ONE - Named Insured and Mailing Address

BDC Group Inc
1525 Ketelsen Drive
Hiwatha, IA  52233

Form of                              Business of the
Business: Corporation                named insured is: ***See Below

Policy Period: The policy period is from 11/01/2022      to 11/01/2023      12:01 A.M. standard time at the
Insured's mailing address.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to
provide the insurance as stated in this policy.

ITEM TWO – Schedule of Coverages and Covered Autos - Refer to Pages 2 and 3

***Water, Sewer, Pipeline, and Communications and
Power Line Construction

### SCHEDULE

The declarations are completed on the following pages and on the accompanying "Declarations Extension
Schedule(s)".

Schedule Premium   
Endorsement Premium

Total Estimated Premium  ███████
Other Charge(s)

Policywriting Minimum Premium  █████
Premium will be billed
Forms Applicable:  See Attached Inventory

Producer    0073-005849
TRUENORTH COMPANIES LC
PO BOX 1863
CEDAR RAPIDS, IA  524061863

Policy Number  AS5-Z91-473579-032

ITEM TWO – Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverage | Covered Autos | Limit | Premium |
|---|---|---|---|
| Liability (LIAB)* | 01 | $1,000,000 | ▋ |
| Compulsory Bodily Injury (MA only) | | $        20,000      Each Person<br>$        40,000      Each Accident | |
| Optional Bodily Injury (MA only) | | Each Person<br>Each Accident | |
| Property Damage (Compulsory Limit $5,000) (MA only) | | Each Accident | |
| Personal Injury Protection (PIP) (or equivalent No-Fault Coverage) | | Separately stated in each PIP Endorsement | |
| Added Personal Injury Protection (PIP) (or equivalent added No-Fault Coverage) | | Separately stated in each Added PIP Endorsement | |
| Extraordinary Medical Benefits Coverage (EMB) (PA only) | | Separately stated in the EMB Endorsement | |
| Optional Basic Economic Loss Coverage (OBEL) (NY only) | | Separately stated in the OBEL Schedule | |
| Property Protection Insurance (PPI) (MI only) | | Separately stated in the PPI Endorsement | |
| Medical Expense and Income Loss Benefits (ME/ILB) (VA only) | | Separately stated in the Medical Expense and Income Loss Benefits Endorsement | |
| Auto Medical Payments (MED) | | | |
| Uninsured Motorists (UM) | 02 | See UM/UIM Schedule | INCL |
| Underinsured Motorists (UIM) (When not included in Uninsured Motorists Coverage) | 02 | See UM/UIM Schedule | INCL |
| Supplementary Uninsured/Underinsured Motorists (SUM) (NY only) | | See state Schedule of Limits for SUM insurance | |
| Uninsured Motorists (Compulsory Limits $20,000/$40,000) (MA only) | | See UM/UIM Schedule | |

*  New York only - Includes Supplemental Spousal Liability (SSL) if CA 04 20 is attached to this policy.

Policy Number  AS5-Z91-473579-032

ITEM TWO – Schedule of Coverages and Covered Autos (continued)

| Coverage | Covered Autos | Limit | Premium |
|---|---|---|---|
| Physical Damage Comprehensive Coverage (COMP) | 02,08 | Actual Cash Value or Cost of Repair, whichever is less, minusSee ACS0025 deductible for each covered "auto", but no deductible applies to "loss" caused by fire or lightning.  *   See ITEM FOUR for Hired or Borrowed "Autos" | ▮ |
| Physical Damage Specified Causes Of Loss Coverage (SCL) | | Actual Cash Value or Cost of Repair, whichever is less, minus deductible for each covered "auto" for "loss" caused by mischief or vandalism. See ITEM FOUR for Hired or Borrowed "Autos" | |
| Physical Damage Collision Coverage (COLL) | 02,08 | Actual Cash Value or Cost of Repair, whichever is less, minusSee ACS0025 deductible for each covered "auto". See ITEM FOUR for Hired or Borrowed "Autos" | ▮ |
| Physical Damage Limited Collision Coverage (MA only) | | Actual Cash Value or Cost of Repair, whichever is less, minus deductible for each covered "auto" as stated in ITEM THREE | |
| Physical Damage Towing and Labor | | See ITEM THREE Schedule of Covered "Autos" You Own for the limit for each disablement of a private passenger auto | |

* The wording "but no deductible applies to "loss" caused by fire or lightning" does not apply in New York.

The following information, required by state regulation, is hereby affixed to the Declarations page of your policy.

© 2012 Liberty Mutual Insurance.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

Policy Number AS5-Z91-473579-032

## BUSINESS AUTO DECLARATIONS EXTENSION SCHEDULE –
## HIRED OR BORROWED AUTOS AND NONOWNED AUTOS

**ITEM FOUR - Schedule of Hired or Borrowed Covered Auto Coverage and Premiums**

| Liability Coverage – Cost of Hire Rating Basis for Autos NOT Used in Your Motor Carrier Operations (Other than Mobile or Farm Equipment) | | | | |
|---|---|---|---|---|
| State | Estimated Annual Cost of Hire | Rate per Each $100 | Factor (if Liability Coverage is Primary) | Premium |
| IA | IF ANY | ██████ | | INCL |
| Minimum Premium | | | Total Premium | INCL |

For Liability Coverage for "autos" NOT used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Physical Damage Coverages – Cost of Hire Rating Basis for All Autos (Other than Mobile or Farm Equipment) | | | | | | |
|---|---|---|---|---|---|---|
| Coverage | State | Limit of Insurance | Minimum Premium | Estimated Annual Cost of Hire | Rate per Each $100 Annual Cost of Hire | Premium |
| Comprehensive | IA | Actual Cash Value or Cost of Repair, whichever is less, minus $1,000 deductible for each covered "auto", but no deductible applies to loss caused by fire or lightning* | | IF ANY | ██████ | INCL |
| Specified Causes of Loss | | Actual Cash Value or Cost of Repair, whichever is less, minus deductible for each covered "auto" for loss caused by mischief or vandalism | | | | |
| Collision | IA | Actual Cash Value or Cost of Repair, whichever is less, minus $1,000 deductible for each covered "auto" | | IF ANY | ██████ | INCL |
| | | | | | Total Premium | INCL |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

* The wording "but no deductible applies to "loss" caused by fire or lightning" does not apply in New York.

**ACS 00 03 11 11**          © 2011, Liberty Mutual Group of Companies.  All rights reserved.          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

Policy Number  AS5-Z91-473579-032
ITEM FIVE – Schedule for Non-Ownership Liability

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other than Garage Service Operations and Other than Social Service Agencies | Number of Employees | 97 | INCL |
| | Number of Partners (Active and Inactive) | | |
| Garage Service Operations | Number of Employees Whose Principal Duty Involves the Operation of Autos | | |
| | Number of Partners (Active and Inactive) | | |
| Social Service Agencies | Number of Employees | | |
| | Number of Volunteers Who Regularly Use Autos to Transport Clients | | |
| | Number of Partners (Active and Inactive) | | |
| Employees as Insureds | Number of Employees | | |
| Volunteers as Insureds | Number of Volunteers | | |
| | Total Premium | INCL | |

Policy Number  AS5-Z91-473579-032

## CHANGES IN ITEM TWO OF THE DECLARATIONS - PHYSICAL DAMAGE COVERAGES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Physical Damage Coverage in ITEM TWO – SCHEDULE OF COVERAGES AND COVERED AUTOS of the Declarations are changed to include the following:

| Types Of Covered Autos | Covered Auto Symbol(s) | Coverage Deductibles Comprehensive | Collision |
|---|---|---|---|
| All Trailers,Light Trucks and Private Passenger Vehicles | 02 | $1,000 | $1,000 |
| All Medium Trucks | 02 | $2,500 | $2,500 |
| All Extra heavy Truck tractors | 02 | $5,000 | $5,000 |

     © 2012 Liberty Mutual Insurance.  All rights reserved.

Policy Number   AS5-Z91-473579-032

# UNINSURED/UNDERINSURED MOTORISTS INSURANCE (UM/UIM) SCHEDULE

Note: Applicable endorsements may reduce the amount payable to less than the stated limit of insurance.
   **(For NH refer to NH Uninsured Motorists Coverage Endorsement)**

| State | Vehicle Type Option | Coverage | Limits | Limit Description |
|-------|---------------------|----------|--------|-------------------|
| IA | | UM BI | $1,000,000 | each accident |
| IA | | UIM BI | $1,000,000 | each accident |

Policy Number ASS-291-473579-032

## ITEM THREE - SCHEDULE FOR COMPOSITE

Class Code: 4594
Premium Basis: POWER UNITS

| State | Coverage | Exposure Group | Rate | Exposure | Premium |
|-------|----------|----------------|------|----------|---------|
| IA | Collision | Power Units | 367 | 35 | ▅▅▅▅ |
| IA | Comprehensive | Power Units | 157 | 35 | ▅▅▅ |
| IA | Liability | Power Units | 1222 | 35 | ▅▅▅▅ |

 © 2012 Liberty Mutual Insurance. All rights reserved.

