# United States Bankruptcy Court
## Northern District of Iowa

**IN RE:**　　　　　　　　　　　　**Chapter 7**

　　　　　　　　　　　　　　　　**Bankruptcy No.** 23-00484

,

　　　　　　**Debtor.**　　　　**CERTIFICATE OF SERVICE:**
　　　　　　　　　　　　　　Motion for Relief from the Automatic
　　　　　　　　　　　　　　Stay to Pursue Insurance Coverage

---

　　The undersigned certifies that a copy of the Motion for Relief from the Automatic Stay to Pursue Insurance Coverage [DOC 520] was served by CM/ECF electronic email service on August 20, 2024 or by U.S. Mail with first-class postage affixed to counsel of record for all other parties and to unrepresented parties at their addresses as disclosed by the pleadings and on such other parties as required by the U.S. Bankruptcy Code and the U.S. Rules of Bankruptcy Procedure, according to the following Service List, on August 21, 2024.

　　　　　　　　　　　　　　　　　　　　_/s/ Rush M. Shortley_
　　　　　　　　　　　　　　　　　　　　Rush M. Shortley

Service List:

Electronic Service
Renee K. Hanrahan, Trustee
Office of the U.S. Trustee
Abram V. Carls, Attorney for Debtor BDC Group, Inc.
Others requesting notice.

1st Class Mail
BDC Group, Inc.
c/o Dennis Bruce
1936 51st ST NW
Cedar Rapids, IA 52402