United States Bankruptcy Court

Northern District of Iowa

In re:     Case No. 23-00484-TJC
BDC Group, Inc.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 4
Date Rcvd: Aug 20, 2024     Form ID: prestay     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |
| cr | + | Complete Design Solutions, LLC, 3620 Developers Rd., Indianapolis, IN 46227-3520 |
| cr | + | DVA, Inc. d/b/a Ditch Witch of Virginia, DVA, Inc. d/b/a Ditch Witch of Virginia, 11053 Washington Hwy, Glen Allen, VA 23059, UNITED STATES 23059-1905 |
| cr | | East Central Iowa Council of Governments, 700 16th ST NE STE 301, Cedar Rapids, IA 52402-4665 |
| cr | + | Green Note Capital Partners SPV LLC, 1019 Avenue P, Suite 401, Brooklyn, NY 11223-2366 |
| cr | + | HM Cragg Co, 7490 Bush Lake Road, Edina, MN 55439-2801 |
| cr | | Karmen Denea Randall, 2066 River Ridge Terrace, Apt 202, Asburn, VA 20147 |
| cr | + | Keystone Savings Bank, 81 Main Street, PO Box 367, Keystone, IA 52249-0367 |
| cr | + | Marcelino Avalos, c/o Timothy B. Cantlin, Esq., The Cantlin Law Firm, 760 E Etna RD, Ottawa, IL 61350-1014 |
| cr | + | RP Construction, LLC, 24008 Bishop Meade Place, Ashburn, VA 20148-1712 |
| cr | | United States of America (SBA), United States Attorney's Office, 111 7th Avenue SE, Box 1, Cedar Rapids, IA 52401-2101 |
| cr | + | Watts Electric Company, c/o Brian S. Koerwitz, 5825 South 14th Street, Ste. 200, Lincoln, NE 68512-1233 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: legalassistant@ablsonline.com | Aug 20 2024 20:29:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 20:36:57 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Aug 20 2024 20:29:00 | Caterpillar Financial Services Corporation, Attn: Erin O'Quinn, 2120 West End Avenue, Nashville, TN 37203, US |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Aug 20 2024 20:29:00 | John Deere Financial f.s.b., PO Box 6600, Johnston, IA 50131 |
| cr | | Email/Text: bkdesk@greenstate.org | Aug 20 2024 20:29:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |
| cr | | Email/Text: accounting@sheetssterlinginc.com | Aug 20 2024 20:29:00 | Sheets Sterling, Inc., PO Box 615, Sterling, VA 20167 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID   Bypass Reason   Name and Address**

Case 23-00484  Doc 526  Filed 08/22/24  Entered 08/23/24 06:43:30  Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0862-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: prestay | Total Noticed: 18 |

cr         ##+         Zayo Group, LLC, 1805 29th Street, Boulder, CO 80301-1067

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Abram V. Carls
    on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com

Abram V. Carls
    on behalf of Debtor BDC Group  Inc. acarls@spmblaw.com, smiller-miller@spmblaw.com

Austin Peiffer
    on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
    on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
    on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
    on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson
    on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com  eryan@pughhagan.com

Benjamin Gregory Nielson
    on behalf of Creditor Herc Rentals  Inc. bnielson@pughhagan.com, eryan@pughhagan.com

Benjamin Gregory Nielson
    on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com  eryan@pughhagan.com

Benjamin Gregory Nielson
    on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com  eryan@pughhagan.com

Brian S. Koerwitz
    on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones
    on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison
    on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
    on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

David Skalka
    on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally
    on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Case 23-00484  Doc 526  Filed 08/22/24  Entered 08/23/24 06:43:30  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: prestay | Total Noticed: 18 |

Elizabeth L. Janczak
          on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak
          on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com

Emily X. Douglas Moore
          on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore
          on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Eric J. Langston
          on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
          on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Evan Lincoln Moscov
          on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov
          on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner
          on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jason Rosell
          on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz
          on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
          bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
          on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com,
          bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
          on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com,
          bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
          on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Jordan A Kroop
          on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com

Joseph A. Peiffer
          on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com,
          joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
          on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
          joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
          on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
          on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
          on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
          usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Peter Chalik
          on behalf of Creditor BMO Bank N.A. f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com,
          hodzic@whitfieldlaw.com

Renee K. Hanrahan
          rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Ronald C. Martin
          on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com
          rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
          on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
          rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

Roy Ryan Leaf
          on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com,

Case 23-00484    Doc 526    Filed 08/22/24    Entered 08/23/24 06:43:30    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0862-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: prestay | Total Noticed: 18 |

| | |
|---|---|
| | sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Rush M. Shortley | on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com |
| Rush M. Shortley | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com |
| Stephanie L. Hinz | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Stephanie L. Hinz | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Terry Gibson | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Timothy N. Lillwitz | on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com |

TOTAL: 57

prestay 1/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Chapter 7

Bankruptcy No. 23−00484

Debtor

## NOTICE SETTING TELEPHONIC PRELIMINARY HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. 520)

To:
| | |
|---|---|
| Abram V. Carls, Attorney for Debtor | 319−366−7641 |
| Renee K. Hanrahan, Trustee | 319−533−7358 |
| United States Trustee | |
| Rush M. Shortley, Attorney for Marcelino Avalos (Avalos)/Movant | 319−294−1907 |

**NOTICE IS HEREBY GIVEN** that a **telephonic** preliminary hearing will be held on:

**September 6, 2024 at 11:00 AM**

Parties are expected to comply with the Local Rules regarding Motions for Relief from Automatic Stay. In particular, Debtor (and trustee if one is appointed) is reminded that an **answer must be filed at least 7 days prior** to the preliminary hearing. If an answer is not filed and served upon the moving party and United States Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to Debtor or trustee.

ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL. Only those parties who have filed and served answers are to be called for the telephonic hearing. The United States Trustee's office shall <u>not</u> be called, unless that office files and serves a written request to participate in the hearing. The telephone number for Chambers is 319−286−2230.

Date: August 20, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Theresa J. Stqpelman*

Deputy Clerk