United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 22, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Aug 22 2024 21:07:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | |
| | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Abram V. Carls | |
| | on behalf of Debtor BDC Group Inc. acarls@spmblaw.com, smiller-miller@spmblaw.com |
| Austin Peiffer | |
| | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |

| | |
|---|---|
| | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com, eryan@pughhagan.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com eryan@pughhagan.com |
| Benjamin Gregory Nielson | on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com eryan@pughhagan.com |
| Benjamin Gregory Nielson | on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com eryan@pughhagan.com |
| Brian S. Koerwitz | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Camber Jones | on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com |
| David Skalka | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth Lally | on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth L. Janczak | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com |
| Emily X. Douglas Moore | on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com |
| Eric J. Langston | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jason Rosell | on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey P. Taylor | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |

Case 23-00484 Doc 527 Filed 08/24/24 Entered 08/24/24 23:35:05 Desc Imaged
Certificate of Notice Page 3 of 11

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: pdf902 | Total Noticed: 2 |

| | |
|---|---|
| Jordan A Kroop | on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com |
| Joseph A. Peiffer | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kristina M. Stanger | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Mark A Ludolph | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Martin McLaughlin | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Peter Chalik | on behalf of Creditor BMO Bank N.A. f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com |
| Renee K. Hanrahan | rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com |
| Ronald C. Martin | on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com |
| Ronald C. Martin | on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com |
| Roy Ryan Leaf | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Rush M. Shortley | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Rush M. Shortley | on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com |
| Stephanie L. Hinz | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Stephanie L. Hinz | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Terry Gibson | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Timothy N. Lillwitz | on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 22, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Wesley B. Huisinga
    on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 57

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BDC Group, Inc. | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | APPLICATION FOR APPROVAL |
| Debtor(s). | ) | OF EMPLOYMENT OF |
| | ) | ATTORNEY OR ACCOUNTANT: |
| | ) | RECOMMENDATION AND |
| | ) | ORDER |

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or

assist Trustee in carrying out the Trustee's duties as follows:

The services of an attorney will be necessary to represent the Trustee and the Bankruptcy Estate's interest in legal matters and to carry out such other legal services as the Trustee deems necessary and in the best interests of the bankruptcy estate.

3. Elizabeth M. Lally, and Lally Legal Group, 12020 Shamrock Plaza, Suite 200,

Omaha, Nebraska, 68154, is qualified by reason of practice and experience to render such

representation or assistance.

4. The compensation will be as follows:

Ms. Lally's hourly rate is $380.00 per hour. The hourly rates for other attorney(s) who might work on this matter are capped at $300.00 per hour for associates and $330.00 per hour for of counsel or other partners. Standard hourly rates for legal assistants and/or paralegals is $110.00 per hour. See attached Engagement Letter.

5. Applicant has disclosed to the undersigned that she has the following connections

with the debtor(s), creditors, or any other parties-in-interest:

None, except Attorney and her previous firm, Spencer Fane, LLC represented this Trustee and this bankruptcy estate until August 16, 2024; Spencer Fane LLC had disclosed their previous representation of GreenState Credit Union, who is a creditor represented by counsel in this case, and is not a primary target of the Trustee's pursuit.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated:___08.18.24_____　　　　　___/s/ Renee K. Hanrahan_____
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

## RULE 2014(a) VERIFICATION

I, Elizabeth M. Lally, of Lally Legal Group, named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated: August 18, 2024　　　　SIGNED: *E.M. Lally*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　By: Elizabeth M. Lally

## RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated and Entered:__8/21/24_____

　　　　　　　　　　　　　　　　United States Trustee, Region 12

　　　　　　　　　　　　　　　　By:___/s/ Janet G. Reasoner_____

　　　　　　　　　　　　　　　　United States Trustee's Office
　　　　　　　　　　　　　　　　111 7th Avenue SE, Box 17
　　　　　　　　　　　　　　　　Cedar Rapids IA  52401-2101
　　　　　　　　　　　　　　　　319.364.2211

ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered: _____August 22, 2024_____

_____
UNITED STATES BANKRUPTCY JUDGE



August 18, 2024

Via e-mail: rhanrahan@sharontc.net

Renee K. Hanrahan, solely in her capacity as Chapter 7 Trustee for BDC Group, Inc.
PO Box 1088
Cedar Rapids IA
52406-1088

**RE: Lally Legal Group – Engagement Agreement**

Dear Trustee Hanrahan:

Thank you for retaining Lally Legal Group LLC ("LLG") to serve as counsel to the Chapter 7 Trustee. ("Client") in the case of In Re: BDC Group, Inc., pending in the United States Bankruptcy Court for the Northern District of Iowa ("Bankruptcy Court") under case number 23-00484. This Engagement Agreement will confirm the scope of the services LLG will provide and the terms by which LLG will bill fees and expenses.

LLG's retention remains subject to Bankruptcy Court approval, and LLG understands certain of the Standard Terms & Conditions listed below may not be applicable in this retention and/or may appear to conflict with applicable bankruptcy law and/or procedure, such as timing of payment of fees. To the extent that the Standard Terms & Conditions contradict the Order granting the Employment Application or other applicable bankruptcy law and/or procedure, the Order and/or applicable bankruptcy law and/or procedure shall control. LLG, however, reserves the right, to withdraw as counsel to the extent that any Order approving our employment contains terms that are unacceptable to LLG.

