**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER** |

The matter before the Court is the Joint Motion for Order Approving Compromise and Derivative Standing (Dkt. 501) ("Motion") filed by Chapter 7 Trustee Renee Hanrahan and Creditor Keystone Savings Bank ("Bank"). The notice of filing and docketing of the Motion provided that objections were due by August 26, 2024, and no objections have been filed. The Court finds that cause exists to grant the Motion for the reasons and pursuant to the authorities cited therein.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Settlement Agreement and Release attached to the Motion is approved. The Chapter 7 Trustee and the Bank are hereby authorized to and shall consummate that Agreement.

IT IS FURTHER ORDERED that Keystone Saving Bank is hereby granted derivative standing to administer, collect, prosecute, and pursue the Debtor's Receivables (as defined in the Agreement), and exercise all powers of the Trustee in connection therewith, as authorized by this order and the terms of the Agreement.

Entered this __29th__ day of August, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by: Abram V. Carls

Approved as to form and content:

**Counsel for Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally, #AT0013010
Lally Legal Group, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402.778.4840
Email: elally@lally-legal.com