United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 29, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++         Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Aug 29 2024 20:59:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 31, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Abram V. Carls | on behalf of Debtor BDC Group Inc. acarls@spmblaw.com, smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |

| | |
|---|---|
| | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |
| | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |
| | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com, eryan@pughhagan.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com eryan@pughhagan.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com eryan@pughhagan.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com eryan@pughhagan.com |
| Brian S. Koerwitz | |
| | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Camber Jones | |
| | on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com |
| Claire Davison | |
| | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | |
| | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com |
| David Skalka | |
| | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth Lally | |
| | on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | |
| | on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com |
| Emily X. Douglas Moore | |
| | on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com |
| Eric J. Langston | |
| | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
| | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | |
| | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | |
| | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jason Rosell | |
| | on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com |
| Jeffrey Douglas Goetz | |
| | on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | |
| | on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | |
| | on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey P. Taylor | |
| | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Jordan A Kroop
on behalf of Creditor Zayo Group  LLC jkroop@pszjlaw.com

Joseph A. Peiffer
on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Peter Chalik
on behalf of Creditor BMO Bank N.A.  f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Renee K. Hanrahan
rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Ronald C. Martin
on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Roy Ryan Leaf
on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Rush M. Shortley
on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com

Rush M. Shortley
on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com

Scott D. Fink
on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse
on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com

Stephanie L. Hinz
on behalf of Defendant Breakout Capital Finance  LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
on behalf of Creditor Zayo Group  LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tonita M Helton
on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
on behalf of Creditor BANK OF AMERICA  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

District/off: 0862-1 | User: admin | Page 4 of 4
Date Rcvd: Aug 29, 2024 | Form ID: pdf902 | Total Noticed: 2

Wesley B. Huisinga
                    on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
                    on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 57

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER** |
|---|---|

The matter before the Court is the Joint Motion for Order Approving Compromise and Derivative Standing (Dkt. 501) ("Motion") filed by Chapter 7 Trustee Renee Hanrahan and Creditor Keystone Savings Bank ("Bank"). The notice of filing and docketing of the Motion provided that objections were due by August 26, 2024, and no objections have been filed. The Court finds that cause exists to grant the Motion for the reasons and pursuant to the authorities cited therein.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Settlement Agreement and Release attached to the Motion is approved. The Chapter 7 Trustee and the Bank are hereby authorized to and shall consummate that Agreement.

IT IS FURTHER ORDERED that Keystone Saving Bank is hereby granted derivative standing to administer, collect, prosecute, and pursue the Debtor's Receivables (as defined in the Agreement), and exercise all powers of the Trustee in connection therewith, as authorized by this order and the terms of the Agreement.

Entered this __29th__ day of August, 2024.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by: Abram V. Carls

Approved as to form and content:

**Counsel for Chapter 7 Trustee**

By: /s/ *Elizabeth M. Lally*
Elizabeth M. Lally, #AT0013010
Lally Legal Group, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402.778.4840
Email: elally@lally-legal.com