IA-13
(Revised 06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|    BDC Group, Inc. | ) | CASE NO: 23-00484 |
| | ) | |
| | ) | REPORT OF ABANDONMENT OF |
| | ) | PROPERTY |
|    Debtor(s). | ) | |

     The undersigned Trustee of the estate of the debtor named above hereby reports that, without general notice as authorized by Local Bankruptcy Rule 6004-1(b), the following property will be abandoned.  (if real property, give legal description)

**United of Omaha insurance policies, more fully described as:**
    i.    **Life and AD&D GLUG-C5BG provided life insurance and accidental death and dismemberment coverage;**
    ii.    **LTD GLTD-C5BG provided long term disability coverage;**
    iii.    **STD GUG-C5BG provided short term disability coverage;**
    iv.    **Vol LTD GUPR-C5BG provided voluntary long term disability coverage for electing employees; and**
    v.    **Vol Life and AD&D GVTL-V5BG provided voluntary life insurance and accidental death and dismemberment coverage to electing employees.**

     The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the estate because:

**These policies have no value to the bankruptcy estate, have been rejected by operation of law, and the policies may be formally terminated by United of Omaha.**

     Pursuant to Local Bankruptcy Rule 6004-1(b), parties upon whom a copy of this report is served have twenty-one (21) days after the filing of this report by the Trustee with the Clerk to object to the Trustee's proposed action.  If no timely objections are filed, the proposed action will be deemed approved without further Court Order.

     I hereby certify that on this date a copy of this report was served on the U.S. Trustee, debtor(s), debtor(s)' counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b) as required by Local Bankruptcy Rule 6004-1(b),(f) per the attached list.

     DATED:____09.04.24_____          */s/ Renee K. Hanrahan*
                                                                             Trustee

Note: Service List Must Be Attached

All Creditors and Interested Parties on the Court's CM-ECF Notifications

BDC Group, Inc.
Dennis Bruce
565 Eastview Ave
Marion IA  52302

Dennis Bruce
565 Eastview Ave
Marion IA  52302

Office of the United States Trustee
111 7th Avenue SE  Box 17
Cedar Rapids IA  52401

Jeff Wegner
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha NE  68102