### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP, INC.,<br><br>    Debtor. | Bankruptcy Case No. 23-00484<br>Chapter 7 |
|---|---|

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s): **Keystone Savings Bank**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding.<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (describe) | For appeals in a bankruptcy case and not in an adversary proceeding.<br>☐ Debtor<br>☒ **Creditor**<br>☐ Trustee<br>☐ Other (describe) |
|---|---|

**Part 2: Identify the Subject of this appeal:**

1. Describe the judgment, order, or decree appealed from: **Opinion on Motion to Recognize Lien and Motion for Summary Judgment, ECF No. 532.**

2. State the date on which the judgment, order, or decree was entered: **September 10, 2024**

**Part 3: Identify the other parties to the appeal:**

List the names of all parties to the judgment order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Renee Hanrahan in her capacity as Chapter 7 Trustee**
    Attorney: **Elizabeth M. Lally**
    Lally Legal Group, LLC
    12020 Shamrock Plaza, Suite 200
    Omaha, NE 68154
    Telephone: (402) 778-4840
    Email: elally@lally-legal.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts):**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ **YES, Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel**.

**Part 5: Sign Below:**

/s/ Abram V. Carls                                                          Date: 9/24/2024
Signature of attorney for Appellant(s)

SIMMONS PERRINE MOYER BERGMAN PLC
Abram V. Carls, AT0011818
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: acarls@simmonsperrine.com

**Attachment pursuant to Fed. R. Bankr. P. 8003(a)(3):** Opinion on Motion to Recognize Lien and Motion for Summary Judgment, ECF No. 532 (Sept. 10, 2024) attached as **EXHIBIT A**.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2024, a copy of the foregoing document and attachment was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

Signed:  /s/ Abram V. Carls