| | |
|---|---|
| **From:** | ndia.ecf.notification@iand.uscourts.gov |
| **To:** | ndia.ecf.notification@iand.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-00104-LTS-MAR In Re BDC Group, Inc BANKRUPTCY Appeal |
| **Date:** | Wednesday, September 25, 2024 3:10:48 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Northern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 9/25/2024 at 3:08 PM CDT and filed on 9/25/2024
**Case Name:**      In Re BDC Group, Inc
**Case Number:**      1:24-cv-00104-LTS-MAR
**Filer:**      Keystone Savings Bank

**Document Number:** 1

**Docket Text:**
**NOTICE of Appeal from Bankruptcy Court. Bankruptcy Court case number 23-00484. Notice of Appeal filed by Keystone Savings Bank received. (Attachments: # (1) Certificate of Service of Appeal) (pac)**


**1:24-cv-00104-LTS-MAR Notice has been electronically mailed to:**

Abram V Carls      acarls@spmblaw.com, smiller-miller@spmblaw.com

Elizabeth Marie Lally      elally@lally-legal.com, jheiserman@spencerfane.com

US Trustee      ustpregion12.cr.ecf@usdoj.gov

US Bankruptcy Clerk-IAND      appeals@ianb.uscourts.gov

**1:24-cv-00104-LTS-MAR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=9/25/2024] [FileNumber=2840450-0

] [95815b7a4ed1567dbd153c67c49504efe070123cb6f401486d709e6f57496cb1d8b
efd0ac5d74453746a8ffb7a227cf788dfa67a96e922744a6b8c79ce470ff4]]

**Document description:** Certificate of Service of Appeal

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1025896836 [Date=9/25/2024] [FileNumber=2840450-1
] [c6140139f0d74ebd1b959f64ec37983a1235ad178cfddd8248c68b107e9d5af5088
0517d22bbbeb1a3aac51b9b8b8bddefa356a5474b99169a4bde3752ab9969]]