**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Bankruptcy Case No. 23-00484<br>Appeal No. 24-cv-00104-LTS-MAR<br><br>**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Creditor/Appellant Keystone Savings Bank, pursuant to Fed. R. App. P. 8009(a), hereby designates the following items to be included in the record on appeal:

<u>Docket Entries</u>

1. Relevant Docket Entries, United States Bankruptcy Court for the Northern District of Iowa, Case No. 23-00484

2. Motion to Recognize Lien, ECF No. 290 (Nov. 8, 2023)

3. Motion for Summary Judgment and all related attachments, ECF No. 291 (Nov. 8, 2024)

4. Objection to Motion to Recognize Lien, ECF No. 305 (Dec. 1, 2023)

5. Response in Opposition to Motion for Summary Judgment and Request for Summary Judgment in Favor of Non-Moving Party and all related attachments, ECF No. 306 (Dec. 1, 2023)

6. Reply in Support of Motion for Summary Judgment, ECF No. 313 (Dec. 8, 2024)

7. Resistance to Cross-Motion for Summary Judgment and all related attachments, ECF No. 317 (Dec. 11, 2023)

8. Proceeding Memo and Order, ECF No. 325 (Dec. 15, 2023)

9. Appointment of Chapter 7 Trustee, ECF No. 385 (Jan. 30, 2024)

10. Joinder to (I) Objection to Motion to Recognize Lien and (II) Response in Opposition to Motion for Summary Judgment and Request for Summary Judgment in Favor of Non-Moving Party and Related Pleadings, ECF No. 422 (Feb. 8, 2024)

11. Proceeding Memo and Order, ECF NO. 462 (March 28, 2024)

12. Opinion on Motion to Recognize Lien and Motion for Summary Judgment, ECF No. 532 (Sept. 10, 2024)

13. Notice of Appeal and Statement of Election, ECF No. 534 (Sept. 24, 2024)

14. Certificate of Non-Ordered Transcript, ECF NO. 541 (Oct. 8, 2024)

Dated: October 8, 2024

                        Respectfully Submitted,

                        SIMMONS PERRINE MOYER BERGMAN PLC

                        /s/ Abram V. Carls
                        Eric W. Lam, AT0004416
                        Abram V. Carls, AT0011818
                        115 Third Street SE, Suite 1200
                        Cedar Rapids, IA 52401
                        Phone: 319-366-7641
                        Facsimile: 319-366-1917
                        elam@simmonsperrine.com
                        acarls@spmblaw.com
                        ATTORNEYS FOR KEYSTONE SAVINGS BANK

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 8, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

                        /s/ Abram V. Carls