| Service Provider | Hours | Amounts | Rate |
|---|---|---|---|
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.23 | $100.05 | $435.00 |
| EWL | 0.1 | $43.50 | $435.00 |
| EWL | 0.1 | $43.50 | $435.00 |
| EWL | 0.25 | $108.75 | $435.00 |
| EWL | 0.1 | $43.50 | $435.00 |
| EWL | 0.28 | $121.80 | $435.00 |
| EWL | 0.13 | $56.55 | $435.00 |
| AVC | 0.3 | $85.50 | $285.00 |
| EWL | 0.28 | $121.80 | $435.00 |
| EWL | 0.62 | $269.70 | $435.00 |
| AVC | 0.5 | $142.50 | $285.00 |
| EWL | 0.28 | $121.80 | $435.00 |
| EWL | 0.4 | $174.00 | $435.00 |
| AVC | 4.6 | $1,311.00 | $285.00 |
| AVC | 1.5 | $427.50 | $285.00 |
| EWL | 0.2 | $87.00 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.32 | $139.20 | $435.00 |
| EWL | 0.08 | $34.80 | $435.00 |
| AVC | 1.8 | $513.00 | $285.00 |
| TSD | 0.98 | $196.00 | $200.00 |
| CKL | 0.5 | $130.00 | $260.00 |
| EWL | 0.38 | $165.30 | $435.00 |
| EWL | 0.1 | $43.50 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.2 | $87.00 | $435.00 |
| EWL | 0.1 | $43.50 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.92 | $400.20 | $435.00 |
| EWL | 0.8 | $348.00 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 1.72 | $748.20 | $435.00 |
| CKL | 0.3 | $78.00 | $260.00 |
| TSD | 0.85 | $170.00 | $200.00 |
| AVC | 3.8 | $1,083.00 | $285.00 |
| AVC | 0.5 | $142.50 | $285.00 |
| EWL | 0.88 | $382.80 | $435.00 |
| EWL | 0.52 | $226.20 | $435.00 |
| EWL | 0.38 | $165.30 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |

Exhibit 3 - Page 1 of 4

| | | | |
|---|---|---|---|
| EWL | 0.2 | $87.00 | $435.00 |
| AVC | 2.1 | $598.50 | $285.00 |
| AVC | 0.6 | $171.00 | $285.00 |
| JJP | 0.7 | $168.00 | $240.00 |
| EWL | 0.17 | $73.95 | $435.00 |
| EWL | 0.43 | $187.50 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.38 | $165.30 | $435.00 |
| EWL | 0.28 | $121.80 | $435.00 |
| EWL | 2.38 | $1,035.30 | $435.00 |
| EWL | 0.38 | $165.30 | $435.00 |
| JJP | 0.35 | $84.00 | $240.00 |
| AVC | 3.2 | $912.00 | $285.00 |
| TSD | 1.2 | $240.00 | $200.00 |
| TSD | 0.85 | $170.00 | $200.00 |
| TSD | 1.2 | $240.00 | $200.00 |
| AVC | 5.6 | $1,596.00 | $285.00 |
| SJG | 1.8 | $414.00 | $230.00 |
| CKL | 0.4 | $104.00 | $260.00 |
| JJP | 2.6 | $624.00 | $240.00 |
| JJP | 0.45 | $108.00 | $240.00 |
| EWL | 0.97 | $421.95 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.13 | $56.55 | $435.00 |
| EWL | 0.1 | $43.50 | $435.00 |
| EWL | 0.25 | $108.75 | $435.00 |
| EWL | 0.8 | $348.00 | $435.00 |
| EWL | 0.28 | $121.80 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 1.22 | $530.70 | $435.00 |
| EWL | 0.3 | $130.50 | $435.00 |
| EWL | 0.28 | $121.80 | $435.00 |
| EWL | 0.3 | $130.50 | $435.00 |
| EWL | 0.08 | $34.80 | $435.00 |
| EWL | 0.4 | $174.00 | $435.00 |
| EWL | 0.48 | $208.00 | $435.00 |
| EWL | 0.28 | $121.80 | $435.00 |
| EWL | 0.3 | $130.50 | $435.00 |
| EWL | 0.2 | $87.00 | $435.00 |
| EWL | 0.3 | $130.50 | $435.00 |
| EWL | 0.18 | $78.30 | $435.00 |
| EWL | 0.38 | $165.30 | $435.00 |
| JJP | 0.3 | $72.00 | $240.00 |
| SJG | 0.4 | $92.00 | $230.00 |

