## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re | Chapter 11 |
| BDC Group Inc., | Bankr. No. 23-00484 |
| Debtor. | NOTICE OF APPEAL AND STATEMENT OF ELECTION |

Part 1: Identify the appellant

1. Name of appellant: Zayo Group, LLC

2. Position of appellant in the bankruptcy case that is the subject of this appeal: Creditor

Part 2: Identify the subject of this appeal

1. Describe the judgment or the appealable order or decree from which the appeal is taken: Ruling on Motion for Contempt, Docket Item 538

2. State the date on which the judgment or the appealable order or decree was entered: October 2, 2024

Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment or the appealable order or decree from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys:

1. Party: Zayo Group    Attorney:    Jeffrey D. Goetz, Esq.
Dickinson, Bradshaw, Fowler & Hagen, P.C.
801 Grand Ave., Ste. 3700
Des Moines, IA  50309
515/246-5817

2. Party: Keystone Savings Bank    Attorney:    Abram V. Carls, Esq.
Simmons Perrine Moyer Bergman, PLC
115 Third St SE, Ste. 1200
Cedar Rapids, IA 52401
319/366-7641

Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[ X ]  Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Part 5: Sign below

Date:  10/16/2024                              /s/ *Jeffrey Goetz*
                                               Signature of attorney for appellant


CERTIFICATE OF SERVICE:  This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                               /s/ *Jeffrey Goetz*