**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**NOTICE OF APPLICATION FOR ATTORNEYS' FEES** |

TO THE DEBTOR, CHAPTER 7 TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that creditor Keystone Savings Bank filed an Application for Attorneys' Fees ("Application") in the above-captioned case on October 16, 2024, Dkt. 544.

NOTICE IS FURTHER GIVEN that objections to said Application, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, with a copy to the undersigned attorney, Chapter 7 Trustee, the United States Trustee, and the Debtor, addresses below, on or before November 7, 2024.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

NOTICE IS FURTHER GIVEN that if any objections are timely filed, a hearing on the Motion and objections will be scheduled by separate notice.

Dated: October 17, 2024

Respectfully Submitted,

SIMMONS PERRINE MOYER BERGMAN PLC

/s/ Abram V. Carls
Eric W. Lam, AT0004416
Abram V. Carls, AT0011818
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Facsimile: 319-366-1917
elam@simmonsperrine.com
acarls@spmblaw.com
ATTORNEYS FOR KEYSTONE SAVINGS BANK

Addresses:

| Chapter 7 Trustee: | Trustee's Counsel: | United States Trustee |
|---|---|---|
| Renee K. Hanrahan | Elizabeth Lally | 111 7th Ave. SE, Box 17 |
| PO Box 1088 | Lally Legal Group, LLC | Cedar Rapids, IA 52401 |
| Cedar Rapids, IA 52406-1088 | 12020 Shamrock Plaza, Suite 200 | |
| | Omaha, NE 68154 | |

BDC Group, Inc.
c/o Dennis Bruce RA
1936 51st St. NW
Cedar Rapids, IA 52402

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 17, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

                                                          /s/ Abram V. Carls