| | |
|---|---|
| **From:** | ndia.ecf.notification@iand.uscourts.gov |
| **To:** | ndia.ecf.notification@iand.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-00114-LTS-MAR In Re BDC Group, Inc BANKRUPTCY Appeal |
| **Date:** | Thursday, October 17, 2024 2:03:13 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 10/17/2024 at 2:01 PM CDT and filed on 10/17/2024

| | |
|---|---|
| **Case Name:** | In Re BDC Group, Inc |
| **Case Number:** | 1:24-cv-00114-LTS-MAR |
| **Filer:** | Zayo Group, LLC |
| **Document Number:** | 1 |

**Docket Text:**
**NOTICE of Appeal and Statement of Election from Bankruptcy Court. Bankruptcy Court case number 23-00484. Notice of Appeal filed by Zayo Group, LLC, received. (Attachments: # (1) Certificate of Service) (des)**

**1:24-cv-00114-LTS-MAR Notice has been electronically mailed to:**

Jeffrey Douglas Goetz    jgoetz@dickinsonbradshaw.com, mozena.brenda@bradshawlaw.com, valley.nicholas@bradshawlaw.com

Abram V Carls    acarls@spmblaw.com, smiller-miller@spmblaw.com

US Trustee    ustpregion12.cr.ecf@usdoj.gov

US Bankruptcy Clerk-IAND    appeals@ianb.uscourts.gov

**1:24-cv-00114-LTS-MAR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=10/17/2024] [FileNumber=2847560-0] [60aff941b2529c8685a230869b1aa58ae053588b4b6bebae1857d52436cf6843b3666f2c5fe10298ea73601682a0af69c0871ae21bdfbe93ed2dac899808b57f]]
**Document description:** Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=10/17/2024] [FileNumber=2847560-1] [c4d2a040832503f0092b6e87d3f0a0ddc3fa2bbcd7787834bf9c37381f30e4c23302c89b2af3148103679e38621558d6de7af4cbaba368b9b12b2cd4c7277099]]