UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.,

    Debtor.

Chapter 11
Case No. 23-00484

**ORDER AUTHORIZING AND DIRECTING TRANSFER OF TITLES BY JOHN DEERE FINANCIAL TO MARTIN EQUIPMENT**

This matter comes before the Court upon the Motion filed by John Deere Construction & Forestry Company and Deere Credit Inc. d/b/a John Deere Financial (collectively "Deere"), docket no. 552.

Upon review of Deere's Motion and the file herein, the Court finds that Deere is the holder of a valid security interest in the following titled equipment:

    2020 BIG-TEX 14LX trailer, VIN no. 16V1D1625M5009202
    2020 BIG-TEX 14LX trailer, VIN no. 16V1D2120M5017723

and that Deere is authorized to sell the same in satisfaction of its security interest and that the sale of the above described titled equipment by Deere to Martin Equipment is hereby authorized and confirmed.

It is further ordered that the Motor Vehicle Division of the Iowa Department of Transportation and/or any treasurer's office within the State of Iowa, shall recognize Deere's security interest as confirmed and shall, upon presentation of this Order, transfer and issue titles for the titled equipment described herein to Martin Equipment as the purchaser from Deere.

Entered this __23__ day of October, 2024.

_____
Honorable Thad J. Collins
Chief United States Bankruptcy Judge

Order prepared by Wesley B. Huisinga, Attorney for Deere