# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Debtor

Chapter 7

Bankruptcy No. 23–00484

USDC No.
24–cv–00104–LTS–MAR

## CERTIFICATE ON APPEAL WITH RECORD

A Notice of Appeal was filed on September 24, 2024 on behalf of Keystone Savings Bank by Abram V. Carls, appealing to the United States District Court the Opinion On Motion to Recognize Lien and Motion for Summary Judgment filed September 10, 2024 by the Honorable Thad J. Collins, Chief Bankruptcy Judge.

The Clerk of the United States Bankruptcy Court hereby certifies the following documents as made available in the electronic court record and in accordance with 28 U.S.C. § 158(a):

[290] Motion to Recognize Lien
[291] Motion for Summary Judgment
[305] Objection to Motion to Recognize Lien
[306] Response in Opposition to Motion Filed by Official Committee of Unsecured Creditors
[313] Supporting Reply to Motion for Summary Judgment
[317] Response to Motion for Summary Judgment
[325] Proceeding Memo and Order Re: Application for Compensation
[385] Notice of Appointment of Trustee
[422] Joinder to (I) Objection to Motion to Recognize Lien and (II) Response in Opposition to Motion for Summary Judgment and Request for Summary Judgment in Favor of Non–Moving Party and Related Pleadings
[462] Proceeding Memo and Order
[532] Opinion on Motion to Recognize Lien and Motion for Summary Judgment
[534] Notice of Appeal and Statement of Election
[541] Certificate of Non–Ordered Transcript
[542] Appellant Designation of Contents for Inclusion in Record of Appeal Filed by Keystone Savings Bank
[543] Notice Statement of Issues to be Presented on Appeal

Notice is hereby provided through electronic mail to parties who are registered users of the Court's CM/ECF system. Non–registered parties receive notice at the address captured on the Notice of Appeal.

Bankruptcy Appeals to the United States District Court are governed by the United States District Court, Northern District of Iowa, Local Rule 8001, Bankruptcy Appeals. This rule may be reviewed in it's entirety at www.iand.uscourts.gov.

**All subsequent documents relating to the appeal shall be filed with the United States District Court.**

Sharon K. Mullin
Clerk, Bankruptcy Court

by:

*Nicole J. Becker*

Date of Issuance: October 24, 2024                         Deputy Clerk