United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 23, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Oct 23 2024 20:30:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |

Case 23-00484    Doc 556    Filed 10/25/24    Entered 10/25/24 23:37:33    Desc Imaged
Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 23, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Austin Peiffer
    on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
    on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson
    on behalf of Creditor Herc Rentals  Inc. bnielson@pughhagan.com, eryan@pughhagan.com

Benjamin Gregory Nielson
    on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com  eryan@pughhagan.com

Benjamin Gregory Nielson
    on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com  eryan@pughhagan.com

Benjamin Gregory Nielson
    on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com  eryan@pughhagan.com

Brian S. Koerwitz
    on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones
    on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison
    on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
    on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  patti@shuttleworthlaw.com

David Skalka
    on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally
    on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Elizabeth L. Janczak
    on behalf of Attorney Smith  Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak
    on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@sgrlaw.com

Emily X. Douglas Moore
    on behalf of Creditor Sheets Sterling  Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore
    on behalf of Defendant Sheets Sterling  Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com

Eric J. Langston
    on behalf of Creditor DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Evan Lincoln Moscov
    on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov
    on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jason Rosell
    on behalf of Creditor Zayo Group  LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz
    on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
    bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
    on behalf of Creditor RP Construction  LLC jgoetz@dickinsonbradshaw.com,
    bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz
    on behalf of Creditor Zayo Group  LLC jgoetz@dickinsonbradshaw.com,
    bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
    on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Jordan A Kroop
    on behalf of Creditor Zayo Group  LLC jkroop@pszjlaw.com

Case 23-00484    Doc 556    Filed 10/25/24    Entered 10/25/24 23:37:33    Desc Imaged
                            Certificate of Notice    Page 3 of 5

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Joseph A. Peiffer
on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Peter Chalik
on behalf of Creditor BMO Bank N.A. f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Renee K. Hanrahan
rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Ronald C. Martin
on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Roy Ryan Leaf
on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Rush M. Shortley
on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com

Rush M. Shortley
on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com

Scott D. Fink
on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com

Shelly A. DeRousse
on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com

Stephanie L. Hinz
on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tonita M Helton
on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

District/off: 0862-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 23, 2024 | Form ID: pdf902 | Total Noticed: 2

Wesley B. Huisinga
on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 56

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>    Debtor. | Chapter 11<br>Case No. 23-00484<br><br>**ORDER AUTHORIZING AND DIRECTING TRANSFER OF TITLES BY JOHN DEERE FINANCIAL TO MARTIN EQUIPMENT** |

    This matter comes before the Court upon the Motion filed by John Deere Construction & Forestry Company and Deere Credit Inc. d/b/a John Deere Financial (collectively "Deere"), docket no. 552.

    Upon review of Deere's Motion and the file herein, the Court finds that Deere is the holder of a valid security interest in the following titled equipment:

    2020 BIG-TEX 14LX trailer, VIN no. 16V1D1625M5009202
    2020 BIG-TEX 14LX trailer, VIN no. 16V1D2120M5017723

and that Deere is authorized to sell the same in satisfaction of its security interest and that the sale of the above described titled equipment by Deere to Martin Equipment is hereby authorized and confirmed.

    It is further ordered that the Motor Vehicle Division of the Iowa Department of Transportation and/or any treasurer's office within the State of Iowa, shall recognize Deere's security interest as confirmed and shall, upon presentation of this Order, transfer and issue titles for the titled equipment described herein to Martin Equipment as the purchaser from Deere.

    Entered this __23__ day of October, 2024.

                                        /s/ Thad J. Collins
                                        Honorable Thad J. Collins
                                        Chief United States Bankruptcy Judge

Order prepared by Wesley B. Huisinga, Attorney for Deere