UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

### PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: October 29, 2024
Status Hearing on Ruling on Motion for Contempt (Doc. 539)

APPEARANCES:

Chapter 7 Trustee Renee K. Hanrahan
Attorney Elizabeth Lally for Trustee
Attorney Abram Carls for Keystone Savings Bank
Attorney Jeffrey Douglas Goetz for Zayo Group, LLC
Attorney Jordon A. Kroop for Zayo Group, LLC
Attorney Brennan Eddie for Zayo Group, LLC

OUTCOME OF PROCEEDING:

A status hearing was held. The Court shall await direction from the parties as to how the parties wish to further proceed.

Ordered:

October 30, 2024

Thad J. Collins
Chief Bankruptcy Judge