## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Bankruptcy Case No. 23-00484<br>Appeal No. 1:24-cv-00114-LTS-MAR<br><br>**STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL** |

Appellant Zayo Group, LLC, under Federal Rule of Bankruptcy Procedure 8009(a), states the following issues to be presented on appeal:

1. Whether the Bankruptcy Court erred in holding Zayo in contempt of the *Stipulated Order for Stay Relief and Other Matters* [Doc 361] (the "Stipulated Order");

2. Whether the Bankruptcy Court erred in ruling that Zayo had not satisfied its obligation under the Stay Order through the exercise of its recoupment rights;

3. Whether the Bankruptcy Court erred in ruling that Zayo had not preserved recoupment rights under its contract with the Debtor;

4. Whether the Bankruptcy Court erred in ignoring the radically changed circumstances of Debtor's bankruptcy case immediately following entry of the Stipulated Order; and,

5. Whether the Bankruptcy Court erred in ordering Zayo to pay the same debt to the Debtor's estate twice.

Dated:  October 30, 2024        RESPECTFULLY SUBMITTED,

    /s/ *Jeffrey D. Goetz*
Jeffrey D. Goetz, Esq., AT#00002832
Dickinson Bradshaw Fowler & Hagen, P.C.
801 Grand Avenue, Ste. 3700
Des Moines, IA  50309-8004
515/246-5817
515/246-5808 FAX
jgoetz@dickinsonbradshaw.com

    */s/ Jordan A. Kroop*
Jordan A. Kroop, Esq., *Pro Hac Vice*
Jason Rosell, Esq., *Pro Hac Vice*
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 34th Floor
New York, NY  10017
212/561-7734
jkroup@pszjlaw.com
jrosell@pszjlaw.com

CERTIFICATE OF SERVICE:  This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/ Brenda Mozena*