# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In re:

BDC GROUP, INC.,

Debtor.

Bankruptcy Case No. 23-00484
Appeal No. 1:24-cv-00114-LTS-MAR

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellant Zayo Group, LLC, under Federal Rule of Bankruptcy Procedure 8009(a), designates the following items from the Bankruptcy Court's docket in this case to be included in the record on appeal:

| Doc. No. | Document Title | Note |
|---|---|---|
| 11 | Motion for Authority to Obtain Credit | |
| 26 | Proceeding Memo and Order | |
| 37 | Support Document re Motion for Authority to Obtain Credit | |
| 42 | Proceeding Memo and Order | |
| 46 | Opinion Ruling on Motion for Authority to Obtain Credit | |
| 47 | Interim Order re: Motion to Authorize Post-Petition Financing | |
| 93 | Proceeding Memo and Order | |
| 104 | Transcript regarding Hearing Held on 6/20/23 | |
| 105 | Transcript regarding Hearing Held on 6/21/23 | |
| 124 | Pre-Hearing Brief | |
| 126 | Support Document re Motion for Authority to Obtain Credit | |
| 127 | Support Document re Motion for Authority to Obtain Credit | |
| 129 | Support Document re Motion for Authority to Obtain Credit | |
| 130 | Pre-Hearing Brief | |
| 132 | Proceeding Memo and Order | |
| 133 | First Order Extending Interim Order | |
| 145 | Second Order Extending Interim Order | |
| 172 | Third Order Extending Interim Order | |
| 217 | Proceeding Memo and Order | |
| 235 | Amended Schedules | |

| Doc. No. | Document Title | Note |
|---|---|---|
| 307 | Motion for Relief from Stay to Terminate Executory Contract | |
| 315 | Motion to Expedite Hearing | |
| 316 | Declaration re Support of Motion to Expedite | |
| 322 | Response to Motion for Relief from Stay | |
| 323 | Objection to Motion for Relief from Stay | |
| 335 | Exhibit List for 01/04/2024 Hearing | |
| 340 | Objection re: Motion to Continue/Reschedule Hearing | |
| 346 | Objection to Exhibits | |
| 351 | Second Motion to Continue Hearing | |
| 354 | Objection re: Motion to Continue/Reschedule Hearing | |
| 355 | Proceeding Memo and Order | |
| 356 | Proceeding Memo and Order | |
| 361 | Stipulated Order for Stay Relief and Other Matters | |
| 363 | Motion for Relief from Stay re Set Off and Account Freeze | |
| 365 | Motion for Relief from Stay | |
| 369 | Motion to Convert Case to Chapter 7 | |
| 381 | Objection to Motion for Relief from Stay | |
| 383 | Proceeding Memo and Order | Transcript of hearing on 1/30/2024 ordered |
| 384 | Order Granting Motion to Convert Case to Chapter 7 | |
| 431 | Motion for Contempt | |
| 449 | Objection re Motion for Contempt | |
| 450 | Motion for Clarification of Stipulated Order for Stay Relief | |
| 457 | Reply Brief | |
| 461 | Proceeding Memo and Order | Transcript of hearing on 3/26/2024 ordered |
| 462 | Proceeding Memo and Order | Transcript of hearing on 3/28/2024 ordered |
| 464 | Withdrawal of Document | |
| 465 | Withdrawal of Document | |
| 479 | Objection re Motion for Contempt | |
| 482 | Reply to Zayo's Amended Objection | |
| 486 | Proceeding Memo and Order | Transcript of hearing on 5/2/2024 ordered |

| Doc. No. | Document Title | Note |
|---|---|---|
| 538 | Opinion/Ruling on Motion for Contempt | |
| 545 | Notice of Appeal | |
| 555 | Notice of Zayo Group's Compliance with Court's October 2, 2024 Ruling on Motion for Contempt | |

**All hearing transcripts noted above as having been ordered are designated for inclusion in the record on appeal when they are docketed. A copy of the order is being filed contemporaneously with this designation.**

Dated: October 30, 2024              RESPECTFULLY SUBMITTED,

               /s/ *Jeffrey D. Goetz*
             Jeffrey D. Goetz, Esq., AT#00002832
             Dickinson Bradshaw Fowler & Hagen, P.C.
             801 Grand Avenue, Ste. 3700
             Des Moines, IA  50309-8004
             515/246-5817
             515/246-5808 FAX
             jgoetz@dickinsonbradshaw.com

               /s/ *Jordan A. Kroop*
             Jordan A. Kroop, Esq., *Pro Hac Vice*
             Jason Rosell, Esq., *Pro Hac Vice*
             Pachulski Stang Ziehl & Jones LLP
             780 Third Ave., 34th Floor
             New York, NY  10017
             212/561-7734
             jkroup@pszjlaw.com
             jrosell@pszjlaw.com

CERTIFICATE OF SERVICE:  This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

              /s/ *Brenda Mozena*