**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Bankruptcy Case No. 23-00484<br>Appeal No. 24-cv-00114-LTS-MAR<br><br>**COUNTER DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Appellee Keystone Savings Bank, pursuant to Fed. R. App. P. 8009(a), hereby counter-designates the following items to be included in the record on appeal:

Docket Entries

1. Relevant Docket Entries, United States Bankruptcy Court for the Northern District of Iowa, Case No. 23-00484

2. Motion for Order to Show Cause, ECF No. 431 (Feb. 23, 2024) and all related attachments, Exhibit 1 (ECF No. 431-1), Exhibit 2 (ECF No. 431-2), and Exhibit 3 (ECF No. 431-3).

3. Notice of Motion for Order to Show Cause and Notice Setting Bar Date for Objections, ECF No. 432 (Feb. 23, 2024).

4. Reply Supporting Motion for Order to Show Cause, ECF No. 457 (March 21, 2024) and all related attachments, Exhibit 4 (ECF No. 457-1), Exhibit 5 (ECF No. 457-2), and Exhibit 6 (ECF No. 457-3).

5. Reply to Amended Objection to Motion for Order to Show Cause, ECF No. 482 (April 26, 2024) and all related attachments, Exhibit 7 (ECF No. 482-1), Exhibit 8 (ECF No. 482-2), Exhibit 9 (ECF No. 482-3).

Dated: October 31, 2024

           Respectfully Submitted,

           SIMMONS PERRINE MOYER BERGMAN PLC

           /s/ Abram V. Carls
           Eric W. Lam, AT0004416
           Abram V. Carls, AT0011818
           115 Third Street SE, Suite 1200
           Cedar Rapids, IA 52401
           Phone: 319-366-7641
           Facsimile: 319-366-1917

        elam@simmonsperrine.com
        acarls@spmblaw.com
        ATTORNEYS FOR KEYSTONE SAVINGS BANK

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 31, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

        /s/ Abram V. Carls