United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 30, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Oct 30 2024 20:29:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 01, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |

Case 23-00484    Doc 563    Filed 11/01/24    Entered 11/01/24 23:37:54    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0862-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: pdf902 | Total Noticed: 2 |

| | |
|---|---|
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com, eryan@pughhagan.com |
| Benjamin Gregory Nielson | on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com eryan@pughhagan.com |
| Benjamin Gregory Nielson | on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com eryan@pughhagan.com |
| Benjamin Gregory Nielson | on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com eryan@pughhagan.com |
| Brian S. Koerwitz | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Camber Jones | on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com patti@shuttleworthlaw.com |
| David Skalka | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth Lally | on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth L. Janczak | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | on behalf of Creditor Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com |
| Emily X. Douglas Moore | on behalf of Defendant Sheets Sterling Inc. edouglas@midwestlawgroup.com, kscrutchfield@midwestlawgroup.com |
| Eric J. Langston | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jason Rosell | on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com |
| Jeffrey P. Taylor | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| Jordan A Kroop | on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 30, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Joseph A. Peiffer
    on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
    on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
    on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
    on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Peter Chalik
    on behalf of Creditor BMO Bank N.A. f/k/a Bank of the West, d/b/a Ditch Witch Financial Services chalik@whitfieldlaw.com,
hodzic@whitfieldlaw.com

Renee K. Hanrahan
    rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Ronald C. Martin
    on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
    on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Roy Ryan Leaf
    on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Rush M. Shortley
    on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com

Rush M. Shortley
    on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com

Scott D. Fink
    on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com

Shelly A. DeRousse
    on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com

Stephanie L. Hinz
    on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com,
dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com,
dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
    on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
    on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tonita M Helton
    on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement
    on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

District/off: 0862-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 30, 2024 | Form ID: pdf902 | Total Noticed: 2

Wesley B. Huisinga
on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com patti@shuttleworthlaw.com

TOTAL: 56

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

## PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: October 29, 2024
Status Hearing on Ruling on Motion for Contempt (Doc. 539)

APPEARANCES:

Chapter 7 Trustee Renee K. Hanrahan
Attorney Elizabeth Lally for Trustee
Attorney Abram Carls for Keystone Savings Bank
Attorney Jeffrey Douglas Goetz for Zayo Group, LLC
Attorney Jordon A. Kroop for Zayo Group, LLC
Attorney Brennan Eddie for Zayo Group, LLC

OUTCOME OF PROCEEDING:

A status hearing was held. The Court shall await direction from the parties as to how the parties wish to further proceed.

Ordered:

October 30, 2024

Thad J. Collins
Chief Bankruptcy Judge