# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Debtor

Chapter 7

Bankruptcy No. 23–00484

## SERVICE LIST

Parties Served:
23–00484 Notice will be electronically mailed to:

Abram V. Carls on behalf of Creditor Keystone Savings Bank
acarls@spmblaw.com, smiller−miller@spmblaw.com

Peter Chalik on behalf of Creditor BMO Bank N.A., f/k/a Bank of the West, d/b/a Ditch Witch Financial Services
chalik@whitfieldlaw.com, hodzic@whitfieldlaw.com

Dan Childers on behalf of Creditor Hiawatha Properties LLC
drc@shuttleworthlaw.com, patti@shuttleworthlaw.com

Claire Davison on behalf of U.S. Trustee United States Trustee
claire.r.davison@usdoj.gov

Shelly A. DeRousse on behalf of Creditor Committee Official Committee of Unsecured Creditors
sderousse@sgrlaw.com, bkdocketing@sgrlaw.com

Emily X. Douglas Moore on behalf of Creditor Sheets Sterling, Inc.
edouglaslaw@gmail.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore on behalf of Defendant Sheets Sterling, Inc.
edouglaslaw@gmail.com, kscrutchfield@midwestlawgroup.com

Wendee Noel Elliott−Clement on behalf of Creditor BANK OF AMERICA, N.A.
iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Scott D. Fink on behalf of Creditor Breakout Capital Finance, LLC
bronationalecf@weltman.com

Terry Gibson on behalf of Creditor GreenState Credit Union
tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson on behalf of Creditor Isotropic Network, Inc.
tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson on behalf of Creditor Manchester Leasing Services, Inc.
tgibson@wandrolaw.com, filings@wandrolaw.com

Jeffrey Douglas Goetz on behalf of Creditor RP Construction, LLC

jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz on behalf of Creditor Zayo Group, LLC
jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz on behalf of Creditor Karmen Denea Randall
jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Renee K. Hanrahan
rhanrahan@sharontc.net, rhanrahan@ecf.axosfs.com

Tonita M Helton on behalf of Creditor Committee Official Committee of Unsecured Creditors
thelton@freeborn.com, lfrausto@freeborn.com

Stephanie L. Hinz on behalf of Creditor Ally Bank, c/o AIS Portfolio Services, LLC
shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz on behalf of Defendant Breakout Capital Finance, LLC
shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Wesley B. Huisinga on behalf of Creditor Deere Credit Inc.
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Wesley B. Huisinga on behalf of Creditor John Deere Construction & Forestry Company
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Wesley B. Huisinga on behalf of Creditor John Deere Financial f.s.b.
wbh@shuttleworthlaw.com, patti@shuttleworthlaw.com

Elizabeth L. Janczak on behalf of Attorney Smith, Gambrell & Russell, LLP
ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak on behalf of Creditor Committee Official Committee of Unsecured Creditors
ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Camber Jones on behalf of Trustee Renee K. Hanrahan
cjones@spencerfane.com

Brian S. Koerwitz on behalf of Creditor Watts Electric Company
bkoerwitz@eptlawfirm.com

Jordan A Kroop on behalf of Creditor Zayo Group, LLC
jkroop@pszjlaw.com

Elizabeth Lally on behalf of Trustee Renee K. Hanrahan
elally@lally–legal.com, bakerm@goosmannlaw.com

Eric W. Lam on behalf of Creditor Keystone Savings Bank
ELam@simmonsperrine.com, kcarmichael@SPMBLAW.com

Eric J. Langston on behalf of Creditor DVA, Inc. d/b/a Ditch Witch of Virginia
elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Roy Ryan Leaf on behalf of Creditor Liquid Capital Exchange, Inc.
rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemast

Timothy N. Lillwitz on behalf of Creditor Zayo Group, LLC
tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Mark A Ludolph on behalf of Creditor Caterpillar Financial Services Corporation
mludolph@heylroyster.com

Ronald C. Martin on behalf of Creditor Dennis Bruce
rmartin@drpjlaw.com, rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin on behalf of Interested Party Dennis Bruce
rmartin@drpjlaw.com, rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Martin McLaughlin on behalf of Creditor United States of America (SBA)
marty.mclaughlin@usdoj.gov, usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Evan Lincoln Moscov on behalf of Creditor Green Note Capital Partners SPV LLC
evan.moscov@moscovlaw.com

Evan Lincoln Moscov on behalf of Defendant Green Note Capital Partners SPV LLC
evan.moscov@moscovlaw.com

Benjamin Gregory Nielson on behalf of Creditor Deere Credit Inc.
bnielson@pughhagan.com, eryan@pughhagan.com

Benjamin Gregory Nielson on behalf of Creditor Herc Rentals, Inc.
bnielson@pughhagan.com, eryan@pughhagan.com

Benjamin Gregory Nielson on behalf of Creditor John Deere Construction & Forestry Company
bnielson@pughhagan.com, eryan@pughhagan.com

Benjamin Gregory Nielson on behalf of Creditor John Deere Financial f.s.b.
bnielson@pughhagan.com, eryan@pughhagan.com

Austin Peiffer on behalf of Appraiser Craig Hilpipre
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer on behalf of Attorney Ag & Business Legal Strategies
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer on behalf of Creditor Ag & Business Legal Strategies
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer on behalf of Plaintiff BDC Group, Inc.
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Joseph A. Peiffer on behalf of Creditor Ag & Business Legal Strategies
joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer on behalf of Plaintiff BDC Group, Inc.
joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Janet G. Reasoner on behalf of U.S. Trustee United States Trustee
janet.g.reasoner@usdoj.gov

Jason Rosell on behalf of Creditor Zayo Group, LLC
jrosell@pszjlaw.com

Rush M. Shortley on behalf of Creditor East Central Iowa Council of Governments
rush@shortleylaw.com, r51060@notify.bestcase.com

Rush M. Shortley on behalf of Creditor Marcelino Avalos
rush@shortleylaw.com, r51060@notify.bestcase.com

David Skalka on behalf of Creditor Five Star Communications, LLC
dskalka@crokerlaw.com, dcellar@crokerlaw.com

Kristina M. Stanger on behalf of Creditor Liquid Capital Exchange, Inc.
kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Jeffrey P. Taylor on behalf of Creditor Complete Design Solutions, LLC
jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

23–00484 Notice will not be electronically mailed to:

Notice will be mailed to:

BDC Group, Inc.
c/o Dennis C. Bruce
565 Eastview Ave.
Marion, IA 52302

BerganKDV
Creative Planning Tax, LLC
417 1st Ave. SE, Suite 300
Cedar Rapids, IA 52401

HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, Ontario, M2N 6C6

Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381

Reyna Paz
President & CEO of RP Construction,
LLC.24008
Bishop Meade Place
Ashburn, VA 20148


entered on 11/18/24 tsta