ntctrsdl 10/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Chapter 7

Bankruptcy No. 23–00484

Debtor

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on May 2, 2024. The following deadlines apply:

The parties have until November 22, 2024 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Statement of Redaction Submitted* is December 6, 2024.

If a Statement of Redaction Submitted has been filed, the redacted transcript is due by December 16, 2024.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, on February 13, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Date: November 18, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court