certappe 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Chapter 7

Bankruptcy No. 23–00484

Debtor

USDC No.
24–cv–00114–LTS–MAR

## CERTIFICATE ON APPEAL WITH RECORD

A Notice of Appeal was filed on October 16, 2024 on behalf of Zayo Group, LLC by Jeffrey Douglas Goetz, appealing to the United States District Court the Opinion/Ruling on Motion for Contempt filed October 2, 2024 by the Honorable Thad J. Collins, Chief Bankruptcy Judge.

The Clerk of the United States Bankruptcy Court hereby certifies the following documents as made available in the electronic court record and in accordance with 28 U.S.C. § 158(a):

[11] Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d)
[26] Proceeding Memo and Order Re: Motion for Authority to Obtain Credit Under Section 364 and Motion to Pay Prepetition Wages
[37] Support Document re: Motion for Authority to Obtain Credit Under Section 364
[42] Proceeding Memo and Order
[46] Opinion/Ruling on Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d)
[47] Interim Order Re: Motion to Authorize Post–Petition Financing and Related Relief
[93] Proceeding Memo and Order Re: Motion for Authority to Obtain Secured Credit
[104] Transcript regarding Hearing Held on 6/20/23
[105] Transcript regarding Hearing Held on 6/21/23
[124] Brief Pre–Hearing Brief
[126] Support Document re: Motion for Authority to Obtain Credit
[127] Support Document re: Motion for Authority to Obtain Credit
[129] Support Document re: Motion for Authority to Obtain Credit
[130] Pre–Hearing Brief
[132] Proceeding Memo and Order Re: Application to Employ, Motion for Authority to Obtain Credit Under Section 364, Amended Application
[133] First Order Extending Interim Order RE Motion to Authorize Postpetition Financing and Related Relief
[145] Second Order Extending Interim Order RE Motion To Authorize Postpetition Financing and Related Relief
[172] Third Order Extending Interim Order RE Motion to Authorize Postpetition Financing and Related Relief
[217] Proceeding Memo and Order Re: Motion for Authority to Obtain Credit Under Section 364
[235] Amended Schedule(s) A/B, D, E/F, G, H Non–Individual
[307] Motion for Relief from Stay to Terminate Executory Contract
[315] Motion to Expedite Hearing re: Motion for Relief from Stay
[316] Declaration re: Support of Motion to Expedite
[322] Response to Motion for Relief from Stay (Fee) to Terminate Executory Contract
[323] Objection to Motion for Relief from Stay
[335] Exhibit List for 01/04/2024 Hearing
[340] Objection re: Motion to Continue/Reschedule Hearing –Evidentiary Hearing
[346] Objection to Exhibits re: Motion for Relief from Stay
[351] Second Motion to Continue Hearing On January 18, 2024
[354] Objection re: Motion to Continue/Reschedule Hearing
[355] Proceeding Memo and Order Re: Motion for Relief from Stay
[356] Proceeding Memo and Order Re: Motion for Relief from Stay

[361] Stipulated Order for Stay Relief and Other Matters
[363] Motion for Relief from Stay re Set Off and Account Freeze
[365] Motion for Relief from Stay
[369] Motion to Convert Case to Chapter 7
[381] Objection to Motion for Relief from Stay
[383] Proceeding Memo and Order Re: Motion to Convert Case to Chapter 7 and Motion to Expedite Hearing re: Motion to Convert Case to Chapter 7; Motion for Relief from Stay and Motion to Expedite Hearing re: Motion for Relief from Stay; Motion to Stay Case Deadlines Pending Chapter 7 Trustee Appointment; Motion for Emergency Relief Pursuant to Court Order for Adequate Protection
[384] Order Granting Motion to Convert Case to Chapter 7
[431] Motion for Contempt Filed by Keystone Savings Bank
[432] Notice Setting Bar Date for Objections Re: Motion for Contempt
[449] **Withdrawn per doc. #464** Objection re: Motion for Contempt
[450] **Withdrawn per doc. #465** Motion for Clarification of Stipulated Order for Stay Relief and Other Matters; or, Alternatively, for Relief from Order
[457] Reply Brief
[461] Proceeding Memo and Order Re: Motion for Contempt, Motion for Clarification of Stipulated Order for Stay Relief, or Alternatively for Relief from the Order, Motion to Recognize Lien and Motion for Summary Judgement
[462] Proceeding Memo and Order Re: Motion for Contempt, Motion to Recognize Lien and Motion for Summary Judgment
[464] Withdrawal of Document re: Objection to Document
[465] Withdrawal of Document re: Motion
[479] Objection re: Motion for Contempt, Brief (Amended)
[482] Brief Reply to Zayo's Amended Objection to Motion for Order to Show Cause
[486] Proceeding Memo and Order Re: Motion for Contempt
[538] Opinion/Ruling on Motion for Contempt
[545] Notice of Appeal and Statement of Election to District Court
[546] Certificate of Service re: USDC Appeal and Certificate of Transmission to Appellate Court
[555] Notice of Zayo Group's Compliance with the Court's October 2, 2024
[559] Notice of Statement of the Issues to be Presented on Appeal
[561] Appellant Designation of Contents for Inclusion in Record of Appeal
[562] Appellee Designation of Contents for Inclusion in Record of Appeal
[564] Transcript regarding Hearing Held on 1/30/24
[565] Transcript regarding Hearing Held on 3/26/24
[566] Transcript regarding Hearing Held on 3/28/24
[567] Transcript regarding Hearing Held on 5/2/24


Notice is hereby provided through electronic mail to parties who are registered users of the Court's CM/ECF system. Non–registered parties receive notice at the address captured on the Notice of Appeal.

Bankruptcy Appeals to the United States District Court are governed by the United States District Court, Northern District of Iowa, Local Rule 8001, Bankruptcy Appeals. This rule may be reviewed in it's entirety at www.iand.uscourts.gov.

**All subsequent documents relating to the appeal shall be filed with the United States District Court.**



Sharon K. Mullin Clerk,
Bankruptcy Court by:

*Nicole J. Becker*

Date of Issuance: November 18, 2024                  Deputy Clerk