stayprm 11/2024

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.

Debtor

Chapter 7

Bankruptcy No. 23–00484

## ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

No timely resistance to the Motion for Relief from Automatic Stay (Doc.573) was filed by the Debtor or any party in interest. Accordingly, the hearing scheduled for January 10, 2025 at 1:30 PM is canceled.

**IT IS HEREBY ORDERED** the Motion for Relief from Automatic Stay is granted. Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not be applicable. Movant Keystone Savings Bank may immediately enforce and implement this order.

**IT IS FURTHER ORDERED** costs of this action are not assessed to Debtor.

Ordered: January 8, 2025

Thad J. Collins
Chief Bankruptcy Judge