# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER** |

The matter before the Court is the Motion for Order Approving Compromise (Dkt. \_\_\_\_) ("Motion") filed by Chapter 7 Trustee Renee Hanrahan. The notice of filing (Dkt. \_\_\_) provided that objections were due by _____, 2025, and no objections have been filed. The Court finds that cause exists to grant the Motion for the reasons and pursuant to the authorities cited therein.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Settlement Agreement and Release attached to the Motion (the "Agreement") is approved. By performing under the Agreement, Zayo Group, Inc. will have satisfied all its obligations under the Court's Contempt Order and Stipulated Order (as defined in the Agreement). The Chapter 7 Trustee, Zayo Group, Inc., and Keystone Savings Bank are hereby authorized to and shall consummate that Agreement.

Entered this _____ day of _____, 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by: Abram V. Carls

Approved as to form and content:

**Counsel for Chapter 7 Trustee**

LALLY LEGAL GROUP, LLC

By: /s/ Elizabeth M. Lally
Elizabeth M. Lally, #AT0013010
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com
ATTORNEY FOR CHAPTER 7 TRUSTEE

**Counsel for Zayo Group, Inc.**

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Jason H. Rosell
Jason H. Rosell, State Bar No. 269126
One Sansome Street, 34th Floor, Suite 3430
San Fransico, CA 94104-4436
Telephone: 415-263-7000
Fax: 415-263-7010
Email: jrosell@pszjlaw.com
ATTORNEY FOR ZAYO GROUP, INC.