# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### (CEDAR RAPIDS)

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>Chapter 11<br><br>**MOTION TO WITHDRAW** |

COMES NOW the undersigned, Peter J. Chalik of Whitfield & Eddy, P.L.C., and respectfully states:

1. The undersigned attorney requests that this Court allow him to withdraw from representation of the Creditor, BMO Bank N.A., f/k/a Bank of the West, d/b/a Ditch Witch Financial Services, of the above-captioned case.

2. That the undersigned is leaving private practice.

WHEREFORE, the undersigned prays that the Court enter an Order granting his Motion to Withdraw as attorney for the above-captioned matter.

> WHITFIELD & EDDY, P.L.C.
> 699 Walnut St., Suite 2000
> Des Moines, IA  50309
> Telephone:  (515) 288-6041
> Fax:  (515) 246-1474
> Email: Chalik@whitfieldlaw.com
>
> By   */s/ Peter J. Chalik*
>         Peter J. Chalik
> ATTORNEY FOR BMO BANK N.A., F/K/A
> BANK OF THE WEST, D/B/A DITCH WITCH
> FINANCIAL SERVICES

*Electronically filed.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on January 29, 2025, upon all counsel of record.

*/s/ Peter J. Chalik*