# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# (CEDAR RAPIDS)

IN RE:

BDC GROUP, INC.,

    Debtor.

Case No. 23-00484

Chapter 11

**ORDER GRANTING MOTION TO WITHDRAW**

**NOW**, the Court has before it a Motion to Withdraw, filed by Peter J. Chalik of the law firm of Whitfield & Eddy, P.L.C. The Court finds that for the reasons stated in the Motion, the relief requested should be granted.

**IT IS HEREBY ORDERED** that the Motion to Withdraw is hereby granted and Peter J. Chalik is allowed to withdraw as attorney of record for the above-captioned matter.

**IT IS SO ORDERED.**

Date:
January 29, 2025

Thad J. Collins
Chief Bankruptcy Judge