# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| **BDC GROUP, INC.,** | ) Case No.: 1:24-CV-00114 |
| | ) |
| Debtor, | ) Bankruptcy Case No.: 23-00484 |
| | ) |
| ZAYO GROUP, LLC, | ) |
| | ) |
| Appellant, | ) **STIPULATION OF DISMISSAL** |
| | ) |
| KEYSTONE SAVINGS BANK, | ) |
| | ) |
| Appellee. | ) |

Appellant and Appellee have reached a settlement and resolution of all their disputes pertaining to the above-captioned bankruptcy case. The Bankruptcy Court has entered an order approving that settlement under Bankruptcy Rule 9019.

Accordingly, under Bankruptcy Rule 8023(a), Appellant and Appellee, through their respective counsel, stipulate to an immediate dismissal of this appeal, with Appellant bearing all costs with respect to such dismissal.

Dated March 10, 2025

**Dickinson Bradshaw Fowler & Hagen PC**

By:   /s/ Jeffrey D. Goetz
    Jeffrey D. Goetz
    801 Grand Avenue
    Suite 3700
    Des Moines, IA 50309
    515-246-5817
    jgoetz@dickinsonbradshaw.com

Counsel to Appellant Zayo Group, LLC

**Simmons Perrine Moyer Bergman PLC**

By:   /s/ Abram V. Carls
    Abram V. Carls
    115 Third Street SE
    Suite 1200
    Cedar Rapids, IA 52401
    319-366-7641
    acarls@spmblaw.com

Counsel to Appellee Keystone Savings Bank