| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 23-00484<br>Northern District of Iowa<br>Cedar Rapids<br>Mon Mar 31 07:04:03 CDT 2025 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BDC Group, Inc.<br>c/o Dennis C. Bruce<br>565 Eastview Ave.<br>Marion, IA 52302 | BerganKDV<br>Creative Planning Tax, LLC<br>417 1st Ave. SE, Suite 300<br>Cedar Rapids, IA 52401-1309 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | DVA, Inc. d/b/a Ditch Witch of Virginia<br>DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | East Central Iowa Council of Governments<br>700 16th ST NE STE 301<br>Cedar Rapids, IA 52402-4665 |
| Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 | RP Construction, LLC<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (p)SHEETS STERLING  INC<br>ATTN KIMBERLY BOWSER<br>P O BOX 615<br>STERLING VA 20167-0615 | United States of America (SBA)<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401-2101 | Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 |
| Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1067 | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401-2103 | 1 Stop Traffic Services, LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 |
| 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | ABB (Fastwyre)<br>1605 Washington St<br>Blair, NE 68008-1655 | AG & EG, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 |
| ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | AT&T Services, Inc.<br>Attn:  Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 | AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 |
| Abram V Carls<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 | Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 | Adam Martin<br>1285 Hickory Ridge Dr<br>Marion, IA 52302-0059 |

| | | |
|---|---|---|
| Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | (p)ADVANCED TOWER SERVICES LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 | Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 |
| Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 |
| Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 | Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 | (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 |
| American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 | Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 |
| Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 | Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 |
| Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 | B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 |
| BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 |

| | | |
|---|---|---|
| BMO Harris Bank NA<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | BMO Harris Bank NA<br>PO Box 71810<br>Chicago, IL 60694-1810 | BTM Engineering, Inc<br>3001 Taylor Springs Drive<br>Louisville, KY 40220-1586 |
| (p)BALTIMORE COUNTY MARYLAND<br>ATTN OFFICE OF BUDGET & FINANCE<br>400 WASHINGTON AVENUE<br>RM 150<br>TOWSON MD 21204-4605 | Bank of America<br>100 North Tryon Street<br>Charloette, NC 28255-0001 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS  66213-2660 | Bank of the West dba Ditch Witch Financial S<br>c/o Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Barbour Building Systems, LLC<br>21421 E Truman Road<br>Independence, MO 64056-2673 |
| Barnhart Crane<br>PO Box 2153 Dept 1906<br>Birmingham, AL 35287-0002 | BerganKDV<br>417 First Avenue SE<br>Suite 300<br>Cedar Rapids, IA 52401-1309 | Bid2win Software, Inc.<br>aka B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801-3846 |
| (p)BILL<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003-2213 | Bollmeier Crane & Lift<br>508 Hickory Lane<br>Marissa, IL 62257-1706 |
| Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 | Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 | Breakout Capital Finance, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| (p)BREAKOUT CAPITAL  LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 | Breakout Capital, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | Bright Lighting, Inc.<br>11111 E Pine St<br>Tulsa, OK 74116-1600 |
| Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613-4862 | Bulldog Pipe<br>8991 West Business 60<br>Mountain Grove, MO 65711-2289 | CAJ Services, LLC<br>2400 Tawakoni Dr<br>Wylie, TX 75098-0797 |
| CAT Financials<br>Lockbox 730681<br>14800 Frye Road 2nd Floor<br>Fort Worth, TX 76155-2732 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 | CIT Sewer Solutions<br>530 Dubois Ave.<br>McCallsburg, IA  50154 |
| Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace Bruce<br>565 Eastview Avenue<br>Marion, IA 52302-5974 | Capital Installations & Services LLC<br>c/o Alejandro Avalos<br>1202 Evergreen Ln<br>Pingree Grove, IL 60140-9100 |

| | | |
|---|---|---|
| Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 | Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 |
| Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL  61601-6199 | Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 | Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 |
| Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA  20153-0112 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 |
| City of Cedar Rapids<br>Attn:  Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 | Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 |
| Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 | Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 |
| Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 | Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 |
| Commercial Group Realty<br>Attn:  Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 | Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 |
| Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Comstar Supply<br>105 Kestrel Drive<br>Collegeville, PA 19426-2061 |

