```
Label Matrix for local noticing          (p)AG & BUSINESS LEGAL STRATEGIES      Ally Bank, c/o AIS Portfolio Services, LLC
0862-1                                    PO BOX 11425                           4515 N Santa Fe Ave. Dept. APS
Case 23-00484                             CEDAR RAPIDS IA 52410-1425             Oklahoma City, OK 73118-7901
Northern District of Iowa
Cedar Rapids
Mon Mar 31 07:04:03 CDT 2025

BDC Group, Inc.                           BerganKDV                              (p)CATERPILLAR FINANCIAL SERVICES CORPORATION
c/o Dennis C. Bruce                       Creative Planning Tax, LLC             2120 WEST END AVENUE
565 Eastview Ave.                         417 1st Ave. SE, Suite 300             NASHVILLE TN 37203-5341
Marion, IA 52302                          Cedar Rapids, IA 52401-1309


Complete Design Solutions, LLC            DVA, Inc. d/b/a Ditch Witch of Virginia    East Central Iowa Council of Governments
3620 Developers Rd.                       DVA, Inc. d/b/a Ditch Witch of Virginia    700 16th ST NE STE 301
Indianapolis, IN 46227-3520               11053 Washington Hwy                       Cedar Rapids, IA 52402-4665
                                          Glen Allen, VA 23059-1905


Green Note Capital Partners SPV LLC       (p)GREENSTATE CREDIT UNION             HM Cragg Co
1019 Avenue P                             ATTN LEGAL                             7490 Bush Lake Road
Suite 401                                 PO BOX 800                             Edina, MN 55439-2801
Brooklyn, NY 11223-2366                   NORTH LIBERTY IA 52317-0800


(p)DEERE CREDIT SERVICES  INC             Keystone Savings Bank                  RP Construction, LLC
ATTN LITIGATION & RECOVERY DEPARTMENT     81 Main Street                         24008 Bishop Meade Place
PO BOX 6600                               PO Box 367                             Ashburn, VA 20148-1712
JOHNSTON IA 50131-6600                    Keystone, IA 52249-0367


(p)SHEETS STERLING  INC                   United States of America (SBA)         Watts Electric Company
ATTN KIMBERLY BOWSER                      United States Attorney's Office        c/o Brian S. Koerwitz
P O BOX 615                               111 7th Avenue SE                      5825 South 14th Street, Ste. 200
STERLING VA 20167-0615                    Box 1                                  Lincoln, NE 68512-1233
                                          Cedar Rapids, IA 52401-2101


Zayo Group, LLC                           111 Seventh Avenue SE #15              1 Stop Traffic Services, LLC
1805 29th Street                          Cedar Rapids, IA 52401-2103            5636 Kendall Ct Unit A
Boulder, CO 80301-1067                                                           Arvada, CO 80002-2747


1 Stop Utility & Construction             ABB (Fastwyre)                         AG & EG, LLC
5636 Kendall Ct Unit A                    1605 Washington St                     c/o Andrew Galinsky
Arvada, CO 80002-2747                     Blair, NE 68008-1655                   3900 Vandalia Road
                                                                                 Des Moines, IA 50317-1550


ARIZONA DEPARTMENT OF REVENUE             AT&T Services, Inc.                    AUS Inc
Office of the Arizona Attorney General -  Attn: Contract Admin                   137 NE 48th Pl
c/o Tax, Bankruptcy and Collection Sct    14575 Presidio Square Blvd             Des Moines, IA 50313-2343
2005 N Central Ave, Suite 100             Houston, TX 77083-1586
Phoenix, AZ 85004-1546


Abram V Carls                             Acme Tools                             Adam Martin
Simmons Perrine Moyer Bergman             1943 Blairs Ferry Rd NE                1285 Hickory Ridge Dr
115 Third Street SE, Suite 1200           Cedar Rapids, IA 52402-5811            Marion, IA 52302-0059
Cedar Rapids, IA 52401-1266
```

