IA-18.5
(06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|    BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | CONSENT ORDER |
| | ) | APPROVING MOTION |
| | ) | FOR COMPROMISE OR |
|    Debtor(s). | ) | SETTLEMENT OF CONTROVERSY |
| | ) | WITH BREAKOUT CAPITAL |

     This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy filed March 31, 2025 (Docket 588). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on March 31, 2025, that the last date for filing objections thereto was April 21, 2025. A Limited Objection was filed by Keystone Savings Bank.

     The trustee and Keystone Savings Bank have resolved the limited objection and consent to entry of an Order Approving the Motion.

     IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the trustee is authorized to do whatever is necessary to consummate the settlement.

     IT IS FURTHER ORDERED that the settlement proceeds will be held by the trustee, pending resolution of the pending appeal in the Federal District Court, NDIA.

     IT IS FURTHER ORDERED that the hearing scheduled for May 16, 2025, at 10:45 A.M. is hereby canceled.

DATED AND ENTERED: April 23, 2025

_____
UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee

\_\_/s/ Abram V. Carls _____
Consented to by Abram V. Carls,
Attorney for Keystone Savings Bank