UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | ) | |
|---|---|---|
| | ) | CHAPTER 7 |
| BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | WITHDRAWAL OF DOCUMENT |
| Debtor. | ) | [Dkt 588] |
| | ) | |
| | ) | |

COMES NOW the Chapter 7 Trustee, Renee K. Hanrahan, and respectfully withdraws her Notice of and Motion for Compromise or Settlement of Controversy with Breakout Capital filed on March 31, 2025, at Docket #588.

/s/ Renee K. Hanrahan
Renee K. Hanrahan, Chapter 7 Trustee
PO Box 1088
Cedar Rapids, IA  52406-2008
319.533.7358
rhanrahan@sharontc.net