UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | ) | |
|---|---|---|
| | ) | CHAPTER 7 |
| BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | MOTION TO VACATE ORDER |
| Debtor. | ) | APPROVING COMPROMISE OR |
| | ) | SETTLEMENT WITH BREAKOUT |
| | ) | CAPITAL [Dkt 592] |
| | ) | |
| | ) | |

COMES NOW the Chapter 7 Trustee, Renee K. Hanrahan, and respectfully asks the Court to Vacate the Order Approving Motion for Compromise or Settlement of Controversy with Breakout Capital entered 04.23.25 [Dkt #592].

The trustee has withdrawn the Notice of and Motion for Compromise with Breakout Capital filed March 31, 2025 [Dkt #588][Dkt #598].

The withdrawal of the Notice and Motion renders the subsequent Order Moot and unnecessary.

/s/ Renee K. Hanrahan
Renee K. Hanrahan, Chapter 7 Trustee
PO Box 1088
Cedar Rapids, IA  52406-2008
319.533.7358
rhanrahan@sharontc.net