UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| BDC Group, Inc., ) | CASE NO. 23-00484 |
| ) | |
| ) | ORDER ON MOTION |
| ) | TO VACATE ORDER |
| Debtor. ) | APPROVING COMPROMISE |
| ) | OR SETTLEMENT WITH |
| ) | BREAKOUT CAPITAL |
| ) | |

This matter comes before the Court upon the Trustee's Motion to Vacate Order Approving Compromise or settlement with Breakout Capital filed May 13, 2025. Upon review of the file, the Court finds that the Trustee's Withdrawal of the Notice and Motion for Compromise with Breakout Capital [Dkt #598] renders the Order approving said Compromise moot and unnecessary.

IT IS THEREFORE ORDERED that the Order Approving Motion for Compromise or Settlement of Controversy with Breakout Capital is VACATED and has no effect.

DATED AND ENTERED:   May 13, 2025

_____
UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee