UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO.  23-00484 |
| BDC Group, Inc. | ) | |
| | ) | NOTICE OF AND MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT |
| Debtor(s). | ) | OF CONTROVERSY WITH |
| | ) | NEW AGE DRILLING, LLC |

The undersigned Trustee has entered into a compromise or settlement of controversy and moves the court to approve the following:

The case trustee has identified $37,902.86 in payments made by the Debtor to New Age Drilling LLC that may constitute preferential payments totaling $37,902.86 within ninety (90) days pre-petition within the meaning of 11 U.S.C.§547.

After discussions, the parties have agreed to settle the legal dispute for $18,951, to be paid upon entry of a Court Order approving this settlement. The settlement funds will be held pending disposition of the appeal in the Federal District Court, NDIA.

In light of the uncertainty of litigation, the pending appeal in this case, the looming deadline for bringing avoidance actions, the legal issues involved, and the additional time and expenses involved in prosecuting these possibly preferential payments, the Trustee submits that a 50% recovery as proposed herein is fair and reasonable.

NOTICE IS HEREBY GIVEN that objections must be served on the undersigned trustee, the United States Trustee, 111 7th Avenue SE Box 17, Cedar Rapids, Iowa  52401, debtor(s), debtor(s) counsel and filed with the Clerk of Bankruptcy Court at 111 7th Avenue SE Box 15, Cedar Rapids, Iowa  52401 on or before 4:30 p.m., June 06, 2025.

NOTICE IS FURTHER GIVEN that timely filed objections will be set for hearing by separate notice.  If no objections are filed, a separate order will enter.

I hereby certify that on this date a copy of this Notice and Motion was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

DATED: May 16, 2025.

_/s/ Renee K. Hanrahan _____
Renee K. Hanrahan, Chapter 7 Trustee
P.O. Box 1088
Cedar Rapids, IA  52406-1088
319.533.7358
rhanrahan@sharontc.net

NOTE:  Service List/Clerk's Mailing Matrix attached

Label Matrix for local noticing
0862-1
Case 23-00484
Northern District of Iowa
Cedar Rapids
Fri May 16 06:47:49 CDT 2025

1 Stop Traffic Services, LLC
5636 Kendall Ct Unit A
Arvada, CO 80002-2747

1 Stop Utility & Construction
5636 Kendall Ct Unit A
Arvada, CO 80002-2747

ABB (Fastwyre)
1605 Washington St
Blair, NE 68008-1655

AG & EG, LLC
c/o Andrew Galinsky
3900 Vandalia Road
Des Moines, IA 50317-1550

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General -
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

AT&T Services, Inc.
Attn:  Contract Admin
14575 Presidio Square Blvd
Houston, TX 77083-1586

AUS Inc
137 NE 48th Pl
Des Moines, IA 50313-2343

Abram V Carls
Simmons Perrine Moyer Bergman
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

Acme Tools
1943 Blairs Ferry Rd NE
Cedar Rapids, IA 52402-5811

Adam Martin
1285 Hickory Ridge Dr
Marion, IA 52302-0059

Adam Verastegui
3023 SW Butternut Dr
Ankeny, IA 50023-7201

(p)ADVANCED TOWER SERVICES  LLC
ATTN AMANDA PEREA
2417 BAYLOR DR SE
ALBUQUERQUE NM 87106-3205

Advanced Traffic Control, Inc.
PO Box 8958
Cedar Rapids, IA 52408-8958

Affordable Pressure Washing
7303 Mount Vernon Rd SE
Cedar Rapids, IA 52403-7130

(p)AG & BUSINESS LEGAL STRATEGIES
PO BOX 11425
CEDAR RAPIDS IA 52410-1425

Ag & Business Legal Strategies
c/o Joseph Peiffer
PO Box 11425
Cedar Rapids, IA  52410-1425

Agustin Sanchez
224 N Auburn Dr
Sterling, VA 20164-5410

Alberto Garcia Jr
2024-42 Fairfax Pike
White Post, VA 22663

Alex Martin
4395 McGowan Blvd
Marion, IA 52302-6266

Alfredo Trnidad Muniz Quijas
11052 Vista Del Sol Dr
El Paso, TX 79935

(p)ALLIANT ENERGY
300 E SHERIDAN AVE
CENTERVILLE IA 52544-2625

Allied Glass
1575 Ketelsen Dr
Ste 500
Hiawatha, IA 52233-2220

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380902
Bloomington, MN  55438-0902

Ally Finanical
PO Box 380901
Bloomington, MN 55438-0901

(p)ALTORFER INC
PO BOX 1347
CEDAR RAPIDS IA 52406-1347

American Boring Inc
6895 Pickering Rd
Carroll, OH 43112-9614

American Truck & Trailer Supply
11949 Livingston Road
Manassas, VA 20109-2780

Antonio Reyes
201 Hays Ave
Trenton, TN 38382-2130

Area Wide Protective
P.O. Box 636219
Cincinnati, OH 45263-6219

Arizona Department of Revenue
Attn:  Customer Care
PO Box 29086
Phoenix, AZ  85038-9086

Arnold Motor Supply
1000 44th St
Marion, IA 52302-1542

Arnold Motor Supply, LLP
PO Box 320
Spencer, IA 51301-0320

Asphalt Restorations, Inc.
PO Box 278
Crownsville, MD 21032-0278

Marcelino Avalos
c/o Timothy B. Cantlin, Esq.
The Cantlin Law Firm
760 E Etna RD
Ottawa, IL 61350-1014

B2W Software
99 Bow Street Suite 500
Portsmouth, NH 03801-3846

BDC Group, Inc.
c/o Dennis C. Bruce
565 Eastview Ave.
Marion, IA 52302

BL Tower Construction
11111 E Pine St
Tulsa, OK 74116-1600

BMO Bank N.A. fka Bank of the West
dba Ditch Witch Financial Services
c/o Peter Chalik
699 Walnut Street, Suite 2000
Des Moines, IA  50309

BMO Bank, N.A. f/k/a Bank of the West d/b/a
1625 W. Fountainhead Pkwy. Fl 10
Phoenix, AZ 85282-2371

BMO Bank, N.A. f/k/a Bank of the West d/b/a
Thomas H. Burke
699 Walnut St., Suite 2000
Des Moines, IA 50309-3948

BMO Harris Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO Harris Bank NA
300 E John Carpenter Freeway
Irving, TX 75062-2727

BMO Harris Bank NA
3925 Fountains Blvd NE
Cedar Rapids, IA 52411-6619

BMO Harris Bank NA
PO Box 71810
Chicago, IL 60694-1810

BTM Engineering, Inc
3001 Taylor Springs Drive
Louisville, KY 40220-1586

(p)BALTIMORE COUNTY MARYLAND
ATTN OFFICE OF BUDGET & FINANCE
400 WASHINGTON AVENUE
RM 150
TOWSON MD 21204-4605

Bank of America
100 North Tryon Street
Charloette, NC 28255-0001

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Bank of America, N.A.
c/o SouthLaw, P.C.
13160 Foster, Suite 100
Overland Park, KS  66213-2660

