UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| BDC Group, Inc. | ) | |
| | ) | NOTICE OF AND MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT |
| Debtor(s). | ) | OF CONTROVERSY WITH |
| | ) | CAPITAL ONE, N.A. |

The undersigned Trustee has entered into a compromise or settlement of controversy and moves the court to approve the following:

The case trustee has identified $459,505 in payments made by the Debtor to Capital One, N.A. that may constitute preferential payments within ninety (90) days pre-petition within the meaning of 11 U.S.C. §547. Capital One asserts defenses to the possibly preferential transfers.

After discussions, and evaluation of the asserted defense(s), the parties have agreed to settle the legal dispute for $18,000, to be paid upon entry of a Court Order approving this settlement. The settlement funds will be held pending disposition of the appeal in the Federal District Court, NDIA.

In light of the uncertainty of litigation, the pending appeal in this case, the looming deadline for bringing avoidance actions, the legal issues involved, and the additional time and expenses involved in prosecuting these possibly preferential payments, the Trustee submits that this recovery as proposed herein is fair and reasonable.

NOTICE IS HEREBY GIVEN that objections must be served on the undersigned trustee, the United States Trustee, 111 7th Avenue SE Box 17, Cedar Rapids, Iowa 52401, debtor(s), debtor(s) counsel and filed with the Clerk of Bankruptcy Court at 111 7th Avenue SE Box 15, Cedar Rapids, Iowa 52401 on or before 4:30 p.m., July 01, 2025.

NOTICE IS FURTHER GIVEN that timely filed objections will be set for hearing by separate notice. If no objections are filed, a separate order will enter.

I hereby certify that on this date a copy of this Notice and Motion was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

DATED: June 10, 2025.    _/s/ Renee K. Hanrahan_____
Renee K. Hanrahan, Chapter 7 Trustee
P.O. Box 1088
Cedar Rapids, IA  52406-1088
319.533.7358
rhanrahan@sharontc.net

NOTE:  Service List/Clerk's Mailing Matrix attached

```
Label Matrix for local noticing         (p)AG & BUSINESS LEGAL STRATEGIES      Ally Bank, c/o AIS Portfolio Services, LLC
0862-1                                   PO BOX 11425                          4515 N Santa Fe Ave. Dept. APS
Case 23-00484                            CEDAR RAPIDS IA 52410-1425            Oklahoma City, OK 73118-7901
Northern District of Iowa
Cedar Rapids
Tue Jun 10 06:53:53 CDT 2025

BDC Group, Inc.                          BerganKDV                             (p)CATERPILLAR FINANCIAL SERVICES CORPORATION
c/o Dennis C. Bruce                      Creative Planning Tax, LLC            2120 WEST END AVENUE
565 Eastview Ave.                        417 1st Ave. SE, Suite 300            NASHVILLE TN 37203-5341
Marion, IA 52302                         Cedar Rapids, IA 52401-1309


Complete Design Solutions, LLC           DVA, Inc. d/b/a Ditch Witch of Virginia   East Central Iowa Council of Governments
3620 Developers Rd.                      DVA, Inc. d/b/a Ditch Witch of Virginia   700 16th ST NE STE 301
Indianapolis, IN 46227-3520              11053 Washington Hwy                      Cedar Rapids, IA 52402-4665
                                         Glen Allen, VA 23059-1905


Green Note Capital Partners SPV LLC      (p)GREENSTATE CREDIT UNION            HM Cragg Co
1019 Avenue P                            ATTN LEGAL                            7490 Bush Lake Road
Suite 401                                PO BOX 800                            Edina, MN 55439-2801
Brooklyn, NY 11223-2366                  NORTH LIBERTY IA 52317-0800


(p)DEERE CREDIT SERVICES  INC            Keystone Savings Bank                 RP Construction, LLC
ATTN LITIGATION & RECOVERY DEPARTMENT    81 Main Street                        24008 Bishop Meade Place
PO BOX 6600                              PO Box 367                            Ashburn, VA 20148-1712
JOHNSTON IA 50131-6600                   Keystone, IA 52249-0367


(p)SHEETS STERLING  INC                  United States of America (SBA)        Watts Electric Company
ATTN KIMBERLY BOWSER                     United States Attorney's Office       c/o Brian S. Koerwitz
P O BOX 615                              111 7th Avenue SE                     5825 South 14th Street, Ste. 200
STERLING VA 20167-0615                   Box 1                                 Lincoln, NE 68512-1233
                                         Cedar Rapids, IA 52401-2101


Zayo Group, LLC                          111 Seventh Avenue SE #15             1 Stop Traffic Services, LLC
1805 29th Street                         Cedar Rapids, IA 52401-2103           5636 Kendall Ct Unit A
Boulder, CO 80301-1067                                                         Arvada, CO 80002-2747


1 Stop Utility & Construction            ABB (Fastwyre)                        AG & EG, LLC
5636 Kendall Ct Unit A                   1605 Washington St                    c/o Andrew Galinsky
Arvada, CO 80002-2747                    Blair, NE 68008-1655                  3900 Vandalia Road
                                                                               Des Moines, IA 50317-1550


ARIZONA DEPARTMENT OF REVENUE            AT&T Services, Inc.                   AUS Inc
Office of the Arizona Attorney General - Attn: Contract Admin                  137 NE 48th Pl
c/o Tax, Bankruptcy and Collection Sct   14575 Presidio Square Blvd            Des Moines, IA 50313-2343
2005 N Central Ave, Suite 100            Houston, TX 77083-1586
Phoenix, AZ 85004-1546


Abram V Carls                            Acme Tools                            Adam Martin
Simmons Perrine Moyer Bergman            1943 Blairs Ferry Rd NE               1285 Hickory Ridge Dr
115 Third Street SE, Suite 1200          Cedar Rapids, IA 52402-5811           Marion, IA 52302-0059
Cedar Rapids, IA 52401-1266
```

