IA-18.5
(06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|    BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | ORDER APPROVING MOTION |
| | ) | FOR COMPROMISE OR |
|    Debtor(s). | ) | SETTLEMENT OF CONTROVERSY |
| | ) | WITH LISTO SERVICES, LLC |

     This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy filed May 16, 2025 (Docket 603). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on May 16, 2025, that the last date for filing objections thereto was June 06, 2025. The bardate has passed with no objections.

     IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED; the trustee is authorized to do whatever is necessary to consummate the settlement.

     IT IS FURTHER ORDERED that the settlement proceeds will be held by the trustee, pending resolution of the pending appeal in the Federal District Court, NDIA.

DATED AND ENTERED:   June 10, 2025

                                                UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee