United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                    Case No. 23-00484-TJC

BDC Group, Inc.                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1                              User: admin                                           Page 1 of 4

Date Rcvd: Jun 10, 2025                       Form ID: pdf902                                  Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol       Definition**

+++             Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |
| | | New Age Drilling LLC, 3212 23rd St, Des Moines, IA 50320-2647 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Jun 10 2025 20:34:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Abram V. Carls | on behalf of Plaintiff Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Anna M Hardin Staveley | on behalf of Plaintiff Keystone Savings Bank ahardin@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com |

District/off: 0862-1                                    User: admin                                         Page 2 of 4

Date Rcvd: Jun 10, 2025                          Form ID: pdf902                                      Total Noticed: 3

                                       austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

        on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com
austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

        on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

        on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson

        on behalf of Creditor Herc Rentals  Inc. bnielson@pughhagan.com, khemann@pughhagan.com

Benjamin Gregory Nielson

        on behalf of Creditor Deere Credit Inc. bnielson@pughhagan.com  khemann@pughhagan.com

Benjamin Gregory Nielson

        on behalf of Creditor John Deere Financial f.s.b. bnielson@pughhagan.com  khemann@pughhagan.com

Benjamin Gregory Nielson

        on behalf of Creditor John Deere Construction & Forestry Company bnielson@pughhagan.com  khemann@pughhagan.com

Brian S. Koerwitz

        on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones

        on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison

        on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers

        on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  beth@shuttleworthlaw.com

David Skalka

        on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally

        on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Elizabeth Lally

        on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Elizabeth L. Janczak

        on behalf of Attorney Smith  Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak

        on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@sgrlaw.com

Emily X. Douglas Moore

        on behalf of Creditor Sheets Sterling  Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore

        on behalf of Defendant Sheets Sterling  Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com

Eric J. Langston

        on behalf of Creditor DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam

        on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Evan Lincoln Moscov

        on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov

        on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner

        on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jason Rosell

        on behalf of Creditor Zayo Group  LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz

        on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey Douglas Goetz

        on behalf of Creditor RP Construction  LLC jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

District/off: 0862-1                          User: admin                                  Page 3 of 4

Date Rcvd: Jun 10, 2025                       Form ID: pdf902                              Total Noticed: 3

Jeffrey Douglas Goetz
                    on behalf of Creditor Zayo Group  LLC jgoetz@dickinsonbradshaw.com,
                    bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com,nvalley@dickinsonbradshaw.com

Jeffrey P. Taylor
                    on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

John Michael Weston
                    on behalf of Defendant Liberty Mutual Insurance Company msmejkal@lwclawyers.com

Jordan A Kroop
                    on behalf of Creditor Zayo Group  LLC jkroop@pszjlaw.com

Joseph A. Peiffer
                    on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com,
                    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
                    on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
                    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kristina M. Stanger
                    on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

L. Ashley Wieck
                    on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov

Mark A Ludolph
                    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
                    on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
                    usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Renee K. Hanrahan
                    rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com

Ronald C. Martin
                    on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com
                    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

Ronald C. Martin
                    on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
                    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

Roy Ryan Leaf
                    on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com,
                    sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.c
                    om

Rush M. Shortley
                    on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Rush M. Shortley
                    on behalf of Creditor Marcelino Avalos rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink
                    on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com

Stephanie L. Hinz
                    on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com,
                    dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
                    on behalf of Defendant Breakout Capital Finance  LLC shinz@pbalawfirm.com,
                    dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
                    on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson
                    on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
                    on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
                    on behalf of Creditor Zayo Group  LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tonita M Helton

District/off: 0862-1        User: admin        Page 4 of 4

Date Rcvd: Jun 10, 2025        Form ID: pdf902        Total Noticed: 3

            on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee

            USTPRegion12.CR.ECF@usdoj.gov

Wendee Noel Elliott-Clement

            on behalf of Creditor BANK OF AMERICA  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga

            on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga

            on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com

Wesley B. Huisinga

            on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  patti@shuttleworthlaw.com


TOTAL: 60

IA-18.5
(06/98)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | ORDER APPROVING MOTION |
| | ) | FOR COMPROMISE OR |
| Debtor(s). | ) | SETTLEMENT OF CONTROVERSY |
| | ) | WITH NEW AGE DRILLING, LLC |
| | ) | |

This matter comes before the Court upon the Trustee's Notice of and Motion for
Compromise or Settlement of Controversy filed May 16, 2025 (Docket 604). Upon review of the
file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-
interest as required by the Bankruptcy Code and Rules on May 16, 2025, that the last date for filing
objections thereto was June 06, 2025. The bardate has passed with no objections.

IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is
approved; the Motion is GRANTED; the trustee is authorized to do whatever is necessary to
consummate the settlement.

IT IS FURTHER ORDERED that the settlement proceeds will be held by the trustee,
pending resolution of the pending appeal in the Federal District Court, NDIA.

DATED AND ENTERED: ___June 10, 2025___

_____
UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee