UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.,<br><br>      Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

### ORDER RE: MOTIONS TO WITHDRAW AS ATTORNEY

The matters before the Court are Motions to Withdraw as Attorney filed by Deere Credit Inc. (Doc. 472), John Deere Construction & Forestry Company (Doc. 473), and John Deere Financial f.s.b. (Doc. 474) on April 9, 2024. For good cause shown,

**IT IS ORDERED** that the Motions to Withdraw as Attorney are GRANTED.

Ordered:

June 26, 2025

Thad J. Collins
Chief Bankruptcy Judge