AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| Keystone Savings Bank | ) | |
| *Appellant* | ) | |
| v. | ) | Civil Action No.  1:24-cv-104-LTS-MAR |
| Renee Hanrahan | ) | |
| *Appellee* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   KSB's appeal of the Bankruptcy Court's September 10, 2024, decision to deny the motion to recognize lien and motion for summary judgment is denied and the Bankruptcy Court's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Leonard T. Strand   on bankruptcy appeal.

Date:  July 17, 2025                                         CLERK OF COURT

                                                             *Signature of Clerk or Deputy Clerk*