| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 23-00484<br>Northern District of Iowa<br>Cedar Rapids<br>Mon Jul 28 08:27:50 CDT 2025 | 1 Stop Traffic Services, LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 |
| ABB (Fastwyre)<br>1605 Washington St<br>Blair, NE 68008-1655 | AG & EG, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 |
| AT&T Services, Inc.<br>Attn: Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 | AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 | Abram V Carls<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 |
| Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 | Adam Martin<br>1285 Hickory Ridge Dr<br>Marion, IA 52302-0059 | Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 |
| (p)ADVANCED TOWER SERVICES  LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 | Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 | Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 |
| (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA  52410-1425 | Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 |
| Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 | Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 380902<br>Bloomington, MN  55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 |

| | | |
|---|---|---|
| Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ  85038-9086 |
| Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 | Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 |
| Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 | B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 | BDC Group, Inc.<br>c/o Dennis C. Bruce<br>565 Eastview Ave.<br>Marion, IA 52302 |
| BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA  50309 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 |
| BMO Harris Bank NA<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | BMO Harris Bank NA<br>PO Box 71810<br>Chicago, IL 60694-1810 | BTM Engineering, Inc<br>3001 Taylor Springs Drive<br>Louisville, KY 40220-1586 |
| (p)BALTIMORE COUNTY MARYLAND<br>ATTN OFFICE OF BUDGET & FINANCE<br>400 WASHINGTON AVENUE<br>RM 150<br>TOWSON MD 21204-4605 | Bank of America<br>100 North Tryon Street<br>Charloette, NC 28255-0001 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS  66213-2660 | Bank of the West dba Ditch Witch Financial S<br>c/o Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Barbour Building Systems, LLC<br>21421 E Truman Road<br>Independence, MO 64056-2673 |
| Barnhart Crane<br>PO Box 2153 Dept 1906<br>Birmingham, AL 35287-0002 | BerganKDV<br>Creative Planning Tax, LLC<br>417 1st Ave. SE, Suite 300<br>Cedar Rapids, IA 52401-1309 | BerganKDV<br>417 First Avenue SE<br>Suite 300<br>Cedar Rapids, IA 52401-1309 |
| Bid2win Software, Inc.<br>aka B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801-3846 | (p)BILL<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003-2213 |

| | | |
|---|---|---|
| Bollmeier Crane & Lift<br>508 Hickory Lane<br>Marissa, IL 62257-1706 | Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 | Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| Breakout Capital Finance, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | (p)BREAKOUT CAPITAL LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 | Breakout Capital, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Bright Lighting, Inc.<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613-4862 | Bulldog Pipe<br>8991 West Business 60<br>Mountain Grove, MO 65711-2289 |
| CAJ Services, LLC<br>2400 Tawakoni Dr<br>Wylie, TX 75098-0797 | CAT Financials<br>Lockbox 730681<br>14800 Frye Road 2nd Floor<br>Fort Worth, TX 76155-2732 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 |
| CIT Sewer Solutions<br>530 Dubois Ave.<br>McCallsburg, IA 50154 | Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace Bruce<br>565 Eastview Avenue<br>Marion, IA 52302-5974 |
| Capital Installations & Services LLC<br>c/o Alejandro Avalos<br>1202 Evergreen Ln<br>Pingree Grove, IL 60140-9100 | Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Abram V. Carls<br>Simmons Perrine Moyer Bergman PLC<br>115 Third Street SE<br>Suite 1200<br>Cedar Rapids, IA 52401-1222 |
| Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 | Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 | Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL 61601-6199 | Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 | Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 |

| | | |
|---|---|---|
| Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Don Childers<br>Shuttleworth & Ingersoll, P.L.C.<br>235 6th Street SE<br>Cedar Rapids, IA 52401-1625 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 |
| Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 | City of Cedar Rapids<br>Attn: Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 |
| Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 | Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 |
| Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 | Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 |
| Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | Commercial Group Realty<br>Attn: Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 |
| Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 | Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Comstar Supply<br>105 Kestrel Drive<br>Collegeville, PA 19426-2061 | Coopwood's Air Conditioning<br>414 W. Tidwell Rd<br>Houston, TX 77091-4337 |
| Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708-2576 | Courtney Senters<br>1780 Valentine Drive<br>Marion, IA 52302-8905 | Crowbar's Ltd<br>4151 3rd Ave Ste 101<br>Marion, IA 52302-3957 |
| Cynthia Chelf<br>4609 Condor St<br>Muscatine, IA 52761-8966 | D & S Construction<br>1270 Country Club Dr<br>Marion, IA 52302-5504 | D.R.S. Enterprises, Inc<br>5339 Canal Road<br>Garfield, OH 44125-4808 |
| DAVIS TOWER FOUNDATIONS, LLC<br>7001 W MEMORY LANE<br>HULBERT, OK 74441-1904 | DDL Business Systems, LLC<br>PO Box 940<br>Stephens City, VA 22655-0940 | DM Concrete, LLC<br>2462 10th Ave<br>Marion, IA 52302-2123 |

