| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 23-00484<br>Northern District of Iowa<br>Cedar Rapids<br>Mon Jul 28 08:27:50 CDT 2025 | 1 Stop Traffic Services, LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 |
| ABB (Fastwyre)<br>1605 Washington St<br>Blair, NE 68008-1655 | AG & EG, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 |
| AT&T Services, Inc.<br>Attn: Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 | AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 | Abram V Carls<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 |
| Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 | Adam Martin<br>1285 Hickory Ridge Dr<br>Marion, IA 52302-0059 | Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 |
| (p)ADVANCED TOWER SERVICES  LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 | Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 | Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 |
| (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA  52410-1425 | Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 |
| Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 | Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 |
| (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 380902<br>Bloomington, MN  55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 |

```
Antonio Reyes                          Area Wide Protective              Arizona Department of Revenue
201 Hays Ave                           P.O. Box 636219                   Attn:  Customer Care
Trenton, TN 38382-2130                 Cincinnati, OH 45263-6219         PO Box 29086
                                                                         Phoenix, AZ  85038-9086


Arnold Motor Supply                    Arnold Motor Supply, LLP          Asphalt Restorations, Inc.
1000 44th St                           PO Box 320                        PO Box 278
Marion, IA 52302-1542                  Spencer, IA 51301-0320            Crownsville, MD 21032-0278


Marcelino Avalos                       B2W Software                      BDC Group, Inc.
c/o Timothy B. Cantlin, Esq.           99 Bow Street Suite 500           c/o Dennis C. Bruce
The Cantlin Law Firm                   Portsmouth, NH 03801-3846         565 Eastview Ave.
760 E Etna RD                                                            Marion, IA 52302
Ottawa, IL 61350-1014


BL Tower Construction                  BMO Bank N.A. fka Bank of the West    BMO Bank, N.A. f/k/a Bank of the West d/b/a
11111 E Pine St                        dba Ditch Witch Financial Services    1625 W. Fountainhead Pkwy. Fl 10
Tulsa, OK 74116-1600                   c/o Peter Chalik                      Phoenix, AZ 85282-2371
                                       699 Walnut Street, Suite 2000
                                       Des Moines, IA  50309


BMO Bank, N.A. f/k/a Bank of the West d/b/a    BMO Harris Bank N.A.       BMO Harris Bank NA
Thomas H. Burke                                PO Box 3040                300 E John Carpenter Freeway
699 Walnut St., Suite 2000                     Cedar Rapids, IA 52406-3040  Irving, TX 75062-2727
Des Moines, IA 50309-3948


BMO Harris Bank NA                     BMO Harris Bank NA                BTM Engineering, Inc
3925 Fountains Blvd NE                 PO Box 71810                      3001 Taylor Springs Drive
Cedar Rapids, IA 52411-6619            Chicago, IL 60694-1810            Louisville, KY 40220-1586


(p)BALTIMORE COUNTY MARYLAND           Bank of America                   Bank of America, N.A.
ATTN OFFICE OF BUDGET & FINANCE        100 North Tryon Street            PO BOX 31785
400 WASHINGTON AVENUE                  Charloette, NC 28255-0001         Tampa, FL 33631-3785
RM 150
TOWSON MD 21204-4605


Bank of America, N.A.                  Bank of the West dba Ditch Witch Financial S    Barbour Building Systems, LLC
c/o SouthLaw, P.C.                     c/o Thomas H. Burke                              21421 E Truman Road
13160 Foster, Suite 100                699 Walnut St., Suite 2000                       Independence, MO 64056-2673
Overland Park, KS  66213-2660          Des Moines, IA 50309-3948


Barnhart Crane                         BerganKDV                         BerganKDV
PO Box 2153 Dept 1906                  Creative Planning Tax, LLC        417 First Avenue SE
Birmingham, AL 35287-0002              417 1st Ave. SE, Suite 300        Suite 300
                                       Cedar Rapids, IA 52401-1309       Cedar Rapids, IA 52401-1309


Bid2win Software, Inc.                 (p)BILL                           Blue Star Power Systems, Inc.
aka B2W Software                       6220 America Center Dr.           2250 Carlson Drive
99 Bow Street, Suite 500               Suite 100                         Mankato, MN 56003-2213
Portsmouth, NH 03801-3846              San Jose, CA 95002
```

