```
Label Matrix for local noticing          1 Stop Traffic Services, LLC           1 Stop Utility & Construction
0862-1                                    5636 Kendall Ct Unit A                 5636 Kendall Ct Unit A
Case 23-00484                             Arvada, CO 80002-2747                  Arvada, CO 80002-2747
Northern District of Iowa
Cedar Rapids
Tue Aug  5 07:03:42 CDT 2025

ABB (Fastwyre)                            AG & EG, LLC                           ARIZONA DEPARTMENT OF REVENUE
1605 Washington St                        c/o Andrew Galinsky                    Office of the Arizona Attorney General -
Blair, NE 68008-1655                      3900 Vandalia Road                     c/o Tax, Bankruptcy and Collection Sct
                                          Des Moines, IA 50317-1550              2005 N Central Ave, Suite 100
                                                                                 Phoenix, AZ 85004-1546

AT&T Services, Inc.                       AUS Inc                                Abram V Carls
Attn:  Contract Admin                     137 NE 48th Pl                         Simmons Perrine Moyer Bergman
14575 Presidio Square Blvd                Des Moines, IA 50313-2343              115 Third Street SE, Suite 1200
Houston, TX 77083-1586                                                           Cedar Rapids, IA 52401-1266


Acme Tools                                Adam Martin                            Adam Verastegui
1943 Blairs Ferry Rd NE                   1285 Hickory Ridge Dr                  3023 SW Butternut Dr
Cedar Rapids, IA 52402-5811               Marion, IA 52302-0059                  Ankeny, IA 50023-7201



(p)ADVANCED TOWER SERVICES  LLC           Advanced Traffic Control, Inc.        Affordable Pressure Washing
ATTN AMANDA PEREA                         PO Box 8958                            7303 Mount Vernon Rd SE
2417 BAYLOR DR SE                         Cedar Rapids, IA 52408-8958            Cedar Rapids, IA 52403-7130
ALBUQUERQUE NM 87106-3205


(p)AG & BUSINESS LEGAL STRATEGIES         Ag & Business Legal Strategies         Agustin Sanchez
PO BOX 11425                              c/o Joseph Peiffer                     224 N Auburn Dr
CEDAR RAPIDS IA 52410-1425                PO Box 11425                           Sterling, VA 20164-5410
                                          Cedar Rapids, IA  52410-1425


Alberto Garcia Jr                         Alex Martin                            Alfredo Trnidad Muniz Quijas
2024-42 Fairfax Pike                      4395 McGowan Blvd                      11052 Vista Del Sol Dr
White Post, VA 22663                      Marion, IA 52302-6266                  El Paso, TX 79935



(p)ALLIANT ENERGY                         Allied Glass                           Ally Bank
300 E SHERIDAN AVE                        1575 Ketelsen Dr                       AIS Portfolio Services, LLC
CENTERVILLE IA 52544-2625                 Ste 500                                4515 N Santa Fe Ave. Dept. APS
                                          Hiawatha, IA 52233-2220                Oklahoma City, OK 73118-7901


Ally Bank c/o AIS Portfolio Services, LLC Ally Financial                         Ally Finanical
4515 N. Santa Fe Ave. Dept. APS           PO Box 380902                          PO Box 380901
Oklahoma City, OK 73118-7901              Bloomington, MN  55438-0902            Bloomington, MN 55438-0901



(p)ALTORFER INC                           American Boring Inc                    American Truck & Trailer Supply
PO BOX 1347                               6895 Pickering Rd                      11949 Livingston Road
CEDAR RAPIDS IA 52406-1347                Carroll, OH 43112-9614                 Manassas, VA 20109-2780
```

