UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.<br><br><br><br>Debtor(s). | ) CHAPTER 7<br>) CASE NO.  23-00484<br>)<br>) Adversary Case No. 25-09041<br>)<br>) ORDER APPROVING MOTION FOR<br>) COMPROMISE OR SETTLEMENT<br>) OF CONTROVERSY WITH<br>) ALLIANZ LIFE (ONLY). |

This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy with Allianz Life Insurance Company of North America ("Allianz Life") filed July 28, 2025 (the "Motion") (Docket 641). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on July 28, 2025, that the last date for filing objections thereto was August 18, 2025. The bar date has passed with no objections.

IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED; the Trustee is authorized to do whatever is necessary to consummate the settlement.

IT IS FURTHER ORDERED that any and all claims against Allianz Life relating to the terms of the settlement, the Debtor, BDC Group, Inc., or the Debtor's bankruptcy estate are forever barred in their entirety.

IT IS FURTHER ORDERED that the settlement proceeds will be held by the Trustee, pending resolution of the pending appeal in the United States Court of Appeals for the Eighth Circuit (Case No. 24-cv-00104).

DATED AND ENTERED:

August 20, 2025

_____
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840

Email: elally@lally-legal.com