| | |
|---|---|
| **From:** | ndia.ecf.notification@iand.uscourts.gov |
| **To:** | ndia.ecf.notification@iand.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-00104-LTS-MAR In Re BDC Group, Inc USCA Case Number |
| **Date:** | Wednesday, August 20, 2025 4:28:58 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Iowa**

## Notice of Electronic Filing

The following transaction was entered on 8/20/2025 at 4:27 PM CDT and filed on 8/20/2025
**Case Name:**       In Re BDC Group, Inc
**Case Number:**     1:24-cv-00104-LTS-MAR
**Filer:**
**WARNING: CASE CLOSED on 07/17/2025**
**Document Number:** 13

**Docket Text:**
**USCA Case Number 25-2635 for [11] Notice of Appeal filed by Keystone Savings Bank. (jlh)**

**1:24-cv-00104-LTS-MAR Notice has been electronically mailed to:**

Abram V Carls     acarls@spmblaw.com, smiller-miller@spmblaw.com

Elizabeth Marie Lally     elally@lally-legal.com, jheiserman@spencerfane.com

Joseph J Porter     jporter@spmblaw.com, osmith@spmblaw.com

US Trustee     ustpregion12.cr.ecf@usdoj.gov

US Bankruptcy Clerk-IAND     appeals@ianb.uscourts.gov

**1:24-cv-00104-LTS-MAR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=8/20/2025] [FileNumber=2958896-0
] [49d953ee5d697e64050a762952a08f41f0d2fc841d34e8d7f24bf09bb57afb10772
10dfdb8252dba62bef71e655528658c04d7984b642a8cd6514edf98aebfb2]]