United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |
| | | USTDW, PO Box 365, Walford, IA 52351-0365 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Aug 20 2025 21:02:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Abram V. Carls | on behalf of Plaintiff Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Anna M Hardin Staveley | on behalf of Plaintiff Keystone Savings Bank ahardin@spmblaw.com |
| Austin Peiffer | |

Case 23-00484  Doc 655  Filed 08/22/25  Entered 08/22/25 23:40:51  Desc Imaged
Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf902 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |
| | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |
| | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | |
| | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | |
| | on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com, khemann@pughhagan.com |
| Boanne R.M. Wassink | |
| | on behalf of Defendant Autohaus Ltd., d/b/a Carousel Audi Iowa City brw@shuttleworthlaw.com, heather@shuttleworthlaw.com |
| Brian S. Koerwitz | |
| | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Camber Jones | |
| | on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com |
| Claire Davison | |
| | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | |
| | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com beth@shuttleworthlaw.com |
| David Skalka | |
| | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth Lally | |
| | on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth Lally | |
| | on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | |
| | on behalf of Creditor Sheets Sterling Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com |
| Emily X. Douglas Moore | |
| | on behalf of Defendant Sheets Sterling Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com |
| Eric J. Langston | |
| | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
| | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | |
| | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | |
| | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jason Rosell | |
| | on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com |
| Jeffrey Douglas Goetz | |
| | on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | |
| | on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | |
| | on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey P. Taylor | |

Case 23-00484    Doc 655    Filed 08/22/25    Entered 08/22/25 23:40:51    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf902 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| John Michael Weston | |
| | on behalf of Defendant Liberty Mutual Insurance Company msmejkal@lwclawyers.com |
| Jonathan Barger | |
| | on behalf of Defendant Liberty Mutual Insurance Company jbarger@butler.legal |
| Jordan A Kroop | |
| | on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com |
| Joseph A. Peiffer | |
| | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | |
| | on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kenneth Clark Schirle | |
| | on behalf of Defendant Liberty Mutual Insurance Company cschirle@butler.legal |
| Kristina M. Stanger | |
| | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| Kristina M. Stanger | |
| | on behalf of Defendant Davis Tower Foundations LLC kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com |
| L. Ashley Wieck | |
| | on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov |
| Mark A Ludolph | |
| | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Martin McLaughlin | |
| | on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Rachel A Yaggi | |
| | on behalf of Defendant Allianz Life Insurance Company of North America rachel.yaggi@faegredrinker.com |
| Renee K. Hanrahan | |
| | rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com |
| Ronald C. Martin | |
| | on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com |
| Ronald C. Martin | |
| | on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com |
| Roy Ryan Leaf | |
| | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Rush M. Shortley | |
| | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Rush M. Shortley | |
| | on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | |
| | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com |
| Stephanie L. Hinz | |
| | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Stephanie L. Hinz | |
| | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Terry Gibson | |
| | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | |
| | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |

District/off: 0862-1 | User: admin | Page 4 of 4
Date Rcvd: Aug 20, 2025 | Form ID: pdf902 | Total Noticed: 3

| Name | Details |
|---|---|
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Timothy N. Lillwitz | on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Warren James Ford, III | on behalf of Defendant VW Credit Inc., d/b/a Audi Financial Services fordw@goosmannlaw.com |
| Wendee Noel Elliott-Clement | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com beth@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com |

TOTAL: 63

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| BDC Group, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | ORDER APPROVING MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT |
| Debtor(s). | ) | OF CONTROVERSY WITH |
| | ) | USTDW |

    This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy with USTDW (the "Motion") filed July 28, 2025 (Docket 642). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on July 28, 2025, that the last date for filing objections thereto was August 18, 2025. The bardate has passed with no objections.

    IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED; the Trustee is authorized to do whatever is necessary to consummate the settlement.

    IT IS FURTHER ORDERED that the settlement proceeds will be held by the Trustee pending resolution of an appeal in the United States Court of Appeals for the Eighth Circuit (Case No. 24-cv-00104).

DATED AND ENTERED:

August 20, 2025

_____
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com