United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |
| | + | American Boring INc, c/o Reg Agent Rocky E. Roark, 6895 Pickerington Rd, Carroll, OH 43112-9614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Aug 20 2025 21:02:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Abram V. Carls | on behalf of Plaintiff Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Anna M Hardin Staveley | |

Case 23-00484    Doc 657    Filed 08/22/25    Entered 08/22/25 23:40:51    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0862-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf902 | Total Noticed: 3 |

Austin Peiffer
on behalf of Plaintiff Keystone Savings Bank ahardin@spmblaw.com

Austin Peiffer
on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer
on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson
on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com, khemann@pughhagan.com

Boanne R.M. Wassink
on behalf of Defendant Autohaus Ltd., d/b/a Carousel Audi Iowa City brw@shuttleworthlaw.com, heather@shuttleworthlaw.com

Brian S. Koerwitz
on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones
on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison
on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers
on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com beth@shuttleworthlaw.com

David Skalka
on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally
on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com

Elizabeth Lally
on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com

Elizabeth L. Janczak
on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak
on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com

Emily X. Douglas Moore
on behalf of Creditor Sheets Sterling Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com

Emily X. Douglas Moore
on behalf of Defendant Sheets Sterling Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com

Eric J. Langston
on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam
on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

Evan Lincoln Moscov
on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov
on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner
on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Jason Rosell
on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz
on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey Douglas Goetz
on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey Douglas Goetz
on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com,

Case 23-00484   Doc 657   Filed 08/22/25   Entered 08/22/25 23:40:51   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf902 | Total Noticed: 3 |

bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey P. Taylor
    on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

John Michael Weston
    on behalf of Defendant Liberty Mutual Insurance Company msmejkal@lwclawyers.com

Jonathan Barger
    on behalf of Defendant Liberty Mutual Insurance Company jbarger@butler.legal

Jordan A Kroop
    on behalf of Creditor Zayo Group  LLC jkroop@pszjlaw.com

Joseph A. Peiffer
    on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
    on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kenneth Clark Schirle
    on behalf of Defendant Liberty Mutual Insurance Company cschirle@butler.legal

Kristina M. Stanger
    on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Kristina M. Stanger
    on behalf of Defendant Davis Tower Foundations  LLC kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

L. Ashley Wieck
    on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
    on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Rachel A Yaggi
    on behalf of Defendant Allianz Life Insurance Company of North America rachel.yaggi@faegredrinker.com

Renee K. Hanrahan
    rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com

Ronald C. Martin
    on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

Ronald C. Martin
    on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

Roy Ryan Leaf
    on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Rush M. Shortley
    on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Rush M. Shortley
    on behalf of Creditor Marcelino Avalos rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink
    on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse
    on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com

Stephanie L. Hinz
    on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com,
dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
    on behalf of Defendant Breakout Capital Finance  LLC shinz@pbalawfirm.com,
dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
    on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@wandrolaw.com

District/off: 0862-1     User: admin     Page 4 of 4
Date Rcvd: Aug 20, 2025     Form ID: pdf902     Total Noticed: 3

Terry Gibson
    on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
    on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tonita M Helton
    on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

Warren James Ford, III
    on behalf of Defendant VW Credit Inc., d/b/a Audi Financial Services fordw@goosmannlaw.com

Wendee Noel Elliott-Clement
    on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com beth@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com

Wesley B. Huisinga
    on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com

TOTAL: 63

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 23-00484 |
| BDC Group, Inc. ) | |
| ) | Adversary Case No. 25-09030 |
| ) | |
| ) | ORDER APPROVING MOTION FOR |
| ) | COMPROMISE OR SETTLEMENT |
| Debtor(s). ) | OF CONTROVERSY WITH |
| ) | AMERICAN BORING |
| ) | INCORPORATED |

This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy with American Boring Incorporated (the "Motion") filed July 28, 2025 (Docket 643). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on July 28, 2025, that the last date for filing objections thereto was August 18, 2025. The bardate has passed with no objections.

IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED; the Trustee is authorized to do whatever is necessary to consummate the settlement.

IT IS FURTHER ORDERED that the settlement proceeds will be held by the Trustee pending resolution of an appeal in the United States Court of Appeals for the Eighth Circuit (Case No. 24-cv-00104).

DATED AND ENTERED:

August 20, 2025

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com