| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 23-00484<br>Northern District of Iowa<br>Cedar Rapids<br>Mon Aug 25 07:41:41 CDT 2025 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BDC Group, Inc.<br>c/o Dennis C. Bruce<br>565 Eastview Ave.<br>Marion, IA 52302 | BerganKDV<br>Creative Planning Tax, LLC<br>417 1st Ave. SE, Suite 300<br>Cedar Rapids, IA 52401-1309 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | DVA, Inc. d/b/a Ditch Witch of Virginia<br>DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | East Central Iowa Council of Governments<br>700 16th ST NE STE 301<br>Cedar Rapids, IA 52402-4665 |
| Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 | RP Construction, LLC<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (p)SHEETS STERLING  INC<br>ATTN KIMBERLY BOWSER<br>P O BOX 615<br>STERLING VA 20167-0615 | United States Trustee<br>Office of the United States Trustee<br>210 Walnut Street, Suite 793<br>Des Moines, IA 50309-2106 | United States of America (SBA)<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401-2101 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1067 | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401-2103 |
| 1 Stop Traffic Services, LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | ABB (Fastwyre)<br>1605 Washington St<br>Blair, NE 68008-1655 |
| AG & EG, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | AT&T Services, Inc.<br>Attn:  Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 |
| AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 | Abram V Carls<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 | Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 |

| | | |
|---|---|---|
| Adam Martin<br>1285 Hickory Ridge Dr<br>Marion, IA 52302-0059 | Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | (p)ADVANCED TOWER SERVICES LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 |
| Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 | Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 | Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 |
| Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 | (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 |
| Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 |
| Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 | Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 |
| B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 | BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 |

| | | |
|---|---|---|
| BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 | BMO Harris Bank NA<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | BMO Harris Bank NA<br>PO Box 71810<br>Chicago, IL 60694-1810 |
| BTM Engineering, Inc<br>3001 Taylor Springs Drive<br>Louisville, KY 40220-1586 | (p)BALTIMORE COUNTY MARYLAND<br>ATTN OFFICE OF BUDGET & FINANCE<br>400 WASHINGTON AVENUE<br>RM 150<br>TOWSON MD 21204-4605 | Bank of America<br>100 North Tryon Street<br>Charloette, NC 28255-0001 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS 66213-2660 | Bank of the West dba Ditch Witch Financial S<br>c/o Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 |
| Barbour Building Systems, LLC<br>21421 E Truman Road<br>Independence, MO 64056-2673 | Barnhart Crane<br>PO Box 2153 Dept 1906<br>Birmingham, AL 35287-0002 | BerganKDV<br>417 First Avenue SE<br>Suite 300<br>Cedar Rapids, IA 52401-1309 |
| Bid2win Software, Inc.<br>aka B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801-3846 | (p)BILL<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003-2213 |
| Bollmeier Crane & Lift<br>508 Hickory Lane<br>Marissa, IL 62257-1706 | Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 | Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| Breakout Capital Finance, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | (p)BREAKOUT CAPITAL  LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 | Breakout Capital, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Bright Lighting, Inc.<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613-4862 | Bulldog Pipe<br>8991 West Business 60<br>Mountain Grove, MO 65711-2289 |
| CAJ Services, LLC<br>2400 Tawakoni Dr<br>Wylie, TX 75098-0797 | CAT Financials<br>Lockbox 730681<br>14800 Frye Road 2nd Floor<br>Fort Worth, TX 76155-2732 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 |
| CIT Sewer Solutions<br>530 Dubois Ave.<br>McCallsburg, IA 50154 | Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace Bruce<br>565 Eastview Avenue<br>Marion, IA 52302-5974 |

| | | |
|---|---|---|
| Capital Installations & Services LLC<br>c/o Alejandro Avalos<br>1202 Evergreen Ln<br>Pingree Grove, IL 60140-9100 | Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 |
| Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 | Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL 61601-6199 |
| Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 |
| Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 | Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 |
| Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 | City of Cedar Rapids<br>Attn: Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 |
| Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 | Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 |
| Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 | Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 |
| Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | Commercial Group Realty<br>Attn: Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 |
| Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 | Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |

