IA-18.5
(06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | ORDER APPROVING MOTION |
| | ) | FOR COMPROMISE OR |
| Debtor(s). | ) | SETTLEMENT OF CONTROVERSY |
| | ) | WITH GALLOWAY GROUP |

This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy filed August 05, 2025 (Docket 647). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on August 05, 2025, that the last date for filing objections thereto was August 26, 2025. The bardate has passed with no objections.

IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED; the trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED: August 27, 2025

_____
UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee