**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 23-00484 |
| BDC Group, Inc. ) | |
| ) | |
| ) | ORDER APPROVING MOTION FOR |
| ) | COMPROMISE OR SETTLEMENT |
| Debtor(s). ) | OF CONTROVERSY WITH |
| ) | KEYSTONE SAVINGS BANK |

This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy with Keystone Savings Bank (the "Motion") filed August 5, 2025 (Docket No. 648). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on August 5, 2025, that the last date for filing objections thereto was August 26, 2025. The bardate has passed with no objections.

IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved and the Motion is GRANTED;

IT IS FURTHER ORDERED the Trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED: August 27, 2025

_____
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge


Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com

Approved as to form and content:
***Counsel for Keystone Savings Bank***

By: */s/ Abram V. Carls*
Abram V. Carls, AT0011818
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: 319-366-7641
Email: acarls@spmblaw.com