UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|     BDC GROUP, INC., | ) | CASE NO: 23-00484 |
| | ) | |
| | ) | NOTICE OF FILING INCOME TAX |
|     Debtor. | ) | RETURNS AND REQUESTS FOR |
| | ) | PROMPT DETERMINATION |

COMES NOW, Renee K. Hanrahan, the duly appointed and acting trustee, and states that the Federal and State of Iowa Forms 1041/1040 Income Tax Returns for Estates and Trusts/Individual Income Tax Returns were prepared for the following tax period:

January 1, 2024 through December 31, 2024.

The State and Federal returns were electronically filed and accepted with the Internal Revenue Service and the Iowa Department of Revenue on September 2, 2025. On the same date, prompt determination requests were submitted to the taxing entities.

Copies of the returns are available to interested parties upon request to the undersigned.

DATED: *September 3, 2025*         */s/ Renee K. Hanrahan*
    Renee K. Hanrahan, Trustee
    PO Box 1088
    Cedar Rapids IA 52406-1088
    319.533.7358
    rhanrahan@sharontc.net