UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.<br><br><br>      Debtor(s). | CHAPTER 7<br>CASE NO.  23-00484<br><br>ORDER APPROVING MOTION FOR<br>COMPROMISE OR SETTLEMENT<br>OF CONTROVERSY WITH<br>WEST PACIFIC DRILLING, INC |

     This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy with West Pacific Drilling, Inc., (the "Motion") filed August 25, 2025 (Docket 661). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on August 25, 2025, that the last date for filing objections thereto was September 15, 2025. The bardate has passed with no objections.

     IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED;

     IT IS FURTHER ORDERED the Trustee is authorized to do whatever is necessary to consummate the settlement.


DATED AND ENTERED:

   September 16, 2025

                                                                       _____
                                                       HONORABLE THAD J. COLLINS
                                                       Chief Bankruptcy Judge


Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com