UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC Group, Inc.<br><br><br><br><br>Debtor(s). | ) CHAPTER 7<br>) CASE NO.  23-00484<br>)<br>) ADVERSARY CASE NO. 25-09041<br>)<br>) ORDER APPROVING MOTION FOR<br>) COMPROMISE OR SETTLEMENT<br>) OF CONTROVERSY WITH<br>) VW CREDIT, INC. (ONLY)<br>) |

    This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy with VW Credit, Inc. d/b/a Audi Financial Services (the "Motion") filed August 25, 2025 (Docket 662). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on August 25, 2025, that the last date for filing objections thereto was September 15, 2025. The bardate has passed with no objections.

    IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED;

    IT IS FURTHER ORDERED the Trustee is authorized to do whatever is necessary to consummate the settlement.


DATED AND ENTERED:

September 16, 2025

_____
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge


Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com