### Binding Mediation Agreement

**BDC Group, Inc. v. MidAmerican Energy Company, LACV 101650 (Linn County) (the "Lawsuit")**

**Keystone Savings Bank, intervening as Trustee over rights asserted by Plaintiff, BDC Group, Inc.**

MidAmerican Energy Company ("MidAmerican") agrees to pay Keystone Savings Bank ("Keystone") $209,119.79 within 30 days of final approval of this settlement in the bankruptcy court.

Keystone agrees to dismiss all claims in the Lawsuit with prejudice and fully conclude the Lawsuit upon receipt of the aforementioned payment.

This settlement is subject to final approval of the bankruptcy court, including its approval of dismissal of all claims in the Lawsuit.

_____
Travis Armstrong, on behalf of Keystone Savings Bank

_____
Abram Carls, Counsel for Keystone Savings Bank

_____
David Gorham, on behalf of MidAmerican Energy Company

_____
Gregory R. Brown, Counsel for MidAmerican Energy Company