**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE** |

TO THE DEBTOR, CHAPTER 7 TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Keystone Savings Bank filed a Motion for Order Approving Compromise with MidAmerican Energy Company ("Motion") in the above-captioned case on September 19, 2025.

NOTICE IS FURTHER GIVEN that objections to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, with a copy to the undersigned attorney, Chapter 7 Trustee, the United States Trustee, and the Debtor, addresses below, on or before October 10, 2025.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

NOTICE IS FURTHER GIVEN that if any objections are timely filed, a hearing on the Motion and objections will be scheduled by separate notice.

Dated: September 19, 2025

Respectfully Submitted,

SIMMONS PERRINE MOYER BERGMAN PLC

/s/ Abram V. Carls
Eric W. Lam, AT0004416
Abram V. Carls, AT0011818
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Facsimile: 319-366-1917
elam@simmonsperrine.com
acarls@spmblaw.com
ATTORNEYS FOR KEYSTONE SAVINGS BANK

Addresses:

| | | |
|---|---|---|
| Chapter 7 Trustee:<br>Renee K. Hanrahan<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Trustee's Counsel:<br>Elizabeth Lally<br>Spencer Fane LLP<br>13815 FNB Parkway<br>Suite 200<br>Omaha, NE 68154 | United States Trustee<br>111 7th Ave. SE, Box 17<br>Cedar Rapids, IA 52401 |

BDC Group, Inc.
c/o Dennis Bruce RA
1936 51st St. NW
Cedar Rapids, IA 52402

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System. The undersigned further certifies that a copy of the foregoing document was served upon creditors and other parties in interest identified in the attached matrix, by causing the foregoing document to be enclosed in an envelope addressed to the same and deposited in a United States Post Office depository on September 19, 2025.

/s/ Abram V. Carls