UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| BDC Group, Inc. | ) | |
| | ) | NOTICE OF AND MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT |
| Debtor(s). | ) | OF CONTROVERSY WITH |
| | ) | DAVIS TOWER FOUNDATIONS, LLC |

The undersigned Trustee has entered into a compromise or settlement of controversy and moves the court to approve the following:

The case trustee has brought an Adversary Proceeding, Case No. 25-09026, to recover payments made by the Debtor to Davis Tower Foundations, LLC ("Davis Tower") totaling $159,080.00. After discussions, and evaluation of the asserted defense(s), the parties have agreed to settle the legal dispute. Davis Tower and the Trustee will consider the retainage held by the Debtor as of its Petition Date and prior to conversion of the Debtor's chapter 11 bankruptcy case tendered to the Trustee, as representative of Debtor's Estate, in full and final satisfaction of all claims of any claims the Debtor or the Trustee may have against Davis Tower upon entry of a Court Order approving this settlement. The Trustee stipulates to and allows Davis Tower's Unsecured Claim (Estate Claim No. 112) in full and will dismiss, with prejudice, Davis Tower from the Adversary Proceeding. Additionally, the Trustee releases Davis Tower and its affiliated individuals and entities from any and all claims relating to the Debtor's bankruptcy case, including but not limited to the allegations in the Adversary Proceeding and related Complaint.

In light of the uncertainty of litigation, the legal issues involved, and the additional time and expenses involved in prosecuting these possibly preferential payments, the Trustee submits that the recovery as proposed herein is fair and reasonable.

NOTICE IS HEREBY GIVEN that objections must be served on the undersigned trustee, the United States Trustee, 111 7th Avenue SE Box 17, Cedar Rapids, Iowa 52401, debtor(s), debtor(s) counsel and filed with the Clerk of Bankruptcy Court at 111 7th Avenue SE Box 15, Cedar Rapids, Iowa 52401 on or before 4:30 p.m., October 21, 2025.

NOTICE IS FURTHER GIVEN that timely filed objections will be set for hearing by separate notice. If no objections are filed, a separate order will enter.

I hereby certify that on this date a copy of this Notice and Motion was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

DATED: September 30, 2025         _/s/ Renee K. Hanrahan_____
                                   Renee K. Hanrahan, Chapter 7 Trustee
                                   P.O. Box 1088
                                   Cedar Rapids, IA  52406-1088
                                   319.533.7358   rhanrahan@sharontc.net

NOTE:  Service List/Clerk's Mailing Matrix attached