```
Label Matrix for local noticing          (p)AG & BUSINESS LEGAL STRATEGIES      Ally Bank, c/o AIS Portfolio Services, LLC
0862-1                                   PO BOX 11425                           4515 N Santa Fe Ave. Dept. APS
Case 23-00484                            CEDAR RAPIDS IA 52410-1425             Oklahoma City, OK 73118-7901
Northern District of Iowa
Cedar Rapids
Tue Sep 30 06:46:17 CDT 2025

BDC Group, Inc.                          BerganKDV                              (p)CATERPILLAR FINANCIAL SERVICES CORPORATION
c/o Dennis C. Bruce                      Creative Planning Tax, LLC             2120 WEST END AVENUE
565 Eastview Ave.                        417 1st Ave. SE, Suite 300             NASHVILLE TN 37203-5341
Marion, IA 52302                         Cedar Rapids, IA 52401-1309


Complete Design Solutions, LLC           DVA, Inc. d/b/a Ditch Witch of Virginia   East Central Iowa Council of Governments
3620 Developers Rd.                      DVA, Inc. d/b/a Ditch Witch of Virginia   700 16th ST NE STE 301
Indianapolis, IN 46227-3520              11053 Washington Hwy                      Cedar Rapids, IA 52402-4665
                                         Glen Allen, VA 23059-1905


Green Note Capital Partners SPV LLC      (p)GREENSTATE CREDIT UNION             HM Cragg Co
1019 Avenue P                            ATTN LEGAL                             7490 Bush Lake Road
Suite 401                                PO BOX 800                             Edina, MN 55439-2801
Brooklyn, NY 11223-2366                  NORTH LIBERTY IA 52317-0800


(p)DEERE CREDIT SERVICES  INC            Keystone Savings Bank                  RP Construction, LLC
ATTN LITIGATION & RECOVERY DEPARTMENT    81 Main Street                         24008 Bishop Meade Place
PO BOX 6600                              PO Box 367                             Ashburn, VA 20148-1712
JOHNSTON IA 50131-6600                   Keystone, IA 52249-0367


(p)SHEETS STERLING  INC                  United States Trustee                  United States of America (SBA)
ATTN KIMBERLY BOWSER                     Office of the United States Trustee    United States Attorney's Office
P O BOX 615                              210 Walnut Street, Suite 793           111 7th Avenue SE
STERLING VA 20167-0615                   Des Moines, IA 50309-2106              Box 1
                                                                                Cedar Rapids, IA 52401-2101


Watts Electric Company                   Zayo Group, LLC                        111 Seventh Avenue SE #15
c/o Brian S. Koerwitz                    1805 29th Street                       Cedar Rapids, IA 52401-2103
5825 South 14th Street, Ste. 200         Boulder, CO 80301-1067
Lincoln, NE 68512-1233


1 Stop Traffic Services, LLC             1 Stop Utility & Construction          ABB (Fastwyre)
5636 Kendall Ct Unit A                   5636 Kendall Ct Unit A                 1605 Washington St
Arvada, CO 80002-2747                    Arvada, CO 80002-2747                  Blair, NE 68008-1655


AG & EG, LLC                             ARIZONA DEPARTMENT OF REVENUE          AT&T Services, Inc.
c/o Andrew Galinsky                      Office of the Arizona Attorney General -  Attn: Contract Admin
3900 Vandalia Road                       c/o Tax, Bankruptcy and Collection Sct    14575 Presidio Square Blvd
Des Moines, IA 50317-1550                2005 N Central Ave, Suite 100             Houston, TX 77083-1586
                                         Phoenix, AZ 85004-1546


AUS Inc                                  Abram V Carls                          Acme Tools
137 NE 48th Pl                           Simmons Perrine Moyer Bergman          1943 Blairs Ferry Rd NE
Des Moines, IA 50313-2343                115 Third Street SE, Suite 1200        Cedar Rapids, IA 52402-5811
                                         Cedar Rapids, IA 52401-1266
```

```
Adam Martin                          Adam Verastegui                      (p)ADVANCED TOWER SERVICES  LLC
1285 Hickory Ridge Dr                3023 SW Butternut Dr                 ATTN AMANDA PEREA
Marion, IA 52302-0059                Ankeny, IA 50023-7201                2417 BAYLOR DR SE
                                                                          ALBUQUERQUE NM 87106-3205


Advanced Traffic Control, Inc.       Affordable Pressure Washing          Ag & Business Legal Strategies
PO Box 8958                          7303 Mount Vernon Rd SE              c/o Joseph Peiffer
Cedar Rapids, IA 52408-8958          Cedar Rapids, IA 52403-7130          PO Box 11425
                                                                          Cedar Rapids, IA  52410-1425


Agustin Sanchez                      Alberto Garcia Jr                    Alex Martin
224 N Auburn Dr                      2024-42 Fairfax Pike                 4395 McGowan Blvd
Sterling, VA 20164-5410              White Post, VA 22663                 Marion, IA 52302-6266


Alfredo Trnidad Muniz Quijas         (p)ALLIANT ENERGY                    Allied Glass
11052 Vista Del Sol Dr               300 E SHERIDAN AVE                   1575 Ketelsen Dr
El Paso, TX 79935                    CENTERVILLE IA 52544-2625            Ste 500
                                                                          Hiawatha, IA 52233-2220


Ally Bank                            Ally Financial                       Ally Finanical
AIS Portfolio Services, LLC          PO Box 380902                        PO Box 380901
4515 N Santa Fe Ave. Dept. APS       Bloomington, MN  55438-0902          Bloomington, MN 55438-0901
Oklahoma City, OK 73118-7901


(p)ALTORFER INC                      American Boring Inc                  American Truck & Trailer Supply
PO BOX 1347                          6895 Pickering Rd                    11949 Livingston Road
CEDAR RAPIDS IA 52406-1347           Carroll, OH 43112-9614               Manassas, VA 20109-2780


Antonio Reyes                        Area Wide Protective                 Arizona Department of Revenue
201 Hays Ave                         P.O. Box 636219                      Attn:  Customer Care
Trenton, TN 38382-2130               Cincinnati, OH 45263-6219            PO Box 29086
                                                                          Phoenix, AZ  85038-9086


Arnold Motor Supply                  Arnold Motor Supply, LLP             Asphalt Restorations, Inc.
1000 44th St                         PO Box 320                           PO Box 278
Marion, IA 52302-1542                Spencer, IA 51301-0320               Crownsville, MD 21032-0278


B2W Software                         BL Tower Construction                BMO Bank N.A. fka Bank of the West
99 Bow Street Suite 500              11111 E Pine St                      dba Ditch Witch Financial Services
Portsmouth, NH 03801-3846            Tulsa, OK 74116-1600                 c/o Peter Chalik
                                                                          699 Walnut Street, Suite 2000
                                                                          Des Moines, IA  50309


BMO Bank, N.A. f/k/a Bank of the West d/b/a    BMO Bank, N.A. f/k/a Bank of the West d/b/a    BMO Harris Bank N.A.
1625 W. Fountainhead Pkwy. Fl 10               Thomas H. Burke                                PO Box 3040
Phoenix, AZ 85282-2371                         699 Walnut St., Suite 2000                     Cedar Rapids, IA 52406-3040
                                               Des Moines, IA 50309-3948
```

