| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 23-00484<br>Northern District of Iowa<br>Cedar Rapids<br>Tue Sep 30 06:46:17 CDT 2025 | (c)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BDC Group, Inc.<br>c/o Dennis C. Bruce<br>565 Eastview Ave.<br>Marion, IA 52302 | BerganKDV<br>Creative Planning Tax, LLC<br>417 1st Ave. SE, Suite 300<br>Cedar Rapids, IA 52401-1309 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | DVA, Inc. d/b/a Ditch Witch of Virginia<br>DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | East Central Iowa Council of Governments<br>700 16th ST NE STE 301<br>Cedar Rapids, IA 52402-4665 |
| Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 | RP Construction, LLC<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (p)SHEETS STERLING  INC<br>ATTN KIMBERLY BOWSER<br>P O BOX 615<br>STERLING VA 20167-0615 | United States Trustee<br>Office of the United States Trustee<br>210 Walnut Street, Suite 793<br>Des Moines, IA 50309-2106 | United States of America (SBA)<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401-2101 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1067 | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401-2103 |
| 1 Stop Traffic Services, LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | ABB (Fastwyre)<br>1605 Washington St<br>Blair, NE 68008-1655 |
| AG & EG, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | AT&T Services, Inc.<br>Attn:  Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 |
| AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 | Abram V Carls<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 | Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 |

| | | |
|---|---|---|
| Adam Martin<br>1285 Hickory Ridge Dr<br>Marion, IA 52302-0059 | Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | (p)ADVANCED TOWER SERVICES LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 |
| Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 | Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 | Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 |
| Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 | (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 |
| Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 |
| Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 | Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 |
| B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 | BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 |

| | | |
|---|---|---|
| BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 | BMO Harris Bank NA<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | BMO Harris Bank NA<br>PO Box 71810<br>Chicago, IL 60694-1810 |
| BTM Engineering, Inc<br>3001 Taylor Springs Drive<br>Louisville, KY 40220-1586 | (p)BALTIMORE COUNTY MARYLAND<br>ATTN OFFICE OF BUDGET & FINANCE<br>400 WASHINGTON AVENUE<br>RM 150<br>TOWSON MD 21204-4605 | Bank of America<br>100 North Tryon Street<br>Charloette, NC 28255-0001 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS 66213-2660 | Bank of the West dba Ditch Witch Financial S<br>c/o Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 |
| Barbour Building Systems, LLC<br>21421 E Truman Road<br>Independence, MO 64056-2673 | Barnhart Crane<br>PO Box 2153 Dept 1906<br>Birmingham, AL 35287-0002 | BerganKDV<br>417 First Avenue SE<br>Suite 300<br>Cedar Rapids, IA 52401-1309 |
| Bid2win Software, Inc.<br>aka B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801-3846 | (p)BILL<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003-2213 |
| Bollmeier Crane & Lift<br>508 Hickory Lane<br>Marissa, IL 62257-1706 | Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 | Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| Breakout Capital Finance, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | (p)BREAKOUT CAPITAL LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 | Breakout Capital, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Bright Lighting, Inc.<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613-4862 | Bulldog Pipe<br>8991 West Business 60<br>Mountain Grove, MO 65711-2289 |
| CAJ Services, LLC<br>2400 Tawakoni Dr<br>Wylie, TX 75098-0797 | CAT Financials<br>Lockbox 730681<br>14800 Frye Road 2nd Floor<br>Fort Worth, TX 76155-2732 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 |
| CIT Sewer Solutions<br>530 Dubois Ave.<br>McCallsburg, IA 50154 | Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace Bruce<br>565 Eastview Avenue<br>Marion, IA 52302-5974 |

| | | |
|---|---|---|
| Capital Installations & Services LLC<br>c/o Alejandro Avalos<br>1202 Evergreen Ln<br>Pingree Grove, IL 60140-9100 | Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 |
| Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 | Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL 61601-6199 |
| Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 |
| Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 | Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 |
| Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 | City of Cedar Rapids<br>Attn: Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 |
| Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 | Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 |
| Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 | Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 |
| Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | Commercial Group Realty<br>Attn: Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 |
| Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 | Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |

