# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-2635

_____

Keystone Savings Bank

Appellant

v.

Renee K. Hanrahan, in her capacity as Chapter 7 Trustee

Appellee

U.S. Trustee

U.S. Trustee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:24-cv-00104-LTS)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 07, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Susan E. Bindler