# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2635

Keystone Savings Bank

Appellant

v.

Renee K. Hanrahan, in her capacity as Chapter 7 Trustee

Appellee

U.S. Trustee

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:24-cv-00104-LTS)

---

**MANDATE**

In accordance with the judgment of October 7, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 07, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit