UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                    )   CHAPTER 7
                                          )   Case No. 23-00484
BDC Group, Inc.                           )
                                          )   NOTICE OF AND MOTION FOR
                                          )   COMPROMISE OR SETTLEMENT
            Debtor(s).                    )   OF CONTROVERSY WITH
                                          )   WAPSI BANKS LLC

The undersigned Trustee has entered into a compromise or settlement of controversy and moves the court to approve the following:

The case trustee has identified $143,342.91 in payments made by the Debtor to Wapsi Banks LLC that may constitute preferential payments within ninety (90) days pre-petition within the meaning of 11 U.S.C.§547.

After discussions, and evaluation of asserted defense(s), the parties have agreed to settle the legal dispute for $17,000.00, to be paid in eight (8) monthly settlement payments of $2,125.00, commencing after entry of a Court Order approving this settlement.

In light of the uncertainty of litigation, the legal issues involved, and the additional time and expenses involved in prosecuting these possibly preferential payments, the Trustee submits that the recovery as proposed herein is fair and reasonable.

NOTICE IS HEREBY GIVEN that objections must be served on the undersigned trustee, the United States Trustee, 111 7th Avenue SE Box 17, Cedar Rapids, Iowa  52401, debtor(s), debtor(s) counsel and filed with the Clerk of Bankruptcy Court at 111 7th Avenue SE Box 15, Cedar Rapids, Iowa  52401 on or before 4:30 p.m., November 07, 2025.

NOTICE IS FURTHER GIVEN that timely filed objections will be set for hearing by separate notice.  If no objections are filed, a separate order will enter.

I hereby certify that on this date a copy of this Notice and Motion was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

DATED: October  16, 2025              __/s/ Renee K. Hanrahan _____
                                      Renee K. Hanrahan, Chapter 7 Trustee
                                      P.O. Box 1088
                                      Cedar Rapids, IA  52406-1088
                                      319.533.7358
                                      rhanrahan@sharontc.net

NOTE:  Service List/Clerk's Mailing Matrix attached