| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 23-00484<br>Northern District of Iowa<br>Cedar Rapids<br>Thu Oct 16 10:22:30 CDT 2025 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BDC Group, Inc.<br>c/o Dennis C. Bruce<br>565 Eastview Ave.<br>Marion, IA 52302 | BerganKDV<br>Creative Planning Tax, LLC<br>417 1st Ave. SE, Suite 300<br>Cedar Rapids, IA 52401-1309 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Complete Design Solutions, LLC<br>3620 Developers Rd.<br>Indianapolis, IN 46227-3520 | DVA, Inc. d/b/a Ditch Witch of Virginia<br>DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | East Central Iowa Council of Governments<br>700 16th ST NE STE 301<br>Cedar Rapids, IA 52402-4665 |
| Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 | HM Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 |
| (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Keystone Savings Bank<br>81 Main Street<br>PO Box 367<br>Keystone, IA 52249-0367 | RP Construction, LLC<br>24008 Bishop Meade Place<br>Ashburn, VA 20148-1712 |
| (p)SHEETS STERLING  INC<br>ATTN KIMBERLY BOWSER<br>P O BOX 615<br>STERLING VA 20167-0615 | United States Trustee<br>Office of the United States Trustee<br>210 Walnut Street, Suite 793<br>Des Moines, IA 50309-2106 | United States of America (SBA)<br>United States Attorney's Office<br>111 7th Avenue SE<br>Box 1<br>Cedar Rapids, IA 52401-2101 |
| Watts Electric Company<br>c/o Brian S. Koerwitz<br>5825 South 14th Street, Ste. 200<br>Lincoln, NE 68512-1233 | Zayo Group, LLC<br>1805 29th Street<br>Boulder, CO 80301-1067 | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401-2103 |
| 1 Stop Traffic Services, LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | ABB (Fastwyre)<br>1605 Washington St<br>Blair, NE 68008-1655 |
| AG & EG, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | AT&T Services, Inc.<br>Attn:  Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 |
| AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 | Abram V Carls<br>Simmons Perrine Moyer Bergman<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 | Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 |

| | | |
|---|---|---|
| Adam Martin<br>1285 Hickory Ridge Dr<br>Marion, IA 52302-0059 | Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | (p)ADVANCED TOWER SERVICES LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 |
| Advanced Traffic Control, Inc.<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 | Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | Ag & Business Legal Strategies<br>c/o Joseph Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| Agustin Sanchez<br>224 N Auburn Dr<br>Sterling, VA 20164-5410 | Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alex Martin<br>4395 McGowan Blvd<br>Marion, IA 52302-6266 |
| Alfredo Trnidad Muniz Quijas<br>11052 Vista Del Sol Dr<br>El Paso, TX 79935 | (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 | Allied Glass<br>1575 Ketelsen Dr<br>Ste 500<br>Hiawatha, IA 52233-2220 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Finanical<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 | American Truck & Trailer Supply<br>11949 Livingston Road<br>Manassas, VA 20109-2780 |
| Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Area Wide Protective<br>P.O. Box 636219<br>Cincinnati, OH 45263-6219 | Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 |
| Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 | Arnold Motor Supply, LLP<br>PO Box 320<br>Spencer, IA 51301-0320 | Asphalt Restorations, Inc.<br>PO Box 278<br>Crownsville, MD 21032-0278 |
| B2W Software<br>99 Bow Street Suite 500<br>Portsmouth, NH 03801-3846 | BL Tower Construction<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | BMO Bank N.A. fka Bank of the West<br>dba Ditch Witch Financial Services<br>c/o Peter Chalik<br>699 Walnut Street, Suite 2000<br>Des Moines, IA 50309 |
| BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>1625 W. Fountainhead Pkwy. Fl 10<br>Phoenix, AZ 85282-2371 | BMO Bank, N.A. f/k/a Bank of the West d/b/a<br>Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 | BMO Harris Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 |

| | | |
|---|---|---|
| BMO Harris Bank NA<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 | BMO Harris Bank NA<br>3925 Fountains Blvd NE<br>Cedar Rapids, IA 52411-6619 | BMO Harris Bank NA<br>PO Box 71810<br>Chicago, IL 60694-1810 |
| BTM Engineering, Inc<br>3001 Taylor Springs Drive<br>Louisville, KY 40220-1586 | (p)BALTIMORE COUNTY MARYLAND<br>ATTN OFFICE OF BUDGET & FINANCE<br>400 WASHINGTON AVENUE<br>RM 150<br>TOWSON MD 21204-4605 | Bank of America<br>100 North Tryon Street<br>Charloette, NC 28255-0001 |
| Bank of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>c/o SouthLaw, P.C.<br>13160 Foster, Suite 100<br>Overland Park, KS 66213-2660 | Bank of the West dba Ditch Witch Financial S<br>c/o Thomas H. Burke<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309-3948 |
| Barbour Building Systems, LLC<br>21421 E Truman Road<br>Independence, MO 64056-2673 | Barnhart Crane<br>PO Box 2153 Dept 1906<br>Birmingham, AL 35287-0002 | BerganKDV<br>417 First Avenue SE<br>Suite 300<br>Cedar Rapids, IA 52401-1309 |
| Bid2win Software, Inc.<br>aka B2W Software<br>99 Bow Street, Suite 500<br>Portsmouth, NH 03801-3846 | (p)BILL<br>6220 America Center Dr.<br>Suite 100<br>San Jose, CA 95002 | Blue Star Power Systems, Inc.<br>2250 Carlson Drive<br>Mankato, MN 56003-2213 |
| Bollmeier Crane & Lift<br>508 Hickory Lane<br>Marissa, IL 62257-1706 | Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 | Brandon Kuenzi<br>Secretary<br>West Pacific Drilling, Inc.<br>PO Box 882<br>Silverton, OR 97381-0882 |
| Breakout Capital Finance, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | (p)BREAKOUT CAPITAL LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 | Breakout Capital, LLC<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Bright Lighting, Inc.<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | Bruce Design & Construction Group, Inc.<br>3416 W 27th St.<br>Cedar Falls, IA 50613-4862 | Bulldog Pipe<br>8991 West Business 60<br>Mountain Grove, MO 65711-2289 |
| CAJ Services, LLC<br>2400 Tawakoni Dr<br>Wylie, TX 75098-0797 | CAT Financials<br>Lockbox 730681<br>14800 Frye Road 2nd Floor<br>Fort Worth, TX 76155-2732 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 |
| CIT Sewer Solutions<br>530 Dubois Ave.<br>McCallsburg, IA 50154 | Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace Bruce<br>565 Eastview Avenue<br>Marion, IA 52302-5974 |

