### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Chapter 7 Bankruptcy<br><br>Case No. 23-00484<br><br>**WESLER & ASSOCIATES' FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ACCOUNTANT FEES AND EXPENSES** |

COMES NOW the Chapter 7 Trustee Renee K. Hanrahan, and in support of *Wesler & Associates' First Interim Application For Allowance And Payment Of Accountant Fees And Expenses* (the "Application") pursuant to pursuant to Sections 330(a), 331, 503(a), 503(b)(2), and 507(a)(2) of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2016, and hereby requests the Court approve Applicant's Application and enter an order awarding the Applicant interim compensation and reimbursement of expenses in the amount of $5,380.10, which amount consists of: (i) fees ($5,258.50); and (ii) expenses ($121.60) incurred in connection with the Applicant's duties as accountant to the Trustee. In support of this Application, Applicant respectfully states:

1.  Debtor BDC Group, Inc., ("Debtor") filed a voluntary Chapter 11 Petition pursuant to the Bankruptcy Code in this Court on June 13, 2023 ("Petition Date").

2.  Debtor's Chapter 11 case was converted to one under Chapter 7 of the Bankruptcy Code on January 30, 2024.

3.  Renee K. Hanrahan ("Trustee") is the duly appointed and serving Trustee, administering the Debtor's Chapter 7 case.

4.  On June 09, 2025, this Court granted the Trustee's Application to Employ Cheryl G. Wesler, CPA, and Wesler & Associates as tax and accounting professionals for the Trustee [Dkt 619].

5. Applicant has submitted, and the Trustee has reviewed, an itemized statement for professional services rendered and expenses dispersed in connection with this Bankruptcy Case, which is attached hereto and incorporated herein as **Exhibit 1**.

6. The Trustee posits that the professional services rendered and the expenses incurred were fair and reasonable and were performed for and on behalf of the Trustee and the Debtor's Bankruptcy Estate.

7. Applicant submits the compensation sought by this Fee Application represents a fair and reasonable amount for the services rendered based on the criteria set forth in Section 330 of the Bankruptcy Code and the Application and Order Granting the Employment of Wesler & Associates.

8. No agreement exists between Wesler & Associates and any third party for the sharing of compensation received by Applicant in connection with the captioned case, except as allowed by Bankruptcy Code §504 and Bankruptcy Rule 2016 with respect to the sharing of compensation among the members, partners, or regular associates of Wesler & Associates.

9. In compliance with Bankruptcy Rule 2002(a)(6), a Notice of the Application and Objection Deadline has been provided to all parties on the mailing matrix dated as of the date of this Application.

10. Applicant has also provided a copy of this Application and exhibit(s) to via the Court's CM/ECF system to: (a) all parties in interest; (b) the Office of the United States Trustee; and (c) all parties requesting electronic service.

11. Further, as set forth in the Notice of the Application and Objection Bardate, the Chapter 7 Trustee will provide a copy of this Application and exhibit(s) to any creditors or parties-in-interest who so request.

**WHEREFORE**, Applicant respectfully requests this Court enter an Order:

A. Granting *Wesler & Associates' First Interim Application For Allowance And Payment Of Accountant Fees And Expenses*;

B. Allowing and approving interim compensation for services rendered and expenses in the aggregate amount of $5,380.10, which amount consists of: (i) fees ($5,258.50); and (ii) expenses ($121.60) for the First Interim Compensation, none of which has been previously applied for or approved for payment, on an interim basis, as Chapter 7 administrative expenses of the Debtor's Estate under Bankruptcy Code §§ 503(b) and 507(a)(2);

C. Authorizing the Chapter 7 Trustee to pay the interim fees and expenses to Wesler & Associates in the amount of **$5,380.10, which amount consists of: (i) fees ($5,258.50); and (ii) expenses ($121.60)** as Chapter 7 administrative expenses of the Debtor's estate under Bankruptcy Code §§ 503(b) and 507(a)(2) fee from available funds on hand, at her discretion; and

D. Granting any other further relief the Court deems appropriate under the circumstances in law or equity.

October 24, 2025

             Respectfully submitted,

             /s/ Renee K. Hanrahan
             Chapter 7 Trustee
             PO Box 1088
             Cedar Rapids IA 52406-1088
             319.533.7358
             rhanrahan@sharontc.net