

## WESLER & ASSOCIATES
### CERTIFIED PUBLIC ACCOUNTANTS

# INVOICE

BILL TO
Trustee Renee K Hanrahan
PO Box 1088
Cedar Rapids, IA  52406-1088

INVOICE    8723
DATE    10/22/2025
TERMS    Net 30
DUE DATE    11/21/2025

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Bankruptcy Estate Tax Return | Bankruptcy Estate Tax Returns for BDC Group, Inc. 23-00484 (See Statement of Services Rendered for detail) | 1 | 5,380.10 | 5,380.10 |

Invoices that exceed 30 days will be subject to a monthly  interest charge

BALANCE DUE    **$5,380.10**

Thank you for your business!

## Statement of Services Rendered
### BDC Group, Inc.
### Case No. 23-00484

| Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| Initial review of case information | KRL | 06/09/25 | 0.70 | $ 275.00 | $ 192.50 |
| Review of monthly operating reports | CGW | 06/10/25 | 0.40 | $ 375.00 | $ 150.00 |
| Preparation of 2023 bankruptcy estate tax return | EDW | 07/03/25 | 0.20 | $ 195.00 | $ 39.00 |
| Creation of financial statements to support preparation of 2023 tax return | EDW | 07/28/25 | 1.90 | $ 195.00 | $ 370.50 |
| Creation of financial statements to support preparation of 2023 tax return | EDW | 07/29/25 | 1.80 | $ 195.00 | $ 351.00 |
| Phone call with Trustee | CGW | 08/05/25 | 0.30 | $ 375.00 | $ 112.50 |
| Preparation of 2023 bankruptcy estate tax return | EDW | 08/05/25 | 0.40 | $ 195.00 | $ 78.00 |
| Creation of financial statements to support preparation of 2023 tax return | BPM | 08/05/25 | 1.20 | $ 195.00 | $ 234.00 |
| Preparation of 2023 bankruptcy estate tax return | EDW | 08/06/25 | 1.50 | $ 195.00 | $ 292.50 |
| Preparation of supplemental statement | EKW | 08/06/25 | 0.10 | $ 195.00 | $ 19.50 |
| Preparation of prompt determination requests | EKW | 08/06/25 | 0.20 | $ 195.00 | $ 39.00 |
| Review and revision of bankruptcy estate tax returns | KRL | 08/08/25 | 0.10 | $ 275.00 | $ 27.50 |
| Review and revision of bankruptcy estate tax returns | KRL | 08/11/25 | 0.10 | $ 275.00 | $ 27.50 |
| Creation of financial statements to support preparation of 2023 tax return | BPM | 08/12/25 | 0.60 | $ 195.00 | $ 117.00 |
| Preparation of 2023 bankruptcy estate tax return | EDW | 08/12/25 | 0.80 | $ 195.00 | $ 156.00 |
| Review and revision of bankruptcy estate tax returns | KRL | 08/12/25 | 1.60 | $ 275.00 | $ 440.00 |
| Review bankruptcy estate tax return, supplemental statement, and prompt determination requests | CGW | 08/13/25 | 1.00 | $ 375.00 | $ 375.00 |
| Send tax returns for signature | BPM | 08/13/25 | 0.40 | $ 195.00 | $ 78.00 |
| Preparation of 2024 bankruptcy estate tax return | BPM | 08/13/25 | 0.30 | $ 195.00 | $ 58.50 |
| Preparation of 2024 bankruptcy estate tax return | EDW | 08/13/25 | 0.60 | $ 195.00 | $ 117.00 |
| Review and revision of bankruptcy estate tax returns | KRL | 08/13/25 | 1.10 | $ 275.00 | $ 302.50 |
| Prepare return for electronic filing | BPM | 08/14/25 | 0.30 | $ 195.00 | $ 58.50 |
| Electronic filing of tax returns | CGW | 08/14/25 | 0.20 | $ 375.00 | $ 75.00 |
| Phone call with Trustee regarding 2023 electronic filing rejection | CGW | 08/14/25 | 0.10 | $ 375.00 | $ 37.50 |
| Preparation of 2024 bankruptcy estate tax return | EDW | 08/22/25 | 0.30 | $ 195.00 | $ 58.50 * |
| Review and revision of bankruptcy estate tax returns | KRL | 08/29/25 | 0.70 | $ 275.00 | $ 192.50 |
| Preparation of 2024 bankruptcy estate tax return | EDW | 08/29/25 | 1.30 | $ 195.00 | $ 253.50 |
| Review and revision of bankruptcy estate tax returns | KRL | 08/30/25 | 0.30 | $ 275.00 | $ 82.50 |
| Review bankruptcy estate tax return, supplemental statement, and prompt determination requests | CGW | 08/30/25 | 0.50 | $ 375.00 | $ 187.50 |
| Send tax returns for signature | BPM | 09/02/25 | 0.40 | $ 195.00 | $ 78.00 |
| Discussion on return with Trustee | CGW | 09/03/25 | 0.50 | $ 375.00 | $ 187.50 |
| Resend tax returns for signature | BPM | 09/03/25 | 0.40 | $ 195.00 | $ 78.00 |
| Copy, compile, and mail/fax the federal and state bankruptcy estate tax returns to the appropriate Internal Revenue Service branch including preparation and mailing/faxing of prompt determination to the Insolvency Unit | RAB | 09/04/25 | 0.50 | $ 195.00 | $ 97.50 |
| Review mailing | KRL | 09/04/25 | 0.40 | $ 275.00 | $ 110.00 |
| Mail returns at post office | EKW | 09/04/25 | 0.10 | $ 195.00 | $ 19.50 |
| Call with shareholder regarding 2024 K1 | KRL | 09/09/25 | 0.60 | $ 275.00 | $ 165.00 |
| Mailing and postage fees | | | | | $ 25.14 |
| Software allocation and filing charges | | | | | $ 96.46 |

| | Breakdown | | | | |
|---|---|---|---|---|---|
| | Rendered Services | 21.90 | | | $ 5,258.50 |
| | Expenses | | | | $ 121.60 |
| | Total Due | | | | $ 5,380.10 |

| | | Hours | Rate | Total | |
|---|---|---|---|---|---|
| | EDW | 8.80 | $195.00 | $ 1,716.00 | |
| | BPM | 3.60 | $195.00 | $ 702.00 | |
| | RAB | 0.50 | $195.00 | $ 97.50 | |
| | EKW | 0.40 | $195.00 | $ 78.00 | |
| | KRL | 5.60 | $275.00 | $ 1,540.00 | |
| | CGW | 3.00 | $375.00 | $ 1,125.00 | |
| | Total Time by Staff | 21.90 | | $ 5,258.50 | |