UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) |
|    BDC Group, Inc., | )    CHAPTER 7 |
|      Debtor. | )    CASE NO. 23-00484 |

### NOTICE OF OBJECTION BAR DATE TO WESLER & ASSOCIATES' FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ACCOUNTANT FEES AND EXPENSES

**NOTICE IS HEREBY GIVEN** that on the 24th day of October 2025, Trustee Renee K. Hanrahan filed a First Interim Application for Allowance and Payment of Accountant Fees and Expenses for Wesler & Associates. The First Interim Application seeks allowance and payment of Chapter 7 administrative expenses for **accountant fees of $5,258.50 and expenses of $121.60**, all incurred while serving for the Chapter 7 Trustee.

A copy of the First Interim Application may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Cedar Rapids, IA 52401-2101.

**NOTICE IS FURTHER GIVEN** that any party objecting to the First Interim Application for Allowance and Payment of Accountant Fees and Expenses, must file and service an Objection, within **twenty-one (21) days of this notice**, or on or before **November 14, 2025**. Such Objection shall be filed with the Clerk of Bankruptcy Court, Northern District of Iowa, 111 Seventh Avenue SE, Box 15, Cedar Rapids, Iowa 52401-2101, and served on attorney Elizabeth M. Lally, 12020 Shamrock Plaza, Suite 200, Omaha, NE 68154; Renee K. Hanrahan, Trustee, PO Box 1088 Cedar Rapids, Iowa 52406-1088, and the Office of the United States Trustee, 210 Walnut Street, Suite 793, Des Moines Iowa 50309-2108.

**NOTICE IS FURTHER GIVEN** that timely-filed Objections will be set for hearing by separate notice. If no timely objection is filed, the appropriate order will be entered.

I hereby certify that on this date a copy of this *Notice* was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

Dated this 24th day of October 2025.

    Respectfully submitted,
    */s/ Renee K. Hanrahan*
    Renee K. Hanrahan, Trustee
    P.O. Box 1088
    Cedar Rapids, IA 52406
    319.533.7358
    rhanrahan@sharontc.net

Copies to:
Clerk's Mailing Matrix