IA-18.5
(06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|    BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | ADVERSARY NO. 25-09026 |
| | ) | |
| | ) | ORDER APPROVING MOTION |
| | ) | FOR COMPROMISE OR |
|    Debtor(s). | ) | SETTLEMENT OF CONTROVERSY |
| | ) | WITH DAVIS TOWER |
| | ) | FOUNDATIONS, LLC |

     This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy filed September 30, 2025 (Docket 684). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on September 30, 2025, that the last date for filing objections thereto was October 21, 2025. The bardate has passed with no objections.

     IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved; the Motion is GRANTED; the trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED:  October 27, 2025

                                                                  UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee