IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| IN RE: | ) | Bankruptcy No. 23-00484 |
|---|---|---|
|  | ) | Chapter 11 |
| BDC Group, Inc, | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) | APPEARANCE AND |
| Debtor. | ) | REQUEST FOR NOTICE |
|  | ) |  |

COMES NOW Tirzah R. Roussell, on behalf of the Creditor, Kirkwood Community College, and hereby enters her appearance in this case on behalf of said creditor, and pursuant to Bankruptcy Rule 2002(g), requests that all notices under Section 342 of the Bankruptcy Code, Bankruptcy Rule 2002, or otherwise, be mailed to her at the following address:

> Tirzah R. Roussell
> Dentons Davis Brown PC
> 215 10th St., Ste. 1300
> Des Moines, IA  50309

and further requests her name and the above address be entered upon the mailing matrix in this proceeding.

Respectfully submitted,

 /s/ Tirzah R. Roussell
Tirzah R. Roussell (AT0014113)
Dentons Davis Brown PC
215 10th St., Ste. 1300
Des Moines, Iowa 50309
(515) 288-2500
tirzah.roussell@dentons.com

ATTORNEY FOR KIRKWOOD COMMUNITY COLLEGE

#4975389

Copy to:

United States Trustee
United States Federal Courthouse
Federal Bldg, Room 793
210 Walnut St.
Des Moines, IA 50309

Trustee:
Renee K. Hanrahan
PO Box 1088
Cedar Rapids, IA 52406

Camber Jones
2144 E Republic Road, Ste B300
Springfield, MO  65804

Elizabeth Lally
12020 Shamrock Plaza, Ste 200
Omaha, NE 68154

Claire Davison
210 Walnut St, Room 793
Des Moines, IA 50309


L. Ashley Wiek
210 Walnut St, Room 793
Des Moines, IA 50309

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage per-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e mail over CM/ECF, on October 31, 2025.

Signature:    /s/ Gabby Mathias