

**RP Construction LLC**
24008 Bishop Meade Place
Ashburn, VA 20148
703-722-2823

rpaz@rp-constructionllc.com
kescalante@rp-constructionllc.com

**October 29, 2025**

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

NOV 0 6 2025

By: _____
  Clerk of Court
          Deputy

**Re:** In re BDC Group, Inc. – Case No. 23-00484 (Chapter 7)

**To:** Clerk of the U.S. Bankruptcy Court, Northern District of Iowa, with copies to Elizabeth M. Lally (Attorney for Trustee), Renee K. Hanrahan (Trustee), and the Office of the United States Trustee.

Dear Clerk and Parties,

RP Construction LLC is submitting this letter to formally **object** to the request for approval of accountant fees and expenses in the bankruptcy case for BDC Group, Inc.

As a creditor that has not been compensated for outstanding amounts owed, we have concerns about any professional fees being approved before existing creditor claims are reviewed and resolved. We believe it would be more appropriate for the Court to consider the position of unpaid creditors before authorizing additional disbursements.

We respectfully request that this objection be noted and entered into the record for Case No. 23-00484.

Thank you for your attention and understanding.

Sincerely,

*Reyna Paz* (signature)

Reyna Paz

RP Construction LLC

· UNDERGROUND UTILITIES INSTALLATION · DIRECTIONAL BORING · TRENCHING
Phone Office: 703-722-2823