## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| BDC Group, Inc. | ) | |
| | ) | Adversary Case No. 25-09041 |
| Debtor(s). | ) | |
| | ) | ORDER APPROVING MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT |
| | ) | OF CONTROVERSY WITH |
| | ) | AUTOHAUS, LTD. D/B/A |
| | ) | CAROUSEL AUDI IOWA CITY |
| | ) | (ONLY). |

This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement with Autohaus, Ltd. d/b/a Carousel Audi Iowa City (Only) (the "Motion") filed October 16, 2025 (Docket No. 693). Upon review of the file, the Court finds notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on October 16, 2025, and the last date for filing objections thereto was November 7, 2025. The bardate has passed with no objections.

IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved and the Motion is GRANTED; and

IT IS FURTHER ORDERED the Trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED:

November 10, 2025

_____
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com

Approved as to form and content:
**Counsel for Autohaus, Ltd. d/b/a Carousel Audi Iowa City**

By: */s/ Boanne R.M. Wassink*
BOANNE R.M. WASSINK
AT0015800
SHUTTLEWORTH & INGERSOLL, PLC
327 2nd Street, Suite 300
Coralville, IA 52241
Telephone: 319-365-9461
Email: brw@shuttleworthlaw.com