**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO.  23-00484 |
| BDC Group, Inc. ) | |
| ) | |
| ) | ORDER APPROVING MOTION FOR |
| ) | COMPROMISE OR SETTLEMENT |
| Debtor(s). ) | OF CONTROVERSY WITH |
| ) | WAPSI BANKS LLC |
| ) | |

    This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement with Wapsi Banks LLC (the "Motion") filed October 16, 2025 (Docket No. 694). Upon review of the file, the Court finds notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on October 16, 2025, and the last date for filing objections thereto was November 7, 2025. The bardate has passed with no objections.

    IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved and the Motion is GRANTED;

    IT IS FURTHER ORDERED the Trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED:

    November 10, 2025                  _____
                                                    HONORABLE THAD J. COLLINS
                                                    Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com

Approved as to form and content:

**Counsel for Wapsi Banks LLC**

By: */s/ Roy Leaf*
Roy Leaf
NYEMASTER GOODE, P.C.
625 First Street, Suite 400
Cedar Rapids, IA 52401
Telephone: 319-286-7002
Email: rleaf@nyemaster.com