UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>　　　　　　Debtor | CASE NO.  23-00484<br>(CHAPTER 7)<br><br>ADVERSARY CASE NO. 25-09029<br><br>ORDER APPROVING MOTION FOR COMPROMISE OR SETTLEMENT OF CONTROVERSY WITH BARNHART CRANE AND RIGGING CO. |

　　　This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Barnhart Crane and Rigging Co. (the "Motion") filed October 16, 2025 (Docket No. 692). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on October 16, 2025, and that the last date for filing objections thereto was November 7, 2025. The bar date has passed with no objections.

　　　**IT IS THEREFORE ORDERED** that the Compromise or Settlement of Controversy is approved and the Motion is GRANTED;

　　　**IT IS FURTHER ORDERED** the Trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED this 10th day of November, 2025:

_____
Honorable Thad J. Collins
Chief Bankruptcy Judge

Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com

Approved as to form and content:
**Counsel for Barnhart Crane and Rigging Co.**


By: */s/ Michael J Whaley*
Michael J. Whaley, # AT0008393
 CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
12910 Pierce Street, Suite 200
Omaha, NE 68144
Telephone: (402) 397-1700
Email: mwhaley@clinewilliams.com