United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+++        Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2025                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Abram V. Carls | on behalf of Plaintiff Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Anna M Hardin Staveley | on behalf of Plaintiff Keystone Savings Bank ahardin@spmblaw.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com |

Case 23-00484    Doc 711    Filed 11/12/25    Entered 11/12/25 23:41:33    Desc Imaged
Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf902 | Total Noticed: 1 |

| | |
|---|---|
| | austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com, khemann@pughhagan.com |
| Boanne R.M. Wassink | on behalf of Defendant Autohaus Ltd., d/b/a Carousel Audi Iowa City brw@shuttleworthlaw.com, heather@shuttleworthlaw.com |
| Brian S. Koerwitz | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Camber Jones | on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com beth@shuttleworthlaw.com |
| David Skalka | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth Lally | on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth Lally | on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth L. Janczak | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | on behalf of Creditor Sheets Sterling Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com |
| Emily X. Douglas Moore | on behalf of Defendant Sheets Sterling Inc. emily@mallorylawiowa.com, kscrutchfield@midwestlawgroup.com |
| Eric J. Langston | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Jason Rosell | on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey P. Taylor | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| John Michael Weston | on behalf of Defendant Liberty Mutual Insurance Company msmejkal@lwclawyers.com |
| Jonathan Barger | on behalf of Defendant Liberty Mutual Insurance Company jbarger@butler.legal |

Case 23-00484    Doc 711    Filed 11/12/25    Entered 11/12/25 23:41:33    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0862-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: pdf902 | Total Noticed: 1 |

Jordan A Kroop
    on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com

Joseph A. Peiffer
    on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer
    on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com,
    joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kenneth Clark Schirle
    on behalf of Defendant Liberty Mutual Insurance Company cschirle@butler.legal

Kristina M. Stanger
    on behalf of Defendant Davis Tower Foundations LLC kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Kristina M. Stanger
    on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Krystal Mikkilineni
    on behalf of Creditor Kirkwood Community College krystal.mikkilineni@dentons.com gabby.mathias@dentons.com

L. Ashley Wieck
    on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin
    on behalf of Creditor United States of America (SBA) marty.mclaughlin@usdoj.gov
    usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov

Michael J Whaley
    on behalf of Defendant Barnhart Crane and Rigging Co. MWhaley@clinewilliams.com tcampbell@clinewilliams.com

Peter J. Rolwes
    on behalf of Defendant AUS INCORPORATED rolwes@sagwlaw.com gentry@sagwlaw.com

Rachel A Yaggi
    on behalf of Defendant Allianz Life Insurance Company of North America rachel.yaggi@faegredrinker.com

Renee K. Hanrahan
    rhanrahan@sharontc.net rhanrahan@ecf.axosfs.com

Ronald C. Martin
    on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

Ronald C. Martin
    on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

Roy Ryan Leaf
    on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com,
    sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com

Rush M. Shortley
    on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com

Rush M. Shortley
    on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com

Scott D. Fink
    on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com

Shelly A. DeRousse
    on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com

Stephanie L. Hinz
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com,
    dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
    on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com,
    dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
    on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com

Terry Gibson
    on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz
on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tirzah R. Roussell
on behalf of Creditor Kirkwood Community College Tirzah.Roussell@dentons.com gabby.mathias@dentons.com

Tonita M Helton
on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Warren James Ford, III
on behalf of Defendant VW Credit Inc., d/b/a Audi Financial Services fordw@goosmannlaw.com

Wendee Noel Elliott-Clement
on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com beth@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com

TOTAL: 67

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| BDC Group, Inc. | ) | |
| | ) | Adversary Case No. 25-09041 |
| Debtor(s). | ) | |
| | ) | ORDER APPROVING MOTION FOR |
| | ) | COMPROMISE OR SETTLEMENT |
| | ) | OF CONTROVERSY WITH |
| | ) | AUTOHAUS, LTD. D/B/A |
| | ) | CAROUSEL AUDI IOWA CITY |
| | ) | (ONLY). |

This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement with Autohaus, Ltd. d/b/a Carousel Audi Iowa City (Only) (the "Motion") filed October 16, 2025 (Docket No. 693). Upon review of the file, the Court finds notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on October 16, 2025, and the last date for filing objections thereto was November 7, 2025. The bardate has passed with no objections.

IT IS THEREFORE ORDERED that the Compromise or Settlement of Controversy is approved and the Motion is GRANTED; and

IT IS FURTHER ORDERED the Trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED:

November 10, 2025

_____
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge


Order prepared by:
**Counsel for the Plaintiff, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com

Page 1 of 2

Approved as to form and content:
**Counsel for Autohaus, Ltd. d/b/a Carousel Audi Iowa City**

By: */s/ Boanne R.M. Wassink*
BOANNE R.M. WASSINK
AT0015800
SHUTTLEWORTH & INGERSOLL, PLC
327 2nd Street, Suite 300
Coralville, IA 52241
Telephone: 319-365-9461
Email: brw@shuttleworthlaw.com