

**RP Construction LLC**
24008 Bishop Meade Pl
Ashburn, VA 20148
rpaz@rp-constructionllc.com
kescalante@rp-constructionllc.com

**November 13, 2025**

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
NOV 17 2025
By: _____ Clerk of Court
Deputy

**United States Bankruptcy Court**
Northern District of Iowa
Attn: Clerk of Court
111 Seventh Avenue SE, Box 15
Cedar Rapids, IA 52401-2101

Re: *In re BDC Group, Inc.* – Case No. 23-00484 (Chapter 7)
**Subject:** Withdrawal of Objection – Document #707

Dear Clerk of Court and parties,

RP Construction LLC is writing to **withdraw our objection** filed on October 29, 2025 (Document #707) regarding the Trustee's Motion for Approval of Accountant Fees and Expenses.

Please update the docket to reflect that the objection has been withdrawn.

Thank you for your time and assistance.

Sincerely,

*Reyna. Paz*

Reyna Paz

President / CEO

· UNDERGROUND UTILITIES INSTALLATION · DIRECTIONAL BORING · TRENCHING
Phone Office: 703-722-2823