UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO.  23-00484 |
| BDC Group, Inc. | ) | |
| | ) | |
| | ) | ORDER APPROVING |
| | ) | LALLY LEGAL GROUP, LLC'S |
| Debtor(s). | ) | FIRST INTERIM APPLICATION FOR |
| | ) | ALLOWANCE AND PAYMENT OF |
| | ) | ATTORNEY FEES AND EXPENSES |
| | ) | FOR AUGUST 18, 2024, THROUGH |
| | ) | SEPTEMBER 20, 2025 |

This matter comes before the Court on *Lally Legal Group, LLC's First Interim Application For Allowance And Payment Of Attorney Fees And Expenses For The Period Of August 18, 2024, Through September 30, 2025* (the "Application") filed October 24, 2025 (Docket 697). The Court finds that notice of Application was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on October 24, 2025 (Docket 698), and the last date for filing objections thereto was November 14, 2025. The bardate has passed with no objections as to the Application. Upon review of the Application and Notice of Bar Date, the Court finds and orders as follows:

IT IS THEREFORE ORDERED, the relief requested in the Application is granted;

IT IS FURTHER ORDERED, Lally Legal Group, LLC is allowed a Chapter 7 administrative expense as to BDC Group, Inc.'s ("Debtor") Estate pursuant to Title 11 U.S.C. Sections 503(b) and 507(a)(2) for interim services and expenses in the aggregate amount of $57,307.26, which amount consists of: (i) fees ($57,239.00); and (ii) expenses ($68.26) for the period of August 18, 2024, through September 30, 2025, rendered in connection with Lally Legal Group, LLC's duties as legal counsel to Renee K. Hanrahan, Trustee, none of fees or expenses have been previously applied for or approved for payment;

IT IS FURTHER ORDERED, the Renee K. Hanrahan, Trustee is authorized to pay Lally Legal Group, LLC the allowed first interim fees and expenses in the aggregate amount of $57,307.26, which amount consists of: (i) fees ($57,239.00); and (ii) expenses ($68.26) from available funds on hand, at her discretion.

DATED AND ENTERED:

November 17, 2025

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for Renee K. Hanrahan, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com