UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO.  23-00484 |
| BDC Group, Inc. | ) | |
| | ) | |
| Debtor(s). | ) | ORDER APPROVING |
| | ) | WESLER & ASSOCIATES' FIRST |
| | ) | INTERIM APPLICATION FOR |
| | ) | ALLOWANCE AND |
| | ) | PAYMENT OF ACCOUNTANT |
| | ) | FEES AND EXPENSES |

This matter comes before the Court on Wesler & Associates' First Interim Application For Allowance And Payment Of Accountant Fees And Expenses (the "Application") filed October 24, 2025 (Docket 695). The Court finds that notice of Application was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on October 24, 2025 (Docket 696).

The bar date passed with one objection to the Application having been filed (Docket 707).

On November 17, 2025, the one objection pending to the Application was withdrawn (Docket 714).

Upon review of the Application, Notice of Bar Date, the one objection to the Application and the objection having been withdrawn, the Court finds and orders as follows:

IT IS THEREFORE ORDERED, the relief requested in the Application is granted;

IT IS FURTHER ORDERED, Wesler & Associates' is allowed a Chapter 7 administrative expense as to BDC Group, Inc.'s ("Debtor") Estate pursuant to Title 11 U.S.C. Sections 503(b) and 507(a)(2) for interim services and expenses in the aggregate amount of $ 5,380.10, which amount consists of: (i) fees ($5,258.50); and (ii) expenses ($121.60) rendered in connection with Wesler &

Associates' duties as accountant(s) to Renee K. Hanrahan, Trustee, none of fees or expenses have been previously applied for or approved for payment;

IT IS FURTHER ORDERED, the Renee K. Hanrahan, Trustee is authorized to pay Wesler & Associates' the allowed interim fees and expenses in the aggregate amount of $5,380.10, which amount consists of: (i) fees ($5,258.50); and (ii) expenses ($121.60) from available funds on hand, at her discretion.

DATED AND ENTERED:

November 17, 2025

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for Renee K. Hanrahan, Chapter 7 Trustee**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com