**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER** |

The matter before the Court is the Motion for Order Approving Compromise (Dkt. 679) ("Motion") filed by Keystone Savings Bank. The notice of filing and docketing of the Motion provided that objections were due by October 10, 2025, and no objections have been filed. The Court finds that cause exists to grant the Motion for the reasons and pursuant to the authorities cited therein.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Mediation Agreement attached to the Motion is approved. The Bank and MidAmerican Energy Company are hereby authorized to and shall consummate that Agreement.

Entered this __18th__ day of December, 2025.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by:

Abram V. Carls, AT0011818
Counsel for Keystone Savings Bank

Approved as to form and content:

Joe Gamble, AT0001223
Counsel for MidAmerican Energy Company