

# SpencerFane®

Phone 816.474.8100
Federal ID #

Renee K. Hanrahan as Trustee for BDC Group Inc.
PO Box 1088
Cedar Rapids, IA  52406-1088
United States

| | |
|---|---|
| **INVOICE NO.:** | 1486740 |
| INVOICE DATE: | 01/15/2026 |
| **CLIENT / MATTER NO.:** | 5516122.0001 |
| BILL ID: | 6912 |

Renee K. Hanrahan, solely in her capacity as Chapter 7
Trustee for BDC Group Inc.

## BILLING SUMMARY

CURRENT INVOICE

| | |
|---|---|
| Total Legal Fees | 39,910.00 |
| Total Disbursements | 41.00 |
| **Current Total ( $USD )** | **39,951.00** |

*Please include your invoice number and client number found in the upper most portion of your invoice when remitting your payment*

Trust Balance                                      0.00

**Payment Options**
**ACH/Wire**        ABA:        | Account Number:        | SWIFT:        | Bank Name: UMB Bank, n.a.
Remittance Email: AccountsReceivable@SpencerFane.com
**Client/Matter**   5516122-0001
**Check**           Spencer Fane LLP  |  PO Box 872037  |  Kansas City, MO 64187-2037
**Credit Card**     www.SpencerFane.com/online-bill-payment/

# Exhibit 1

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

Page 2
INVOICE NO:1486740

SpencerFane

**Re: File  5516122-0001**          **Bankruptcy: Chapter 7 Trustee for BDC Group Inc.**

Invoice for period ended          12/31/2025

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 02/01/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A106 | 0.20 | 98.00 |
| | Conference call with client regarding certain issues as to account receivables. | | | | | |
| 02/02/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.50 | 245.00 |
| | Correspondence and conference with Trustee regarding DIP financing matters / post-petition liens and funds on account / turnover of the same as to DIP bank. | | | | | |
| 02/02/2024 | Elizabeth Lally | $ 490.00 per hour | B160 | A106 | 0.10 | 49.00 |
| | Correspondence with Trustee regarding employment application, Rule 2014 verification and CV and attention to the same and return of materials to Trustee for UST's office. | | | | | |
| 02/03/2024 | Elizabeth Lally | $ 0.00 per hour | B110 | A111 | 0.30 | 0.00 |
| | Attention to file opening matters. | | | | | |
| 02/03/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.20 | 98.00 |
| | Various correspondence from former debtor's counsel regarding DIP financing issues [.1] as well as with counsel for Keystone Bank regarding written offer as to carve out and initial meeting to discuss the same [.1]. | | | | | |
| 02/03/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A104 | 0.20 | 98.00 |
| | Review Keystone's prior motion for stay relief as to bank accounts and Trustee's response to the same [.1]; review Keystone's Motion to Life Stay docket 409, incorporating prior stay motions [.1]. | | | | | |
| 02/03/2024 | Elizabeth Lally | $ 490.00 per hour | B210 | A107 | 0.10 | 49.00 |
| | Zayo: Various correspondence with counsel for Keystone as well as Trustee regarding status as to turnover of funds to Trustee. | | | | | |
| 02/03/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.10 | 49.00 |
| | Correspondence with counsel for Keystone regarding potential carve out offer and  meeting to discuss the same and other issues related to pre- and post-petition security issues. | | | | | |
| 02/05/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A105 | 0.50 | 245.00 |
| | Correspondence with attorney, C. Jones regarding briefing as to lien on avoidance actions [.1]; and conference with attorney, C. | | | | | |

01/15/2026                                                                                          Page 3
CLIENT NO: 5516122                                                                    INVOICE NO:1486740
Renee K. Hanrahan as Trustee for BDC Gro

**SpencerFane**

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | Jones regarding certain research into the same and interim DIP orders [.4]. | | | | | |
| 02/05/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.10 | 49.00 |
| | Correspondence with trustee regarding hearing on stay relief set for 02/09/2024. | | | | | |
| 02/05/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A103 | 0.30 | 147.00 |
| | Prepare notice of appearance and request for notices. | | | | | |
| 02/05/2024 | Elizabeth Lally | $ 0.00 per hour | B110 | A111 | 0.20 | 0.00 |
| | Attention to file opening matters. | | | | | |
| 02/05/2024 | Camber M. Jones | $ 500.00 per hour | L120 | A104 | 0.80 | 400.00 |
| | Confer with E. Lally regarding status of matter and strategy; review emails, filings, and documents related to same. | | | | | |
| 02/06/2024 | Elizabeth Lally | $ 490.00 per hour | B160 | A104 | 0.10 | 49.00 |
| | Receive and review order on application to employ, review docket for entry of appearance / need to file the same. | | | | | |
| 02/06/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A107 | 0.20 | 98.00 |
| | Auction: Various correspondence [.1] and call with counsel for Keystone Bank [.1] regarding auction contract and related auction issues. | | | | | |
| 02/06/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A104 | 0.10 | 49.00 |
| | Auction: Review proposed auction contract. | | | | | |
| 02/06/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A106 | 0.20 | 98.00 |
| | Auction: Various correspondence with client regarding proposed auction, issues with stay relief / reservation of rights issues. | | | | | |
| 02/06/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A108 | 0.20 | 98.00 |
| | Accounting / avoidance actions issues: Various correspondence with potential accountants to estate regarding initial meeting with the same. | | | | | |
| 02/06/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.20 | 98.00 |
| | Receive and review and summarize settlement offer from Keystone Bank as to various issues regarding debtor's assets and DIP financing. | | | | | |
| 02/06/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A105 | 0.20 | 98.00 |

