UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

---

| | |
|---|---|
| IN RE: ) | |
|    BDC Group, Inc., ) | CHAPTER 7 |
|      Debtor. ) | CASE NO. 23-00484 |

---

**NOTICE OF APPLICATION AND OBJECTION BAR DATE TO SPENCER FANE LLP'S FIRST INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2024 THROUGH AUGUST 14, 2025**

     **NOTICE IS HEREBY GIVEN** that on the 20th day of January 2026, Spencer Fane LLP and Trustee Renee K. Hanrahan filed a First Interim and Final Application for Allowance and Payment of Attorney Fees and Expenses. The Application seeks allowance and payment of Chapter 7 administrative expenses for legal fees of $39,910.00 and expenses of $41.00, all incurred while serving as attorneys for the Chapter 7 Trustee.

     A copy of the First Interim and Final Application may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Cedar Rapids, IA 52401-2101.

     **NOTICE IS FURTHER GIVEN** that any party objecting to the First Interim and Final Application for Allowance and Payment of Attorney Fees and Expenses, must file and service an Objection, within **twenty-one (21) days of this notice**, or on or before **February 10, 2026**. Such Objection shall be filed with the Clerk of Bankruptcy Court, Northern District of Iowa, 111 Seventh Avenue SE, Box 15, Cedar Rapids, Iowa 52401-2101, and served on attorney Camber M. Jones, 2144 E. Republic Road, Suite B300, Springfield MO 65804; Renee K. Hanrahan, Trustee, PO Box 1088 Cedar Rapids, Iowa 52406-1088, and the Office of the United States Trustee, 210 Walnut Street, Suite 793, Des Moines Iowa 50309-2108.

     **NOTICE IS FURTHER GIVEN** that timely-filed Objections will be set for hearing by separate notice. If no timely objection is filed, the appropriate order will be entered.

     I hereby certify that on this date a copy of this *Notice* was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

     Dated this 20th day of January 2026.

                                            Respectfully submitted,
                                            */s/ Renee K. Hanrahan*
                                            Renee K. Hanrahan, Trustee
                                            P.O. Box 1088
                                            Cedar Rapids, IA 52406
                                            319.533.7358
                                            rhanrahan@sharontc.net

Copies to:
Clerk's Mailing Matrix