## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
|     BDC Group, Inc., ) | CHAPTER 7 |
| ) | CASE NO. 23-00484 |
|     Debtor(s). ) | |
| ) | ORDER APPROVING SPENCER FANE |
| ) | LLP'S FIRST INTERIM AND FINAL |
| ) | APPLICATION FOR ALLOWANCE AND |
| ) | PAYMENT OF ATTORNEY FEES AND |
| ) | EXPENSES FOR THE PERIOD OF |
| ) | FEBRUARY 1, 2024 THROUGH |
| ) | AUGUST 14, 2024 |

This matter comes before the Court on Spencer Fane LLP's First Interim and Final Application for Allowance and Payment of Attorney Fees and Expenses for the Period of February 1, 2024 Through August 14, 2024 (the "Application") filed January 20, 2026 (Docket 726). The Court finds it has jurisdiction over the subject matter, that notice of the Application was mailed to all creditors and parties-in-interest as required the Bankruptcy Code and Rules on January 20, 2026 (Docket 727) and that the last date for filing objections thereto was February 10, 2026. The bardate has passed with no objections as to the Application. Upon review of the Application and Notice of Bar Date, the Court finds and orders as follows:

    IT IS THEREFORE ORDERED the relief requested in the Application is granted;

    IT IS FURTHER ORDERED Spencer Fane LLP is allowed a Chapter 7 administrative expense as to BDC Group, Inc's ("Debtor") Estate pursuant to Title 11 U.S.C. §§503(b), 507(a)(2) for interim and final expenses in the aggregate amount of $39,951.00, which amount consists of (i) fees ($39,910.00); and (ii) expenses ($41.00) for the period of February 1, 2024 through August 14, 2024 incurred in connection with Spencer Fane LLP's duties as counsel to Renee K. Hanrahan, Trustee, none of which have been previously applied for or approved for payment; and

    IT IS FURTHER ORDERED, that Renee K. Hanrahan, Trustee, is authorized to pay Spencer Fane LLP the allowed first interim and final fees and expenses in the aggregate amount

of $39,951.00, which amount consists of (i) fees ($39,910.00); and (ii) expenses ($41.00) from available funds on hand, at her discretion.

Dated and Entered:

February 12, 2026

_____
HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order Prepared by
Renee K. Hanrahan, Trustee