UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|     BDC GROUP, INC., | ) | CASE NO: 23-00484 |
| | ) | |
| | ) | NOTICE OF FILING INCOME TAX |
|     Debtor. | ) | RETURNS AND REQUESTS FOR |
| | ) | PROMPT DETERMINATION |

COMES NOW, Renee K. Hanrahan, the duly appointed and acting trustee, and states that the Federal and State of Iowa Forms 1041/1040 Income Tax Returns for Estates and Trusts/Individual Income Tax Returns were prepared for the following tax period:

January 1, 2025 through December 31, 2025.

The State and Federal returns were electronically filed and accepted with the Internal Revenue Service and the Iowa Department of Revenue on February 12, 2026. On the same date, prompt determination requests were submitted to the taxing entities.

Copies of the returns are available to interested parties upon request to the undersigned.

DATED: *February 16, 2026*

*/s/ Renee K. Hanrahan*
Renee K. Hanrahan, Trustee
PO Box 1088
Cedar Rapids IA 52406-1088
319.533.7358
rhanrahan@sharontc.net