## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br>BDC GROUP, INC.,<br>    Debtor. | Bankruptcy Case No. 23-00484<br>Adversary No. 25-09096 |
| KEYSTONE SAVINGS BANK, on behalf of the BANKRUPTCY ESTATE OF BDC GROUP, INC.,<br>    Plaintiff,<br>v.<br>SUMMIT INFRASTRUCTURE GROUP, LLC,<br>    Defendant. | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER**<br><br>**UNRESISTED** |

COMES NOW Plaintiff Keystone Savings Bank, and respectfully moves the Court for an order granting an additional ninety-day extension of time for Defendant Summit Infrastructure Group, LLC to respond to Plaintiff's Complaint, and states as follows:

1. Plaintiff Keystone Savings Bank, on behalf of the Bankruptcy Estate of BDC Group, Inc. filed its Complaint against Defendant Summit Infrastructure Group, LLC ("SummitIG") on July 30, 2025.

2. SummitIG was served on August 9, 2025 via certified mail.

3. SummitIG's initial deadline to file and Answer was September 8, 2025.

4. On August 19, 2025, Plaintiff filed a Motion for Extension of Time for Defendant to File Its Answer (Dkt. 5) due to the parties working together towards resolution.

5. On August 20, 2025, this Court entered an Order granting SummitIG until December 7, 2025, to file its answer. (Dkt. 6)

6. On December 4, 2025, Plaintiff filed a Motion for Extension of Time for Defendant to File Its Answer (Dkt. 7) due to the parties working together towards resolution.

7. On December 5, 2025, this Court entered an Order granting SummitIG until March 9, 2026, to file its answer. (Dkt. 8)

8. Plaintiff's counsel and SummitIG's counsel have continued to cooperate to work towards resolution and are exploring additional methods of resolution.

9. As a consequence, and to give the parties additional time to do this, Plaintiff requests an additional ninety (90) day extension of time for SummitIG to file its Answer, on or before Monday, June 8, 2026.

10. Plaintiff's counsel and SummitIG's counsel spoke on February 27, 2026 wherein SummitIG consented to this Motion and requested ninety-day extension.

WHEREFORE, Plaintiff Keystone Savings Bank respectfully requests that the Court enter an Order granting an additional ninety (90) day extension of time for Summit Infrastructure Group file its Answer to the Complaint, making Monday, June 8, 2026 the new response deadline, and for such other relief as the Court deems just and proper.

Dated: March 3, 2026

Respectfully Submitted,

SIMMONS PERRINE PLC

/s/ Annie M. Hardin Staveley
Abram V. Carls, AT0011818
Annie M. Hardin Staveley AT0015664
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Facsimile: 319-366-1917
acarls@sp.law
ahardin@sp.law
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 3, 2026, a copy of the foregoing was sent via U.S. mail and e-mail to the following:

Eckert Seamans Cherin & Mellott, LLC
Christopher Perkins
919 East Main Street, Suite 1300
Richmond, VA 23219
cperkins@eckertseamans.com
ATTORNEYS FOR SUMMIT INFRASTRUCTURE GROUP, LLC

                                          */s/ Annie M. Hardin Staveley*