## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**ORDER** |
|---|---|

The matter before the Court is the Motion for Order Approving Compromise (Dkt. 733) ("Motion") filed by Chapter 7 Trustee Renee K. Hanrahan. The notice of filing, Dkt. 734, provided that objections were due by March 13, 2026, and no objections have been filed. The Court finds that cause exists to grant the Motion for the reasons and pursuant to the authorities cited therein.

IT IS THEREFORE ORDERED that the Motion is GRANTED. The Trustee, Keystone Savings Bank, and Liberty Mutual Insurance Company are hereby authorized to and shall consummate that Agreement.

Entered this ___24th day of March, 2026.

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by:

Abram V. Carls, AT0011818
Counsel for Keystone Savings Bank

Approved as to form and content:

Renee K. Hanrahan, Trustee