UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

| In Re: | No. 23-00484 |
|---|---|
| BDC GROUP, INC. | Chapter 7 |
| Debtor(s) | |

### NOTICE OF UNITED STATES TRUSTEE'S WITHDRAWAL OF APPEARANCE

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the United States Trustee for Region 12 is withdrawing the appearance for Janet Reasoner.

NOTICE IS FURTHER GIVEN that an alternate appearance for the United States Trustee for Region 12 remains on the docket.

Dated:  June 4, 2026

MARY R. JENSEN
Acting United States Trustee
Region 12

By:/s/ Alexandria Quinn-Hanse
Alexandria Quinn-Hanse
ID # AT0013462
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 284-4985
Allie.Quinn-Hanse@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on June 4, 2026:

All parties receiving ecf notifications.

*/s/ Marilyn Kennedy*
Marilyn Kenned
Paralegal
Office of U.S. Trustee