UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                                          )   CHAPTER 7
                                                )   Case No. 23-00484
BDC Group, Inc.                                 )
                                                )   NOTICE OF AND MOTION FOR
                                                )   COMPROMISE OR SETTLEMENT
            Debtor(s).                          )   OF CONTROVERSY WITH
                                                )   MODULAR CONNECTIONS, LLC
                                                )   AND ISOTROPIC NETWORKS, INC.

The undersigned Trustee has entered into a compromise or settlement of controversy and moves the Court to approve the following:

The case trustee has identified $119,345.93 in payments made by the Debtor to Modular Connections, LLC (the "Modular Payments") along with certain other payments made by the Debtor to Isotropic Networks, Inc. (the "Isotropic Payments") that may constitute preferential payments within ninety (90) days pre-petition within the meaning of 11 U.S.C.§547.

After discussions, evaluations of asserted defense(s), contracts between the parties, the parties have agreed to settle the legal dispute concerning the Modular Payments and Isotropic Payments for $3,000.00, to be paid to the Trustee by Isotropic Networks, Inc. upon entry of a Court Order approving this settlement.

In light of the uncertainty of litigation, the legal issues involved, and the additional time and expenses involved in prosecuting these possibly preferential payments, the Trustee submits that the recovery as proposed herein is fair and reasonable.

NOTICE IS HEREBY GIVEN that objections must be served on the undersigned trustee, the United States Trustee, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2108, debtor(s), debtor(s) counsel and filed with the Clerk of Bankruptcy Court at 111 7th Avenue SE Box 15, Cedar Rapids, Iowa  52401 on or before 4:30 p.m., August 03, 2026.

NOTICE IS FURTHER GIVEN that timely filed objections will be set for hearing by separate notice.  If no objections are filed, a separate order will enter.

I hereby certify that on this date a copy of this Notice and Motion was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

DATED: July 13, 2026                   __/s/ Renee K. Hanrahan _____
                                       Renee K. Hanrahan, Chapter 7 Trustee
                                       P.O. Box 1088
                                       Cedar Rapids, IA  52406-1088
                                       319.533.7358
                                       hanrahanrenee@gmail.com

NOTE:  Service List/Clerk's Mailing Matrix attached