IA-16
(Revised 06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO.  23-00484 |
| BDC GROUP, INC. | ) | |
| | ) | NOTICE AND REPORT OF |
| | ) | SALE OF PROPERTY |
| Debtor(s). | ) | |

The undersigned Trustee of the estate of the debtor named above, subject to objection under Local Bankruptcy Rule 6004-1(a), will sell the following property of the estate:

Any and all rights of the Bankruptcy Estate and trusted to five (5) default judgments obtained in Adversary Proceedings and more fully described as:

**$116,967.29 judgment against Comstar Supply, Inc., entered on August 06, 2025 in Adversary Proceeding 25-09028 at Docket #9;**

**$ 23,346.16 judgment against S&S Fiberoptics Corp., entered on August 06, 2025 in Adversary Proceeding 25-09031 at Docket #9;**

**$ 16,511.40 judgment against Ostafi Communications Inc, entered on August 07, 2025 in Adversary Proceeding 25-09032 at Docket #9;**

**$ 20,278.83 judgment against Sunbelt Rental Cars LLC, entered August 07, 2025 in Adversary Proceeding 25-09033 at Docket #11; and**

**$ 16,145.60 judgment against Douglas E. Stout, individually, entered August 13, 2025 in Adversary Proceeding 25-09036 at Docket #10**

to the following purchaser:.

SM Financial Services Corporation, PO Box 530, Oldwick, New Jersey 08858

for the following consideration:

$2,500 cash due upon entry of Court Order.

NOTICE IS HEREBY GIVEN, any objections must be served on the undersigned Trustee at the address listed below, the Office of the United States Trustee, 210 Walnut Street, Suite 793, Des Moines IA  50309-2108, the debtor(s) and debtor(s)' counsel and filed with Clerk of Bankruptcy Court, Northern District of Iowa, 111 Seventh Avenue SE, Box 15, Cedar Rapids IA 52401 within **twenty-one (21) days of this notice**, or **on or before August 03, 2026**.

NOTICE IS FURTHER GIVEN timely-filed objections, if any, will be set for hearing by separate notice, and if no objections are filed, said sale will be deemed approved without further Court Order.

DATED: July 13, 2026   */s/ Renee K. Hanrahan*
         Renee K. Hanrahan, Trustee
         P.O. Box 1088
         Cedar Rapids, IA 52406-1088
         319.533.7358
         hanrahanrenee@gmail.com

I hereby certify that a copy of the document on which this appears and all enclosures were mailed on the date indicated below to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules per the list attached.

DATED: July 13, 2026   SIGNED: */s/ RKHanrahan*