IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-00484 |
| | ) | Chapter 11 |
| BDC Group, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | MOTION TO |
| Debtor. | ) | WITHDRAW AS COUNSEL |
| | ) | |

COMES NOW the undersigned attorney, Krystal R. Mikkilineni, and for her Motion to Withdraw as Counsel for Creditor, Kirkwood Community College ("Motion"), respectfully states to the Court as follows:

1.     The undersigned has appeared on behalf of the aforementioned Creditor.

2.     Tirzah R. Roussell of Dentons Davis Brown PC will remain as counsel for Creditor.

3.     Therefore, good cause exists to grant this Motion.

WHEREFORE, Krystal R. Mikkilineni prays that the Court enter an order permitting her withdrawal as counsel for Creditor Kirkwood Community College, and for such other relief the Court deems just and equitable.

Respectfully submitted,

*/s/     Krystal R. Mikkilineni*
Krystal R. Mikkilineni, AT0011814
Dentons Davis Brown, P.C.
215 10th St., Suite 300
Des Moines, Iowa 50309
(515) 288-2500

#5334709

krystal.mikkilineni@dentons.com

Copy to:

United States Trustee
United States Federal Courthouse
210 Walnut St, Room 793
Des Moines, IA 50309

Renee K. Hanrahan
PO Box 1088
Cedar Rapids, IA 52406

BDC Group, Inc.
c/o Dennis C. Bruce
565 Eastview Ave
Marion, IA 52302

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was
served upon all parties to the above cause by depositing the
same in the U.S. Mail, postage per-paid, to their respective
mailing addresses disclosed on the pleadings or, in the event
the party is represented by counsel, to their counsel; or notice of
the filing of this instrument was sent by e-mail, via CM/ECF, to
all parties on the service list who have registered to receive
service by e mail over CM/ECF, on July 22, 2026.

Signature:    /s/ Gabby Mathias