IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

---

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-00484 |
| | ) | Chapter 11 |
| BDC Group, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | ORDER APPROVING |
| Debtor. | ) | WITHDRAWAL OF COUNSEL |
| | ) | |

---

THIS MATTER is before the Court upon the Motion to Withdraw as Counsel by Krystal R. Mikkilineni, of the law firm Dentons Davis Brown PC (the "Motion"). The Court having reviewed the Notice and being fully advised of the premises, finds that withdrawal should be and is hereby GRANTED.

DATED this ___22___ day of____July_____, 2026

_____
Honorable Thad J. Collins, Chief Judge

#5334727