United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00484-TJC |
| BDC Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 22, 2026 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++          Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID           Recipient Name and Address**
db           +++  BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974
               +  Krystal Mikkilineni, Dentons Davis Brown, 215 10th Street Suite 1300, Des Moines, IA 50309-3616

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Jul 22 2026 21:55:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

**Name                        Email Address**

Abram V. Carls
                  on behalf of Plaintiff Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com

Abram V. Carls
                  on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com

Alexandria Quinn-Hanse
                  on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov

District/off: 0862-1                                    User: admin                                    Page 2 of 4

Date Rcvd: Jul 22, 2026                          Form ID: pdf902                          Total Noticed: 3

Anna M Hardin Staveley

on behalf of Creditor Keystone Savings Bank ahardin@sp.law

Anna M Hardin Staveley

on behalf of Plaintiff Keystone Savings Bank ahardin@sp.law

Austin Peiffer

on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson

on behalf of Creditor Herc Rentals  Inc. bnielson@pughhagan.com, sknipfer@pughhagan.com

Boanne R.M. Wassink

on behalf of Defendant Autohaus  Ltd., d/b/a Carousel Audi Iowa City brw@shuttleworthlaw.com, heather@shuttleworthlaw.com

Brian S. Koerwitz

on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones

on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison

on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers

on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  beth@shuttleworthlaw.com

David Skalka

on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally

on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Elizabeth Lally

on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Elizabeth L. Janczak

on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@sgrlaw.com

Elizabeth L. Janczak

on behalf of Attorney Smith  Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Emily X. Douglas Moore

on behalf of Creditor Sheets Sterling  Inc. emily.douglasmoore@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov

Emily X. Douglas Moore

on behalf of Defendant Sheets Sterling  Inc. emily.douglasmoore@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov

Eric J. Langston

on behalf of Creditor DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam

on behalf of Creditor Keystone Savings Bank elam@simmonsperrine.com  smiller-miller@sp.law

Evan Lincoln Moscov

on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov

on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Jason Rosell

on behalf of Creditor Zayo Group  LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz

on behalf of Creditor Zayo Group  LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey Douglas Goetz

on behalf of Creditor RP Construction  LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey Douglas Goetz

District/off: 0862-1                          User: admin                                      Page 3 of 4

Date Rcvd: Jul 22, 2026                    Form ID: pdf902                           Total Noticed: 3

on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey P. Taylor

on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Jesse James Edward Linebaugh

on behalf of Defendant Allianz Life Insurance Company of North America jesse.linebaugh@faegredrinker.com
lynda.dennis@faegredrinker.com

John Michael Weston

on behalf of Defendant Liberty Mutual Insurance Company msmejkal@lwclawyers.com

Jonathan Barger

on behalf of Defendant Liberty Mutual Insurance Company jbarger@butler.legal

Jordan A Kroop

on behalf of Creditor Zayo Group  LLC jkroop@pszjlaw.com

Joseph A. Peiffer

on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer

on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kenneth Clark Schirle

on behalf of Defendant Liberty Mutual Insurance Company cschirle@butler.legal

Kristina M. Stanger

on behalf of Defendant Davis Tower Foundations  LLC kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Kristina M. Stanger

on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, mbbreckenridge@nyemaster.com

Krystal Mikkilineni

on behalf of Creditor Kirkwood Community College krystal.mikkilineni@dentons.com  gabby.mathias@dentons.com

L. Ashley Wieck

on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov

Mark A Ludolph

on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin

on behalf of Creditor United States of America (SBA) mmclaughlin@sp.law
usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov;smiller-miller@sp.law

Michael J Whaley

on behalf of Defendant Barnhart Crane and Rigging Co. MWhaley@clinewilliams.com  tcampbell@clinewilliams.com

Peter J. Rolwes

on behalf of Defendant AUS INCORPORATED rolwes@sagwlaw.com  gentry@sagwlaw.com

Renee K. Hanrahan

hanrahanrenee@gmail.com  rhanrahan@ecf.axosfs.com

Ronald C. Martin

on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,kelsey@drpjlaw.com

Ronald C. Martin

on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,kelsey@drpjlaw.com

Roy Ryan Leaf

on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.c
om

Rush M. Shortley

on behalf of Creditor Marcelino Avalos rush@shortleylaw.com  r51060@notify.bestcase.com

Rush M. Shortley

on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink

on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse

on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com

District/off: 0862-1

User: admin

Page 4 of 4

Date Rcvd: Jul 22, 2026

Form ID: pdf902

Total Noticed: 3

Stephanie L. Hinz

on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com,
dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz

on behalf of Defendant Breakout Capital Finance  LLC shinz@pbalawfirm.com,
dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson

on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson

on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@wandrolaw.com

Terry Gibson

on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Timothy N. Lillwitz

on behalf of Creditor Zayo Group  LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tirzah R. Roussell

on behalf of Creditor Kirkwood Community College Tirzah.Roussell@dentons.com  gabby.mathias@dentons.com

Tonita M Helton

on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee

USTPRegion12.CR.ECF@usdoj.gov

Warren James Ford, III

on behalf of Defendant VW Credit  Inc., d/b/a Audi Financial Services fordw@goosmannlaw.com

Wendee Noel Elliott-Clement

on behalf of Creditor BANK OF AMERICA  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga

on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  beth@shuttleworthlaw.com

Wesley B. Huisinga

on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  beth@shuttleworthlaw.com

Wesley B. Huisinga

on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  beth@shuttleworthlaw.com

TOTAL: 68

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-00484 |
| | ) | Chapter 11 |
| BDC Group, Inc., | ) | |
| | ) | |
| | ) | |
| | ) | ORDER APPROVING |
| Debtor. | ) | WITHDRAWAL OF COUNSEL |
| | ) | |

THIS MATTER is before the Court upon the Motion to Withdraw as Counsel by Krystal R. Mikkilineni, of the law firm Dentons Davis Brown PC (the "Motion"). The Court having reviewed the Notice and being fully advised of the premises, finds that withdrawal should be and is hereby GRANTED.

DATED this ___22___ day of___July_____, 2026

_Thad J. Collins_____
Honorable Thad J. Collins, Chief Judge

#5334727