UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

BDC GROUP, INC.

Debtor(s).

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

JUL 29 2026

Clerk of Court

By:_____
Deputy

CHAPTER 7
CASE NO. 23-00484

## OBJECTION TO TRUSTEE'S PROPOSED SALE OF DEFAULT JUDGMENTS AND NOTICE OF HIGHER AND BETTER OFFER

Maurice Bailey ("Objector"), respectfully submits this Objection to the Trustee's proposed sale of five (5) default judgments in the above-captioned case, and states as follows:

### 1. Standing

Objector is a prospective purchaser who submitted a written offer to acquire the five default judgments referenced in the Trustee's Notice of Intent to Sell. Objector therefore has standing to object under 11 U.S.C. § 363 and Fed. R. Bankr. P. 6004.

### 2. Background

1. On or about July 2026, the Trustee issued a Notice of Intent to Sell five (5) default judgments to SM Financial for **$2,500**.
2. On July 17, 2026, Objector submitted a written offer directly to the Trustee to purchase the same judgments for **$2,700**, which exceeds the proposed sale price.
3. On July 19, 2026, the Trustee responded and stated that any competing offer must be "significant enough" to justify the cost of additional noticing and a hearing.
4. Objector now submits a materially higher and better offer of **$3,500** for the portfolio of judgments.
5. Objector is prepared to close immediately upon Court approval.

### 3. Basis for Objection

The Trustee has a fiduciary duty to maximize value for the bankruptcy estate. See **In re Engman**, 331 B.R. 277 (Bankr. W.D. Mich. 2005). A sale under § 363 must reflect sound business judgment and must be supported by evidence that the Trustee considered all higher and better offers.

Objector's offer of **$3,500**:

- Exceeds the proposed sale price of **$2,500** by **$1,000**
- Is sufficiently "significant" to justify noticing and a hearing
- Provides a materially better recovery for the estate
- Is made in good faith and capable of immediate performance

Accordingly, the Trustee cannot accept the lower offer without first presenting Objector's higher bid to the Court.

## 4. Request for Relief

Objector respectfully requests that the Court:

1. **Decline to approve the proposed sale** at $2,500;
2. **Set a hearing** on the Trustee's Notice of Sale and this Objection;
3. ~~**Authorize a courtroom auction** between SM Financial and Objector, consistent with the~~ Trustee's stated procedure;
4. Direct the Trustee to consider Objector's **$3,500** offer as a higher and better bid;
5. Grant such other and further relief as the Court deems appropriate.

## 5. Reservation of Rights

Objector reserves all rights to supplement this Objection, present evidence at hearing, or submit additional bids should the Court permit competitive bidding.

**Respectfully submitted,**

Maurice Bailey

2095 Hwy 211 NW Suite 2F-146

Braselton, Georgia 30517
03089697@bellsouth.net

I certify that a copy of this document was mailed to the Trustee, the office of United States Trustee, debtors, debtors counsel and filed with the Clerk of Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Box 15 Cedar Rapids, IA. 52401

Maurice Bailey                                                    July 20, 2026