FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

JUL 29 2026

Clerk of Court

By:_____

Deputy

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7** |
| | ) | |
| **BDC GROUP, INC.,** | ) | **BANKRUPTCY CASE NO. 23-00484** |
| Debtor. | ) | |
| | ) | |
| | ) | |

---

## OBJECTION OF WRIGHT WAY CAPITAL TO TRUSTEE'S NOTICE AND REPORT OF SALE OF PROPERTY (DOC. NO. 743)

COMES NOW **Wright Way Capital** ("Objecting Party"), a party-in-interest and prospective purchaser in the above-captioned proceeding, pursuant to Local Bankruptcy Rule 6004-1(a) and 11 U.S.C. § 363, and hereby files this Objection to the *Notice and Report of Sale of Property* filed on July 13, 2026, by Renee K. Hanrahan, Chapter 7 Trustee [Doc. No. 743]. In support of this Objection, Wright Way Capital respectfully states as follows:

### I. BACKGROUND

1. On July 13, 2026, Chapter 7 Trustee Renee K. Hanrahan filed a *Notice and Report of Sale of Property* (Doc. No. 743) seeking to sell five (5) default judgments obtained in adversary proceedings totaling $193,249.28:

   • **$116,967.29** judgment against Comstar Supply, Inc. (Adv. Proc. 25-09028);

   • **$23,346.16** judgment against S&S Fiberoptics Corp. (Adv. Proc. 25-09031);

   • **$16,511.40** judgment against Ostafi Communications Inc. (Adv. Proc. 25-09032);

   • **$20,278.83** judgment against Sunbelt Rental Cars LLC (Adv. Proc. 25-09033); and

   • **$16,145.60** judgment against Douglas E. Stout (Adv. Proc. 25-09036).

2. The Notice proposes to sell all rights of the estate in these five judgments to SM Financial Services Corporation for **$2,500.00 cash** due upon entry of Court Order.

3. The Notice establishes an objection deadline of **August 03, 2026**. This Objection is timely filed prior to the deadline.

### II. GROUNDS FOR OBJECTION

1. **Failure to Maximize Estate Value:** Under 11 U.S.C. § 363, the primary obligation of a Chapter 7 Trustee in disposing of estate property is to maximize the cash value realized for the bankruptcy estate and its unsecured creditors.

2. **Higher and Better Offer:** Wright Way Capital hereby submits a higher and better cash offer of **$4,000.00** for the exact same five (5) default judgments described in Doc. No. 743.

3. Wright Way Capital's proposed purchase price represents a **60% increase** over the proposed $2,500.00 offer from SM Financial Services Corporation, providing a direct and substantial financial benefit to the bankruptcy estate.

4. Wright Way Capital is ready, willing, and able to perform and deliver the $4,000.00 cash consideration immediately upon entry of an order approving the sale.

## III. RELIEF REQUESTED

WHEREFORE, Wright Way Capital respectfully requests that this Court:

a. **Sustain** this Objection;

b. **Deny** approval of the proposed sale to SM Financial Services Corporation as noticed in Doc. No. 743;

c. **Approve** the sale of the five (5) default judgments to Wright Way Capital for $4,000.00, or alternatively, **Order an auction / competitive bidding process** between Wright Way Capital, SM Financial Services Corporation, and any other interested parties to determine the highest and best offer for the estate; and

d. Grant such other and further relief as the Court deems just and proper.

Dated this 28th day of July, 2026.

Respectfully submitted,

**WRIGHT WAY CAPITAL**

**Signature**
Odene Wright
Owner / Operator
Wright Way Capital
1835 E Edgewood Dr, Suite 105 - Unit 684
Appleton, WI 54913
Phone: 414-533-1935
Email: wrightwaycapital1@gmail.com

## CERTIFICATE OF SERVICE

I Odene Wrighgt hereby certify that on July 28, 2026, a true and correct copy of the foregoing Objection of Wright Way *Capital to Trustee's Notice and Report of Sale of Property* was served upon the following parties in the manner indicated below:

**Via First Class U.S. Mail / Email:**

**Renee K. Hanrahan, Chapter 7 Trustee**
P.O. Box 1088, Cedar Rapids, IA 52406-1088
Email: hanrahanrenee@gmail.com

**Office of the United States Trustee**
210 Walnut Street, Suite 793, Des Moines, IA 50309-2108

**SM Financial Services Corporation**
P.O. Box 530, Oldwick, NJ 08858

**Clerk of Bankruptcy Court**
Northern District of Iowa, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401

**Debtor / Debtor's Counsel of Record**
c/o Dennis C. Bruce, 565 Eastview Ave. Marion, IA 52302
Telephone: 319-775-7618

**Signature: Odene Wright**