FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

AUG 0 3 2026

Clerk of Court

By:_____

Deputy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

In re:                                                    Case No. 23-00484

                                                          Chapter 7

**BDC GROUP, INC.,**


         Debtor.

---

### LIMITED OBJECTION TO TRUSTEE'S NOTICE AND REPORT OF SALE OF PROPERTY (DKT. 743) AND HIGHER AND BETTER OFFER

Nicholas Hunley ("Objector"), a party in interest and prospective purchaser of the assets described in the Trustee's Notice and Report of Sale of Property dated July 13, 2026 (Dkt. 743) (the "Sale Notice"), respectfully submits this Limited Objection to the Sale Notice and, in connection therewith, tenders a higher and better offer for the assets proposed to be sold. In support, Objector states as follows:

1.      On June 13, 2023, BDC Group, Inc. (the "Debtor") became a debtor in the above-captioned case, which is proceeding under Chapter 7 of the Bankruptcy Code. Renee K. Hanrahan is the duly appointed and acting Chapter 7 Trustee (the "Trustee").

2.      By the Sale Notice, and subject to objection under Local Bankruptcy Rule 6004-1(a), the Trustee proposes to sell all of the estate's right, title, and interest in five (5) default judgments entered in adversary proceedings in this case (collectively, the "Judgments"):

   (a)  $116,967.29 against Comstar Supply, Inc. (Adv. No. 25-09028, entered August 6, 2025);

   (b)  $23,346.16 against S&S Fiberoptics Corp. (Adv. No. 25-09031, entered August 6, 2025);

   (c)  $16,511.40 against Ostafi Communications Inc. (Adv. No. 25-09032, entered August 7, 2025);

   (d)  $20,278.83 against Sunbelt Rental Cars LLC (Adv. No. 25-09033, entered August 7, 2025); and

   (e)  $16,145.60 against Douglas E. Stout, individually (Adv. No. 25-09036, entered August 13, 2025),

   together representing an aggregate face amount of $193,249.28.

3. The Sale Notice proposes to sell the Judgments to SM Financial Services Corporation ("SM Financial") for $2,500.00 in cash, and provides that any objection must be filed on or before August 3, 2026.

4. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2)(N). The proposed sale is governed by 11 U.S.C. § 363(b), Federal Rule of Bankruptcy Procedure 6004, and Local Bankruptcy Rule 6004-1.

5. Objector is a prospective good-faith purchaser and a party in interest with standing to object. A Chapter 7 trustee has a fiduciary duty to maximize the value realized by the estate for the benefit of creditors. Approval of a private sale of the Judgments for $2,500.00 without consideration of a materially higher offer would not advance that objective.

6. Higher and Better Offer. Objector hereby offers to purchase all of the estate's right, title, and interest in the Judgments for $5,000.00 in cash, an amount materially greater than the $2,500.00 stated in the Sale Notice, on the same "as is, where is" basis, without any representation or warranty by the Trustee or the estate as to collectability or value, with the purchase price payable upon entry of an order approving a sale to Objector (the "Overbid"). Objector intends to take title in the name of a limited liability company that he owns and controls, to be designated prior to closing; Objector shall remain responsible for the Overbid.

7. The Overbid is higher and better than the offer described in the Sale Notice and is in the best interests of the estate and its creditors. Objector respectfully requests that the Trustee accept the Overbid or, at a minimum, that the Judgments not be sold to SM Financial for $2,500.00 without the estate first affording interested parties an opportunity to submit competing bids.

8. Objector is informed and believes that one or more other prospective purchasers have filed objections and competing higher and better offers of record in this case (see Dkt. Nos. 747 and 748). The existence of multiple competing offers confirms that the proposed private sale at $2,500.00 does not reflect the highest and best value available to the estate and that a competitive auction is warranted.

9. Objector respectfully requests that the Court set this matter for hearing and, to the extent more than one qualified offer is received, that the Trustee conduct an auction so that the estate realizes the highest and best price for the Judgments. Objector is prepared to appear and to increase the Overbid at any such hearing or auction.

10. Objector reserves all rights, including the right to supplement or amend this Objection and to increase the Overbid.

WHEREFORE, Objector respectfully requests that the Court enter an order: (a) sustaining this Limited Objection to the extent set forth herein; (b) directing that the estate's right, title, and interest in the Judgments be sold to Objector (or his designated assignee) as the highest and best

offer, or, in the alternative, setting the matter for hearing and authorizing an auction among competing bidders; and (c) granting such other and further relief as the Court deems just and proper.

Dated: July 30, 2026

Respectfully submitted,

Nicholas Hunley
*Party in Interest and Prospective Purchaser, appearing pro se*
11902 N. Penn Ave., Suite C-1
Oklahoma City, OK 73120
(405) 607-4617
nhunley@velocitystartup.com

## CERTIFICATE OF SERVICE

I certify that on July 30, 2026, a true and correct copy of the foregoing Limited Objection and Higher and Better Offer was sent to the Clerk of the United States Bankruptcy Court for the Northern District of Iowa and served upon the following by U.S. mail:

Renee K. Hanrahan, Chapter 7 Trustee
P.O. Box 1088
Cedar Rapids, IA 52406-1088

Elizabeth M. Lally, Lally Legal Group, LLC (counsel for the Trustee)
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154

Office of the United States Trustee
210 Walnut Street, Suite 793
Des Moines, IA 50309-2108

Debtor and Debtor's counsel of record
c/o Dennis C. Bruce, 565 Eastview Ave.
Marion, IA 52302

SM Financial Services Corporation (proposed purchaser)
P.O. Box 530
Oldwick, NJ 08858

Maurice Bailey (objecting party)
2095 Hwy 211 NW, Suite 2F-146

Braselton, GA 30517

Wright Way Capital (objecting party)
1835 E. Edgewood Dr., Suite 105-Unit 684
Appleton, WI 54913

Clerk, U.S. Bankruptcy Court
111 Seventh Avenue SE, Box 15
Cedar Rapids, IA 52401


Nicholas Hunley