hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

                                            Chapter 7

BDC Group, Inc.

                                            Bankruptcy No. 23–00484


Debtor


## NOTICE SETTING HEARING
## ON NOTICE AND REPORT OF SALE OF PROPERTY (DOC. 743)


To:

BDC Group, Inc., Pro Se Debtor
Renee K. Hanrahan, Trustee
United States Trustee

Maurice Bailey, Creditor
Odene Wright, Representative for Wright Way Capital
Nicholas Hunley, Creditor


**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

### August 28, 2026 at 10:30 AM via Telephonic Hearing


All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1–855–244–8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference


Date: August 4, 2026                    Rebecca Hoefer
                                        Clerk, Bankruptcy Court
                                        by:

                                        *Dylan Harvey*

                                        Deputy Clerk