IA-18.5
(06/98)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| BDC Group, Inc., | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | ORDER APPROVING MOTION |
| | ) | FOR COMPROMISE OR |
| Debtor(s). | ) | SETTLEMENT OF CONTROVERSY |
| | ) | WITH MODULAR |
| | ) | CONNECTIONS, LLC and |
| | ) | ISOTROPIC NETWORKS INC. |

This matter comes before the Court upon the Trustee's Notice of and Motion for Compromise or Settlement of Controversy with Modular Connections, LLC and Isotropic Networks, Inc., filed July 13, 2026 (Docket 742). Upon review of the file, the Court finds that notice of the Trustee's Motion was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules on July 13, 2026, that the last date for filing objections thereto was August 03, 2026. The bardate has passed with no objections.

IT IS THEREFORE ORDERED that:

(1) the Compromise or Settlement of Controversy is APPROVED;
(2) the Motion is GRANTED; and
(3) the trustee is authorized to do whatever is necessary to consummate the settlement.

DATED AND ENTERED: __August 6, 2026__

_____
UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee