United States Bankruptcy Court

Northern District of Iowa

In re:                                                                    Case No. 23-00484-TJC

BDC Group, Inc.                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1                          User: admin                               Page 1 of 4

Date Rcvd: Aug 04, 2026                       Form ID: hrgntc                            Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Maurice Bailey, 2095 Hwy 211 NW Suite 2F-146, Braselton, GA 30517-3402 |
| cr | + | Nicholas Hunley, 11902 N. Penn Ave., Suite C-1, Oklahome City, OK 73120-7829 |
| cr | + | Wright Way Capital, Odene Wright Owner/Operator, 1835 E Edgewood Dr., Suite 105 - Unit 68, Appleton, WI 54913-9325 |
| | + | Wright Way Capital, c/o Odene Wright, 1835 E Edgewood Dr, Suite 105 - Unit 684, Appleton, WI 54913-9325 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: legalassistant@ablsonline.com | Aug 04 2026 21:44:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |
| Abram V. Carls | on behalf of Plaintiff Keystone Savings Bank acarls@spmblaw.com  smiller-miller@spmblaw.com |

District/off: 0862-1      User: admin      Page 2 of 4

Date Rcvd: Aug 04, 2026      Form ID: hrgntc      Total Noticed: 5

Alexandria Quinn-Hanse

on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov

Anna M Hardin Staveley

on behalf of Creditor Keystone Savings Bank ahardin@sp.law

Anna M Hardin Staveley

on behalf of Plaintiff Keystone Savings Bank ahardin@sp.law

Austin Peiffer

on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com
austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

on behalf of Plaintiff BDC Group  Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com
austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Austin Peiffer

on behalf of Appraiser Craig Hilpipre austin@ablsonline.com  austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Benjamin Gregory Nielson

on behalf of Creditor Herc Rentals  Inc. bnielson@pughhagan.com, sknipfer@pughhagan.com

Boanne R.M. Wassink

on behalf of Defendant Autohaus  Ltd., d/b/a Carousel Audi Iowa City brw@shuttleworthlaw.com, heather@shuttleworthlaw.com

Brian S. Koerwitz

on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com

Camber Jones

on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com

Claire Davison

on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov

Dan Childers

on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com  beth@shuttleworthlaw.com

David Skalka

on behalf of Creditor Five Star Communications  LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com

Elizabeth Lally

on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Elizabeth Lally

on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com  bakerm@goosmannlaw.com

Elizabeth L. Janczak

on behalf of Attorney Smith  Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com

Elizabeth L. Janczak

on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com  bkdocketing@sgrlaw.com

Emily X. Douglas Moore

on behalf of Defendant Sheets Sterling  Inc. emily.douglasmoore@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov

Emily X. Douglas Moore

on behalf of Creditor Sheets Sterling  Inc. emily.douglasmoore@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov

Eric J. Langston

on behalf of Creditor DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam

on behalf of Creditor Keystone Savings Bank elam@simmonsperrine.com  smiller-miller@sp.law

Evan Lincoln Moscov

on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan Lincoln Moscov

on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Jason Rosell

on behalf of Creditor Zayo Group  LLC jrosell@pszjlaw.com

Jeffrey Douglas Goetz

on behalf of Creditor Zayo Group  LLC jgoetz@dickinsonbradshaw.com,
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey Douglas Goetz

on behalf of Creditor RP Construction  LLC jgoetz@dickinsonbradshaw.com,

District/off: 0862-1                            User: admin                                    Page 3 of 4

Date Rcvd: Aug 04, 2026                        Form ID: hrgntc                              Total Noticed: 5

bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey Douglas Goetz

on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com
bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com

Jeffrey P. Taylor

on behalf of Creditor Complete Design Solutions  LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com

Jesse James Edward Linebaugh

on behalf of Defendant Allianz Life Insurance Company of North America jesse.linebaugh@faegredrinker.com
lynda.dennis@faegredrinker.com

John Michael Weston

on behalf of Defendant Liberty Mutual Insurance Company msmejkal@lwclawyers.com

Jonathan Barger

on behalf of Defendant Liberty Mutual Insurance Company jbarger@butler.legal

Jordan A Kroop

on behalf of Creditor Zayo Group  LLC jkroop@pszjlaw.com

Joseph A. Peiffer

on behalf of Plaintiff BDC Group  Inc. joe@ablsonline.com,
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Joseph A. Peiffer

on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com
joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com

