UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor | Chapter 7<br><br>Bankruptcy No. 23-00484 |

# PROCEEDING MEMO AND ORDER

Date of Telephonic Hearing: August 28, 2026
Hearing on: Trustee's Notice and Report of Sale (Doc. 743)

APPEARANCES:

Chapter 7 Trustee Renee K. Hanrahan
Attorney Elizabeth Lally for Trustee
Odene Wright for Wright Way Capital
Maurice Bailey

OUTCOME OF PROCEEDING:

**IT IS ORDERED THAT**:

Counsel for Trustee shall submit a proposed order regarding the auction procedure for the Court's consideration.

Ordered:
August 28, 2026

Thad J. Collins
Chief Bankruptcy Judge