**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Chapter 7 Bankruptcy<br><br>Case No. 23-00484<br><br>**ORDER AUTHORIZING AUCTION OF DEFAULT JUDGMENTS** |

This matter comes before the Court on Renee K. Hanrahan, the Chapter 7 Trustee's *Notice and Report of Sale* (Docket 743) and objections to the same filed by Maurice Bailey (Docket 747), Wright Way Capital (Docket 748), and Nicholas Hunley (Docket 750) (collectively, the "Objections").

On August 28, 2026, the Court held a hearing on the Trustee's *Notice and Report of Sale* and the Objections to the same.

Having reviewed the Trustee's *Notice and Report of Sale*, and the Objections, and considered arguments raised at the hearing on August 28, 2026, the Court finds and orders as follows:

IT IS THEREFORE ORDERED, the Trustee is authorized to conduct an auction via Zoom on Monday, September 14 at 10:00 (Central time) related to the five (5) default judgments listed in the *Notice and Report of Sale* (Docket 743) (the "Auction");

IT IS FURTHER ORDERED, the Trustee is authorized to circulate an invitation to the Auction to the Objecting Parties (Maurice Bailey, Wright Way Capital, and Nicholas Hunley) as well as the proposed initial buyer, SM Financial Services Corporation via email;

IT IS FURTHER ORDERED, any other potential buyers should contact the Trustee via email at hanrahanrenee@gmail.com or Trustee's counsel via email at elally@lally-legal.com for a link to the Auction on or before Friday, September 11, 2026, at 5:00 pm (Central Time);

IT IS FURTHER ORDERED, the Trustee is authorized to open bidding at the Auction at $5,500.00;

IT IS FURTHER ORDERED, the Trustee is authorized to set bidding increments at the auction of $500.00 per bid Auction at $5,500.00;

IT IS FURTHER ORDERED, the Trustee will file an *Amended Report of Sale* following the Auction and listing the highest bidder and backup bidder (if any) on or before Monday, September 28, 2026.

DATED AND ENTERED:

August 28, 2026

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for Renee K. Hanrahan, Chapter 7 Trustee**

By: *_/s/ Elizabeth M. Lally_*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com