United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 23-00484-TJC

BDC Group, Inc. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1 User: admin Page 1 of 5

Date Rcvd: Aug 28, 2026 Form ID: pdf902 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | BDC Group, Inc., c/o Dennis C. Bruce, 565 Eastview Ave., Marion, IA 52302-5974 |
| crcm | + | Brandon Kuenzi, Secretary, West Pacific Drilling, Inc., PO Box 882, Silverton, OR 97381-0882 |
| cr | + | Complete Design Solutions, LLC, 3620 Developers Rd., Indianapolis, IN 46227-3520 |
| cr | + | DVA, Inc. d/b/a Ditch Witch of Virginia, DVA, Inc. d/b/a Ditch Witch of Virginia, 11053 Washington Hwy, Glen Allen, VA 23059, UNITED STATES 23059-1905 |
| cr | | East Central Iowa Council of Governments, 700 16th ST NE STE 301, Cedar Rapids, IA 52402-4665 |
| cr | + | Green Note Capital Partners SPV LLC, 1019 Avenue P, Suite 401, Brooklyn, NY 11223-2366 |
| cr | #+ | HM Cragg Co, 7490 Bush Lake Road, Edina, MN 55439-2801 |
| cr | | Karmen Denea Randall, 2066 River Ridge Terrace, Apt 202, Asburn, VA 20147 |
| cr | + | Keystone Savings Bank, 81 Main Street, PO Box 367, Keystone, IA 52249-0367 |
| cr | + | Marcelino Avalos, c/o Timothy B. Cantlin, Esq., The Cantlin Law Firm, 760 E Etna RD, Ottawa, IL 61350-1014 |
| cr | + | Maurice Bailey, 2095 Hwy 211 NW Suite 2F-146, Braselton, GA 30517-3402 |
| cr | + | Nicholas Hunley, 11902 N. Penn Ave., Suite C-1, Oklahome City, OK 73120-7829 |
| cr | + | RP Construction, LLC, 24008 Bishop Meade Place, Ashburn, VA 20148-1712 |
| crcm | | Reyna Paz, President & CEO of RP Construction,, LLC.24008, Bishop Meade Place, Ashburn, VA 20148 |
| crcmch | | Tammy Kemp, Chief Credit Officer, Liquid Capital Exchange, 5075 Yonge Street Ste 700, Toronto, Ontario, M2N 6C6 CANADA |
| cr | | United States of America (SBA), United States Attorney's Office, 111 7th Avenue SE, Box 1, Cedar Rapids, IA 52401-2101 |
| cr | + | Watts Electric Company, c/o Brian S. Koerwitz, 5825 South 14th Street, Ste. 200, Lincoln, NE 68512-1233 |
| cr | + | Wright Way Capital, Odene Wright Owner/Operator, 1835 E Edgewood Dr., Suite 105 - Unit 684, Appleton, WI 54913-9325 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: legalassistant@ablsonline.com | Aug 28 2026 21:16:00 | Ag & Business Legal Strategies, PO Box 11425, Cedar Rapids, IA 52410 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2026 21:22:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Aug 28 2026 21:16:00 | Caterpillar Financial Services Corporation, Attn: Erin O'Quinn, 2120 West End Avenue, Nashville, TN 37203, US |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Aug 28 2026 21:16:00 | John Deere Financial f.s.b., PO Box 6600, Johnston, IA 50131 |
| cr | | Email/Text: bkdesk@greenstate.org | Aug 28 2026 21:16:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |
| cr | | Email/Text: accounting@sheetssterlinginc.com | | |

| | |
|---|---|
| Aug 28 2026 21:16:00 | Sheets Sterling, Inc., PO Box 615, Sterling, VA 20167 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMO Bank N.A., f/k/a Bank of the West, d/b/a Ditch |
| cr | *P++ | AG & BUSINESS LEGAL STRATEGIES, PO BOX 11425, CEDAR RAPIDS IA 52410-1425, address filed with court:, Ag & Business Legal Strategies, P.O. Box 11425, Cedar Rapids, IA 52410-1425 |
| cr | ##+ | Zayo Group, LLC, 1805 29th Street, Boulder, CO 80301-1067 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abram V. Carls | on behalf of Plaintiff Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Abram V. Carls | on behalf of Creditor Keystone Savings Bank acarls@spmblaw.com smiller-miller@spmblaw.com |
| Alexandria Quinn-Hanse | on behalf of U.S. Trustee United States Trustee allie.quinn-hanse@usdoj.gov |
| Anna M Hardin Staveley | on behalf of Creditor Keystone Savings Bank ahardin@sp.law |
| Anna M Hardin Staveley | on behalf of Plaintiff Keystone Savings Bank ahardin@sp.law |
| Austin Peiffer | on behalf of Plaintiff BDC Group Inc. austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Attorney Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Austin Peiffer | on behalf of Appraiser Craig Hilpipre austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Benjamin Gregory Nielson | on behalf of Creditor Herc Rentals Inc. bnielson@pughhagan.com, khemann@pughhagan.com |
| Boanne R.M. Wassink | |

