UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| BDC GROUP, INC. | ) | |
| | ) | ***AMENDED*** NOTICE AND REPORT OF |
| | ) | SALE OF PROPERTY |
| Debtor(s). | ) | |

An Auction of Default Judgments was conducted on September 14, 2026, as Authorized by this Court's Order of August 28, 2026 [Dkt #757]. Invitations to participate via Zoom were provided to the proposed initial buyer, SM Financial Services Corporation, to the three objecting parties (Maurice Bailey, Wright Way Capital, and Nicholas Hunley), and to two other potential buyers (Summit Infrastructure Group and SLFAC). Four (4) parties participated in the live auction via the Zoom link provided.

Based on the auction results, the Trustee seeks approval of the sale of:

> ***Any and all rights of the Bankruptcy Estate and trustee to five (5) default judgments obtained in Adversary Proceedings and more fully described in the Notice and Report of Sale of Property filed with this Court on July 13, 2026 [Dkt #743]***

to the highest bidder at auction, **Wright Way Capital, of 1835 E Edgewood Dr, Suite 105 – Unit 684, Appleton, WI 54913, for $9,000 cash** due upon entry of a Court Order Approving this *Amended* Notice and Report of Sale of Property.

In the event Wright Way Capital becomes unable or unwilling to consummate the sale timely, then the Default Judgments will be sold to the back-up bidder, SLFAQ of 670 White Plains Road, Penthouse Suite, Scarsdale, NY 10583, for $8,500 cash.

DATED: *September 14, 2026*

*/s/ Renee K. Hanrahan*
Renee K. Hanrahan, Trustee
P.O. Box 1088
Cedar Rapids, IA 52406-1088
hanrahanrenee@gmail.com
319.533.7358