UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| BDC GROUP, INC. | ) | |
| | ) | ORDER APPROVING |
| | ) | ***AMENDED*** NOTICE AND REPORT OF |
| | ) | SALE OF PROPERTY |
| Debtor(s). | ) | |

This matter comes before the Court on Renee K. Hanrahan, the Chapter 7 Trustee's Notice and Report of Sale of Property [Dkt #743] and *Amended Notice and Report of Sale* [Dkt #760].

By previous Order of this Court [Dkt #757], the Trustee conducted an Auction of five (5) Default Judgments on September 14, 2026.

Notice of this Court's Order Authorizing the Auction was provided via CM-ECF.

Six (6) parties were provided invitations to participate in the Auction via Zoom. Four (4) of those potential buyers attended and participated in the Auction.

IT IS THEREFORE ORDERED that the *Amended Notice and Report of Sale of Property* is APPROVED;

THE TRUSTEE IS AUTHORIZED to execute documents and do to whatever is reasonably necessary to consummate the sale of the five (5) Default Judgments to **Wright Way Capital, of 1835 E Edgewood Dr, Suite 105 – Unit 684, Appleton, WI 54913, for $9,000 cash** and

IT IS FURTHER ORDERED, should Wright Way Capital become unable or unwilling to consummate the sale, that the Trustee is then Authorized to execute documents and to do whatever is reasonably necessary to consummate the sale of the Default Judgments to the back-up bidder at Auction, SLFAQ of 670 White Plains Road, Penthouse Suite, Scarsdale, NY 10583, for $8,500.

DATED AND ENTERED: September 16, 2026

UNITED STATES BANKRUPTCY JUDGE

Order Prepared by Renee K. Hanrahan, Trustee