# INVOICE

Invoice # 428
Date: 09/24/2026
Due On: 11/02/2026

## Lally Legal Group LLC

12020 Shamrock Plaza, Suite 200
Omaha, NE 68154
Phone: 402.778.4840
Email: elally@lally-legal.com

Renee K. Hanrahan K Hanrahan (Trustee)
PO Box 1088
Cedar Rapids, IA 52406-1088

**55-00001-In Re: BDC Group, Inc., (Ch. 7) Case No. 23-00484 (USBC NDIA)**

### Services

| Type | Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | EL | 10/01/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Bruce et al, Davis Tower: Receive and review notices of motions to approve compromise filed in adversary proceedings for Davis Tower and C. Bruce, et al. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/01/2025 | A111 Other L160 Settlement/Non-Binding ADR: Bruce et al: Prepare and file certificate of service for notice of motion to approve compromise with C. Bruce, and prepare service copy of the same. | 0.30 | $150.00 | $45.00 |
| Service | EL | 10/01/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks LLC: Correspondences with opposing counsel regarding settlement offer and counter offer to the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/01/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Hanrahan v. Bruce et al: Correspondences with C. Bruce with notice of objection deadline and motion to compromise, objection deadline to the same and fully executed settlement agreement, pending court approval. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/01/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Hanrahan v. Bruce et al: Correspondences with opposing counsel and trustee regarding settlement counter offer, acceptance of the same and next steps. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/01/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): AUS: Conferral with client and follow up correspondences with opposing counsel requesting additional documents in support of defenses to claims. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/02/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Bruce et al. Various correspondence with trustee and opposing counsel regarding settlement payment, notice of completion of settlement and filing dismissal. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/02/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: West Pacific Drilling, Inc, VW Credit, Audi: Reports of Trustee as to receipt of sale proceeds from defendants, settlements complete. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/03/2025 | A111 Other B190 Other Contested Matters (excluding assumption/rejection motions): Bruce et al. Finalize and file dismissal. as to VW and prepare service copy of the same. | 0.20 | $150.00 | $30.00 |



