UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| BDC Group, Inc., | ) | CHAPTER 7 |
| Debtor. | ) | CASE NO. 23-00484 |

**NOTICE OF APPLICATION AND OBJECTION BAR DATE TO LALLY LEGAL GROUP, LLC'S SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND EXPENSES FOR THE PERIOD OF OCTOBER 01, 2025 THROUGH AUGUST 31, 2026**

**NOTICE IS HEREBY GIVEN** that on the 25th day of September 2026, Lally Legal Group, LLC and Trustee Renee K. Hanrahan filed a Second Interim Application for Allowance and Payment of Attorney Fees and Expenses. The Second Interim Application seeks allowance and payment of Chapter 7 administrative expenses for legal fees of $14,550.00 and expenses of $6.24, all incurred while serving as attorneys for the Chapter 7 Trustee.

A copy of the Second Interim Application may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Cedar Rapids, IA 52401-2101.

**NOTICE IS FURTHER GIVEN** that any party objecting to the Second Interim Application for Allowance and Payment of Attorney Fees and Expenses, must file and service an Objection, within **twenty-one (21) days of this notice**, or on or before **October 16, 2026**. Such Objection shall be filed with the Clerk of Bankruptcy Court, Northern District of Iowa, 111 Seventh Avenue SE, Box 15, Cedar Rapids, Iowa 52401-2101, and served on attorney Elizabeth M. Lally, 12020 Shamrock Plaza, Suite 200, Omaha, NE 68154; Renee K. Hanrahan, Trustee, PO Box 1088 Cedar Rapids, Iowa 52406-1088, and the Office of the United States Trustee, 210 Walnut Street, Suite 793, Des Moines Iowa 50309-2108.

**NOTICE IS FURTHER GIVEN** that timely-filed Objections will be set for hearing by separate notice. If no timely objection is filed, the appropriate order will be entered.

I hereby certify that on this date a copy of this ***Notice*** was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

Dated this 25th day of September 2026.

Respectfully submitted,
*/s/ Renee K. Hanrahan*
Renee K. Hanrahan, Trustee
P.O. Box 1088
Cedar Rapids, IA 52406
319.533.7358
hanrahanrenee@gmail.com

Copies to:
Clerk's Mailing Matrix