UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Chapter 7<br>Case No. 23-00484<br><br>WITHDRAWAL OF CLAIM NO. 28 |

COMES NOW Deere Construction & Forestry Co. ("Deere") by and through its undersigned counsel and Withdraws its claim filed July 27, 2023, as Claim No. 28, for the reason said claim has been paid in full upon liquidation of Deere's Collateral.

/s/ Wesley B. Huisinga
Wesley B. Huisinga AT0003670
SHUTTLEWORTH & INGERSOLL, PLC
235 6th Street SE, PO Box 2107
Cedar Rapids, IA 52406-2107
Phone (319) 365-9461
Cell (319) 551-2499
wbh@shuttleworthlaw.com
ATTORNEY FOR DEERE

CERTIFICATION OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing on October 6, 2025.

/s/ Beth Hawker