UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BDC Group, Inc. | ) | CASE NO. 23-00484 |
| | ) | |
| | ) | APPLICATION FOR APPROVAL |
| Debtor(s). | ) | OF EMPLOYMENT OF |
| | ) | ATTORNEY OR ACCOUNTANT: |
| | ) | RECOMMENDATION AND |
| | ) | ORDER |

1. Applicant is the Trustee in this case.

2, Applicant believes that the employment of a CPA Firm is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows:

The services of a CPA will be necessary to represent the Trustee and the Bankruptcy Estate's interest in processing payroll for Priority Wage Claims, establishing accounts, preparing payroll documents, including W2s, handling electronic payments of withholding and trust fund taxes, and to carry out such other payroll related services as the Trustee deems necessary and in the best interests of the bankruptcy estate.

3. David L. Koch, and Koch & Lipkea P.C., 2750 First Avenue NE Suite 420, Cedar Rapids, IA 52402, is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows:

$350.00 per hour for wage and tax matters, plus reimbursement of out-of-pocket expenses.

5. Applicant has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other parties-in-interest: None.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated:___10.12.26 ______ ___/s/ Renee K. Hanrahan ____

Trustee

RULE 2014(a) VERIFICATION

I, David L. Koch, of Koch & Lipkea P.C., named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated:__10.12.26 ____ SIGNED: __/s/ David L. Koch ____

RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated and Entered: October 13, 2026

United States Trustee, Region 12

By: /s/ L. Ashley Wieck

United States Trustee's Office
Office of the United States Trustee
210 Walnut Street, Suite 793
Des Moines IA 50309-2108
515.284.4982

ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated and Entered: October 13, 2026

UNITED STATES BANKRUPTCY JUDGE