UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| BDC Group, Inc., | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| Debtor(s). | ) | |
| | ) | ORDER APPROVING LALLY LEGAL GROUP, LLC'S SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND EXPENSES FOR THE PERIOD OF OCTOBER 1, 2025, THROUGH AUGUST 31, 2026 |

This matter comes before the Court on Lally Legal Group, LLC's Second Interim Application for Allowance and Payment of Attorney Fees and Expenses for the Period of October 1, 2025 through August 31, 2026 (the "Application") filed September 25, 2026 (Docket 763). The Court finds it has jurisdiction over the subject matter, that notice of the Application was mailed to all creditors and parties-in-interest as required the Bankruptcy Code and Rules on September 25, 2026 (Docket 764) and that the last date for filing objections thereto was October 16, 2026. The bardate has passed with no objections as to the Application. Upon review of the Application and Notice of Bar Date, the Court finds and orders as follows:

IT IS THEREFORE ORDERED the relief requested in the Application is granted;

IT IS FURTHER ORDERED Lally Legal Group, LLC is allowed a Chapter 7 administrative expense as to BDC Group, Inc's ("Debtor") Estate pursuant to Title 11 U.S.C. §§503(b), 507(a)(2) for interim fees and expenses in the aggregate amount of $14,556.24, which amount consists of (i) fees ($14,550.00); and (ii) expenses ($6.24) for the period of October 01, 2025 through August 31, 2026 incurred in connection with Lally Legal Group, LLC's duties as counsel to Renee K. Hanrahan, Trustee, none of which have been previously applied for or approved for payment; and

IT IS FURTHER ORDERED, that Renee K. Hanrahan, Trustee, is authorized to pay Lally Legal Group, LLC the allowed second interim fees and expenses in the aggregate amount

of $14,556.24, which amount consists of (i) fees ($14,550.00); and (ii) expenses ($6.24) from available funds on hand, at her discretion.

Dated and Entered: October 19, 2026

HONORABLE THAD J. COLLINS
Chief Bankruptcy Judge

Order Prepared by
Renee K. Hanrahan, Trustee