23-484C

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

OCT 23 2026

Clerk of Court
By: NB
Deputy

Kelly Kemmerling
654 28th St Ct SE
Cedar Rapids, IA 52403
319-431-0134

October 20, 2026

To Whom It May Concern,

I am writing to ask that filing #136 for the Dennis Bruce bankruptcy case be withdrawn.

I was told that I had filed twice and only needed to file once. I would like to have #136 removed, but please keep the other filing on record.

I apologize for the confusion and appreciate your help with this. Please reach out if you have any questions.

Thank you!

Sincerely,

Kelly Kemmerling

[signature]