# BDC Group, Inc.

## Payroll Journal with Taxable Wages

All Bank Accounts

November 30, 2026

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| **Work Location: Business Location** | | | | | | | | |
| **Department: Iowa** | | | | | | | | |
| **1** | | **Burgess, Kathleen** | | | **Check # 100** | | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 2,523.06 | FICA-SS | 2,523.06 | 156.43 | | |
| | | | | FICA-MED | 2,523.06 | 36.58 | | |
| | | | | FIT | 2,523.06 | 218.92 | | |
| | | | | Iowa SIT | 2,523.06 | 75.34 | | |
| Totals | | 0.0000 | 2,523.06 | | | 487.27 | | 0.00 |
| | | | | | | | **Net Check** | 2,035.79 |
| | | | | | | | **Net Pay** | 2,035.79 |
| **Company Expenses** | | | | | | | | |
| ERFUTA: 15.14 ERFICA-SS: 156.43 ERFICA-MED: 36.58 Iowa SUI: 70.65 | | | | | | | | |
| **3** | | **Morahan, Kaylee B** | | | **Check # 102** | | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 1,887.31 | FICA-SS | 1,887.31 | 117.01 | | |
| | | | | FICA-MED | 1,887.31 | 27.37 | | |
| | | | | FIT | 1,887.31 | 142.63 | | |
| | | | | Iowa SIT | 1,887.31 | 51.18 | | |
| Totals | | 0.0000 | 1,887.31 | | | 338.19 | | 0.00 |
| | | | | | | | **Net Check** | 1,549.12 |
| | | | | | | | **Net Pay** | 1,549.12 |
| **Company Expenses** | | | | | | | | |
| ERFUTA: 11.32 ERFICA-SS: 117.01 ERFICA-MED: 27.37 Iowa SUI: 52.84 | | | | | | | | |
| **4** | | **Kemmerling, Kelly** | | | **Check # 103** | | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 1,923.08 | FICA-SS | 1,923.08 | 119.23 | | |
| | | | | FICA-MED | 1,923.08 | 27.88 | | |
| | | | | FIT | 1,923.08 | 146.92 | | |
| | | | | Iowa SIT | 1,923.08 | 52.54 | | |
| Totals | | 0.0000 | 1,923.08 | | | 346.57 | | 0.00 |
| | | | | | | | **Net Check** | 1,576.51 |
| | | | | | | | **Net Pay** | 1,576.51 |
| **Company Expenses** | | | | | | | | |
| ERFUTA: 11.54 ERFICA-SS: 119.23 ERFICA-MED: 27.88 Iowa SUI: 53.85 | | | | | | | | |

EXHIBIT
tabbies
1

# BDC Group, Inc.

## Payroll Journal with Taxable Wages

All Bank Accounts

November 30, 2026

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| **5** | | **Michaelis, Ross** | | | | **Check # 104** | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 4,039.83 | FICA-SS | 4,039.83 | 250.47 | | |
| | | | | FICA-MED | 4,039.83 | 58.58 | | |
| | | | | FIT | 4,039.83 | 549.15 | | |
| | | | | Iowa SIT | 4,039.83 | 132.98 | | |
| Totals | | 0.0000 | 4,039.83 | | | 991.18 | | 0.00 |
| | | | | | | | **Net Check** | 3,048.65 |
| | | | | | | | **Net Pay** | 3,048.65 |

**Company Expenses**

ERFUTA: 24.24 ERFICA-SS: 250.47 ERFICA-MED: 58.58 Iowa SUI: 113.12

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| **6** | | **Flint, Keenan** | | | | **Check # 105** | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 1,089.00 | FICA-SS | 1,089.00 | 67.52 | | |
| | | | | FICA-MED | 1,089.00 | 15.79 | | |
| | | | | FIT | 1,089.00 | 46.98 | | |
| | | | | Iowa SIT | 1,089.00 | 20.84 | | |
| Totals | | 0.0000 | 1,089.00 | | | 151.13 | | 0.00 |
| | | | | | | | **Net Check** | 937.87 |
| | | | | | | | **Net Pay** | 937.87 |

