UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| BDC Group, Inc., | ) | CHAPTER 7 |
| Debtor. | ) | CASE NO. 23-00484 |

**NOTICE OF MOTION FOR PAYMENT OF PRIORITY WAGE CLAIMS AND ATTENDANT WITHHOLDING AND TRUST FUND TAX LIABILITIES**

**NOTICE IS HEREBY GIVEN** that on the 26th day of October 2026, Trustee Renee K. Hanrahan filed a Motion for Payment of Priority Wage Claims and Attendant Withholding and Trust Fund Tax Liabilities ("Motion"). The Trustee seeks authority to pay nine (9) Priority Wage Claims and tax liabilities relating to those wages, for a **total disbursement of $28,319.21**.

A copy of the Motion may be obtained from the undersigned or may be viewed at the Clerk of Court, U.S. Bankruptcy Court, Northern District of Iowa, 111 Seventh Ave. SE, Cedar Rapids, IA 52401-2101.

**NOTICE IS FURTHER GIVEN** that any party objecting to the Motion, must file and service an Objection, within **twenty-one (21) days of this notice**, or on or before **November 16, 2026**. Such Objection shall be filed with the Clerk of Bankruptcy Court, Northern District of Iowa, 111 Seventh Avenue SE, Box 15, Cedar Rapids, Iowa 52401-2101, and served on attorney Elizabeth M. Lally, 12020 Shamrock Plaza, Suite 200, Omaha, NE 68154; Renee K. Hanrahan, Trustee, PO Box 1088 Cedar Rapids, Iowa 52406-1088, and the Office of the United States Trustee, 210 Walnut Street, Suite 793, Des Moines Iowa 50309-2108.

**NOTICE IS FURTHER GIVEN** that timely-filed Objections will be set for hearing by separate notice. If no timely objection is filed, the appropriate order will be entered.

I hereby certify that on this date a copy of this ***Notice*** was served on the U.S. Trustee, debtor(s), debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

Dated this 26th day of October 2026.

Respectfully submitted,
*/s/ Renee K. Hanrahan*
Renee K. Hanrahan, Trustee
P.O. Box 1088
Cedar Rapids, IA 52406
319.533.7358
hanrahanrenee@gmail.com

Copies to:
Clerk's Mailing Matrix dated 09.25.26
*disruption in access to current matrix
*no new appearances docketed