# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| BDC Group, Inc., | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00484 |
| Debtor(s). | ) | |
| | ) | ORDER AUTHORIZING PAYMENT |
| | ) | OF PRIORITY WAGE CLAIMS AND |
| | ) | ATTENDANT WITHHOLDING AND |
| | ) | TRUST FUND TAX LIABILITIES |
| | ) | |

This matter comes before the Court upon the Trustee's Motion for Payment of Priority Wage Claims and Attendant Withholding and Trust Fund Tax Liabilities filed pursuant to 11 U.S.C. §§726(a), 507(a)(4) on October 26, 2026 [Docket No. 778], by which the Trustee requests authorization to pay net wage distributions and attendant tax liabilities, and prepare wage and tax reports as required.

The Court finds it has jurisdiction over the subject matter and the parties hereto and that timely Notice of the Motion was provided to all creditors or other parties-in-interest and that the time for filing objections has passed with no objections filed.

THE COURT, having examined the Trustee's Motion and after being otherwise fully advised in the premises, ORDERS THAT

1. The Motion is GRANTED.

2. The Trustee is authorized to do whatever is necessary to effectuate payment and reporting of priority wage claims and payroll related taxes as shown on Exhibit 1 to the Trustee's Motion.

Dated and Entered:

November 17, 2026

______________________________
United States Bankruptcy Judge

Order Prepared by
Renee K. Hanrahan, Trustee