**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>BDC GROUP, INC.,<br><br>Debtor. | Case No. 23-00484<br><br>**NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE** |

TO THE DEBTOR, CHAPTER 7 TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Keystone Savings Bank, as representative of the BDC Group, Inc. Bankruptcy Estate, and Renee K. Hanrahan, Chapter 7 Trustee ("Trustee"), filed a Motion for Order Approving Compromise with Summit Infrastructure Group, LLC ("Motion") in the above-captioned case on November 19, 2026.

NOTICE IS FURTHER GIVEN that objections to said Motion, if any, shall be filed with the Clerk of the Bankruptcy Court, 111 Seventh Avenue SE, Box 15, Cedar Rapids, IA 52401, with a copy to the undersigned attorney, Chapter 7 Trustee, the United States Trustee, and the Debtor, addresses below, on or before December 10, 2026.

NOTICE IS FURTHER GIVEN that if no objections are timely filed, an order may be entered granting the relief requested without further notice or hearing.

NOTICE IS FURTHER GIVEN that if any objections are timely filed, a hearing on the Motion and objections will be scheduled by separate notice.

Dated: November 19, 2026

Respectfully Submitted,

SIMMONS PERRINE PLC

/s/ Abram V. Carls

Eric W. Lam, AT0004416
Abram V. Carls, AT0011818
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Facsimile: 319-366-1917
elam@simmonsperrine.com
acarls@spmblaw.com
ATTORNEYS FOR KEYSTONE SAVINGS BANK

Addresses:

Chapter 7 Trustee:
Renee K. Hanrahan
PO Box 1088
Cedar Rapids, IA 52406-1088

Trustee's Counsel:
Elizabeth Lally
Lally Legal Group, LLC
12020 Shamrock Plaza,
Suite 200
Omaha, NE 68154

United States Trustee
111 7th Ave. SE, Box 17
Cedar Rapids, IA 52401

BDC Group, Inc.
c/o Dennis Bruce RA
1936 51st St. NW
Cedar Rapids, IA 52402

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2026, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system, and served electronically on those participants that receive service through the CM/ECF System.

/s/ Abram V. Carls