Policy Number AS5-Z91-473579-032

**ITEM THREE – SCHEDULE FOR COMPOSITE
STATE SUMMARY**

| State | Exposure | Premium |
|-------|----------|---------|
| IA | 35.00 | ▮▮▮▮ |

Policy Number AS5-Z91-473579-032

# SCHEDULE

30 Day Notice of Cancellation
LIM 99 01 05 11

AT&T, Inc. its Affiliates, directors, officers and employees, 175 E. Houston Street, San Antonio TX 78205

City of Cedar Rapids, Financing Department, Purchase Services Division, 101 1st Street SE, Cedar Rapids, IA 52401

City of Wes Des Moines, 4200 Mills Civic Parkway, West Des Moines, IA 50265

Colorado Department of Transportation, c/o Sandy Gibbons, OCIP Administrator, 8110 E. Union Ave, Suite 700, Denver, CO 80237

Community Planning and Development, Office of Manager, Contractor Licensing, 201 W Colfax Ave, Dept. 205, Denver, CO 80202

Crown Castle USA, Inc., c/o Avetta, PO Box 51387, Irvine, CA 92619

Mears Group, Inc., 1606 Eastport Plaza Drive, Suite 110, Collinsville, IL 62234

Mediacom Communications Corporation, 1613 Nantahala Beach Rd., Gulf Breeze, FL 32563

Mountain Plains Industrial Center, LLC, 20009 Hwy 72, Arvada, CO 80007-8236

Shive-Hattery, 222 Third Ave SE Suite 300, PO Box 1803, Cedar Rapids, IA 52406

Unite Private Networks, 1511 Baltimore Ave 2nd Floor, Kansas City, MO 64108

Vertical Bridge REIT, LLC, Attention: Insurance Certificates, 750 Park of Commerce Drive, Suite 200, Boca Raton, FL 33487

**ACS 84 02 07 13**      © 2013 Liberty Mutual Insurance.  All rights reserved.

Policy Number **AS5-Z91-473579-032**

# FORMS INVENTORY

COVERAGE FORMS PARTS AND ENDORSEMENTS FORMING A PART OF THIS POLICY AT INCEPTION:
**Listed below are possible coverage forms and the states in which they apply.**
**CA 00 01 03 10** VA
**CA 00 01 10 13** AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS,
KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM,
NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VI, VT, WA,
WI, WV, WY

| Form Number | Form Description | Applicable to Coverage Form |
|---|---|---|
| AC 00 03 02 13 | Business Auto Declarations | CA 00 01 10 13 |
| ACS 00 03 11 11 | Business Auto Declarations Extension Schedule - Hired or Borrowed Auto | CA 00 01 10 13 |
| ACS 00 25 04 13 | Changes in Item Two of the Declarations - Physical Damage Coverages | CA 00 01 10 13 |
| ACS 21 02 04 13 | Uninsured/Underinsured Motorists Insurance (UM/UIM) Schedule | CA 00 01 10 13 |
| ACS 99 01 08 12 | Item Three - Schedule for Composite | CA 00 01 10 13 |
| ACS 99 02 08 12 | Item Three - Schedule for Composite State Summary | CA 00 01 10 13 |
| ACS 84 02 07 13 | All Purpose Schedule | CA 00 01 10 13 |
| ACS 00 26 04 13 | Forms Inventory | CA 00 01 10 13 |
| AC 84 13 01 11 | Named Insured Endorsement | CA 00 01 10 13 |
| IL 00 17 11 98 | Common Policy Conditions | CA 00 01 10 13 |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad) | CA 00 01 10 13 |
| CA 23 45 11 16 | Public or Livery Passenger Conveyance and On-Demand Delivery Services | CA 00 01 10 13 |
| AC 00 30 10 13 | Changes In Your Policy | CA 00 01 10 13 |
| CA 01 60 10 13 | Iowa Changes | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties | CA 00 01 10 13 |
| IL 02 76 09 08 | Iowa Changes-Cancellation And Nonrenewal | CA 00 01 10 13 |
| CA 21 12 10 13 | Iowa Uninsured and Underinsured Motorist Coverage | CA 00 01 10 13 |
| CA 23 05 10 13 | Wrong Delivery of Liquid Products | CA 00 01 10 13 |
| AC 84 27 08 15 | State Application of Terrorism Exclusion Endorsements | CA 00 01 10 13 |
| CA 23 84 01 06 | Exclusion of Terrorism | CA 00 01 10 13 |
| CA 23 84 10 13 | Exclusion of Terrorism | CA 00 01 10 13 |
| CA 23 86 01 06 | Exclusion of Terrorism Above Minimum Statutory Limits | CA 00 01 10 13 |
| CA 23 86 10 13 | Exclusion of Terrorism Above Minimum Statutory Limits | CA 00 01 10 13 |
| CA 23 88 10 13 | Alaska Exclusion of Terrorism Above Minimum Statutory Limits | CA 00 01 10 13 |
| CA 23 92 10 13 | Washington Exclusion of Terrorism | CA 00 01 10 13 |

**ACS 00 26 04 13**     © 2012 Liberty Mutual Insurance.  All rights reserved.

Policy Number **AS5-Z91-473579-032**

## FORMS INVENTORY

COVERAGE FORMS PARTS AND ENDORSEMENTS FORMING A PART OF THIS POLICY AT INCEPTION:
**Listed below are possible coverage forms and the states in which they apply.**
**CA 00 01 03 10** VA
**CA 00 01 10 13** AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS,
    KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM,
    NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VI, VT, WA,
    WI, WV, WY

| Form Number | Form Description | Applicable to Coverage Form |
|---|---|---|
| CA 99 48 10 13 | Pollution Liability - Broadened Coverage for Covered Autos-Business Au | CA 00 01 10 13 |
| AC 84 73 01 16 | Temporary Substitute Auto - Physical Damage Insurance | CA 00 01 10 13 |
| AC 99 08 08 12 | Composite Endorsement - Number Of Power Unit | CA 00 01 10 13 |
| AC 84 07 07 13 | Auto Enhancement Endorsement | CA 00 01 10 13 |
| CA 20 70 10 13 | Coverage for Certain Operations in Connection with Railroads | CA 00 01 10 13 |
| CA 20 01 10 13 | Lessor - Additional Insured and Loss Payee | CA 00 01 10 13 |
| ACS 00 11 11 11 | Schedule of Additional Insured - Lessor(s) | CA 00 01 10 13 |
| AC 84 23 08 11 | Designated Insured - Noncontributing | CA 00 01 10 13 |
| CA 20 48 10 13 | Designated Insured For Covered Autos Liability Coverage | CA 00 01 10 13 |
| CA 00 01 10 13 | Business Auto Coverage Form | CA 00 01 10 13 |
| LIL 90 05 06 13 | Participating Provision | CA 00 01 10 13 |
| CNA 90 04 08 12 | Policyholder Notice - Audit Basis Beginning/Ending Inventory | CA 00 01 10 13 |
| CNA 90 15 11 16 | 2016 Commercial Auto Miscellaneous Form Revisions Advisory Notice To P | CA 00 01 10 13 |
| SNI 04 01 12 20 | Liberty Mutual Group California Privacy Notice | CA 00 01 10 13 |
| SNA 14 01 03 16 | Notice Regarding Uninsured/Underinsured Motorists Coverage | CA 00 01 10 13 |
| IL P 001 01 04 | U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") A | CA 00 01 10 13 |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NAMED INSURED ENDORSEMENT**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

1. The term Named Insured includes, in addition to the person or organization named in Item 1 of the declarations (hereafter First Named Insured), any person or organization listed in the schedule of this endorsement, but only while the First Named Insured owns an interest therein of more than 50% (fifty percent). No person or organization is a Named Insured with respect to "loss" that occurred prior to the First Named Insured's ownership interest of more than 50% (fifty percent).

2. No person or organization which becomes a Named Insured by virtue of this endorsement is an insured with respect to any partnership, joint venture or limited liability company in which it has an interest, unless such partnership, joint venture or limited liability company is specifically named in the schedule.

3. The First Named Insured is authorized to act and agrees to act on behalf of all persons or organizations insured under this policy with respect to all matters pertaining to the insurance afforded by the policy.

**Schedule**

Named Insureds:

BDC Group Inc
BDC Group Properties,LLC

Policy No: AS5-Z91-473579-032          Issued By: LM Insurance Corporation
Effective Date: 11/01/2022
Expiration Date: 11/01/2023
Sales Office: 046C

**AC 84 13 01 11**       Copyright 2010, Liberty Mutual Group of Companies.  All rights reserved.       Page 1  of 1

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Policy No: AS5-Z91-473579-032
Effective Date: 11/01/2022
Expiration Date: 11/01/2023
Sales Office: 046C

Issued By: LM Insurance Corporation

 Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Policy No: AS5-Z91-473579-032          Issued By: LM Insurance Corporation
Effective Date: 11/01/2022
Expiration Date: 11/01/2023
Sales Office: 046C

COMMERCIAL AUTO
CA 23 45 11 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance and On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used:

**1.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**2.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

**1.** If Uninsured and/or Underinsured Motorists Coverage is attached, and:

**a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

**b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**b.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

**1.** If Personal Injury Protection, no-fault or other similar coverage is attached, and:

**a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

**b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**b.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

**F. Additional Definitions**

As used in this endorsement:

**1.** "Delivery network platform" means an online-enabled application or digital network, used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

**2.** "Delivery services" includes courier services.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

© Insurance Services Office, Inc., 2016

Policy Number  AS5-Z91-473579-032
Issued by        LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CHANGES IN YOUR POLICY**

This endorsement applies to:

       CA 00 01 10 13 - Business Auto Coverage Form
       CA 00 20 10 13 - Motor Carrier Coverage Form
       CA 00 25 10 13 - Auto Dealers Coverage Form

This endorsement modifies the policy declarations and endorsements applicable to the foregoing forms as follows:

1.  The reference to Liability Coverage is changed to Covered Autos Liability Coverage.
2.  The reference in Physical Damage Coverage to "loss" in any one "accident" is changed to "loss" to any one covered "auto".
3.  Any reference to Garage Coverage Form is changed to Auto Dealers Coverage Form.