Standard Terms & Conditions

Rates: Elizabeth M. Lally will be your primary, designated contact at LLG regarding this matter, but other legal assistants, paralegals, and/or associates may assist with this matter as needed and as their expertise or assistance is warranted. LLG's invoices for professional services are based on hourly billing rates.

Ms. Lally's hourly rate is $380.00 per hour. The hourly rates for other attorney(s) who might work on this matter are capped at $300.00 per hour for associates and $330.00 per hour for of counsel or other partners. Standard hourly rates for legal assistants and/or paralegals is $110.00 per hour. These rates will not be changed without notice to Client and by mutual agreement in writing as to the same.

<u>Out-of-Pocket Expenses</u>: Attorneys, legal assistants, and paralegals will bill half their standard hourly rate for any travel.

<u>Billing Arrangements and Terms of Payment</u>: LLG understands payment of any professional fees and/or expenses incurred by LLG related to this matter is subject to review and approval of the Bankruptcy Court. Client will not be charged interest or late fees as to any invoices / statements. Client understands some states require the assessment of sales tax for legal services and any required sales tax will be applied to the invoice and show on the same as local or state sales tax.

<u>Retainer and Trust Deposits</u>: No retainer is requested from the Client.

<u>Conflicts</u>: LLG's client in this matter will be the Client. The Client agrees that our representation of Client in this matter does not give rise to a lawyer-client relationship between our firm and any of the Client's affiliates not listed above. Accordingly, LLG's representation of the Client in this matter will not give rise to a conflict of interest in the event we represent other clients adverse to Client affiliates in other matters. Regardless, any attorneys working on this matter on behalf of the Client will not work on any matter in which the Client is known to be adverse or where it is known that a representation of another client will be adverse to Client's interests and an ethical wall be established around any attorney(s) working on this matter for the Client. Further, any representation of a client adverse to the Client's interests will be consistent with the attorney(s) obligations under the Model Rules of Professional Conduct regardless of any waiver.

In addition, LLG's representation of the Client in this matter does not give rise to a lawyer-client relationship between LLG and any of the Client's officers, directors, shareholders, or other individuals associated with the Client.

<u>Termination & Withdrawal of Counsel</u>: Client may terminate LLG's representation at any time, with or without cause, by notifying Client's designated contact in writing. However, notwithstanding the termination of the relationship, Client's termination of LLG's services will not affect Client's responsibility for payment for professional services rendered and expenses incurred before termination and in connection with an orderly transition of the matter.

LLG tries to identify in advance and discuss with our client(s) any situation that may lead to LLG's withdrawal as counsel and, if withdrawal becomes necessary, LLG shall provide Client written notice of LLG's withdrawal. LLG may withdraw from working on matters with Client's consent, or for good cause, or if permitted under the Model Rules of Professional Conduct or any state or federal rules of professional conduct applicable to the matter(s). Among the circumstances under which LLG may withdraw are, in general: (a) with a client's consent; (b) if a client's conduct renders it unreasonably difficult for LLG to carry out effectively the services for which LLG was employed; (c) if a client fails to pay for the fees and/or expenses as agreed upon with LLG; (d) a breakdown of communication between the client and LLG. Client, however, will remain obligated to pay LLG for all services provided and to reimburse LLG for all expenses advanced prior to withdrawal.

<u>Disclaimer of Guarantee:</u>  Nothing in this Engagement Agreement and nothing in the statements of any attorney(s) with LLG to Client will be construed as a promise or guarantee about the outcome of the matter. LLG makes no such promises or guarantees. LLG's comments about the outcome of any matter are expressions of opinion only, are neither promises nor guarantees, and will not be construed as promises or guarantees.

<u>Contact</u>:  If any of Client's contact information changes, please notify LLG via your designated contact immediately.

<u>Electronic Security/Storage & Communication</u>:  LLG advises Client of the risk of exchanging electronic information, including, but not limited, to e-mail or text messages.  Client understands the risks of electronic conversations and consents to LLG using Client's email address as provided by Client.

LLG utilizes Clio cloud services and Microsoft OneDrive and/or SharePoint to secure Client's information and data.

<u>Return & Maintenance of Client Files</u>: At the end of LLG's engagement and upon receiving a closing letter from LLG, Client may request the return of Client's case file. If Client does not request the return of Client's file, LLG may dispose of any and all documents it deems superfluous consistent with maintaining the confidentiality of the contents of those documents. Subject to casualties beyond LLG's control, LLG will store the entire balance of the file for each matter, at the LLG's expense, for at least five (5) years. After the five (5) year retention period, unless Client makes other arrangements, the file for each matter may be disposed of in the regular course of business, at the LLG's expense, consistent with maintaining the confidentiality of the file contents.

LLG looks forward to representing you and thank you for looking to LLG to assist you. If you have any questions concerning the contents Engagement Agreement, or any matter relating to LLG's legal representation, please do not hesitate to call me directly.

Very truly yours,

*E. M. Lally*

Elizabeth M. Lally

APPROVED AND ACCEPTED:


\_\_\_/s/ Renee K. Hanrahan, Trustee \_\_
Renee K. Hanrahan, solely in her capacity as Chapter 7 Trustee for BDC Group Inc.


Date:   August 18, 2024