Exhibit 3 - Page 2 of 4

| | | | |
|---|---|---|---|
| AVC | 2.4  | $684.00  | $285.00 |
| TSD | 0.95 | $190.00  | $200.00 |
| EWL | 0.17 | $73.95   | $435.00 |
| AVC | 3.1  | $883.50  | $285.00 |
| EWL | 0.38 | $165.30  | $435.00 |
| EWL | 0.52 | $226.20  | $435.00 |
| EWL | 0.92 | $400.20  | $435.00 |
| EWL | 0.23 | $100.05  | $435.00 |
| EWL | 0.25 | $108.75  | $435.00 |
| EWL | 0.23 | $100.05  | $435.00 |
| EWL | 0.68 | $295.80  | $435.00 |
| EWL | 0.18 | $78.30   | $435.00 |
| EWL | 0.32 | $139.20  | $435.00 |
| EWL | 0.17 | $73.95   | $435.00 |
| EWL | 0.17 | $73.95   | $435.00 |
| AVC | 0.2  | $57.00   | $285.00 |
| EWL | 0.23 | $100.05  | $435.00 |
| EWL | 0.1  | $43.50   | $435.00 |
| EWL | 0.2  | $87.00   | $435.00 |
| EWL | 0.18 | $78.30   | $435.00 |
| EWL | 0.42 | $182.70  | $435.00 |
| AVC | 0.5  | $157.50  | $315.00 |
| EWL | 0.08 | $34.80   | $435.00 |
| AVC | 0.2  | $63.00   | $315.00 |
| EWL | 0.1  | $43.50   | $435.00 |
| EWL | 0.28 | $121.80  | $435.00 |
| EWL | 0.1  | $43.50   | $435.00 |
| EWL | 0.42 | $182.70  | $435.00 |
| EWL | 0.2  | $87.00   | $435.00 |
| EWL | 0.38 | $165.30  | $435.00 |
| EWL | 0.23 | $100.05  | $435.00 |
| AVC | 0.2  | $63.00   | $315.00 |
| AVC | 0.2  | $63.00   | $315.00 |
| AVC | 0.4  | $126.00  | $315.00 |
| EWL | 0.22 | $95.70   | $435.00 |
| EWL | 0.25 | $108.75  | $435.00 |
| EWL | 0.38 | $165.30  | $435.00 |
| AVC | 0.4  | $126.00  | $315.00 |
| AVC | 0.1  | $31.50   | $315.00 |
| AVC | 0.3  | $94.50   | $315.00 |
| EWL | 0.3  | $134.10  | $447.00 |
| AVC | 2.6  | $819.00  | $315.00 |
| AVC | 0.4  | $126.00  | $315.00 |
| EWL | 0.42 | $187.74  | $447.00 |

Exhibit 3 - Page 3 of 4

| | | | |
|---|---:|---:|---:|
| EWL | 0.18 | $80.46 | $447.00 |
| EWL | 0.28 | $125.16 | $447.00 |
| EWL | 0.17 | $75.99 | $447.00 |
| EWL | 0.18 | $80.46 | $447.00 |
| AVC | 0.2 | $63.00 | $315.00 |
| JJP | 0.7 | $168.00 | $240.00 |
| JJP | 3.1 | $744.00 | $240.00 |
| JJP | 2.9 | $696.00 | $240.00 |
| JJP | 3.1 | $744.00 | $240.00 |
| AVC | 0.6 | $189.00 | $315.00 |
| EWL | 0.18 | $80.46 | $447.00 |
| JJP | 6.1 | $1,464.00 | $240.00 |
| AVC | 5.9 | $1,858.50 | $315.00 |
| EWL | 0.18 | $80.46 | $447.00 |
| AVC | 0.2 | $63.00 | $315.00 |
| EWL | 0.32 | $143.04 | $447.00 |
| EWL | 0.25 | $111.75 | $447.00 |
| EWL | 0.8 | $357.60 | $447.00 |
| AVC | 1.2 | $378.00 | $315.00 |
| AVC | 1.4 | $441.00 | $315.00 |
| EWL | 0.18 | $80.46 | $447.00 |
| AVC | 0.1 | $31.50 | $315.00 |
| AVC | 3.6 | $1,134.00 | $315.00 |
| EWL | 0.1 | $44.70 | $447.00 |
| EWL | 0.38 | $169.86 | $447.00 |
| EWL | 0.18 | $80.46 | $447.00 |
| AVC | 0.2 | $63.00 | $315.00 |
| EWL | 0.91 | $406.77 | $447.00 |
| JJP | 4.8 | $1,152.00 | $240.00 |
| AVC | 3.2 | $1,008.00 | $315.00 |
| **Total:** | **122.25** | **$39,107.97** | |

| | Hours | Amounts |
|---|---:|---:|
| **JJP time:** | 25.1 | $6,024.00 |
| **AVC time:** | 52.1 | $15,505.50 |
| **EWL time:** | 35.62 | $15,554.47 |
| **CKL time:** | 1.2 | $312.00 |
| **TSD time:** | 6.03 | $1,206.00 |
| **SJG time:** | 2.2 | $506.00 |

Exhibit 3 - Page 4 of 4