| | | |
|---|---|---|
| Coopwood's Air Conditioning<br>414 W. Tidwell Rd<br>Houston, TX 77091-4337 | Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708-2576 | Courtney Senters<br>1780 Valentine Drive<br>Marion, IA 52302-8905 |
| Crowbar's Ltd<br>4151 3rd Ave Ste 101<br>Marion, IA 52302-3957 | Cynthia Chelf<br>4609 Condor St<br>Muscatine, IA 52761-8966 | D & S Construction<br>1270 Country Club Dr<br>Marion, IA 52302-5504 |
| D.R.S. Enterprises, Inc<br>5339 Canal Road<br>Garfield, OH 44125-4808 | DAVIS TOWER FOUNDATIONS, LLC<br>7001 W MEMORY LANE<br>HULBERT, OK 74441-1904 | DDL Business Systems, LLC<br>PO Box 940<br>Stephens City, VA 22655-0940 |
| DM Concrete, LLC<br>2462 10th Ave<br>Marion, IA 52302-2123 | DTCenter 1, Bldg C UOA<br>c/o CGR Comm Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166-4429 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>AEGIS Law - Eric Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131-2733 |
| DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>c/o AEGIS Law- Eric Langston<br>601 S. Lindbergh Bldv.<br>Frontenac, MO 63131-2733 | DVA, Inc. dba Ditch Witch of Virginia<br>11053 Washington Highway<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>c/o Eric J. Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131 |
| David M. Leneghan<br>4807 Rockside Road, Suite 240<br>Independence, OH 44131-2159 | Davis Tower Foundation LLC<br>7001 W Memory Lane<br>Hulbert, OK 74441-1904 | Dawson Olson<br>1285 Lincoln Drive<br>Marion, IA 52302-2348 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Dean A Spina<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | Deere Credit Inc.<br>c/o Benjamin G. Nielson<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Deere Credit, Inc.<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 | Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dennis Bruce<br>565 Eastview Ave.<br>Marion, IA 52302-5974 | Dennis Bruce<br>c/o Ronald C Martin<br>PO Box 2877<br>Cedar Rapids, IA 52406-2877 | Departmet of Workforce Development<br>Unemployment Insurance Div<br>Collections-Tax<br>PO Box 8914<br>Madison, WI 53708-8914 |
| Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 | Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 | Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 |

| | | |
|---|---|---|
| Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 | Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 | Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 |
| Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 |
| Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 |
| Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 | Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 |
| Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 | Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 |
| E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 | ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 |
| East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA  52402 | Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 |
| Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 | Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 |
| Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 | Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 |
| Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 | Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 |