| | | |
|---|---|---|
| Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | (p)ADVANCED TOWER SERVICES LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 | Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 |
| Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 |
| Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 | Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 | (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 |
| American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 | Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 |
| Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 | Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 |
| Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 | B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 |
| BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 |

```
BMO Harris Bank NA                    BMO Harris Bank NA                    BTM Engineering, Inc
3925 Fountains Blvd NE                PO Box 71810                          3001 Taylor Springs Drive
Cedar Rapids, IA 52411-6619           Chicago, IL 60694-1810                Louisville, KY 40220-1586



(p)BALTIMORE COUNTY MARYLAND          Bank of America                       Bank of America, N.A.
ATTN OFFICE OF BUDGET & FINANCE       100 North Tryon Street                PO BOX 31785
400 WASHINGTON AVENUE                 Charloette, NC 28255-0001             Tampa, FL 33631-3785
RM 150
TOWSON MD 21204-4605


Bank of America, N.A.                 Bank of the West dba Ditch Witch Financial S   Barbour Building Systems, LLC
c/o SouthLaw, P.C.                    c/o Thomas H. Burke                   21421 E Truman Road
13160 Foster, Suite 100               699 Walnut St., Suite 2000            Independence, MO 64056-2673
Overland Park, KS  66213-2660         Des Moines, IA 50309-3948



Barnhart Crane                        BerganKDV                             Bid2win Software, Inc.
PO Box 2153 Dept 1906                 417 First Avenue SE                   aka B2W Software
Birmingham, AL 35287-0002             Suite 300                             99 Bow Street, Suite 500
                                      Cedar Rapids, IA 52401-1309           Portsmouth, NH 03801-3846



(p)BILL                               Blue Star Power Systems, Inc.        Bollmeier Crane & Lift
6220 America Center Dr.               2250 Carlson Drive                    508 Hickory Lane
Suite 100                             Mankato, MN 56003-2213                Marissa, IL 62257-1706
San Jose, CA 95002



Bradley & Riley PC                    Brandon Kuenzi                        Breakout Capital Finance, LLC
P.O. Box 2804                         Secretary                             c/o Weltman, Weinberg & Reis Co., LPA
Cedar Rapids, IA 52406-2804           West Pacific Drilling, Inc.           965 Keynote Circle
                                      PO Box 882                            Cleveland, OH 44131-1829
                                      Silverton, OR 97381-0882


(p)BREAKOUT CAPITAL  LLC              Breakout Capital, LLC                 Bright Lighting, Inc.
1775 TYSONS BLVD                      c/o Weltman, Weinberg & Reis Co., LPA 11111 E Pine St
FL 5                                  965 Keynote Circle                    Tulsa, OK 74116-1600
MCLEAN VA 22102-4285                  Cleveland, OH 44131-1829



Bruce Design & Construction Group, Inc.   Bulldog Pipe                      CAJ Services, LLC
3416 W 27th St.                       8991 West Business 60                 2400 Tawakoni Dr
Cedar Falls, IA 50613-4862            Mountain Grove, MO 65711-2289         Wylie, TX 75098-0797



CAT Financials                        CB Companies LLC                      CIT Sewer Solutions
Lockbox 730681                        1525 Ketelsen Dr                      530 Dubois Ave.
14800 Frye Road 2nd Floor             Hiawatha, IA 52233-2221               McCallsburg, IA  50154
Fort Worth, TX 76155-2732



Campbell Supply Co                    Candace Bruce                         Capital Installations & Services LLC
2127 N Towne Lane NE                  565 Eastview Avenue                   c/o Alejandro Avalos
Cedar Rapids, IA 52402-1913           Marion, IA 52302-5974                 1202 Evergreen Ln
                                                                            Pingree Grove, IL 60140-9100
```

| | | |
|---|---|---|
| Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 | Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 |
| Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL 61601-6199 | Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 | Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 |
| Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 |
| City of Cedar Rapids<br>Attn: Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 | Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 |
| Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 | Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 |
| Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 | Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 |
| Commercial Group Realty<br>Attn: Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 | Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 |
| Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Comstar Supply<br>105 Kestrel Drive<br>Collegeville, PA 19426-2061 |