Bank of the West dba Ditch Witch Financial S
c/o Thomas H. Burke
699 Walnut St., Suite 2000
Des Moines, IA 50309-3948

Barbour Building Systems, LLC
21421 E Truman Road
Independence, MO 64056-2673

Barnhart Crane
PO Box 2153 Dept 1906
Birmingham, AL 35287-0002

BerganKDV
Creative Planning Tax, LLC
417 1st Ave. SE, Suite 300
Cedar Rapids, IA 52401-1309

BerganKDV
417 First Avenue SE
Suite 300
Cedar Rapids, IA 52401-1309

Bid2win Software, Inc.
aka B2W Software
99 Bow Street, Suite 500
Portsmouth, NH 03801-3846

(p)BILL
6220 America Center Dr.
Suite 100
San Jose, CA 95002

Blue Star Power Systems, Inc.
2250 Carlson Drive
Mankato, MN 56003-2213

Bollmeier Crane & Lift
508 Hickory Lane
Marissa, IL 62257-1706

Bradley C Riley PC
P.O. Box 2804
Cedar Rapids, IA 52406-2804

Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381-0882


Breakout Capital Finance, LLC
c/o Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131-1829

(p)BREAKOUT CAPITAL  LLC
1775 TYSONS BLVD
FL 5
MCLEAN VA 22102-4285

Breakout Capital, LLC
c/o Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131-1829


Bright Lighting, Inc.
11111 E Pine St
Tulsa, OK 74116-1600

Bruce Design & Construction Group, Inc.
3416 W 27th St.
Cedar Falls, IA 50613-4862

Bulldog Pipe
8991 West Business 60
Mountain Grove, MO 65711-2289


CAJ Services, LLC
2400 Tawakoni Dr
Wylie, TX 75098-0797

CAT Financials
Lockbox 730681
14800 Frye Road 2nd Floor
Fort Worth, TX 76155-2732

CB Companies LLC
1525 Ketelsen Dr
Hiawatha, IA 52233-2221


CIT Sewer Solutions
530 Dubois Ave.
McCallsburg, IA  50154

Campbell Supply Co
2127 N Towne Lane NE
Cedar Rapids, IA 52402-1913

Candace Bruce
565 Eastview Avenue
Marion, IA 52302-5974


Capital Installations & Services LLC
c/o Alejandro Avalos
1202 Evergreen Ln
Pingree Grove, IL 60140-9100

Capital One Credit Card
PO Box 4069
Carol Stream, IL 60197-4069

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Car Communications, LLC
8300 Sunset Dr
Manassas, VA 20110-3800

Abram V. Carls
Simmons Perrine Moyer Bergman PLC
115 Third Street SE
Suite 1200
Cedar Rapids, IA 52401-1222


Carrier Access IT, LC
1275 NW 128th St
Clive, IA 50325-7403

Carrier Access IT, LC
9440 Atlantic Dive SW, Suite 2
Cedar Rapids, IA 52404-8916

Castle Concrete LLC
1325 Meade St
Flatwoods, KY 41139-1027


(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Caterpillar Financial Services Corporation
c/o Mark A Ludolph
300 Hamilton Boulevard - PO Box 6199
Peoria, IL  61601-6199

Cedar Rapids Linn County Solid Waste Agency
1954 County Home Road
Marion, IA 52302-9758


Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Centurylink
Centurylink Communications, LLC.
1025 El Dorado Blvd. (Attn:Legal-BKY)
Broomfield, CO 80021-8254

Chad Harris
261 Sunset Lane
Hiawatha, IA 52233

Chantilly Crushed Stone, Inc.
PO Box 220112
Chantilly, VA  20153-0112

Dan Childers
Shuttleworth & Ingersoll, P.L.C.
235 6th Street SE
Cedar Rapids, IA 52401-1625

Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624

Ciro Escalante
116 N Alder Ave
Sterling, VA 20164-4008

City of Cedar Rapids
Attn: Rebecca Johnson Purchasing Agent
101 First Street SE
Cedar Rapids, IA 52401-1205

City of Cedar Rapids
City Attorney
3851 River Ridge Road NE
Cedar Rapids, IA 52402-7531

Clear Canopy, LLC
1705 W. University Dr #108-106
McKinney, TX 75069-3392

Clog Busters
3950 Vandalia Rd
Des Moines, IA 50317-1550

Coastal Communications
5841 Edison Place Suite 200
Carlsbad, CA 92008-6500

Collection Services Center
PO Box 9125
Des Moines, IA 50306-9125

Colliflower, Inc.
9320 Pulaski Highway
Middle River, MD 21220-2418

Colton Paris
1267 Lawrence Ave
Hazleton, IA 50641-9627

Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219

Commercial Group Realty
Attn:  Shahram Ghaffarkhan
11990 Market Street, Unite 501
Reston, VA 20190-6000

Complete Design Solutions LLC
511B Davidson Drive
Minooka, IL 60447-8423

Complete Design Solutions, LLC
3620 Developers Rd.
Indianapolis, IN 46227-3520

Complete Design Solutions, LLC
Jeffrey P. Taylor
401 Old Marion Rd. NE
Cedar Rapids, IA 52402-2110

Complete Design Solutions, LLC
c/o Jeffrey P. Taylor
401 Old Marion Road NE
PO Box 10020
Cedar Rapids, IA 52410-0020

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Comstar Supply
105 Kestrel Drive
Collegeville, PA 19426-2061

Coopwood's Air Conditioning
414 W. Tidwell Rd
Houston, TX 77091-4337

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708-2576

Courtney Senters
1780 Valentine Drive
Marion, IA 52302-8905

Crowbar's Ltd
4151 3rd Ave Ste 101
Marion, IA 52302-3957

Cynthia Chelf
4609 Condor St
Muscatine, IA 52761-8966

D & S Construction
1270 Country Club Dr
Marion, IA 52302-5504

D.R.S. Enterprises, Inc
5339 Canal Road
Garfield, OH 44125-4808

DAVIS TOWER FOUNDATIONS, LLC
7001 W MEMORY LANE
HULBERT, OK 74441-1904

DDL Business Systems, LLC
PO Box 940
Stephens City, VA 22655-0940

DM Concrete, LLC
2462 10th Ave
Marion, IA 52302-2123

DTCenter 1, Bldg C UOA
c/o CGR Comm Mgmt, LLC
23465 Rock Haven Way, Ste. 205
Sterling, VA 20166-4429

DVA, Inc. d/b/a
Ditch Witch of Virginia
AEGIS Law - Eric Langston
601 S. Lindbergh Blvd.
Frontenac, MO 63131-2733

DVA, Inc. d/b/a
Ditch Witch of Virginia
c/o AEGIS Law- Eric Langston
601 S. Lindbergh Bldv.
Frontenac, MO 63131-2733

DVA, Inc. d/b/a Ditch Witch of Virginia
DVA, Inc. d/b/a Ditch Witch of Virginia
11053 Washington Hwy
Glen Allen, VA 23059-1905

DVA, Inc. dba Ditch Witch of Virginia
11053 Washington Highway
Glen Allen, VA 23059-1905