| | | |
|---|---|---|
| Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | (p)ADVANCED TOWER SERVICES, LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 | Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 |
| Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 |
| Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 | Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 | (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 |
| American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 | Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 |
| Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 | Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 |
| Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 | B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 |
| BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 |

```
BMO Harris Bank NA                    BMO Harris Bank NA                    BTM Engineering, Inc
3925 Fountains Blvd NE                PO Box 71810                          3001 Taylor Springs Drive
Cedar Rapids, IA 52411-6619           Chicago, IL 60694-1810                Louisville, KY 40220-1586



(p)BALTIMORE COUNTY MARYLAND          Bank of America                       Bank of America, N.A.
ATTN OFFICE OF BUDGET & FINANCE       100 North Tryon Street                PO BOX 31785
400 WASHINGTON AVENUE                 Charloette, NC 28255-0001             Tampa, FL 33631-3785
RM 150
TOWSON MD 21204-4605


Bank of America, N.A.                 Bank of the West dba Ditch Witch Financial S   Barbour Building Systems, LLC
c/o SouthLaw, P.C.                    c/o Thomas H. Burke                   21421 E Truman Road
13160 Foster, Suite 100               699 Walnut St., Suite 2000            Independence, MO 64056-2673
Overland Park, KS  66213-2660         Des Moines, IA 50309-3948



Barnhart Crane                        BerganKDV                             Bid2win Software, Inc.
PO Box 2153 Dept 1906                 417 First Avenue SE                   aka B2W Software
Birmingham, AL 35287-0002             Suite 300                             99 Bow Street, Suite 500
                                      Cedar Rapids, IA 52401-1309           Portsmouth, NH 03801-3846



(p)BILL                               Blue Star Power Systems, Inc.        Bollmeier Crane & Lift
6220 America Center Dr.               2250 Carlson Drive                    508 Hickory Lane
Suite 100                             Mankato, MN 56003-2213                Marissa, IL 62257-1706
San Jose, CA 95002



Bradley & Riley PC                    Brandon Kuenzi                        Breakout Capital Finance, LLC
P.O. Box 2804                         Secretary                             c/o Weltman, Weinberg & Reis Co., LPA
Cedar Rapids, IA 52406-2804           West Pacific Drilling, Inc.           965 Keynote Circle
                                      PO Box 882                            Cleveland, OH 44131-1829
                                      Silverton, OR 97381-0882



(p)BREAKOUT CAPITAL  LLC              Breakout Capital, LLC                 Bright Lighting, Inc.
1775 TYSONS BLVD                      c/o Weltman, Weinberg & Reis Co., LPA 11111 E Pine St
FL 5                                  965 Keynote Circle                    Tulsa, OK 74116-1600
MCLEAN VA 22102-4285                  Cleveland, OH 44131-1829



Bruce Design & Construction Group, Inc.   Bulldog Pipe                      CAJ Services, LLC
3416 W 27th St.                       8991 West Business 60                 2400 Tawakoni Dr
Cedar Falls, IA 50613-4862            Mountain Grove, MO 65711-2289         Wylie, TX 75098-0797



CAT Financials                        CB Companies LLC                      CIT Sewer Solutions
Lockbox 730681                        1525 Ketelsen Dr                      530 Dubois Ave.
14800 Frye Road 2nd Floor             Hiawatha, IA 52233-2221               McCallsburg, IA  50154
Fort Worth, TX 76155-2732



Campbell Supply Co                    Candace Bruce                         Capital Installations & Services LLC
2127 N Towne Lane NE                  565 Eastview Avenue                   c/o Alejandro Avalos
Cedar Rapids, IA 52402-1913           Marion, IA 52302-5974                 1202 Evergreen Ln
                                                                            Pingree Grove, IL 60140-9100
```