| | | |
|---|---|---|
| DTCenter 1, Bldg C UOA<br>c/o CGR Comm Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166-4429 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>AEGIS Law - Eric Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131-2733 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>c/o AEGIS Law- Eric Langston<br>601 S. Lindbergh Bldv.<br>Frontenac, MO 63131-2733 |
| DVA, Inc. d/b/a Ditch Witch of Virginia<br>DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>11053 Washington Highway<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>c/o Eric J. Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131 |
| David M. Leneghan<br>4807 Rockside Road, Suite 240<br>Independence, OH 44131-2159 | Davis Tower Foundation LLC<br>7001 W Memory Lane<br>Hulbert, OK 74441-1904 | Claire Davison<br>DOJ-Ust<br>210 Walnut Street<br>Room 793<br>Des Moines, IA 50309-2106 |
| Dawson Olson<br>1285 Lincoln Drive<br>Marion, IA 52302-2348 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Shelly A. DeRousse<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6683 |
| Dean A Spina<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | Deere Credit Inc.<br>c/o Benjamin G. Nielson<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Deere Credit, Inc.<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA  52401 | Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dennis Bruce<br>565 Eastview Ave.<br>Marion, IA 52302-5974 | Dennis Bruce<br>c/o Ronald C Martin<br>PO Box 2877<br>Cedar Rapids, IA  52406-2877 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Departmet of Workforce Development<br>Unemployment Insurance Div<br>Collections-Tax<br>PO Box 8914<br>Madison, WI 53708-8914 | Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 | Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 |
| Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 | Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 | Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 |
| Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 | Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 |

| | | |
|---|---|---|
| Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 | Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 |
| Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 | Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 | Emily X. Douglas Moore<br>Mallory Law<br>12012 Ridgemont Drive<br>Urbandale, IA 50323-2317 |
| Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>700 16th ST NE STE 301<br>Cedar Rapids, IA 52402-4665 |
| East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA 52402 | Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 |
| Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 | Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Wendee Noel Elliott-Clement<br>Southlaw, P.C.<br>13160 Foster Street<br>Suite 100<br>Overland Park, KS 66213-2848 |
| Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 |
| Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 | Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 | Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 |
| Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA 52405 | Scott D. Fink<br>Weltman, Weinberg & Reis Co. LPA<br>5990 West Creek Rd<br>Suite 200<br>Independence, OH 44131-2191 |

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

Five Star Communications, LLC
725 S 33rd St
Omaha, NE 68105-1411

Five Star Communications, LLC
c/o David J. Skalka, Esq.
2120 South 72nd Street, Suite 1200
Omaha, NE  68124


Fola Technologies
2121 Swan Drive
Camanche, IA 52730-2009

Foundation Software
17800 Royalton Rd
Strongsville, OH 44136-5149

Francisco Argueta Pereira
8981 Bonham Cir
Manassas, VA 20110-4294


Freddie Aviles
6807 Kingswood Lane Northeast
Cedar Rapids, IA 52402-5937

Fujitsu Network Communications
2801 Telecom Parkway
Richardson, TX 75082-3599

Fusion Telecom Services, LLC
4020 Oakmeadow Dr
Plano, TX 75093-8538


GD Construction Inc
2514 Cove Hollow Ct
Rowlett, TX 75088-2436

GLT Transportation Group
10 Canal St #318
Miami, FL 33166-4404

Gadi Dotz (Gene Rosen's Law Firm - A Pr
Gene Rosen's Law Firm - A Professional C
200 Garden City Plaza, Suite 405
Garden City, NY 11530-3338


Galinsky Family Real Estate
3900 Vandalia Road
Des Moines, IA 50317-1550

Galinsky Family Real Estate, LLC
c/o Andrew Galinsky
3900 Vandalia Road
Des Moines, Iowa 50317-1550