Bollmeier Crane & Lift
508 Hickory Lane
Marissa, IL 62257-1706

Bradley & Riley PC
P.O. Box 2804
Cedar Rapids, IA 52406-2804

Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381-0882

Breakout Capital Finance, LLC
c/o Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131-1829

(p)BREAKOUT CAPITAL  LLC
1775 TYSONS BLVD
FL 5
MCLEAN VA 22102-4285

Breakout Capital, LLC
c/o Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131-1829

Bright Lighting, Inc.
11111 E Pine St
Tulsa, OK 74116-1600

Bruce Design & Construction Group, Inc.
3416 W 27th St.
Cedar Falls, IA 50613-4862

Bulldog Pipe
8991 West Business 60
Mountain Grove, MO 65711-2289

CAJ Services, LLC
2400 Tawakoni Dr
Wylie, TX 75098-0797

CAT Financials
Lockbox 730681
14800 Frye Road 2nd Floor
Fort Worth, TX 76155-2732

CB Companies LLC
1525 Ketelsen Dr
Hiawatha, IA 52233-2221

CIT Sewer Solutions
530 Dubois Ave.
McCallsburg, IA  50154

Campbell Supply Co
2127 N Towne Lane NE
Cedar Rapids, IA 52402-1913

Candace Bruce
565 Eastview Avenue
Marion, IA 52302-5974

Capital Installations & Services LLC
c/o Alejandro Avalos
1202 Evergreen Ln
Pingree Grove, IL 60140-9100

Capital One Credit Card
PO Box 4069
Carol Stream, IL 60197-4069

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Car Communications, LLC
8300 Sunset Dr
Manassas, VA 20110-3800

Abram V. Carls
Simmons Perrine Moyer Bergman PLC
115 Third Street SE
Suite 1200
Cedar Rapids, IA 52401-1222

Carrier Access IT, LC
1275 NW 128th St
Clive, IA 50325-7403

Carrier Access IT, LC
9440 Atlantic Dive SW, Suite 2
Cedar Rapids, IA 52404-8916

Castle Concrete LLC
1325 Meade St
Flatwoods, KY 41139-1027

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Caterpillar Financial Services Corporation
c/o Mark A Ludolph
300 Hamilton Boulevard - PO Box 6199
Peoria, IL  61601-6199

Cedar Rapids Linn County Solid Waste Agency
1954 County Home Road
Marion, IA 52302-9758

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Centurylink
Centurylink Communications, LLC.
1025 El Dorado Blvd. (Attn:Legal-BKY)
Broomfield, CO 80021-8254

Chad Harris
261 Sunset Lane
Hiawatha, IA 52233

Chantilly Crushed Stone, Inc.
PO Box 220112
Chantilly, VA  20153-0112

Dan Childers
Shuttleworth & Ingersoll, P.L.C.
235 6th Street SE
Cedar Rapids, IA 52401-1625

Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624

Ciro Escalante
116 N Alder Ave
Sterling, VA 20164-4008

City of Cedar Rapids
Attn:  Rebecca Johnson Purchasing Agent
101 First Street SE
Cedar Rapids, IA 52401-1205

City of Cedar Rapids
City Attorney
3851 River Ridge Road NE
Cedar Rapids, IA 52402-7531

Clear Canopy, LLC
1705 W. University Dr #108-106
McKinney, TX 75069-3392

Clog Busters
3950 Vandalia Rd
Des Moines, IA 50317-1550

Coastal Communications
5841 Edison Place Suite 200
Carlsbad, CA 92008-6500

Collection Services Center
PO Box 9125
Des Moines, IA 50306-9125

Colliflower, Inc.
9320 Pulaski Highway
Middle River, MD 21220-2418

Colton Paris
1267 Lawrence Ave
Hazleton, IA 50641-9627

Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219

Commercial Group Realty
Attn:  Shahram Ghaffarkhan
11990 Market Street, Unite 501
Reston, VA 20190-6000