| | | |
|---|---|---|
| Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 |
| Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 | Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 |
| Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 | B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 | BDC Group, Inc.<br>c/o Dennis C. Bruce<br>565 Eastview Ave.<br>Marion, IA 52302 |
| BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 |
| BMO Harris Bank NA<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | BMO Harris Bank NA<br>PO Box 71810<br>Chicago, IL 60694-1810 | BTM Engineering, Inc<br>3001 Taylor Springs Drive<br>Louisville, KY 40220-1586 |
| (p)BALTIMORE COUNTY MARYLAND<br>ATTN OFFICE OF BUDGET & FINANCE<br>400 WASHINGTON AVENUE<br>RM 150<br>TOWSON MD 21204-4605 | Bank of America<br>100 North Tryon Street<br>Charloette, NC 28255-0001 | Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS 66213-2660 | Bank of the West dba Ditch Witch Financial S<br>c/o Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Barbour Building Systems, LLC<br>21421 E Truman Road<br>Independence, MO 64056-2673 |
| Barnhart Crane<br>PO Box 2153 Dept 1906<br>Birmingham, AL 35287-0002 | BerganKDV<br>Creative Planning Tax, LLC<br>417 1st Ave. SE, Suite 300<br>Cedar Rapids, IA 52401-1309 | BerganKDV<br>417 First Avenue SE<br>Suite 300<br>Cedar Rapids, IA 52401-1309 |
| Bid2win Software, Inc.<br>aka B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801-3846 | (p)BILL<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003-2213 |

| | | |
|---|---|---|
| Bollmeier Crane & Lift<br>508 Hickory Lane<br>Marissa, IL 62257-1706 | Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 | Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| Breakout Capital Finance, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | (p)BREAKOUT CAPITAL   LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 | Breakout Capital, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Bright Lighting, Inc.<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613-4862 | Bulldog Pipe<br>8991 West Business 60<br>Mountain Grove, MO 65711-2289 |
| CAJ Services, LLC<br>2400 Tawakoni Dr<br>Wylie, TX 75098-0797 | CAT Financials<br>Lockbox 730681<br>14800 Frye Road 2nd Floor<br>Fort Worth, TX 76155-2732 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 |
| CIT Sewer Solutions<br>530 Dubois Ave.<br>McCallsburg, IA  50154 | Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace Bruce<br>565 Eastview Avenue<br>Marion, IA 52302-5974 |
| Capital Installations & Services LLC<br>c/o Alejandro Avalos<br>1202 Evergreen Ln<br>Pingree Grove, IL 60140-9100 | Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Abram V. Carls<br>Simmons Perrine Moyer Bergman PLC<br>115 Third Street SE<br>Suite 1200<br>Cedar Rapids, IA 52401-1222 |
| Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 | Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 | Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL  61601-6199 | Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 | Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 |

| | | |
|---|---|---|
| Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA  20153-0112 | Den Childers<br>Shuttleworth & Ingersoll, P.L.C.<br>235 6th Street SE<br>Cedar Rapids, IA 52401-1625 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 |
| Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 | City of Cedar Rapids<br>Attn:  Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 |
| Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 | Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 |
| Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 | Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 |
| Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | Commercial Group Realty<br>Attn:  Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 |
| Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 | Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Comstar Supply<br>105 Kestrel Drive<br>Collegeville, PA 19426-2061 | Coopwood's Air Conditioning<br>414 W. Tidwell Rd<br>Houston, TX 77091-4337 |
| Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708-2576 | Courtney Senters<br>1780 Valentine Drive<br>Marion, IA 52302-8905 | Crowbar's Ltd<br>4151 3rd Ave Ste 101<br>Marion, IA 52302-3957 |
| Cynthia Chelf<br>4609 Condor St<br>Muscatine, IA 52761-8966 | D & S Construction<br>1270 Country Club Dr<br>Marion, IA 52302-5504 | D.R.S. Enterprises, Inc<br>5339 Canal Road<br>Garfield, OH 44125-4808 |
| DAVIS TOWER FOUNDATIONS, LLC<br>7001 W MEMORY LANE<br>HULBERT, OK 74441-1904 | DDL Business Systems, LLC<br>PO Box 940<br>Stephens City, VA 22655-0940 | DM Concrete, LLC<br>2462 10th Ave<br>Marion, IA 52302-2123 |