Comstar Supply
105 Kestrel Drive
Collegeville, PA 19426-2061

Coopwood's Air Conditioning
414 W. Tidwell Rd
Houston, TX 77091-4337

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708-2576


Courtney Senters
1780 Valentine Drive
Marion, IA 52302-8905

Crowbar's Ltd
4151 3rd Ave Ste 101
Marion, IA 52302-3957

Cynthia Chelf
4609 Condor St
Muscatine, IA 52761-8966


D & S Construction
1270 Country Club Dr
Marion, IA 52302-5504

D.R.S. Enterprises, Inc
5339 Canal Road
Garfield, OH 44125-4808

DAVIS TOWER FOUNDATIONS, LLC
7001 W MEMORY LANE
HULBERT, OK 74441-1904


DDL Business Systems, LLC
PO Box 940
Stephens City, VA 22655-0940

DM Concrete, LLC
2462 10th Ave
Marion, IA 52302-2123

DTCenter 1, Bldg C UOA
c/o CGR Comm Mgmt, LLC
23465 Rock Haven Way, Ste. 205
Sterling, VA 20166-4429


DVA, Inc. d/b/a
Ditch Witch of Virginia
AEGIS Law - Eric Langston
601 S. Lindbergh Blvd.
Frontenac, MO 63131-2733

DVA, Inc. d/b/a
Ditch Witch of Virginia
c/o AEGIS Law- Eric Langston
601 S. Lindbergh Bldv.
Frontenac, MO 63131-2733

DVA, Inc. dba Ditch Witch of Virginia
11053 Washington Highway
Glen Allen, VA 23059-1905


DVA, Inc. dba Ditch Witch of Virginia
c/o Eric J. Langston
601 S. Lindbergh Blvd.
Frontenac, MO 63131

David M. Leneghan
4807 Rockside Road, Suite 240
Independence, OH 44131-2159

Davis Tower Foundation LLC
7001 W Memory Lane
Hulbert, OK 74441-1904


Dawson Olson
1285 Lincoln Drive
Marion, IA 52302-2348

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Dean A Spina
2007 First Avenue SE
Cedar Rapids, IA 52402-6344


Deere Credit Inc.
c/o Benjamin G. Nielson
P.O. Box 2107
Cedar Rapids, IA 52401-2107

Deere Credit, Inc.
c/o Wesley B. Huisinga
235 6th St. SE
Cedar Rapids, IA 52401

Delaware Withholding
Correspondence/Annual Forms
PO Box 830
Wilmington, DE 19899-0830


(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dennis Bruce
565 Eastview Ave.
Marion, IA 52302-5974

Dennis Bruce
c/o Ronald C Martin
PO Box 2877
Cedar Rapids, IA 52406-2877


Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Departmet of Workforce Development
Unemployment Insurance Div
Collections-Tax
PO Box 8914
Madison, WI 53708-8914

Derek Neunaber
9710 York St
Anamosa, IA 52205-7869

| | | |
|---|---|---|
| Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 | Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 | Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 |
| Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 | Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 | Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 |
| Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 | Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 | Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 |
| Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA  52402 |
| Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 | Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 |
| Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 |
| Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 | Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 | Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 |