| | | |
|---|---|---|
| BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 | BMO Harris Bank NA<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | BMO Harris Bank NA<br>PO Box 71810<br>Chicago, IL 60694-1810 |
| BTM Engineering, Inc<br>3001 Taylor Springs Drive<br>Louisville, KY 40220-1586 | (p)BALTIMORE COUNTY MARYLAND<br>ATTN OFFICE OF BUDGET & FINANCE<br>400 WASHINGTON AVENUE<br>RM 150<br>TOWSON MD 21204-4605 | Bank of America<br>100 North Tryon Street<br>Charloette, NC 28255-0001 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS 66213-2660 | Bank of the West dba Ditch Witch Financial S<br>c/o Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 |
| Barbour Building Systems, LLC<br>21421 E Truman Road<br>Independence, MO 64056-2673 | Barnhart Crane<br>PO Box 2153 Dept 1906<br>Birmingham, AL 35287-0002 | BerganKDV<br>417 First Avenue SE<br>Suite 300<br>Cedar Rapids, IA 52401-1309 |
| Bid2win Software, Inc.<br>aka B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801-3846 | (p)BILL<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003-2213 |
| Bollmeier Crane & Lift<br>508 Hickory Lane<br>Marissa, IL 62257-1706 | Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 | Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| Breakout Capital Finance, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | (p)BREAKOUT CAPITAL LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 | Breakout Capital, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Bright Lighting, Inc.<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613-4862 | Bulldog Pipe<br>8991 West Business 60<br>Mountain Grove, MO 65711-2289 |
| CAJ Services, LLC<br>2400 Tawakoni Dr<br>Wylie, TX 75098-0797 | CAT Financials<br>Lockbox 730681<br>14800 Frye Road 2nd Floor<br>Fort Worth, TX 76155-2732 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 |
| CIT Sewer Solutions<br>530 Dubois Ave.<br>McCallsburg, IA 50154 | Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace Bruce<br>565 Eastview Avenue<br>Marion, IA 52302-5974 |

```
Capital Installations & Services LLC      Capital One Credit Card                  Capital One N.A.
c/o Alejandro Avalos                      PO Box 4069                              by American InfoSource as agent
1202 Evergreen Ln                         Carol Stream, IL 60197-4069              4515 N Santa Fe Ave
Pingree Grove, IL 60140-9100                                                       Oklahoma City, OK 73118-7901


Capital One N.A.                          Car Communications, LLC                  Carrier Access IT, LC
by American InfoSource as agent           8300 Sunset Dr                           1275 NW 128th St
PO Box 71083                              Manassas, VA 20110-3800                  Clive, IA 50325-7403
Charlotte, NC  28272-1083


Carrier Access IT, LC                     Castle Concrete LLC                      Caterpillar Financial Services Corporation
9440 Atlantic Dive SW, Suite 2            1325 Meade St                            c/o Mark A Ludolph
Cedar Rapids, IA 52404-8916               Flatwoods, KY 41139-1027                 300 Hamilton Boulevard - PO Box 6199
                                                                                   Peoria, IL  61601-6199


Cedar Rapids Linn County Solid Waste Agency   Cellco Partnership d/b/a Verizon Wireless   Centurylink
1954 County Home Road                     William M Vermette                       Centurylink Communications, LLC.
Marion, IA 52302-9758                     22001 Loudoun County PKWY                1025 El Dorado Blvd. (Attn:Legal-BKY)
                                          Ashburn, VA 20147-6122                   Broomfield, CO 80021-8254


Chad Harris                               Chantilly Crushed Stone, Inc.            Christopher L. Perkins
261 Sunset Lane                           PO Box 220112                            Eckert Seamans Cherin & Mellott, LLC
Hiawatha, IA 52233                        Chantilly, VA  20153-0112                919 E. Main Street, Suite 1300
                                                                                   Richmond, VA 23219-4624


Ciro Escalante                            City of Cedar Rapids                     City of Cedar Rapids
116 N Alder Ave                           Attn:  Rebecca Johnson Purchasing Agent  City Attorney
Sterling, VA 20164-4008                   101 First Street SE                      3851 River Ridge Road NE
                                          Cedar Rapids, IA 52401-1205              Cedar Rapids, IA 52402-7531


Clear Canopy, LLC                         Clog Busters                             Coastal Communications
1705 W. University Dr #108-106            3950 Vandalia Rd                         5841 Edison Place Suite 200
McKinney, TX 75069-3392                   Des Moines, IA 50317-1550                Carlsbad, CA 92008-6500


Collection Services Center                Colliflower, Inc.                        Colton Paris
PO Box 9125                               9320 Pulaski Highway                     1267 Lawrence Ave
Des Moines, IA 50306-9125                 Middle River, MD 21220-2418              Hazleton, IA 50641-9627


Comcast                                   Commercial Group Realty                  Complete Design Solutions LLC
P.O. Box 70219                            Attn:  Shahram Ghaffarkhan               511B Davidson Drive
Philadelphia, PA 19176-0219               11990 Market Street, Unite 501           Minooka, IL 60447-8423
                                          Reston, VA 20190-6000


Complete Design Solutions, LLC            Complete Design Solutions, LLC           (p)COMPTROLLER OF MARYLAND
Jeffrey P. Taylor                         c/o Jeffrey P. Taylor                    BANKRUPTCY UNIT
401 Old Marion Rd. NE                     401 Old Marion Road NE                   7 ST PAUL STREET SUITE 230
Cedar Rapids, IA 52402-2110               PO Box 10020                             BALTIMORE MD 21202-1626
                                          Cedar Rapids, IA 52410-0020
```