| | | |
|---|---|---|
| Comstar Supply<br>105 Kestrel Drive<br>Collegeville, PA 19426-2061 | Coopwood's Air Conditioning<br>414 W. Tidwell Rd<br>Houston, TX 77091-4337 | Corporation Service Company<br>as Representative<br>PO Box 2576<br>Springfield, IL 62708-2576 |
| Courtney Senters<br>1780 Valentine Drive<br>Marion, IA 52302-8905 | Crowbar's Ltd<br>4151 3rd Ave Ste 101<br>Marion, IA 52302-3957 | Cynthia Chelf<br>4609 Condor St<br>Muscatine, IA 52761-8966 |
| D & S Construction<br>1270 Country Club Dr<br>Marion, IA 52302-5504 | D.R.S. Enterprises, Inc<br>5339 Canal Road<br>Garfield, OH 44125-4808 | DAVIS TOWER FOUNDATIONS, LLC<br>7001 W MEMORY LANE<br>HULBERT, OK 74441-1904 |
| DDL Business Systems, LLC<br>PO Box 940<br>Stephens City, VA 22655-0940 | DM Concrete, LLC<br>2462 10th Ave<br>Marion, IA 52302-2123 | DTCenter 1, Bldg C UOA<br>c/o CGR Comm Mgmt, LLC<br>23465 Rock Haven Way, Ste. 205<br>Sterling, VA 20166-4429 |
| DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>AEGIS Law - Eric Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO 63131-2733 | DVA, Inc. d/b/a<br>Ditch Witch of Virginia<br>c/o AEGIS Law- Eric Langston<br>601 S. Lindbergh Bldv.<br>Frontenac, MO 63131-2733 | DVA, Inc. dba Ditch Witch of Virginia<br>11053 Washington Highway<br>Glen Allen, VA 23059-1905 |
| DVA, Inc. dba Ditch Witch of Virginia<br>c/o Eric J. Langston<br>601 S. Lindbergh Blvd.<br>Frontenac, MO  63131 | David M. Leneghan<br>4807 Rockside Road, Suite 240<br>Independence, OH 44131-2159 | Davis Tower Foundation LLC<br>7001 W Memory Lane<br>Hulbert, OK 74441-1904 |
| Dawson Olson<br>1285 Lincoln Drive<br>Marion, IA 52302-2348 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Dean A Spina<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 |
| Deere Credit Inc.<br>c/o Benjamin G. Nielson<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | Deere Credit, Inc.<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA  52401 | Delaware Withholding<br>Correspondence/Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dennis Bruce<br>565 Eastview Ave.<br>Marion, IA 52302-5974 | Dennis Bruce<br>c/o Ronald C Martin<br>PO Box 2877<br>Cedar Rapids, IA  52406-2877 |
| Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Departmet of Workforce Development<br>Unemployment Insurance Div<br>Collections-Tax<br>PO Box 8914<br>Madison, WI 53708-8914 | Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 |

| | | |
|---|---|---|
| Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 | Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 | Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 |
| Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 | Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 | Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 |
| Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 | Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 | Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 |
| Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA  52402 |
| Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 | Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 |
| Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 |
| Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 | Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 | Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 |