| | | |
|---|---|---|
| Capital Installations & Services LLC<br>c/o Alejandro Avalos<br>1202 Evergreen Ln<br>Pingree Grove, IL 60140-9100 | Capital One Credit Card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Car Communications, LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 | Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 |
| Carrier Access IT, LC<br>9440 Atlantic Dive SW, Suite 2<br>Cedar Rapids, IA 52404-8916 | Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 | Caterpillar Financial Services Corporation<br>c/o Mark A Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL 61601-6199 |
| Cedar Rapids Linn County Solid Waste Agency<br>1954 County Home Road<br>Marion, IA 52302-9758 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8254 |
| Chad Harris<br>261 Sunset Lane<br>Hiawatha, IA 52233 | Chantilly Crushed Stone, Inc.<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Christopher L. Perkins<br>Eckert Seamans Cherin & Mellott, LLC<br>919 E. Main Street, Suite 1300<br>Richmond, VA 23219-4624 |
| Ciro Escalante<br>116 N Alder Ave<br>Sterling, VA 20164-4008 | City of Cedar Rapids<br>Attn: Rebecca Johnson Purchasing Agent<br>101 First Street SE<br>Cedar Rapids, IA 52401-1205 | City of Cedar Rapids<br>City Attorney<br>3851 River Ridge Road NE<br>Cedar Rapids, IA 52402-7531 |
| Clear Canopy, LLC<br>1705 W. University Dr #108-106<br>McKinney, TX 75069-3392 | Clog Busters<br>3950 Vandalia Rd<br>Des Moines, IA 50317-1550 | Coastal Communications<br>5841 Edison Place Suite 200<br>Carlsbad, CA 92008-6500 |
| Collection Services Center<br>PO Box 9125<br>Des Moines, IA 50306-9125 | Colliflower, Inc.<br>9320 Pulaski Highway<br>Middle River, MD 21220-2418 | Colton Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 |
| Comcast<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 | Commercial Group Realty<br>Attn: Shahram Ghaffarkhan<br>11990 Market Street, Unite 501<br>Reston, VA 20190-6000 | Complete Design Solutions LLC<br>511B Davidson Drive<br>Minooka, IL 60447-8423 |
| Complete Design Solutions, LLC<br>Jeffrey P. Taylor<br>401 Old Marion Rd. NE<br>Cedar Rapids, IA 52402-2110 | Complete Design Solutions, LLC<br>c/o Jeffrey P. Taylor<br>401 Old Marion Road NE<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |

```
Comstar Supply                   Copwood's Air Conditioning      Corporation Service Company
105 Kestrel Drive                414 W. Tidwell Rd                as Representative
Collegeville, PA 19426-2061      Houston, TX 77091-4337           PO Box 2576
                                                                  Springfield, IL 62708-2576


Courtney Senters                 Crowbar's Ltd                    Cynthia Chelf
1780 Valentine Drive             4151 3rd Ave Ste 101             4609 Condor St
Marion, IA 52302-8905            Marion, IA 52302-3957            Muscatine, IA 52761-8966


D & S Construction               D.R.S. Enterprises, Inc          DAVIS TOWER FOUNDATIONS, LLC
1270 Country Club Dr             5339 Canal Road                  7001 W MEMORY LANE
Marion, IA 52302-5504            Garfield, OH 44125-4808          HULBERT, OK 74441-1904


DDL Business Systems, LLC        DM Concrete, LLC                 DTCenter 1, Bldg C UOA
PO Box 940                       2462 10th Ave                    c/o CGR Comm Mgmt, LLC
Stephens City, VA 22655-0940     Marion, IA 52302-2123            23465 Rock Haven Way, Ste. 205
                                                                  Sterling, VA 20166-4429


DVA, Inc. d/b/a                  DVA, Inc. d/b/a                  DVA, Inc. dba Ditch Witch of Virginia
Ditch Witch of Virginia          Ditch Witch of Virginia          11053 Washington Highway
AEGIS Law - Eric Langston        c/o AEGIS Law- Eric Langston     Glen Allen, VA 23059-1905
601 S. Lindbergh Blvd.           601 S. Lindbergh Bldv.
Frontenac, MO 63131-2733         Frontenac, MO 63131-2733


DVA, Inc. dba Ditch Witch of Virginia   David M. Leneghan         Davis Tower Foundation LLC
c/o Eric J. Langston             4807 Rockside Road, Suite 240    7001 W Memory Lane
601 S. Lindbergh Blvd.           Independence, OH 44131-2159      Hulbert, OK 74441-1904
Frontenac, MO  63131


Dawson Olson                     (p)DE LAGE LANDEN FINANCIAL      Dean A Spina
1285 Lincoln Drive               ATTN LITIGATION & RECOVERY       2007 First Avenue SE
Marion, IA 52302-2348            1111 OLD EAGLE SCHOOL ROAD       Cedar Rapids, IA 52402-6344
                                 WAYNE PA 19087-1453


Deere Credit Inc.                Deere Credit, Inc.               Delaware Withholding
c/o Benjamin G. Nielson          c/o Wesley B. Huisinga           Correspondence/Annual Forms
P.O. Box 2107                    235 6th St. SE                   PO Box 830
Cedar Rapids, IA 52401-2107      Cedar Rapids, IA  52401          Wilmington, DE 19899-0830


(p)DELL FINANCIAL SERVICES       Dennis Bruce                     Dennis Bruce
P O BOX 81577                    565 Eastview Ave.                c/o Ronald C Martin
AUSTIN TX 78708-1577             Marion, IA 52302-5974            PO Box 2877
                                                                  Cedar Rapids, IA  52406-2877


Department of Treasury           Departmet of Workforce Development   Derek Neunaber
Internal Revenue Service         Unemployment Insurance Div       9710 York St
PO Box 7346                      Collections-Tax                  Anamosa, IA 52205-7869
Philadelphia, PA 19101-7346      PO Box 8914
                                 Madison, WI 53708-8914
```