SpencerFane

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | Correspondence with client and attorney, C. Jones regarding summary of settlement terms from Keystone regarding debtor's assets and DIP financing, notes as to the same. | | | | | |
| 02/07/2024 | Elizabeth Lally | $ 490.00 per hour | B240 | A108 | 0.70 | 343.00 |
| | Initial meeting with BRG regarding potential engagement. | | | | | |
| 02/07/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A106 | 1.50 | 735.00 |
| | Conference with client regard in hearing on stay relief and motion sets for hearing / status of stay issues as well as offer from Keystone. | | | | | |
| 02/07/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.30 | 147.00 |
| | Correspondence with trustee regarding offer from Keystone Bank as to debtor's assets and DIP financing and related issues. | | | | | |
| 02/07/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A107 | 0.10 | 49.00 |
| | Correspondence with debtor's former counsel regarding turnover of funds in trust. | | | | | |
| 02/07/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A104 | 0.60 | 294.00 |
| | Continue review of interim DIP financing orders, briefing by Keystone and Committee as to trust funds and avoidance actions. | | | | | |
| 02/07/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.30 | 147.00 |
| | Zayo:  Various correspondence with counsel for Zayo regarding potential resolution and review related / historical correspondence on issues. | | | | | |
| 02/07/2024 | Camber M. Jones | $ 500.00 per hour | L430 | A103 | 6.30 | 3,150.00 |
| | Review briefing and other documents on avoidance actions [1.0]; legal research regarding same [2.1]; call with client and E. Lally regarding response to bank and committee [1.5]; draft joinder in briefing [0.4]; draft objection to stay relief [1.3]. | | | | | |
| 02/08/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 1.50 | 735.00 |
| | Initial meeting with counsel for Keystone Bank and trustee to discuss various issues as to assets of estate, DIP orders, and potential settlement of issues. | | | | | |
| 02/08/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.40 | 196.00 |
| | Follow up conference with trustee to discuss various issues as to assets of estate and potential settlement of issues post meeting with Keystone, next issues to address. | | | | | |

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 02/08/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A104 | 0.10 | 49.00 |
| | Review and approve joinder as to Committee's response to motion for summary judgment, avoidance actions issues and approve for filing. | | | | | |
| 02/08/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A104 | 0.10 | 49.00 |
| | Review and revise response to motion for relief from stay (docket 409) and approve for filing. | | | | | |
| 02/08/2024 | Camber M. Jones | $ 500.00 per hour | L430 | A103 | 2.60 | 1,300.00 |
| | Revisions to joinder and response to KSB; [1.6] finalize and file joinder and objection to stay relief [0.6]; call with E. Lally regarding same [0.4]. | | | | | |
| 02/09/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.10 | 49.00 |
| | Correspondence with Movant's counsel as to call in information for hearing on relief from stay, call to be initiated by counsel. | | | | | |
| 02/09/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.10 | 49.00 |
| | Correspondence with counsel for Keystone Bank regarding various debtor accounts at bank and statements for accounts as well as control agreemnt with MidWestOne. | | | | | |
| 02/09/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A109 | 0.30 | 147.00 |
| | Attend and participate in hearing on Keystone's motion for relief from the automatic stay, docket 409. | | | | | |
| 02/09/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A108 | 0.20 | 98.00 |
| | Correspondence with counsel for Keystone Bank requesting authority to discuss / share part of settlement point with UST [.1]; correspondence with office of the UST regarding the same [.1]. | | | | | |
| 02/09/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A103 | 0.10 | 49.00 |
| | Review and redline proposed changes to order for partial lift of stay as to Keystone accounts and collateral for auction. | | | | | |
| 02/09/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.10 | 49.00 |
| | Correspondence from counsel for Zayo regarding hearing / order on stay relief and response to same and request for meeting as to Zayo funds / consent order on the same. | | | | | |
| 02/09/2024 | Camber M. Jones | $ 0.00 per hour | B110 | A110 | 0.10 | 0.00 |
| | Pull down documents from docket. | | | | | |

01/15/2026                                                                                                           Page 6
CLIENT NO: 5516122                                                                                      INVOICE NO:1486740
Renee K. Hanrahan as Trustee for BDC Gro

**SpencerFane**

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 02/12/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.20 | 98.00 |

Zayo: Correspondence with counsel for Zayo regarding meeting to discuss consent order and open issues as to outstanding invoices.

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 02/13/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A106 | 0.30 | 147.00 |

Correspondence with client regarding Global Rental Company, Inc., invoices / equipment and return of the same.

| 02/13/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A108 | 0.90 | 441.00 |

Zayo: Correspondence with attorney for Zayo regarding additional background and summary of liens and prepare for meeting to discuss the same [.2]; conference with Trustee and counsel for Mayo [.7].

| 02/13/2024 | Elizabeth Lally | $ 490.00 per hour | B310 | A107 | 0.20 | 98.00 |

Correspondence with counsel for Global Rental Company, Inc., regarding claim and collateral securing the same and call with counsel regarding the same, part of critical vendor order no claim on file.

| 02/13/2024 | Elizabeth Lally | $ 490.00 per hour | B310 | A104 | 0.30 | 147.00 |

Review claim filed by Global Rental Company, Inc., as to collateral and review notices of abandonment for information as to the same.