Kenneth Clark Schirle

on behalf of Defendant Liberty Mutual Insurance Company cschirle@butler.legal

Kristina M. Stanger

on behalf of Creditor Liquid Capital Exchange  Inc. kmstanger@nyemaster.com, MSeei@nyemaster.com

Kristina M. Stanger

on behalf of Defendant Davis Tower Foundations  LLC kmstanger@nyemaster.com, MSeei@nyemaster.com

L. Ashley Wieck

on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov

Mark A Ludolph

on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Martin McLaughlin

on behalf of Creditor United States of America (SBA) mmclaughlin@sp.law
usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov;smiller-miller@sp.law

Michael J Whaley

on behalf of Defendant Barnhart Crane and Rigging Co. MWhaley@clinewilliams.com  tcampbell@clinewilliams.com

Peter J. Rolwes

on behalf of Defendant AUS INCORPORATED rolwes@sagwlaw.com  gentry@sagwlaw.com

Renee K. Hanrahan

hanrahanrenee@gmail.com  rhanrahan@ecf.axosfs.com

Ronald C. Martin

on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,kelsey@drpjlaw.com

Ronald C. Martin

on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,kelsey@drpjlaw.com

Roy Ryan Leaf

on behalf of Creditor Liquid Capital Exchange  Inc. rleaf@nyemaster.com,
sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.c
om

Rush M. Shortley

on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com  r51060@notify.bestcase.com

Rush M. Shortley

on behalf of Creditor Marcelino Avalos rush@shortleylaw.com  r51060@notify.bestcase.com

Scott D. Fink

on behalf of Creditor Breakout Capital Finance  LLC bronationalecf@weltman.com

Shelly A. DeRousse

on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com  bkdocketing@sgrlaw.com

District/off: 0862-1 User: admin Page 4 of 4
Date Rcvd: Aug 04, 2026 Form ID: hrgntc Total Noticed: 5

Stephanie L. Hinz
on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Stephanie L. Hinz
on behalf of Defendant Breakout Capital Finance  LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com

Terry Gibson
on behalf of Creditor Manchester Leasing Services  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
on behalf of Creditor Isotropic Network  Inc. tgibson@wandrolaw.com, filings@wandrolaw.com

Terry Gibson
on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com  filings@wandrolaw.com

Timothy N. Lillwitz
on behalf of Creditor Zayo Group  LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com

Tirzah R. Roussell
on behalf of Creditor Kirkwood Community College Tirzah.Roussell@dentons.com  gabby.mathias@dentons.com

Tonita M Helton
on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com  lfrausto@freeborn.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Warren James Ford, III
on behalf of Defendant VW Credit  Inc., d/b/a Audi Financial Services fordw@goosmannlaw.com

Wendee Noel Elliott-Clement
on behalf of Creditor BANK OF AMERICA  N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com

Wesley B. Huisinga
on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com  beth@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com  beth@shuttleworthlaw.com

Wesley B. Huisinga
on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com  beth@shuttleworthlaw.com


TOTAL: 67

hrgntc 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Chapter 7

BDC Group, Inc.

Bankruptcy No. 23–00484

Debtor

## NOTICE SETTING HEARING
## ON NOTICE AND REPORT OF SALE OF PROPERTY (DOC. 743)

To:

BDC Group, Inc., Pro Se Debtor
Renee K. Hanrahan, Trustee
United States Trustee

Maurice Bailey, Creditor
Odene Wright, Representative for Wright Way Capital
Nicholas Hunley, Creditor

**NOTICE IS HEREBY GIVEN** the above matter(s) will come before the Court on:

**August 28, 2026 at 10:30 AM via Telephonic Hearing**

All parties wishing to participate may use the following dial in instructions.

1. Call the toll free number: 1–855–244–8681
2. Enter Access Code: 2306 492 5609#
3. Press # to bypass attendee ID number
4. Please identify yourself after you have joined the conference

Date: August 4, 2026

Rebecca Hoefer
Clerk, Bankruptcy Court
by:

*Dylan Harvey*

Deputy Clerk