| | |
|---|---|
| | on behalf of Defendant Autohaus Ltd., d/b/a Carousel Audi Iowa City brw@shuttleworthlaw.com, heather@shuttleworthlaw.com |
| Brian S. Koerwitz | on behalf of Creditor Watts Electric Company bkoerwitz@eptlawfirm.com |
| Camber Jones | on behalf of Trustee Renee K. Hanrahan cjones@spencerfane.com |
| Claire Davison | on behalf of U.S. Trustee United States Trustee claire.r.davison@usdoj.gov |
| Dan Childers | on behalf of Creditor Hiawatha Properties LLC drc@shuttleworthlaw.com beth@shuttleworthlaw.com |
| David Skalka | on behalf of Creditor Five Star Communications LLC dskalka@crokerlaw.com, dcellar@crokerlaw.com |
| Elizabeth Lally | on behalf of Trustee Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth Lally | on behalf of Plaintiff Renee K. Hanrahan elally@lally-legal.com bakerm@goosmannlaw.com |
| Elizabeth L. Janczak | on behalf of Attorney Smith Gambrell & Russell, LLP ejanczak@sgrlaw.com, bkdocketing@sgrlaw.com |
| Elizabeth L. Janczak | on behalf of Creditor Committee Official Committee of Unsecured Creditors ejanczak@sgrlaw.com bkdocketing@sgrlaw.com |
| Emily X. Douglas Moore | on behalf of Defendant Sheets Sterling Inc. emily.douglasmoore@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov |
| Emily X. Douglas Moore | on behalf of Creditor Sheets Sterling Inc. emily.douglasmoore@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov |
| Eric J. Langston | on behalf of Creditor DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank elam@simmonsperrine.com smiller-miller@sp.law |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Evan Lincoln Moscov | on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Jason Rosell | on behalf of Creditor Zayo Group LLC jrosell@pszjlaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Karmen Denea Randall jgoetz@dickinsonbradshaw.com bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor Zayo Group LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey Douglas Goetz | on behalf of Creditor RP Construction LLC jgoetz@dickinsonbradshaw.com, bmozena@dickinsonbradshaw.com,bankruptcyefile@dickinsonbradshaw.com |
| Jeffrey P. Taylor | on behalf of Creditor Complete Design Solutions LLC jtaylor@krflawfirm.com, jkanellis@krflawfirm.com |
| Jesse James Edward Linebaugh | on behalf of Defendant Allianz Life Insurance Company of North America jesse.linebaugh@faegredrinker.com lynda.dennis@faegredrinker.com |
| John Michael Weston | on behalf of Defendant Liberty Mutual Insurance Company msmejkal@lwclawyers.com |
| Jonathan Barger | on behalf of Defendant Liberty Mutual Insurance Company jbarger@butler.legal |
| Jordan A Kroop | on behalf of Creditor Zayo Group LLC jkroop@pszjlaw.com |
| Joseph A. Peiffer | on behalf of Plaintiff BDC Group Inc. joe@ablsonline.com, joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Joseph A. Peiffer | |