**Ex.1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | EL | 10/03/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): AUS: Correspondence with opposing counsel and trustee regarding bank statements from AUS during preference period. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/03/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Bruce et al: Draft proposed settlement agreement and notice of and motion to approve settlement regarding Carousel Motors [.2]; correspondence with opposing counsel and trustee regarding the same [.1]. | 0.30 | $420.00 | $126.00 |
| Service | EL | 10/03/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Bruce et al: Correspondences with C. Bruce regarding effective date of proposed settlement agreements and settlement payments. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/03/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Barnhart Crane: Draft proposed settlement agreement and notice of and motion to approve settlement [.3]; correspondence with opposing counsel and trustee regarding the same [.1]. | 0.40 | $420.00 | $168.00 |
| Service | EL | 10/03/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Davis Tower: Correspondence with client and opposing counsel regarding fully executed settlement agreement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/03/2025 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): AUS: Review of bank records from opposing counsel [.1]; follow up correspondences with client and opposing counsel regarding the same and motion to set aside judgment [.1]. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/07/2025 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): KSB Appeal: Receive and review mandate and judgment on motion to dismiss case [.1]; follow up with trustee regarding the same [.1]. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/08/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Waspi: Correspondence with opposing counsel regarding status of trustee's counter settlement offer. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/08/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Carousel: Correspondences with opposing counsel regarding status review of proposed settlement agreement and notice / motion on the same, signed settlement agreement from opposing counsel, payment instructions and W-9 and follow up with client as to the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/08/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Barnhart Crane: Correspondences with opposing counsel regarding status review of proposed settlement agreement and notice / motion on the same and revisions to settlement agreement. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/08/2025 | A107 Communicate (other outside counsel) B130 Asset Disposition: KSB: Correspondence with opposing counsel regarding status of accounting / funds paid to KSB and how applied. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/08/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Adversary Proceedings: Correspondences with client / trustee regarding status of various adversary proceeds and related settlement paperwork and settlement offers. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/08/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Modular Connections: Various correspondence with trustee and opposing counsel regarding potential settlement / tolling agreement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/08/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Barnhart Crane: Revise proposed settlement agreement pursuant to | 0.10 | $420.00 | $42.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | comments from opposing counsel. | | | |
| Service | EL | 10/14/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Barnhart Crane: Correspondences regarding execution of settlement agreement. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/14/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks LLC: Correspondences with opposing counsel regarding notice of settlement and preparation of settlement agreement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/14/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Wapsi Banks LLC: Draft settlement agreement. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/14/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks LLC: Correspondence with opposing counsel and Trustee regarding draft settlement agreement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/14/2025 | A108 Communicate (other external) B240 Tax Issues: Various correspondences with Trustee, CPA for Estate, and counsel for Mr. Bruce regarding 2024 / 2023 tax issues. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/15/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks: Correspondence with opposing counsel and client regarding opposing counsel's redline of settlement agreement and review of redline as well as follow up on notice of settlement. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/15/2025 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): AUS: Receive and review Order Granting Motion To Set Aside Default Judgment. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/15/2025 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): AUS: Draft stipulation of dismissal and correspondence with client regarding the same. | 0.50 | $420.00 | $210.00 |
| Service | EL | 10/16/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Receive and review various notices of settlements / motion to approve the same and objection deadlines with Wapsi Banks, Autohaus, Ltd dba Carousel Audi Iowa City, and Barnhart Crane and Rigging Co. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/16/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Various correspondences with counsels for Wapsi Banks, Autohaus, Ltd dba Carousel Audi Iowa City, and Barnhart Crane and Rigging Co. regarding filed notice / motion and notes regarding related adversary proceedings as well as preparation of proposed orders. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/17/2025 | A111 Other L160 Settlement/Non-Binding ADR: Hanrahan v. Barnhart Crane and Rigging Co.: Receive notice of filing of motion to compromise entered in adversary proceeding, prepare COS for the same and file in adversary, prepare service copies and service of the same. | 0.20 | $150.00 | $30.00 |
| Service | EL | 10/17/2025 | A111 Other L160 Settlement/Non-Binding ADR: Hanrahan v. Bruce et al. Receive notice of filing of motion to compromise entered in adversary proceeding, prepare COS for the same and file in adversary, prepare service copies and service of the same. | 0.20 | $150.00 | $30.00 |
| Service | EL | 10/21/2025 | A106 Communicate (with client) B160 Fee/Employment Applications: Various correspondences with Trustee regarding first interim fee application and follow up with counsel for Spencer Fane regarding the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/22/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Bulldog Pipe: Draft proposed order approving settlement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/22/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Bulldog Pipe: Various correspondences with | 0.20 | $420.00 | $84.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | opposing counsel regarding final settlement agreement for signatures and proposed order approving settlement. | | | |