**Company Expenses**

ERFUTA: 6.53 ERFICA-SS: 67.52 ERFICA-MED: 15.79 Iowa SUI: 30.49

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| **7** | | **Brown, Rob** | | | | **Check # 106** | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 2,980.00 | FICA-SS | 2,980.00 | 184.76 | | |
| | | | | FICA-MED | 2,980.00 | 43.21 | | |
| | | | | FIT | 2,980.00 | 315.98 | | |
| | | | | Iowa SIT | 2,980.00 | 92.70 | | |
| Totals | | 0.0000 | 2,980.00 | | | 636.65 | | 0.00 |
| | | | | | | | **Net Check** | 2,343.35 |
| | | | | | | | **Net Pay** | 2,343.35 |

**Company Expenses**

ERFUTA: 17.88 ERFICA-SS: 184.76 ERFICA-MED: 43.21 Iowa SUI: 83.44

# BDC Group, Inc.
## Payroll Journal with Taxable Wages
All Bank Accounts
November 30, 2026

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **8** | | **Verastegui, Adam** | | | | **Check # 107** | | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 4,062.00 | FICA-SS | 4,062.00 | 251.84 | | | |
| | | | | FICA-MED | 4,062.00 | 58.90 | | | |
| | | | | FIT | 4,062.00 | 554.02 | | | |
| | | | | Iowa SIT | 4,062.00 | 133.82 | | | |
| Totals | | 0.0000 | 4,062.00 | | | 998.58 | | | 0.00 |
| | | | | | | | | **Net Check** | 3,063.42 |
| | | | | | | | | **Net Pay** | 3,063.42 |

**Company Expenses**
ERFUTA: 24.37 ERFICA-SS: 251.84 ERFICA-MED: 58.90 Iowa SUI: 113.74

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **9** | | **Ellefson, Jeramie** | | | | **Check # 108** | | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 4,781.83 | FICA-SS | 4,781.83 | 296.47 | | | |
| | | | | FICA-MED | 4,781.83 | 69.34 | | | |
| | | | | FIT | 4,781.83 | 714.33 | | | |
| | | | | Iowa SIT | 4,781.83 | 161.17 | | | |
| Totals | | 0.0000 | 4,781.83 | | | 1,241.31 | | | 0.00 |
| | | | | | | | | **Net Check** | 3,540.52 |
| | | | | | | | | **Net Pay** | 3,540.52 |

**Company Expenses**
ERFUTA: 28.69 ERFICA-SS: 296.47 ERFICA-MED: 69.34 Iowa SUI: 133.89

**Work Location: Wisconsin**
**Department:**

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **2** | | **Pelton, Tyler** | | | | **Check # 101** | | | **11/30/26** |
| Earnings | 0.00 | 0.0000 | 2,213.21 | FICA-SS | 2,213.21 | 137.22 | | | |
| | | | | FICA-MED | 2,213.21 | 32.09 | | | |
| | | | | FIT | 2,213.21 | 181.74 | | | |
| | | | | Wisconsin SIT | 2,213.21 | 101.54 | | | |
| Totals | | 0.0000 | 2,213.21 | | | 452.59 | | | 0.00 |
| | | | | | | | | **Net Check** | 1,760.62 |
| | | | | | | | | **Net Pay** | 1,760.62 |

**Company Expenses**
ERFUTA: 13.28 ERFICA-SS: 137.22 ERFICA-MED: 32.09 Wisconsin SUI: 64.18

Check count = 9

# BDC Group, Inc.

## Payroll Journal with Taxable Wages

All Bank Accounts

November 30, 2026

| Pay Description | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **Company Totals** | | | | | | | |
| Earnings | 0.0000 | 25,499.32 | FICA-SS | 25,499.32 | 1,580.95 | | |
| | | | FICA-MED | 25,499.32 | 369.74 | | |
| | | | FIT | 25,499.32 | 2,870.67 | | |
| | | | Iowa SIT | 23,286.11 | 720.57 | | |
| | | | Wisconsin SIT | 2,213.21 | 101.54 | | |
| Totals | 0.0000 | 25,499.32 | | | 5,643.47 | | 0.00 |
| | | | | | | **Net Check** | 19,855.85 |
| | | | | | | **Net Pay** | 19,855.85 |

**Company Expenses**

ERFUTA: 152.99 ERFICA-SS: 1580.95 ERFICA-MED: 369.74 Iowa SUI: 652.02 Wisconsin SUI: 64.18

FUTA will round to $153.00 for the year.