COMMERCIAL AUTO
CA 01 60 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# IOWA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Changes In Conditions**

The following is added to the **Legal Action Against Us** Condition:

However, a judgment creditor shall have a right to sue us to recover an execution on a judgment returned unsatisfied against an "insured" to the same extent that such "insured" could have enforced the "insured's" claim against us had the "insured" paid such judgment, but we will not be liable for damages that are in excess of the applicable limit of insurance.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| Per attached schedule | Per attached schedule | 30 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

**LIM 99 01 05 11**          © 2011, Liberty Mutual Group of Companies.  All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| Youngwood Lane LLC | 44112 Mercure Circle Sterling, VA 20166 | 30 |
| | | |
| | | |
| | | |
| | | |
| | | |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| Mid-Atlantic Broadband Communities Corporation | 1100 Confroy Drive, Box 4 South Boston, VA 24592 | 30 |
| | | |
| | | |
| | | |
| | | |
| | | |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| Mears Group, Inc. | 16000 College Boulevard Lenexa, KS 66219 | 30 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

**LIM 99 01 05 11**         © 2011, Liberty Mutual Group of Companies.  All rights reserved.         Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| City of Fort Worth Planning and Development Department Parkway | 200 Texas St Ft Worth, TX 76102 | 30 |
| Services Division | | |
| | | |
| | | |
| | | |
| | | |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

**LIM 99 01 05 11**          © 2011, Liberty Mutual Group of Companies.  All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

  BUSINESS AUTO COVERAGE PART
  MOTOR CARRIER COVERAGE PART
  GARAGE COVERAGE PART
  TRUCKERS COVERAGE PART
  EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
  SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
  COMMERCIAL GENERAL LIABILITY COVERAGE PART
  EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
  PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
  LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| The City of El Paso Texas | Attn:Sun Metro El Paso Streetcar, 10151 Montana Avenue, | 30 |
| | El Paso TX 79925 | |
| | | |
| | | |
| | | |
| | | |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any,  before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

**LIM 99 01 05 11**          © 2011, Liberty Mutual Group of Companies.  All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE PART
    MOTOR CARRIER COVERAGE PART
    GARAGE COVERAGE PART
    TRUCKERS COVERAGE PART
    EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
    SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| City of Highland Park | 12050 Woodward Avenue Highland Park, MI  48203 | 30 |
| | | |
| | | |
| | | |
| | | |
| | | |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

**LIM 99 01 05 11**
© 2011, Liberty Mutual Group of Companies.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.
Page 1 of 1

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| Metro Consulting Associates | 45345 Five Mile Road Plymouth, MI 48170 | 30 |
| | | |
| | | |
| | | |
| | | |
| | | |

A. If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above. We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before the cancellation becomes effective. In no event does the notice to the third party exceed the notice to the first named insured.

B. This advance notification of a pending cancellation of coverage is intended as a courtesy only. Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

**LIM 99 01 05 11**     © 2011, Liberty Mutual Group of Companies. All rights reserved.     Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| Iowa Interstate Railroad, LLC | 5900 6th St. SW<br>Cedar Rapids, IA 52404 | 30 |
| | | |
| | | |
| | | |
| | | |
| | | |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

Policy Number: AS5-Z91-473579-032
Issued By: LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NOTICE OF CANCELLATION TO THIRD PARTIES**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE PART
MOTOR CARRIER COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
EXCESS AUTOMOBILE LIABILITY INDEMNITY COVERAGE PART
SELF-INSURED TRUCKER EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

| Schedule | | |
|---|---|---|
| **Name of Other Person(s)/ Organization(s):** | **Email Address or mailing address:** | **Number Days Notice:** |
| City of Irving | 825 W. Irving Blvd. Irving, TX 75066 | 30 |
| | | |
| | | |
| | | |
| | | |
| | | |

A.  If we cancel this policy for any reason other than nonpayment of premium, we will notify the persons or organizations shown in the Schedule above.  We will send notice to the email or mailing address listed above at least 10 days, or the number of days listed above, if any, before  the  cancellation  becomes effective.  In no event does the notice to the third party exceed the notice to the first named insured.

B.  This advance notification of a pending cancellation of coverage is intended as a courtesy only.  Our failure to provide such advance notification will not extend the policy cancellation date nor negate cancellation of the policy.

All other terms and conditions of this policy remain unchanged.

**LIM 99 01 05 11**    © 2011, Liberty Mutual Group of Companies.  All rights reserved.    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.
with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# IOWA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation Common Policy** Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Requirements**

   **a.** We may cancel this policy, by mailing or delivering to the first Named Insured and any loss payee written notice of cancellation at least:

      **(1)** 30 days before the effective date of cancellation if we cancel due to loss of reinsurance coverage;

      **(2)** 10 days before the effective date of cancellation if we cancel for any other reason.

   **b.** If this policy is a new policy and has been in effect for less than 60 days, we may cancel for:

      **(1)** Loss of reinsurance, subject to **d.** below; or

      **(2)** Any other reason.

   **c.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** Misrepresentation or fraud made by or with your knowledge in obtaining the policy, when renewing the policy, or in presenting a claim under the policy;

      **(3)** Acts or omissions by you that substantially change or increase the risk insured;

      **(4)** Determination by the Commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

      **(5)** You have acted in a manner which you knew or should have known was in violation or breach of a policy term or condition; or

      **(6)** Loss of reinsurance, subject to **d.** below.

   **d.** We may cancel due to loss of reinsurance which provides coverage to us for a significant portion of the underlying risk insured, but only if the Commissioner determines that such cancellation is justified.

 Copyright, ISO Properties, Inc., 2007

3. We will mail or deliver our notice to the first Named Insured's and any loss payee's last mailing address known to us.

4. Notice of cancellation will state:

   a. The reason for cancellation; and

   b. The effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, a post office department certificate of mailing is proof of receipt of notice. However, if cancellation is for nonpayment of premium, a certificate of mailing is not required.

B. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured and any loss payee at least 45 days before the expiration date of this policy, except if:

   a. We have offered to issue a renewal policy; or

   b. You have failed to pay a premium due or any advance premium required by us for renewal.

2. If notice is mailed, a post office department certificate of mailing is proof of receipt of notice.

Policy No: AS5-Z91-473579-032          Issued By: LM Insurance Corporation
Effective Date: 11/01/2022
Expiration Date: 11/01/2023
Sales Office: 046C

**IL 02 76 09 08**              Copyright, ISO Properties, Inc., 2007              **Page 2 of 2**

POLICY NUMBER: AS5-Z91-473579-032

**COMMERCIAL AUTO**
**CA 21 12 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# IOWA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Iowa, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

| | |
|---|---|
| Limit Of Insurance:  $ | Each "Accident" |

The definition of "uninsured motor vehicle" in this endorsement applies in its entirety unless an "X" is entered below:

☐ If an "X" is entered in this box, Paragraph **b.** of the definition of "uninsured motor vehicle" does not apply.

☐ If an "X" is entered in this box, only Paragraph **b.** of the definition of "uninsured motor vehicle" applies.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under the coverage selected under this endorsement only if Paragraph **a.** or **b.** below applies:

    a. The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

**CA 21 12 10 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 4**

**b.** A tentative settlement has been made between an "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and we:

  **(1)** Have been given prompt written notice of such tentative settlement; and

  **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

**1.** An individual, then the following are "insureds":

  **a.** The Named Insured and any "family members".

  **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

  **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

  **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

  **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", in accordance with the procedure described in Paragraph **A.2.b.**

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** "Bodily injury" sustained by an individual Named Insured while "occupying" or struck by any vehicle owned by that Named Insured which is not a covered "auto".

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

  **a.** War, including undeclared or civil war;

  **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

  **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured And Underinsured Motorists Coverage shown in this endorsement.

**2.** With respect to damages resulting from an "accident" with an "uninsured motor vehicle", as defined in Paragraphs **F.3.a., c.** and **d.** of the definition of "uninsured motor vehicle", the Limit of Insurance shall be reduced by:

  **a.** All sums paid or payable under any workers' compensation, disability benefits or similar law; and

  **b.** All sums paid by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage and any Liability Coverage Form.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The Conditions of the policy are changed for Uninsured And Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

     **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

     **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Promptly send us copies of the legal papers if a suit is brought.

   **c.** A person seeking coverage from an insurer, owner or operator of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer and allow us to advance payment to that "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

3. The **Legal Action Against Us** Provision is replaced by the following:

   **Legal Action Against Us**

   **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form; and

   **b.** Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident", the "insured" has filed an action for "bodily injury" against the owner or operator of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", and such action is:

     **(1)** Filed in a court of competent jurisdiction; and

     **(2)** Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   **Transfer Of Rights Of Recovery Against Others To Us**

   **a.** With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if any person or organization to or for whom we make payment under this coverage has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to prejudice them.