| | | |
|---|---|---|
| Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA  52405 | (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Five Star Communications, LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 |
| Five Star Communications, LLC<br>c/o David J. Skalka, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE  68124 | Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 |
| Francisco Argueta Pereira<br>8981 Bonham Cir<br>Manassas, VA 20110-4294 | Freddie Aviles<br>6807 Kingswood Lane Northeast<br>Cedar Rapids, IA 52402-5937 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082-3599 |
| Fusion Telecom Services, LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 | GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St #318<br>Miami, FL 33166-4404 |
| Gadi Dotz (Gene Rosen's Law Firm - A Pr<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 | Galinsky Family Real Estate<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | Galinsky Family Real Estate, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, Iowa 50317-1550 |
| Galloway Group<br>5840 Youngquist Rd<br>Ft. Meyers, FL 33912-2271 | Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Garrett Cowan<br>52 Cowan Rd.<br>Covington, PA 16917-9537 |
| Gary Bass Construction, Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 | Genesis Utility Inc<br>1740 Fox Downs Lane<br>Oilville, VA 23129 | Genuine Cable Group<br>P.O. Box 734769<br>Chicago, IL 60673-4769 |
| Gina L Kramer<br>210 Jones St., Suite 201<br>Dubuque, IA 52001-7615 | Global Rental Co. Inc.<br>33 Inverness Center Pkwy Ste 250<br>Birmingham, AL 35242-7648 | Global Rental Co., Inc.<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203-2629 |
| Graybar Electric Co<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 | Graybar Electric Company, Inc.<br>7601 Setzler Parkway North<br>Brooklyn Park, MN 55445-1883 | Great America Financial Servic<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2030 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Green Note Capital Partners Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 |

```
Green Note Capital Partners SPV LLC        Green Note Capital Partners SPV LLC        GreenState Credit Union
Evan Lincoln Moscov                        c/o Evan Lincoln Moscov                    c/o Terry L Gibson
PO Box 8305                                PO Box 8305                                2015 Grand Avenue, Suite B
Waukegan, IL 60079-8305                    Waukegan, IL  60079                        Des Moines, IA 50312-4901


GreenState Credit Union                    Guy M Turner, Inc.                         H.M. Cragg Co
c/o Terry L. Gibson                        PO Box 7776                                7490 Bush Lake Road
2015 Grand Avenue, Suite 102               Greensboro, NC 27417-0776                  Edina, MN 55439-2801
Des Moines, IA  50312


HDZ Enterprises, Inc.                      Harris & Heavener Excavating               Hawkeye Fire & Safety
7964 Connell Ct                            149 Humphries Dr                           716 Oakland Rd NE
Suite D                                    Reynoldsburg, OH 43068-6801                Cedar Rapids, IA 52402-4669
Lorton, VA 22079-1036


Hector Davila                              (p)HERC RENTALS INC                        Herc Rentals, Inc.
6015 Lucente Ave                           ATTN BANKRUPTCY                            c/o Benjamin G. Nielson
Suitland, MD 20746-3728                    27500 RIVERVIEW CENTER BLVD 2ND FLOOR      PO Box 2107
                                           BONITA SPRINGS FL 34134-4325               Cedar Rapids, IA  52406-2107


Hiawatha Properties LLC                    Hiawatha Properties LLC                    Hiawatha Properties LLC
1710 Hawkeye Drive, Suite 100              Attn: Timothy J. Wilson                    c/o Dan Childers
PO Box 25                                  1710 Hawkeye Drive                         P.O. Box 2107
Hiawatha IA 52233-0025                     Hiawatha, IA 52233-4716                    Cedar Rapids, IA 52401-2107


Hiawatha Water Department                  Hotel Engine, Inc.                         Humberto Espinoza
101 Emmons St                              DEPT CH 17483                              7407 Lake Drive
Hiawatha, IA 52233-1610                    Palatine, IL 60055-7483                    Manassas, VA 20111-1950


IMON Communications                        ISOLVED Benefit Services                   (p)IMON COMMUNICATIONS  LLC
PO Box 3446                                PO Box 889                                 101 THIRD AVE SW
Cedar Rapids, IA 52406-3446                Coldwater, MI 49036-0889                   STE 400
                                                                                      CEDAR RAPIDS IA 52404-5736


Imperial Crane Services, Inc               Intact Compagnie d'Assurance               InteliPort Inc
7500 W Imperial Drive                      2020 Blvd Robert-Bourassa suite 100        103 N Church St
Bridgeview, IL 60455-2395                  Montral, QC, Canada, H3A 2A5               Hertford, NC 27944-1103
                                           att. Anais Choucino


Internal Revenue Service                   Iowa Department of Revenue                 Iowa Department of Transportation
PO Box 7346                                Office of the Attorney General of Iowa     PO Box 10382
Philadelphia, PA 19101-7346                Attn: Bankruptcy Unit                      Des Moines, IA 50306-0382
                                           1305 E. Walnut Street
                                           Des Moines, IA 50319-0109


(p)IOWA DEPARTMENT OF REVENUE              Iowa Workforce Development-U/E             Isotropic Network, Inc.
ATTN BANKRUPTCY UNIT                       1000 E Grand Ave                           c/o Terry L. Gibson
PO BOX 10471                               Des Moines, IA 50319-0220                  2015 Grand Avenue, Suite 102
DES MOINES IA 50306-0471                                                              Des Moines, IA  50312
```