| | | |
|---|---|---|
| Coopwood's Air Conditioning<br>414 W. Tidwell Rd<br>Houston, TX 77091-4337 | Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708-2576 | Courtney Senters<br>1780 Valentine Drive<br>Marion, IA 52302-8905 |
| Crowbar's Ltd<br>4151 3rd Ave Ste 101<br>Marion, IA 52302-3957 | Cynthia Chelf<br>4609 Condor St<br>Muscatine, IA 52761-8966 | D & S Construction<br>1270 Country Club Dr<br>Marion, IA 52302-5504 |
| D.R.S. Enterprises, Inc<br>5339 Canal Road<br>Garfield, OH 44125-4808 | DAVIS TOWER FOUNDATIONS, LLC<br>7001 W MEMORY LANE<br>HULBERT, OK 74441-1904 | DDL Business Systems, LLC<br>PO Box 940<br>Stephens City, VA 22655-0940 |
| DM Concrete, LLC<br>2462 10th Ave<br>Marion, IA 52302-2123 | DTCenter 1, Bldg C UOA<br>c/o CGR Comm Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166-4429 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>AEGIS Law - Eric Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131-2733 |
| DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>c/o AEGIS Law- Eric Langston<br>601 S. Lindbergh Bldv.<br>Frontenac, MO 63131-2733 | DVA, Inc. dba Ditch Witch of Virginia<br>11053 Washington Highway<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>c/o Eric J. Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131 |
| David M. Leneghan<br>4807 Rockside Road, Suite 240<br>Independence, OH 44131-2159 | Davis Tower Foundation LLC<br>7001 W Memory Lane<br>Hulbert, OK 74441-1904 | Dawson Olson<br>1285 Lincoln Drive<br>Marion, IA 52302-2348 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Dean A Spina<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | Deere Credit Inc.<br>c/o Benjamin G. Nielson<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Deere Credit, Inc.<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 | Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dennis Bruce<br>565 Eastview Ave.<br>Marion, IA 52302-5974 | Dennis Bruce<br>c/o Ronald C Martin<br>PO Box 2877<br>Cedar Rapids, IA 52406-2877 | Departmet of Workforce Development<br>Unemployment Insurance Div<br>Collections-Tax<br>PO Box 8914<br>Madison, WI 53708-8914 |
| Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 | Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 | Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 |

| | | |
|---|---|---|
| Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 | Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 | Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 |
| Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 |
| Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 |
| Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 | Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 |
| Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 | Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 |
| E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 | ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 |
| East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA  52402 | Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 |
| Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 | Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 |
| Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 | Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 |
| Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 | Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 |

| | | |
|---|---|---|
| Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA 52405 | (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Five Star Communications, LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 |
| Five Star Communications, LLC<br>c/o David J. Skalka, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE 68124 | Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 |
| Francisco Argueta Pereira<br>8981 Bonham Cir<br>Manassas, VA 20110-4294 | Freddie Aviles<br>6807 Kingswood Lane Northeast<br>Cedar Rapids, IA 52402-5937 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082-3599 |
| Fusion Telecom Services, LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 | GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St #318<br>Miami, FL 33166-4404 |
| Gadi Dotz (Gene Rosen's Law Firm - A Pr<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 | Galinsky Family Real Estate<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | Galinsky Family Real Estate, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, Iowa 50317-1550 |
| Galloway Group<br>5840 Youngquist Rd<br>Ft. Meyers, FL 33912-2271 | Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Garrett Cowan<br>52 Cowan Rd.<br>Covington, PA 16917-9537 |
| Gary Bass Construction, Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 | Genesis Utility Inc<br>1740 Fox Downs Lane<br>Oilville, VA 23129 | Genuine Cable Group<br>P.O. Box 734769<br>Chicago, IL 60673-4769 |
| Gina L Kramer<br>210 Jones St., Suite 201<br>Dubuque, IA 52001-7615 | Global Rental Co. Inc.<br>33 Inverness Center Pkwy Ste 250<br>Birmingham, AL 35242-7648 | Global Rental Co., Inc.<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203-2629 |
| Graybar Electric Co<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 | Graybar Electric Company, Inc.<br>7601 Setzler Parkway North<br>Brooklyn Park, MN 55445-1883 | Great America Financial Servic<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2030 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Green Note Capital Partners Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 |

| | | |
|---|---|---|
| Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 | Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL  60079 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 |
| GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 | Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 | Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 |
| Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4325 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA  52406-2107 |
| Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 | Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 | Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 |
| IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS  LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 |
| Imperial Crane Services, Inc<br>7500 W Imperial Drive<br>Bridgeview, IL 60455-2395 | Intact Compagnie d'Assurance<br>2020 Blvd Robert-Bourassa suite 100<br>Montral, QC, Canada, H3A 2A5<br>att. Anais Choucino | InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Department of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 |
| (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 | Iowa Workforce Development-U/E<br>1000 E Grand Ave<br>Des Moines, IA 50319-0220 | Isotropic Network, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 |