DVA, Inc. dba Ditch Witch of Virginia
c/o Eric J. Langston
601 S. Lindbergh Blvd.
Frontenac, MO  63131

David M. Leneghan
4807 Rockside Road, Suite 240
Independence, OH 44131-2159

Davis Tower Foundation LLC
7001 W Memory Lane
Hulbert, OK 74441-1904

Claire Davison
DOJ-Ust
210 Walnut Street
Room 793
Des Moines, IA 50309-2106

Dawson Olson
1285 Lincoln Drive
Marion, IA 52302-2348

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Shelly A. DeRousse
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683

Dean A Spina
2007 First Avenue SE
Cedar Rapids, IA 52402-6344

Deere Credit Inc.
c/o Benjamin G. Nielson
P.O. Box 2107
Cedar Rapids, IA 52401-2107

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Deere Credit, Inc.
c/o Wesley B. Huisinga
235 6th St. SE
Cedar Rapids, IA  52401

Delaware Withholding
Correspondence/Annual Forms
PO Box 830
Wilmington, DE 19899-0830

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dennis Bruce
565 Eastview Ave.
Marion, IA 52302-5974

Dennis Bruce
c/o Ronald C Martin
PO Box 2877
Cedar Rapids, IA  52406-2877

Departmet of Workforce Development
Unemployment Insurance Div
Collections-Tax
PO Box 8914
Madison, WI 53708-8914

Derek Neunaber
9710 York St
Anamosa, IA 52205-7869

Derik Thomas
207 South Jones Street
Anamosa, IA 52205-1752

Des Moines Water Works
2201 George Flagg Parkway
Des Moines, IA 50321-1190

Ditch Witch - Iowa
21124 Holden Dr
Davenport, IA 52806-9314

Ditch Witch Financial Services
8418 Canyon Drive
Armarillo, TX 79119-7200

Ditch Witch Financial Services
a program of Bank of the West
1625 W Fountainhead Pkwy
AZ-FTN-10C-A
Tempe, AZ 85282-2371

Ditch Witch of Virginia
11053 Washington Hwy
Glen Allen, VA 23059-1905

Diversified Underground Inc
PO Box 460909
Aurora, CO 80046-0909

Division of Child Support Enforcement
Bankruptcy Unit
P.O. Box 71900
Henrico, VA 23255-1900

Divvy Credit Card
13707 S 200 W
Ste 100
Draper, UT 84020-2443

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

Donald B. Rice Tire Company, Inc. t/a Rice T
Mary Beth Beard
909 N. East Street
Frederick, MD 21701-4621

Douglas Chelf
4609 Condor Street
Muscatine, IA 52761-8966

Emily X. Douglas Moore
Mallory Law
12012 Ridgemont Drive
Urbandale, IA 50323-2317

Drake Shores
813 Saint Annes Drive
Iowa City, IA 52245-5635

Drilltech, LLC
7080 York Street
Denver, CO 80229-7301

Dulles Electric Supply Corp
22570 Shaw Rd
Suite 150
Sterling, VA 20166-4393

Dylan Bowser
19125 Dales Ford Rd
Scotch Grove, IA 52310-7484

Dylan Davis
2050 Edgewood Rd NW
Cedar Rapids, IA 52405-1028

E.R. Utilities Construction
14520 Golden Oak Rd
Centreville, VA 20121-2262

ECICOG
700 16th St NE
#301
Cedar Rapids, IA 52402-4665

ET Communications
40 E Station Ave
Coopersburg, PA 18036-2132

East Central Iowa Council of Governments
700 16th ST NE STE 301
Cedar Rapids, IA 52402-4665

East Central Iowa Council of Governments
c/o Rush M Shortley
1921 51st Street NE
Cedar Rapids, IA  52402

Echo Group Inc.
PO Box 336
Council Bluffs, IA 51502-0336

Edge Consulting Engineers, Inc
624 Water Street
Prairie du Sac, WI 53578-1027

Efrain Jovel
665 Dulles Park Ct #103
Herndon, VA 20170-3848

Electrical Engineering & Equip
953 73rd Street
Windsor Heights, IA 50324-1031

Wendee Noel Elliott-Clement
Southlaw, P.C.
13160 Foster Street
Suite 100
Overland Park, KS 66213-2848

Elmer Majano Hernandez
15095 Arum Pl
Woodbridge, VA 22191-3847

Elmer Pereira
15095 Arum Pl
Woodbridge, VA 22191-3847

Euler Hermes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Owings Mills, MD 21117, MD 21117-5173

Farmers & Merchants Savings Bank
200 First St SW
Cedar Rapids, IA 52404-5735

Fence Pros Inc
3887 Trigg Turner Rd
Corydon, KY 42406-9581

Ferguson dba ACF
PO Box 100286
Atlanta, GA 30384-0286

Fiber Network Resources
2486 State Route 588
Gallipolis, OH 45631-9105

Fin & Fern LLC
126 19th St SW
Cedar Rapids, IA  52405

Scott D. Fink
Weltman, Weinberg & Reis Co. LPA
5990 West Creek Rd
Suite 200
Independence, OH 44131-2191

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

Five Star Communications, LLC
725 S 33rd St
Omaha, NE 68105-1411

Five Star Communications, LLC
c/o David J. Skalka, Esq.
2120 South 72nd Street, Suite 1200
Omaha, NE  68124

Fola Technologies
2121 Swan Drive
Camanche, IA 52730-2009

Foundation Software
17800 Royalton Rd
Strongsville, OH 44136-5149

Francisco Argueta Pereira
8981 Bonham Cir
Manassas, VA 20110-4294

Freddie Aviles
6807 Kingswood Lane Northeast
Cedar Rapids, IA 52402-5937

Fujitsu Network Communications
2801 Telecom Parkway
Richardson, TX 75082-3599

Fusion Telecom Services, LLC
4020 Oakmeadow Dr
Plano, TX 75093-8538

GD Construction Inc
2514 Cove Hollow Ct
Rowlett, TX 75088-2436

GLT Transportation Group
10 Canal St #318
Miami, FL 33166-4404

Gadi Dotz (Gene Rosen's Law Firm – A Pr
Gene Rosen's Law Firm – A Professional C
200 Garden City Plaza, Suite 405
Garden City, NY 11530-3338

Galinsky Family Real Estate
3900 Vandalia Road
Des Moines, IA 50317-1550

Galinsky Family Real Estate, LLC
c/o Andrew Galinsky
3900 Vandalia Road
Des Moines, Iowa 50317-1550

Galloway Group
5840 Youngquist Rd
Ft. Meyers, FL 33912-2271

Garcia Cable Inc
8318 Morningside Dr
Manassas, VA 20112-3511

Garrett Cowan
52 Cowan Rd.
Covington, PA 16917-9537

Gary Bass Construction, Inc
PO Box 601
Edgewood, TX 75117-0601

Genesis Utility Inc
1740 Fox Downs Lane
Oilville, VA 23129

Genuine Cable Group
P.O. Box 734769
Chicago, IL 60673-4769

Terry Gibson
Wandro & Associates
2015 Grand Avenue
Suite 102
Des Moines, IA 50312-4902