| | | |
|---|---|---|
| Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 | Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 |
| Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL 61601-6199 | Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 | Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 |
| Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 |
| City of Cedar Rapids<br>Attn:  Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 | Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 |
| Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 | Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 |
| Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 | Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 |
| Commercial Group Realty<br>Attn:  Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 | Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 |
| Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Comstar Supply<br>105 Kestrel Drive<br>Collegeville, PA 19426-2061 |

```
Coopwood's Air Conditioning        Corporation Service Company        Courtney Senters
414 W. Tidwell Rd                  as Representative                  1780 Valentine Drive
Houston, TX 77091-4337             PO Box 2576                        Marion, IA 52302-8905
                                   Springfield, IL 62708-2576


Crowbar's Ltd                      Cynthia Chelf                      D & S Construction
4151 3rd Ave Ste 101               4609 Condor St                     1270 Country Club Dr
Marion, IA 52302-3957              Muscatine, IA 52761-8966           Marion, IA 52302-5504


D.R.S. Enterprises, Inc            DAVIS TOWER FOUNDATIONS, LLC       DDL Business Systems, LLC
5339 Canal Road                    7001 W MEMORY LANE                 PO Box 940
Garfield, OH 44125-4808            HULBERT, OK 74441-1904             Stephens City, VA 22655-0940


DM Concrete, LLC                   DTCenter 1, Bldg C UOA             DVA, Inc. d/b/a
2462 10th Ave                      c/o CGR Comm Mgmt, LLC             Ditch Witch of Virginia
Marion, IA 52302-2123              23465 Rock Haven Way, Ste. 205     AEGIS Law - Eric Langston
                                   Sterling, VA 20166-4429            601 S. Lindbergh Blvd.
                                                                      Frontenac, MO 63131-2733


DVA, Inc. d/b/a                    DVA, Inc. dba Ditch Witch of Virginia   DVA, Inc. dba Ditch Witch of Virginia
Ditch Witch of Virginia            11053 Washington Highway               c/o Eric J. Langston
c/o AEGIS Law- Eric Langston       Glen Allen, VA 23059-1905              601 S. Lindbergh Blvd.
601 S. Lindbergh Bldv.                                                    Frontenac, MO  63131
Frontenac, MO 63131-2733


David M. Leneghan                  Davis Tower Foundation LLC         Dawson Olson
4807 Rockside Road, Suite 240      7001 W Memory Lane                 1285 Lincoln Drive
Independence, OH 44131-2159        Hulbert, OK 74441-1904             Marion, IA 52302-2348


(p)DE LAGE LANDEN FINANCIAL        Dean A Spina                       Deere Credit Inc.
ATTN LITIGATION & RECOVERY         2007 First Avenue SE               c/o Benjamin G. Nielson
1111 OLD EAGLE SCHOOL ROAD         Cedar Rapids, IA 52402-6344        P.O. Box 2107
WAYNE PA 19087-1453                                                   Cedar Rapids, IA 52401-2107


Deere Credit, Inc.                 Delaware Withholding               (p)DELL FINANCIAL SERVICES
c/o Wesley B. Huisinga             Correspondence/Annual Forms        P O BOX 81577
235 6th St. SE                     PO Box 830                         AUSTIN TX 78708-1577
Cedar Rapids, IA  52401            Wilmington, DE 19899-0830


Dennis Bruce                       Dennis Bruce                       Departmet of Workforce Development
565 Eastview Ave.                  c/o Ronald C Martin                Unemployment Insurance Div
Marion, IA 52302-5974              PO Box 2877                        Collections-Tax
                                   Cedar Rapids, IA  52406-2877       PO Box 8914
                                                                      Madison, WI 53708-8914


Derek Neunaber                     Derik Thomas                       Des Moines Water Works
9710 York St                       207 South Jones Street             2201 George Flagg Parkway
Anamosa, IA 52205-7869             Anamosa, IA 52205-1752             Des Moines, IA 50321-1190
```