Galloway Group
5840 Youngquist Rd
Ft. Meyers, FL 33912-2271


Garcia Cable Inc
8318 Morningside Dr
Manassas, VA 20112-3511

Garrett Cowan
52 Cowan Rd.
Covington, PA 16917-9537

Gary Bass Construction, Inc
PO Box 601
Edgewood, TX 75117-0601


Genesis Utility Inc
1740 Fox Downs Lane
Oilville, VA 23129

Genuine Cable Group
P.O. Box 734769
Chicago, IL 60673-4769

Terry Gibson
Wandro & Associates
2015 Grand Avenue
Suite 102
Des Moines, IA 50312-4902


Gina L Kramer
210 Jones St., Suite 201
Dubuque, IA 52001-7615

Global Rental Co. Inc.
33 Inverness Center Pkwy Ste 250
Birmingham, AL 35242-7648

Global Rental Co., Inc.
1901 Sixth Ave. N., Suite 1700
Birmingham, AL 35203-2629


Jeffrey Douglas Goetz
Dickinson, Bradshaw, Fowler & Hagen, P.C
801 Grand Avenue
Suite 3700
Des Moines, IA 50309-8004

Graybar Electric Co
12437 Collections Center Drive
Chicago, IL 60693-0124

Graybar Electric Company, Inc.
7601 Setzler Parkway North
Brooklyn Park, MN 55445-1883


Great America Financial Servic
PO Box 660831
Dallas, TX 75266-0831

GreatAmerica Financial Services Corp
625 First Street SE
Cedar Rapids, IA 52401-2032

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
P.O. Box 609
Cedar Rapids, IA 52406-0609

| | | |
|---|---|---|
| Green Note Capital Partners Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 |
| Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 |
| GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 | HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 |
| Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 |
| Tonita M Helton<br>Helton Law Office<br>501 N. Church Street<br>Leon, IA 50144-1301 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 |
| Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 | Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 | Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Stephanie L. Hinz<br>Pickens, Barnes & Abernathy<br>Tenth Floor American Building<br>P.O. Box 74170<br>Cedar Rapids, IA 52407-4170 |
| Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Wesley B. Huisinga<br>Shuttleworth & Ingersoll, P.L.C.<br>235 6th Street SE<br>Cedar Rapids, IA 52401-1625 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 |
| IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 |

Imperial Crane Services, Inc
7500 W Imperial Drive
Bridgeview, IL 60455-2395

Intact Compagnie d'Assurance
2020 Blvd Robert-Bourassa suite 100
Montral, QC, Canada, H3A 2A5
att. Anais Choucino

InteliPort Inc
103 N Church St
Hertford, NC 27944-1103

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319-0109

Iowa Department of Transportation
PO Box 10382
Des Moines, IA 50306-0382

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

Iowa Workforce Development-U/E
1000 E Grand Ave
Des Moines, IA 50319-0220

Isotropic Network, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA  50312

Isotropic Networks, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite B
Des Moines, IA 50312-4901

JA Lee Electric Services, LLC
11 Melanie Lane, Suite 9
East Hanover, NJ 07936-1100

JJJ Cable Communication, LLC
2025 Keller Springs Rd #1015
Carrollton, TX 75006

JK Communications LLC
304 Cottonwood St
Lexington, MO 64067-1386

Jacob Hensel
1130 32nd St. NE
Cedar Rapids, IA 52402-3515

James River Equipment
9107 Owens Dr
Manassas Park, VA 20111-4802

Elizabeth L. Janczak
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683

Jared Nelson
717 Wilson Ave. Drive SW
Cedar Rapids, IA 52404-3751

Jarod Lee
207 North Marion St
Andrew, IA 52030

Jason A. Gang, Attorney
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021

Jeramie Ellefson
10245 45Th Ave, Apt 4
Wyoming, IA 52362-7650

Jesus Fuentes
2400 Vidalia Ct
Waldorf, MD 20601-3780

Jim Lieurance
512 Tyler Street SE, #8
Cascade, IA 52033-9598

Jody Rae Sartin
U.S. Small Business Administration
210 Walnut Street, Suite 749
Des Moines, IA 50309-2186

John Deere Construction & Forestry Co
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

John Deere Construction & Forestry Company
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA  52401-2107