Complete Design Solutions LLC
511B Davidson Drive
Minooka, IL 60447-8423

Complete Design Solutions, LLC
3620 Developers Rd.
Indianapolis, IN 46227-3520

Complete Design Solutions, LLC
Jeffrey P. Taylor
401 Old Marion Rd. NE
Cedar Rapids, IA 52402-2110

Complete Design Solutions, LLC
c/o Jeffrey P. Taylor
401 Old Marion Road NE
PO Box 10020
Cedar Rapids, IA 52410-0020

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Comstar Supply
105 Kestrel Drive
Collegeville, PA 19426-2061

Coopwood's Air Conditioning
414 W. Tidwell Rd
Houston, TX 77091-4337

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708-2576

Courtney Senters
1780 Valentine Drive
Marion, IA 52302-8905

Crowbar's Ltd
4151 3rd Ave Ste 101
Marion, IA 52302-3957

Cynthia Chelf
4609 Condor St
Muscatine, IA 52761-8966

D & S Construction
1270 Country Club Dr
Marion, IA 52302-5504

D.R.S. Enterprises, Inc
5339 Canal Road
Garfield, OH 44125-4808

DAVIS TOWER FOUNDATIONS, LLC
7001 W MEMORY LANE
HULBERT, OK 74441-1904

DDL Business Systems, LLC
PO Box 940
Stephens City, VA 22655-0940

DM Concrete, LLC
2462 10th Ave
Marion, IA 52302-2123

| | | |
|---|---|---|
| DTCenter 1, Bldg C UOA<br>c/o CGR Comm Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166-4429 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>AEGIS Law - Eric Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131-2733 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>c/o AEGIS Law- Eric Langston<br>601 S. Lindbergh Bldv.<br>Frontenac, MO 63131-2733 |
| DVA, Inc. d/b/a Ditch Witch of Virginia<br>DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>11053 Washington Highway<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>c/o Eric J. Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131 |
| David M. Leneghan<br>4807 Rockside Road, Suite 240<br>Independence, OH 44131-2159 | Davis Tower Foundation LLC<br>7001 W Memory Lane<br>Hulbert, OK 74441-1904 | Claire Davison<br>DOJ-Ust<br>210 Walnut Street<br>Room 793<br>Des Moines, IA 50309-2106 |
| Dawson Olson<br>1285 Lincoln Drive<br>Marion, IA 52302-2348 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Shelly A. DeRousse<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6683 |
| Dean A Spina<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | Deere Credit Inc.<br>c/o Benjamin G. Nielson<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Deere Credit, Inc.<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 | Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dennis Bruce<br>565 Eastview Ave.<br>Marion, IA 52302-5974 | Dennis Bruce<br>c/o Ronald C Martin<br>PO Box 2877<br>Cedar Rapids, IA 52406-2877 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Departmet of Workforce Development<br>Unemployment Insurance Div<br>Collections-Tax<br>PO Box 8914<br>Madison, WI 53708-8914 | Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 | Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 |
| Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 | Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 | Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 |
| Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 | Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 |