| | | |
|---|---|---|
| DTCenter 1, Bldg C UOA<br>c/o CGR Comm Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166-4429 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>AEGIS Law - Eric Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131-2733 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>c/o AEGIS Law- Eric Langston<br>601 S. Lindbergh Bldv.<br>Frontenac, MO 63131-2733 |
| DVA, Inc. d/b/a Ditch Witch of Virginia<br>DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>11053 Washington Highway<br>Glen Allen, VA 23059-1905 | DVA, Inc. dba Ditch Witch of Virginia<br>c/o Eric J. Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131 |
| David M. Leneghan<br>4807 Rockside Road, Suite 240<br>Independence, OH 44131-2159 | Davis Tower Foundation LLC<br>7001 W Memory Lane<br>Hulbert, OK 74441-1904 | Claire Davison<br>DOJ-Ust<br>210 Walnut Street<br>Room 793<br>Des Moines, IA 50309-2106 |
| Dawson Olson<br>1285 Lincoln Drive<br>Marion, IA 52302-2348 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Shelly A. DeRousse<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6683 |
| Dean A Spina<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | Deere Credit Inc.<br>c/o Benjamin G. Nielson<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| Deere Credit, Inc.<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA  52401 | Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dennis Bruce<br>565 Eastview Ave.<br>Marion, IA 52302-5974 | Dennis Bruce<br>c/o Ronald C Martin<br>PO Box 2877<br>Cedar Rapids, IA  52406-2877 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Departmet of Workforce Development<br>Unemployment Insurance Div<br>Collections-Tax<br>PO Box 8914<br>Madison, WI 53708-8914 | Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 | Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 |
| Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 | Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 | Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 |
| Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 | Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 |

| | | |
|---|---|---|
| Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 | Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 |
| Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 | Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 | Emily X. Douglas Moore<br>Mallory Law<br>12012 Ridgemont Drive<br>Urbandale, IA 50323-2317 |
| Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>700 16th ST NE STE 301<br>Cedar Rapids, IA 52402-4665 |
| East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA 52402 | Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 |
| Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 | Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Wendee Noel Elliott-Clement<br>Southlaw, P.C.<br>13160 Foster Street<br>Suite 100<br>Overland Park, KS 66213-2848 |
| Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 |
| Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 | Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 | Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 |
| Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA 52405 | Scott D. Fink<br>Weltman, Weinberg & Reis Co. LPA<br>5990 West Creek Rd<br>Suite 200<br>Independence, OH 44131-2191 |

| | | |
|---|---|---|
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Five Star Communications, LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 | Five Star Communications, LLC<br>c/o David J. Skalka, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE  68124 |
| Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 | Francisco Argueta Pereira<br>8981 Bonham Cir<br>Manassas, VA 20110-4294 |
| Freddie Aviles<br>6807 Kingswood Lane Northeast<br>Cedar Rapids, IA 52402-5937 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082-3599 | Fusion Telecom Services, LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 |
| GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St #318<br>Miami, FL 33166-4404 | Gadi Dotz (Gene Rosen's Law Firm - A Pr<br>Gene Rosen's Law Firm - A Professional C<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |
| Galinsky Family Real Estate<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | Galinsky Family Real Estate, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, Iowa 50317-1550 | Galloway Group<br>5840 Youngquist Rd<br>Ft. Meyers, FL 33912-2271 |
| Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Garrett Cowan<br>52 Cowan Rd.<br>Covington, PA 16917-9537 | Gary Bass Construction, Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 |
| Genesis Utility Inc<br>1740 Fox Downs Lane<br>Oilville, VA 23129 | Genuine Cable Group<br>P.O. Box 734769<br>Chicago, IL 60673-4769 | Terry Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Suite 102<br>Des Moines, IA 50312-4902 |
| Gina L Kramer<br>210 Jones St., Suite 201<br>Dubuque, IA 52001-7615 | Global Rental Co. Inc.<br>33 Inverness Center Pkwy Ste 250<br>Birmingham, AL 35242-7648 | Global Rental Co., Inc.<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203-2629 |
| Jeffrey Douglas Goetz<br>Dickinson, Bradshaw, Fowler & Hagen, P.C<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309-8004 | Graybar Electric Co<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 | Graybar Electric Company, Inc.<br>7601 Setzler Parkway North<br>Brooklyn Park, MN 55445-1883 |
| Great America Financial Servic<br>PO Box 660831<br>Dallas, TX 75266-0831 | GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2032 | GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 |