| | | |
|---|---|---|
| Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA  52405 |
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Five Star Communications, LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 | Five Star Communications, LLC<br>c/o David J. Skalka, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE  68124 |
| Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 | Francisco Argueta Pereira<br>8981 Bonham Cir<br>Manassas, VA 20110-4294 |
| Freddie Aviles<br>6807 Kingswood Lane Northeast<br>Cedar Rapids, IA 52402-5937 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082-3599 | Fusion Telecom Services, LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 |
| GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St #318<br>Miami, FL 33166-4404 | Gadi Dotz (Gene Rosen's Law Firm - A Pr<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |
| Galinsky Family Real Estate<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | Galinsky Family Real Estate, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, Iowa 50317-1550 | Galloway Group<br>5840 Youngquist Rd<br>Ft. Meyers, FL 33912-2271 |
| Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Garrett Cowan<br>52 Cowan Rd.<br>Covington, PA 16917-9537 | Gary Bass Construction, Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 |
| Genesis Utility Inc<br>1740 Fox Downs Lane<br>Oilville, VA 23129 | Genuine Cable Group<br>P.O. Box 734769<br>Chicago, IL 60673-4769 | Gina L Kramer<br>210 Jones St., Suite 201<br>Dubuque, IA 52001-7615 |
| Global Rental Co. Inc.<br>33 Inverness Center Pkwy Ste 250<br>Birmingham, AL 35242-7648 | Global Rental Co., Inc.<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203-2629 | Graybar Electric Co<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 |
| Graybar Electric Company, Inc.<br>7601 Setzler Parkway North<br>Brooklyn Park, MN 55445-1883 | Great America Financial Servic<br>PO Box 660831<br>Dallas, TX 75266-0831 | GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2032 |

| | | |
|---|---|---|
| GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Green Note Capital Partners, Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 |
| Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 | GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 |
| Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 |
| Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 |
| (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 | Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 |
| Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 |
| Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 | IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 |
| ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 | Imperial Crane Services, Inc<br>7500 W Imperial Drive<br>Bridgeview, IL 60455-2395 |
| Intact Compagnie d'Assurance<br>2020 Blvd Robert-Bourassa suite 100<br>Montral, QC, Canada, H3A 2A5<br>att. Anais Choucino | InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Department of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 | (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 |

| | | |
|---|---|---|
| Iowa Workforce Development-U/E<br>1000 E Grand Ave<br>Des Moines, IA 50319-0220 | Isotropic Network, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Isotropic Networks, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 |
| JA Lee Electric Services, LLC<br>11 Melanie Lane, Suite 9<br>East Hanover, NJ 07936-1100 | JJJ Cable Communication, LLC<br>2025 Keller Springs Rd #1015<br>Carrollton, TX 75006 | JK Communications LLC<br>304 Cottonwood St<br>Lexington, MO 64067-1386 |
| Jacob Hensel<br>1130 32nd St. NE<br>Cedar Rapids, IA 52402-3515 | James River Equipment<br>9107 Owens Dr<br>Manassas Park, VA 20111-4802 | Jared Nelson<br>717 Wilson Ave. Drive SW<br>Cedar Rapids, IA 52404-3751 |
| Jarod Lee<br>207 North Marion St<br>Andrew, IA 52030 | Jason A. Gang, Attorney<br>1245 Hewlett Plaza, #478<br>Hewlett, NY 11557-4021 | Jeramie Ellefson<br>10245 45Th Ave, Apt 4<br>Wyoming, IA 52362-7650 |
| Jesus Fuentes<br>2400 Vidalia Ct<br>Waldorf, MD 20601-3780 | Jim Lieurance<br>512 Tyler Street SE, #8<br>Cascade, IA 52033-9598 | Jody Rae Sartin<br>U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 |
| John Deere Construction & Forestry Co<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 | John Deere Construction & Forestry Company<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 | John Deere Construction & Forestry Company<br>c/o Wesley B. Huisinga<br>235 6th St SE<br>Cedar Rapids, IA 52401 |
| John Deere Financial<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 | John Deere Financial, f.s.b.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52401-2107 | Jon L. Swergold<br>Greenberg Traurug, LLP<br>401 East Las Olas Blvd<br>Ste 200<br>Fort Lauderdale, FL 33301-2211 |
| Jones Transport, LLC<br>c/o Jennifer Houston<br>6184 Hwy 98 West<br>Suite 210<br>Hattiesburg, MS 39402 | Jose Gutierrez<br>2044 Fairfax Pike Lot 56<br>White Post, VA 22663-1868 | Jose Reyes<br>615 Southlia Dr. Apt H<br>Kokomo, IN 46902-3490 |
| Jose Rojas<br>2044 Fairfax Pike #42<br>White Post, VA 22663-1872 | Juan Lira<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Justin Harris<br>5127 Sumerduck Rd<br>Warrenton, VA 20186 | KYF Global Partners<br>1019 Avenue P, #402<br>Brooklyn, NY 11223-2366 | KYF Global Partners<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |

| | | |
|---|---|---|
| KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 | Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 |
| Kaylee Bruce<br>1075 Parkview Dr.<br>Marion, IA 52302-2757 | Kaylee Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 |
| Kelly Kemmerling<br>654 28th St Court SE, Apt 303<br>Cedar Rapids, IA 52403-3003 | Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 | Kevin Haines<br>1984 Scales Bend Road NE<br>North Liberty, IA 52317-9332 |
| Keystone Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 | Keystone Savings Bank<br>Abram Carls<br>115 3rd Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Keystone Savings Bank<br>c/o Abram V Carls<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 |
| Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 | Konica Minolta Business Solutions<br>c/o Lynn Fisher - Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446-1217 |
| Konica Minolta Business Solutions USA<br>c/o US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>P.O. Box 790448<br>St Louis, MO 63179-0448 | Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 |
| Kyle Enterprises, LLC d/b/a Millennium<br>Wagner Falconer & Judd, Ltd<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | L & M Underground, Inc.<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | Lamoni HCP<br>139 N. Linden St<br>Lamoni, IA 50140-1045 |
| Lamoni Heating, Cooling, & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | Leonardo Meza Jr<br>11057 Vista Del sol Dr<br>El Paso, TX 79935-4311 | Liberty Doors<br>900 West Penn Street<br>North Liberty, IA 52317-9524 |
| Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County Rural Electric Cooperative Assoc<br>Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Liomedes Fuentes<br>7783 Black Horse Ct<br>Manassas, VA 20109-8207 | Liquid Capital Exchange<br>5075 Yonge St. Ste 700<br>Toronto, Ontario CANADA<br>M2N 6C6 | Liquid Capital Exchange, Inc<br>5075 Yonge St. Ste. 700<br>Toronto, Ontario, Canada, M2N 6C6<br>Att. Vlad Rojko |

| | | |
|---|---|---|
| Liquid Capital Exchange, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 | Liquid Capital Exchange, Inc.<br>c/o Roy L. Leaf<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA  52401-2030 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |
| Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 | Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 |
| (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 | Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn:  Legal - BKY<br>Broomfield, CO 80021-8254 |
| Lyle Oesterborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 | Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 | Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 | Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 |
| Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 | Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 |

| | | |
|---|---|---|
| McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 | McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 | McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 |
| (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | Mediacom Legal Department<br>1 Mediacom Way<br>Mediacom Park, NY 10918-4810 | MidAmerica Energy Company<br>PO Box 8020<br>Davenport, IA  52808-8020 |
| MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport IA 52808-4350 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 | Mike Miner<br>14407 Amber Road x44<br>Monticello, IA 52310-8070 |
| Millbrook Quarries LLC & DBA<br>PO Box 163<br>Broad Run, VA 20137-0163 | (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 | Millennium<br>120 S. Wright St.<br>Delavan, WI 53115-2012 |
| Mobile Mini Inc<br>4646 E Van Buren St Ste 400<br>Phoenix, AZ 85008-6927 | Modular Connections, LLC<br>1090 Industrial Blvd<br>Bessemer, AL 35022-6009 | Moises Santos Yanes<br>8436 Graves Street Apt 103<br>Alexandria, VA 22309-8447 |
| NOVA RECON<br>7720 Bethlehem Road<br>Manassas, VA 20109-2716 | NOVEC<br>PO Box 34795<br>Alexandria, VA 22334-0795 | New Age Drilling LLC<br>3212 23rd St<br>Des Moines, IA 50320-2647 |
| NinjaOne<br>3687 Tampa Road Suite 200<br>Oldsmar, FL 34677-6313 | Northern Wisconsin Fence<br>W7620 Cork Rd.<br>Phillips, WI 54555-6366 | Office of the US Trustee<br>111 Seventh Avenue SE, Suite 2800<br>Cedar Rapids, IA 52401-2103 |
| Ostafi Communications Inc<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Overhead Door<br>6515 4th Street SW<br>Cedar Rapids, IA 52404-4761 | Ozzy Fiber Construction, Inc<br>14378 Sandhill Road<br>Louisville, NE 68037-2848 |
| PEAC Solutions<br>300 Fellowship Rd<br>Mt. Laurel Township, NJ 08054-1201 | PJI Law<br>3900 Jermantown Rd<br>Fairfax, VA 22030-4900 | PWCSA<br>PO Box 2266<br>Woodbridge, VA 22195-2266 |
| Paul Garner<br>1475 Drummer Hill Rd<br>Front Royal, VA 22630-4355 | Pennsylvania Department of Revenue<br>PO Box 280904<br>Harrisburg, PA  17128-0904 | Pinco Construction, Inc.<br>21010 Southbank st. #605<br>Sterling, VA 20165-7227 |