| | | |
|---|---|---|
| Comstar Supply<br>105 Kestrel Drive<br>Collegeville, PA 19426-2061 | Coopwood's Air Conditioning<br>414 W. Tidwell Rd<br>Houston, TX 77091-4337 | Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| Courtney Senters<br>1780 Valentine Drive<br>Marion, IA 52302-8905 | Crowbar's Ltd<br>4151 3rd Ave Ste 101<br>Marion, IA 52302-3957 | Cynthia Chelf<br>4609 Condor St<br>Muscatine, IA 52761-8966 |
| D & S Construction<br>1270 Country Club Dr<br>Marion, IA 52302-5504 | D.R.S. Enterprises, Inc<br>5339 Canal Road<br>Garfield, OH 44125-4808 | DAVIS TOWER FOUNDATIONS, LLC<br>7001 W MEMORY LANE<br>HULBERT, OK 74441-1904 |
| DDL Business Systems, LLC<br>PO Box 940<br>Stephens City, VA 22655-0940 | DM Concrete, LLC<br>2462 10th Ave<br>Marion, IA 52302-2123 | DTCenter 1, Bldg C UOA<br>c/o CGR Comm Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166-4429 |
| DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>AEGIS Law - Eric Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131-2733 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>c/o AEGIS Law- Eric Langston<br>601 S. Lindbergh Bldv.<br>Frontenac, MO 63131-2733 | DVA, Inc. dba Ditch Witch of Virginia<br>11053 Washington Highway<br>Glen Allen, VA 23059-1905 |
| DVA, Inc. dba Ditch Witch of Virginia<br>c/o Eric J. Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO  63131 | David M. Leneghan<br>4807 Rockside Road, Suite 240<br>Independence, OH 44131-2159 | Davis Tower Foundation LLC<br>7001 W Memory Lane<br>Hulbert, OK 74441-1904 |
| Dawson Olson<br>1285 Lincoln Drive<br>Marion, IA 52302-2348 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Dean A Spina<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 |
| Deere Credit Inc.<br>c/o Benjamin G. Nielson<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | Deere Credit, Inc.<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA  52401 | Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dennis Bruce<br>565 Eastview Ave.<br>Marion, IA 52302-5974 | Dennis Bruce<br>c/o Ronald C Martin<br>PO Box 2877<br>Cedar Rapids, IA  52406-2877 |
| Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Departmet of Workforce Development<br>Unemployment Insurance Div<br>Collections-Tax<br>PO Box 8914<br>Madison, WI 53708-8914 | Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 |

```
Derik Thomas                          Des Moines Water Works                Ditch Witch - Iowa
207 South Jones Street                2201 George Flagg Parkway             21124 Holden Dr
Anamosa, IA 52205-1752                Des Moines, IA 50321-1190             Davenport, IA 52806-9314


Ditch Witch Financial Services        Ditch Witch Financial Services        Ditch Witch of Virginia
8418 Canyon Drive                     a program of Bank of the West         11053 Washington Hwy
Armarillo, TX 79119-7200              1625 W Fountainhead Pkwy              Glen Allen, VA 23059-1905
                                      AZ-FTN-10C-A
                                      Tempe, AZ 85282-2371


Diversified Underground Inc           Division of Child Support Enforcement Divvy Credit Card
PO Box 460909                         Bankruptcy Unit                       13707 S 200 W
Aurora, CO 80046-0909                 P.O. Box 71900                        Ste 100
                                      Henrico, VA 23255-1900                Draper, UT 84020-2443


(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA   Donald B. Rice Tire Company, Inc. t/a Rice T   Douglas Chelf
PO BOX 26666                          Mary Beth Beard                       4609 Condor Street
RICHMOND VA 23261-6666                909 N. East Street                    Muscatine, IA 52761-8966
                                      Frederick, MD 21701-4621


Drake Shores                          Drilltech, LLC                        Dulles Electric Supply Corp
813 Saint Annes Drive                 7080 York Street                      22570 Shaw Rd
Iowa City, IA 52245-5635              Denver, CO 80229-7301                 Suite 150
                                                                            Sterling, VA 20166-4393


Dylan Bowser                          Dylan Davis                           E.R. Utilities Construction
19125 Dales Ford Rd                   2050 Edgewood Rd NW                   14520 Golden Oak Rd
Scotch Grove, IA 52310-7484           Cedar Rapids, IA 52405-1028           Centreville, VA 20121-2262


ECICOG                                ET Communications                     East Central Iowa Council of Governments
700 16th St NE                        40 E Station Ave                      c/o Rush M Shortley
#301                                  Coopersburg, PA 18036-2132            1921 51st Street NE
Cedar Rapids, IA 52402-4665                                                 Cedar Rapids, IA  52402


Echo Group Inc.                       Edge Consulting Engineers, Inc        Efrain Jovel
PO Box 336                            624 Water Street                      665 Dulles Park Ct #103
Council Bluffs, IA 51502-0336         Prairie du Sac, WI 53578-1027         Herndon, VA 20170-3848


Electrical Engineering & Equip        Elmer Majano Hernandez                Elmer Pereira
953 73rd Street                       15095 Arum Pl                         15095 Arum Pl
Windsor Heights, IA 50324-1031        Woodbridge, VA 22191-3847             Woodbridge, VA 22191-3847


Euler Hermes N. A. Insurance Co. as Agent fo   Farmers & Merchants Savings Bank    Fence Pros Inc
800 Red Brook Blvd, #400C             200 First St SW                       3887 Trigg Turner Rd
Owings Mills, MD 21117, MD 21117-5173 Cedar Rapids, IA 52404-5735           Corydon, KY 42406-9581
```