| | | |
|---|---|---|
| Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA 52405 |
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Five Star Communications, LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 | Five Star Communications, LLC<br>c/o David J. Skalka, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE 68124 |
| Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 | Francisco Argueta Pereira<br>8981 Bonham Cir<br>Manassas, VA 20110-4294 |
| Freddie Aviles<br>6807 Kingswood Lane Northeast<br>Cedar Rapids, IA 52402-5937 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082-3599 | Fusion Telecom Services, LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 |
| GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St #318<br>Miami, FL 33166-4404 | Gadi Dotz (Gene Rosen's Law Firm - A Pr<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |
| Galinsky Family Real Estate<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | Galinsky Family Real Estate, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, Iowa 50317-1550 | Galloway Group<br>5840 Youngquist Rd<br>Ft. Meyers, FL 33912-2271 |
| Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Garrett Cowan<br>52 Cowan Rd.<br>Covington, PA 16917-9537 | Gary Bass Construction, Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 |
| Genesis Utility Inc<br>1740 Fox Downs Lane<br>Oilville, VA 23129 | Genuine Cable Group<br>P.O. Box 734769<br>Chicago, IL 60673-4769 | Gina L Kramer<br>210 Jones St., Suite 201<br>Dubuque, IA 52001-7615 |
| Global Rental Co. Inc.<br>33 Inverness Center Pkwy Ste 250<br>Birmingham, AL 35242-7648 | Global Rental Co., Inc.<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203-2629 | Graybar Electric Co<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 |
| Graybar Electric Company, Inc.<br>7601 Setzler Parkway North<br>Brooklyn Park, MN 55445-1883 | Great America Financial Servic<br>PO Box 660831<br>Dallas, TX 75266-0831 | GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2032 |

| | | |
|---|---|---|
| GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Green Note Capital Partners, Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 |
| Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 | GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 |
| Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 |
| Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 |
| (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 | Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 |
| Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 |
| Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 | IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 |
| ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 | Imperial Crane Services, Inc<br>7500 W Imperial Drive<br>Bridgeview, IL 60455-2395 |
| Intact Compagnie d'Assurance<br>2020 Blvd Robert-Bourassa suite 100<br>Montral, QC, Canada, H3A 2A5<br>att. Anais Choucino | InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Department of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 | (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 |

| | | |
|---|---|---|
| Iowa Workforce Development-U/E<br>1000 E Grand Ave<br>Des Moines, IA 50319-0220 | Isotropic Network, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 | Isotropic Networks, Inc.<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 |
| JA Lee Electric Services, LLC<br>11 Melanie Lane, Suite 9<br>East Hanover, NJ 07936-1100 | JJJ Cable Communication, LLC<br>2025 Keller Springs Rd #1015<br>Carrollton, TX 75006 | JK Communications LLC<br>304 Cottonwood St<br>Lexington, MO 64067-1386 |
| Jacob Hensel<br>1130 32nd St. NE<br>Cedar Rapids, IA 52402-3515 | James River Equipment<br>9107 Owens Dr<br>Manassas Park, VA 20111-4802 | Jared Nelson<br>717 Wilson Ave. Drive SW<br>Cedar Rapids, IA 52404-3751 |
| Jarod Lee<br>207 North Marion St<br>Andrew, IA 52030 | Jason A. Gang, Attorney<br>1245 Hewlett Plaza, #478<br>Hewlett, NY 11557-4021 | Jeramie Ellefson<br>10245 45Th Ave, Apt 4<br>Wyoming, IA 52362-7650 |
| Jesus Fuentes<br>2400 Vidalia Ct<br>Waldorf, MD 20601-3780 | Jim Lieurance<br>512 Tyler Street SE, #8<br>Cascade, IA 52033-9598 | Jody Rae Sartin<br>U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 |
| John Deere Construction & Forestry Co<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 | John Deere Construction & Forestry Company<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA  52401-2107 | John Deere Construction & Forestry Company<br>c/o Wesley B. Huisinga<br>235 6th St SE<br>Cedar Rapids, IA  52401 |
| John Deere Financial<br>c/o Wesley B. Huisinga<br>235 6th St. SE<br>Cedar Rapids, IA 52401 | John Deere Financial, f.s.b.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA  52401-2107 | Jon L. Swergold<br>Greenberg Traurug, LLP<br>401 East Las Olas Blvd<br>Ste 200<br>Fort Lauderdale, FL 33301-2211 |
| Jones Transport, LLC<br>c/o Jennifer Houston<br>6184 Hwy 98 West<br>Suite 210<br>Hattiesburg, MS 39402 | Jose Gutierrez<br>2044 Fairfax Pike Lot 56<br>White Post, VA 22663-1868 | Jose Reyes<br>615 Southlia Dr. Apt H<br>Kokomo, IN 46902-3490 |
| Jose Rojas<br>2044 Fairfax Pike #42<br>White Post, VA 22663-1872 | Juan Lira<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Justin Harris<br>5127 Sumerduck Rd<br>Warrenton, VA 20186 | KYF Global Partners<br>1019 Avenue P, #402<br>Brooklyn, NY 11223-2366 | KYF Global Partners<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |

| | | |
|---|---|---|
| KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 | Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 |
| Kaylee Bruce<br>1075 Parkview Dr.<br>Marion, IA 52302-2757 | Kaylee Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 |
| Kelly Kemmerling<br>654 28th St Court SE, Apt 303<br>Cedar Rapids, IA 52403-3003 | Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 | Kevin Haines<br>1984 Scales Bend Road NE<br>North Liberty, IA 52317-9332 |
| Keystone Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 | Keystone Savings Bank<br>Abram Carls<br>115 3rd Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Keystone Savings Bank<br>c/o Abram V Carls<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 |
| Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 | Konica Minolta Business Solutions<br>c/o Lynn Fisher - Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446-1217 |
| Konica Minolta Business Solutions USA<br>c/o US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>P.O. Box 790448<br>St Louis, MO 63179-0448 | Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 |
| Kyle Enterprises, LLC d/b/a Millennium<br>Wagner Falconer & Judd, Ltd<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | L & M Underground, Inc.<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | Lamoni HCP<br>139 N. Linden St<br>Lamoni, IA 50140-1045 |
| Lamoni Heating, Cooling, & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | Leonardo Meza Jr<br>11057 Vista Del sol Dr<br>El Paso, TX 79935-4311 | Liberty Doors<br>900 West Penn Street<br>North Liberty, IA 52317-9524 |
| Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County Rural Electric Cooperative Assoc<br>Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Liomedes Fuentes<br>7783 Black Horse Ct<br>Manassas, VA 20109-8207 | Liquid Capital Exchange<br>5075 Yonge St. Ste 700<br>Toronto, Ontario CANADA<br>M2N 6C6 | Liquid Capital Exchange, Inc<br>5075 Yonge St. Ste. 700<br>Toronto, Ontario, Canada, M2N 6C6<br>Att. Vlad Rojko |

| | | |
|---|---|---|
| Liquid Capital Exchange, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 | Liquid Capital Exchange, Inc.<br>c/o Roy L. Leaf<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA  52401-2030 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |
| Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 | Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 |
| (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 | Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn:  Legal - BKY<br>Broomfield, CO 80021-8254 |
| Lyle Oesterborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 | Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 | Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 | Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 |
| Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 | Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 |