| | | |
|---|---|---|
| Derik Thomas<br>207 South Jones Street<br>Anamosa, IA 52205-1752 | Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 | Ditch Witch - Iowa<br>21124 Holden Dr<br>Davenport, IA 52806-9314 |
| Ditch Witch Financial Services<br>8418 Canyon Drive<br>Armarillo, TX 79119-7200 | Ditch Witch Financial Services<br>a program of Bank of the West<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85282-2371 | Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 |
| Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 | Divvy Credit Card<br>13707 S 200 W<br>Ste 100<br>Draper, UT 84020-2443 |
| (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B. Rice Tire Company, Inc. t/a Rice T<br>Mary Beth Beard<br>909 N. East Street<br>Frederick, MD 21701-4621 | Douglas Chelf<br>4609 Condor Street<br>Muscatine, IA 52761-8966 |
| Drake Shores<br>813 Saint Annes Drive<br>Iowa City, IA 52245-5635 | Drilltech, LLC<br>7080 York Street<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd<br>Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW<br>Cedar Rapids, IA 52405-1028 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ECICOG<br>700 16th St NE<br>#301<br>Cedar Rapids, IA 52402-4665 | ET Communications<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>c/o Rush M Shortley<br>1921 51st Street NE<br>Cedar Rapids, IA 52402 |
| Echo Group Inc.<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers, Inc<br>624 Water Street<br>Prairie du Sac, WI 53578-1027 | Efrain Jovel<br>665 Dulles Park Ct #103<br>Herndon, VA 20170-3848 |
| Electrical Engineering & Equip<br>953 73rd Street<br>Windsor Heights, IA 50324-1031 | Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Elmer Pereira<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 |
| Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 | Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 | Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 |

| | | |
|---|---|---|
| Ferguson dba ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA 52405 |
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | Five Star Communications, LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 | Five Star Communications, LLC<br>c/o David J. Skalka, Esq.<br>2120 South 72nd Street, Suite 1200<br>Omaha, NE 68124 |
| Fola Technologies<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 | Francisco Argueta Pereira<br>8981 Bonham Cir<br>Manassas, VA 20110-4294 |
| Freddie Aviles<br>6807 Kingswood Lane Northeast<br>Cedar Rapids, IA 52402-5937 | Fujitsu Network Communications<br>2801 Telecom Parkway<br>Richardson, TX 75082-3599 | Fusion Telecom Services, LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 |
| GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St #318<br>Miami, FL 33166-4404 | Gadi Dotz (Gene Rosen's Law Firm - A Pr<br>Gene Rosen's Law Firm - A Professio<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 |
| Galinsky Family Real Estate<br>3900 Vandalia Road<br>Des Moines, IA 50317-1550 | Galinsky Family Real Estate, LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Road<br>Des Moines, Iowa 50317-1550 | Galloway Group<br>5840 Youngquist Rd<br>Ft. Meyers, FL 33912-2271 |
| Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Garrett Cowan<br>52 Cowan Rd.<br>Covington, PA 16917-9537 | Gary Bass Construction, Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 |
| Genesis Utility Inc<br>1740 Fox Downs Lane<br>Oilville, VA 23129 | Genuine Cable Group<br>P.O. Box 734769<br>Chicago, IL 60673-4769 | Gina L Kramer<br>210 Jones St., Suite 201<br>Dubuque, IA 52001-7615 |
| Global Rental Co. Inc.<br>33 Inverness Center Pkwy Ste 250<br>Birmingham, AL 35242-7648 | Global Rental Co., Inc.<br>1901 Sixth Ave. N., Suite 1700<br>Birmingham, AL 35203-2629 | Graybar Electric Co<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 |
| Graybar Electric Company, Inc.<br>7601 Setzler Parkway North<br>Brooklyn Park, MN 55445-1883 | Great America Financial Servic<br>PO Box 660831<br>Dallas, TX 75266-0831 | GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2032 |