| 02/13/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A104 | 0.40 | 196.00 |

Attention to notices of abandonment filed by Trustee and save and organize the same.

| 02/13/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A104 | 0.10 | 49.00 |

Global Rental Company, Inc.,request and review invoices.

| 02/14/2024 | Elizabeth Lally | $ 490.00 per hour | B210 | A108 | 0.10 | 49.00 |

Correspondence with Dennis Bruce regarding access to information for financial and other reporting.

| 02/14/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A111 | 0.20 | 98.00 |

Zayo: Correspondence with counsel for Zayo regarding share file information as to invoices, contracts, etc., and download the same.

| 02/14/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.40 | 196.00 |

Zayo:  Initial review of master services agreement and amendments to the same regarding liens and related issues as to

SpencerFane®

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | the same as well as choice of law. | | | | | |
| 02/14/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |
| | Zayo:  Correspondence with client, Trustee regarding summary sections of master services agreement and amendments to the same regarding liens and related issues as to the same as well as choice of law. | | | | | |
| 02/15/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A107 | 0.60 | 294.00 |
| | Modular Connections: Various correspondence with counsel for Modular Connections and Trustee  regarding shelter and related back ground information as well as potential disposition. | | | | | |
| 02/15/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.40 | 196.00 |
| | Zayo: Receive and review various correspondence from counsel for Zayo and Keystone regarding consent order, mediation, issues with payment of invoices [.3]; correspondence with Zayo's counsel regarding payment of undisputed invoices, certain amounts related to the same per consent order [.1]. | | | | | |
| 02/15/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |
| | Zayo: Correspondence with Trustee regarding various correspondence from counsel for Zayo and Keystone regarding consent order, mediation, issues with payment of invoices and comments and notes as to the same. | | | | | |
| 02/17/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A107 | 0.30 | 147.00 |
| | Various correspondence from counsel for Keystone Bank regarding account receivables and issues as to the same and request for meeting [.1]; correspondence with US Trustee regarding proposed agreement as to account receivables [.1]; responses to counsel for Keystone as to the same [.1]. | | | | | |
| 02/17/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A106 | 0.10 | 49.00 |
| | Correspondence from counsel for Keystone Bank regarding account receivables and issues as to the same and request for meeting as well as comments from US Trustee as to the same. | | | | | |
| 02/20/2024 | Elizabeth Lally | $ 0.00 per hour | B140 | A107 | 0.10 | 0.00 |
| | Correspondence with counsel for KSB regarding best dates for March hearing as to final stay relief. | | | | | |
| 02/20/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A103 | 1.80 | 882.00 |
| | Draft proposed response to KSB settlement communication as to carve out and other financial issues / assets. | | | | | |

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 02/20/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.20 | 98.00 |
| | Various correspondence with client regarding draft proposed response to KSB settlement communication as to carve out and other financial issues / assets as well as supporting documents. | | | | | |
| 02/20/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A107 | 0.10 | 49.00 |
| | Correspondence from counsel for potential buyer of assets and follow up with Trustee as to the same. | | | | | |
| 02/20/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.20 | 98.00 |
| | Correspondence to counsels for KSB settlement communication as to carve out and other financial issues / assets [.1]; follow up with USTP as to issues with the same per agreement to disclose to USTP [.1]. | | | | | |
| 02/20/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A107 | 0.20 | 98.00 |
| | Zayo: Various correspondence from counsel for Zayo regarding request for meeting and response to availability and follow up with client. | | | | | |
| 02/20/2024 | Camber M. Jones | $ 500.00 per hour | B180 | A104 | 1.30 | 650.00 |
| | Review and analyze settlement/mediation statement; emails with E. Lally and client regarding same. | | | | | |
| 02/21/2024 | Elizabeth Lally | $ 490.00 per hour | B160 | A104 | 0.10 | 49.00 |
| | Receive notice of and review Order Approving Application to Employ Cusser Bros. Inc. as Auctioneer. | | | | | |
| 02/22/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A105 | 0.50 | 245.00 |
| | Conference with client regarding outstanding account receivables issues, potential letters listing invoice numbers and dates given unavailable copies of invoices. | | | | | |
| 02/22/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A107 | 0.50 | 245.00 |
| | Conference with counsel for Keystone Bank regarding various cases issues, stay relief, section 500 actions, data collection and invoicing, etc [.4] and follow up correspondence regarding the same [.1]. | | | | | |
| 02/22/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A107 | 0.60 | 294.00 |
| | Zayo: Correspondence with counsel for Zayo in advance of call to discuss invoice payment and lien issues [.2] and meeting with the same [.4]. | | | | | |
| 02/22/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A104 | 0.70 | 343.00 |