| | |
|---|---|
| | on behalf of Creditor Ag & Business Legal Strategies joe@ablsonline.com joeABLS@ecf.courtdrive.com;peifferjr52528@notify.bestcase.com;legalassistant@ablsonline.com |
| Kenneth Clark Schirle | on behalf of Defendant Liberty Mutual Insurance Company cschirle@butler.legal |
| Kristina M. Stanger | on behalf of Defendant Davis Tower Foundations LLC kmstanger@nyemaster.com, MSeei@nyemaster.com |
| Kristina M. Stanger | on behalf of Creditor Liquid Capital Exchange Inc. kmstanger@nyemaster.com, MSeei@nyemaster.com |
| L. Ashley Wieck | on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov |
| Mark A Ludolph | on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com |
| Martin McLaughlin | on behalf of Creditor United States of America (SBA) mmclaughlin@sp.law usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov;smiller-miller@sp.law |
| Michael J Whaley | on behalf of Defendant Barnhart Crane and Rigging Co. MWhaley@clinewilliams.com tcampbell@clinewilliams.com |
| Peter J. Rolwes | on behalf of Defendant AUS INCORPORATED rolwes@sagwlaw.com gentry@sagwlaw.com |
| Renee K. Hanrahan | hanrahanrenee@gmail.com rhanrahan@ecf.axosfs.com |
| Ronald C. Martin | on behalf of Creditor Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,kelsey@drpjlaw.com |
| Ronald C. Martin | on behalf of Interested Party Dennis Bruce rmartin@drpjlaw.com rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,kelsey@drpjlaw.com |
| Roy Ryan Leaf | on behalf of Creditor Liquid Capital Exchange Inc. rleaf@nyemaster.com, sgreenman@nyemaster.com;scarney@nyemaster.com;lduncan@nyemaster.com;mcopple@nyemaster.com;broberts@nyemaster.com |
| Rush M. Shortley | on behalf of Creditor East Central Iowa Council of Governments rush@shortleylaw.com r51060@notify.bestcase.com |
| Rush M. Shortley | on behalf of Creditor Marcelino Avalos rush@shortleylaw.com r51060@notify.bestcase.com |
| Scott D. Fink | on behalf of Creditor Breakout Capital Finance LLC bronationalecf@weltman.com |
| Shelly A. DeRousse | on behalf of Creditor Committee Official Committee of Unsecured Creditors sderousse@sgrlaw.com bkdocketing@sgrlaw.com |
| Stephanie L. Hinz | on behalf of Defendant Breakout Capital Finance LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Stephanie L. Hinz | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC shinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com |
| Terry Gibson | on behalf of Creditor GreenState Credit Union tgibson@wandrolaw.com filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Manchester Leasing Services Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Terry Gibson | on behalf of Creditor Isotropic Network Inc. tgibson@wandrolaw.com, filings@wandrolaw.com |
| Timothy N. Lillwitz | on behalf of Creditor Zayo Group LLC tlillwitz@dickinsonbradshaw.com, birch.theresa@bradshawlaw.com |
| Tirzah R. Roussell | on behalf of Creditor Kirkwood Community College Tirzah.Roussell@dentons.com gabby.mathias@dentons.com |
| Tonita M Helton | on behalf of Creditor Committee Official Committee of Unsecured Creditors thelton@freeborn.com lfrausto@freeborn.com |
| United States Trustee | |

| | |
|---|---|
| | USTPRegion12.CR.ECF@usdoj.gov |
| Warren James Ford, III | on behalf of Defendant VW Credit Inc., d/b/a Audi Financial Services fordw@goosmannlaw.com |
| Wendee Noel Elliott-Clement | on behalf of Creditor BANK OF AMERICA N.A. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |
| Wesley B. Huisinga | on behalf of Creditor Deere Credit Inc. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Construction & Forestry Company wbh@shuttleworthlaw.com beth@shuttleworthlaw.com |
| Wesley B. Huisinga | on behalf of Creditor John Deere Financial f.s.b. wbh@shuttleworthlaw.com beth@shuttleworthlaw.com |

TOTAL: 67

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Chapter 7 Bankruptcy<br><br>Case No. 23-00484<br><br>**ORDER AUTHORIZING AUCTION OF DEFAULT JUDGMENTS** |

This matter comes before the Court on Renee K. Hanrahan, the Chapter 7 Trustee's *Notice and Report of Sale* (Docket 743) and objections to the same filed by Maurice Bailey (Docket 747), Wright Way Capital (Docket 748), and Nicholas Hunley (Docket 750) (collectively, the "Objections").

On August 28, 2026, the Court held a hearing on the Trustee's *Notice and Report of Sale* and the Objections to the same.

Having reviewed the Trustee's *Notice and Report of Sale*, and the Objections, and considered arguments raised at the hearing on August 28, 2026, the Court finds and orders as follows:

IT IS THEREFORE ORDERED, the Trustee is authorized to conduct an auction via Zoom on Monday, September 14 at 10:00 (Central time) related to the five (5) default judgments listed in the *Notice and Report of Sale* (Docket 743) (the "Auction");

IT IS FURTHER ORDERED, the Trustee is authorized to circulate an invitation to the Auction to the Objecting Parties (Maurice Bailey, Wright Way Capital, and Nicholas Hunley) as well as the proposed initial buyer, SM Financial Services Corporation via email;

IT IS FURTHER ORDERED, any other potential buyers should contact the Trustee via email at hanrahanrenee@gmail.com or Trustee's counsel via email at elally@lally-legal.com for a link to the Auction on or before Friday, September 11, 2026, at 5:00 pm (Central Time);

IT IS FURTHER ORDERED, the Trustee is authorized to open bidding at the Auction at $5,500.00;

IT IS FURTHER ORDERED, the Trustee is authorized to set bidding increments at the auction of $500.00 per bid Auction at $5,500.00;

IT IS FURTHER ORDERED, the Trustee will file an *Amended Report of Sale* following the Auction and listing the highest bidder and backup bidder (if any) on or before Monday, September 28, 2026.

DATED AND ENTERED:

August 28, 2026

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order prepared by:
**Counsel for Renee K. Hanrahan, Chapter 7 Trustee**

By: *<u>/s/ Elizabeth M. Lally</u>*
Elizabeth M. Lally AT0013010
LALLY LEGAL GROUP, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Telephone: 402-778-4840
Email: elally@lally-legal.com