| Service | EL | 10/22/2025 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): AUS: Correspondence with Trustee regarding stipulation to dismiss. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/22/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks: Correspondence with opposing counsel regarding signature on settlement agreement and final version of settlement agreement; finalize settlement agreement. | 0.20 | $420.00 | $84.00 |
| Service | EL | 10/22/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): AUS: Correspondence with opposing counsel regarding proposed stipulation of dismissal. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/22/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Follow up with opposing counsel regarding potential adversary proceeding and information in support of defenses to the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/23/2025 | A111 Other B190 Other Contested Matters (excluding assumption/ rejection motions): AUS: Finalize and file stipulation of dismissal. | 0.10 | $150.00 | $15.00 |
| Service | EL | 10/28/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Davis Tower Foundations, LLC: Receive and review order regarding motion to compromise in main case and notice in adversary proceeding. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/28/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Bruce et al: Receive and review order regarding motion to compromise in main case and notice in adversary proceeding as to Ms. C. Bruce. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/28/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Bruce et al: Draft / prepare certificate of service regarding order / notice of order on motion to compromise in main case and adversary proceeding as to Ms. C. Bruce. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/28/2025 | A111 Other L160 Settlement/Non-Binding ADR: Bruce et al: File certificate of service regarding order / notice of order on motion to compromise in main case and adversary proceeding as to Ms. C. Bruce and prepare service copies; service to Ms. Bruce. | 0.20 | $150.00 | $30.00 |
| Service | EL | 10/28/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Bulldog Pipe: Receive and review Order Approving Motion for Compromise or Settlement of Controversy with Bulldog Pipe and correspondence with opposing counsel regarding the same and payment information for settlement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 10/28/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Bulldog Pipe: Various correspondences with opposing counsel and client regarding execution of final settlement agreement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/01/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Bruce et al: Receive and review report of settlement completion in main / lead case as to Ms. Bruce. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/03/2025 | A103 Draft/revise B160 Fee/Employment Applications: Draft proposed orders on first interim fee applications for Lally Legal Group and Wesler & Associates. | 0.40 | $420.00 | $168.00 |
| Service | EL | 11/06/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Correspondence with client regarding last day to object to settlements with Barnhart Crane , AutoHaus and Wapsi Banks LLC as well as proposed orders approving settlement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/06/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Barnhart | 0.30 | $420.00 | $126.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Crane: Draft / prepare proposed order approving settlement and send to opposing counsel for review and consent as to form [.2]; various correspondence with opposing counsel regarding the same / revision and approval for signature as to consent [.1]. | | | |
| Service | EL | 11/06/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Autohaus: Draft / prepare proposed order approving settlement and send to opposing counsel for review and consent as to form [.2]; various correspondence with opposing counsel regarding the same / revision and approval for signature as to concsent [.1]. | 0.30 | $420.00 | $126.00 |
| Service | EL | 11/06/2025 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Wapsi Banks LLC : Draft / prepare proposed order approving settlement and send to opposing counsel for review and consent as to form. | 0.20 | $420.00 | $84.00 |
| Service | EL | 11/10/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Finalize and send proposed orders on settlements with Wapsi Banks LLC, Barnhart Crane and Rigging Co., and Carousel Audi Iowa City and send to Court for review. | 0.40 | $420.00 | $168.00 |
| Service | EL | 11/10/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks, Barnhart Crane, and Carousel; Correspondences with counsel for Wapsi Banks, Barnhart Crane, and Carousel regarding submission of proposed orders on settlement, payment information and W-9. | 0.20 | $420.00 | $84.00 |
| Service | EL | 11/10/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Follow up with opposing counsel regarding demand and request information in support of any defenses. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/10/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Wapsi Banks LLC Receive and review Order Approving Motion for Compromise or Settlement of Controversy with Wapsi Banks LLC and following up opposing counsel as to the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 11/10/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Barnhart Carne: Receive and review Order Approving Motion for Compromise or Settlement of Controversy with Barnhart and notice of the same in AP and following up correspondences with opposing counsel as to the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 11/10/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Autohaus, Ltd dba Carousel Audi: Receive and review Order Approving Motion for Compromise or Settlement of Controversy with Barnhart and notice of the same in AP and following up correspondence with opposing counsel as to the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 11/10/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Bulldog Pipe: Correspondence with client and opposing counsel regarding settlement payment. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/10/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Bruce, et al: Correspondence with client regarding final / non-appealable order on settlement with Ms. Bruce and payment arrangements. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/11/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Barnhart: Correspondence with counsel for Barnhart regarding settlement payment. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/11/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondence with opposing counsel regarding potential preference actions and possible defenses to the same, request for information. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/11/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Bruce et al: Correspondence with Ms. Bruce regarding order | 0.10 | $420.00 | $42.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | on settlement and information and first settlement payment. | | | |