**b.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid, less our pro rata share of expenses incurred in recovering those damages. However, with respect to Paragraph **b.** of the definition of "uninsured motor vehicle", we shall be entitled to recovery only after the "insured" has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" if we:

**(1)** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle"; and

**(2)** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**(2)** We also have a right to recover the advance payment.

## F. Additional Definitions

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the Iowa Motor Vehicle and Safety Responsibility Act; or

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of the "accident" do not provide at least the amount an "insured" is legally entitled to recover as damages resulting from "bodily injury" caused by the "accident".

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

COMMERCIAL AUTO
CA 23 05 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WRONG DELIVERY OF LIQUID PRODUCTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Covered Autos Liability Coverage** is changed by adding the following exclusion:

This insurance does not apply to:

"Bodily injury" or "property damage" resulting from the delivery of any liquid into the wrong receptacle or to the wrong address, or from the delivery of one liquid for another, if the "bodily injury" or "property damage" occurs after delivery has been completed.

Delivery is considered completed even if further service or maintenance work, or correction, repair or replacement is required because of wrong delivery.

Policy Number  AS5-Z91-473579-032
Issued by        LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**STATE APPLICATION OF TERRORISM EXCLUSION ENDORSEMENTS**

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> GARAGE COVERAGE FORM

If part of your policy, the below described Exclusion of Terrorism endorsements shall apply as follows:

**Exclusion of Terrorism – CA 23 84 01 06**

This endorsement applies only in Puerto Rico.

**Exclusion of Terrorism – CA 23 84 10 13**

This endorsement applies in all states except Alaska, Connecticut, Florida, Georgia, Hawaii, Kansas, Kentucky, Massachusetts, New Jersey, New York, Oklahoma, Oregon, Puerto Rico, Virginia, and Washington.

This endorsement also applies in the jurisdictions of Guam and the US Virgin Islands.

**Exclusion of Terrorism Above Minimum Statutory Limits – CA 23 86 01 06**

This endorsement applies only in Hawaii.

**Exclusion of Terrorism Above Minimum Statutory Limits – CA 23 86 10 13**

This endorsement applies only in Connecticut, Kansas, Kentucky, Massachusetts, New Jersey, Oklahoma, and Oregon.

**Alaska Exclusion of Terrorism Above Minimum Statutory Limits – CA 23 88 10 13**

This endorsement applies only in Alaska.

**Washington Exclusion of Terrorism – CA 23 92 10 13**

This endorsement applies only in Washington.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

        **(1)** Use or threat of force or violence; or

        **(2)** Commission or threat of a dangerous act; or

        **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following applies:

        **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

        **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

Copyright ISO Properties, Inc., 2005

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

 Copyright ISO Properties, Inc., 2005

With respect to this Exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the Exclusion in Paragraphs B. or C., coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

Policy No: AS5-Z91-473579-032                    Issued By: LM Insurance Corporation
Effective Date: 11/01/2022
Expiration Date: 11/01/2023
Sales Office: 046C

COMMERCIAL AUTO
CA 23 84 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   **b.** When one or both of the following apply:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© Insurance Services Office, Inc., 2013    **CA 23 84 10 13**

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM ABOVE MINIMUM STATUTORY LIMITS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded, regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

Copyright ISO Properties, Inc., 2005

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

However, with respect to Liability and Personal Injury Protection Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits for each coverage.

With respect to Uninsured and/or Underinsured Motorists Coverage, if applicable, this Exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and/or Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Liability Coverage.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

## EXCLUSION OF TERRORISM

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

Copyright ISO Properties, Inc., 2005

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

With respect to this Exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the Exclusion in Paragraphs **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

Policy No: AS5-Z91-473579-032          Issued By: LM Insurance Corporation
Effective Date: 11/01/2022
Expiration Date: 11/01/2023
Sales Office: 046C

COMMERCIAL AUTO
CA 23 86 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM ABOVE
# MINIMUM STATUTORY LIMITS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded, regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

However, with respect to Covered Autos Liability Coverage and Personal Injury Protection Coverage, if applicable, this exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits for each coverage.

With respect to Uninsured and/or Underinsured Motorists Coverage, if applicable, this exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and/or Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Covered Autos Liability Coverage.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

© Insurance Services Office, Inc., 2013

**CA 23 86 10 13**

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL AUTO
CA 23 88 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ALASKA EXCLUSION OF TERRORISM ABOVE MINIMUM STATUTORY LIMITS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

  **1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

    **(1)** Use or threat of force or violence; or

    **(2)** Commission or threat of a dangerous act; or

    **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   **b.** When one or both of the following apply:

    **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

  **2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

  **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

  **a.** Physical injury that involves a substantial risk of death; or

  **b.** Protracted and obvious physical disfigurement; or

  **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

However, with respect to Covered Autos Liability Coverage, this exclusion applies only to the extent that the limit of such coverage exceeds the state compulsory or financial responsibility law minimum limits.

With respect to Uninsured and Underinsured Motorists Coverage, this exclusion applies only to the extent that the limit of such coverage exceeds the minimum statutory permitted limits for Uninsured and Underinsured Motorists Coverage. Those limits are equal to the minimum limit permitted for Covered Autos Liability Coverage.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

© Insurance Services Office, Inc., 2013

CA 23 88 10 13

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

COMMERCIAL AUTO
CA 23 92 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   **b.** When one or both of the following apply:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

© Insurance Services Office, Inc., 2013

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© Insurance Services Office, Inc., 2013  **CA 23 92 10 13**

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

POLICY NUMBER  AS5-Z91-473579-032

**COMMERCIAL AUTO**
**CA 99 48 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY – BROADENED COVERAGE FOR COVERED AUTOS – BUSINESS AUTO AND MOTOR CARRIER COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **a.** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **B.6. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **D.** of the **Definitions** Section is replaced by the following:

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

Premium:  INCL

Policy Number  AS5-Z91-473579-032
Issued by        LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**TEMPORARY SUBSTITUTE AUTO - PHYSICAL DAMAGE INSURANCE**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

If Physical Damage Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Physical Damage Coverage:

Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

**a.**  Breakdown;

**b.**  Repair;

**c.**  Servicing;

**d.**  "Loss"; or

**e.**  Destruction.

**AC 84 73 01 16**                © 2016 Liberty Mutual Insurance                Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Policy Number  AS5-Z91-473579-032
Issued by      LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMPOSITE ENDORSEMENT – NUMBER OF POWER UNITS**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

It is agreed that the premium for this policy shall be computed on the following basis:  Number of "power units"

"Power unit" means:

1.  A land motor vehicle designed for travel on public roads; or

2.  Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle
    insurance law where it is licensed or principally garaged.

However, "power unit" does not include "mobile equipment", "trailer(s)" or semitrailer(s).

Schedule

"Power units" owned by owner-operators under contract to you are:
                     ( ) included
                     (X) excluded
in premium computation.

**AC 99 08 08 12**          © 2012 Liberty Mutual Insurance. All rights reserved.          Page 1 of 1

Policy Number   AS5-Z91-473579-032
Issued by       LM Insurance Corporation

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**AUTO ENHANCEMENT ENDORSEMENT**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

I.      Newly Acquired or Formed Organizations
II.     Employees as Insureds
III.    Lessor - Additional Insured and Loss Payee
IV.     Supplementary Payments - Increased Limits
V.      Fellow Employee Coverage
VI.     Personal Property of Others
VII.    Additional Transportation Expense and Cost to Recover Stolen Auto
VIII.   Airbag Coverage
IX.     Tapes, Records and Discs Coverage
X.      Physical Damage Deductible - Single Deductible
XI.     Physical Damage Deductible - Glass
XII.    Physical Damage Deductible - Vehicle Tracking System
XIII.   Duties in Event of Accident, Claim, Suit or Loss
XIV.    Unintentional Failure to Disclose Hazards
XV.     Worldwide Liability Coverage - Hired and Nonowned Autos
XVI.    Hired Auto Physical Damage
XVII.   Auto Medical Payments Coverage Increased Limits
XVIII.  Drive Other Car Coverage - Broadened Coverage for Designated Individuals
XIX.    Rental Reimbursement Coverage
XX.     Notice of Cancellation or Nonrenewal
XXI.    Loan/Lease Payoff Coverage
XXII.   Limited Mexico Coverage
XXIII.  Waiver of Subrogation

I.  NEWLY ACQUIRED OR FORMED ORGANIZATIONS

Throughout this policy, the words you and your also refer to any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership of more than 50 percent interest, provided:

A.  There is no similar insurance available to that organization;

B.  Unless you notify us to add coverage to your policy, the coverage under this provision is afforded only until:

    1.  The 90th day after you acquire or form the organization; or

    2.  The end of the policy period, whichever is earlier; and

C.  The coverage does not apply to an "accident" which occurred before you acquired or formed the organization.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

AC 84 07 07 13

Policy Number  AS5-Z91-473579-032
Issued by  LM Insurance Corporation

## II.  EMPLOYEES AS INSUREDS

Paragraph A.1. Who Is An Insured of SECTION II - LIABILITY COVERAGE is amended to add:

Your "employee" is an "insured" while using with your permission a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

## III.  LESSOR - ADDITIONAL INSURED AND LOSS PAYEE

A. Any "leased auto" will be considered an "auto" you own and not an "auto" you hire or borrow. The coverages provided under this section apply to any "leased auto" until the expiration date of this policy or until the lessor or his or her agent takes possession of the "leased auto" whichever occurs first.