| | | |
|---|---|---|
| Isotropic Networks, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 | JA Lee Electric Services, LLC<br>11 Melanie Lane, Suite 9<br>East Hanover, NJ 07936-1100 | JJJ Cable Communication, LLC<br>2025 Keller Springs Rd #1015<br>Carrollton, TX 75006 |
| JK Communications LLC<br>304 Cottonwood St<br>Lexington, MO 64067-1386 | Jacob Hensel<br>1130 32nd St. NE<br>Cedar Rapids, IA 52402-3515 | James River Equipment<br>9107 Owens Dr<br>Manassas Park, VA 20111-4802 |
| Jared Nelson<br>717 Wilson Ave. Drive SW<br>Cedar Rapids, IA 52404-3751 | Jarod Lee<br>207 North Marion St<br>Andrew, IA 52030 | Jason A. Gang, Attorney<br>1245 Hewlett Plaza, #478<br>Hewlett, NY 11557-4021 |
| Jeramie Ellefson<br>10245 45Th Ave, Apt 4<br>Wyoming, IA 52362-7650 | Jesus Fuentes<br>2400 Vidalia Ct<br>Waldorf, MD 20601-3780 | Jim Lieurance<br>512 Tyler Street SE, #8<br>Cascade, IA 52033-9598 |
| Jody Rae Sartin<br>U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | John Deere Construction & Forestry Co<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 | John Deere Construction & Forestry Company<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 |
| John Deere Construction & Forestry Company<br>c/o Wesley B. Huisinga<br>235 6th St SE<br>Cedar Rapids, IA 52401 | John Deere Financial<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 | John Deere Financial, f.s.b.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Jon L. Swergold<br>Greenberg Traurug, LLP<br>401 East Las Olas Blvd<br>Ste 200<br>Fort Lauderdale, FL 33301-2211 | Jones Transport, LLC<br>c/o Jennifer Houston<br>6184 Hwy 98 West<br>Suite 210<br>Hattiesburg, MS 39402 | Jose Gutierrez<br>2044 Fairfax Pike Lot 56<br>White Post, VA 22663-1868 |
| Jose Reyes<br>615 Southlia Dr. Apt H<br>Kokomo, IN 46902-3490 | Jose Rojas<br>2044 Fairfax Pike #42<br>White Post, VA 22663-1872 | Juan Lira<br>201 Hays Ave<br>Trenton, TN 38382-2130 |
| Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 | Justin Harris<br>5127 Sumerduck Rd<br>Warrenton, VA 20186 | KYF Global Partners<br>1019 Avenue P, #402<br>Brooklyn, NY 11223-2366 |
| KYF Global Partners<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 | KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 |

Kathleen Burgess
2510 Clark Ave
Marion, IA 52302-4135

Kaylee Bruce
1075 Parkview Dr.
Marion, IA 52302-2757

Kaylee Bruce
565 Eastview Ave
Marion, IA 52302-5974


Keenan Flint
304 3rd Ave
Hiawatha, IA 52233-1634

Kelly Kemmerling
654 28th St Court SE, Apt 303
Cedar Rapids, IA 52403-3003

Kenway Trucking LLC
1655 Commercial Dr
PO Box 237
Walford, IA 52351-0237


Kevin Haines
1984 Scales Bend Road NE
North Liberty, IA 52317-9332

Keystone Bank
807 Rosedale Dr
Center Point, IA 52213-9381

Keystone Savings Bank
Abram Carls
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1222


Keystone Savings Bank
c/o Abram V Carls
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401

Keystone Savings Bank
c/o Eric W. Lam
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401

Kirkwood Community College
7725 Kirkwood Blvd
Cedar Rapids, IA 52404-5231


Konica Minolta Business Solutions
c/o Lynn Fisher - Konica Minolta
101 Williams Drive
Ramsey, NJ 07446-1217

Konica Minolta Business Solutions USA
c/o US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099

Konica Minolta Premier Finance
P.O. Box 790448
St Louis, MO 63179-0448


Kramer Well Drilling LLC
W14405 Hwy 8
Weyerhaeuser, WI 54895-9631

Kyle Enterprises, LLC d/b/a Millennium
Wagner Falconer & Judd, Ltd
300 North Corporate Drive
Suite 200
Brookfield, WI 53045-5833