Isotropic Networks, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite B
Des Moines, IA 50312-4901

JA Lee Electric Services, LLC
11 Melanie Lane, Suite 9
East Hanover, NJ 07936-1100

JJJ Cable Communication, LLC
2025 Keller Springs Rd #1015
Carrollton, TX 75006


JK Communications LLC
304 Cottonwood St
Lexington, MO 64067-1386

Jacob Hensel
1130 32nd St. NE
Cedar Rapids, IA 52402-3515

James River Equipment
9107 Owens Dr
Manassas Park, VA 20111-4802


Jared Nelson
717 Wilson Ave. Drive SW
Cedar Rapids, IA 52404-3751

Jarod Lee
207 North Marion St
Andrew, IA 52030

Jason A. Gang, Attorney
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021


Jeramie Ellefson
10245 45Th Ave, Apt 4
Wyoming, IA 52362-7650

Jesus Fuentes
2400 Vidalia Ct
Waldorf, MD 20601-3780

Jim Lieurance
512 Tyler Street SE, #8
Cascade, IA 52033-9598


Jody Rae Sartin
U.S. Small Business Administration
210 Walnut Street, Suite 749
Des Moines, IA 50309-2186

John Deere Construction & Forestry Co
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

John Deere Construction & Forestry Company
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA  52401-2107


John Deere Construction & Forestry Company
c/o Wesley B. Huisinga
235 6th St SE
Cedar Rapids, IA  52401

John Deere Financial
c/o Wesley B. Huisinga
235 6th St. SE
Cedar Rapids, IA 52401

John Deere Financial, f.s.b.
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA  52401-2107


Jon L. Swergold
Greenberg Traurug, LLP
401 East Las Olas Blvd
Ste 200
Fort Lauderdale, FL 33301-2211

Jones Transport, LLC
c/o Jennifer Houston
6184 Hwy 98 West
Suite 210
Hattiesburg, MS 39402

Jose Gutierrez
2044 Fairfax Pike Lot 56
White Post, VA 22663-1868


Jose Reyes
615 Southlia Dr. Apt H
Kokomo, IN 46902-3490

Jose Rojas
2044 Fairfax Pike #42
White Post, VA 22663-1872

Juan Lira
201 Hays Ave
Trenton, TN 38382-2130


Julie Pulkrabek
Pulkrabek Law Office, PLC
4698 Fox Lane NE
Iowa City, IA 52240-7733

Justin Harris
5127 Sumerduck Rd
Warrenton, VA 20186

KYF Global Partners
1019 Avenue P, #402
Brooklyn, NY 11223-2366


KYF Global Partners
Gene Rosen's Law Firm - A Professio
200 Garden City Plaza, Suite 405
Garden City, NY 11530-3338