Gina L Kramer
210 Jones St., Suite 201
Dubuque, IA 52001-7615

Global Rental Co. Inc.
33 Inverness Center Pkwy Ste 250
Birmingham, AL 35242-7648

Global Rental Co., Inc.
1901 Sixth Ave. N., Suite 1700
Birmingham, AL 35203-2629

Jeffrey Douglas Goetz
Dickinson, Bradshaw, Fowler & Hagen, P.C
801 Grand Avenue
Suite 3700
Des Moines, IA 50309-8004

Graybar Electric Co
12437 Collections Center Drive
Chicago, IL 60693-0124

Graybar Electric Company, Inc.
7601 Setzler Parkway North
Brooklyn Park, MN 55445-1883

Great America Financial Servic
PO Box 660831
Dallas, TX 75266-0831

GreatAmerica Financial Services Corp
625 First Street SE
Cedar Rapids, IA 52401-2030

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
P.O. Box 609
Cedar Rapids, IA 52406-0609

Green Note Capital Partners Inc.
1019 Avenue P, Suite 401
Brooklyn, NY 11223-2366

Green Note Capital Partners SPV LLC
1019 Avenue P
Suite 401
Brooklyn, NY 11223-2366

Green Note Capital Partners SPV LLC
Evan Lincoln Moscov
PO Box 8305
Waukegan, IL 60079-8305

Green Note Capital Partners SPV LLC
c/o Evan Lincoln Moscov
PO Box 8305
Waukegan, IL  60079

(p)GREENSTATE CREDIT UNION
ATTN LEGAL
PO BOX 800
NORTH LIBERTY IA 52317-0800

GreenState Credit Union
c/o Terry L Gibson
2015 Grand Avenue, Suite B
Des Moines, IA 50312-4901

GreenState Credit Union
c/o Terry L. Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA  50312

Guy M Turner, Inc.
PO Box 7776
Greensboro, NC 27417-0776

H.M. Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

HDZ Enterprises, Inc.
7964 Connell Ct
Suite D
Lorton, VA 22079-1036

HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

Renee K. Hanrahan
Renee K. Hanrahan, Trustee
PO Box 1088
Cedar Rapids, IA 52406-1088

Harris & Heavener Excavating
149 Humphries Dr
Reynoldsburg, OH 43068-6801

Hawkeye Fire & Safety
716 Oakland Rd NE
Cedar Rapids, IA 52402-4669

Hector Davila
6015 Lucente Ave
Suitland, MD 20746-3728

Tonita M Helton
Helton Law Office
501 N. Church Street
Leon, IA 50144-1301

(p)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4328

Herc Rentals, Inc.
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA  52406-2107

Hiawatha Properties LLC
1710 Hawkeye Drive, Suite 100
PO Box 25
Hiawatha IA 52233-0025

Hiawatha Properties LLC
Attn: Timothy J. Wilson
1710 Hawkeye Drive
Hiawatha, IA 52233-4716

Hiawatha Properties LLC
c/o Dan Childers
P.O. Box 2107
Cedar Rapids, IA 52401-2107

Hiawatha Water Department
101 Emmons St
Hiawatha, IA 52233-1610

Craig Hilpipre
Equipment Marketers & Appraisers
3826 Cedar Heights Drive
Suite 7
Cedar Falls, IA 50613-6257

Stephanie L. Hinz
Pickens, Barnes & Abernathy
Tenth Floor American Building
P.O. Box 74170
Cedar Rapids, IA 52407-4170

Hotel Engine, Inc.
DEPT CH 17483
Palatine, IL 60055-7483

Wesley B. Huisinga
Shuttleworth & Ingersoll, P.L.C.
235 6th Street SE
Cedar Rapids, IA 52401-1625

Humberto Espinoza
7407 Lake Drive
Manassas, VA 20111-1950

IMON Communications
PO Box 3446
Cedar Rapids, IA 52406-3446

ISOLVED Benefit Services
PO Box 889
Coldwater, MI 49036-0889

(p)IMON COMMUNICATIONS  LLC
101 THIRD AVE SW
STE 400
CEDAR RAPIDS IA 52404-5736

Imperial Crane Services, Inc
7500 W Imperial Drive
Bridgeview, IL 60455-2395

Intact Compagnie d'Assurance
2020 Blvd Robert-Bourassa suite 100
Montral, QC, Canada, H3A 2A5
att. Anais Choucino

InterPort Inc
103 N Church St
Hertford, NC 27944-1103

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319-0109

Iowa Department of Transportation
PO Box 10382
Des Moines, IA 50306-0382

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471


Iowa Workforce Development-U/E
1000 E Grand Ave
Des Moines, IA 50319-0220

Isotropic Network, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA  50312

Isotropic Networks, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite B
Des Moines, IA 50312-4901


JA Lee Electric Services, LLC
11 Melanie Lane, Suite 9
East Hanover, NJ 07936-1100

JJJ Cable Communication, LLC
2025 Keller Springs Rd #1015
Carrollton, TX 75006

JK Communications LLC
304 Cottonwood St
Lexington, MO 64067-1386


Jacob Hensel
1130 32nd St. NE
Cedar Rapids, IA 52402-3515

James River Equipment
9107 Owens Dr
Manassas Park, VA 20111-4802

Elizabeth L. Janczak
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683


Jared Nelson
717 Wilson Ave. Drive SW
Cedar Rapids, IA 52404-3751

Jarod Lee
207 North Marion St
Andrew, IA 52030

Jason A. Gang, Attorney
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021


Jeramie Ellefson
10245 45Th Ave, Apt 4
Wyoming, IA 52362-7650

Jesus Fuentes
2400 Vidalia Ct
Waldorf, MD 20601-3780

Jim Lieurance
512 Tyler Street SE, #8
Cascade, IA 52033-9598


Jody Rae Sartin
U.S. Small Business Administration
210 Walnut Street, Suite 749
Des Moines, IA 50309-2186

John Deere Construction & Forestry Co
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

John Deere Construction & Forestry Company
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA  52401-2107


John Deere Construction & Forestry Company
c/o Wesley B. Huisinga
235 6th St SE
Cedar Rapids, IA  52401

John Deere Financial
c/o Wesley B. Huisinga
235 6th St. SE
Cedar Rapids, IA 52401

John Deere Financial, f.s.b.
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA  52401-2107


Jon L. Swergold
Greenberg Traurug, LLP
401 East Las Olas Blvd
Ste 200
Fort Lauderdale, FL 33301-2211

Camber Jones
Spencer Fane
2144 E. Republic Road
Suite B300
Springfield, MO 65804-4880

Jones Transport, LLC
c/o Jennifer Houston
6184 Hwy 98 West
Suite 210
Hattiesburg, MS 39402

Jose Gutierrez
2044 Fairfax Pike Lot 56
White Post, VA 22663-1868

Jose Reyes
615 Southlia Dr. Apt H
Kokomo, IN 46902-3490

Jose Rojas
2044 Fairfax Pike #42
White Post, VA 22663-1872

Juan Lira
201 Hays Ave
Trenton, TN 38382-2130

Julie Pulkrabek
Pulkrabek Law Office, PLC
4698 Fox Lane NE
Iowa City, IA 52240-7733