| | | |
|---|---|---|
| Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 | Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 | Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 |
| Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 |
| Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 |
| Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 | Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 |
| Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 | Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 |
| E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 | ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 |
| East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA  52402 | Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 |
| Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 | Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 |
| Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 | Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 |
| Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 | Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 |

```
Fin & Fern LLC                          (p)FIRST INSURANCE FUNDING              Five Star Communications, LLC
126 19th St SW                          450 SKOKIE BLVD SUITE 1000              725 S 33rd St
Cedar Rapids, IA  52405                 NORTHBROOK IL 60062-7917                Omaha, NE 68105-1411



Five Star Communications, LLC           Fola Technologies                       Foundation Software
c/o David J. Skalka, Esq.               2121 Swan Drive                         17800 Royalton Rd
2120 South 72nd Street, Suite 1200      Camanche, IA 52730-2009                 Strongsville, OH 44136-5149
Omaha, NE  68124



Francisco Argueta Pereira               Freddie Aviles                          Fujitsu Network Communications
8981 Bonham Cir                         6807 Kingswood Lane Northeast           2801 Telecom Parkway
Manassas, VA 20110-4294                 Cedar Rapids, IA 52402-5937             Richardson, TX 75082-3599



Fusion Telecom Services, LLC            GD Construction Inc                     GLT Transportation Group
4020 Oakmeadow Dr                       2514 Cove Hollow Ct                     10 Canal St #318
Plano, TX 75093-8538                    Rowlett, TX 75088-2436                  Miami, FL 33166-4404



Gadi Dotz (Gene Rosen's Law Firm - A Pr Galinsky Family Real Estate             Galinsky Family Real Estate, LLC
Gene Rosen's Law Firm - A Professio     3900 Vandalia Road                      c/o Andrew Galinsky
200 Garden City Plaza, Suite 405        Des Moines, IA 50317-1550               3900 Vandalia Road
Garden City, NY 11530-3338                                                      Des Moines, Iowa 50317-1550



Galloway Group                          Garcia Cable Inc                        Garrett Cowan
5840 Youngquist Rd                      8318 Morningside Dr                     52 Cowan Rd.
Ft. Meyers, FL 33912-2271               Manassas, VA 20112-3511                 Covington, PA 16917-9537



Gary Bass Construction, Inc             Genesis Utility Inc                     Genuine Cable Group
PO Box 601                              1740 Fox Downs Lane                     P.O. Box 734769
Edgewood, TX 75117-0601                 Oilville, VA 23129                      Chicago, IL 60673-4769



Gina L Kramer                           Global Rental Co. Inc.                  Global Rental Co., Inc.
210 Jones St., Suite 201                33 Inverness Center Pkwy Ste 250        1901 Sixth Ave. N., Suite 1700
Dubuque, IA 52001-7615                  Birmingham, AL 35242-7648               Birmingham, AL 35203-2629



Graybar Electric Co                     Graybar Electric Company, Inc.          Great America Financial Servic
12437 Collections Center Drive          7601 Setzler Parkway North              PO Box 660831
Chicago, IL 60693-0124                  Brooklyn Park, MN 55445-1883            Dallas, TX 75266-0831



GreatAmerica Financial Services Corp    GreatAmerica Financial Services Corporation  Green Note Capital Partners Inc.
625 First Street SE                     ATTN: Peggy Upton                       1019 Avenue P, Suite 401
Cedar Rapids, IA 52401-2032             P.O. Box 609                            Brooklyn, NY 11223-2366
                                        Cedar Rapids, IA 52406-0609
```