John Deere Construction & Forestry Company
c/o Wesley B. Huisinga
235 6th St SE
Cedar Rapids, IA  52401

John Deere Financial
c/o Wesley B. Huisinga
235 6th St. SE
Cedar Rapids, IA 52401

John Deere Financial, f.s.b.
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA  52401-2107

Jon L. Swergold
Greenberg Traurug, LLP
401 East Las Olas Blvd
Ste 200
Fort Lauderdale, FL 33301-2211

Camber Jones
Spencer Fane
2144 E. Republic Road
Suite B300
Springfield, MO 65804-4880

| | | |
|---|---|---|
| Jones Transport, LLC<br>c/o Jennifer Houston<br>6184 Hwy 98 West<br>Suite 210<br>Hattiesburg, MS 39402 | Jose Gutierrez<br>2044 Fairfax Pike Lot 56<br>White Post, VA 22663-1868 | Jose Reyes<br>615 Southlia Dr. Apt H<br>Kokomo, IN 46902-3490 |
| Jose Rojas<br>2044 Fairfax Pike #42<br>White Post, VA 22663-1872 | Juan Lira<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Justin Harris<br>5127 Sumerduck Rd<br>Warrenton, VA 20186 | KYF Global Partners<br>1019 Avenue P, #402<br>Brooklyn, NY 11223-2366 | KYF Global Partners<br>Gene Rosen's Law Firm - A Professional C<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |
| KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 | Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 |
| Kaylee Bruce<br>1075 Parkview Dr.<br>Marion, IA 52302-2757 | Kaylee Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 |
| Kelly Kemmerling<br>654 28th St Court SE, Apt 303<br>Cedar Rapids, IA 52403-3003 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada | Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 |
| Kevin Haines<br>1984 Scales Bend Road NE<br>North Liberty, IA 52317-9332 | Keystone Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 | Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 |
| Keystone Savings Bank<br>Abram Carls<br>115 3rd Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Keystone Savings Bank<br>c/o Abram V Carls<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA  52401 | Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA  52401 |
| Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 | Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 S. 14th Street<br>Suite 200<br>Lincoln, NE 68512-1233 | Konica Minolta Business Solutions<br>c/o Lynn Fisher - Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446-1217 |
| Konica Minolta Business Solutions USA<br>c/o US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>P.O. Box 790448<br>St Louis, MO 63179-0448 | Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 |

| | | |
|---|---|---|
| Jordan A Kroop<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway<br>Ste 36th Floor<br>New York, NY 10019-5975 | Kyle Enterprises, LLC d/b/a Millennium<br>Wagner Falconer & Judd, Ltd<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | L & M Underground, Inc.<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 |
| Elizabeth Lally<br>Lally Legal Group, LLC<br>12020 Shamrock Plaza<br>Suite 200<br>Omaha, NE 68154-3537 | Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 | Lamoni HCP<br>139 N. Linden St<br>Lamoni, IA 50140-1045 |
| Lamoni Heating, Cooling, & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | (p)AEGIS LAW<br>601 S LINDBERGH BLVD<br>FRONTENAC MO 63131-2733 | Roy Ryan Leaf<br>Nyemaster Goode, P.C.<br>625 1st Street SE, Ste. 400<br>Cedar Rapids, IA 52401-2032 |
| Leonardo Meza Jr<br>11057 Vista Del sol Dr<br>El Paso, TX 79935-4311 | Liberty Doors<br>900 West Penn Street<br>North Liberty, IA 52317-9524 | Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 |
| Timothy N. Lillwitz<br>Dickinson, Bradshaw, Fowler & Hagen, P.<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309-8004 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County Rural Electric Cooperative Assoc<br>Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Liomedes Fuentes<br>7783 Black Horse Ct<br>Manassas, VA 20109-8207 | Liquid Capital Exchange<br>5075 Yonge St. Ste 700<br>Toronto, Ontario CANADA<br>M2N 6C6 | Liquid Capital Exchange, Inc<br>5075 Yonge St. Ste. 700<br>Toronto, Ontario, Canada, M2N 6C6<br>Att. Vlad Rojko |
| Liquid Capital Exchange, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | Liquid Capital Exchange, Inc.<br>c/o Roy L. Leaf<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |
| Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 | Mark A Ludolph<br>Heyl, Royster, Voelker & Allen<br>300 Hamilton Boulevard<br>P.O. Box 6199<br>Peoria, IL 61601-6199 |
| Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 | (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 |