| | | |
|---|---|---|
| Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 | Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 |
| Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 | Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 | Emily X. Douglas Moore<br>Mallory Law<br>12012 Ridgemont Drive<br>Urbandale, IA 50323-2317 |
| Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>700 16th ST NE STE 301<br>Cedar Rapids, IA 52402-4665 |
| East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA  52402 | Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 |
| Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 | Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Wendee Noel Elliott-Clement<br>Southlaw, P.C.<br>13160 Foster Street<br>Suite 100<br>Overland Park, KS 66213-2848 |
| Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 |
| Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 | Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 | Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 |
| Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA  52405 | Scott D. Fink<br>Weltman, Weinberg & Reis Co. LPA<br>5990 West Creek Rd<br>Suite 200<br>Independence, OH 44131-2191 |

```
(p)FIRST INSURANCE FUNDING              Five Star Communications, LLC          Five Star Communications, LLC
450 SKOKIE BLVD SUITE 1000              725 S 33rd St                          c/o David J. Skalka, Esq.
NORTHBROOK IL 60062-7917                Omaha, NE 68105-1411                   2120 South 72nd Street, Suite 1200
                                                                               Omaha, NE  68124


Fola Technologies                       Foundation Software                    Francisco Argueta Pereira
2121 Swan Drive                         17800 Royalton Rd                      8981 Bonham Cir
Camanche, IA 52730-2009                 Strongsville, OH 44136-5149            Manassas, VA 20110-4294


Freddie Aviles                          Fujitsu Network Communications         Fusion Telecom Services, LLC
6807 Kingswood Lane Northeast           2801 Telecom Parkway                   4020 Oakmeadow Dr
Cedar Rapids, IA 52402-5937             Richardson, TX 75082-3599              Plano, TX 75093-8538


GD Construction Inc                     GLT Transportation Group               Gadi Dotz (Gene Rosen's Law Firm - A Pr
2514 Cove Hollow Ct                     10 Canal St #318                       Gene Rosen's Law Firm - A Professional C
Rowlett, TX 75088-2436                  Miami, FL 33166-4404                   200 Garden City Plaza, Suite 405
                                                                               Garden City, NY 11530-3338


Galinsky Family Real Estate             Galinsky Family Real Estate, LLC       Galloway Group
3900 Vandalia Road                      c/o Andrew Galinsky                    5840 Youngquist Rd
Des Moines, IA 50317-1550               3900 Vandalia Road                     Ft. Meyers, FL 33912-2271
                                        Des Moines, Iowa 50317-1550


Garcia Cable Inc                        Garrett Cowan                          Gary Bass Construction, Inc
8318 Morningside Dr                     52 Cowan Rd.                           PO Box 601
Manassas, VA 20112-3511                 Covington, PA 16917-9537               Edgewood, TX 75117-0601


Genesis Utility Inc                     Genuine Cable Group                    Terry Gibson
1740 Fox Downs Lane                     P.O. Box 734769                        Wandro & Associates
Oilville, VA 23129                      Chicago, IL 60673-4769                 2015 Grand Avenue
                                                                               Suite 102
                                                                               Des Moines, IA 50312-4902


Gina L Kramer                           Global Rental Co. Inc.                 Global Rental Co., Inc.
210 Jones St., Suite 201                33 Inverness Center Pkwy Ste 250       1901 Sixth Ave. N., Suite 1700
Dubuque, IA 52001-7615                  Birmingham, AL 35242-7648              Birmingham, AL 35203-2629


Jeffrey Douglas Goetz                   Graybar Electric Co                    Graybar Electric Company, Inc.
Dickinson, Bradshaw, Fowler & Hagen, P.C 12437 Collections Center Drive        7601 Setzler Parkway North
801 Grand Avenue                        Chicago, IL 60693-0124                 Brooklyn Park, MN 55445-1883
Suite 3700
Des Moines, IA 50309-8004


Great America Financial Servic          GreatAmerica Financial Services Corp   GreatAmerica Financial Services Corporation
PO Box 660831                           625 First Street SE                    ATTN: Peggy Upton
Dallas, TX 75266-0831                   Cedar Rapids, IA 52401-2032            P.O. Box 609
                                                                               Cedar Rapids, IA 52406-0609
```

| | | |
|---|---|---|
| Green Note Capital Partners Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 |
| Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 |
| GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 | HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 |
| Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 |
| Tonita M Helton<br>Helton Law Office<br>501 N. Church Street<br>Leon, IA 50144-1301 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 |
| Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 | Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 | Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Stephanie L. Hinz<br>Pickens, Barnes & Abernathy<br>Tenth Floor American Building<br>P.O. Box 74170<br>Cedar Rapids, IA 52407-4170 |
| Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Wesley B. Huisinga<br>Shuttleworth & Ingersoll, P.L.C.<br>235 6th Street SE<br>Cedar Rapids, IA 52401-1625 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 |
| IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 |

Imperial Crane Services, Inc
7500 W Imperial Drive
Bridgeview, IL 60455-2395

Intact Compagnie d'Assurance
2020 Blvd Robert-Bourassa suite 100
Montral, QC, Canada, H3A 2A5
att. Anais Choucino

InteliPort Inc
103 N Church St
Hertford, NC 27944-1103

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319-0109

Iowa Department of Transportation
PO Box 10382
Des Moines, IA 50306-0382

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

Iowa Workforce Development-U/E
1000 E Grand Ave
Des Moines, IA 50319-0220

Isotropic Network, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA 50312

Isotropic Networks, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite B
Des Moines, IA 50312-4901