| | | |
|---|---|---|
| Green Note Capital Partners Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 |
| Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 |
| GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 | HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 |
| Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 |
| Tonita M Helton<br>Helton Law Office<br>501 N. Church Street<br>Leon, IA 50144-1301 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 |
| Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 | Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 |
| Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 | Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Stephanie L. Hinz<br>Pickens, Barnes & Abernathy<br>Tenth Floor American Building<br>P.O. Box 74170<br>Cedar Rapids, IA 52407-4170 |
| Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Wesley B. Huisinga<br>Shuttleworth & Ingersoll, P.L.C.<br>235 6th Street SE<br>Cedar Rapids, IA 52401-1625 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 |
| IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 |

| | | |
|---|---|---|
| Imperial Crane Services, Inc<br>7500 W Imperial Drive<br>Bridgeview, IL 60455-2395 | Intact Compagnie d'Assurance<br>2020 Blvd Robert-Bourassa suite 100<br>Montral, QC, Canada, H3A 2A5<br>att. Anais Choucino | InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Department of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 |
| (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 | Iowa Workforce Development-U/E<br>1000 E Grand Ave<br>Des Moines, IA 50319-0220 | Isotropic Network, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 |
| Isotropic Networks, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 | JA Lee Electric Services, LLC<br>11 Melanie Lane, Suite 9<br>East Hanover, NJ 07936-1100 | JJJ Cable Communication, LLC<br>2025 Keller Springs Rd #1015<br>Carrollton, TX 75006 |
| JK Communications LLC<br>304 Cottonwood St<br>Lexington, MO 64067-1386 | Jacob Hensel<br>1130 32nd St. NE<br>Cedar Rapids, IA 52402-3515 | James River Equipment<br>9107 Owens Dr<br>Manassas Park, VA 20111-4802 |
| Elizabeth L. Janczak<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6683 | Jared Nelson<br>717 Wilson Ave. Drive SW<br>Cedar Rapids, IA 52404-3751 | Jarod Lee<br>207 North Marion St<br>Andrew, IA 52030 |
| Jason A. Gang, Attorney<br>1245 Hewlett Plaza, #478<br>Hewlett, NY 11557-4021 | Jeramie Ellefson<br>10245 45Th Ave, Apt 4<br>Wyoming, IA 52362-7650 | Jesus Fuentes<br>2400 Vidalia Ct<br>Waldorf, MD 20601-3780 |
| Jim Lieurance<br>512 Tyler Street SE, #8<br>Cascade, IA 52033-9598 | Jody Rae Sartin<br>U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | John Deere Construction & Forestry Co<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| John Deere Construction & Forestry Company<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 | John Deere Construction & Forestry Company<br>c/o Wesley B. Huisinga<br>235 6th St SE<br>Cedar Rapids, IA 52401 | John Deere Financial<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 |
| John Deere Financial, f.s.b.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 | Jon L. Swergold<br>Greenberg Traurug, LLP<br>401 East Las Olas Blvd<br>Ste 200<br>Fort Lauderdale, FL 33301-2211 | Camber Jones<br>Spencer Fane<br>2144 E. Republic Road<br>Suite B300<br>Springfield, MO 65804-4880 |

Jones Transport, LLC
c/o Jennifer Houston
6184 Hwy 98 West
Suite 210
Hattiesburg, MS 39402

Jose Gutierrez
2044 Fairfax Pike Lot 56
White Post, VA 22663-1868

Jose Reyes
615 Southlia Dr. Apt H
Kokomo, IN 46902-3490

Jose Rojas
2044 Fairfax Pike #42
White Post, VA 22663-1872

Juan Lira
201 Hays Ave
Trenton, TN 38382-2130

Julie Pulkrabek
Pulkrabek Law Office, PLC
4698 Fox Lane NE
Iowa City, IA 52240-7733

Justin Harris
5127 Sumerduck Rd
Warrenton, VA 20186

KYF Global Partners
1019 Avenue P, #402
Brooklyn, NY 11223-2366

KYF Global Partners
Gene Rosen's Law Firm - A Professional C
200 Garden City Plaza, Suite 405
Garden City, NY 11530-3338