| | | |
|---|---|---|
| Plumetazz America Corp<br>225 Thrasher Pike<br>Soddy Daisy, TN 37379-4267 | Poly Vinyl Roofing<br>785 Elbow Creek Rd<br>Mount Vernon, IA 52314-9732 | Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 |
| Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 | Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 |
| Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 | Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 |
| Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 | RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 |
| ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 | RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309 |
| Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 | Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 |
| Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 |
| Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 | Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 |
| Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 | Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 |
| S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 | Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 |

| | | |
|---|---|---|
| Schimberg Company<br>1106 Shaver Rd NE<br>Cedar Rapids, IA 52402-4500 | Sega Ag Works, Inc<br>PO Box 39<br>Cissna Park, IL 60924-0039 | Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 |
| Sheets Sterling, Inc.<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 | Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265 | Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 |
| Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 | Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 |
| Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 | Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite O<br>Lawrenceville, GA 30043-5897 |
| South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 | State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 |
| State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 | Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 |
| SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 |
| Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN 37242-1099 | Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 |
| The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 | Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 |

| | | |
|---|---|---|
| Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 |
| Tripwireless, INC.<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 | Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 |
| (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 | U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 |
| (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 | USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 |
| USTDW<br>PO Box 365<br>Walford, IA 52351-0365 | Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 | United Healthcare<br>Atlanta, GA 30374-0376 |
| United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 | United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 |
| United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 | UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 | Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 |
| Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 | Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 |
| Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 | Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 |
| WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 | WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 | WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 |

| | | |
|---|---|---|
| Wagner Falconer & Judd, Ltd.<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 | Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 |
| Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 | Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 |
| Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 | West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 |
| Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI  53708-8901 | Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 | Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 |
| Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 | Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA  50309-8007 |
| Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA  94104-4436 | Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY  10017 | Cheryl Wesler<br>PO Box 19016<br>Kalamazoo, MI 49019-0016 |
| Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 | Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 |
| Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 | Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US |