| | | |
|---|---|---|
| Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA 52405 |
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Five Star Communications, LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 | Five Star Communications, LLC<br>c/o David J. Skalka, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE 68124 |
| Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 | Francisco Argueta Pereira<br>8981 Bonham Cir<br>Manassas, VA 20110-4294 |
| Freddie Aviles<br>6807 Kingswood Lane Northeast<br>Cedar Rapids, IA 52402-5937 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082-3599 | Fusion Telecom Services, LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 |
| GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St #318<br>Miami, FL 33166-4404 | Gadi Dotz (Gene Rosen's Law Firm - A Pr<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |
| Galinsky Family Real Estate<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | Galinsky Family Real Estate, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, Iowa 50317-1550 | Galloway Group<br>5840 Youngquist Rd<br>Ft. Meyers, FL 33912-2271 |
| Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Garrett Cowan<br>52 Cowan Rd.<br>Covington, PA 16917-9537 | Gary Bass Construction, Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 |
| Genesis Utility Inc<br>1740 Fox Downs Lane<br>Oilville, VA 23129 | Genuine Cable Group<br>P.O. Box 734769<br>Chicago, IL 60673-4769 | Gina L Kramer<br>210 Jones St., Suite 201<br>Dubuque, IA 52001-7615 |
| Global Rental Co. Inc.<br>33 Inverness Center Pkwy Ste 250<br>Birmingham, AL 35242-7648 | Global Rental Co., Inc.<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203-2629 | Graybar Electric Co<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 |
| Graybar Electric Company, Inc.<br>7601 Setzler Parkway North<br>Brooklyn Park, MN 55445-1883 | Great America Financial Servic<br>PO Box 660831<br>Dallas, TX 75266-0831 | GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2032 |