McCarthy Tire Service Co of VA
PO Box 1125
Wilkes Barre, PA 18703-1125

McCoart Electric
68 Horse Picture
Lowmansville, KY 41232-9089

McGrath
4610 Center Point Rd NE
Cedar Rapids, IA 52402-2412

(p)MEDIACOM COMMUNICATIONS CORPORATION
ONE MEDIACOM WAY
CHESTER NY 10918-4850

Mediacom Legal Department
1 Mediacom Way
Mediacom Park, NY 10918-4810

MidAmerica Energy Company
PO Box 8020
Davenport, IA  52808-8020

MidAmerican Energy Company
PO Box 4350 Credit
Davenport IA 52808-4350

Midwest Wheel Companies
200 50th Ave SW
Cedar Rapids, IA 52404-4926

Mike Miner
14407 Amber Road x44
Monticello, IA 52310-8070

Millbrook Quarries LLC & DBA
PO Box 163
Broad Run, VA 20137-0163

(p)MILLBROOK WEST LLC
PO BOX 163
BROAD RUN VA 20137-0163

Millennium
120 S. Wright St.
Delavan, WI 53115-2012

Mobile Mini Inc
4646 E Van Buren St Ste 400
Phoenix, AZ 85008-6927

Modular Connections, LLC
1090 Industrial Blvd
Bessemer, AL 35022-6009

Moises Santos Yanes
8436 Graves Street Apt 103
Alexandria, VA 22309-8447

NOVA RECON
7720 Bethlehem Road
Manassas, VA 20109-2716

NOVEC
PO Box 34795
Alexandria, VA 22334-0795

New Age Drilling LLC
3212 23rd St
Des Moines, IA 50320-2647

NinjaOne
3687 Tampa Road Suite 200
Oldsmar, FL 34677-6313

Northern Wisconsin Fence
W7620 Cork Rd.
Phillips, WI 54555-6366

Office of the US Trustee
111 Seventh Avenue SE, Suite 2800
Cedar Rapids, IA 52401-2103

Ostafi Communications Inc
2121 Swan Drive
Camanche, IA 52730-2009

Overhead Door
6515 4th Street SW
Cedar Rapids, IA 52404-4761

Ozzy Fiber Construction, Inc
14378 Sandhill Road
Louisville, NE 68037-2848

PEAC Solutions
300 Fellowship Rd
Mt. Laurel Township, NJ 08054-1201

PJI Law
3900 Jermantown Rd
Fairfax, VA 22030-4900

PWCSA
PO Box 2266
Woodbridge, VA 22195-2266

Paul Garner
1475 Drummer Hill Rd
Front Royal, VA 22630-4355

Pennsylvania Department of Revenue
PO Box 280904
Harrisburg, PA  17128-0904

Pinco Construction, Inc.
21010 Southbank st. #605
Sterling, VA 20165-7227

| | | |
|---|---|---|
| Plumetazz America Corp<br>225 Thrasher Pike<br>Soddy Daisy, TN 37379-4267 | Poly Vinyl Roofing<br>785 Elbow Creek Rd<br>Mount Vernon, IA 52314-9732 | Port-A-Johns<br>19212 Military Rd<br>Bennington, NE 68007-6212 |
| Precision Sheet Metal<br>1518 13th St<br>Belle Plaine, IA 52208-1327 | Premier AV Solutions<br>609 W Jefferson St<br>Palmer, TX 75152-9638 | Price Builders LLC<br>12185 Fredrick<br>Pampa, TX 79065-1513 |
| Price Builders LLC<br>Peter J. Chalik<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | Priceless Landscape<br>7015 Lancaster Thornville Rd NE<br>Pleasantville, OH 43148-9738 | Primus Electronics<br>8101 Solutions Center<br>Chicago, IL 60677-8001 |
| Pro Tech Electric Services Inc<br>8615 Whitmore Cir<br>Ste 108<br>Omaha, NE 68122-1844 | Quality Power Solutions LLC<br>5718 Manufacturers Dr.<br>Madison, WI 53704-6276 | RCR Telecom, LLC<br>2425 W. Parker Rd, Bldg 6C<br>Carrollton, TX 75010-4725 |
| ROC Communications LLC<br>13908 Lake Drive NE<br>Columbus, MN 55025-8609 | RP Construction, LLC<br>24008 Bishop Meade PL<br>Ashburn, VA 20148-1712 | RP Construction, LLC<br>c/o Jeffrey D. Goetz, Esq.<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA 50309 |
| Rebecca Strike<br>6906 Brookhaven Dr NW<br>Cedar Rapids, IA 52405-3178 | Resurface Inc.<br>7679 Limestone Dr<br>Gainesville, VA 20155-4041 | Rexco Equipment inc.<br>5900 SW 56th St<br>Des Moines, IA 50321-9621 |
| Reyes Underground Utilities<br>1899 County Road 1126<br>Cumby, TX 75433-5149 | Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | Rice Tire<br>13032 Balls Ford Rd<br>Manassas, VA 20109-2410 |
| Rob Brown<br>4907 Harvest Court SW<br>Cedar Rapids, IA 52404-7411 | Romero Construction, LLC<br>4212 Airline Pkwy<br>Chantilly, VA 20151-3965 | Ross Michaelis<br>121 S Garnavillo St<br>Anamosa, IA 52205-1975 |
| Roy R. Leaf<br>Nyemaster Goode, P.C.<br>625 1st St SE<br>Ste 400<br>Cedar Rapids, IA 52401-2032 | Rush M. Shortley<br>1921 51st ST NE<br>Cedar Rapids, IA 52402-2400 | Ryan Pedersen<br>814 F Ave<br>Cedar Rapids, IA 52405-2721 |
| S&S Fiberoptics Corp<br>14135 Dan Park Loop<br>Fort Myers, FL 33912-6853 | SIA Underground Inc<br>324 Preston Dr<br>Warrenton, VA 20186-2673 | Scherr Contracting LLC<br>5015 SW 8th St<br>Des Moines, IA 50315-4614 |