| | | |
|---|---|---|
| GreatAmerica Financial Services Corporation<br>ATTN: Peggy Upton<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Green Note Capital Partners, Inc.<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | Green Note Capital Partners SPV LLC<br>Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 |
| Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL  60079 | GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite B<br>Des Moines, IA 50312-4901 | GreenState Credit Union<br>c/o Terry L. Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA  50312 |
| Guy M Turner, Inc.<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Road<br>Edina, MN 55439-2801 | HDZ Enterprises, Inc.<br>7964 Connell Ct<br>Suite D<br>Lorton, VA 22079-1036 |
| Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 | Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Hector Davila<br>6015 Lucente Ave<br>Suitland, MD 20746-3728 |
| (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 | Herc Rentals, Inc.<br>c/o Benjamin G. Nielson<br>PO Box 2107<br>Cedar Rapids, IA  52406-2107 | Hiawatha Properties LLC<br>1710 Hawkeye Drive, Suite 100<br>PO Box 25<br>Hiawatha IA 52233-0025 |
| Hiawatha Properties LLC<br>Attn: Timothy J. Wilson<br>1710 Hawkeye Drive<br>Hiawatha, IA 52233-4716 | Hiawatha Properties LLC<br>c/o Dan Childers<br>P.O. Box 2107<br>Cedar Rapids, IA 52401-2107 | Hiawatha Water Department<br>101 Emmons St<br>Hiawatha, IA 52233-1610 |
| Hotel Engine, Inc.<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | Humberto Espinoza<br>7407 Lake Drive<br>Manassas, VA 20111-1950 | IMON Communications<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 |
| ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 | (p)IMON COMMUNICATIONS   LLC<br>101 THIRD AVE SW<br>STE 400<br>CEDAR RAPIDS IA 52404-5736 | Imperial Crane Services, Inc<br>7500 W Imperial Drive<br>Bridgeview, IL 60455-2395 |
| Intact Compagnie d'Assurance<br>2020 Blvd Robert-Bourassa suite 100<br>Montral, QC, Canada, H3A 2A5<br>att. Anais Choucino | InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Department of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 | (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 |

```
Iowa Workforce Development-U/E        Isotropic Network, Inc.              Isotropic Networks, Inc.
1000 E Grand Ave                      c/o Terry L. Gibson                  c/o Terry L. Gibson
Des Moines, IA 50319-0220             2015 Grand Avenue, Suite 102         2015 Grand Avenue, Suite B
                                      Des Moines, IA  50312                Des Moines, IA 50312-4901


JA Lee Electric Services, LLC         JJJ Cable Communication, LLC         JK Communications LLC
11 Melanie Lane, Suite 9              2025 Keller Springs Rd #1015         304 Cottonwood St
East Hanover, NJ 07936-1100           Carrollton, TX 75006                 Lexington, MO 64067-1386


Jacob Hensel                          James River Equipment                Jared Nelson
1130 32nd St. NE                      9107 Owens Dr                        717 Wilson Ave. Drive SW
Cedar Rapids, IA 52402-3515           Manassas Park, VA 20111-4802         Cedar Rapids, IA 52404-3751


Jarod Lee                             Jason A. Gang, Attorney              Jeramie Ellefson
207 North Marion St                   1245 Hewlett Plaza, #478             10245 45Th Ave, Apt 4
Andrew, IA 52030                      Hewlett, NY 11557-4021               Wyoming, IA 52362-7650


Jesus Fuentes                         Jim Lieurance                        Jody Rae Sartin
2400 Vidalia Ct                       512 Tyler Street SE, #8              U.S. Small Business Administration
Waldorf, MD 20601-3780                Cascade, IA 52033-9598               210 Walnut Street, Suite 749
                                                                           Des Moines, IA 50309-2186


John Deere Construction & Forestry Co John Deere Construction & Forestry Company John Deere Construction & Forestry Company
6400 NW 86th Street                   c/o Benjamin G. Nielson              c/o Wesley B. Huisinga
PO Box 6600                           PO Box 2107                          235 6th St SE
Johnston, IA 50131-6600               Cedar Rapids, IA  52401-2107         Cedar Rapids, IA  52401


John Deere Financial                  John Deere Financial, f.s.b.         Jon L. Swergold
c/o Wesley B. Huisinga                c/o Benjamin G. Nielson              Greenberg Traurug, LLP
235 6th St. SE                        PO Box 2107                          401 East Las Olas Blvd
Cedar Rapids, IA 52401                Cedar Rapids, IA  52401-2107         Ste 200
                                                                           Fort Lauderdale, FL 33301-2211


Jones Transport, LLC                  Jose Gutierrez                       Jose Reyes
c/o Jennifer Houston                  2044 Fairfax Pike Lot 56             615 Southlia Dr. Apt H
6184 Hwy 98 West                      White Post, VA 22663-1868            Kokomo, IN 46902-3490
Suite 210
Hattiesburg, MS 39402


Jose Rojas                            Juan Lira                            Julie Pulkrabek
2044 Fairfax Pike #42                 201 Hays Ave                         Pulkrabek Law Office, PLC
White Post, VA 22663-1872             Trenton, TN 38382-2130               4698 Fox Lane NE
                                                                           Iowa City, IA 52240-7733


Justin Harris                         KYF Global Partners                  KYF Global Partners
5127 Sumerduck Rd                     1019 Avenue P, #402                  Gene Rosen's Law Firm - A Professio
Warrenton, VA 20186                   Brooklyn, NY 11223-2366              200 Garden City Plaza, Suite 405
                                                                           Garden City, NY 11530-3338
```

| | | |
|---|---|---|
| KYF Global Partners LLC<br>1 Industrial Way W, Bldg C<br>Eatontown, NJ 07724-4205 | Kathleen Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 | Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 |
| Kaylee Bruce<br>1075 Parkview Dr.<br>Marion, IA 52302-2757 | Kaylee Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 |
| Kelly Kemmerling<br>654 28th St Court SE, Apt 303<br>Cedar Rapids, IA 52403-3003 | Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 | Kevin Haines<br>1984 Scales Bend Road NE<br>North Liberty, IA 52317-9332 |
| Keystone Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 | Keystone Savings Bank<br>Abram Carls<br>115 3rd Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Keystone Savings Bank<br>c/o Abram V Carls<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 |
| Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 | Konica Minolta Business Solutions<br>c/o Lynn Fisher - Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446-1217 |
| Konica Minolta Business Solutions USA<br>c/o US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>P.O. Box 790448<br>St Louis, MO 63179-0448 | Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 |
| Kyle Enterprises, LLC d/b/a Millennium<br>Wagner Falconer & Judd, Ltd<br>300 North Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | L & M Underground, Inc.<br>7529 S. Storm Mtn<br>Littleton, CO 80127-3807 | Lamoni HCP<br>139 N. Linden St<br>Lamoni, IA 50140-1045 |
| Lamoni Heating, Cooling, & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | Leonardo Meza Jr<br>11057 Vista Del sol Dr<br>El Paso, TX 79935-4311 | Liberty Doors<br>900 West Penn Street<br>North Liberty, IA 52317-9524 |
| Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County Rural Electric Cooperative Assoc<br>Julie Pulkrabek<br>Pulkrabek Law Office, PLC<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 |
| Liomedes Fuentes<br>7783 Black Horse Ct<br>Manassas, VA 20109-8207 | Liquid Capital Exchange<br>5075 Yonge St. Ste 700<br>Toronto, Ontario CANADA<br>M2N 6C6 | Liquid Capital Exchange, Inc<br>5075 Yonge St. Ste. 700<br>Toronto, Ontario, Canada, M2N 6C6<br>Att. Vlad Rojko |