**SpencerFane**

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | Zayo: Review various documents from counsel for Zayo sent in advance of meeting to discuss invoice payment and lien issues. | | | | | |
| 02/23/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A108 | 0.10 | 49.00 |
| | Correspondence from counsel for Keystone Bank in response to counter offer on carve out and other issues. | | | | | |
| 02/23/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |
| | Correspondence with Trustee regarding  Keystone Bank response to counter offer on carve out and other issues. | | | | | |
| 02/23/2024 | Elizabeth Lally | $ 490.00 per hour | B120 | A107 | 0.10 | 49.00 |
| | Correspondence from counsel for Keystone Bank regarding Zayo receivables and response to the same. | | | | | |
| 02/23/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A104 | 0.10 | 49.00 |
| | Receive and review Trustee's Report of Abandonment of Property Rented Yards & Buildings - Virginia, Hiawatha, Des Moines. | | | | | |
| 02/26/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A104 | 0.10 | 49.00 |
| | Receive notice of and review Trustee's Report of Abandonment of Property 2745 Stonegate Ct, Hiawatha IA. | | | | | |
| 02/26/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.20 | 98.00 |
| | Receive notice of and review Motion For Contempt Filed by Keystone Savings Bank regarding Zayo consent order and related exhibits as well as notice of bar date for the same. | | | | | |
| 02/26/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.20 | 98.00 |
| | Review and analysis of Keystone Bank response to counter-offer as to carve-out and other estate issues. | | | | | |
| 02/26/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.20 | 98.00 |
| | Correspondence with client regarding review and analysis of Keystone Bank response to counter-offer as to carve-out and other estate issues. | | | | | |
| 02/27/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.50 | 245.00 |
| | Draft / prepare response to settlement communication from 02/24/2024 as to carve out and other financial issues. | | | | | |
| 02/27/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 1.30 | 637.00 |
| | Correspondence with counsel for Keystone Bank requesting clarification as to response date for settlement communication from 02/24/2024 as to carve out and other financial issues. | | | | | |

Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane®

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 02/27/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |
| | Various correspondence with client and attorney, C. Jones regarding proposed  response to settlement communication from 02/24/2024 as to carve out and other financial issues. | | | | | |
| 02/27/2024 | Camber M. Jones | $ 500.00 per hour | B180 | A104 | 0.30 | 150.00 |
| | Review  and provide comment to response to settlement communications; emails with E. Lally and client regarding same. | | | | | |
| 02/28/2024 | Elizabeth Lally | $ 490.00 per hour | B210 | A108 | 0.20 | 98.00 |
| | Correspondence from First Insurance regarding coverage questions, follow up with Trustee and response as to the same. | | | | | |
| 02/28/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A103 | 0.10 | 49.00 |
| | Finalize counter offer on carve out and other financing issues to Keystone Bank's counsel. | | | | | |
| 02/28/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.10 | 49.00 |
| | Correspondence to counsel for Keystone Bank with response to Bank's counter offer on carve out and other financing issues. | | | | | |
| 02/28/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.20 | 98.00 |
| | Various correspondence with counsel for Keystone Bank following up on March dates for final stay relief hearing and potential partial agreed relief as to certain accounts. | | | | | |
| 02/29/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.50 | 245.00 |
| | Correspondence with counsel for Keystone Bank  regarding partial agreed relief as to certain accounts as well as turnover of other funds. [.1] and conference with Trustee and counsel for KSB regarding the same [.4]. | | | | | |
| 02/29/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A107 | 0.10 | 49.00 |
| | Correspondence with counsel for Keystone Bank  regarding list of equipment and items to be auctioned. | | | | | |
| 03/05/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A104 | 0.10 | 49.00 |
| | Review and revise proposed order lifting stay as to various accounts. | | | | | |
| 03/05/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A108 | 0.10 | 49.00 |
| | Correspondence with counsel for Keystone Bank regarding proposed stay relief order (partial relief) and approval with additions. | | | | | |

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane®

INVOICE NO:1486740

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 03/05/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A108 | 0.10 | 49.00 |
| | Correspondence with court regarding agreed partial order an stay relief. | | | | | |
| 03/06/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.10 | 49.00 |
| | Correspondence with counsel for Keystone Bank regarding payment instructions for turnover of funds related to agreed partial order an stay relief, MidWest account. | | | | | |
| 03/07/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A104 | 0.10 | 49.00 |
| | Receive and review Order re Motion to Lift Stay as to MWO Bank account and remaining accounts at Keystone. | | | | | |
| 03/07/2024 | Elizabeth Lally | $ 490.00 per hour | B310 | A107 | 0.20 | 98.00 |
| | Various correspondence with attorney for M. Avalos regarding complaint filed in Ottawa, IL, bankruptcy filing, stay, and proof of claim form. | | | | | |
| 03/11/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A107 | 0.10 | 49.00 |
| | Various correspondence with attorney for Keystone Bank and Trustee regarding shelters and abandonment issues as to the same. | | | | | |
| 03/11/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A104 | 0.10 | 49.00 |
| | Receive notice of and review Debtor Request to Begin Electronic Noticing; Notice of Change of Address for BDC Group, Inc | | | | | |
| 03/12/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.30 | 147.00 |
| | Detailed correspondence with client regarding various issues concerning cash / financing, carve out, Zayo issues regarding Motion to Compel / enforce agreement as to funds. | | | | | |
| 03/15/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.10 | 49.00 |
| | Receive notice of filing of objections to motion for contempt and motion as to clarification on consent order (re Zayo). | | | | | |
| 03/15/2024 | Elizabeth Lally | $ 0.00 per hour | B140 | A104 | 0.10 | 0.00 |
| | Motion for Clarification of Stipulated Order for STay Relief and Other Matters (Zayo). | | | | | |
| 03/15/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.40 | 196.00 |
| | Conference with counsel for Keystone Bank regarding account receivables and trust funds from debtor's counsel. | | | | | |