| Service | EL | 11/13/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Barnhart Crane: Various correspondences with opposing counsel regarding settlement payment. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/17/2025 | A103 Draft/revise B160 Fee/Employment Applications: Finalize and send proposed order on the Trustee's Application for Compensation, Trustee's Attorneys to court and follow up with client regarding the same and issues with objection to accountant's fees [.2] and receive and review order on the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 11/18/2025 | A106 Communicate (with client) B160 Fee/Employment Applications: Various correspondence with Trustee regarding orders on fees and Trustee's questions as to the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/21/2025 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Various communications with client regarding status meeting on various issues with settlement payments and adversary proceedings, tolling agreement parties / potential claims, accounting from KSB. | 0.20 | $420.00 | $84.00 |
| Service | EL | 11/21/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondence with opposing counsel regarding status of information in support of potential defenses to claims. | 0.10 | $420.00 | $42.00 |
| Service | EL | 11/21/2025 | A107 Communicate (other outside counsel) B130 Asset Disposition: Correspondence with counsel for Keystone Bank regarding status of accounting on auction proceeds. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/02/2025 | A101 Plan and prepare for B190 Other Contested Matters (excluding assumption/rejection motions): Plan and prepare for meeting with Trustee on status of adversary proceedings and other case matters, review of dockets for the same, prepare notes / outline of discussion points for meeting. | 0.60 | $420.00 | $252.00 |
| Service | EL | 12/02/2025 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): DTF: Draft stipulation of dismissal. | 0.20 | $420.00 | $84.00 |
| Service | EL | 12/02/2025 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): Barnhart Crane: Draft stipulation of dismissal. | 0.20 | $420.00 | $84.00 |
| Service | EL | 12/02/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Barnhart Crane: Correspondences with opposing counsel regarding draft stipulation of dismissal and sample motion to set aside judgment and proposed order. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/02/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Correspondences with opposing counsel regarding draft stipulation of dismissal / review and approval or changes to the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/02/2025 | A108 Communicate (other external) B190 Other Contested Matters (excluding assumption/rejection motions): Bruce et al: Correspondences with Ms. Bruce regarding first settlement payment / status of the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/02/2025 | A108 Communicate (other external) B190 Other Contested Matters (excluding assumption/rejection motions): Conferral with case manager regarding closing adversary proceedings as to Comstar Supply, American Boring, S&S Fiberoptics, Ostafi Communications, Sunbelt Rental Care, Express Grane, Price, et al, and AUS. | 0.20 | $420.00 | $84.00 |
| Service | EL | 12/02/2025 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): Stout: Draft notice of dismissal as Douglas E. Stout D/B/A D & S Civil Contracting LLC (Only) and | 0.30 | $420.00 | $126.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | COS for the same. | | | |
| Service | EL | 12/02/2025 | A111 Other B190 Other Contested Matters (excluding assumption/ rejection motions): Stout: File Notice of Dismissal as Douglas E. Stout D/B/A D & S Civil Contracting LLC (Only), and prepare service copies of the same. | 0.10 | $150.00 | $15.00 |
| Service | EL | 12/03/2025 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Conferral with client regarding status of adversary proceedings and other case matters [.9]; follow up correspondences regarding judgments obtained [.2]. | 1.10 | $420.00 | $462.00 |
| Service | EL | 12/03/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Receive and review Reports of Trustee as to receipt of settlement proceeds and / or completion of settlement as to Davis Tower Foundations, Bulldog Pipe, Barnhart Crane, Autohaus. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/03/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Bruce et al: Correspondence with client regarding status of settlement payment from VW Credit. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/03/2025 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): Bruce et al: Draft proposed stipulation to dismiss Autohaus. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/03/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Bruce et al: Correspondence with opposing counsel regarding trustee's report as to settlement proceeds and draft, proposed stipulation to dismiss Autohaus. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/05/2025 | A111 Other B190 Other Contested Matters (excluding assumption/ rejection motions): Bruce, et al: Correspondence with counsel for Carousel Motors regarding approval of stipulation to dismiss, finalize and file the same and prepare service copy. | 0.20 | $150.00 | $30.00 |
| Service | EL | 12/05/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Bruce et al: Correspondences with Ms. Bruce regarding first settlement payment as well as remaining payments. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/05/2025 | A106 Communicate (with client) B130 Asset Disposition: Correspondences with client regarding potential sale of judgments as well as accounting on sale / auction proceeds from KSB. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/08/2025 | A111 Other B190 Other Contested Matters (excluding assumption/ rejection motions): DTF: Finalize and file stipulation of dismissal. | 0.10 | $150.00 | $15.00 |
| Service | EL | 12/08/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Davis Tower Foundations: Correspondences with opposing counsel regarding approval of stipulation of dismissal and file marked copy of the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/08/2025 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Various correspondence with counsel for KSB regarding status of settlement with MidAmerican, adversary against Summit Infrastructure Adversary. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/12/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: Bruce, et al: Correspondences with client and Ms. Bruce regarding settlement payment issues. | 0.20 | $420.00 | $84.00 |