B. For any "leased auto" that is a covered "auto" under SECTION II- LIABILITY COVERAGE, Paragraph A.1. Who Is An Insured provision is changed to include as an "insured" the lessor of the "leased auto". However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

1. You.

2. Any of your "employees" or agents; or

3. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

C. Loss Payee Clause

1. We will pay, as interests may appear, you and the lessor of the "leased auto" for "loss" to the covered "leased auto".

2. The insurance covers the interest of the lessor of the "leased auto" unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor of a "leased auto", we will obtain his or her rights against any other party.

D. Cancellation

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

E. The lessor is not liable for payment of your premiums.

F. For purposes of this endorsement, the following definitions apply:

"Leased auto" means an "auto" which you lease for a period of six months or longer for use in your business, including any "temporary substitute" of such "leased auto".

**AC 84 07 07 13**      © 2013 Liberty Mutual Insurance. All rights reserved.      Page 2 of 11
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number   AS5-Z91-473579-032
Issued by         LM Insurance Corporation

"Temporary substitute" means an "auto" that is furnished as a substitute for a covered "auto" when the covered "auto" is out of service because of its breakdown, repair, servicing, "loss" or destruction.

## IV. SUPPLEMENTARY PAYMENTS - INCREASED LIMITS

Subparagraphs A.2.a.(2) and A.2.a.(4) of SECTION II - LIABILITYCOVERAGE are deleted and replaced by the following:

(2) Up to $3,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

(4) All reasonable expenses incurred by the "insured" at our request, including the actual loss of earnings up to $500 a day because of time off from work.

## V. FELLOW EMPLOYEE COVERAGE

A. Exclusion B.5. of SECTION II - LIABILITY COVERAGE does not apply.

B. For the purpose of Fellow Employee Coverage only, Paragraph B.5. of BUSINESS AUTO CONDITIONS is changed as follows:

This Fellow Employee Coverage is excess over any other collectible insurance.

## VI. PERSONAL PROPERTY OF OTHERS

Exclusion 6. in SECTION II - LIABILITY COVERAGE for a covered "auto" is amended to add:

This exclusion does not apply to "property damage" or "covered pollution cost or expense" involving "personal property" of your "employees" or others while such property is carried by the covered "auto". The Limit of Insurance for this coverage is $5,000 per "accident". Payment under this coverage does not increase the Limit of Insurance.

For the purpose of this section of this endorsement, "personal property" is defined as any property that is not used in the individual's trade or business or held for the production or collection of income.

## VII. ADDITIONAL TRANSPORTATION EXPENSE AND COST TO RECOVER STOLEN AUTO

A. Paragraph A.4.a. of SECTION III - PHYSICAL DAMAGE COVERAGE is amended as follows:

The amount we will pay is increased to $50 per day and to a maximum limit of $1,000.

B. Paragraph A.4.a. of SECTION III - PHYSICAL DAMAGE COVERAGE is amended to add the following:

If your business is shown in the Declarations as something other than an auto dealership, we will also pay up to $1,000 for reasonable and necessary costs incurred by you to return a stolen covered "auto" from the place where it is recovered to its usual garaging location.

## VIII. AIRBAG COVERAGE

Exclusion B.3.a. in SECTION III - PHYSICAL DAMAGE COVERAGE is amended to add:

This exclusion does not apply to the accidental discharge of an airbag.

          © 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number   AS5-Z91-473579-032
Issued by        LM Insurance Corporation

## IX. TAPES, RECORDS AND DISCS COVERAGE

Exclusion B.4.a. of SECTION III - PHYSICAL DAMAGE COVERAGE is deleted and replaced by the following:

a.  Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment except when the tapes, records, discs or other similar audio, visual or data electronic devices:

   (1)  Are your property or that of a family member; and

   (2)  Are in a covered "auto" at the time of "loss".

   The most we will pay for "loss" is $200. No Physical Damage Coverage deductible applies to this coverage.

## X. PHYSICAL DAMAGE DEDUCTIBLE - SINGLE DEDUCTIBLE

Paragraph D. in SECTION III - PHYSICAL DAMAGE COVERAGE is deleted and replaced by the following:

D.  Deductible

   For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

   When two or more covered "autos" sustain "loss" in the same collision, the total of all the "loss" for all the involved covered "autos" will be reduced by a single deductible, which will be the largest of all the deductibles applying to all such covered "autos".

## XI. PHYSICAL DAMAGE DEDUCTIBLE - GLASS

Paragraph D. in SECTION III - PHYSICAL DAMAGE COVERAGE is amended to add:

No deductible applies to "loss" to glass if you elect to patch or repair it rather than replace it.

## XII. PHYSICAL DAMAGE DEDUCTIBLE - VEHICLE TRACKING SYSTEM

Paragraph D. in SECTION III - PHYSICAL DAMAGE COVERAGE is amended to add:

Any Comprehensive Coverage Deductible shown in the Declarations will be reduced by 50% for any "loss" caused by theft if the vehicle is equipped with a vehicle tracking device such as a radio tracking device or a global positioning device and that device was the method of recovery of the vehicle.

## XIII. DUTIES IN EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS

Subparagraphs A.2.a. and A.2.b. of SECTION IV- BUSINESS AUTO CONDITIONS are changed to:

a.  In the event of "accident", claim, "suit" or "loss", your insurance manager or any other person you designate must notify us as soon as reasonably possible of such "accident", claim, "suit" or "loss".  Such notice must include:

   (1)  How, when and where the "accident" or "loss" occurred;

**AC 84 07 07 13**

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number   AS5-Z91-473579-032
Issued by       LM Insurance Corporation

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

Knowledge of an "accident", claim, "suit" or "loss" by your agent, servant or "employee" shall not be considered knowledge by you unless you, your insurance manager or any other person you designate has received notice of the "accident", claim, "suit" or "loss" from your agent, servant or "employee".

b.   Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

## XIV. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

Paragraph B.2. in SECTION IV - BUSINESS AUTO CONDITIONS is amended to add the following:

Any unintentional failure to disclose all exposures or hazards existing as of the effective date of the Business Auto Coverage Form or at any time during the policy period will not invalidate or adversely affect the coverage for such exposure or hazard.  However, you must report the undisclosed exposure or hazard to us as soon as reasonably possible after its discovery

## XV. WORLDWIDE LIABILITY COVERAGE - HIRED AND NONOWNED AUTOS

Condition B.7. in SECTION IV - BUSINESS AUTO CONDITIONS is amended to include the following:

For "accidents" resulting from the use or operation of covered "autos" you do not own, the coverage territory means all parts of the world subject to the following provisions:

a.   If claim is made or "suit" is brought against an "insured" outside of the United States of America, its territories and possessions, Puerto Rico and Canada, we shall have the right, but not the duty to investigate, negotiate, and settle or defend such claim or "suit".

If we do not exercise that right, the "insured" shall have the duty to investigate, negotiate, and settle or defend the claim or "suit" and we will reimburse the "insured" for the expenses reasonably incurred in connection with the investigation, settlement or defense.  Reimbursement will be paid in the currency of the United States of America at the rate of exchange prevailing on the date of reimbursement.

The "insured" shall provide us with such information we shall reasonably request regarding such claim or "suit" and its investigation, negotiation, and settlement or defense.

The "insured" shall not agree to any settlement of the claim or "suit" without our consent.  We shall not unreasonably withhold consent.

**AC 84 07 07 13**
© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number  AS5-Z91-473579-032
Issued by      LM Insurance Corporation

b.  We are not licensed to write insurance outside of the United States of America, its territories or possessions, Puerto Rico and Canada.

We will not furnish certificates of insurance or other evidence of insurance you may need for the purpose of complying with the laws of other countries relating to auto insurance.

Failure to comply with the auto insurance laws of other countries may result in fines or penalties.  This insurance does not apply to such fines or penalties.

## XVI. HIRED AUTO PHYSICAL DAMAGE

If no deductibles are shown in the Declarations for Physical Damage Coverage for Hired or Borrowed Autos, the following will apply:

A.  We will pay for "loss" under Comprehensive and Collision coverages to a covered "auto" of the private passenger type hired without an operator for use in your business:

1.  The most we will pay for coverage afforded by this endorsement is the lesser of:

a.  The actual cost to repair or replace such covered "auto" with other property of like kind and quality; or

b.  The actual cash value of such covered "auto" at the time of the "loss".