L & M Underground, Inc.
7529 S. Storm Mtn
Littleton, CO 80127-3807


Lamoni HCP
139 N. Linden St
Lamoni, IA 50140-1045

Lamoni Heating, Cooling, & Plumbing LLC
139 N Linden St
Lamoni, IA 50140-1045

Leonardo Meza Jr
11057 Vista Del sol Dr
El Paso, TX 79935-4311


Liberty Doors
900 West Penn Street
North Liberty, IA 52317-9524

Liberty Mutual Insurance
PO Box 91012
Chicago, IL 60680-1110

Linn County REC
5695 REC Drive
PO Box 69
Marion, IA 52302-0069


Linn County Rural Electric Cooperative Assoc
Julie Pulkrabek
Pulkrabek Law Office, PLC
4698 Fox Lane NE
Iowa City, IA 52240-7733

Liomedes Fuentes
7783 Black Horse Ct
Manassas, VA 20109-8207

Liquid Capital Exchange
5075 Yonge St. Ste 700
Toronto, Ontario CANADA
M2N 6C6


Liquid Capital Exchange, Inc
5075 Yonge St. Ste. 700
Toronto, Ontario, Canada, M2N 6C6
Att. Vlad Rojko

Liquid Capital Exchange, Inc.
c/o Kristina M. Stanger
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899

Liquid Capital Exchange, Inc.
c/o Roy L. Leaf
625 First Street SE, Suite 400
Cedar Rapids, IA  52401-2030

| | | |
|---|---|---|
| Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 | Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 |
| Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 |
| Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 | Lumen<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8254 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 |
| Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn:  Legal - BKY<br>Broomfield, CO 80021-8254 | Lyle Oesterborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 |
| Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 |
| Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 |
| Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 | Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 |
| Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 | McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 | McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 |

| | | |
|---|---|---|
| McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 | (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | Mediacom Legal Department<br>1 Mediacom Way<br>Mediacom Park, NY 10918-4810 |
| MidAmerica Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 | MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport IA 52808-4350 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 |
| Mike Miner<br>14407 Amber Road x44<br>Monticello, IA 52310-8070 | Millbrook Quarries LLC & DBA<br>PO Box 163<br>Broad Run, VA 20137-0163 | (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 |
| Millennium<br>120 S. Wright St.<br>Delavan, WI 53115-2012 | Mobile Mini Inc<br>4646 E Van Buren St Ste 400<br>Phoenix, AZ 85008-6927 | Modular Connections, LLC<br>1090 Industrial Blvd<br>Bessemer, AL 35022-6009 |
| Moises Santos Yanes<br>8436 Graves Street Apt 103<br>Alexandria, VA 22309-8447 | NOVA RECON<br>7720 Bethlehem Road<br>Manassas, VA 20109-2716 | NOVEC<br>PO Box 34795<br>Alexandria, VA 22334-0795 |
| New Age Drilling LLC<br>3212 23rd St<br>Des Moines, IA 50320-2647 | NinjaOne<br>3687 Tampa Road Suite 200<br>Oldsmar, FL 34677-6313 | Northern Wisconsin Fence<br>W7620 Cork Rd.<br>Phillips, WI 54555-6366 |
| Office of the US Trustee<br>111 Seventh Avenue SE, Suite 2800<br>Cedar Rapids, IA 52401-2103 | Ostafi Communications Inc<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Overhead Door<br>6515 4th Street SW<br>Cedar Rapids, IA 52404-4761 |
| Ozzy Fiber Construction, Inc<br>14378 Sandhill Road<br>Louisville, NE 68037-2848 | PEAC Solutions<br>300 Fellowship Rd<br>Mt. Laurel Township, NJ 08054-1201 | PJI Law<br>3900 Jermantown Rd<br>Fairfax, VA 22030-4900 |
| PWCSA<br>PO Box 2266<br>Woodbridge, VA 22195-2266 | Paul Garner<br>1475 Drummer Hill Rd<br>Front Royal, VA 22630-4355 | Pennsylvania Department of Revenue<br>PO Box 280904<br>Harrisburg, PA 17128-0904 |
| Pinco Construction, Inc.<br>21010 Southbank st. #605<br>Sterling, VA 20165-7227 | Plumetazz America Corp<br>225 Thrasher Pike<br>Soddy Daisy, TN 37379-4267 | Poly Vinyl Roofing<br>785 Elbow Creek Rd<br>Mount Vernon, IA 52314-9732 |