KYF Global Partners LLC
1 Industrial Way W, Bldg C
Eatontown, NJ 07724-4205

Kathleen Burgess
106 Cardinal Ave
Atkins, IA 52206-9728

```
Kathleen Burgess                        Kaylee Bruce                            Kaylee Bruce
2510 Clark Ave                          1075 Parkview Dr.                       565 Eastview Ave
Marion, IA 52302-4135                   Marion, IA 52302-2757                   Marion, IA 52302-5974



Keenan Flint                            Kelly Kemmerling                        Kenway Trucking LLC
304 3rd Ave                             654 28th St Court SE, Apt 303           1655 Commercial Dr
Hiawatha, IA 52233-1634                 Cedar Rapids, IA 52403-3003             PO Box 237
                                                                                Walford, IA 52351-0237



Kevin Haines                            Keystone Bank                           Keystone Savings Bank
1984 Scales Bend Road NE                807 Rosedale Dr                         Abram Carls
North Liberty, IA 52317-9332            Center Point, IA 52213-9381             115 3rd Street SE, Suite 1200
                                                                                Cedar Rapids, IA 52401-1222



Keystone Savings Bank                   Keystone Savings Bank                   Kirkwood Community College
c/o Abram V Carls                       c/o Eric W. Lam                         7725 Kirkwood Blvd
115 Third Street SE, Suite 1200         115 Third Street SE, Suite 1200         Cedar Rapids, IA 52404-5231
Cedar Rapids, IA  52401                 Cedar Rapids, IA  52401



Konica Minolta Business Solutions       Konica Minolta Business Solutions USA   Konica Minolta Premier Finance
c/o Lynn Fisher - Konica Minolta        c/o US Bank Equipment Finance           P.O. Box 790448
101 Williams Drive                      1310 Madrid Street                      St Louis, MO 63179-0448
Ramsey, NJ 07446-1217                   Marshall, MN 56258-4099



Kramer Well Drilling LLC                Kyle Enterprises, LLC d/b/a Millennium  L & M Underground, Inc.
W14405 Hwy 8                            Wagner Falconer & Judd, Ltd             7529 S. Storm Mtn
Weyerhaeuser, WI 54895-9631             300 North Corporate Drive               Littleton, CO 80127-3807
                                        Suite 200
                                        Brookfield, WI 53045-5833



Lamoni HCP                              Lamoni Heating, Cooling, & Plumbing LLC Leonardo Meza Jr
139 N. Linden St                        139 N Linden St                         11057 Vista Del sol Dr
Lamoni, IA 50140-1045                   Lamoni, IA 50140-1045                   El Paso, TX 79935-4311



Liberty Doors                           Liberty Mutual Insurance                Linn County REC
900 West Penn Street                    PO Box 91012                            5695 REC Drive
North Liberty, IA 52317-9524            Chicago, IL 60680-1110                  PO Box 69
                                                                                Marion, IA 52302-0069



Linn County Rural Electric Cooperative Assoc   Liomedes Fuentes                 Liquid Capital Exchange
Julie Pulkrabek                         7783 Black Horse Ct                     5075 Yonge St. Ste 700
Pulkrabek Law Office, PLC               Manassas, VA 20109-8207                 Toronto, Ontario CANADA
4698 Fox Lane NE                                                                M2N 6C6
Iowa City, IA 52240-7733



Liquid Capital Exchange, Inc            Liquid Capital Exchange, Inc.           Liquid Capital Exchange, Inc.
5075 Yonge St. Ste. 700                 c/o Kristina M. Stanger                 c/o Roy L. Leaf
Toronto, Ontario, Canada, M2N 6C6       700 Walnut Street, Suite 1600           625 First Street SE, Suite 400
Att. Vlad Rojko                         Des Moines, IA  50309-3899              Cedar Rapids, IA  52401-2030
```

```
Lisa Watson                          Listo Services, LLC                  Loudoun Auto Parts Inc
20388 Farmgate Terr                  14773 Crimson Bluff                  45977 Old Ox Rd
Ashburn, VA 20147-3710               Winter Garden, FL 34787-3259         Sterling, VA 20166-9472


Loudoun Quarries                     Loudoun Water                        Luck Stone Corp.
PO Box 220112                        PO Box 4000                          PO Box 22696
Chantilly, VA 20153-0112             Ashburn, VA 20146-2591               New York, NY 10087-2696


Luis Perdomo Moreno                  Lumen                                Lumen Law Department
12023 Grewing Sq. Apt C1             1025 Eldorado Blvd                   931 14th St., 9th Floor
Reston, VA 20191-1889                Broomfield, CO 80021-8254            Denver, CO 80202-2994


Lumen Technologies Group, LLC        Lyle Oesterborg                      MOB Communications, LLC
1025 Eldorado Blvd.                  1520 Idledale Road NE                13709 80th Terrace
Attn:  Legal - BKY                   Cedar Rapids, IA 52402-1078          Live Oak, FL 32060-8825
Broomfield, CO 80021-8254


Manchester Leasing Service Inc       Manchester Leasing Services, Inc     Manchester Leasing Services, Inc.
18173 Edison Ave                     2771 104th Street, Suite 1           @ Terry L. Gibson
Unit G                               Urbandale, IA 50322-3883             Wandro & Associates
Chesterfield, MO 63005-3722                                               2015 Grand Avenue
                                                                          Des Moines, IA 50312-4902


Manchester Leasing Services, Inc.    Manchester Leasing Services, Inc.    Maquoketa Valley REC
18173 Edison Avenue, Unit G          c/o Terry L Gibson                   109 North Huber St
Chesterfield, MO 63005-3722          2015 Grand Avenue, Suite 102         Anamosa, IA 52205-1453
                                     Des Moines, IA  50312


Marcelino Avalos                     Mario Reyes Alfaro                   Mark A Ludolph
760 E ETNA RD                        9211 Timberwood Ct                   Caterpillar Financial Services Corporati
Ottawa, IL 61350-1014                Manassas, VA 20110-4837              Attn: Erin O'Quinn
                                                                          2120 West End Avenue
                                                                          Nashville, TN 37203-5341


Mark A Ludolph                       Mark Sheller                         Marlin Business Bank
Caterpillar Financial Services Corporati  600 East Poplar Road            2795 E Cottonwood Pkwy
Attn: Joan Morrison                  Sterling, VA 20164-3335              Salt Lake City, UT 84121-7092
2120 West End Avenue
Nashville, TN 37203-5341


Marlin Capital Solutions             Marlin Capital Solutions             Marlin Leasing Corporation dba PEAC Solution
300 Fellowship Rd                    300 Fellowship Rd                    300 Fellowship Road
Mount Laurel, NJ 08054-1201          Mt. Laurel, NJ 08054-1201            Mt Laurel, NJ 08054-1201


Marvair                              McCarthy Tire Service Co of VA       McCoart Electric
P.O. Box 400                         PO Box 1125                          68 Horse Picture
Cordele, GA 31010-0400               Wilkes Barre, PA 18703-1125          Lowmansville, KY 41232-9089
```