Justin Harris
5127 Sumerduck Rd
Warrenton, VA 20186

KYF Global Partners
1019 Avenue P, #402
Brooklyn, NY 11223-2366

KYF Global Partners
Gene Rosen's Law Firm - A Professional C
200 Garden City Plaza, Suite 405
Garden City, NY 11530-3338

KYF Global Partners LLC
1 Industrial Way W, Bldg C
Eatontown, NJ 07724-4205

Kathleen Burgess
106 Cardinal Ave
Atkins, IA 52206-9728

Kathleen Burgess
2510 Clark Ave
Marion, IA 52302-4135

Kaylee Bruce
1075 Parkview Dr.
Marion, IA 52302-2757

Kaylee Bruce
565 Eastview Ave
Marion, IA 52302-5974

Keenan Flint
304 3rd Ave
Hiawatha, IA 52233-1634

Kelly Kemmerling
654 28th St Court SE, Apt 303
Cedar Rapids, IA 52403-3003

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, OntarioM2N 6C6 Canada

Kenway Trucking LLC
1655 Commercial Dr
PO Box 237
Walford, IA 52351-0237

Kevin Haines
1984 Scales Bend Road NE
North Liberty, IA 52317-9332

Keystone Bank
807 Rosedale Dr
Center Point, IA 52213-9381

Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

Keystone Savings Bank
Abram Carls
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1222

Keystone Savings Bank
c/o Abram V Carls
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401

Keystone Savings Bank
c/o Eric W. Lam
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401

Kirkwood Community College
7725 Kirkwood Blvd
Cedar Rapids, IA 52404-5231

Brian S. Koerwitz
Peetz Koerwitz & Lafleur, PC LLO
5825 S. 14th Street
Suite 200
Lincoln, NE 68512-1233

Konica Minolta Business Solutions
c/o Lynn Fisher - Konica Minolta
101 Williams Drive
Ramsey, NJ 07446-1217

Konica Minolta Business Solutions USA
c/o US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099

Konica Minolta Premier Finance
P.O. Box 790448
St Louis, MO 63179-0448

Kramer Well Drilling LLC
W14405 Hwy 8
Weyerhaeuser, WI 54895-9631

Jordan A Kroop
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019-5975

Kyle Enterprises, LLC d/b/a Millennium
Wagner Falconer & Judd, Ltd
300 North Corporate Drive
Suite 200
Brookfield, WI 53045-5833

L & M Underground, Inc
7529 S. Storm Mtn
Littleton, CO 80127-3807

Elizabeth Lally
Lally Legal Group, LLC
12020 Shamrock Plaza
Suite 200
Omaha, NE 68154-3537

Eric W. Lam
115 Third Street S.E. Suite 1200
Cedar Rapids, IA 52401-1222

Lamoni HCP
139 N. Linden St
Lamoni, IA 50140-1045

Lamoni Heating, Cooling, & Plumbing LLC
139 N Linden St
Lamoni, IA 50140-1045

(p)AEGIS LAW
601 S LINDBERGH BLVD
FRONTENAC MO 63131-2733

Roy Ryan Leaf
Nyemaster Goode, P.C.
625 1st Street SE, Ste. 400
Cedar Rapids, IA 52401-2032

Leonardo Meza Jr
11057 Vista Del sol Dr
El Paso, TX 79935-4311

Liberty Doors
900 West Penn Street
North Liberty, IA 52317-9524

Liberty Mutual Insurance
PO Box 91012
Chicago, IL 60680-1110

Timothy N. Lillwitz
Dickinson, Bradshaw, Fowler & Hagen, P.
801 Grand Avenue
Suite 3700
Des Moines, IA 50309-8004

Linn County REC
5695 REC Drive
PO Box 69
Marion, IA 52302-0069

Linn County Rural Electric Cooperative Assoc
Julie Pulkrabek
Pulkrabek Law Office, PLC
4698 Fox Lane NE
Iowa City, IA 52240-7733

Liomedes Fuentes
7783 Black Horse Ct
Manassas, VA 20109-8207

Liquid Capital Exchange
5075 Yonge St. Ste 700
Toronto, Ontario CANADA
M2N 6C6

Liquid Capital Exchange, Inc
5075 Yonge St. Ste. 700
Toronto, Ontario, Canada, M2N 6C6
Att. Vlad Rojko

Liquid Capital Exchange, Inc.
c/o Kristina M. Stanger
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899

Liquid Capital Exchange, Inc.
c/o Roy L. Leaf
625 First Street SE, Suite 400
Cedar Rapids, IA  52401-2030

Lisa Watson
20388 Farmgate Terr
Ashburn, VA 20147-3710

Listo Services, LLC
14773 Crimson Bluff
Winter Garden, FL 34787-3259

Loudoun Auto Parts Inc
45977 Old Ox Rd
Sterling, VA 20166-9472

Loudoun Quarries
PO Box 220112
Chantilly, VA 20153-0112

Loudoun Water
PO Box 4000
Ashburn, VA 20146-2591

Luck Stone Corp.
PO Box 22696
New York, NY 10087-2696

Mark A Ludolph
Heyl, Royster, Voelker & Allen
300 Hamilton Boulevard
P.O. Box 6199
Peoria, IL 61601-6199

Luis Perdomo Moreno
12023 Grewing Sq. Apt C1
Reston, VA 20191-1889

Lumen
1025 Eldorado Blvd
Broomfield, CO 80021-8254

Lumen Law Department
931 14th St., 9th Floor
Denver, CO 80202-2994

Lumen Technologies Group, LLC
1025 Eldorado Blvd.
Attn:  Legal - BKY
Broomfield, CO 80021-8254

Lyle Oesterborg
1520 Idledale Road NE
Cedar Rapids, IA 52402-1078

MOB Communications, LLC
13709 80th Terrace
Live Oak, FL 32060-8825

Manchester Leasing Service Inc
18173 Edison Ave
Unit G
Chesterfield, MO 63005-3722

Manchester Leasing Services, Inc
2771 104th Street, Suite 1
Urbandale, IA 50322-3883

Manchester Leasing Services, Inc.
@ Terry L. Gibson
Wandro & Associates
2015 Grand Avenue
Des Moines, IA 50312-4902

Manchester Leasing Services, Inc.
18173 Edison Avenue, Unit G
Chesterfield, MO 63005-3722

Manchester Leasing Services, Inc.
c/o Terry L Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA  50312

Maquoketa Valley REC
109 North Huber St
Anamosa, IA 52205-1453

Marcelino Avalos
760 E ETNA RD
Ottawa, IL 61350-1014

Mario Reyes Alfaro
9211 Timberwood Ct
Manassas, VA 20110-4837

Mark A Ludolph
Caterpillar Financial Services Corporati
Attn: Erin O'Quinn
2120 West End Avenue
Nashville, TN 37203-5341

Mark A Ludolph
Caterpillar Financial Services Corporati
Attn: Joan Morrison
2120 West End Avenue
Nashville, TN 37203-5341