| | | |
|---|---|---|
| Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 | Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL  60079 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 |
| GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 | Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 | Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 |
| Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA  52406-2107 |
| Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 | Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 | Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 |
| IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS  LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 |
| Imperial Crane Services, Inc<br>7500 W Imperial Drive<br>Bridgeview, IL 60455-2395 | Intact Compagnie d'Assurance<br>2020 Blvd Robert-Bourassa suite 100<br>Montral, QC, Canada, H3A 2A5<br>att. Anais Choucino | InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Department of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 |
| (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 | Iowa Workforce Development-U/E<br>1000 E Grand Ave<br>Des Moines, IA 50319-0220 | Isotropic Network, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 |

| | | |
|---|---|---|
| Isotropic Networks, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 | JA Lee Electric Services, LLC<br>11 Melanie Lane, Suite 9<br>East Hanover, NJ 07936-1100 | JJJ Cable Communication, LLC<br>2025 Keller Springs Rd #1015<br>Carrollton, TX 75006 |
| JK Communications LLC<br>304 Cottonwood St<br>Lexington, MO 64067-1386 | Jacob Hensel<br>1130 32nd St. NE<br>Cedar Rapids, IA 52402-3515 | James River Equipment<br>9107 Owens Dr<br>Manassas Park, VA 20111-4802 |
| Jared Nelson<br>717 Wilson Ave. Drive SW<br>Cedar Rapids, IA 52404-3751 | Jarod Lee<br>207 North Marion St<br>Andrew, IA 52030 | Jason A. Gang, Attorney<br>1245 Hewlett Plaza, #478<br>Hewlett, NY 11557-4021 |
| Jeramie Ellefson<br>10245 45Th Ave, Apt 4<br>Wyoming, IA 52362-7650 | Jesus Fuentes<br>2400 Vidalia Ct<br>Waldorf, MD 20601-3780 | Jim Lieurance<br>512 Tyler Street SE, #8<br>Cascade, IA 52033-9598 |
| Jody Rae Sartin<br>U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | John Deere Construction & Forestry Co<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 | John Deere Construction & Forestry Company<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 |
| John Deere Construction & Forestry Company<br>c/o Wesley B. Huisinga<br>235 6th St SE<br>Cedar Rapids, IA 52401 | John Deere Financial<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 | John Deere Financial, f.s.b.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Jon L. Swergold<br>Greenberg Traurug, LLP<br>401 East Las Olas Blvd<br>Ste 200<br>Fort Lauderdale, FL 33301-2211 | Jones Transport, LLC<br>c/o Jennifer Houston<br>6184 Hwy 98 West<br>Suite 210<br>Hattiesburg, MS 39402 | Jose Gutierrez<br>2044 Fairfax Pike Lot 56<br>White Post, VA 22663-1868 |
| Jose Reyes<br>615 Southlia Dr. Apt H<br>Kokomo, IN 46902-3490 | Jose Rojas<br>2044 Fairfax Pike #42<br>White Post, VA 22663-1872 | Juan Lira<br>201 Hays Ave<br>Trenton, TN 38382-2130 |
| Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 | Justin Harris<br>5127 Sumerduck Rd<br>Warrenton, VA 20186 | KYF Global Partners<br>1019 Avenue P, #402<br>Brooklyn, NY 11223-2366 |
| KYF Global Partners<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 | KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 |