| | | |
|---|---|---|
| Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn: Legal - BKY<br>Broomfield, CO 80021-8254 | Lyle Oestenborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 |
| Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 |
| Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 |
| Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 | Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 |
| Ronald C. Martin<br>Day Rettig Martin, P.C.<br>383 Collins Rd. NE, Ste. 207<br>Cedar Rapids, IA 52402-3147 | Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 | McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 |
| McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 | McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 | Martin McLaughlin<br>United States Attorney's Office<br>111 7th Ave SE<br>Cedar Rapids, IA 52401-2103 |
| (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | Mediacom Legal Department<br>1 Mediacom Way<br>Mediacom Park, NY 10918-4810 | MidAmerica Energy Company<br>PO Box 8020<br>Davenport, IA  52808-8020 |
| MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport IA 52808-4350 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 | Mike Miner<br>14407 Amber Road x44<br>Monticello, IA 52310-8070 |

| | | |
|---|---|---|
| Millbrook Quarries LLC & DBA<br>PO Box 163<br>Broad Run, VA 20137-0163 | (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 | Millennium<br>120 S. Wright St.<br>Delavan, WI 53115-2012 |
| Mobile Mini Inc<br>4646 E Van Buren St Ste 400<br>Phoenix, AZ 85008-6927 | Modular Connections, LLC<br>1090 Industrial Blvd<br>Bessemer, AL 35022-6009 | Moises Santos Yanes<br>8436 Graves Street Apt 103<br>Alexandria, VA 22309-8447 |
| Evan Lincoln Moscov<br>Law Office of Evan L. Moscov<br>P.O. Box 8305<br>Waukegan, IL 60079-8305 | NOVA RECON<br>7720 Bethlehem Road<br>Manassas, VA 20109-2716 | NOVEC<br>PO Box 34795<br>Alexandria, VA 22334-0795 |
| New Age Drilling LLC<br>3212 23rd St<br>Des Moines, IA 50320-2647 | Benjamin Gregory Nielson<br>Pugh Hagen Prahm, P.L.C.<br>425 E. Oakdale Blvd<br>Suite 201<br>Coralville, IA 52241-3404 | NinjaOne<br>3687 Tampa Road Suite 200<br>Oldsmar, FL 34677-6313 |
| Northern Wisconsin Fence<br>W7620 Cork Rd.<br>Phillips, WI 54555-6366 | Office of the US Trustee<br>111 Seventh Avenue SE, Suite 2800<br>Cedar Rapids, IA 52401-2103 | Ostafi Communications Inc<br>2121 Swan Drive<br>Camanche, IA 52730-2009 |
| Overhead Door<br>6515 4th Street SW<br>Cedar Rapids, IA 52404-4761 | Ozzy Fiber Construction, Inc<br>14378 Sandhill Road<br>Louisville, NE 68037-2848 | PEAC Solutions<br>300 Fellowship Rd<br>Mt. Laurel Township, NJ 08054-1201 |
| PJI Law<br>3900 Jermantown Rd<br>Fairfax, VA 22030-4900 | PWCSA<br>PO Box 2266<br>Woodbridge, VA 22195-2266 | Paul Garner<br>1475 Drummer Hill Rd<br>Front Royal, VA 22630-4355 |
| Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | Austin Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | Pennsylvania Department of Revenue<br>PO Box 280904<br>Harrisburg, PA 17128-0904 |
| Pinco Construction, Inc.<br>21010 Southbank st. #605<br>Sterling, VA 20165-7227 | Plumetazz America Corp<br>225 Thrasher Pike<br>Soddy Daisy, TN 37379-4267 | Poly Vinyl Roofing<br>785 Elbow Creek Rd<br>Mount Vernon, IA 52314-9732 |
| Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 | Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 |

Price Builders LLC
12185 Fredrick
Pampa, TX 79065-1513

Price Builders LLC
Peter J. Chalik
699 Walnut St., Suite 2000
Des Moines, IA 50309-3948