JA Lee Electric Services, LLC
11 Melanie Lane, Suite 9
East Hanover, NJ 07936-1100

JJJ Cable Communication, LLC
2025 Keller Springs Rd #1015
Carrollton, TX 75006

JK Communications LLC
304 Cottonwood St
Lexington, MO 64067-1386

Jacob Hensel
1130 32nd St. NE
Cedar Rapids, IA 52402-3515

James River Equipment
9107 Owens Dr
Manassas Park, VA 20111-4802

Elizabeth L. Janczak
Smith Gambrell & Russell LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683

Jared Nelson
717 Wilson Ave. Drive SW
Cedar Rapids, IA 52404-3751

Jarod Lee
207 North Marion St
Andrew, IA 52030

Jason A. Gang, Attorney
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021

Jeramie Ellefson
10245 45Th Ave, Apt 4
Wyoming, IA 52362-7650

Jesus Fuentes
2400 Vidalia Ct
Waldorf, MD 20601-3780

Jim Lieurance
512 Tyler Street SE, #8
Cascade, IA 52033-9598

Jody Rae Sartin
U.S. Small Business Administration
210 Walnut Street, Suite 749
Des Moines, IA 50309-2186

John Deere Construction & Forestry Co
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

John Deere Construction & Forestry Company
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA 52401-2107

John Deere Construction & Forestry Company
c/o Wesley B. Huisinga
235 6th St SE
Cedar Rapids, IA 52401

John Deere Financial
c/o Wesley B. Huisinga
235 6th St. SE
Cedar Rapids, IA 52401

John Deere Financial, f.s.b.
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA 52401-2107

Jon L. Swergold
Greenberg Traurug, LLP
401 East Las Olas Blvd
Ste 200
Fort Lauderdale, FL 33301-2211

Camber Jones
Spencer Fane
2144 E. Republic Road
Suite B300
Springfield, MO 65804-4880

| | | |
|---|---|---|
| Jones Transport, LLC<br>c/o Jennifer Houston<br>6184 Hwy 98 West<br>Suite 210<br>Hattiesburg, MS 39402 | Jose Gutierrez<br>2044 Fairfax Pike Lot 56<br>White Post, VA 22663-1868 | Jose Reyes<br>615 Southlia Dr. Apt H<br>Kokomo, IN 46902-3490 |
| Jose Rojas<br>2044 Fairfax Pike #42<br>White Post, VA 22663-1872 | Juan Lira<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Justin Harris<br>5127 Sumerduck Rd<br>Warrenton, VA 20186 | KYF Global Partners<br>1019 Avenue P, #402<br>Brooklyn, NY 11223-2366 | KYF Global Partners<br>Gene Rosen's Law Firm - A Professional C<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |
| KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 | Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 |
| Kaylee Bruce<br>1075 Parkview Dr.<br>Marion, IA 52302-2757 | Kaylee Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 |
| Kelly Kemmerling<br>654 28th St Court SE, Apt 303<br>Cedar Rapids, IA 52403-3003 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada | Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 |
| Kevin Haines<br>1984 Scales Bend Road NE<br>North Liberty, IA 52317-9332 | Keystone Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 | Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 |
| Keystone Savings Bank<br>Abram Carls<br>115 3rd Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Keystone Savings Bank<br>c/o Abram V Carls<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 |
| Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 | Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 S. 14th Street<br>Suite 200<br>Lincoln, NE 68512-1233 | Konica Minolta Business Solutions<br>c/o Lynn Fisher - Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446-1217 |
| Konica Minolta Business Solutions USA<br>c/o US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>P.O. Box 790448<br>St Louis, MO 63179-0448 | Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 |