KYF Global Partners LLC
1 Industrial Way W, Bldg C
Eatontown, NJ 07724-4205

Kathleen Burgess
106 Cardinal Ave
Atkins, IA 52206-9728

Kathleen Burgess
2510 Clark Ave
Marion, IA 52302-4135

Kaylee Bruce
1075 Parkview Dr.
Marion, IA 52302-2757

Kaylee Bruce
565 Eastview Ave
Marion, IA 52302-5974

Keenan Flint
304 3rd Ave
Hiawatha, IA 52233-1634

Kelly Kemmerling
654 28th St Court SE, Apt 303
Cedar Rapids, IA 52403-3003

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, OntarioM2N 6C6 Canada

Kenway Trucking LLC
1655 Commercial Dr
PO Box 237
Walford, IA 52351-0237

Kevin Haines
1984 Scales Bend Road NE
North Liberty, IA 52317-9332

Keystone Bank
807 Rosedale Dr
Center Point, IA 52213-9381

Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

Keystone Savings Bank
Abram Carls
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1222

Keystone Savings Bank
c/o Abram V Carls
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401

Keystone Savings Bank
c/o Eric W. Lam
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401

Kirkwood Community College
7725 Kirkwood Blvd
Cedar Rapids, IA 52404-5231

Brian S. Koerwitz
Peetz Koerwitz & Lafleur, PC LLO
5825 S. 14th Street
Suite 200
Lincoln, NE 68512-1233

Konica Minolta Business Solutions
c/o Lynn Fisher - Konica Minolta
101 Williams Drive
Ramsey, NJ 07446-1217

Konica Minolta Business Solutions USA
c/o US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099

Konica Minolta Premier Finance
P.O. Box 790448
St Louis, MO 63179-0448

Kramer Well Drilling LLC
W14405 Hwy 8
Weyerhaeuser, WI 54895-9631

| | | |
|---|---|---|
| Jordan A Kroop<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway<br>Ste 36th Floor<br>New York, NY 10019-5975 | Kyle Enterprises, LLC d/b/a Millennium<br>Wagner Falconer & Judd, Ltd<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | L & M Underground, Inc.<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 |
| Elizabeth Lally<br>Lally Legal Group, LLC<br>12020 Shamrock Plaza<br>Suite 200<br>Omaha, NE 68154-3537 | Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 | Lamoni HCP<br>139 N. Linden St<br>Lamoni, IA 50140-1045 |
| Lamoni Heating, Cooling, & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | (p)AEGIS LAW<br>601 S LINDBERGH BLVD<br>FRONTENAC MO 63131-2733 | Roy Ryan Leaf<br>Nyemaster Goode, P.C.<br>625 1st Street SE, Ste. 400<br>Cedar Rapids, IA 52401-2032 |
| Leonardo Meza Jr<br>11057 Vista Del sol Dr<br>El Paso, TX 79935-4311 | Liberty Doors<br>900 West Penn Street<br>North Liberty, IA 52317-9524 | Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 |
| Timothy N. Lillwitz<br>Dickinson, Bradshaw, Fowler & Hagen, P.<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309-8004 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County Rural Electric Cooperative Assoc<br>Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Liomedes Fuentes<br>7783 Black Horse Ct<br>Manassas, VA 20109-8207 | Liquid Capital Exchange<br>5075 Yonge St. Ste 700<br>Toronto, Ontario CANADA<br>M2N 6C6 | Liquid Capital Exchange, Inc<br>5075 Yonge St. Ste. 700<br>Toronto, Ontario, Canada, M2N 6C6<br>Att. Vlad Rojko |
| Liquid Capital Exchange, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 | Liquid Capital Exchange, Inc.<br>c/o Roy L. Leaf<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA  52401-2030 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |
| Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 | Mark A Ludolph<br>Heyl, Royster, Voelker & Allen<br>300 Hamilton Boulevard<br>P.O. Box 6199<br>Peoria, IL 61601-6199 |
| Luis Perdomo Moreno<br>12023 Growing Sq. Apt C1<br>Reston, VA 20191-1889 | (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 |

Lumen Technologies Group, LLC
1025 Eldorado Blvd.
Attn: Legal - BKY
Broomfield, CO 80021-8254

Lyle Oesterberg
1520 Idledale Road NE
Cedar Rapids, IA 52402-1078

MOB Communications, LLC
13709 80th Terrace
Live Oak, FL 32060-8825

Manchester Leasing Service Inc
18173 Edison Ave
Unit G
Chesterfield, MO 63005-3722