| | | |
|---|---|---|
| GreenState Credit Union<br>PO Box 800<br>North Liberty, IA 52317 | John Deere Financial f.s.b.<br>PO Box 6600<br>Johnston, IA 50131 | Sheets Sterling, Inc.<br>PO Box 615<br>Sterling, VA 20167 |
| Advanced Tower Services, LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM  87106 | Alliant Energy<br>PO Box 3060<br>Cedar Rapids, IA  52406-3060 | Altorfer Inc<br>P.O. Box 1347<br>Cedar Rapids, IA 52405 |
| Baltimore County Maryland<br>400 Washington Avenue<br>Towson, MD 21204 | Bill<br>6220 America Center Drive., Suite 100<br>San Jose, CA 95002 | Breakout Capital, LLC<br>1451 Dolley Madison Blvd<br>Suite 200<br>Mclean, VA 22101 |
| (d)Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN  37203-0001 | (d)Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Maryland<br>Revenue of Admin Div<br>110 Carroll St<br>Annapolis, MD  21411-0001 |
| De Lage Landen Financial Serv<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | (d)De Lage Landen Financial Services Inc<br>1111 Old Eagle School Road, Wayne, PA 19<br>Wayne, PA 19087 | (d)Deere Credit, Inc.<br>6400 NW 86th Street<br>Johnston, IA  50131 |
| Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290-0001 |
| First Insurance Funding<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | (d)Green State Credit Union<br>2355 Landon Rd<br>North Liberty, IA 52317 | Herc Rentals<br>23745 Pebble Run Place<br>Sterling, VA 20166 |
| (d)Herc Rentals<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL  34134 | Imon Communications, LLC<br>101 3rd Ave SW, Suite 400<br>Cedar Rapids, IA  52404 | Iowa Dept of Revenue<br>PO Box 10330<br>Des Moines, IA 50306-0330 |
| (d)John Deere Financial<br>6400 NW 86t St<br>Johnston, IA 50131 | Lumen<br>1025 Eldorado Blvd<br>Broomfield, CO 80021-8254 | Mediacom Communications Corp<br>6300 Council Street NE<br>Cedar Rapids, IA  52402 |
| (d)Mediacom Communications Corp<br>Attn  Eddie Arnold<br>1613 Nantahala Beach Road<br>Gulf Breeze, FL  32563 | Millbrook West LLC<br>PO Box 163<br>Broad Run, VA 20137 | (d)Sheets Sterling, inc<br>PO Box 615<br>Sterling, VA 20167 |

```
Star Equipment Ltd                 Treasurer of VA                         U.S. Attorney (SBA)
1401 2nd Ave                       P.O. Box 570                            111 7th Avenue SE, Box 1
Des Moines, IA 50314               Richmond, VA 23218-0570                 Cedar Rapids, IA 52401


U.S. Small Business Administration (d)US Attorney (IRS)
Attn: Michelle Chesebro, Attorney  111 7th Avenue SE #1
332 S. Michigan, Suite 600         Cedar Rapids, IA 52401
Chicago, IL 60604
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BANK OF AMERICA, N.A.           (u)BMO Bank N.A., f/k/a Bank of the West, d/b  (u)Breakout Capital Finance, LLC


(u)Deere Credit Inc.               (u)Five Star Communications, LLC        (u)Herc Rentals, Inc.


(u)Hiawatha Properties LLC         (u)Isotropic Network, Inc.              (u)John Deere Construction & Forestry Company


(u)Liquid Capital Exchange, Inc.   (u)Manchester Leasing Services, Inc.    (u)Official Committee of Unsecured Creditors


(u)Smith, Gambrell & Russell, LLP  (d)Ally Bank c/o AIS Portfolio Services, LLC  (d)Complete Design Solutions, LLC
                                   4515 N. Santa Fe Ave. Dept. APS         3620 Developers Rd.
                                   Oklahoma City, OK 73118-7901            Indianapolis, IN 46227-3520


(u)Daniel R. Schmoldt Enterprises Inc.  (d)East Central Iowa Council of Governments  (d)Edge Consulting Engineers, Inc.
4807 Rockside Road, Suite 240      700 16th Street NE                      624 Water Street
,                                  Suite 301                               Prairie Du Sac, WI 53578-1027
                                   Cedar Rapids, IA 52402-4665


(d)Farmers & Merchants Savings Bank (d)Green Note Capital Partners SPV LLC (d)Guy M. Turner, Inc.
200 First Street SW                1019 Avenue P Suite 401                 PO Box 7776
Cedar Rapids, IA 52404-5735        Brooklyn, NY 11223-2366                 Greensboro, NC 27417-0776
```

| | | |
|---|---|---|
| (d)HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | (d)ImOn Communications<br>PO Box 3446<br>Cedar Rapids, IA  52406-3446 | (d)Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 |
| (d)L&M Underground Inc<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | (d)Quality Power Solutions, LLC<br>5718 Manufacturers Drive<br>Madison, WI 53704-6276 | (d)RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (d)Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE  68512 | (d)West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | (d)Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| (u)Dennis Bruce | (d)Reyna Paz<br>President & CEO of RP Construction,<br>LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | End of Label Matrix<br>Mailable recipients   472<br>Bypassed recipients    32<br>Total                 504 |