| | | |
|---|---|---|
| GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Green Note Capital Partners Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 |
| Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 | GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 |
| Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 |
| Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 |
| (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 | Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 |
| Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 |
| Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 | IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 |
| ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS  LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 | Imperial Crane Services, Inc<br>7500 W Imperial Drive<br>Bridgeview, IL 60455-2395 |
| Intact Compagnie d'Assurance<br>2020 Blvd Robert-Bourassa suite 100<br>Montral, QC, Canada, H3A 2A5<br>att. Anais Choucino | InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Department of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 | (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 |

Iowa Workforce Development-U/E
1000 E Grand Ave
Des Moines, IA 50319-0220

Isotropic Network, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite 102
Des Moines, IA 50312

Isotropic Networks, Inc.
c/o Terry L. Gibson
2015 Grand Avenue, Suite B
Des Moines, IA 50312-4901

JA Lee Electric Services, LLC
11 Melanie Lane, Suite 9
East Hanover, NJ 07936-1100

JJJ Cable Communication, LLC
2025 Keller Springs Rd #1015
Carrollton, TX 75006

JK Communications LLC
304 Cottonwood St
Lexington, MO 64067-1386

Jacob Hensel
1130 32nd St. NE
Cedar Rapids, IA 52402-3515

James River Equipment
9107 Owens Dr
Manassas Park, VA 20111-4802

Jared Nelson
717 Wilson Ave. Drive SW
Cedar Rapids, IA 52404-3751

Jarod Lee
207 North Marion St
Andrew, IA 52030

Jason A. Gang, Attorney
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021

Jeramie Ellefson
10245 45Th Ave, Apt 4
Wyoming, IA 52362-7650

Jesus Fuentes
2400 Vidalia Ct
Waldorf, MD 20601-3780

Jim Lieurance
512 Tyler Street SE, #8
Cascade, IA 52033-9598

Jody Rae Sartin
U.S. Small Business Administration
210 Walnut Street, Suite 749
Des Moines, IA 50309-2186

John Deere Construction & Forestry Co
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

John Deere Construction & Forestry Company
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA 52401-2107

John Deere Construction & Forestry Company
c/o Wesley B. Huisinga
235 6th St SE
Cedar Rapids, IA 52401

John Deere Financial
c/o Wesley B. Huisinga
235 6th St. SE
Cedar Rapids, IA 52401

John Deere Financial, f.s.b.
c/o Benjamin G. Nielson
PO Box 2107
Cedar Rapids, IA 52401-2107

Jon L. Swergold
Greenberg Traurug, LLP
401 East Las Olas Blvd
Ste 200
Fort Lauderdale, FL 33301-2211

Jones Transport, LLC
c/o Jennifer Houston
6184 Hwy 98 West
Suite 210
Hattiesburg, MS 39402

Jose Gutierrez
2044 Fairfax Pike Lot 56
White Post, VA 22663-1868

Jose Reyes
615 Southlia Dr. Apt H
Kokomo, IN 46902-3490

Jose Rojas
2044 Fairfax Pike #42
White Post, VA 22663-1872

Juan Lira
201 Hays Ave
Trenton, TN 38382-2130

Julie Pulkrabek
Pulkrabek Law Office, PLC
4698 Fox Lane NE
Iowa City, IA 52240-7733