Schimberg Company
1106 Shaver Rd NE
Cedar Rapids, IA 52402-4500

Sepa Ag Works, Inc
PO Box 39
Cissna Park, IL 60924-0039

Seth Stanton
409 6th Ave SW
Cedar Rapids, IA 52404-5814


Sheets Sterling, Inc.
Emily Douglas Moore
974 73rd Street, Suite 16
West Des Moines, IA 50265-1026

Sheets Sterling, Inc.
c/o Emily Douglas Moore
974 73rd Street, Suite 16
West Des Moines, IA  50265

Sherwin Williams
3501 J St SW
Cedar Rapids, IA 52404-4608


Small Business Administration
10737 Gateway West
Suite 300
El Paso, TX 79935-4910

Small Business Adminstration
2750 1st Ave NE
Suite 350
Cedar Rapids, IA 52402-4831

Soft Dig Properties, LLC
525 Milltown Road
Suite 304
New Brunswick, NJ 08902-3317


Solid Waste Agency
1954 County Home Road
Marion, IA 52302-9758

Solutions Fiber Optic Inc
8422 Freedom Ct
Columbia, MD 21045-3100

Sourctel Supply, LLC
1635 Lakes Parkway
Suite 0
Lawrenceville, GA 30043-5897


South Dakota Department of Revenue
300 S. Sycamore Avenue, Ste 102
Sioux Falls, SD 57110-1323

(p)STAR EQUIPMENT LTD
PO BOX 8438
DES MOIONES IA 50301-8438

State of Iowa Workforce Development
1000 E Grand Avenue
Des Moines, IA 50319-0220


State of Wisconsin DWD
State of Wisconsin DWD UI
PO Box 8914
Madison, WI 53708-8914

Summit IG
Att Lee Grant VP & General Counsel
22365 Broderick Drive Suite 250
Sterling, VA 20166-9396

Summit Infrastructure Group, LLC
c/o Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624


SummitIG, LLC
22365 Broderick Dr Suite 250
Sterling, VA 20166-9396

SummitIG, LLC
22375 Broderick Drive Suite 165
Sterling, VA 20166-9346

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


TMC Transportation
PO Box 1774
Des Moines, IA 50306-1774

TNT Underground Utilities, Inc.
303 E Whitworth Street
Hazlehurst, MS 39083-2607

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, Ontario Canada
M2N 6C6


Tarheel Contractors Supply
162 Porter Rd
Rock Hill, SC 29730-6339

Tennessee Department of Revenue
Andrew Jackson Bldg, 3rd Floor Ste 500
500 Deaderick St
Nashville, TN  37242-1099

Terry Durin Co.
407 7th Ave SE
Cedar Rapids, IA 52401


The Sherwin-Williams Company
c/o Michael B. Bach, Authorized Agent
25 Whitney Drive, Suite 106
Milford, OH 45150-8400