| | | |
|---|---|---|
| Liquid Capital Exchange, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | Liquid Capital Exchange, Inc.<br>c/o Roy L. Leaf<br>625 First Street SE, Suite 400<br>Cedar Rapids, IA 52401-2030 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |
| Listo Services, LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp.<br>PO Box 22696<br>New York, NY 10087-2696 | Luis Perdomo Moreno<br>12023 Grewing Sq. Apt C1<br>Reston, VA 20191-1889 |
| (p)QWEST CORPORATION DBA CENTURYLINK QC<br>ATTN C/O LUMEN TECHNOLOGIES<br>931 14th Street, 9th Floor<br>BROOMFIELD, CO 80202 | Lumen Law Department<br>931 14th St., 9th Floor<br>Denver, CO 80202-2994 | Lumen Technologies Group, LLC<br>1025 Eldorado Blvd.<br>Attn: Legal - BKY<br>Broomfield, CO 80021-8254 |
| Lyle Oesterborg<br>1520 Idledale Road NE<br>Cedar Rapids, IA 52402-1078 | MOB Communications, LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 | Manchester Leasing Service Inc<br>18173 Edison Ave<br>Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc<br>2771 104th Street, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services, Inc.<br>@ Terry L. Gibson<br>Wandro & Associates<br>2015 Grand Avenue<br>Des Moines, IA 50312-4902 | Manchester Leasing Services, Inc.<br>18173 Edison Avenue, Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services, Inc.<br>c/o Terry L Gibson<br>2015 Grand Avenue, Suite 102<br>Des Moines, IA 50312 | Maquoketa Valley REC<br>109 North Huber St<br>Anamosa, IA 52205-1453 | Marcelino Avalos<br>760 E ETNA RD<br>Ottawa, IL 61350-1014 |
| Mario Reyes Alfaro<br>9211 Timberwood Ct<br>Manassas, VA 20110-4837 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Erin O'Quinn<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Mark A Ludolph<br>Caterpillar Financial Services Corporati<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203-5341 |
| Mark Sheller<br>600 East Poplar Road<br>Sterling, VA 20164-3335 | Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Salt Lake City, UT 84121-7092 | Marlin Capital Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 |
| Marlin Capital Solutions<br>300 Fellowship Rd<br>Mt. Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Road<br>Mt Laurel, NJ 08054-1201 | Marvair<br>P.O. Box 400<br>Cordele, GA 31010-0400 |

| | | |
|---|---|---|
| McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 | McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 | McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 |
| (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | Mediacom Legal Department<br>1 Mediacom Way<br>Mediacom Park, NY 10918-4810 | MidAmerica Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 |
| MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport IA 52808-4350 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 | Mike Miner<br>14407 Amber Road x44<br>Monticello, IA 52310-8070 |
| Millbrook Quarries LLC & DBA<br>PO Box 163<br>Broad Run, VA 20137-0163 | (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 | Millennium<br>120 S. Wright St.<br>Delavan, WI 53115-2012 |
| Mobile Mini Inc<br>4646 E Van Buren St Ste 400<br>Phoenix, AZ 85008-6927 | Modular Connections, LLC<br>1090 Industrial Blvd<br>Bessemer, AL 35022-6009 | Moises Santos Yanes<br>8436 Graves Street Apt 103<br>Alexandria, VA 22309-8447 |
| NOVA RECON<br>7720 Bethlehem Road<br>Manassas, VA 20109-2716 | NOVEC<br>PO Box 34795<br>Alexandria, VA 22334-0795 | New Age Drilling LLC<br>3212 23rd St<br>Des Moines, IA 50320-2647 |
| NinjaOne<br>3687 Tampa Road Suite 200<br>Oldsmar, FL 34677-6313 | Northern Wisconsin Fence<br>W7620 Cork Rd.<br>Phillips, WI 54555-6366 | Office of the US Trustee<br>111 Seventh Avenue SE, Suite 2800<br>Cedar Rapids, IA 52401-2103 |
| Ostafi Communications Inc<br>2121 Swan Drive<br>Camanche, IA 52730-2009 | Overhead Door<br>6515 4th Street SW<br>Cedar Rapids, IA 52404-4761 | Ozzy Fiber Construction, Inc<br>14378 Sandhill Road<br>Louisville, NE 68037-2848 |
| PEAC Solutions<br>300 Fellowship Rd<br>Mt. Laurel Township, NJ 08054-1201 | PJI Law<br>3900 Jermantown Rd<br>Fairfax, VA 22030-4900 | PWCSA<br>PO Box 2266<br>Woodbridge, VA 22195-2266 |
| Paul Garner<br>1475 Drummer Hill Rd<br>Front Royal, VA 22630-4355 | Pennsylvania Department of Revenue<br>PO Box 280904<br>Harrisburg, PA  17128-0904 | Pinco Construction, Inc.<br>21010 Southbank st. #605<br>Sterling, VA 20165-7227 |