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane®

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 03/15/2024 | Lindsay Doman | $ 0.00 per hour | B110 | A110 | 0.20 | 0.00 |
| | Review, combine, and save Motion for Contempt filing. | | | | | |
| 03/17/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.50 | 245.00 |
| | Conference with client regarding financing issues and negotiations with Keystone Bank counsel regarding the same. | | | | | |
| 03/17/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.50 | 245.00 |
| | Review objections to motion for contempt and motion as to clarification on consent order (re Zayo). | | | | | |
| 03/18/2024 | Elizabeth Lally | $ 490.00 per hour | B150 | A106 | 0.10 | 49.00 |
| | Correspondence with client regarding meeting of creditors. | | | | | |
| 03/18/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.10 | 49.00 |
| | Receive notice of an calendar status hearing re motion for contempt and response to the same and follow up with client regarding hearing coverage. | | | | | |
| 03/19/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A107 | 0.20 | 98.00 |
| | Correspondence with counsel for Keystone Bank and Trustee regarding shelters and potential private sale process for the same. | | | | | |
| 03/19/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.10 | 49.00 |
| | Receive and review notice moving status hearing on contempt motion and issues with Section 500 actions to 03/26/24 and follow up regarding coverage for the same. | | | | | |
| 03/19/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A106 | 0.20 | 98.00 |
| | Confer with client regarding status hearing on contempt motion and issues with Section 500 actions to 03/26/24 and coverage for the same as well as related issues. | | | | | |
| 03/19/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A106 | 0.10 | 49.00 |
| | Confer with client regarding preliminary auction results. | | | | | |
| 03/20/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A105 | 0.60 | 294.00 |
| | Correspondence with attorney, C. Jones regarding hearing on contempt motion and response to the same by Zayo as well as other hearing planning issues. | | | | | |
| 03/20/2024 | Camber M. Jones | $ 500.00 per hour | B180 | A104 | 0.40 | 200.00 |
| | Call with E. Lally regarding preparation for status conference and pending motions. | | | | | |

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane®

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 03/21/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A103 | 0.20 | 98.00 |
| | Review and revise motion for pro hac vice appearance for attorney, C. Jones; and prepare propped order on the same. | | | | | |
| 03/21/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A111 | 0.10 | 49.00 |
| | Finalize and file  motion for pro hac vice appearance for attorney, C. Jones. | | | | | |
| 03/21/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.50 | 250.00 |
| | Revise pro hac application and related documents; internal correspondence regarding same. | | | | | |
| 03/22/2024 | Lindsay Doman | $ 0.00 per hour | B110 | A110 | 0.20 | 0.00 |
| | Pull, combine, save, and circulate filed Reply Brief regarding Motion to Show Cause. | | | | | |
| 03/22/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.30 | 147.00 |
| | Receive notice of and review Keystone Bank's Reply supporting the Show Cause Motion and follow up with client regarding the same. | | | | | |
| 03/22/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A104 | 0.10 | 49.00 |
| | Receive notice of order granting pro hac vice appearance for attorney, C. Jones and follow up regarding notice of appearance and request for notices. | | | | | |
| 03/22/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.30 | 150.00 |
| | Draft and file notice of appearance; emails with E. Lally and R. Hanrahan regarding contempt filings. | | | | | |
| 03/25/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A105 | 0.30 | 147.00 |
| | Correspondence from Zayo regarding discovery requests to Keystone bank and examinations related to the same;  confer and follow up correspondence with attorney, C. Jones regarding the same and upcoming status hearing. | | | | | |
| 03/25/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A106 | 0.10 | 49.00 |
| | Various correspondence with client regarding Zayo discovery requests to Keystone bank and examinations as well as upcoming status hearing on related motions, advice regarding the same. | | | | | |
| 03/25/2024 | Elizabeth Lally | $ 490.00 per hour | B210 | A106 | 0.20 | 98.00 |
| | Correspondence with client regarding denial of insurance claim, insurance company determination. | | | | | |

01/15/2026                                                                                           Page 14
CLIENT NO: 5516122                                                                          INVOICE NO: 1486740
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 03/26/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A106 | 0.60 | 294.00 |
| | Various correspondence with client post initial hearing on Zayo issues, Motion for Contempt and responses to the same [.2]; confer with client regarding next steps and information from Zayo as to proposed resolution [.4]. | | | | | |
| 03/26/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A105 | 0.40 | 196.00 |
| | Follow up with attorney, C. Jones regarding initial hearing on Zayo issues, Motion for Contempt and responses to the same as well as continued hearing and potential follow up with parties. | | | | | |
| 03/26/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A107 | 0.50 | 245.00 |
| | Attention to and revise proposed correspondence to counsel for KSB and Zyao regarding initial hearing on Zayo issues, Motion for Contempt and as well as continued hearing and request to confer as to potential resolution in advance of the same. | | | | | |
| 03/26/2024 | Elizabeth Lally | $ 490.00 per hour | B130 | A107 | 0.10 | 49.00 |
| | Correspondence from counsel for KSB regarding preliminary auction results and expected potential sale proceeds after expenses and follow up with Trustee regarding the same. | | | | | |
| 03/26/2024 | Camber M. Jones | $ 500.00 per hour | L450 | A104 | 1.10 | 550.00 |
| | Prepare for and attend hearing on various pending motions. | | | | | |
| 03/26/2024 | Camber M. Jones | $ 500.00 per hour | L450 | A104 | 1.00 | 500.00 |
| | Hearing and emails/call with R. Hanrahan and E. Lally regarding hearing continuance and substantive issues; draft and send email to counsel regarding proposed resolution of issues. | | | | | |
| 03/27/2024 | Camber M. Jones | $ 500.00 per hour | B180 | A104 | 3.00 | 1,500.00 |
| | Emails with client, E. Lally, and counsel for Zayo/KSB regarding potential resolution of various disputes [0.9]; prepare for hearing on same [1.1]; analysis of information provided by Zayo [0.5]; analysis of settlement offer from KSB [0.5]. | | | | | |
| 03/27/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.20 | 98.00 |
| | Correspondence with client regarding initial review of updated offer on carve out and other items from KSB. | | | | | |
| 03/27/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A106 | 0.40 | 196.00 |
| | Various correspondence with client and attorney, C. Jones regarding potential settlement of Zayo lien issues / motion for contempt and related items in advance of hearing on 03/27/2024 and related issues and follow up with counsel for parties; case law | | | | | |