| Service | EL | 12/16/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Bruce et al. Correspondence with Trustee and Ms. Bruce regarding settlement payment issues. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/17/2025 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR: C. Bruce, et al. Correspondences with Ms. Bruce regarding settlement payment issues. | 0.10 | $420.00 | $42.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | EL | 12/18/2025 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Receive and review Order on Motion for Order Approving Compromise between Keystone Bank and MidAmerican Energy Company. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/29/2025 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Liberty Mutual: Various correspondence with client regarding proposed settlement between Keyston and Liberty Mutual. | 0.10 | $420.00 | $42.00 |
| Service | EL | 12/29/2025 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondence with opposing counsel regarding status of copies of the contracts or quotes and project terms agreed to by Modular and BDC in support of potential defenses. | 0.10 | $420.00 | $42.00 |
| Service | EL | 01/07/2026 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: KSB / Liberty Mutual: Correspondences with Keystone Bank's counsel regarding proposed settlement with Liberty Mutual. | 0.20 | $420.00 | $84.00 |
| Service | EL | 01/08/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: KSB / Liberty Mutual: Correspondences with client regarding proposed settlement between KSB and Liberty Mutual as well issues concerning motion to approve the same / notice and bar date for objections. | 0.20 | $420.00 | $84.00 |
| Service | EL | 01/08/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Conferral with Trustee regarding status of various adversary issues and settlement payments as well as closing of matters and issues with potential last adversary regarding Modular Connections. | 0.40 | $420.00 | $168.00 |
| Service | EL | 01/08/2026 | A111 Other B190 Other Contested Matters (excluding assumption/ rejection motions): Bruce, et al: Draft and file Notice of Dismissal as to Ms. Bruce and prepare service copy of the same. | 0.20 | $150.00 | $30.00 |
| Service | EL | 01/08/2026 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondence with opposing counsel regarding status of documents in support of defenses as to potential claims. | 0.10 | $420.00 | $42.00 |
| Service | EL | 01/08/2026 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Davis Tower and Stout: review dockets and attention to closing adversary proceedings, notices of case closings. | 0.10 | $420.00 | $42.00 |
| Service | EL | 01/08/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Bruce, et al: Report of Trustee, Notice of Settlement complete as to Ms. Bruce. | 0.10 | $420.00 | $42.00 |
| Service | EL | 01/14/2026 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks: Correspondence with opposing counsel as to missing first settlement payment. | 0.10 | $420.00 | $42.00 |
| Service | EL | 01/14/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Wapsi Banks: Correspondences with client regarding status of first settlement payment and issues with the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 01/16/2026 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondence from opposing counsel regarding additional defenses and information as to the same and request supporting information. | 0.20 | $420.00 | $84.00 |
| Service | EL | 01/27/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Wapsi Banks: Correspondence with client regarding status of first settlement payment / follow up on the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/16/2026 | A106 Communicate (with client) B160 Fee/Employment | 0.10 | $420.00 | $42.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Applications: Receive and review order on fees for Spencer Fane and follow up correspondence with Trustee regarding the same. | | | |
| Service | EL | 02/16/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Express Crane & Rigging: Report of Trustee settlement o is complete. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/17/2026 | A104 Review/analyze B240 Tax Issues: Receive and review Notice of Filing Income Tax Returns and Requests for Prompt Determination. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/19/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Various correspondences trustee regarding subpoena to testify in Mr. Bruce's criminal case. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/19/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Various correspondence with client regarding production of documents in support of defenses to potential claims and follow up with opposing counsel. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/20/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Liberty Mutual Insurance: Correspondences with client regarding service of Motion to Approve Compromise or Settlement of Controversy Under Rule 9019(a) with Keystone Savings Bank and Liberty Mutual Insurance as well as filed motion and notice of bar date. | 0.20 | $420.00 | $84.00 |
| Service | EL | 02/20/2026 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Liberty Mutual Insurance: Correspondence with counsel for Keystone Bank and client regarding bar date and service of notice of bar date as to Motion to Approve Compromise or Settlement of Controversy Under Rule 9019(a) with Keystone Savings Bank and Liberty Mutual Insurance. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/20/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Liberty Mutual: Receive and review notice of settlement and last day to object to the same and diary deadlines. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/26/2026 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi/BDC: Correspondences with counsel for Wapsi regarding March settlement payment issues. | 0.10 | $420.00 | $42.00 |
| Service | EL | 02/26/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Wapsi/BDC: Correspondence with client following up on issues concerning Wapsi's March settlement payment. | 0.10 | $420.00 | $42.00 |
| Service | EL | 03/02/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondence with Trustee regarding settlement offer and analysis of ordinary course defenses. | 0.10 | $420.00 | $42.00 |
| Service | EL | 03/02/2026 | A106 Communicate (with client) B110 Case Administration: Bruce: Criminal proceedings, correspondence with client and review of verdict in criminal matter. | 0.10 | $420.00 | $42.00 |
| Service | EL | 03/09/2026 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Summit IG; Review Agreed Motion to Extend Time to For Summit IG to File Appearance and Answer to June 8, 2026. and oOrder granting the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 03/13/2026 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Bruce, et al: Receive and review Motion to Withdraw as Attorney Filed by Allianz Life Insurance Company of North America, Hansen, Rachel as well as appearance by Jesse Linebaugh. | 0.10 | $420.00 | $42.00 |
| Service | EL | 03/13/2026 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Bruce, et al: Receive and review | 0.10 | $420.00 | $42.00 |