2.  An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3.  If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

B.  For each covered "auto", our obligation to pay for, repair, return or replace the covered "auto" will be reduced by any deductible shown in the Declarations that applies to private passenger "autos" that you own.  If no applicable deductible is shown in the Declarations, the deductible will be $250.

If the Declarations show other deductibles for Physical Damage Coverages for Hired or Borrowed Autos, this Section XVI of this endorsement does not apply.

C.  Paragraph A.4.b. of SECTION III - PHYSICAL DAMAGE COVERAGE is replaced by:

b.  Loss of Use Expenses

For Hired Auto Physical Damage provided by this endorsement, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a private passenger vehicle rented or hired without a driver, under a written rental contract or agreement.  We will pay for loss of use expenses caused by:

(1)  Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

(2)  Specified Causes of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for any covered "auto"; or

(3)  Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

**AC 84 07 07 13**

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number  AS5-Z91-473579-032
Issued by      LM Insurance Corporation

However, the most we will pay under this coverage is $30 per day, subject to a maximum of $900.

## XVII. AUTO MEDICAL PAYMENTS COVERAGE - INCREASED LIMITS

For any covered "loss", the Limit of Insurance for Auto Medical Payments will be double the limit shown in the Declarations if the "insured" was wearing a seat belt at the time of the "accident". This is the maximum amount we will pay for all covered medical expenses, regardless of the number of covered "autos", "insureds", premiums paid, claims made, or vehicles involved in the "accident".

If no limit of insurance for Auto Medical Payments is shown on the Declarations, this paragraph Section XVII of this endorsement does not apply.

## XVIII. DRIVE OTHER CAR COVERAGE - BROADENED COVERAGE FOR DESIGNATED INDIVIDUALS

A. This endorsement amends only those coverages indicated with an "X" in the Drive Other Car section of the Schedule to this endorsement.

B. SECTION II - LIABILITY COVERAGE is amended as follows:

1. Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by any individual named in the Drive Other Car section of the Schedule to this endorsement or by his or her spouse while a resident of the same household except:

   a. Any "auto" owned by that individual or by any member of his or her household; or

   b. Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

2. The following is added to Who Is An Insured:

   Any individual named in the Drive Other Car section of the Schedule to this endorsement and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph B.1. of this endorsement.

C. Auto Medical Payments, Uninsured Motorist, and Underinsured Motorist Coverages are amended as follows:

   The following is added to Who Is An Insured:

   Any individual named in the Drive Other Car section of the Schedule to this endorsement and his or her "family members" are "insured" while "occupying" or while a pedestrian when struck by any "auto" you don't own except:

   Any "auto" owned by that individual or by any "family member".

D. SECTION III - PHYSICAL DAMAGE COVERAGE is changed as follows:

   Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Drive Other Car section of the Schedule to this endorsement or his or her spouse while a resident of the same household except:

   1. Any "auto" owned by that individual or by any member of his or her household; or

---

**AC 84 07 07 13**          © 2013 Liberty Mutual Insurance. All rights reserved.          Page 7 of 11
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number   AS5-Z91-473579-032
Issued by       LM Insurance Corporation

    2.   Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

E.   For purposes of this endorsement, SECTION V - DEFINITIONS is amended to add the following:

    "Family member" means a person related to the individual named in the Drive Other Car section of the Schedule to this endorsement by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

## XIX. RENTAL REIMBURSEMENT COVERAGE

A.   For any owned covered "auto" for which Collision and Comprehensive Coverages are provided, we will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of a covered physical damage "loss" to an owned covered "auto". Such payment applies in addition to the otherwise applicable amount of physical damage coverage you have on a covered "auto". No deductibles apply to this coverage.

B.   We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending with the earlier of the return or repair of the covered "auto", or the exhaustion of the coverage limit.

C.   Our payment is limited to the lesser of the following amounts:

    1.   Necessary and actual expenses incurred; or

    2.   $30 per day with a maximum of $900 in any one period.

D.   This coverage does not apply:

    1.   While there are spare or reserve "autos" available to you for your operations; or

    2.   If coverage is provided by another endorsement attached to this policy.

E.   If a covered "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under Paragraph A.4. Coverage Extensions of SECTION III – PHYSICAL DAMAGE COVERAGE of the Business Auto Coverage Form or Section VII of this endorsement.

## XX. NOTICE OF CANCELLATION OR NONRENEWAL

A.   Paragraph A.2. of the COMMON POLICY CONDITIONS is changed to:

    2.   We may cancel or non-renew this policy by mailing written notice of cancellation or non-renewal to the Named Insured, and to any name(s) and address(es) shown in the Cancellation and Non-renewal Schedule:

        a.   For reasons of non-payment, the greater of:

            (1)  10 days; or

            (2)  The number of days specified in any other Cancellation Condition attached to this policy; or

        b.   For reasons other than non-payment, the greater of:

AC 84 07 07 13

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number  AS5-Z91-473579-032
Issued by      LM Insurance Corporation

      (1)  60 days;

      (2)  The number of days shown in the Cancellation and Non-renewal Schedule; or

      (3)  The number of days specified in any other Cancellation Condition attached to this policy,

    prior to the effective date of the cancellation or non-renewal.

B.  All other terms of Paragraph A. of the COMMON POLICY CONDITIONS, and any amendments thereto, remain in full force and effect.

## XXI. LOAN/LEASE PAYOFF COVERAGE

The following is added to Paragraph C. Limit of Insurance of SECTION III - PHYSICAL DAMAGE COVERAGE:

In the event of a total "loss" to a covered "auto" of the private passenger type shown in the schedule or declarations for which Collision and Comprehensive Coverage apply, we will pay any unpaid amount due on the lease or loan for that covered "auto", less:

1.  The amount paid under the PHYSICAL DAMAGE COVERAGE SECTION of the policy; and

2.  Any:

    a.  Overdue lease/loan payments at the time of the "loss";

    b.  Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

    c.  Security deposits not returned by the lessor;

    d.  Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

    e.  Carry-over balances from previous loans or leases.

This coverage is limited to a maximum of $1500 for each covered "auto".

## XXII. LIMITED MEXICO COVERAGE

---

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY - **NOT** THE LAWS OF THE UNITED STATES OF AMERICA.  THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES NOT APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR BEYOND 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

---

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Policy Number  AS5-Z91-473579-032
Issued by       LM Insurance Corporation

A. Coverage

  1. Paragraph B.7. of  SECTION IV - BUSINESS AUTO CONDITIONS is amended by the addition of the following:

     The coverage territory is extended to include Mexico but only if all of the following criteria are met:

     a.  The "accidents" or "loss" occurs within 25 miles of the United States border; and

     b.  While on a trip into Mexico for 10 days or less.

  2. For coverage provided by this section of the endorsement, Paragraph B.5. Other Insurance in SECTION IV - BUSINESS AUTO CONDITIONS is replaced by the following:

     The insurance provided by this endorsement will be excess over any other collectible insurance.

B. Physical Damage Coverage is amended by the addition of the following:

   If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States. If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

C. Additional Exclusions

   The following additional exclusions are added:

   This insurance does not apply:

  1. If the covered "auto" is not principally garaged and principally used in the United States.

  2. To any "insured" who is not a resident of the United States.

XXIII. WAIVER OF SUBROGATION

   Paragraph A.5. in SECTION IV - BUSINESS AUTO CONDITIONS does not apply to any person or organization where the Named Insured has agreed, by written contract executed prior to the date of "accident", to waive rights of recovery against such person or organization.

Policy Number   AS5-Z91-473579-032
Issued by       LM Insurance Corporation

## Schedule

**Premium**

Liability    Included
Physical Damage    Included
Total Premium    Included

**V. Fellow Employee**
    **Schedule of Employees:**

Not Applicable

| **XVIII. Drive Other Car**<br>    **Name of Individual** | **LIAB** | **MP** | **UM** | **UIM** | **COMP** | **COLL** |
|---|---|---|---|---|---|---|
| Not Applicable | | | | | | |

**XX. Notice of Cancellation or Nonrenewal**
    **Name and Address**                                                    **Number of Days**

                                                                                30

This endorsement applies in all states except:

AL, AR, AZ, CA, CO, CT, DC, DE, GA, ID, KS, KY, LA, MI, MN, MO, MT, NC,
ND, NJ, NY, OK, PA, RI, SD, TX, UT, VA, VT, WA, WI, WV, WY

POLICY NUMBER: AS5-Z91-473579-032

**COMMERCIAL AUTO**
**CA 20 70 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COVERAGE FOR CERTAIN OPERATIONS
# IN CONNECTION WITH RAILROADS

This endorsement modifies insurance provided under the following:

   AUTO DEALERS COVERAGE FORM
   BUSINESS AUTO COVERAGE FORM
   MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

| Scheduled Railroad | Designated Job Site |
|---|---|
| Any railroad for which you are performing operations and for which no Railroad Protective Liability | All jobsites |
| Policy has been purchased for the railroad by you, or any railroad for which "your work" has been | |
| completed or put to its intended use. | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to the use of a covered "auto" in operations for or affecting a railroad designated in the Schedule at a Designated Job Site, the two exceptions contained in the definition of "insured contract" relating to construction or demolition operations performed within 50 feet of a railroad do not apply.