| | | |
|---|---|---|
| Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 | Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 |
| Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 | Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 |
| Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 | Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 |
| RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 | ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 |
| RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309 | Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 |
| Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 | Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Reyna Paz<br>President & CEO of RP Construction,<br>LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 |
| Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 | Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 |
| Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 | Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 |
| Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 | S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 |
| Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 | Schimberg Company<br>1106 Shaver Rd NE<br>Cedar Rapids, IA 52402-4500 | Sega Ag Works Inc<br>PO Box 39<br>Cissna Park, IL 60924-0039 |

| | | |
|---|---|---|
| Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 | Sheets Sterling, Inc.<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 | Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265 |
| Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 | Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 |
| Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 | Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 |
| Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite O<br>Lawrenceville, GA 30043-5897 | South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 |
| State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 | State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 |
| Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 |
| Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 | Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN 37242-1099 |
| Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 | The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 |
| Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 | Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 |

```
(p)DIVISION OF CHILD SUPPORT ENFORCEMENT      Tripwireless, INC                        Ty Mcfarland
BANKRUPTCY UNIT                                4941 Allison St Suite 7                  1826 23rd St NW
2001 MAYWILL STREET STE 200                    Arvada, CO 80002-4421                    Cedar Rapids, IA 52405-5602
RICHMOND VA 23230-3236


Tyler Pelton                                   (p)U S ATTORNEY S OFFICE                 U.S. Small Business Administration
53052 E Fox Hill Rd                            111 7TH AVENUE SE                        10737 Gateway West, #300
Baraboo, WI 53913                              BOX 1                                    El Paso, TX 79935-4910
                                               CEDAR RAPIDS IA 52401-2103


U.S. Small Business Administration             (p)U S  SMALL BUSINESS ADMINISTRATION    U.S. Small Business Administration
210 Walnut Street, Suite 749                   ATTN BK NOTICES                          Fresno District Office
Des Moines, IA 50309-2186                      332 S MICHIGAN AVE SUITE 600             801 R Street
                                               CHICAGO IL 60604-4318                    Suite 201
                                                                                        Fresno, CA 93721-2365


USA Communications                             USTDW                                    Unite Private Networks
124 Main Street                                PO Box 365                               120 W 12th Street Floor 11
PO Box 389                                     Walford, IA 52351-0365                   Kansas City, MO 64105-1937
Shellsburg, IA 52332-0389


United Healthcare                              United Rental                            United States Attorney (SBA)
Atlanta, GA  30374-0376                        5735 4th St Ct SW                        111 7th Avenue SE, Box 1
                                               Cedar Rapids, IA 52404-4840              Cedar Rapids, IA 52401-2101


United States Trustee                          United States Trustee                    United of Life Insurance Company
United States Federal Courthouse               Northern District of Iowa                Mutual of Omaha Plaza
111 7th Avenue SE, Box 17                      111 Seventh Avenue SE, Suite 280         Omaha, NE 68175-0001
Cedar Rapids, IA 52401-2103                    Cedar Rapids, IA 52401-2103


UnitedHealthcare Insurance Company             Utility Service Contractors Inc          Veerabhadra R Malikireddy
Attn: CDM/Bankruptcy                           1410 Industrial Dr, Suite 100            c/o Samson Properties
185 Asylum Street- 03B                         Hiawatha, IA 52233-1160                  14526 Lee Road
Hartford, CT 06103-3408                                                                 Chantilly, VA 20151-2112


Verizon Business                               Victor Hernandez                         Virginia Department of Taxation
William M Vermette                             45291 Gable Sq                           PO Box 1777
22001 Loudoun County PKWY                      Sterling, VA 20164-5348                  Richmond, VA 23218-1777
Ashburn, VA 20147-6122


Virginia Employment Commission                 Virginia Ground Covers                   WI Department of Workforce Development
PO Box 26441                                   21585 Cascades Parkway                   Unemployment Insurance Division
Richmond, VA 23261-6441                        Sterling, VA 20166-9209                  PO Box 7945
                                                                                        Madison, WI 53707-7945


WM Corporate Services, INC.                    WM Enterprise, LLC                       Wagner Falconer & Judd, Ltd.
PO Box 4648                                    7411 Riggs Rd, Ste 202                   300 North Corporate Drive
Boston, MA 02205                               Hyattsville, MD 20783-4246               Suite 200
                                                                                        Brookfield, WI 53045-5833
```