| | | |
|---|---|---|
| McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 | (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | Mediacom Legal Department<br>1 Mediacom Way<br>Mediacom Park, NY 10918-4810 |
| MidAmerica Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 | MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport IA 52808-4350 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 |
| Mike Miner<br>14407 Amber Road x44<br>Monticello, IA 52310-8070 | Millbrook Quarries LLC & DBA<br>PO Box 163<br>Broad Run, VA 20137-0163 | (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 |
| Millennium<br>120 S. Wright St.<br>Delavan, WI 53115-2012 | Mobile Mini Inc<br>4646 E Van Buren St Ste 400<br>Phoenix, AZ 85008-6927 | Modular Connections, LLC<br>1090 Industrial Blvd<br>Bessemer, AL 35022-6009 |
| Moises Santos Yanes<br>8436 Graves Street Apt 103<br>Alexandria, VA 22309-8447 | NOVA RECON<br>7720 Bethlehem Road<br>Manassas, VA 20109-2716 | NOVEC<br>PO Box 34795<br>Alexandria, VA 22334-0795 |
| New Age Drilling LLC<br>3212 23rd St<br>Des Moines, IA 50320-2647 | NinjaOne<br>3687 Tampa Road Suite 200<br>Oldsmar, FL 34677-6313 | Northern Wisconsin Fence<br>W7620 Cork Rd.<br>Phillips, WI 54555-6366 |
| Office of the US Trustee<br>111 Seventh Avenue SE, Suite 2800<br>Cedar Rapids, IA 52401-2103 | Ostafi Communications Inc<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Overhead Door<br>6515 4th Street SW<br>Cedar Rapids, IA 52404-4761 |
| Ozzy Fiber Construction, Inc<br>14378 Sandhill Road<br>Louisville, NE 68037-2848 | PEAC Solutions<br>300 Fellowship Rd<br>Mt. Laurel Township, NJ 08054-1201 | PJI Law<br>3900 Jermantown Rd<br>Fairfax, VA 22030-4900 |
| PWCSA<br>PO Box 2266<br>Woodbridge, VA 22195-2266 | Paul Garner<br>1475 Drummer Hill Rd<br>Front Royal, VA 22630-4355 | Pennsylvania Department of Revenue<br>PO Box 280904<br>Harrisburg, PA 17128-0904 |
| Pinco Construction, Inc.<br>21010 Southbank st. #605<br>Sterling, VA 20165-7227 | Plumetazz America Corp<br>225 Thrasher Pike<br>Soddy Daisy, TN 37379-4267 | Poly Vinyl Roofing<br>785 Elbow Creek Rd<br>Mount Vernon, IA 52314-9732 |