Mark Sheller
600 East Poplar Road
Sterling, VA 20164-3335

Marlin Business Bank
2795 E Cottonwood Pkwy
Salt Lake City, UT 84121-7092

Marlin Capital Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054-1201

Marlin Capital Solutions
300 Fellowship Rd
Mt. Laurel, NJ 08054-1201

Marlin Leasing Corporation dba PEAC Solution
300 Fellowship Road
Mt Laurel, NJ 08054-1201

Ronald C. Martin
Day Rettig Martin, P.C.
P. O. Box 2877
Cedar Rapids, IA 52406-2877

Marvair
P.O. Box 400
Cordele, GA 31010-0400

McCarthy Tire Service Co of VA
PO Box 1125
Wilkes Barre, PA 18703-1125

McCoart Electric
68 Horse Picture
Lowmansville, KY 41232-9089

McGrath
4610 Center Point Rd NE
Cedar Rapids, IA 52402-2412

Martin McLaughlin
United States Attorney's Office
111 7th Ave SE
Cedar Rapids, IA 52401-2103

(p)MEDIACOM COMMUNICATIONS CORPORATION
ONE MEDIACOM WAY
CHESTER NY 10918-4850

Mediacom Legal Department
1 Mediacom Way
Mediacom Park, NY 10918-4810

MidAmerica Energy Company
PO Box 8020
Davenport, IA  52808-8020

MidAmerican Energy Company
PO Box 4350 Credit
Davenport IA 52808-4350

Midwest Wheel Companies
200 50th Ave SW
Cedar Rapids, IA 52404-4926

Mike Miner
14407 Amber Road x44
Monticello, IA 52310-8070

Millbrook Quarries LLC & DBA
PO Box 163
Broad Run, VA 20137-0163

(p)MILLBROOK WEST LLC
PO BOX 163
BROAD RUN VA 20137-0163

Millennium
120 S. Wright St.
Delavan, WI 53115-2012

Mobile Mini Inc
4646 E Van Buren St Ste 400
Phoenix, AZ 85008-6927


Modular Connections, LLC
1090 Industrial Blvd
Bessemer, AL 35022-6009

Moises Santos Yanes
8436 Graves Street Apt 103
Alexandria, VA 22309-8447

Evan Lincoln Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305


NOVA RECON
7720 Bethlehem Road
Manassas, VA 20109-2716

NOVEC
PO Box 34795
Alexandria, VA 22334-0795

New Age Drilling LLC
3212 23rd St
Des Moines, IA 50320-2647


Benjamin Gregory Nielson
Pugh Hagen Prahm, P.L.C.
425 E. Oakdale Blvd
Suite 201
Coralville, IA 52241-3404

NinjaOne
3687 Tampa Road Suite 200
Oldsmar, FL 34677-6313

Northern Wisconsin Fence
W7620 Cork Rd.
Phillips, WI 54555-6366


Office of the US Trustee
111 Seventh Avenue SE, Suite 2800
Cedar Rapids, IA 52401-2103

Ostafi Communications Inc
2121 Swan Drive
Camanche, IA 52730-2009

Overhead Door
6515 4th Street SW
Cedar Rapids, IA 52404-4761


Ozzy Fiber Construction, Inc
14378 Sandhill Road
Louisville, NE 68037-2848

PEAC Solutions
300 Fellowship Rd
Mt. Laurel Township, NJ 08054-1201

PJI Law
3900 Jermantown Rd
Fairfax, VA 22030-4900


PWCSA
PO Box 2266
Woodbridge, VA 22195-2266

Paul Garner
1475 Drummer Hill Rd
Front Royal, VA 22630-4355

Reyna Paz
President & CEO of RP Construction,
LLC.24008
Bishop Meade Place
Ashburn, VA 20148


Austin Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

Pennsylvania Department of Revenue
PO Box 280904
Harrisburg, PA  17128-0904

Pinco Construction, Inc.
21010 Southbank st. #605
Sterling, VA 20165-7227


Plumetazz America Corp
225 Thrasher Pike
Soddy Daisy, TN 37379-4267

Poly Vinyl Roofing
785 Elbow Creek Rd
Mount Vernon, IA 52314-9732

Port-A-Johns
19212 Military Rd
Bennington, NE 68007-6212


Precision Sheet Metal
1518 13th St
Belle Plaine, IA 52208-1327

Premier AV Solutions
609 W Jefferson St
Palmer, TX 75152-9638

Price Builders LLC
12185 Fredrick
Pampa, TX 79065-1513

Price Builders LLC
Peter J. Chalik
699 Walnut St., Suite 2000
Des Moines, IA 50309-3948

Priceless Landscape
7015 Lancaster Thornville Rd NE
Pleasantville, OH 43148-9738

Primus Electronics
8101 Solutions Center
Chicago, IL 60677-8001

Pro Tech Electric Services Inc
8615 Whitmore Cir
Ste 108
Omaha, NE 68122-1844

Quality Power Solutions LLC
5718 Manufacturers Dr.
Madison, WI 53704-6276

RCR Telecom, LLC
2425 W. Parker Rd, Bldg 6C
Carrollton, TX 75010-4725

ROC Communications LLC
13908 Lake Drive NE
Columbus, MN 55025-8609

RP Construction
24008 Bishop Meade Place
Ashburn, VA 20148-1712

RP Construction, LLC
24008 Bishop Meade PL
Ashburn, VA 20148-1712

RP Construction, LLC
c/o Jeffrey D. Goetz, Esq.
801 Grand Avenue, Suite 3700
Des Moines, IA  50309

Karmen Denea Randall
2066 River Ridge Terrace
Apt 202
Asburn, VA 20147

Janet G. Reasoner
U.S. Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401-2103

Rebecca Strike
6906 Brookhaven Dr NW
Cedar Rapids, IA 52405-3178

Resurface Inc.
7679 Limestone Dr
Gainesville, VA 20155-4041

Rexco Equipment inc.
5900 SW 56th St
Des Moines, IA 50321-9621

Reyes Underground Utilities
1899 County Road 1126
Cumby, TX 75433-5149

Rice Tire
13032 Balls Ford Rd
Manassas, VA 20109-2410

Rob Brown
4907 Harvest Court SW
Cedar Rapids, IA 52404-7411

Romero Construction, LLC
4212 Airline Pkwy
Chantilly, VA 20151-3965

Jason Rosell
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4448

Ross Michaelis
121 S Garnavillo St
Anamosa, IA 52205-1975

Roy R. Leaf
Nyemaster Goode, P.C.
625 1st St SE
Ste 400
Cedar Rapids, IA 52401-2032