Kathleen Burgess
2510 Clark Ave
Marion, IA 52302-4135

Kaylee Bruce
1075 Parkview Dr.
Marion, IA 52302-2757

Kaylee Bruce
565 Eastview Ave
Marion, IA 52302-5974


Keenan Flint
304 3rd Ave
Hiawatha, IA 52233-1634

Kelly Kemmerling
654 28th St Court SE, Apt 303
Cedar Rapids, IA 52403-3003

Kenway Trucking LLC
1655 Commercial Dr
PO Box 237
Walford, IA 52351-0237


Kevin Haines
1984 Scales Bend Road NE
North Liberty, IA 52317-9332

Keystone Bank
807 Rosedale Dr
Center Point, IA 52213-9381

Keystone Savings Bank
Abram Carls
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1222


Keystone Savings Bank
c/o Abram V Carls
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401

Keystone Savings Bank
c/o Eric W. Lam
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401

Kirkwood Community College
7725 Kirkwood Blvd
Cedar Rapids, IA 52404-5231


Konica Minolta Business Solutions
c/o Lynn Fisher - Konica Minolta
101 Williams Drive
Ramsey, NJ 07446-1217

Konica Minolta Business Solutions USA
c/o US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099

Konica Minolta Premier Finance
P.O. Box 790448
St Louis, MO 63179-0448


Kramer Well Drilling LLC
W14405 Hwy 8
Weyerhaeuser, WI 54895-9631

Kyle Enterprises, LLC d/b/a Millennium
Wagner Falconer & Judd, Ltd
300 North Corporate Drive
Suite 200
Brookfield, WI 53045-5833

L & M Underground, Inc.
7529 S. Storm Mtn
Littleton, CO 80127-3807


Lamoni HCP
139 N. Linden St
Lamoni, IA 50140-1045

Lamoni Heating, Cooling, & Plumbing LLC
139 N Linden St
Lamoni, IA 50140-1045

Leonardo Meza Jr
11057 Vista Del sol Dr
El Paso, TX 79935-4311


Liberty Doors
900 West Penn Street
North Liberty, IA 52317-9524

Liberty Mutual Insurance
PO Box 91012
Chicago, IL 60680-1110

Linn County REC
5695 REC Drive
PO Box 69
Marion, IA 52302-0069


Linn County Rural Electric Cooperative Assoc
Julie Pulkrabek
Pulkrabek Law Office, PLC
4698 Fox Lane NE
Iowa City, IA 52240-7733

Liomedes Fuentes
7783 Black Horse Ct
Manassas, VA 20109-8207

Liquid Capital Exchange
5075 Yonge St. Ste 700
Toronto, Ontario CANADA
M2N 6C6


Liquid Capital Exchange, Inc
5075 Yonge St. Ste. 700
Toronto, Ontario, Canada, M2N 6C6
Att. Vlad Rojko

Liquid Capital Exchange, Inc.
c/o Kristina M. Stanger
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899

Liquid Capital Exchange, Inc.
c/o Roy L. Leaf
625 First Street SE, Suite 400
Cedar Rapids, IA  52401-2030