Priceless Landscape
7015 Lancaster Thornville Rd NE
Pleasantville, OH 43148-9738

Primus Electronics
8101 Solutions Center
Chicago, IL 60677-8001

Pro Tech Electric Services Inc
8615 Whitmore Cir
Ste 108
Omaha, NE 68122-1844

Quality Power Solutions LLC
5718 Manufacturers Dr.
Madison, WI 53704-6276

RCR Telecom, LLC
2425 W. Parker Rd, Bldg 6C
Carrollton, TX 75010-4725

ROC Communications LLC
13908 Lake Drive NE
Columbus, MN 55025-8609

RP Construction
24008 Bishop Meade Place
Ashburn, VA 20148-1712

RP Construction, LLC
24008 Bishop Meade Pl
Ashburn, VA 20148-1712

RP Construction, LLC
c/o Jeffrey D. Goetz, Esq.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309

Karmen Denea Randall
2066 River Ridge Terrace
Apt 202
Asburn, VA 20147

Janet G. Reasoner
U.S. Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401-2103

Rebecca Strike
6906 Brookhaven Dr NW
Cedar Rapids, IA 52405-3178

Resurface Inc.
7679 Limestone Dr
Gainesville, VA 20155-4041

Rexco Equipment inc.
5900 SW 56th St
Des Moines, IA 50321-9621

Reyes Underground Utilities
1899 County Road 1126
Cumby, TX 75433-5149

Rice Tire
13032 Balls Ford Rd
Manassas, VA 20109-2410

Rob Brown
4907 Harvest Court SW
Cedar Rapids, IA 52404-7411

Romero Construction, LLC
4212 Airline Pkwy
Chantilly, VA 20151-3965

Jason Rosell
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4448

Ross Michaelis
121 S Garnavillo St
Anamosa, IA 52205-1975

Roy R. Leaf
Nyemaster Goode, P.C.
625 1st St SE
Ste 400
Cedar Rapids, IA 52401-2032

Rush M. Shortley
1921 51st ST NE
Cedar Rapids, IA 52402-2400

Ryan Pedersen
814 F Ave
Cedar Rapids, IA 52405-2721

S&S Fiberoptics Corp
14135 Dan Park Loop
Fort Myers, FL 33912-6853

SIA Underground Inc
324 Preston Dr
Warrenton, VA 20186-2673

Scherr Contracting LLC
5015 SW 8th St
Des Moines, IA 50315-4614

Schimberg Company
1106 Shaver Rd NE
Cedar Rapids, IA 52402-4500

Sega Ag Works Inc
PO Box 39
Cissna Park, IL 60924-0039

| | | |
|---|---|---|
| Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 | (p)SHEETS STERLING INC<br>ATTN KIMBERLY BOWSER<br>P O BOX 615<br>STERLING VA 20167-0615 | Sheets Sterling, Inc.<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 |
| Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA  50265 | Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 | David Skalka<br>Croker, Huck, Kasher, DeWitt, Anderson &<br>2120 S 72nd Street<br>Suite 1200<br>Omaha, NE 68124-2366 |
| Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 | Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 |
| Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 | Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite 0<br>Lawrenceville, GA 30043-5897 |
| South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | Kristina M. Stanger<br>Nyemaster Goode, P.C.<br>700 Walnut Street<br>Suite 1300<br>Des Moines, IA 50309-3818 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 |
| State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 | State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 |
| Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 |
| Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 | Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 |
| Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN  37242-1099 | Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 | The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 |

| | | |
|---|---|---|
| Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 | Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 | Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 |
| Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 | Tripwireless, INC.<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 |
| Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 | (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 |
| U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 | USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 | USTDW<br>PO Box 365<br>Walford, IA 52351-0365 |
| Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 | United Healthcare<br>Atlanta, GA  30374-0376 | United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 |
| United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>Office of the United States Trustee<br>210 Walnut Street, Suite 793<br>Des Moines, IA 50309-2106 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 |
| United States of America (SBA)<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401-2101 | United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 | UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 |
| Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 | Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 | Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |
| Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 | Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 |