| | | |
|---|---|---|
| Jordan A Kroop<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway<br>Ste 36th Floor<br>New York, NY 10019-5975 | Kyle Enterprises, LLC d/b/a Millennium<br>Wagner Falconer & Judd, Ltd<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | L & M Underground, Inc.<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 |
| Elizabeth Lally<br>Lally Legal Group, LLC<br>12020 Shamrock Plaza<br>Suite 200<br>Omaha, NE 68154-3537 | Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 | Lamoni HCP<br>139 N. Linden St<br>Lamoni, IA 50140-1045 |
| Lamoni Heating, Cooling, & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | (p)AEGIS LAW<br>601 S LINDBERGH BLVD<br>FRONTENAC MO 63131-2733 | Roy Ryan Leaf<br>Nyemaster Goode, P.C.<br>625 1st Street SE, Ste. 400<br>Cedar Rapids, IA 52401-2032 |
| Leonardo Meza Jr<br>11057 Vista Del sol Dr<br>El Paso, TX 79935-4311 | Liberty Doors<br>900 West Penn Street<br>North Liberty, IA 52317-9524 | Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 |
| Timothy N. Lillwitz<br>Dickinson, Bradshaw, Fowler & Hagen, P.<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309-8004 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County Rural Electric Cooperative Assoc<br>Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Liomedes Fuentes<br>7783 Black Horse Ct<br>Manassas, VA 20109-8207 | Liquid Capital Exchange<br>5075 Yonge St. Ste 700<br>Toronto, Ontario CANADA<br>M2N 6C6 | Liquid Capital Exchange, Inc<br>5075 Yonge St. Ste. 700<br>Toronto, Ontario, Canada, M2N 6C6<br>Att. Vlad Rojko |
| Liquid Capital Exchange, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | Liquid Capital Exchange, Inc.<br>c/o Roy L. Leaf<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |
| Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 | Mark A Ludolph<br>Heyl, Royster, Voelker & Allen<br>300 Hamilton Boulevard<br>P.O. Box 6199<br>Peoria, IL 61601-6199 |
| Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 | (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 |

| | | |
|---|---|---|
| Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn: Legal - BKY<br>Broomfield, CO 80021-8254 | Lyle Oestenborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 |
| Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 |
| Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 |
| Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 | Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 |
| Ronald C. Martin<br>Day Rettig Martin, P.C.<br>383 Collins Rd. NE, Ste. 207<br>Cedar Rapids, IA 52402-3147 | Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 | McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 |
| McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 | McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 | Martin McLaughlin<br>United States Attorney's Office<br>111 7th Ave SE<br>Cedar Rapids, IA 52401-2103 |
| (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | Mediacom Legal Department<br>1 Mediacom Way<br>Mediacom Park, NY 10918-4810 | MidAmerica Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 |
| MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport IA 52808-4350 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 | Mike Miner<br>14407 Amber Road x44<br>Monticello, IA 52310-8070 |

Millbrook Quarries LLC & DBA
PO Box 163
Broad Run, VA 20137-0163

(p)MILLBROOK WEST LLC
PO BOX 163
BROAD RUN VA 20137-0163

Millennium
120 S. Wright St.
Delavan, WI 53115-2012

Mobile Mini Inc
4646 E Van Buren St Ste 400
Phoenix, AZ 85008-6927

Modular Connections, LLC
1090 Industrial Blvd
Bessemer, AL 35022-6009

Moises Santos Yanes
8436 Graves Street Apt 103
Alexandria, VA 22309-8447

Evan Lincoln Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

NOVA RECON
7720 Bethlehem Road
Manassas, VA 20109-2716

NOVEC
PO Box 34795
Alexandria, VA 22334-0795

New Age Drilling LLC
3212 23rd St
Des Moines, IA 50320-2647

Benjamin Gregory Nielson
Pugh Hagen Prahm, P.L.C.
425 E. Oakdale Blvd
Suite 201
Coralville, IA 52241-3404

NinjaOne
3687 Tampa Road Suite 200
Oldsmar, FL 34677-6313

Northern Wisconsin Fence
W7620 Cork Rd.
Phillips, WI 54555-6366

Office of the US Trustee
111 Seventh Avenue SE, Suite 2800
Cedar Rapids, IA 52401-2103