Manchester Leasing Services, Inc
2771 104th Street, Suite 1
Urbandale, IA 50322-3883

Manchester Leasing Services, Inc.
@ Terry L. Gibson
Wandro & Associates
2015 Grand Avenue
Des Moines, IA 50312-4902

Manchester Leasing Services, Inc.
18173 Edison Avenue, Unit G
Chesterfield, MO 63005-3722

Manchester Leasing Services, Inc.
c/o Terry L Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA 50312

Maquoketa Valley REC
109 North Huber St
Anamosa, IA 52205-1453

Marcelino Avalos
760 E ETNA RD
Ottawa, IL 61350-1014

Mario Reyes Alfaro
9211 Timberwood Ct
Manassas, VA 20110-4837

Mark A Ludolph
Caterpillar Financial Services Corporati
Attn: Erin O'Quinn
2120 West End Avenue
Nashville, TN 37203-5341

Mark A Ludolph
Caterpillar Financial Services Corporati
Attn: Joan Morrison
2120 West End Avenue
Nashville, TN 37203-5341

Mark Sheller
600 East Poplar Road
Sterling, VA 20164-3335

Marlin Business Bank
2795 E Cottonwood Pkwy
Salt Lake City, UT 84121-7092

Marlin Capital Solutions
300 Fellowship Rd
Mount Laurel, NJ 08054-1201

Marlin Capital Solutions
300 Fellowship Rd
Mt. Laurel, NJ 08054-1201

Marlin Leasing Corporation dba PEAC Solution
300 Fellowship Road
Mt Laurel, NJ 08054-1201

Ronald C. Martin
Day Rettig Martin, P.C.
383 Collins Rd. NE, Ste. 207
Cedar Rapids, IA 52402-3147

Marvair
P.O. Box 400
Cordele, GA 31010-0400

McCarthy Tire Service Co of VA
PO Box 1125
Wilkes Barre, PA 18703-1125

McCoart Electric
68 Horse Picture
Lowmansville, KY 41232-9089

McGrath
4610 Center Point Rd NE
Cedar Rapids, IA 52402-2412

Martin McLaughlin
United States Attorney's Office
111 7th Ave SE
Cedar Rapids, IA 52401-2103