Justin Harris
5127 Sumerduck Rd
Warrenton, VA 20186

KYF Global Partners
1019 Avenue P, #402
Brooklyn, NY 11223-2366

KYF Global Partners
Gene Rosen's Law Firm - A Professio
200 Garden City Plaza, Suite 405
Garden City, NY 11530-3338

| | | |
|---|---|---|
| KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 | Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 |
| Kaylee Bruce<br>1075 Parkview Dr.<br>Marion, IA 52302-2757 | Kaylee Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 |
| Kelly Kemmerling<br>654 28th St Court SE, Apt 303<br>Cedar Rapids, IA 52403-3003 | Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 | Kevin Haines<br>1984 Scales Bend Road NE<br>North Liberty, IA 52317-9332 |
| Keystone Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 | Keystone Savings Bank<br>Abram Carls<br>115 3rd Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Keystone Savings Bank<br>c/o Abram V Carls<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 |
| Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 | Konica Minolta Business Solutions<br>c/o Lynn Fisher - Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446-1217 |
| Konica Minolta Business Solutions USA<br>c/o US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>P.O. Box 790448<br>St Louis, MO 63179-0448 | Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 |
| Kyle Enterprises, LLC d/b/a Millennium<br>Wagner Falconer & Judd, Ltd<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | L & M Underground, Inc.<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | Lamoni HCP<br>139 N. Linden St<br>Lamoni, IA 50140-1045 |
| Lamoni Heating, Cooling, & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | Leonardo Meza Jr<br>11057 Vista Del sol Dr<br>El Paso, TX 79935-4311 | Liberty Doors<br>900 West Penn Street<br>North Liberty, IA 52317-9524 |
| Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County Rural Electric Cooperative Assoc<br>Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Liomedes Fuentes<br>7783 Black Horse Ct<br>Manassas, VA 20109-8207 | Liquid Capital Exchange<br>5075 Yonge St. Ste 700<br>Toronto, Ontario CANADA<br>M2N 6C6 | Liquid Capital Exchange, Inc<br>5075 Yonge St. Ste. 700<br>Toronto, Ontario, Canada, M2N 6C6<br>Att. Vlad Rojko |

| | | |
|---|---|---|
| Liquid Capital Exchange, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | Liquid Capital Exchange, Inc.<br>c/o Roy L. Leaf<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |
| Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 | Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 |
| (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 | Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn: Legal - BKY<br>Broomfield, CO 80021-8254 |
| Lyle Oesterborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 | Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 | Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 | Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 |
| Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 | Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 |

```
McCarthy Tire Service Co of VA        McCoart Electric                       McGrath
PO Box 1125                           68 Horse Picture                       4610 Center Point Rd NE
Wilkes Barre, PA 18703-1125           Lowmansville, KY 41232-9089            Cedar Rapids, IA 52402-2412


(p)MEDIACOM COMMUNICATIONS CORPORATION Mediacom Legal Department             MidAmerica Energy Company
ONE MEDIACOM WAY                      1 Mediacom Way                         PO Box 8020
CHESTER NY 10918-4850                 Mediacom Park, NY 10918-4810           Davenport, IA  52808-8020


MidAmerican Energy Company            Midwest Wheel Companies                Mike Miner
PO Box 4350 Credit                    200 50th Ave SW                        14407 Amber Road x44
Davenport IA 52808-4350               Cedar Rapids, IA 52404-4926            Monticello, IA 52310-8070


Millbrook Quarries LLC & DBA          (p)MILLBROOK WEST LLC                  Millennium
PO Box 163                            PO BOX 163                             120 S. Wright St.
Broad Run, VA 20137-0163              BROAD RUN VA 20137-0163                Delavan, WI 53115-2012


Mobile Mini Inc                       Modular Connections, LLC               Moises Santos Yanes
4646 E Van Buren St Ste 400           1090 Industrial Blvd                   8436 Graves Street Apt 103
Phoenix, AZ 85008-6927                Bessemer, AL 35022-6009                Alexandria, VA 22309-8447


NOVA RECON                            NOVEC                                  New Age Drilling LLC
7720 Bethlehem Road                   PO Box 34795                           3212 23rd St
Manassas, VA 20109-2716               Alexandria, VA 22334-0795              Des Moines, IA 50320-2647


NinjaOne                              Northern Wisconsin Fence               Office of the US Trustee
3687 Tampa Road Suite 200             W7620 Cork Rd.                         111 Seventh Avenue SE, Suite 2800
Oldsmar, FL 34677-6313                Phillips, WI 54555-6366                Cedar Rapids, IA 52401-2103


Ostafi Communications Inc             Overhead Door                          Ozzy Fiber Construction, Inc
2121 Swan Drive                       6515 4th Street SW                     14378 Sandhill Road
Camanche, IA 52730-2009               Cedar Rapids, IA 52404-4761            Louisville, NE 68037-2848


PEAC Solutions                        PJI Law                                PWCSA
300 Fellowship Rd                     3900 Jermantown Rd                     PO Box 2266
Mt. Laurel Township, NJ 08054-1201    Fairfax, VA 22030-4900                 Woodbridge, VA 22195-2266


Paul Garner                           Pennsylvania Department of Revenue     Pinco Construction, Inc.
1475 Drummer Hill Rd                  PO Box 280904                          21010 Southbank st. #605
Front Royal, VA 22630-4355            Harrisburg, PA  17128-0904             Sterling, VA 20165-7227
```