Tier 1 Tower Services LLC
955 16th Ave
Marion, IA 52302-2654

Todd Shores
1840 Silver Maple Trail
North Liberty, IA 52317-4761

| | | |
|---|---|---|
| Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 |
| Tripwireless, INC.<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 | Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 |
| (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 | U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 |
| (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 | USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 |
| USTDW<br>PO Box 365<br>Walford, IA 52351-0365 | Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 | United Healthcare<br>Atlanta, GA 30374-0376 |
| United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 | United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 |
| United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 | UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 | Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 |
| Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 | Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 |
| Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 | Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 |
| WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 | WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 | WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 |

| | | |
|---|---|---|
| Wagner Falconer & Judd, Ltd.<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | Wapsi Banks, LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 | Wascape Construction<br>403747 W. 3800 Rd<br>Talala, OK 74080-3416 |
| Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 | Watts Electric Company<br>c/o Brian S. Koerwitz<br>Peetz Koerwitz & Lafleur, PC LLO<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Wells Fargo Bank NA as Agent<br>14241 Dallas Parkway, Suite 1300<br>Attn: Relationship Manager<br>Dallas, TX 75254-2955 |
| Wendling Quarries, Inc<br>2647 225th St<br>De Witt, IA 52742-9123 | West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | West Union Trenching, LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 |
| Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI  53708-8901 | Youngwood Lane LLC<br>44112 Mercure Circle<br>Sterling, VA 20166-2084 | Younts Contracting LLP<br>2622 120th St<br>Tabor, IA 51653-5008 |
| Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 | Zayo Group LLC<br>1805 29th Street Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group, Inc.<br>c/o Timothy N. Lillwitz<br>801 Grand Avenue, Suite 3700<br>Des Moines, IA  50309-8007 |
| Zayo Group, LLC<br>c/o Jason H. Rosell<br>One Sansome Street, 34th Floor,<br>Suite 3430<br>San Francisco, CA  94104-4436 | Zayo Group, LLC<br>c/o Jordan A. Kroop<br>780 Third Ave. 34th Floor<br>New York , NY  10017 | Cheryl Wesler<br>PO Box 19016<br>Kalamazoo, MI 49019-0016 |
| Craig Hilpipre<br>Equipment Marketers & Appraisers<br>3826 Cedar Heights Drive<br>Suite 7<br>Cedar Falls, IA 50613-6257 | Karmen Denea Randall<br>2066 River Ridge Terrace<br>Apt 202<br>Asburn, VA 20147 | Marcelino Avalos<br>c/o Timothy B. Cantlin, Esq.<br>The Cantlin Law Firm<br>760 E Etna RD<br>Ottawa, IL 61350-1014 |
| Renee K. Hanrahan<br>Renee K. Hanrahan, Trustee<br>PO Box 1088<br>Cedar Rapids, IA 52406-1088 | Tammy Kemp<br>Chief Credit Officer<br>Liquid Capital Exchange<br>5075 Yonge Street Ste 700<br>Toronto, OntarioM2N 6C6 Canada | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>PO Box 11425<br>Cedar Rapids, IA 52410 | Caterpillar Financial Services Corporation<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203 US |

GreenState Credit Union
PO Box 800
North Liberty, IA 52317

John Deere Financial f.s.b.
PO Box 6600
Johnston, IA 50131

Sheets Sterling, Inc.
PO Box 615
Sterling, VA 20167


Advanced Tower Services, LLC
2417 Baylor Drive SE
Albuquerque, NM 87106

Alliant Energy
PO Box 3060
Cedar Rapids, IA 52406-3060

Altorfer Inc
P.O. Box 1347
Cedar Rapids, IA 52405


Baltimore County Maryland
400 Washington Avenue
Towson, MD 21204

Bill
6220 America Center Drive., Suite 100
San Jose, CA 95002

Breakout Capital, LLC
1451 Dolley Madison Blvd
Suite 200
Mclean, VA 22101


(d)Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203-0001

(d)Caterpillar Financial Services Corporation
Attn: Erin O'Quinn
2120 West End Avenue
Nashville, TN 37203

Comptroller of Maryland
Revenue of Admin Div
110 Carroll St
Annapolis, MD 21411-0001