Plumetazz America Corp
225 Thrasher Pike
Soddy Daisy, TN 37379-4267

Poly Vinyl Roofing
785 Elbow Creek Rd
Mount Vernon, IA 52314-9732

Port-A-Johns
19212 Military Rd
Bennington, NE 68007-6212

Precision Sheet Metal
1518 13th St
Belle Plaine, IA 52208-1327

Premier AV Solutions
609 W Jefferson St
Palmer, TX 75152-9638

Price Builders LLC
12185 Fredrick
Pampa, TX 79065-1513

Price Builders LLC
Peter J. Chalik
699 Walnut St., Suite 2000
Des Moines, IA 50309-3948

Priceless Landscape
7015 Lancaster Thornville Rd NE
Pleasantville, OH 43148-9738

Primus Electronics
8101 Solutions Center
Chicago, IL 60677-8001

Pro Tech Electric Services Inc
8615 Whitmore Cir
Ste 108
Omaha, NE 68122-1844

Quality Power Solutions LLC
5718 Manufacturers Dr.
Madison, WI 53704-6276

RCR Telecom, LLC
2425 W. Parker Rd, Bldg 6C
Carrollton, TX 75010-4725

ROC Communications LLC
13908 Lake Drive NE
Columbus, MN 55025-8609

RP Construction, LLC
24008 Bishop Meade Pl
Ashburn, VA 20148-1712

RP Construction, LLC
c/o Jeffrey D. Goetz, Esq.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309

Rebecca Strike
6906 Brookhaven Dr NW
Cedar Rapids, IA 52405-3178

Resurface Inc.
7679 Limestone Dr
Gainesville, VA 20155-4041

Rexco Equipment inc.
5900 SW 56th St
Des Moines, IA 50321-9621

Reyes Underground Utilities
1899 County Road 1126
Cumby, TX 75433-5149

Reyna Paz
President & CEO of RP Construction,
LLC.24008
Bishop Meade Place
Ashburn, VA 20148

Rice Tire
13032 Balls Ford Rd
Manassas, VA 20109-2410

Rob Brown
4907 Harvest Court SW
Cedar Rapids, IA 52404-7411

Romero Construction, LLC
4212 Airline Pkwy
Chantilly, VA 20151-3965

Ross Michaelis
121 S Garnavillo St
Anamosa, IA 52205-1975

Roy R. Leaf
Nyemaster Goode, P.C.
625 1st St SE
Ste 400
Cedar Rapids, IA 52401-2032

Rush M. Shortley
1921 51st ST NE
Cedar Rapids, IA 52402-2400

Ryan Pedersen
814 F Ave
Cedar Rapids, IA 52405-2721

S&S Fiberoptics Corp
14135 Dan Park Loop
Fort Myers, FL 33912-6853

SIA Underground Inc
324 Preston Dr
Warrenton, VA 20186-2673

Scherr Contracting LLC
5015 SW 8th St
Des Moines, IA 50315-4614

```
Schimberg Company                    Sepa Ag Works, Inc                   Seth Stanton
1106 Shaver Rd NE                    PO Box 39                            409 6th Ave SW
Cedar Rapids, IA 52402-4500          Cissna Park, IL 60924-0039           Cedar Rapids, IA 52404-5814


Sheets Sterling, Inc.                Sheets Sterling, Inc.                Sherwin Williams
Emily Douglas Moore                  c/o Emily Douglas Moore              3501 J St SW
974 73rd Street, Suite 16            974 73rd Street, Suite 16            Cedar Rapids, IA 52404-4608
West Des Moines, IA 50265-1026       West Des Moines, IA 50265


Small Business Administration        Small Business Adminstration         Soft Dig Properties, LLC
10737 Gateway West                   2750 1st Ave NE                      525 Milltown Road
Suite 300                            Suite 350                            Suite 304
El Paso, TX 79935-4910               Cedar Rapids, IA 52402-4831          New Brunswick, NJ 08902-3317


Solid Waste Agency                   Solutions Fiber Optic Inc            Sourctel Supply, LLC
1954 County Home Road                8422 Freedom Ct                      1635 Lakes Parkway
Marion, IA 52302-9758                Columbia, MD 21045-3100              Suite O
                                                                          Lawrenceville, GA 30043-5897


South Dakota Department of Revenue   (p)STAR EQUIPMENT LTD                State of Iowa Workforce Development
300 S. Sycamore Avenue, Ste 102      PO BOX 8438                          1000 E Grand Avenue
Sioux Falls, SD 57110-1323           DES MOIONES IA 50301-8438            Des Moines, IA 50319-0220


State of Wisconsin DWD               Summit IG                            Summit Infrastructure Group, LLC
State of Wisconsin DWD UI            Att Lee Grant VP & General Counsel   c/o Christopher L. Perkins
PO Box 8914                          22365 Broderick Drive Suite 250      Eckert Seamans Cherin & Mellott, LLC
Madison, WI 53708-8914               Sterling, VA 20166-9396              919 E. Main Street, Suite 1300
                                                                          Richmond, VA 23219-4624


SummitIG, LLC                        SummitIG, LLC                        Sunbelt Rentals
22365 Broderick Dr Suite 250         22375 Broderick Drive Suite 165      PO Box 409211
Sterling, VA 20166-9396              Sterling, VA 20166-9346              Atlanta, GA 30384-9211


TMC Transportation                   TNT Underground Utilities, Inc.      Tammy Kemp
PO Box 1774                          303 E Whitworth Street               Chief Credit Officer
Des Moines, IA 50306-1774            Hazlehurst, MS 39083-2607            Liquid Capital Exchange
                                                                          5075 Yonge Street Ste 700
                                                                          Toronto, Ontario Canada
                                                                          M2N 6C6


Tarheel Contractors Supply           Tennessee Department of Revenue      Terry Durin Co.
162 Porter Rd                        Andrew Jackson Bldg, 3rd Floor Ste 500  407 7th Ave SE
Rock Hill, SC 29730-6339             500 Deaderick St                     Cedar Rapids, IA 52401
                                     Nashville, TN 37242-1099


The Sherwin-Williams Company         Tier 1 Tower Services LLC            Todd Shores
c/o Michael B. Bach, Authorized Agent 955 16th Ave                        1840 Silver Maple Trail
25 Whitney Drive, Suite 106          Marion, IA 52302-2654                North Liberty, IA 52317-4761
Milford, OH 45150-8400
```