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane®

Page 15
INVOICE NO:1486740

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | | on staying proceedings and inherent authority of the court re mediation. | | | | |
| 03/27/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.10 | 49.00 |
| | | Review Zayo's proposed modifications to consent order. | | | | |
| 03/27/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.40 | 196.00 |
| | | Review mechanics liens in file, review for information as to amount of LaSalle lien and comparison to proposed settlement on the same. | | | | |
| 03/28/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A105 | 0.40 | 196.00 |
| | | Confer with attorney, C. Jones in advance of hearing on motion for contempt and related issues. | | | | |
| 03/28/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A105 | 0.40 | 196.00 |
| | | Follow up correspondence and conferrals with attorney, C. Jones regarding hearing on motion for contempt and related issues, withdrawn  documents, hearing as to recoupment and potential dates in April as well as section 500 action issues. | | | | |
| 03/28/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.40 | 196.00 |
| | | Conferrals with client regarding Keystone offer as to potential carve out and other settlement issue and analysis of the same as well as potential response. | | | | |
| 03/28/2024 | Camber M. Jones | $ 500.00 per hour | L450 | A104 | 2.10 | 1,050.00 |
| | | Emails with counsel regarding status of pending issues; prepare for and attend hearing regarding same. | | | | |
| 03/28/2024 | Camber M. Jones | $ 500.00 per hour | B310 | A104 | 0.80 | 400.00 |
| | | Calls with E. Lally and R. Hanrahan regarding strategy and negotiations with secured creditor. | | | | |
| 03/29/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.70 | 343.00 |
| | | Confer with client regarding most recent offer on carve out and other related issues. | | | | |
| 03/29/2024 | Camber M. Jones | $ 500.00 per hour | B180 | A104 | 0.90 | 450.00 |
| | | Emails with court and parties regarding setting of hearing on recoupment issue; emails to secured creditor counsel regarding settlement negotiations and call on same; call with E. Lally and R. Hanrahan regarding matter status. | | | | |
| 04/02/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane®

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | Correspondence with client regarding Zayo funds. | | | | | |
| 04/02/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.10 | 49.00 |
| | Correspondence with counsel for Zayo and Keystone Bank regarding Zayo funds. | | | | | |
| 04/03/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.20 | 98.00 |
| | Various correspondence with counsel for Zayo  and Keystone regarding Zayo funds to Estate and status of the same. | | | | | |
| 04/03/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.20 | 100.00 |
| | Emails regarding Zayo payment; emails regarding settlement discussions with KSB. | | | | | |
| 04/04/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A105 | 0.40 | 196.00 |
| | Review and revise response to Keystone settlement offer and confer with attorney C. Jones as to the same and for follow up with client review / approval. | | | | | |
| 04/04/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.80 | 400.00 |
| | Preparation for call with counsel for KSB regarding settlement (0.5); emails to counsel for KSB and client regarding same; (0.2); attention to correspondence regarding Zayo payment (0.1). | | | | | |
| 04/05/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.20 | 98.00 |
| | Various correspondence with client regarding meeting  with attorney for Keystone Bank regarding potential carve out and issues with the same as well as counter proposal. | | | | | |
| 04/05/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.60 | 294.00 |
| | Conference with attorney for Keystone Bank regarding potential carve out and issues with A/Rs and how to proceed with the same. | | | | | |
| 04/05/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A108 | 0.40 | 196.00 |
| | Confer with attorney, C. Jones regarding updating A/R analysis as to waterfall proposal  [.2] as well as counter offer from Keystone Bank [.2]. | | | | | |
| 04/05/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 3.20 | 1,600.00 |
| | Prepare for settlement call with KSB (0.4); calls with KSB counsel and E. Lally regarding settlement and carve-out (1.4); prepare and send summary of analysis and recommendation to client (1.0); emails with KSB counsel regarding settlement offers (0.4). | | | | | |

01/15/2026    Page 17
CLIENT NO: 5516122    INVOICE NO:1486740
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane®