**Ex.1**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Notice of Appearance and Request for Notice by Jesse Linebaugh for Allianz, motion to withdraw as attorney by Ms. Hansen. | | | |
| Service | EL | 03/16/2026 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Bruce, et al: Receive and review Order Granting Motion To Withdraw As Attorney, Rachel Hansen related to Allianz Life Insurance. | 0.10 | $420.00 | $42.00 |
| Service | EL | 03/16/2026 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Bruce, et al: Order on motion to withdraw as attorney by Ms. Hansen. | 0.10 | $420.00 | $42.00 |
| Service | EL | 03/24/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Liberty Mutual Insurance: Receive Order Granting Motion to Approve Compromise or Settlement of Controversy Under Rule 9019(a) related adversary case number 25-9016. | 0.10 | $420.00 | $42.00 |
| Service | EL | 04/03/2026 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Wapsi Banks: Various correspondence with counsel for Wapsi and representative for the same regarding balance owed and follow up with client. | 0.20 | $420.00 | $84.00 |
| Service | EL | 04/08/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Liberty Mutual: Attention to report of settlement, complete as to Keystone Savings Bank and Liberty Mutual Insurance Company. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/06/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Wapsi Banks LLC: Attention to report of settlement, complete as to Wapsi Banks LLC. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/13/2026 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Analysis of payment history and invoices and potential preference action, prepare summary spreadsheet with notes for client review and discussion. | 1.40 | $420.00 | $588.00 |
| Service | EL | 05/13/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Conferrals and related correspondences with client regarding payment history and invoices, potential preference action, summary spreadsheet and analysis. | 0.40 | $420.00 | $168.00 |
| Service | EL | 05/13/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Modular Connections: Correspondence with opposing counsels regarding acceptance of most recent settlement offer as well as tolling agreement issues. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/13/2026 | A108 Communicate (other external) B190 Other Contested Matters (excluding assumption/rejection motions): Bruce et al: Call to clerk of court regarding closing adversary proceeding all settlement fees received and all defendants dismissed. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/13/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Liberty Mutual: Attention to post settlement order case filings, Stipulation of Dismissal as to defendant. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/14/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Modular Connections: Conferral with client regarding acceptance of most recent settlement offer as well as tolling agreement issues. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/15/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Conferral with client regarding sale of default judgments and related issues. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/19/2026 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: BDC - Modular Connections: Correspondences with opposing counsel and follow up with client regarding counter settlement offer. | 0.20 | $420.00 | $84.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | EL | 05/20/2026 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: BDC - Modular Connections: Correspondence with opposing counsel accepting settlement offer and setting forth related timeline for motion / notice of the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 05/20/2026 | A106 Communicate (with client) B130 Asset Disposition: Correspondences with client regarding potential buyer for default judgments. | 0.10 | $420.00 | $42.00 |
| Service | EL | 06/22/2026 | A108 Communicate (other external) B190 Other Contested Matters (excluding assumption/rejection motions): S&S Fiberoptics: Correspondences with representative for S&S Fiberoptics regarding judgment against the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/07/2026 | A106 Communicate (with client) B130 Asset Disposition: Correspondences with client, Trustee regarding notice of sale of default judgments. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/07/2026 | A104 Review/analyze B130 Asset Disposition: Review proposed notice of sale of default judgments. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/07/2026 | A107 Communicate (other outside counsel) B130 Asset Disposition: Correspondences with Client and proposed buyer / S. Mitnick Law PC as to assignments of judgments. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/08/2026 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Draft proposed settlement agreement with Modular and Isotropic. | 0.50 | $420.00 | $210.00 |
| Service | EL | 07/08/2026 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondence with opposing counsel regarding proposed settlement agreement with Modular and Isotropic. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/08/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): Modular Connections: Correspondences with Trustee regarding proposed revisions to notice of settlement as well as proposed settlement agreement with Modular and Isotropic. | 0.20 | $420.00 | $84.00 |
| Service | EL | 07/09/2026 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Modular Connections : Revise and redline proposed settlement agreement per comments from opposing counsel. | 0.20 | $420.00 | $84.00 |
| Service | EL | 07/09/2026 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Modular Connections : Correspondences with opposing counsel regarding revisions to proposed settlement agreement and notice of the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/13/2026 | A104 Review/analyze B130 Asset Disposition: Receive and review Trustee's Notice and Report of Sale as to Default Judgments and related objection deadline. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/13/2026 | A104 Review/analyze B130 Asset Disposition: Modular: Receive and review Trustee's Notice and of settlement as to Modular and related objection deadline. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/15/2026 | A108 Communicate (other external) B130 Asset Disposition: Varoius correspondences with M. Bailey regarding potential purchase of default judgments [.2]; and follow up with the Trustee as to the same [NC]. | 0.20 | $420.00 | $84.00 |
| Service | EL | 07/20/2026 | A106 Communicate (with client) B130 Asset Disposition: Correspondences with Trustee regarding additional interest in sale of default judgments and correspondences as to the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 07/29/2026 | A104 Review/analyze B130 Asset Disposition: Receive and review Objection re: Trustee's Notice & Report of Sale filed by Creditor Wright Way Capital (related document(s)[743] Trustee's Notice & Report of Sale | 0.10 | $420.00 | $42.00 |