© Insurance Services Office, Inc., 2011

POLICY NUMBER: AS5-Z91-473579-032

**COMMERCIAL AUTO**
**CA 20 01 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LESSOR - ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

| | |
|---|---|
| **Insurance Company:** | |
| **Policy Number:** | **Effective Date:** |
| **Expiration Date:** | |
| **Named Insured:** | |
| **Address:** | |
| **Additional Insured (Lessor):** | **SEE ATTACHED SCHEDULE** |
| **Address:** | |
| **Designation Or Description Of "Leased Autos":** | **SEE ATTACHED SCHEDULE** |

| Coverages | Limit Of Insurance |
|---|---|
| Covered Autos Liability | $                                       Each "Accident" |
| Comprehensive | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                                  Deductible For Each Covered "Leased Auto" |
| Collision | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                                  Deductible For Each Covered "Leased Auto" |
| Specified<br>Causes Of Loss | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                                  Deductible For Each Covered "Leased Auto" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## A.  Coverage

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   **a.** You;

   **b.** Any of your "employees" or agents; or

   **c.** Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

## B.  Loss Payable Clause

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

## C.  Cancellation

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

## D.  The lessor is not liable for payment of your premiums.

## E.  Additional Definition

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© Insurance Services Office, Inc., 2011
**CA 20 01 10 13**

Policy Number AS5-Z91-473579-032

Issued By: LM Insurance Corporation

## SCHEDULE OF ADDITIONAL INSURED - LESSOR(S)

The lessor is an additional insured according to the endorsement which applies in the state of leased vehicles garaging.

| Addtional Insured - Lessor(s) | | Leased Autos |
|---|---|---|
| Keystone Savings Bank<br>81 Main Street<br>P.O. Box 367<br>Keystone  IA  52249 | 1 | 2017 CHEVROLET   SILVERADO<br>1GC1KUEG7HF114968 |
| Keystone Savings Bank<br>81 Main Street<br>P.O. Box 367<br>Keystone  IA  52249 | 2 | 2017 TOYOTA    TUNDRA DOU<br>5TFUW5F19HX676236 |
| Keystone Savings Bank<br>81 Main Street<br>P.O. Box 367<br>Keystone  IA  52249 | 3 | 2018 RAM       PROMASTER<br>3C6TRVDG2JE116212 |
| BMO Harris Bank N.A.  ISAOA<br>P.O. Box 35704<br>Billilngs  MT  59107-5704 | 6 | 2020 INTERNATIO HV607 CUMM<br>3HAEKTAR6LL818785 |
| BMO Harris Bank N.A.  ISAOA<br>P.O. Box 35704<br>Billilngs  MT  59107-5704 | 14 | 2020 INTERNATIO HV607 CUMM<br>3HAEKTAR7LL148602 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 20 | 2019 RAM      2500 BIG H<br>3C6UR5DL4KG692889 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 21 | 2020 RAM      2500 TRADE<br>3C6UR5CL4LG104301 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 22 | 2019 RAM      1500 CLASS<br>1C6RR7FT5KS599953 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 23 | 2019 RAM      1500 CLASS<br>1C6RR7FT7KS619362 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 24 | 2020 RAM      3500 TRADE<br>3C63R3GLXLG184522 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 25 | 2020 RAM      3500 TRADE<br>3C63R3CL0LG129079 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 26 | 2020 RAM      3500 TRADE<br>3C63R3GL0LG154879 |

**ACS 00 11 11 11**

Policy Number AS5-Z91-473579-032

Issued By: LM Insurance Corporation

## SCHEDULE OF ADDITIONAL INSURED - LESSOR(S)

The lessor is an additional insured according to the endorsement which applies in the state of leased vehicles garaging.

| Addtional Insured - Lessor(s) | | Leased Autos |
|---|---|---|
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 27 | 2020 RAM       3500 TRADE<br>3C63R3CL9LG129078 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 28 | 2019 RAM       2500 TRADE<br>3C6UR5HL3KG707747 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 29 | 2019 RAM       2500 TRADE<br>3C6UR5HL0KG640976 |
| Bank of America<br>PO Box 2759<br>Jacksonville  FL  32203-2759 | 56 | 2021 GMC       SIERRA 250<br>1GT49REY5MF123533 |
| James River Equipment<br>9107 Owens Dr<br>Manassas Park  VA  20111 | 57 | 2021 BIGTOW B6D TRAILER<br>4KNBF2325ML160614 |
| Deere Credit, Inc.<br>PO Box 6600<br>Johnston  IA  50131-2945 | 58 | 2021 BIGTOW B-6 DROP DECK<br>4KNBF2328ML160560 |
| VW Credit Leasing, LTD<br>1401 Franklin Blvd<br>Libertyville  IL  60048 | 59 | 2021 AUDI       Q8<br>WA1EVAF1XMD038874 |
| Green State Credit Union<br>ATTN: Commercial Services<br>PO Box 2248<br>Sioux City  IA  51104 | 60 | 2019 RAM       1500 CLASS<br>3C6RR7KT9KG725292 |
| Keystone Savings Bank<br>81 Main Street<br>P.O. Box 367<br>Keystone  IA  52249 | 63 | 2010 TOYOTA     TUNDRA DOU<br>5TFUW5F1XAX112293 |
| Keystone Savings Bank<br>81 Main Street<br>P.O. Box 367<br>Keystone  IA  52249 | 64 | 2018 RAM       PROMASTER<br>3C6TRVDG6JE124720 |
| Keystone Savings Bank<br>81 Main Street<br>P.O. Box 367<br>Keystone  IA  52249 | 68 | 2015 DITCH WITC T14R TRAIL<br>1DSB122X1F1701849 |

**ACS 00 11 11 11**

Policy Number: `AS5-Z91-473579-032`
Issued by: `LM Insurance Corporation`

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DESIGNATED INSURED - NONCONTRIBUTING**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIERS COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" under the Who Is An Insured Provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage form.

**Schedule**

**Name of Person(s) or Organizations(s):**
`Any person or organization whom you have agreed in writing to add as an`
`additional insured, but only to coverage and minimum limits of insurance`
`required by the written agreement, and in no event to exceed either the scope of`
`coverage or the limits of insurance provided in this policy.`

**Regarding Designated Contract or Project:**

Each person or organization shown in the Schedule of this endorsement is an "insured" for Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured Provision contained in Section II of the Coverage Form.

The following is added to the **Other Insurance Condition:**
    If you have agreed in a written agreement that this policy will be primary and without right of contribution from any insurance in force for an Additional Insured for liability arising out of your operations, and the agreement was executed prior to the "bodily injury" or "property damage", then this insurance will be primary and we will not seek contribution from such insurance.

**AC 84 23 08 11**          © 2010, Liberty Mutual Group of Companies.  All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

POLICY NUMBER: AS5-Z91-473579-032

**COMMERCIAL AUTO**
**CA 20 48 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DESIGNATED INSURED FOR
# COVERED AUTOS LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement identifies person(s) or organization(s) who are "insureds" for Covered Autos Liability Coverage under the Who Is An Insured provision of the Coverage Form. This endorsement does not alter coverage provided in the Coverage Form.

### SCHEDULE

| **Name Of Person(s) Or Organization(s):** |
| --- |
| Any person or organization whom you have agreed in writing to add as an additional insured, but only to coverage and minimum limits of insurance required by the written agreement, and in no event to exceed either the scope of coverage or the limits of insurance provided in this policy. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Each person or organization shown in the Schedule is an "insured" for Covered Autos Liability Coverage, but only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Paragraph **A.1.** of Section **II -** Covered Autos Liability Coverage in the Business Auto and Motor Carrier Coverage Forms and Paragraph **D.2.** of Section **I -** Covered Autos Coverages of the Auto Dealers Coverage Form.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V –** Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

© Insurance Services Office, Inc., 2011

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

## B. Owned Autos You Acquire After The Policy Begins

**1.** If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

**2.** But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

**a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

**b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

**1.** "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

**2.** "Mobile equipment" while being carried or towed by a covered "auto".

**3.** Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

**a.** Breakdown;

**b.** Repair;

**c.** Servicing;

**d.** "Loss"; or

**e.** Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

## A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

## 1. Who Is An Insured

The following are "insureds":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

   **(1)** Employment by the "insured"; or

   **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

   **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

   **(1)** When all of the work called for in your contract has been completed;

   **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

   **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   © Insurance Services Office, Inc., 2011   **CA 00 01 10 13**

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

   **(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

   **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

   **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

   **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

   **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

### A. Coverage

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

### 2. Towing

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

### 3. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

### 4. Coverage Extensions

**a. Transportation Expenses**

We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011
**CA 00 01 10 13**

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

### a. Nuclear Hazard

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

### b. War Or Military Action

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. Deductible

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

#### 1. Appraisal For Physical Damage Loss

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

#### 2. Duties In The Event Of Accident, Claim, Suit Or Loss

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

### 3. Legal Action Against Us

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011
**CA 00 01 10 13**

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.** Equipment designed primarily for:

        **(1)** Snow removal;

        **(2)** Road maintenance, but not construction or resurfacing; or

        **(3)** Street cleaning;

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

    **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011

**CA 00 01 10 13**

Policy Number   AS5-Z91-473579-032
Issued by       LM Insurance Corporation

## PARTICIPATING PROVISION

You may be eligible to participate in the distribution of surplus funds of the company through any dividends that may be declared for this policy.  A declaration or payment of dividends is not guaranteed.  The amount of any dividends that may be declared shall be to the extent, and upon the conditions fixed and determined by the Board of Directors and in compliance with any laws that apply.