| | | |
|---|---|---|
| Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 | Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 | Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 | Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 |
| West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 | Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI  53708-8901 |
| Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 | Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 | Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 |
| Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA  50309-8007 | Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA  94104-4436 |
| Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY  10017 | Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 |
| Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 | Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US |
| GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 | John Deere Financial f.s.b.<br>PO Box 6600<br>Johnston, IA 50131 | Sheets Sterling, Inc.<br>PO Box 615<br>Sterling, VA 20167 |

| | | |
|---|---|---|
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM  87106 | Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA  52406-3060 | Altorfer Inc<br>P.O. Box 1347<br>Cedar Rapids, IA 52405 |
| Baltimore County Maryland<br>400 Washington Avenue<br>Towson, MD 21204 | Bill<br>6220 America Center Drive., Suite 100<br>San Jose, CA 95002 | Breakout Capital, LLC<br>1451 Dolley Madison Blvd<br>Suite 200<br>Mclean, VA 22101 |
| (d)Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN  37203-0001 | (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Maryland<br>Revenue of Admin Div<br>110 Carroll St<br>Annapolis, MD  21411-0001 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road, Wayne, PA 19<br>Wayne, PA 19087 | (d)Deere Credit, Inc.<br>6400 NW 86th Street<br>Johnston, IA  50131 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0001 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | (d)Green State Credit Union<br>2355 Landon Rd<br>North Liberty, IA 52317 | Herc Rentals<br>23745 Pebble Run Place<br>Sterling, VA 20166 |
| (d)Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL  34134 | Imon Communications, LLC<br>101 3rd Ave SW, Suite 400<br>Cedar Rapids, IA  52404 | Iowa Dept of Revenue<br>PO Box 10330<br>Des Moines, IA 50306-0330 |
| (d)John Deere Financial<br>6400 NW 86t St<br>Johnston, IA 50131 | Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA  52402 | (d)Mediacom Communications Corp<br>Attn  Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL  32563 |
| Millbrook West LLC<br>PO Box 163<br>Broad Run, VA 20137 | (d)Sheets Sterling, inc<br>PO Box 615<br>Sterling, VA 20167 | Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 |
| Treasurer of VA<br>P.O. Box 570<br>Richmond, VA 23218-0570 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 |

(d)US Attorney (IRS)
111 7th Avenue SE #1
Cedar Rapids, IA 52401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)BMO Bank N.A., f/k/a Bank of the West, d/b

(u)Breakout Capital Finance, LLC

(u)Deere Credit Inc.

(u)Five Star Communications, LLC

(u)Herc Rentals, Inc.

(u)Hiawatha Properties LLC

(u)Isotropic Network, Inc.

(u)John Deere Construction & Forestry Company

(u)Liquid Capital Exchange, Inc.

(u)Manchester Leasing Services, Inc.

(u)Official Committee of Unsecured Creditors

(u)Smith, Gambrell & Russell, LLP

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Complete Design Solutions, LLC
3620 Developers Rd.
Indianapolis, IN 46227-3520

(u)Daniel R. Schmoldt Enterprises Inc.
4807 Rockside Road, Suite 240
,

(d)East Central Iowa Council of Governments
700 16th Street NE
Suite 301
Cedar Rapids, IA 52402-4665

(d)Edge Consulting Engineers, Inc.
624 Water Street
Prairie Du Sac, WI 53578-1027

(d)Farmers & Merchants Savings Bank
200 First Street SW
Cedar Rapids, IA 52404-5735

(d)Green Note Capital Partners SPV LLC
1019 Avenue P Suite 401
Brooklyn, NY 11223-2366

(d)Guy M. Turner, Inc.
PO Box 7776
Greensboro, NC 27417-0776

(d)HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

(d)ImOn Communications
PO Box 3446
Cedar Rapids, IA  52406-3446

(d)Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

| | | |
|---|---|---|
| (d)L&M Underground Inc<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | (d)Quality Power Solutions, LLC<br>5718 Manufacturers Drive<br>Madison, WI 53704-6276 | (d)RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (d)Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE  68512 | (d)West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | (d)Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| (u)Dennis Bruce | (d)Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | End of Label Matrix<br>Mailable recipients   470<br>Bypassed recipients    32<br>Total                 502 |