| | | |
|---|---|---|
| Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 | Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 |
| Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 | Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 |
| Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 | Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 |
| RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 | ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 |
| RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA  50309 | Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 |
| Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 | Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Reyna Paz<br>President & CEO of RP Construction,<br>LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 |
| Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 | Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 |
| Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 | Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 |
| Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 | S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 |
| Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 | Schimberg Company<br>1106 Shaver Rd NE<br>Cedar Rapids, IA 52402-4500 | Sega Ag Works Inc<br>PO Box 39<br>Cissna Park, IL 60924-0039 |

| | | |
|---|---|---|
| Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 | Sheets Sterling, Inc<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 | Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265 |
| Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 | Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 |
| Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 | Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 |
| Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite O<br>Lawrenceville, GA 30043-5897 | South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 |
| State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 | State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 |
| Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 |
| Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 | Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN 37242-1099 |
| Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 | The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 |
| Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 | Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 |

```
(p)DIVISION OF CHILD SUPPORT ENFORCEMENT      Tripwireless, INC                          Ty Mcfarland
BANKRUPTCY UNIT                               4941 Allison St Suite 7                    1826 23rd St NW
2001 MAYWILL STREET STE 200                   Arvada, CO 80002-4421                      Cedar Rapids, IA 52405-5602
RICHMOND VA 23230-3236


Tyler Pelton                                  (p)U S ATTORNEY S OFFICE                   U.S. Small Business Administration
53052 E Fox Hill Rd                           111 7TH AVENUE SE                          10737 Gateway West, #300
Baraboo, WI 53913                             BOX 1                                      El Paso, TX 79935-4910
                                              CEDAR RAPIDS IA 52401-2103


U.S. Small Business Administration            (p)U S  SMALL BUSINESS ADMINISTRATION      U.S. Small Business Administration
210 Walnut Street, Suite 749                  ATTN BK NOTICES                            Fresno District Office
Des Moines, IA 50309-2186                     332 S MICHIGAN AVE SUITE 600               801 R Street
                                              CHICAGO IL 60604-4318                      Suite 201
                                                                                         Fresno, CA 93721-2365


USA Communications                            USTDW                                      Unite Private Networks
124 Main Street                               PO Box 365                                 120 W 12th Street Floor 11
PO Box 389                                    Walford, IA 52351-0365                     Kansas City, MO 64105-1937
Shellsburg, IA 52332-0389


United Healthcare                             United Rental                              United States Attorney (SBA)
Atlanta, GA  30374-0376                       5735 4th St Ct SW                          111 7th Avenue SE, Box 1
                                              Cedar Rapids, IA 52404-4840                Cedar Rapids, IA 52401-2101


United States Trustee                         United States Trustee                      United of Life Insurance Company
United States Federal Courthouse              Northern District of Iowa                  Mutual of Omaha Plaza
111 7th Avenue SE, Box 17                     111 Seventh Avenue SE, Suite 280           Omaha, NE 68175-0001
Cedar Rapids, IA 52401-2103                   Cedar Rapids, IA 52401-2103


UnitedHealthcare Insurance Company            Utility Service Contractors Inc            Veerabhadra R Malikireddy
Attn: CDM/Bankruptcy                          1410 Industrial Dr, Suite 100              c/o Samson Properties
185 Asylum Street- 03B                        Hiawatha, IA 52233-1160                    14526 Lee Road
Hartford, CT 06103-3408                                                                  Chantilly, VA 20151-2112


Verizon Business                              Victor Hernandez                           Virginia Department of Taxation
William M Vermette                            45291 Gable Sq                             PO Box 1777
22001 Loudoun County PKWY                     Sterling, VA 20164-5348                    Richmond, VA 23218-1777
Ashburn, VA 20147-6122


Virginia Employment Commission                Virginia Ground Covers                     WI Department of Workforce Development
PO Box 26441                                  21585 Cascades Parkway                     Unemployment Insurance Division
Richmond, VA 23261-6441                       Sterling, VA 20166-9209                    PO Box 7945
                                                                                         Madison, WI 53707-7945


WM Corporate Services, INC.                   WM Enterprise, LLC                         Wagner Falconer & Judd, Ltd.
PO Box 4648                                   7411 Riggs Rd, Ste 202                     300 North Corporate Drive
Boston, MA 02205                              Hyattsville, MD 20783-4246                 Suite 200
                                                                                         Brookfield, WI 53045-5833
```