Rush M. Shortley
1921 51st ST NE
Cedar Rapids, IA 52402-2400

Ryan Pedersen
814 F Ave
Cedar Rapids, IA 52405-2721

S&S Fiberoptics Corp
14135 Dan Park Loop
Fort Myers, FL 33912-6853

SIA Underground Inc
324 Preston Dr
Warrenton, VA 20186-2673

Scherr Contracting LLC
5015 SW 8th St
Des Moines, IA 50315-4614

Schimberg Company
1106 Shaver Rd NE
Cedar Rapids, IA 52402-4500

Sega Ag Works Inc
PO Box 39
Cissna Park, IL 60924-0039

Seth Stanton
409 6th Ave SW
Cedar Rapids, IA 52404-5814

(p)SHEETS STERLING INC
ATTN KIMBERLY BOWSER
P O BOX 615
STERLING VA 20167-0615

Sheets Sterling, Inc.
c/o Emily Douglas Moore
974 73rd Street, Suite 16
West Des Moines, IA 50265-1026

Sheets Sterling, Inc.
c/o Emily Douglas Moore
974 73rd Street, Suite 16
West Des Moines, IA 50265

Sherwin Williams
3501 J St SW
Cedar Rapids, IA 52404-4608

David Skalka
Croker, Huck, Kasher, DeWitt, Anderson &
2120 S 72nd Street
Suite 1200
Omaha, NE 68124-2366

Small Business Administration
10737 Gateway West
Suite 300
El Paso, TX 79935-4910

Small Business Adminstration
2750 1st Ave NE
Suite 350
Cedar Rapids, IA 52402-4831

Soft Dig Properties, LLC
525 Milltown Road
Suite 304
New Brunswick, NJ 08902-3317

Solid Waste Agency
1954 County Home Road
Marion, IA 52302-9758

Solutions Fiber Optic Inc
8422 Freedom Ct
Columbia, MD 21045-3100

Sourctel Supply, LLC
1635 Lakes Parkway
Suite O
Lawrenceville, GA 30043-5897

South Dakota Department of Revenue
300 S. Sycamore Avenue, Ste 102
Sioux Falls, SD 57110-1323

Kristina M. Stanger
Nyemaster Goode, P.C.
700 Walnut Street
Suite 1300
Des Moines, IA 50309-3818

(p)STAR EQUIPMENT LTD
PO BOX 8438
DES MOIONES IA 50301-8438

State of Iowa Workforce Development
1000 E Grand Avenue
Des Moines, IA 50319-0220

State of Wisconsin DWD
State of Wisconsin DWD UI
PO Box 8914
Madison, WI 53708-8914

Summit IG
Att Lee Grant VP & General Counsel
22365 Broderick Drive Suite 250
Sterling, VA 20166-9396

Summit Infrastructure Group, LLC
c/o Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624

SummitIG, LLC
22365 Broderick Dr Suite 250
Sterling, VA 20166-9396

SummitIG, LLC
22375 Broderick Drive Suite 165
Sterling, VA 20166-9346

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

TMC Transportation
PO Box 1774
Des Moines, IA 50306-1774

TNT Underground Utilities, Inc.
303 E Whitworth Street
Hazlehurst, MS 39083-2607

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, Ontario Canada
M2N 6C6

Tarheel Contractors Supply
162 Porter Rd
Rock Hill, SC 29730-6339

Jeffrey P. Taylor
401 Old Marion Rd. NE
PO Box 10020
Cedar Rapids, IA 52410-0020

Tennessee Department of Revenue
Andrew Jackson Bldg, 3rd Floor Ste 500
500 Deaderick St
Nashville, TN 37242-1099

Terry Durin Co.
407 7th Ave SE
Cedar Rapids, IA 52401

The Sherwin-Williams Company
c/o Michael B. Bach, Authorized Agent
25 Whitney Drive, Suite 106
Milford, OH 45150-8400

Tier 1 Tower Services LLC
955 16th Ave
Marion, IA 52302-2654

Todd Shores
1840 Silver Maple Trail
North Liberty, IA 52317-4761

Traffic Safety Supplies Inc
14490 Lee Hwy
Gainesville, VA 20155-1838

Transportation Consultants Inc
2400 86th St Suite 28
Urbandale, IA 50322-4306


(p)DIVISION OF CHILD SUPPORT ENFORCEMENT
BANKRUPTCY UNIT
2001 MAYWILL STREET STE 200
RICHMOND VA 23230-3236

Tripwireless, INC.
4941 Allison St Suite 7
Arvada, CO 80002-4421

Ty Mcfarland
1826 23rd St NW
Cedar Rapids, IA 52405-5602


Tyler Pelton
53052 E Fox Hill Rd
Baraboo, WI 53913

(p)U S ATTORNEY S OFFICE
111 7TH AVENUE SE
BOX 1
CEDAR RAPIDS IA 52401-2103

U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935-4910


U.S. Small Business Administration
210 Walnut Street, Suite 749
Des Moines, IA 50309-2186

(p)U S  SMALL BUSINESS ADMINISTRATION
ATTN BK NOTICES
332 S MICHIGAN AVE SUITE 600
CHICAGO IL 60604-4318

U.S. Small Business Administration
Fresno District Office
801 R Street
Suite 201
Fresno, CA 93721-2365


USA Communications
124 Main Street
PO Box 389
Shellsburg, IA 52332-0389

USTDW
PO Box 365
Walford, IA 52351-0365

Unite Private Networks
120 W 12th Street Floor 11
Kansas City, MO 64105-1937


United Healthcare
Atlanta, GA  30374-0376

United Rental
5735 4th St Ct SW
Cedar Rapids, IA 52404-4840

United States Attorney (SBA)
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101


United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2103

United States Trustee
Northern District of Iowa
111 Seventh Avenue SE, Suite 280
Cedar Rapids, IA 52401-2103

United States of America (SBA)
United States Attorney's Office
111 7th Avenue SE
Box 1
Cedar Rapids, IA 52401-2101


United of Life Insurance Company
Mutual of Omaha Plaza
Omaha, NE 68175-0001

UnitedHealthcare Insurance Company
Attn: CDM/Bankruptcy
185 Asylum Street- 03B
Hartford, CT 06103-3408

Utility Service Contractors Inc
1410 Industrial Dr, Suite 100
Hiawatha, IA 52233-1160


Veerabhadra R Malikireddy
c/o Samson Properties
14526 Lee Road
Chantilly, VA 20151-2112

Verizon Business
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Victor Hernandez
45291 Gable Sq
Sterling, VA 20164-5348


Virginia Department of Taxation
PO Box 1777
Richmond, VA 23218-1777

Virginia Employment Commission
PO Box 26441
Richmond, VA 23261-6441

Virginia Ground Covers
21585 Cascades Parkway
Sterling, VA 20166-9209

WI Department of Workforce Development
Unemployment Insurance Division
PO Box 7945
Madison, WI 53707-7945

WM Corporate Services, Inc
PO Box 4648
Boston, MA 02205

WM Enterprise, LLC
7411 Riggs Rd, Ste 202
Hyattsville, MD 20783-4246


Wagner Falconer & Judd, Ltd.
300 North Corporate Drive
Suite 200
Brookfield, WI 53045-5833

Wapsi Banks, LLC
761 Wapsi Banks Rd
Central City, IA 52214-9651

Wascape Construction
403747 W. 3800 Rd
Talala, OK 74080-3416


Watts Electric Company
c/o Brian S. Koerwitz
5825 South 14th Street, Ste. 200
Lincoln, NE 68512-1233