| | | |
|---|---|---|
| Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 | Lists Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 |
| Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 |
| Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 | Lumen<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8254 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 |
| Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn: Legal - BKY<br>Broomfield, CO 80021-8254 | Lyle Oesterborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 |
| Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 |
| Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 |
| Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 | Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 |
| Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 | McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 | McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 |

```
McGrath                          (p)MEDIACOM COMMUNICATIONS CORPORATION   Mediacom Legal Department
4610 Center Point Rd NE          ONE MEDIACOM WAY                         1 Mediacom Way
Cedar Rapids, IA 52402-2412      CHESTER NY 10918-4850                    Mediacom Park, NY 10918-4810


MidAmerica Energy Company        MidAmerican Energy Company               Midwest Wheel Companies
PO Box 8020                      PO Box 4350 Credit                       200 50th Ave SW
Davenport, IA  52808-8020        Davenport IA 52808-4350                  Cedar Rapids, IA 52404-4926


Mike Miner                       Millbrook Quarries LLC & DBA             (p)MILLBROOK WEST LLC
14407 Amber Road x44             PO Box 163                               PO BOX 163
Monticello, IA 52310-8070        Broad Run, VA 20137-0163                 BROAD RUN VA 20137-0163


Millennium                       Mobile Mini Inc                          Modular Connections, LLC
120 S. Wright St.                4646 E Van Buren St Ste 400              1090 Industrial Blvd
Delavan, WI 53115-2012           Phoenix, AZ 85008-6927                   Bessemer, AL 35022-6009


Moises Santos Yanes              NOVA RECON                               NOVEC
8436 Graves Street Apt 103       7720 Bethlehem Road                      PO Box 34795
Alexandria, VA 22309-8447        Manassas, VA 20109-2716                  Alexandria, VA 22334-0795


New Age Drilling LLC             NinjaOne                                 Northern Wisconsin Fence
3212 23rd St                     3687 Tampa Road Suite 200                W7620 Cork Rd.
Des Moines, IA 50320-2647        Oldsmar, FL 34677-6313                   Phillips, WI 54555-6366


Office of the US Trustee         Ostafi Communications Inc                Overhead Door
111 Seventh Avenue SE, Suite 2800  2121 Swan Drive                        6515 4th Street SW
Cedar Rapids, IA 52401-2103      Camanche, IA 52730-2009                  Cedar Rapids, IA 52404-4761


Ozzy Fiber Construction, Inc     PEAC Solutions                           PJI Law
14378 Sandhill Road              300 Fellowship Rd                        3900 Jermantown Rd
Louisville, NE 68037-2848        Mt. Laurel Township, NJ 08054-1201       Fairfax, VA 22030-4900


PWCSA                            Paul Garner                              Pennsylvania Department of Revenue
PO Box 2266                      1475 Drummer Hill Rd                     PO Box 280904
Woodbridge, VA 22195-2266        Front Royal, VA 22630-4355               Harrisburg, PA  17128-0904


Pinco Construction, Inc.         Plumetazz America Corp                   Poly Vinyl Roofing
21010 Southbank st. #605         225 Thrasher Pike                        785 Elbow Creek Rd
Sterling, VA 20165-7227          Soddy Daisy, TN 37379-4267               Mount Vernon, IA 52314-9732
```

| | | |
|---|---|---|
| Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 | Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 |
| Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 | Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 |
| Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 | Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 |
| RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 | ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 |
| RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309 | Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 |
| Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 | Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Reyna Paz<br>President & CEO of RP Construction,<br>LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 |
| Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 | Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 |
| Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 | Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 |
| Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 | S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 |
| Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 | Schimberg Company<br>1106 Shaver Rd NE<br>Cedar Rapids, IA 52402-4500 | Sega Ag Works Inc<br>PO Box 39<br>Cissna Park, IL 60924-0039 |

| | | |
|---|---|---|
| Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 | Sheets Sterling, Inc.<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 | Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA  50265 |
| Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 | Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 |
| Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 | Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 |
| Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite 0<br>Lawrenceville, GA 30043-5897 | South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 |
| State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 | State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 |
| Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 |
| Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 | Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN  37242-1099 |
| Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 | The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 |
| Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 | Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 |

| | | |
|---|---|---|
| (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 | Tripwireless, INC<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 | Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 |
| Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 | (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 | U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 |
| U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 |
| USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 | USTDW<br>PO Box 365<br>Walford, IA 52351-0365 | Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 |
| United Healthcare<br>Atlanta, GA 30374-0376 | United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 | United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 |
| United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 | United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 |
| UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 | Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 | Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 |
| Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 | Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 |
| Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 | Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 | WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 |
| WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 | WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 | Wagner Falconer & Judd, Ltd.<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 |

| | | |
|---|---|---|
| Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 | Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 | Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 | Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 |
| West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 | Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI  53708-8901 |
| Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 | Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 | Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 |
| Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA  50309-8007 | Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA  94104-4436 |
| Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY  10017 | Cheryl Wesler<br>PO Box 19016<br>Kalamazoo, MI 49019-0016 | Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 |
| Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 | Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 |
| Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada | | |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 | Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US |