| | | |
|---|---|---|
| Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 | WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 | WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 |
| WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 | Wagner Falconer & Judd, Ltd.<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 |
| Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 | Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 | Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 |
| Cheryl Wesler<br>PO Box 19016<br>Kalamazoo, MI 49019-0016 | West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 |
| L. Ashley Wieck<br>U.S. Trustee<br>Federal Building<br>210 Walnut Street, Rm 793<br>Des Moines, IA 50309-2106 | Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI  53708-8901 | Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 |
| Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 | Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 | Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 |
| Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA  50309-8007 | Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1067 | Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA  94104-4436 |
| Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY  10017 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM  87106 | Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 |
| Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA  52406-3060 | Altorfer Inc<br>P.O. Box 1347<br>Cedar Rapids, IA 52405 | Baltimore County Maryland<br>400 Washington Avenue<br>Towson, MD 21204 |
| Bill<br>6220 America Center Drive., Suite 100<br>San Jose, CA 95002 | Breakout Capital, LLC<br>1451 Dolley Madison Blvd<br>Suite 200<br>Mclean, VA 22101 | Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN  37203-0001 |
| (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US | (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Maryland<br>Revenue of Admin Div<br>110 Carroll St<br>Annapolis, MD  21411-0001 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road, Wayne, PA 19<br>Wayne, PA 19087 | Deere Credit, Inc.<br>6400 NW 86th Street<br>Johnston, IA  50131 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0001 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | Green State Credit Union<br>2355 Landon Rd<br>North Liberty, IA 52317 | (d)GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 |
| Herc Rentals<br>23745 Pebble Run Place<br>Sterling, VA 20166 | (d)Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL  34134 | Imon Communications, LLC<br>101 3rd Ave SW, Suite 400<br>Cedar Rapids, IA  52404 |
| Iowa Dept of Revenue<br>PO Box 10330<br>Des Moines, IA 50306-0330 | (d)John Deere Financial<br>6400 NW 86t St<br>Johnston, IA 50131 | (d)John Deere Financial f.s.b.<br>PO Box 6600<br>Johnston, IA 50131 |
| Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 | Lumen<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8254 | Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA  52402 |

| | | |
|---|---|---|
| (d)Mediacom Communications Corp<br>Attn  Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL  32563 | Millbrook West LLC<br>PO Box 163<br>Broad Run, VA 20137 | (d)Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| Sheets Sterling, Inc.<br>PO Box 615<br>Sterling, VA 20167 | (d)Sheets Sterling, inc<br>PO Box 615<br>Sterling, VA 20167 | Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 |
| Treasurer of VA<br>P.O. Box 570<br>Richmond, VA 23218-0570 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 |
| (d)US Attorney (IRS)<br>111 7th Avenue SE #1<br>Cedar Rapids, IA 52401 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)BANK OF AMERICA, N.A. |
| (u)BMO Bank N.A., f/k/a Bank of the West, d/b | (u)Breakout Capital Finance, LLC | (u)Dennis Bruce |
| (d)Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | (u)Daniel R. Schmoldt Enterprises Inc.<br>4807 Rockside Road, Suite 240<br>, | (u)Deere Credit Inc. |
| (d)East Central Iowa Council of Governments<br>700 16th Street NE<br>Suite 301<br>Cedar Rapids, IA 52402-4665 | (d)Edge Consulting Engineers, Inc.<br>624 Water Street<br>Prairie Du Sac, WI 53578-1027 | (d)Farmers & Merchants Savings Bank<br>200 First Street SW<br>Cedar Rapids, IA 52404-5735 |
| (u)Five Star Communications, LLC | (d)Green Note Capital Partners SPV LLC<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 | (d)Guy M. Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 |

(d) HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

(u) Herc Rentals, Inc

(u) Hiawatha Properties LLC

(d) ImOn Communications
PO Box 3446
Cedar Rapids, IA  52406-3446

(u) Isotropic Network, Inc.

(u) John Deere Construction & Forestry Company

(d) Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

(d) Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381-0882

(d) L&M Underground Inc
7529 S. Storm Mtn
Littleton, CO 80127-3807

(u) Liquid Capital Exchange, Inc.

(u) Manchester Leasing Services, Inc.

(u) Official Committee of Unsecured Creditors

(d) Quality Power Solutions, LLC
5718 Manufacturers Drive
Madison, WI 53704-6276

(d) RP Construction, LLC
24008 Bishop Meade Place
Ashburn, VA 20148-1712

(d) Reyna Paz
President & CEO of RP Construction, LLC.24008
Bishop Meade Place
Ashburn, VA 20148

(d) Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402-2400

(u) Smith, Gambrell & Russell, LLP

(d) Watts Electric Company
c/o Brian S. Koerwitz
5825 South 14th Street, Ste. 200
Lincoln, NE  68512

(d) West Pacific Drilling, Inc
PO Box 882
Silverton, OR 97381-0882

End of Label Matrix
Mailable recipients    504
Bypassed recipients     34
Total                  538