Ostafi Communications Inc
2121 Swan Drive
Camanche, IA 52730-2009

Overhead Door
6515 4th Street SW
Cedar Rapids, IA 52404-4761

Ozzy Fiber Construction, Inc
14378 Sandhill Road
Louisville, NE 68037-2848

PEAC Solutions
300 Fellowship Rd
Mt. Laurel Township, NJ 08054-1201

PJI Law
3900 Jermantown Rd
Fairfax, VA 22030-4900

PWCSA
PO Box 2266
Woodbridge, VA 22195-2266

Paul Garner
1475 Drummer Hill Rd
Front Royal, VA 22630-4355

Reyna Paz
President & CEO of RP Construction,
LLC.24008
Bishop Meade Place
Ashburn, VA 20148

Austin Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

Pennsylvania Department of Revenue
PO Box 280904
Harrisburg, PA 17128-0904

Pinco Construction, Inc.
21010 Southbank st. #605
Sterling, VA 20165-7227

Plumetazz America Corp
225 Thrasher Pike
Soddy Daisy, TN 37379-4267

Poly Vinyl Roofing
785 Elbow Creek Rd
Mount Vernon, IA 52314-9732

Port-A-Johns
19212 Military Rd
Bennington, NE 68007-6212

Precision Sheet Metal
1518 13th St
Belle Plaine, IA 52208-1327

Premier AV Solutions
609 W Jefferson St
Palmer, TX 75152-9638

| | | |
|---|---|---|
| Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 | Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 |
| Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 | Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 |
| RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 | ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 | RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309 | Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 |
| Janet G. Reasoner<br>U.S. Trustee<br>111 7th Ave SE<br>Box 17<br>Cedar Rapids, IA 52401-2103 | Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 |
| Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 | Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 |
| Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 | Jason Rosell<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street<br>34th Floor, Suite 3430<br>San Francisco, CA 94104-4448 |
| Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 | Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 |
| Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 | S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 |
| Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 | Schimberg Company<br>1106 Shaver Rd NE<br>Cedar Rapids, IA 52402-4500 | Sega Ag Works Inc<br>PO Box 39<br>Cissna Park, IL 60924-0039 |

| | | |
|---|---|---|
| Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 | (p)SHEETS STERLING INC<br>ATTN KIMBERLY BOWSER<br>P O BOX 615<br>STERLING VA 20167-0615 | Sheets Sterling, Inc.<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 |
| Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265 | Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 | David Skalka<br>Croker, Huck, Kasher, DeWitt, Anderson &<br>2120 S 72nd Street<br>Suite 1200<br>Omaha, NE 68124-2366 |
| Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 | Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 |
| Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 | Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite 0<br>Lawrenceville, GA 30043-5897 |
| South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | Kristina M. Stanger<br>Nyemaster Goode, P.C.<br>700 Walnut Street<br>Suite 1300<br>Des Moines, IA 50309-3818 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 |
| State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 | State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 |
| Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 |
| Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 | Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 |
| Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN 37242-1099 | Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 | The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 |

| | | |
|---|---|---|
| Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 | Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 | Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 |
| Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 | Tripwireless, INC.<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 |
| Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 | (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 |
| U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 | USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 | USTDW<br>PO Box 365<br>Walford, IA 52351-0365 |
| Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 | United Healthcare<br>Atlanta, GA  30374-0376 | United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 |
| United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>Office of the United States Trustee<br>210 Walnut Street, Suite 793<br>Des Moines, IA 50309-2106 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 |
| United States of America (SBA)<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401-2101 | United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 | UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 |
| Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 | Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 | Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |
| Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 | Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 |