(p)MEDIACOM COMMUNICATIONS CORPORATION
ONE MEDIACOM WAY
CHESTER NY 10918-4850

Mediacom Legal Department
1 Mediacom Way
Mediacom Park, NY 10918-4810

MidAmerica Energy Company
PO Box 8020
Davenport, IA 52808-8020

MidAmerican Energy Company
PO Box 4350 Credit
Davenport IA 52808-4350

Midwest Wheel Companies
200 50th Ave SW
Cedar Rapids, IA 52404-4926

Mike Miner
14407 Amber Road x44
Monticello, IA 52310-8070

| | | |
|---|---|---|
| Millbrook Quarries LLC & DBA<br>PO Box 163<br>Broad Run, VA 20137-0163 | (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 | Millennium<br>120 S. Wright St.<br>Delavan, WI 53115-2012 |
| Mobile Mini Inc<br>4646 E Van Buren St Ste 400<br>Phoenix, AZ 85008-6927 | Modular Connections, LLC<br>1090 Industrial Blvd<br>Bessemer, AL 35022-6009 | Moises Santos Yanes<br>8436 Graves Street Apt 103<br>Alexandria, VA 22309-8447 |
| Evan Lincoln Moscov<br>Law Office of Evan L. Moscov<br>P.O. Box 8305<br>Waukegan, IL 60079-8305 | NOVA RECON<br>7720 Bethlehem Road<br>Manassas, VA 20109-2716 | NOVEC<br>PO Box 34795<br>Alexandria, VA 22334-0795 |
| New Age Drilling LLC<br>3212 23rd St<br>Des Moines, IA 50320-2647 | Benjamin Gregory Nielson<br>Pugh Hagen Prahm, P.L.C.<br>425 E. Oakdale Blvd<br>Suite 201<br>Coralville, IA 52241-3404 | NinjaOne<br>3687 Tampa Road Suite 200<br>Oldsmar, FL 34677-6313 |
| Northern Wisconsin Fence<br>W7620 Cork Rd.<br>Phillips, WI 54555-6366 | Office of the US Trustee<br>111 Seventh Avenue SE, Suite 2800<br>Cedar Rapids, IA 52401-2103 | Ostafi Communications Inc<br>2121 Swan Drive<br>Camanche, IA 52730-2009 |
| Overhead Door<br>6515 4th Street SW<br>Cedar Rapids, IA 52404-4761 | Ozzy Fiber Construction, Inc<br>14378 Sandhill Road<br>Louisville, NE 68037-2848 | PEAC Solutions<br>300 Fellowship Rd<br>Mt. Laurel Township, NJ 08054-1201 |
| PJI Law<br>3900 Jermantown Rd<br>Fairfax, VA 22030-4900 | PWCSA<br>PO Box 2266<br>Woodbridge, VA 22195-2266 | Paul Garner<br>1475 Drummer Hill Rd<br>Front Royal, VA 22630-4355 |
| Reyna Paz<br>President & CEO of RP Construction,<br>LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | Austin Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | Pennsylvania Department of Revenue<br>PO Box 280904<br>Harrisburg, PA  17128-0904 |
| Pinco Construction, Inc.<br>21010 Southbank st. #605<br>Sterling, VA 20165-7227 | Plumetazz America Corp<br>225 Thrasher Pike<br>Soddy Daisy, TN 37379-4267 | Poly Vinyl Roofing<br>785 Elbow Creek Rd<br>Mount Vernon, IA 52314-9732 |
| Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 | Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 |

| | | |
|---|---|---|
| Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 | Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 |
| Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 | Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 |
| RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 | ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 | RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309 | Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 |
| Janet G. Reasoner<br> U.S. Trustee<br>111 7th Ave SE<br>Box 17<br>Cedar Rapids, IA 52401-2103 | Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 |
| Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 | Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 |
| Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 | Jason Rosell<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street<br>34th Floor, Suite 3430<br>San Francisco, CA 94104-4448 |
| Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 | Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 |
| Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 | S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 |
| Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 | Schimberg Company<br>1106 Shaver Rd NE<br>Cedar Rapids, IA 52402-4500 | Sega Ag Works Inc<br>PO Box 39<br>Cissna Park, IL 60924-0039 |

| | | |
|---|---|---|
| Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 | (p)SHEETS STERLING, INC<br>ATTN KIMBERLY BOWSER<br>P O BOX 615<br>STERLING VA 20167-0615 | Sheets Sterling, Inc.<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 |
| Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265 | Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 | David Skalka<br>Croker, Huck, Kasher, DeWitt, Anderson &<br>2120 S 72nd Street<br>Suite 1200<br>Omaha, NE 68124-2366 |
| Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 | Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 |
| Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 | Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite O<br>Lawrenceville, GA 30043-5897 |
| South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | Kristina M. Stanger<br>Nyemaster Goode, P.C.<br>700 Walnut Street<br>Suite 1300<br>Des Moines, IA 50309-3818 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 |
| State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 | State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 |
| Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 | SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 |
| Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 | Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 |
| Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN 37242-1099 | Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 | The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 |

| | | |
|---|---|---|
| Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 | Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 | Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 |
| Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 | Tripwireless, INC.<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 |
| Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 | (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 |
| U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 | USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 | USTDW<br>PO Box 365<br>Walford, IA 52351-0365 |
| Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 | United Healthcare<br>Atlanta, GA  30374-0376 | United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 |
| United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>Office of the United States Trustee<br>210 Walnut Street, Suite 793<br>Des Moines, IA 50309-2106 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 |
| United States of America (SBA)<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401-2101 | United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 | UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 |
| Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 | Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 | Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 |
| Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 | Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 |