| | | |
|---|---|---|
| Plumetazz America Corp<br>225 Thrasher Pike<br>Soddy Daisy, TN 37379-4267 | Poly Vinyl Roofing<br>785 Elbow Creek Rd<br>Mount Vernon, IA 52314-9732 | Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 |
| Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 | Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 |
| Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 | Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 |
| Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 | RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 |
| ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 | RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309 |
| Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 | Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 |
| Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 |
| Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 | Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 |
| Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 | Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 |
| S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 | Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 |

| | | |
|---|---|---|
| Schimberg Company<br>1106 Shaver Rd NE<br>Cedar Rapids, IA 52402-4500 | Sega Ag Works Inc<br>PO Box 39<br>Cissna Park, IL 60924-0039 | Seth Stanton<br>409 6th Ave SW<br>Cedar Rapids, IA 52404-5814 |
| Sheets Sterling, Inc.<br>Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265-1026 | Sheets Sterling, Inc.<br>c/o Emily Douglas Moore<br>974 73rd Street, Suite 16<br>West Des Moines, IA 50265 | Sherwin Williams<br>3501 J St SW<br>Cedar Rapids, IA 52404-4608 |
| Small Business Administration<br>10737 Gateway West<br>Suite 300<br>El Paso, TX 79935-4910 | Small Business Adminstration<br>2750 1st Ave NE<br>Suite 350<br>Cedar Rapids, IA 52402-4831 | Soft Dig Properties, LLC<br>525 Milltown Road<br>Suite 304<br>New Brunswick, NJ 08902-3317 |
| Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 | Sourctel Supply, LLC<br>1635 Lakes Parkway<br>Suite O<br>Lawrenceville, GA 30043-5897 |
| South Dakota Department of Revenue<br>300 S. Sycamore Avenue, Ste 102<br>Sioux Falls, SD 57110-1323 | (p)STAR EQUIPMENT LTD<br>PO BOX 8438<br>DES MOIONES IA 50301-8438 | State of Iowa Workforce Development<br>1000 E Grand Avenue<br>Des Moines, IA 50319-0220 |
| State of Wisconsin DWD<br>State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG<br>Att Lee Grant VP & General Counsel<br>22365 Broderick Drive Suite 250<br>Sterling, VA 20166-9396 | Summit Infrastructure Group, LLC<br>c/o Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 |
| SummitIG, LLC<br>22365 Broderick Dr Suite 250<br>Sterling, VA 20166-9396 | SummitIG, LLC<br>22375 Broderick Drive Suite 165<br>Sterling, VA 20166-9346 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities, Inc.<br>303 E Whitworth Street<br>Hazlehurst, MS 39083-2607 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, Ontario Canada<br>M2N 6C6 |
| Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | Tennessee Department of Revenue<br>Andrew Jackson Bldg, 3rd Floor Ste 500<br>500 Deaderick St<br>Nashville, TN 37242-1099 | Terry Durin Co.<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 |
| The Sherwin-Williams Company<br>c/o Michael B. Bach, Authorized Agent<br>25 Whitney Drive, Suite 106<br>Milford, OH 45150-8400 | Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 | Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 |

| | | |
|---|---|---|
| Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc.<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 |
| Tripwireless, INC.<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 | Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 |
| (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 | U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 |
| (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 | USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 |
| USTDW<br>PO Box 365<br>Walford, IA 52351-0365 | Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 | United Healthcare<br>Atlanta, GA  30374-0376 |
| United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 | United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 |
| United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 | UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 | Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 |
| Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 | Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 |
| Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 | Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 |
| WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 | WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 | WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 |