De Lage Landen Financial Serv
1111 Old Eagle School Rd
Wayne, PA 19087

(d)De Lage Landen Financial Services Inc
1111 Old Eagle School Road, Wayne, PA 19
Wayne, PA 19087

(d)Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131


Dell Financial Services
PO Box 5275
Carol Stream, IL 60197-5275

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290-0001


First Insurance Funding
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

(d)Green State Credit Union
2355 Landon Rd
North Liberty, IA 52317

Herc Rentals
23745 Pebble Run Place
Sterling, VA 20166


(d)Herc Rentals
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134

Imon Communications, LLC
101 3rd Ave SW, Suite 400
Cedar Rapids, IA 52404

Iowa Dept of Revenue
PO Box 10330
Des Moines, IA 50306-0330


(d)John Deere Financial
6400 NW 86t St
Johnston, IA 50131

Lumen
1025 Eldorado Blvd
Broomfield, CO 80021-8254

Mediacom Communications Corp
6300 Council Street NE
Cedar Rapids, IA 52402


(d)Mediacom Communications Corp
Attn  Eddie Arnold
1613 Nantahala Beach Road
Gulf Breeze, FL 32563

Millbrook West LLC
PO Box 163
Broad Run, VA 20137

(d)Sheets Sterling, inc
PO Box 615
Sterling, VA 20167

| | | |
|---|---|---|
| Star Equipment Ltd<br>1401 2nd Ave<br>Des Moines, IA 50314 | Treasurer of VA<br>P.O. Box 570<br>Richmond, VA 23218-0570 | U.S. Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401 |
| U.S. Small Business Administration<br>Attn: Michelle Chesebro, Attorney<br>332 S. Michigan, Suite 600<br>Chicago, IL 60604 | (d)US Attorney (IRS)<br>111 7th Avenue SE #1<br>Cedar Rapids, IA 52401 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)BMO Bank N.A., f/k/a Bank of the West, d/b | (u)Breakout Capital Finance, LLC |
| (u)Deere Credit Inc. | (u)Five Star Communications, LLC | (u)Herc Rentals, Inc. |
| (u)Hiawatha Properties LLC | (u)Isotropic Network, Inc. | (u)John Deere Construction & Forestry Company |
| (u)Liquid Capital Exchange, Inc. | (u)Manchester Leasing Services, Inc. | (u)Official Committee of Unsecured Creditors |
| (u)Smith, Gambrell & Russell, LLP | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 |
| (u)Daniel R. Schmoldt Enterprises Inc.<br>4807 Rockside Road, Suite 240<br>, | (d)East Central Iowa Council of Governments<br>700 16th Street NE<br>Suite 301<br>Cedar Rapids, IA 52402-4665 | (d)Edge Consulting Engineers, Inc.<br>624 Water Street<br>Prairie Du Sac, WI 53578-1027 |
| (d)Farmers & Merchants Savings Bank<br>200 First Street SW<br>Cedar Rapids, IA 52404-5735 | (d)Green Note Capital Partners SPV LLC<br>1019 Avenue P Suite 401<br>Brooklyn, NY 11223-2366 | (d)Guy M. Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 |

| | | |
|---|---|---|
| (d)HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | (d)ImOn Communications<br>PO Box 3446<br>Cedar Rapids, IA  52406-3446 | (d)Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 |
| (d)L&M Underground Inc<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | (d)Quality Power Solutions, LLC<br>5718 Manufacturers Drive<br>Madison, WI 53704-6276 | (d)RP Construction<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (d)Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE  68512 | (d)West Pacific Drilling, Inc<br>PO Box 882<br>Silverton, OR 97381-0882 | (d)Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| (u)Dennis Bruce | (d)Reyna Paz<br>President & CEO of RP Construction, LLC.24008<br>Bishop Meade Place<br>Ashburn, VA 20148 | End of Label Matrix<br>Mailable recipients   472<br>Bypassed recipients    32<br>Total                 504 |