| | | |
|---|---|---|
| Traffic Safety Supplies Inc.<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc<br>2400 86th St Suite 28<br>Urbandale, IA 50322-4306 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 |
| Tripwireless, INC.<br>4941 Allison St Suite 7<br>Arvada, CO 80002-4421 | Ty Mcfarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler Pelton<br>53052 E Fox Hill Rd<br>Baraboo, WI 53913 |
| (p)U S ATTORNEY S OFFICE<br>111 7TH AVENUE SE<br>BOX 1<br>CEDAR RAPIDS IA 52401-2103 | U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 |
| (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | U.S. Small Business Administration<br>Fresno District Office<br>801 R Street<br>Suite 201<br>Fresno, CA 93721-2365 | USA Communications<br>124 Main Street<br>PO Box 389<br>Shellsburg, IA 52332-0389 |
| USTDW<br>PO Box 365<br>Walford, IA 52351-0365 | Unite Private Networks<br>120 W 12th Street Floor 11<br>Kansas City, MO 64105-1937 | United Healthcare<br>Atlanta, GA  30374-0376 |
| United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 | United States Attorney (SBA)<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101 | United States Trustee<br>Northern District of Iowa<br>111 Seventh Avenue SE, Suite 280<br>Cedar Rapids, IA 52401-2103 |
| United of Life Insurance Company<br>Mutual of Omaha Plaza<br>Omaha, NE 68175-0001 | UnitedHealthcare Insurance Company<br>Attn: CDM/Bankruptcy<br>185 Asylum Street- 03B<br>Hartford, CT 06103-3408 | Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 |
| Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Road<br>Chantilly, VA 20151-2112 | Verizon Business<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Victor Hernandez<br>45291 Gable Sq<br>Sterling, VA 20164-5348 |
| Virginia Department of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 | Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 | Virginia Ground Covers<br>21585 Cascades Parkway<br>Sterling, VA 20166-9209 |
| WI Department of Workforce Development<br>Unemployment Insurance Division<br>PO Box 7945<br>Madison, WI 53707-7945 | WM Corporate Services, INC.<br>PO Box 4648<br>Boston, MA 02205 | WM Enterprise, LLC<br>7411 Riggs Rd, Ste 202<br>Hyattsville, MD 20783-4246 |

Wagner Falconer & Judd, Ltd.
300 North Corporate Drive
Suite 200
Brookfield, WI 53045-5833

Wapsi Banks, LLC
761 Wapsi Banks Rd
Central City, IA 52214-9651

Wascape Construction
403747 W. 3800 Rd
Talala, OK 74080-3416

Watts Electric Company
13351 Dover St
Waverly, NE 68462-2516

Watts Electric Company
c/o Brian S. Koerwitz
Peetz Koerwitz & Lafleur, PC LLO
5825 South 14th Street, Ste. 200
Lincoln, NE 68512-1233

Wells Fargo Bank NA as Agent
14241 Dallas Parkway, Suite 1300
Attn: Relationship Manager
Dallas, TX 75254-2955

Wendling Quarries, Inc
2647 225th St
De Witt, IA 52742-9123

West Pacific Drilling, Inc
PO Box 882
Silverton, OR 97381-0882

West Union Trenching, LLC
800 Hwy 150 South
West Union, IA 52175-1600

Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901

Youngwood Lane LLC
44112 Mercure Circle
Sterling, VA 20166-2084

Younts Contracting LLP
2622 120th St
Tabor, IA 51653-5008

Zackary McElroy
416 G Ave NW
Cedar Rapids, IA 52405-2660

Zayo Group LLC
1805 29th Street Suite 2050
Boulder, CO 80301-1067

Zayo Group, Inc.
c/o Timothy N. Lillwitz
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8007

Zayo Group, LLC
c/o Jason H. Rosell
One Sansome Street, 34th Floor,
Suite 3430
San Francisco, CA 94104-4436

Zayo Group, LLC
c/o Jordan A. Kroop
780 Third Ave. 34th Floor
New York , NY 10017

Cheryl Wesler
PO Box 19016
Kalamazoo, MI 49019-0016

Craig Hilpipre
Equipment Marketers & Appraisers
3826 Cedar Heights Drive
Suite 7
Cedar Falls, IA 50613-6257

Karmen Denea Randall
2066 River Ridge Terrace
Apt 202
Asburn, VA 20147

Marcelino Avalos
c/o Timothy B. Cantlin, Esq.
The Cantlin Law Firm
760 E Etna RD
Ottawa, IL 61350-1014

Renee K. Hanrahan
Renee K. Hanrahan, Trustee
PO Box 1088
Cedar Rapids, IA 52406-1088

Tammy Kemp
Chief Credit Officer
Liquid Capital Exchange
5075 Yonge Street Ste 700
Toronto, OntarioM2N 6C6 Canada

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ag & Business Legal Strategies
P.O. Box 11425
Cedar Rapids, IA 52410-1425