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 04/09/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.20 | 100.00 |
| | Emails to E. Lam, E. Lally, and R. Hanrahan regarding payments made by Zayo. | | | | | |
| 04/12/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.50 | 250.00 |
| | Emails with R. Hanrahan and counsel for KSB regarding potential settlement terms (0.4); attention to emails with counsel for Zayo regarding payment (0.1) | | | | | |
| 04/15/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.90 | 450.00 |
| | Emails with R. Hanrahan regarding Zayo payments [0.3]; draft and send response to KSB counsel regarding request for stay relief, accounting, and trustee fee [0.6]. | | | | | |
| 04/22/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.20 | 98.00 |
| | Receive notice of and review Objection re: Motion for Contempt, Brief (Amended) by Zayo and follow up internally as to the same. | | | | | |
| 04/22/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A106 | 0.70 | 343.00 |
| | Confer with attorney, C. Jones regarding issues related to Keystone, stay relief, trustee fee and Objection re: Motion for Contempt, Brief (Amended) by Zayo and Zayo funds received to date as well as fee application and deadline for objection to same, if any, as per debtor's counsel. | | | | | |
| 04/22/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.60 | 300.00 |
| | Confer with E. Lally regarding fee motions; review and analyze U.S. Trustee objection to same. | | | | | |
| 04/23/2024 | Elizabeth Lally | $ 490.00 per hour | B160 | A104 | 0.10 | 49.00 |
| | Receive and review US Trustee's objection to final fee application filed by debtor's counsel and summary of / notes as to the same to client. | | | | | |
| 04/25/2024 | Elizabeth Lally | $ 490.00 per hour | B160 | A106 | 0.10 | 49.00 |
| | Correspondence with client regarding notice of hearing as to fee application for debtor's counsel and objection to the same. | | | | | |
| 04/26/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A106 | 0.20 | 98.00 |
| | Correspondence with client regarding settlement of personal injury case and related paper work and confer with attorney C. Jones regarding the same. | | | | | |
| 04/26/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.60 | 300.00 |
| | Emails and call with E. Johnson regarding trustee fee and | | | | | |

**SpencerFane**

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | settlement terms. | | | | | |
| 04/29/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |
| | Correspondence with client regarding draft 9019 motion from counsel for Keystone as well as comments on proposed filings as to account receivables. | | | | | |
| 04/30/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 1.50 | 750.00 |
| | Confer with E. Lally regarding KSB and Zayo filings on recoupment and contempt (0.2); review and analyze filings in preparation for hearing on 5/2 (1.3). | | | | | |
| 04/30/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A105 | 0.10 | 49.00 |
| | Correspondence with attorney, C. Jones regarding preparation for hearing on Zayo related motions / issues. | | | | | |
| 04/30/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.40 | 196.00 |
| | Review Brief Reply to Zayo's Amended Objection to Motion for Order to Show Cause Filed by Creditor Keystone Savings Bank in advance of hearing at the same and related motions, preparation as to the same. | | | | | |
| 05/01/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A101 | 0.50 | 245.00 |
| | Confer with attorney, C. Jones regarding hearing on Zayo's Amended Objection to Motion for Order to Show Cause Filed by Creditor Keystone Savings Bank in advance of hearing at the same and related motions, preparation as to the same. | | | | | |
| 05/01/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.60 | 300.00 |
| | Call with E. Lally regarding preparation for hearing on recoupment. | | | | | |
| 05/02/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A106 | 0.40 | 196.00 |
| | Various correspondence with client in advance of hearing on Zayo issues and hearing preparation matters, review of documents as to the same. | | | | | |
| 05/02/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A104 | 0.10 | 49.00 |
| | Order Granting Motion to Approve Compromise or Settlement of Controversy Under Rule 9019(a) related to personal injury claims. | | | | | |
| 05/02/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A105 | 0.70 | 343.00 |
| | Review Form 1 from client and A/R summary as to funds received on post-petition A/Rs (Cedar Rapids) as well as summary of pre and post petition funds to Keystone, application of the same and balances being held [.4]; confer with attorney C. Jones regarding | | | | | |

SpencerFane®

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| | the same [.1]; follow up with client as to issues with City of Cedar Rapids A/Rs as well as ImOn A/R [.2] | | | | | |
| 05/02/2024 | Elizabeth Lally | $ 490.00 per hour | B190 | A109 | 0.50 | 245.00 |
| | Attend oral arguments / hearing on Zayo related issues, motions regarding order as to same / contempt, etc. | | | | | |
| 05/02/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A107 | 1.40 | 700.00 |
| | Attend hearing on KSB/Zayo motions; emails with opposing counsel regarding status of payments and settlement. | | | | | |
| 05/03/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |
| | Correspondence with client as to pre-petition liens and DIP loan amount owed, application of various proceeds to the same. | | | | | |
| 05/03/2024 | Elizabeth Lally | $ 490.00 per hour | B160 | A106 | 0.10 | 49.00 |
| | Receive notice of fee application filed by prior committee counsel and notice of bar date to the same and follow up with client regarding both. | | | | | |
| 05/08/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.20 | 98.00 |
| | Correspondence with client regarding meeting to discuss offer from bank on carve out. | | | | | |
| 05/08/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.60 | 294.00 |
| | Review proposed settlement agreement as to carve out issues and client comments to the same. | | | | | |
| 05/08/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.40 | 200.00 |
| | Review comments to settlement agreement. | | | | | |
| 05/09/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A106 | 1.00 | 490.00 |
| | Confer with client and attorney, C. Jones regarding meeting to discuss offer from bank on carve out as well as all other outstanding case administrative matters. | | | | | |
| 05/09/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A104 | 0.30 | 147.00 |
| | Review and revise correspondence to KSB regarding form 2 / asset issues and attention to redlined proposed settlement agreement. | | | | | |
| 05/09/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 2.30 | 1,150.00 |
| | Call with R. Hanrahan and E. Lally (1.0); revisions to settlement (0.8); prepare and send email to A. Carls regarding same (0.5). | | | | | |

01/15/2026                                                                                    Page 20
CLIENT NO: 5516122                                                          INVOICE NO:1486740
Renee K. Hanrahan as Trustee for BDC Gro

**SpencerFane®**

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 05/10/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.40 | 200.00 |