**Ex.1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | EL | 07/29/2026 | A104 Review/analyze B130 Asset Disposition: Objection re: Trustee's Notice & Report of Sale Filed by Creditor Maurice Bailey (related document(s)[743] Trustee's Notice & Report of Sale). | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/29/2026 | A106 Communicate (with client) B130 Asset Disposition: Conferral with Trustee regarding objections to sale of default judgments filed by M. Bailey and Wright Way Capital. | 0.30 | $420.00 | $126.00 |
| Service | EL | 07/29/2026 | A106 Communicate (with client) B130 Asset Disposition: Confer with Trustee regarding objections to motion to sell default judgment. | 0.20 | $420.00 | $84.00 |
| Service | EL | 07/30/2026 | A107 Communicate (other outside counsel) B130 Asset Disposition: Correspondence with counsels for Keystone Bank regarding outstanding information as to accounting of funds from sale of assets as well as other related issues. | 0.10 | $420.00 | $42.00 |
| Service | EL | 07/30/2026 | A104 Review/analyze B130 Asset Disposition: Receive and review Trustee's Report of Abandonment of Property Ricoh MP C2004 EX copier. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/03/2026 | A104 Review/analyze B130 Asset Disposition: Revive and review Objection to Trustee's Notice & Report of Sale Filed by Creditor Nicholas Hunley as to default judgments. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/04/2026 | A106 Communicate (with client) B130 Asset Disposition: Confer with Trustee regarding objections to motion to sell default judgment. | 0.20 | $420.00 | $84.00 |
| Service | EL | 08/04/2026 | A104 Review/analyze B130 Asset Disposition: Receive and review / diary Notice setting hearing on Trustee's Notice & Report of Sale as to default judgments and related objections. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/06/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Modular: Receive and review order authorizing / approving settlement. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/06/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Modular Connections: Receive and review Order Granting Motion to Approve Compromise or Settlement of Controversy Under Rule 9019(a) | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/06/2026 | A108 Communicate (other external) B130 Asset Disposition: Correspondence with proposed buyers for default judgments as to hearing on objections and proposed auction date. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/10/2026 | A106 Communicate (with client) B240 Tax Issues: Correspondences with Trustee regarding W-9 for Estate for 2026. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/10/2026 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Modular: Correspondences opposing counsel regarding information on settlement payment and W-9 for Estate. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/13/2026 | A108 Communicate (other external) B130 Asset Disposition: Correspondence with Client regarding proposed buyers for default judgments and potential auction date. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/18/2026 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Modular: Receive and review notice of completion of settlement / fund received. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/20/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): RKH v. KSB: Correspondences with Trustee regarding issues on turnover of funds from auction from bank and accounting as to the same. | 0.20 | $420.00 | $84.00 |
| Service | EL | 08/24/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): RKH v. KSB: Correspondences with Trustee regarding draft complaint and related issues. | 0.20 | $420.00 | $84.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | EL | 08/24/2026 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): RKH v. KSB: Draft proposed Complaint. | 1.80 | $420.00 | $756.00 |
| Service | EL | 08/25/2026 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): RKH v. KSB: Finish initial draft complaint and related draft affidavit and proposed exhibits for client review and comments. | 2.40 | $420.00 | $1,008.00 |
| Service | EL | 08/25/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): RKH v. KSB: Various correspondences with Trustee regarding initial draft complaint and related draft affidavit and proposed exhibits as well as service issue. | 0.20 | $420.00 | $84.00 |
| Service | EL | 08/26/2026 | A101 Plan and prepare for B130 Asset Disposition: Prepare for hearing on motion to sell default judgments and related objections, prepare notes for the same and send to Trustee. | 0.50 | $420.00 | $210.00 |
| Service | EL | 08/27/2026 | A106 Communicate (with client) B190 Other Contested Matters (excluding assumption/rejection motions): KSB / accountings: Correspondence with Trustee regarding draft complaint as to KSB. | 0.20 | $420.00 | $84.00 |
| Service | EL | 08/27/2026 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): KSB / accounting, turnover: Correspondences with counsel for Bank regarding accounting and turnover of funds and meeting on the same. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/28/2026 | A109 Appear for/attend B130 Asset Disposition: Attend and participate in hearing on sale of default judgments and related objections. | 0.20 | $420.00 | $84.00 |
| Service | EL | 08/28/2026 | A103 Draft/revise B130 Asset Disposition: Draft / prepare proposed order authorizing auction. | 0.40 | $420.00 | $168.00 |
| Service | EL | 08/28/2026 | A108 Communicate (other external) B130 Asset Disposition: Correspdoneces with Court and Trustee regarding proposed order authorizing auction. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/28/2026 | A104 Review/analyze B130 Asset Disposition: Receive and review proceeding memo hearing on sale of default judgments and related objections as well as order authorizing auction. | 0.10 | $420.00 | $42.00 |
| Service | EL | 08/28/2026 | A108 Communicate (other external) B130 Asset Disposition: Correspondence with proposed buyer and objecting parties with Court's order authorizing auction of judgments as well as auction invitation. | 0.30 | $420.00 | $126.00 |
| Service | EL | 08/28/2026 | A107 Communicate (other outside counsel) B190 Other Contested Matters (excluding assumption/rejection motions): KSB accounting / turnover: Meeting with Trustee and counsel for Bank regarding demand for accounting / turnover of funds. | 0.80 | $420.00 | $336.00 |
| Service | EL | 08/28/2026 | A107 Communicate (other outside counsel) B130 Asset Disposition: Correspondence and conferral with counsel for potential bidder at auction on default judgments. | 0.20 | $420.00 | $84.00 |
| **Non-billable services** | | | | | | |
| Service | EL | 10/16/2025 | A103 Draft/revise B160 Fee/Employment Applications: Finish reviewing / revising time entries as needed and drafting of first interim fee application and preparation of exhibit to the same. | | | |
| Service | EL | 10/17/2025 | A103 Draft/revise B160 Fee/Employment Applications: Revise first application for interim fees per Trustee's comments on the same. | | | |
| Service | EL | 10/31/2025 | A104 Review/analyze B110 Case Administration: Receive and review Notices of Appearance and Requests for Notice by Krystal Mikkilineni and Tirzah R. Roussell for Kirkwood Community College. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | EL | 11/01/2025 | A106 Communicate (with client) B170 Fee/Employment Objections: Various correspondence with Trustee and accountant regarding Objection to Accountant's Application for Compensation Filed by RP Construction, LLC and follow up with objecting party. | ~~0.20~~ | ~~$420.00~~ | ~~$84.00~~ |
| Service | EL | 11/06/2025 | A104 Review/analyze B170 Fee/Employment Objections: Receive and review Objection to Accountant's Application for Compensation Filed by RP Construction, LLC and comments to trustee as to the same. | ~~0.20~~ | ~~$420.00~~ | ~~$84.00~~ |
| Service | EL | 11/10/2025 | A108 Communicate (other external) B170 Fee/Employment Objections: Various correspondence with Trustee and RP Construction regarding objection to accountant's fee application. | ~~0.20~~ | ~~$420.00~~ | ~~$84.00~~ |
| Service | EL | 11/17/2025 | A103 Draft/revise B170 Fee/Employment Objections: Receive and review Withdrawal of Document re: Objection Filed by Creditor RP Construction, LLC related to accountant's first fee application, revise proposed order on the same [.2]; correspondence with clerk regarding proposed order on accountant's fee application and history of filings and send proposed order [.1]; follow up with accountant and Trustee regarding the same [.1]. | ~~0.40~~ | ~~$420.00~~ | ~~$168.00~~ |
| Service | EL | 05/13/2026 | A104 Review/analyze B160 Fee/Employment Applications: Review time entries and revise as needed from October 1, 2025 to date | ~~0.50~~ | ~~$420.00~~ | ~~$210.00~~ |