**In witness whereof**, the company has caused this policy to be signed by its President and its Secretary.

**SECRETARY**                    **PRESIDENT**

**LIL 90 05 06 13**        © 2013 Liberty Mutual Insurance. All rights reserved.

Policy Number  AS5-Z91-473579-032
Issued by      LM Insurance Corporation

.

## POLICYHOLDER NOTICE – AUDIT BASIS
## BEGINNING/ENDING INVENTORY

Changes you have in exposure during each annual rating period shall be determined by averaging the exposure that is used as a premium basis at the beginning and end of each annual rating period.

However,

- If the exposure basis differs by more than 20% from the beginning value; or
- If the exposure basis is less than 25,

the exposure you have during each annual rating period shall be determined by counting the exact number of days each covered auto is in use.

## 2016 COMMERCIAL AUTO MISCELLANEOUS FORM REVISIONS ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following forms and endorsements which apply to your renewal policy being issued by us. The forms and endorsements may reduce or broaden coverage.

### Broadening Of Coverage

### CA 04 49 – Primary And Noncontributory – Other Insurance Condition

This endorsement is being introduced as an additional coverage option. When this endorsement is attached to your policy, the Other Insurance Condition in the Business Auto and Auto Dealers Coverage Forms and the Other Insurance – Primary And Excess Insurance Provisions in the Motor Carrier Coverage Form are revised to provide coverage to an "insured" on a primary and noncontributory basis, provided that certain conditions are met.

### Reductions Of Coverage

### CA 23 44 – Public Or Livery Passenger Conveyance Exclusion

When this endorsement is attached to your policy, insurance provided under any applicable Covered Auto Liability, Physical Damage, Auto Medical Payments, Uninsured and/or Underinsured Motorists and Personal Injury Protection (or similar no-fault) Coverage is excluded while any covered auto is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the covered auto.

### CA 23 45 – Public Or Livery Passenger Conveyance And On-demand Delivery Services Exclusion

When this endorsement is attached to your policy, insurance provided under any applicable Covered Auto Liability, Physical Damage, Auto Medical Payments, Uninsured and/or Underinsured Motorists and Personal Injury Protection (or similar no-fault) Coverage is excluded while any covered auto is being used:

- As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered auto is being used by an insured who is logged into a "transportation network platform" as a driver, whether or not a passenger is occupying the covered auto; or
- By an insured who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide delivery services, which includes courier services, whether or not the goods, items or products to be delivered are in the covered auto.

## LIBERTY MUTUAL GROUP CALIFORNIA PRIVACY NOTICE
Commercial Lines (excluding Workers' Compensation)
(Effective December 15, 2020)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or are a commercial line claimant residing in California**. It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to libertymutual.com/privacy to review the applicable Liberty Mutual privacy notice.

### What Data Does Liberty Mutual Gather?

We may collect the following categories of data:

- **Identifiers**, including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;
- **Personal information described in California Civil Code § 1798.80(e)**, such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial information, medical information, or health insurance information;
- **Protected classification characteristics**, including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;
- **Commercial information**, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories and tendencies;
- **Internet or other similar network activity**, including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement;
- **Professional or employment related information**, including current or past job history or performance evaluations;
- **Inferences drawn from other personal information**, such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;
- **Risk data**, including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records and loss history information, health data, or criminal convictions; and
- **Claims data**, including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data.

For information about the types of personal data we have collected about California consumers in the past twelve (12) months, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

### How We Get the Personal Data:

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| ● ask about, buy insurance or file a claim | ● your insurance agent or broker |
| ● pay your policy | ● your employer, association or business (if you are insured through them) |
| ● visit our websites, call us, or visit our office | ● our affiliates or other insurance companies about your transactions with them |

| | |
|---|---|
| | • consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | • other public directories and sources |
| | • third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government entities, open electoral register, advertising networks, data analytics providers, social networks, data brokers or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjustors and claim handlers |
| | • other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

For information about how we have collected personal data in the past twelve (12) months, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

### How Does Liberty Mutual Use My Data?

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. Your data may be used to:

| **Business Purpose** | **Data Categories** |
|---|---|
| **Market, sell and provide insurance.** This includes for example: <br> • calculating your premium; <br> • determining your eligibility for a quote; <br> • confirming your identity and service your policy; | • Identifiers <br> • Personal Information <br> • Protected Classification Characteristics <br> • Commercial Information <br> • Internet or other similar network activity <br> • Professional or employment related information <br> • Inferences drawn from other personal information <br> • Risk data <br> • Claims data |
| **Manage your claim.** This includes, for example: <br> • managing your claim, if any; <br> • conducting claims investigations; <br> • conducting medical examinations; <br> • conducting inspections, appraisals; <br> • providing roadside assistance; <br> • providing rental car replacement or repairs; | • Identifiers <br> • Personal Information <br> • Protected Classification Characteristics <br> • Commercial Information <br> • Internet or other similar network activity <br> • Professional or employment related information <br> • Inferences drawn from other personal information <br> • Risk Data <br> • Claims Data |

| | |
|---|---|
| **Day to Day Business and Insurance Operations.**<br>This includes, for example:<br>• creating, maintaining, customizing and securing accounts;<br>• supporting day-to-day business and insurance related functions;<br>• doing internal research for technology development;<br>• marketing and creating products and services;<br>• conducting audits related to a current contact with a consumer and other transactions;<br>• as described at or before the point of gathering personal data or with your authorization; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Security and Fraud Detection.**<br>This includes for example:<br>• detecting security issues;<br>• protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>• managing risk and securing our systems, assets, infrastructure and premises;<br>• help to ensure the safety and security of Liberty staff, assets and resources, which may include physical and virtual access controls and access rights management;<br>• supervisory controls and other monitoring and reviews, as permitted by law; and<br>• emergency and business continuity management; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Regulatory and Legal Requirements.**<br>This includes for example:<br>• controls and access rights management;<br>• to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;<br>• exercising and defending our legal rights and positions;<br>• to meet Liberty contract obligations;<br>• to respond to law enforcement requests and as required by applicable law, court order, or governmental regulations;<br>• as otherwise permitted by law. | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |

| Improve Your Customer Experience and Our Products.<br>This includes for example:<br>• improve your customer experience, our products and service;<br>• to provide, support, personalize and develop our website, products and services;<br>• create and offer new products and services; | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
|---|---|
| Analytics to identify, understand and manage our risks and products.<br>This includes for example:<br>• conducting analytics to better identify, understand and manage risk and our products; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| Customer service and technical support. This includes for example:<br>• answer questions and provide notifications;<br>• provide customer and technical support; | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |

## How Does Liberty Mutual Share My Data?

Liberty Mutual does not sell your personal data as defined by the California Consumer Privacy Act.

Liberty Mutual shares personal data of California consumers with the following categories of third parties:

- Liberty Mutual affiliates;
- Service Providers;
- Insurance support organizations;
- Brokers and agents;
- Government entities and institutions (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Professional advisors including law firms, accountants, auditors, and tax advisors;
- Advertising networks, data analytics providers and social networks;
- Insurers, re-insurers, policyholders, and claimants; and
- As permitted by law.

Liberty Mutual shares the following categories of personal data regarding California consumers to service providers for business purposes:

| | |
|---|---|
| Identifiers | Personal Data; |
| Protected Classification Characteristics; | Commercial Information; |
| Internet or other similar network activity; | Claims Data; |
| Inferences drawn from other personal information; | Risk Data; |
| Professional, employment, and education information; | |

For information about how we have shared personal information in the past twelve (12) months, please go to liberty mutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

## What Privacy Rights Do I Have?

The California Consumer Privacy Act provides California residents with specific rights regarding personal information. These rights are subject to certain exceptions. Our response may be limited as permitted under law. For more information on your rights, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

## Will Liberty Mutual Update This Privacy Notice?

We reserve the right to makes changes to this notice at any time and for any reason. The updated version of this policy will be effective once it is accessible. You are responsible for reviewing this policy to stay informed of any changes or updates.

## Who Do I Contact Regarding Privacy?

If you have any questions or comments about this Notice or the Supplemental CCPA Notice, your rights, or are requesting the Notice in an alternative format, please do not hesitate to contact Liberty Mutual at:

**Phone:**              800-344-0197

**Email:**              privacy@libertymutual.com

**Postal Address:**     Liberty Mutual Insurance Company
                        Attn Privacy Office
                        175 Berkeley St 6th Floor
                        Boston MA 02116

## NOTICE REGARDING UNINSURED/UNDERINSURED

## MOTORISTS COVERAGE

Uninsured/Underinsured coverage does not cover damage done to your vehicle.  It provides benefits only for bodily injury caused by an uninsured or underinsured motorist.  If you wish to be insured for damage done to your vehicle, you must have collision coverage.  Please check your policy to make sure you have the coverage desired.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

IL P 001 01 04              © ISO Properties, Inc., 2004              **Page 1 of 1**