| | | |
|---|---|---|
| Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 | Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 | Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 | Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 |
| West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 | Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 |
| Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 | Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 | Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 |
| Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309-8007 | Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA 94104-4436 |
| Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY 10017 | Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 |
| Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 | Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US |
| GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 | John Deere Financial f.s.b.<br>PO Box 6600<br>Johnston, IA 50131 | Sheets Sterling, Inc.<br>PO Box 615<br>Sterling, VA 20167 |

| | | |
|---|---|---|
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM 87106 | Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA 52406-3060 | Altorfer Inc<br>P.O. Box 1347<br>Cedar Rapids, IA 52405 |
| Baltimore County Maryland<br>400 Washington Avenue<br>Towson, MD 21204 | Bill<br>6220 America Center Drive., Suite 100<br>San Jose, CA 95002 | Breakout Capital, LLC<br>1451 Dolley Madison Blvd<br>Suite 200<br>Mclean, VA 22101 |
| (d)Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN 37203-0001 | (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Maryland<br>Revenue of Admin Div<br>110 Carroll St<br>Annapolis, MD 21411-0001 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road, Wayne, PA 19<br>Wayne, PA 19087 | (d)Deere Credit, Inc.<br>6400 NW 86th Street<br>Johnston, IA 50131 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0001 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | (d)Green State Credit Union<br>2355 Landon Rd<br>North Liberty, IA 52317 | Herc Rentals<br>23745 Pebble Run Place<br>Sterling, VA 20166 |
| (d)Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL 34134 | Imon Communications, LLC<br>101 3rd Ave SW, Suite 400<br>Cedar Rapids, IA 52404 | Iowa Dept of Revenue<br>PO Box 10330<br>Des Moines, IA 50306-0330 |
| (d)John Deere Financial<br>6400 NW 86t St<br>Johnston, IA 50131 | Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA 52402 | (d)Mediacom Communications Corp<br>Attn Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL 32563 |
| Millbrook West LLC<br>PO Box 163<br>Broad Run, VA 20137 | (d)Sheets Sterling, inc<br>PO Box 615<br>Sterling, VA 20167 | Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 |
| Treasurer of VA<br>P.O. Box 570<br>Richmond, VA 23218-0570 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 |

(d)US Attorney (IRS)
111 7th Avenue SE #1
Cedar Rapids, IA 52401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)BMO Bank N.A., f/k/a Bank of the West, d/b

(u)Breakout Capital Finance, LLC

(u)Deere Credit Inc.

(u)Five Star Communications, LLC

(u)Herc Rentals, Inc.

(u)Hiawatha Properties LLC

(u)Isotropic Network, Inc.

(u)John Deere Construction & Forestry Company

(u)Liquid Capital Exchange, Inc.

(u)Manchester Leasing Services, Inc.

(u)Official Committee of Unsecured Creditors

(u)Smith, Gambrell & Russell, LLP

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Complete Design Solutions, LLC
3620 Developers Rd.
Indianapolis, IN 46227-3520

(u)Daniel R. Schmoldt Enterprises Inc.
4807 Rockside Road, Suite 240
,

(d)East Central Iowa Council of Governments
700 16th Street NE
Suite 301
Cedar Rapids, IA 52402-4665

(d)Edge Consulting Engineers, Inc.
624 Water Street
Prairie Du Sac, WI 53578-1027

(d)Farmers & Merchants Savings Bank
200 First Street SW
Cedar Rapids, IA 52404-5735

(d)Green Note Capital Partners SPV LLC
1019 Avenue P Suite 401
Brooklyn, NY 11223-2366

(d)Guy M. Turner, Inc.
PO Box 7776
Greensboro, NC 27417-0776

(d)HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

(d)ImOn Communications
PO Box 3446
Cedar Rapids, IA  52406-3446

(d)Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

| | | |
|---|---|---|
| (d)L&M Underground Inc<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | (d)Quality Power Solutions, LLC<br>5718 Manufacturers Drive<br>Madison, WI 53704-6276 | (d)RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (d)Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE  68512 | (d)West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | (d)Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| (u)Dennis Bruce | (d)Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | End of Label Matrix<br>Mailable recipients   470<br>Bypassed recipients    32<br>Total                 502 |