Watts Electric Company
13351 Dover St
Waverly, NE 68462-2516

Watts Electric Company
c/o Brian S. Koerwitz
Peetz Koerwitz & Lafleur, PC LLO
5825 South 14th Street, Ste. 200
Lincoln, NE 68512-1233


Wells Fargo Bank NA as Agent
14241 Dallas Parkway, Suite 1300
Attn: Relationship Manager
Dallas, TX 75254-2955

Wendling Quarries, Inc
2647 225th St
De Witt, IA 52742-9123

West Pacific Drilling, Inc
PO Box 882
Silverton, OR 97381-0882


West Union Trenching, LLC
800 Hwy 150 South
West Union, IA 52175-1600

Wisconsin Department of Revenue
PO Box 8901
Madison, WI  53708-8901

Youngwood Lane LLC
44112 Mercure Circle
Sterling, VA 20166-2084


Younts Contracting LLP
2622 120th St
Tabor, IA 51653-5008

Zackary McElroy
416 G Ave NW
Cedar Rapids, IA 52405-2660

Zayo Group LLC
1805 29th Street Suite 2050
Boulder, CO 80301-1067


Zayo Group, Inc.
c/o Timothy N. Lillwitz
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8007

Zayo Group, LLC
1805 29th Street
Boulder, CO 80301-1067

Zayo Group, LLC
c/o Jason H. Rosell
One Sansome Street, 34th Floor,
Suite 3430
San Francisco, CA  94104-4436


Zayo Group, LLC
c/o Jordan A. Kroop
780 Third Ave. 34th Floor
New York , NY  10017


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Advanced Tower Services, LLC
2417 Baylor Drive SE
Albuquerque, NM  87106

Ag & Business Legal Strategies
P.O. Box 11425
Cedar Rapids, IA 52410-1425

(d)Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410

Alliant Energy
PO Box 3060
Cedar Rapids, IA  52406-3060

Alter & Inc
P.O. Box 1347
Cedar Rapids, IA 52405

Baltimore County Maryland
400 Washington Avenue
Towson, MD 21204

Bill
6220 America Center Drive., Suite 100
San Jose, CA 95002

Breakout Capital, LLC
1451 Dolley Madison Blvd
Suite 200
Mclean, VA 22101

Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN  37203-0001

(d)Caterpillar Financial Services Corporation
Attn: Erin O'Quinn
2120 West End Avenue
Nashville, TN 37203 US

(d)Caterpillar Financial Services Corporation
Attn: Erin O'Quinn
2120 West End Avenue
Nashville, TN 37203

Comptroller of Maryland
Revenue of Admin Div
110 Carroll St
Annapolis, MD  21411-0001

De Lage Landen Financial Serv
1111 Old Eagle School Rd
Wayne, PA 19087

(d)De Lage Landen Financial Services Inc
1111 Old Eagle School Road, Wayne, PA 19
Wayne, PA 19087

Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA  50131

Dell Financial Services
PO Box 5275
Carol Stream, IL 60197-5275

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290-0001

First Insurance Funding
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

Green State Credit Union
2355 Landon Rd
North Liberty, IA 52317

(d)GreenState Credit Union
PO Box 800
North Liberty, IA 52317

Herc Rentals
23745 Pebble Run Place
Sterling, VA 20166

(d)Herc Rentals
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL  34134

Imon Communications, LLC
101 3rd Ave SW, Suite 400
Cedar Rapids, IA  52404

Iowa Dept of Revenue
PO Box 10330
Des Moines, IA 50306-0330

(d)John Deere Financial
6400 NW 86t St
Johnston, IA 50131

(d)John Deere Financial f.s.b.
PO Box 6600
Johnston, IA 50131

Eric J. Langston
Aegis Law
222 Third Ave SE
Ste 501, Ofc 6
Cedar Rapids, IA 52401

Mediacom Communications Corp
6300 Council Street NE
Cedar Rapids, IA  52402

(d)Mediacom Communications Corp
Attn  Eddie Arnold
1613 Nantahala Beach Road
Gulf Breeze, FL  32563

Millbrook West LLC
PO Box 163
Broad Run, VA 20137

(d)Joseph A. Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

Sheets Sterling, Inc.
PO Box 615
Sterling, VA 20167

(d)Sheets Sterling, inc
PO Box 615
Sterling, VA 20167

Star Equipment Ltd
1401 2nd Ave
Des Moines, IA 50314

Treasurer of VA
P.O. Box 570
Richmond, VA 23218-0570

U.S. Attorney (SBA)
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401

U.S. Small Business Administration
Attn: Michelle Chesebro, Attorney
332 S. Michigan, Suite 600
Chicago, IL 60604

(d)US Attorney (IRS)
111 7th Avenue SE #1
Cedar Rapids, IA 52401


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u), IA

(d)Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)BANK OF AMERICA, N.A.

(u)BMO Bank N.A., f/k/a Bank of the West, d/b

(u)Breakout Capital Finance, LLC

(u)Dennis Bruce

(d)Complete Design Solutions, LLC
3620 Developers Rd.
Indianapolis, IN 46227-3520

(u)Daniel R. Schmoldt Enterprises Inc.
4807 Rockside Road, Suite 240
,

(u)Deere Credit Inc.

(d)East Central Iowa Council of Governments
700 16th Street NE
Suite 301
Cedar Rapids, IA 52402-4665

(d)Edge Consulting Engineers, Inc.
624 Water Street
Prairie Du Sac, WI 53578-1027

(d)Farmers & Merchants Savings Bank
200 First Street SW
Cedar Rapids, IA 52404-5735

(u)Five Star Communications, LLC

(d)Green Note Capital Partners SPV LLC
1019 Avenue P Suite 401
Brooklyn, NY 11223-2366

(d)Guy M. Turner, Inc.
PO Box 7776
Greensboro, NC 27417-0776

(d)HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

(u)Herc Rentals, Inc.

(u)Hiawatha Properties LLC

(d)ImOn Communications
PO Box 3446
Cedar Rapids, IA  52406-3446

(u)Isotropic Network, Inc.

(u)John Deere Construction & Forestry Company

(d)Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

(d)Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381-0882

(d)L&M Underground Inc
7529 S. Storm Mtn
Littleton, CO 80127-3807

(u)Liquid Capital Exchange, Inc.

(u)Manchester Leasing Services, Inc.

(u)Official Committee of Unsecured Creditors

(d)Quality Power Solutions, LLC
5718 Manufacturers Drive
Madison, WI 53704-6276

(d)RP Construction, LLC
24008 Bishop Meade Place
Ashburn, VA 20148-1712

(d)Reyna Paz
President & CEO of RP Construction,
LLC.24008
Bishop Meade Place
Ashburn, VA 20148

(d)Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402-2400

(u)Smith, Gambrell & Russell, LLP

(d)Watts Electric Company
c/o Brian S. Koerwitz
5825 South 14th Street, Ste. 200
Lincoln, NE  68512

(d)West Pacific Drilling, Inc
PO Box 882
Silverton, OR 97381-0882

End of Label Matrix
Mailable recipients   501
Bypassed recipients    34
Total                 535