| | | |
|---|---|---|
| GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 | John Deere Financial f s b<br>PO Box 6600<br>Johnston, IA 50131 | Sheets Sterling, Inc.<br>PO Box 615<br>Sterling, VA 20167 |
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM  87106 | Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA  52406-3060 | Altorfer Inc<br>P.O. Box 1347<br>Cedar Rapids, IA 52405 |
| Baltimore County Maryland<br>400 Washington Avenue<br>Towson, MD 21204 | Bill<br>6220 America Center Drive., Suite 100<br>San Jose, CA 95002 | Breakout Capital, LLC<br>1451 Dolley Madison Blvd<br>Suite 200<br>Mclean, VA 22101 |
| (d)Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN  37203-0001 | (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Maryland<br>Revenue of Admin Div<br>110 Carroll St<br>Annapolis, MD  21411-0001 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road, Wayne, PA 19<br>Wayne, PA 19087 | (d)Deere Credit, Inc.<br>6400 NW 86th Street<br>Johnston, IA  50131 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0001 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | (d)Green State Credit Union<br>2355 Landon Rd<br>North Liberty, IA 52317 | Herc Rentals<br>23745 Pebble Run Place<br>Sterling, VA 20166 |
| (d)Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL  34134 | Imon Communications, LLC<br>101 3rd Ave SW, Suite 400<br>Cedar Rapids, IA  52404 | Iowa Dept of Revenue<br>PO Box 10330<br>Des Moines, IA 50306-0330 |
| (d)John Deere Financial<br>6400 NW 86t St<br>Johnston, IA 50131 | Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA  52402 | (d)Mediacom Communications Corp<br>Attn Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL  32563 |
| Millbrook West LLC<br>PO Box 163<br>Broad Run, VA 20137 | (d)Sheets Sterling, inc<br>PO Box 615<br>Sterling, VA 20167 | Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 |

Case 23-00484    Doc 620    Filed 06/10/25    Entered 06/10/25 07:04:23    Desc Main
                            Document      Page 19 of 20

Treasurer of VA
P.O. Box 570
Richmond, VA 23218-0570

U.S. Attorney (SBA)
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401

U.S. Small Business Administration
Attn: Michelle Chesebro, Attorney
332 S. Michigan, Suite 600
Chicago, IL 60604

(d)US Attorney (IRS)
111 7th Avenue SE #1
Cedar Rapids, IA 52401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)BMO Bank N.A., f/k/a Bank of the West, d/b

(u)Breakout Capital Finance, LLC

(u)Deere Credit Inc.

(u)Five Star Communications, LLC

(u)Herc Rentals, Inc.

(u)Hiawatha Properties LLC

(u)Isotropic Network, Inc.

(u)John Deere Construction & Forestry Company

(u)Liquid Capital Exchange, Inc.

(u)Manchester Leasing Services, Inc.

(u)Official Committee of Unsecured Creditors

(u)Smith, Gambrell & Russell, LLP

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Complete Design Solutions, LLC
3620 Developers Rd.
Indianapolis, IN 46227-3520

(u)Daniel R. Schmoldt Enterprises Inc.
4807 Rockside Road, Suite 240
,

(d)East Central Iowa Council of Governments
700 16th Street NE
Suite 301
Cedar Rapids, IA 52402-4665

(d)Edge Consulting Engineers, Inc.
624 Water Street
Prairie Du Sac, WI 53578-1027

(d)Farmers & Merchants Savings Bank
200 First Street SW
Cedar Rapids, IA 52404-5735

(d)Green Note Capital Partners SPV LLC
1019 Avenue P Suite 401
Brooklyn, NY 11223-2366

(d)Guy M. Turner, Inc.
PO Box 7776
Greensboro, NC 27417-0776

| | | |
|---|---|---|
| (d)HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | (d)ImOn Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | (d)Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 |
| (d)L&M Underground Inc<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | (d)Quality Power Solutions, LLC<br>5718 Manufacturers Drive<br>Madison, WI 53704-6276 | (d)RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (d)Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512 | (d)West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | (d)Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| (u)Dennis Bruce | (d)Reyna Paz<br>President & CEO of RP Construction,<br>LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | End of Label Matrix<br>Mailable recipients 471<br>Bypassed recipients 32<br>Total 503 |