| | | |
|---|---|---|
| Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 | WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 | WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 |
| WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 | Wagner Falconer & Judd, Ltd.<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 |
| Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 | Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 | Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 |
| Cheryl Wesler<br>PO Box 19016<br>Kalamazoo, MI 49019-0016 | West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 |
| L. Ashley Wieck<br>U.S. Trustee<br>Federal Building<br>210 Walnut Street, Rm 793<br>Des Moines, IA 50309-2106 | Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 |
| Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 | Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 | Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 |
| Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309-8007 | Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1067 | Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA 94104-4436 |
| Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY 10017 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM  87106 | Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 |
| Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA  52406-3060 | Altorfer Inc<br>P.O. Box 1347<br>Cedar Rapids, IA 52405 | Baltimore County Maryland<br>400 Washington Avenue<br>Towson, MD 21204 |
| Bill<br>6220 America Center Drive., Suite 100<br>San Jose, CA 95002 | Breakout Capital, LLC<br>1451 Dolley Madison Blvd<br>Suite 200<br>Mclean, VA 22101 | Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN  37203-0001 |
| (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US | (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Maryland<br>Revenue of Admin Div<br>110 Carroll St<br>Annapolis, MD  21411-0001 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road, Wayne, PA 19<br>Wayne, PA 19087 | Deere Credit, Inc.<br>6400 NW 86th Street<br>Johnston, IA  50131 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0001 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | Green State Credit Union<br>2355 Landon Rd<br>North Liberty, IA 52317 | (d)GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 |
| Herc Rentals<br>23745 Pebble Run Place<br>Sterling, VA 20166 | (d)Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL  34134 | Imon Communications, LLC<br>101 3rd Ave SW, Suite 400<br>Cedar Rapids, IA  52404 |
| Iowa Dept of Revenue<br>PO Box 10330<br>Des Moines, IA 50306-0330 | (d)John Deere Financial<br>6400 NW 86t St<br>Johnston, IA 50131 | (d)John Deere Financial f.s.b.<br>PO Box 6600<br>Johnston, IA 50131 |
| Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 | Lumen<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8254 | Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA  52402 |

| | | |
|---|---|---|
| (d)Mediacom Communications Corp<br>Attn  Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL  32563 | Millbrook West LLC<br>PO Box 163<br>Broad Run, VA 20137 | (d)Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| Sheets Sterling, Inc.<br>PO Box 615<br>Sterling, VA 20167 | (d)Sheets Sterling, inc<br>PO Box 615<br>Sterling, VA 20167 | Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 |
| Treasurer of VA<br>P.O. Box 570<br>Richmond, VA 23218-0570 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 |
| (d)US Attorney (IRS)<br>111 7th Avenue SE #1<br>Cedar Rapids, IA 52401 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)BANK OF AMERICA, N.A. |
| (u)BMO Bank N.A., f/k/a Bank of the West, d/b | (u)Breakout Capital Finance, LLC | (u)Dennis Bruce |
| (d)Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | (u)Daniel R. Schmoldt Enterprises Inc.<br>4807 Rockside Road, Suite 240<br>, | (u)Deere Credit Inc. |
| (d)East Central Iowa Council of Governments<br>700 16th Street NE<br>Suite 301<br>Cedar Rapids, IA 52402-4665 | (d)Edge Consulting Engineers, Inc.<br>624 Water Street<br>Prairie Du Sac, WI 53578-1027 | (d)Farmers & Merchants Savings Bank<br>200 First Street SW<br>Cedar Rapids, IA 52404-5735 |
| (u)Five Star Communications, LLC | (d)Green Note Capital Partners SPV LLC<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 | (d)Guy M. Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 |

(d)HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

(u)Herc Rentals, Inc.

(u)Hiawatha Properties LLC

(d)ImOn Communications
PO Box 3446
Cedar Rapids, IA  52406-3446

(u)Isotropic Network, Inc.

(u)John Deere Construction & Forestry Company

(d)Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

(d)Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381-0882

(d)L&M Underground Inc
7529 S. Storm Mtn
Littleton, CO 80127-3807

(u)Liquid Capital Exchange, Inc.

(u)Manchester Leasing Services, Inc.

(u)Official Committee of Unsecured Creditors

(d)Quality Power Solutions, LLC
5718 Manufacturers Drive
Madison, WI 53704-6276

(d)RP Construction, LLC
24008 Bishop Meade Place
Ashburn, VA 20148-1712

(d)Reyna Paz
President & CEO of RP Construction, LLC.24008
Bishop Meade Place
Ashburn, VA 20148

(d)Rush M. Shortley
1921 51st Street NE
Cedar Rapids, IA 52402-2400

(u)Smith, Gambrell & Russell, LLP

(d)Watts Electric Company
c/o Brian S. Koerwitz
5825 South 14th Street, Ste. 200
Lincoln, NE  68512

(d)West Pacific Drilling, Inc
PO Box 882
Silverton, OR 97381-0882

End of Label Matrix
Mailable recipients    504
Bypassed recipients     34
Total                  538