| | | |
|---|---|---|
| Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 | WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 | WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 |
| WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 | Wagner Falconer & Judd, Ltd.<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 |
| Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 | Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 | Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 |
| Cheryl Wesler<br>PO Box 19016<br>Kalamazoo, MI 49019-0016 | West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 |
| L. Ashley Wieck<br>U.S. Trustee<br>Federal Building<br>210 Walnut Street, Rm 793<br>Des Moines, IA 50309-2106 | Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 |
| Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 | Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 | Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 |
| Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309-8007 | Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1067 | Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA 94104-4436 |
| Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY 10017 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM  87106 | Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 |
| Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA  52406-3060 | Altorfer Inc<br>P.O. Box 1347<br>Cedar Rapids, IA 52405 | Baltimore County Maryland<br>400 Washington Avenue<br>Towson, MD 21204 |
| Bill<br>6220 America Center Drive., Suite 100<br>San Jose, CA 95002 | Breakout Capital, LLC<br>1451 Dolley Madison Blvd<br>Suite 200<br>Mclean, VA 22101 | Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN  37203-0001 |
| (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US | (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Maryland<br>Revenue of Admin Div<br>110 Carroll St<br>Annapolis, MD  21411-0001 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road, Wayne, PA 19<br>Wayne, PA 19087 | Deere Credit, Inc.<br>6400 NW 86th Street<br>Johnston, IA  50131 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0001 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | Green State Credit Union<br>2355 Landon Rd<br>North Liberty, IA 52317 | (d)GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 |
| Herc Rentals<br>23745 Pebble Run Place<br>Sterling, VA 20166 | (d)Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL  34134 | Imon Communications, LLC<br>101 3rd Ave SW, Suite 400<br>Cedar Rapids, IA  52404 |
| Iowa Dept of Revenue<br>PO Box 10330<br>Des Moines, IA 50306-0330 | (d)John Deere Financial<br>6400 NW 86t St<br>Johnston, IA 50131 | (d)John Deere Financial f.s.b.<br>PO Box 6600<br>Johnston, IA 50131 |
| Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 | Lumen<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8254 | Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA  52402 |

| | | |
|---|---|---|
| (d)Mediacom Communications Corp<br>Attn  Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL  32563 | Millbrook West LLC<br>PO Box 163<br>Broad Run, VA 20137 | (d)Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| Sheets Sterling, Inc.<br>PO Box 615<br>Sterling, VA 20167 | (d)Sheets Sterling, inc<br>PO Box 615<br>Sterling, VA 20167 | Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 |
| Treasurer of VA<br>P.O. Box 570<br>Richmond, VA 23218-0570 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 | U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 |
| (d)US Attorney (IRS)<br>111 7th Avenue SE #1<br>Cedar Rapids, IA 52401 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)BANK OF AMERICA, N.A. |
| (u)BMO Bank N.A., f/k/a Bank of the West, d/b | (u)Breakout Capital Finance, LLC | (u)Dennis Bruce |
| (d)Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | (u)Daniel R. Schmoldt Enterprises Inc.<br>4807 Rockside Road, Suite 240<br>, | (u)Deere Credit Inc. |
| (d)East Central Iowa Council of Governments<br>700 16th Street NE<br>Suite 301<br>Cedar Rapids, IA 52402-4665 | (d)Edge Consulting Engineers, Inc.<br>624 Water Street<br>Prairie Du Sac, WI 53578-1027 | (d)Farmers & Merchants Savings Bank<br>200 First Street SW<br>Cedar Rapids, IA 52404-5735 |
| (u)Five Star Communications, LLC | (d)Green Note Capital Partners SPV LLC<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 | (d)Guy M. Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 |

| | | |
|---|---|---|
| (d)HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | (u)Herc Rentals, Inc. | (u)Hiawatha Properties LLC |
| (d)ImOn Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | (u)Isotropic Network, Inc. | (u)John Deere Construction & Forestry Company |
| (d)Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 | (d)Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 | (d)L&M Underground Inc<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 |
| (u)Liquid Capital Exchange, Inc. | (u)Manchester Leasing Services, Inc. | (u)Official Committee of Unsecured Creditors |
| (d)Quality Power Solutions, LLC<br>5718 Manufacturers Drive<br>Madison, WI 53704-6276 | (d)RP Construction, LLC<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 | (d)Reyna Paz<br>President & CEO of RP Construction,<br>LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 |
| (d)Rush M. Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA 52402-2400 | (u)Smith, Gambrell & Russell, LLP | (d)Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE  68512 |
| (d)West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | End of Label Matrix<br>Mailable recipients　504<br>Bypassed recipients　 34<br>Total　　　　　　　　538 | |