| | | |
|---|---|---|
| Wagner Falconer & Judd, Ltd.<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 | Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 |
| Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 | Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 |
| Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 | West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 |
| Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI  53708-8901 | Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 | Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 |
| Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 | Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA  50309-8007 |
| Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA  94104-4436 | Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY  10017 | Cheryl Wesler<br>PO Box 19016<br>Kalamazoo, MI 49019-0016 |
| Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 | Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 |
| Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 | Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US |

```
GreenState Credit Union              John Deere Financial f.s.b         Sheets Sterling, Inc.
PO Box 800                           PO Box 6600                        PO Box 615
North Liberty, IA 52317              Johnston, IA 50131                 Sterling, VA 20167


Advanced Tower Services, LLC         Alliant Energy                     Altorfer Inc
2417 Baylor Drive SE                 PO Box 3060                        P.O. Box 1347
Albuquerque, NM 87106                Cedar Rapids, IA  52406-3060       Cedar Rapids, IA 52405


Baltimore County Maryland            Bill                               Breakout Capital, LLC
400 Washington Avenue                6220 America Center Drive., Suite 100   1451 Dolley Madison Blvd
Towson, MD 21204                     San Jose, CA 95002                 Suite 200
                                                                        Mclean, VA 22101


(d)Caterpillar Financial Services Corp   (d)Caterpillar Financial Services Corporation   Comptroller of Maryland
2120 West End Avenue                 Attn: Erin O'Quinn                 Revenue of Admin Div
Nashville, TN  37203-0001            2120 West End Avenue               110 Carroll St
                                     Nashville, TN 37203                Annapolis, MD  21411-0001


De Lage Landen Financial Serv        (d)De Lage Landen Financial Services Inc   (d)Deere Credit, Inc.
1111 Old Eagle School Rd             1111 Old Eagle School Road, Wayne, PA 19   6400 NW 86th Street
Wayne, PA 19087                      Wayne, PA 19087                    Johnston, IA  50131


Dell Financial Services              (d)Dell Financial Services, LLC    Dominion Energy Virginia
PO Box 5275                          Resurgent Capital Services         PO Box 26543
Carol Stream, IL 60197-5275          PO Box 10390                       Richmond, VA 23290-0001
                                     Greenville, SC 29603-0390


First Insurance Funding              (d)Green State Credit Union        Herc Rentals
450 Skokie Blvd, Suite 1000          2355 Landon Rd                     23745 Pebble Run Place
Northbrook, IL 60062                 North Liberty, IA 52317            Sterling, VA 20166


(d)Herc Rentals                      Imon Communications, LLC           Iowa Dept of Revenue
27500 Riverview Center Blvd          101 3rd Ave SW, Suite 400          PO Box 10330
Suite 100                            Cedar Rapids, IA  52404            Des Moines, IA 50306-0330
Bonita Springs, FL  34134


(d)John Deere Financial              Lumen                              Mediacom Communications Corp
6400 NW 86t St                       1025 Eldorado Blvd                 6300 Council Street NE
Johnston, IA 50131                   Broomfield, CO 80021-8254          Cedar Rapids, IA  52402


(d)Mediacom Communications Corp      Millbrook West LLC                 (d)Sheets Sterling, inc
Attn  Eddie Arnold                   PO Box 163                         PO Box 615
1613 Nantahala Beach Road            Broad Run, VA 20137                Sterling, VA 20167
Gulf Breeze, FL  32563
```

| | | |
|---|---|---|
| Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 | Treasurer of VA<br>P.O. Box 570<br>Richmond, VA 23218-0570 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 |
| U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 | (d)US Attorney (IRS)<br>111 7th Avenue SE #1<br>Cedar Rapids, IA 52401 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)BMO Bank N.A., f/k/a Bank of the West, d/b | (u)Breakout Capital Finance, LLC |
| (u)Deere Credit Inc. | (u)Five Star Communications, LLC | (u)Herc Rentals, Inc. |
| (u)Hiawatha Properties LLC | (u)Isotropic Network, Inc. | (u)John Deere Construction & Forestry Company |
| (u)Liquid Capital Exchange, Inc. | (u)Manchester Leasing Services, Inc. | (u)Official Committee of Unsecured Creditors |
| (u)Smith, Gambrell & Russell, LLP | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 |
| (u)Daniel R. Schmoldt Enterprises Inc.<br>4807 Rockside Road, Suite 240<br>, | (d)East Central Iowa Council of Governments<br>700 16th Street NE<br>Suite 301<br>Cedar Rapids, IA 52402-4665 | (d)Edge Consulting Engineers, Inc.<br>624 Water Street<br>Prairie Du Sac, WI 53578-1027 |
| (d)Farmers & Merchants Savings Bank<br>200 First Street SW<br>Cedar Rapids, IA 52404-5735 | (d)Green Note Capital Partners SPV LLC<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 | (d)Guy M. Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 |

| | | |
|---|---|---|
| (d)HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | (d)ImOn Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | (d)Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 |
| (d)L&M Underground Inc<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | (d)Quality Power Solutions, LLC<br>5718 Manufacturers Drive<br>Madison, WI 53704-6276 | (d)RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (d)Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512 | (d)West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | (d)Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| (u)Dennis Bruce | (d)Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | End of Label Matrix<br>Mailable recipients   472<br>Bypassed recipients    32<br>Total                 504 |