(d)Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410

Caterpillar Financial Services Corporation
Attn: Erin O'Quinn
2120 West End Avenue
Nashville, TN 37203 US

```
GreenState Credit Union              John Deere Financial f.s.b.          Sheets Sterling, Inc.
PO Box 800                           PO Box 6600                          PO Box 615
North Liberty, IA 52317              Johnston, IA 50131                   Sterling, VA 20167



Advanced Tower Services, LLC         Alliant Energy                       Altorfer Inc
2417 Baylor Drive SE                 PO Box 3060                          P.O. Box 1347
Albuquerque, NM 87106                Cedar Rapids, IA 52406-3060          Cedar Rapids, IA 52405



Baltimore County Maryland            Bill                                 Breakout Capital, LLC
400 Washington Avenue                6220 America Center Drive., Suite 100 1451 Dolley Madison Blvd
Towson, MD 21204                     San Jose, CA 95002                   Suite 200
                                                                          Mclean, VA 22101


(d)Caterpillar Financial Services Corp  (d)Caterpillar Financial Services Corporation  Comptroller of Maryland
2120 West End Avenue                 Attn: Erin O'Quinn                   Revenue of Admin Div
Nashville, TN 37203-0001             2120 West End Avenue                 110 Carroll St
                                     Nashville, TN 37203                  Annapolis, MD 21411-0001


De Lage Landen Financial Serv        (d)De Lage Landen Financial Services Inc  (d)Deere Credit, Inc.
1111 Old Eagle School Rd             1111 Old Eagle School Road, Wayne, PA 19  6400 NW 86th Street
Wayne, PA 19087                      Wayne, PA 19087                      Johnston, IA 50131



Dell Financial Services              (d)Dell Financial Services, LLC      Dominion Energy Virginia
PO Box 5275                          Resurgent Capital Services           PO Box 26543
Carol Stream, IL 60197-5275          PO Box 10390                         Richmond, VA 23290-0001
                                     Greenville, SC 29603-0390


First Insurance Funding              (d)Green State Credit Union          Herc Rentals
450 Skokie Blvd, Suite 1000          2355 Landon Rd                       23745 Pebble Run Place
Northbrook, IL 60062                 North Liberty, IA 52317              Sterling, VA 20166



(d)Herc Rentals                      Imon Communications, LLC             Iowa Dept of Revenue
27500 Riverview Center Blvd          101 3rd Ave SW, Suite 400            PO Box 10330
Suite 100                            Cedar Rapids, IA 52404               Des Moines, IA 50306-0330
Bonita Springs, FL 34134


(d)John Deere Financial              Lumen                                Mediacom Communications Corp
6400 NW 86t St                       1025 Eldorado Blvd                   6300 Council Street NE
Johnston, IA 50131                   Broomfield, CO 80021-8254            Cedar Rapids, IA 52402



(d)Mediacom Communications Corp      Millbrook West LLC                   (d)Sheets Sterling, inc
Attn  Eddie Arnold                   PO Box 163                           PO Box 615
1613 Nantahala Beach Road            Broad Run, VA 20137                  Sterling, VA 20167
Gulf Breeze, FL 32563
```

Star Equipment Ltd
1401 2nd Ave
Des Moines, IA 50314

Treasurer of VA
P.O. Box 570
Richmond, VA 23218-0570

U.S. Attorney (SBA)
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401

U.S. Small Business Administration
Attn: Michelle Chesebro, Attorney
332 S. Michigan, Suite 600
Chicago, IL 60604

(d)US Attorney (IRS)
111 7th Avenue SE #1
Cedar Rapids, IA 52401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)BMO Bank N.A., f/k/a Bank of the West, d/b

(u)Breakout Capital Finance, LLC

(u)Deere Credit Inc.

(u)Five Star Communications, LLC

(u)Herc Rentals, Inc.

(u)Hiawatha Properties LLC

(u)Isotropic Network, Inc.

(u)John Deere Construction & Forestry Company

(u)Liquid Capital Exchange, Inc.

(u)Manchester Leasing Services, Inc.

(u)Official Committee of Unsecured Creditors

(u)Smith, Gambrell & Russell, LLP

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Complete Design Solutions, LLC
3620 Developers Rd.
Indianapolis, IN 46227-3520

(u)Daniel R. Schmoldt Enterprises Inc.
4807 Rockside Road, Suite 240
,

(d)East Central Iowa Council of Governments
700 16th Street NE
Suite 301
Cedar Rapids, IA 52402-4665

(d)Edge Consulting Engineers, Inc.
624 Water Street
Prairie Du Sac, WI 53578-1027

(d)Farmers & Merchants Savings Bank
200 First Street SW
Cedar Rapids, IA 52404-5735

(d)Green Note Capital Partners SPV LLC
1019 Avenue P Suite 401
Brooklyn, NY 11223-2366

(d)Guy M. Turner, Inc.
PO Box 7776
Greensboro, NC 27417-0776

(d)HM Cragg Co
7490 Bush Lake Road
Edina, MN 55439-2801

(d)ImOn Communications
PO Box 3446
Cedar Rapids, IA 52406-3446

(d)Keystone Savings Bank
81 Main Street
PO Box 367
Keystone, IA 52249-0367

(d)L&M Underground Inc
7529 S. Storm Mtn
Littleton, CO 80127-3807

(d)Quality Power Solutions, LLC
5718 Manufacturers Drive
Madison, WI 53704-6276

(d)RP Construction
24008 Bishop Meade Place
Ashburn, VA 20148-1712

(d)Watts Electric Company
c/o Brian S. Koerwitz
5825 South 14th Street, Ste. 200
Lincoln, NE 68512

(d)West Pacific Drilling, Inc
PO Box 882
Silverton, OR 97381-0882

(d)Brandon Kuenzi
Secretary
West Pacific Drilling, Inc.
PO Box 882
Silverton, OR 97381-0882

(u)Dennis Bruce

(d)Reyna Paz
President & CEO of RP Construction, LLC.24008
Bishop Meade Place
Ashburn, VA 20148

End of Label Matrix
Mailable recipients   472
Bypassed recipients    32
Total                 504