Emails with R. Hanrahan and E. Lally regarding revisions to settlement agreement.

| 05/17/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A107 | 0.40 | 200.00 |

Prepare and send email to A. Carls regarding status of settlement.

| 05/20/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.10 | 49.00 |

Correspondence with counsel for Keystone Bank regarding potential carve out and other issues concerning account receivables.

| 05/21/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A107 | 0.20 | 98.00 |

Confer with counsel for Keystone Bank regarding potential carve out and other issues concerning account receivables.

| 05/21/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |

Various correspondence with client regarding conference  with counsel for Keystone Bank regarding potential carve out and other issues concerning account receivables.

| 05/31/2024 | Elizabeth Lally | $ 490.00 per hour | B140 | A107 | 0.10 | 49.00 |

Various correspondence with counsel in Illinois regarding personal injury claim and stay relief.

| 06/04/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.20 | 98.00 |

Various correspondence with client and attorney, C. Jones regrading settlement documents and potential motion as to the same from counsel for Keystone Bank, follow up with counsel for Bank, and meeting to discuss the same.

| 06/04/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.90 | 450.00 |

Review 9019 motion (0.8); emails with R. Hanrahan and E. Lally re: call (0.1)

| 06/05/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.40 | 196.00 |

Confer with client and attorney, C. Jones regarding proposed settlement agreement with Keystone Bank, comments / revisions to proposed agreement and motion as to the same.

| 06/06/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A103 | 0.20 | 98.00 |

Review redline / comments to proposed settlement agreement with Keystone Bank and motion as to the same and follow up with client and attorney, C. Jones regarding comments and reverting to counsel for Bank.

01/15/2026                                                                          Page 21
CLIENT NO: 5516122                                                       INVOICE NO:1486740
Renee K. Hanrahan as Trustee for BDC Gro          SpencerFane

| Date | Timekeeper | Rate | Task | Activity | Hours | Fees |
|------|-----------|------|------|----------|-------|------|
| 06/07/2024 | Elizabeth Lally | $ 490.00 per hour | B230 | A106 | 0.10 | 49.00 |
| | Various correspondence with client and attorney, C. Jones regarding proposed settlement language with Keystone and confirmation of information as to funds in estate. | | | | | |
| 06/24/2024 | Elizabeth Lally | $ 490.00 per hour | B210 | A107 | 0.10 | 49.00 |
| | Correspondence with attorney, C. Jones regarding case status update and meeting as to the same. | | | | | |
| 06/27/2024 | Elizabeth Lally | $ 490.00 per hour | B110 | A106 | 0.20 | 98.00 |
| | Confer with attorney, C. Jones regarding order on relief from stay and payment to Keystone, outstanding motions before the court, and general case status matters. | | | | | |
| 06/27/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.20 | 100.00 |
| | Call with E. Lally to discuss status of matter. | | | | | |
| 07/08/2024 | Elizabeth Lally | $ 490.00 per hour | B160 | A104 | 0.10 | 49.00 |
| | Receive and review Order Granting Application For Compensation (Related Doc # [468]) Granting for Ag & Business Legal Strategies, debtor's counsel. | | | | | |
| 08/02/2024 | Camber M. Jones | $ 500.00 per hour | B110 | A103 | 0.20 | 100.00 |
| | Confer with E. Lally regarding review of proposed order approving compromise; emails with creditor counsel and client regarding same. | | | | | |
| 08/14/2024 | Camber M. Jones | $ 0.00 per hour | B110 | A103 | 0.20 | 0.00 |
| | Emails re: Mutual of Omaha insurance policies. No charge. | | | | | |
| Sales Tax | | | | | | 0.00 |

**Total Services**                                                                    39,910.00

FOR DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 03/21/2024 | Vendor: Card Center Visa-Smith; Invoice#: SMITH-20240329-210351-MAR; Date: 3/29/2024 - March Credit Card Charges - Supplier: Wf4statebrca - $1.00 - 5516122-1 - Fee for California Certificate of Good Standing for Camber Jones Pro Hac Vice Motion | 1.00 |

01/15/2026                                                                                                      Page 22
CLIENT NO: 5516122                                                                              INVOICE NO:1486740
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane

FOR DISBURSEMENTS ADVANCED

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|------|-------------|--------|
| | - 03/21/2024 | |
| 03/21/2024 | Vendor: Card Center Visa-Smith; Invoice#: SMITH-20240329-210351-MAR; Date: 3/29/2024 - March Credit Card Charges - Supplier: Calbar Cc Web-Sf Billing - $40.00 - 5516122-1 - Fee for California Certificate of Good Standing for Camber Jones Pro Hac Vice Motion - 03/21/2024 | 40.00 |
| 03/28/2024 | Westlaw Online Legal Research | 0.00 |
| 03/28/2024 | Westlaw Online Legal Research | 0.00 |
| 04/05/2024 | Westlaw Online Legal Research | 0.00 |

**Total Disbursements:**                                                                                      41.00

**TOTAL FOR FILE 5516122-0001**                                                          $39,951.00

01/15/2026
CLIENT NO: 5516122
Renee K. Hanrahan as Trustee for BDC Gro

SpencerFane

INVOICE NO:1486740

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees | Standard Rate |
|---|---|---|---|---|
| Elizabeth  M. Lally | 490.00 | 44.00 | 21,560.00 | 490.00 |
| Camber M. Jones | 500.00 | 36.70 | 18,350.00 | 550.00 |
| **Totals** | | **80.70** | **39,910.00** | |