| | |
|---|---|
| **Quantity Subtotal** | **43.6** |
| **Services Subtotal** | **$14,550.00** |

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/17/2025 | E108 Postage: Barnhart Crane and Rigging Co.: Service of notice of filing of motion to compromise entered in adversary proceeding. | 1.00 | $1.56 | $1.56 |
| Expense | 10/17/2025 | E108 Postage: Bruce et al. Service of motion to compromise entered in adversary proceeding. | 1.00 | $0.78 | $0.78 |
| Expense | 12/02/2025 | E108 Postage: Stout: Service of Notice of Dismissal as Douglas E. Stout D/B/A D & S Civil Contracting LLC (Only). | 1.00 | $2.34 | $2.34 |
| Expense | 12/05/2025 | E108 Postage: Bruce, et al: Service of Carousel Motors stipulation to dismiss. | 1.00 | $0.78 | $0.78 |
| Expense | 01/08/2026 | E108 Postage: Bruce, et al: Service of Notice of Dismissal as to Ms. Bruce. | 1.00 | $0.78 | $0.78 |

| | |
|---|---|
| **Expenses Subtotal** | **$6.24** |
| **Quantity Total** | **43.6** |
| **Subtotal** | **$14,556.24** |
| **Total** | **$14,556.24** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 428 | 11/02/2026 | $14,556.24 | $0.00 | $14,556.24 |

| | |
|---|---|
| **Outstanding Balance** | **$14,556.24** |
| **Total Amount Outstanding** | **$14,556.24** |

Please make all amounts payable to: Lally Legal Group LLC

## Remittance Advice

**Checking Information**

**Remit checks to: Lally Legal Group, LLC, 12020 Shamrock Plaza, Suite 200, Omaha, NE 68154**

**Wire Transfer Information Routing:** [redacted]

| | |
|---|---|
| **Bank Name/Address:** | [redacted] |
| **Bank Account / ACH Routing** | [redacted] |
| **SWIFT:** | [redacted] |

Please include the invoice number 428 as an additional reference so we may accurately identify and apply your payment.